| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
| | *Glenn.Pomerantz@mto.com* |
| 2 | BART H. WILLIAMS (SBN 134009) |
| | *Bart.Williams@mto.com* |
| 3 | KELLY M. KLAUS (SBN 161091) |
| | *Kelly.Klaus@mto.com* |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, Thirty-Fifth Floor |
| 5 | Los Angeles, CA  90071-1560 |
| | Tel: (213) 683-9100; Fax: (213) 687-3702 |
| 6 | |
| | ROBERT H. ROTSTEIN (SBN 72452) |
| 7 | *rxr@msk.com* |
| | ERIC J. GERMAN (SBN 224557) |
| 8 | *ejg@msk.com* |
| | BETSY A. ZEDEK (SBN 241653) |
| 9 | *baz@msk.com* |
| | MITCHELL SILBERBERG & KNUPP LLP |
| 10 | 11377 West Olympic Boulevard |
| | Los Angeles, California 90064-1683 |
| 11 | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 12 | GREGORY P. GOECKNER (SBN 103693) |
| | *gregory_goeckner@mpaa.org* |
| 13 | DANIEL E. ROBBINS (SBN 156934) |
| | *dan_robbins@mpaa.org* |
| 14 | 15301 Ventura Boulevard, Building E |
| | Sherman Oaks, California 91403-3102 |
| 15 | Tel: (818) 995-6600; Fax: (818) 285-4403 |
| 16 | Attorneys for Defendants |
| | DISNEY ENTERPRISES, INC.; PARAMOUNT PICTURES CORP., SONY |
| 17 | PICTURES ENTERTAINMENT, INC.; TWENTIETH CENTURY FOX FILM |
| | CORP.; NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, |
| 18 | INC., VIACOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| REALNETWORKS, INC.; REALNETWORKS HOME ENTERTAINMENT, INC., | CASE NO.  C 08-4548 HRL |
| Plaintiff, | **DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |
| vs. | |
| DVD COPY CONTROL ASSOCIATION, INC.; DISNEY ENTERPRISES, INC.; | |

| |
|---|
| 1  PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC.; TWENTIETH CENTURY FOX FILM CORP.; NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., VIACOM, INC. |
| 2 |
| 3 |
| 4 |
|    Defendants. |
| 5 |

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1   REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE:

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Plaintiffs intend to seek a temporary restraining order (TRO) and thus respectfully request immediate reassignment today, if possible.

DATED: October 3, 2008							MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By:   */s/ Rohit K. Singla*
								ROHIT K. SINGLA

Attorneys for Plaintiffs

- 1 -

DECLINATION TO PROCEED BEFORE MAGISTRATE JUDGE; CASE NO. 08-4548 HRL