```
 1   GLENN D. POMERANTZ (SBN 112503)
     Glenn.Pomerantz@mto.com
 2   BART H. WILLIAMS (SBN 134009)
     Bart.Williams@mto.com
 3   KELLY M. KLAUS (SBN 161091)
     Kelly.Klaus@mto.com
 4   MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue, Thirty-Fifth Floor
 5   Los Angeles, CA 90071-1560
     Tel: (213) 683-9100; Fax: (213) 687-3702
 6
     ROBERT H. ROTSTEIN (SBN 72452)
 7   rxr@msk.com
     ERIC J. GERMAN (SBN 224557)
 8   ejg@msk.com
     BETSY A. ZEDEK (SBN 241653)
 9   baz@msk.com
     MITCHELL SILBERBERG & KNUPP LLP
10   11377 West Olympic Boulevard
     Los Angeles, California 90064-1683
11   Tel: (310) 312-2000; Fax: (310) 312-3100

12   GREGORY P. GOECKNER (SBN 103693)
     gregory_goeckner@mpaa.org
13   DANIEL E. ROBBINS (SBN 156934)
     dan_robbins@mpaa.org
14   15301 Ventura Boulevard, Building E
     Sherman Oaks, California 91403-3102
15   Tel: (818) 995-6600; Fax: (818) 285-4403

16   Attorneys for Defendants
     DISNEY ENTERPRISES, INC.,
17   PARAMOUNT PICTURES CORP.,
     TWENTIETH CENTURY FOX FILM CORP.,
18   WARNER BROS. ENTERTAINMENT, INC
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY | CASE NO. C-08-4548-HRL <br><br> **PUBLIC REDACTED VERSION** <br> **NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF DEFENDANTS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** <br><br> Time:   N/A |

NOTICE & APPL. OF DEFENDANTS FOR
TRO AND ORDER TO SHOW CAUSE

| | |
|---|---|
| 1  PICTURES ENTERTAINMENT, INC., <br> TWENTIETH CENTURY FOX FILM CORP., <br> 2  NBC UNIVERSAL, INC., WARNER BROS. <br> ENTERTAINMENT, INC., VIACOM, INC. <br> 3 <br> 4              Defendants. | Date:    N/A |

```
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```

## *EX PARTE* APPLICATION

Defendants Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corp., and Warner Bros. Entertainment, Inc., (collectively, "the Studios")[1] hereby apply *ex parte* to this Court for:

1. A temporary restraining order ("TRO") restraining and enjoining Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") and all of their officers, agents, servants, employees, and attorneys, and those persons in active concert or participation or privity with any of them, from selling, offering, marketing or otherwise trafficking in the software product known as RealDVD, or any product with substantially similar functionality.

2. An order to show cause why a preliminary injunction, against the same persons and restraining the same activities, should not issue.

***This application has already been fully briefed.*** The Studios filed an identical *Ex Parte* Application in the Central District of California on September 30, 2008, the same day on which they filed their Complaint For Violation Of Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, *Et Seq.* And For Breach of Contract against Real. The Central District action was assigned to the Honorable S. James Otero as Case No. CV08-06412 SJO AJWx.

The Studios provided notice to the Plaintiffs last week that they would be seeking a TRO in the Central District. The Application was then fully briefed over the past week. Today, Judge Otero issued an Order Transferring Action to the Northern District of California, which is attached to the non-confidential version of this Application as Exhibit 11. He did not issue a decision on the Studios' application for a temporary restraining order.

The Studios are thus re-filing their application and supporting papers in this Court along with the opposition brief, declarations, and supporting papers filed by Plaintiffs. The Studios submit that this Application can and should be immediately ruled upon.

---

[1] Universal City Studios Productions LLLP, Sony Pictures Television Inc. and Columbia Pictures Industries Inc. will be seeking to join this TRO application and the counterclaim filed herewith as promptly as possible.

1  NOTICE & APPL. OF DEFENDANTS FOR TRO AND ORDER TO SHOW CAUSE

1   Good cause exists for the foregoing Order. As set forth in the accompanying
2   Memorandum of Points and Authorities and supporting papers filed herewith, Real is violating
3   and will continue to violate 17 U.S.C. § 1201, *et seq.*, by manufacturing, offering to the public,
4   providing, or otherwise trafficking in a software product entitled "RealDVD." RealDVD (a) is
5   primarily designed and produced, (b) is marketed by Real and (c) has no commercially significant
6   use other than to circumvent the Content Scramble System technology that controls access to and
7   copying of the Studios' copyrighted works when those works are encrypted onto DVDs. As
8   further set forth in the Studios' Memorandum of Points and Authorities and supporting papers,
9   Real's conduct is causing and unless restrained will continue to cause immediate and irreparable
10  harm to the Studios, including to their DVD rental and sale markets, and to many other young and
11  developing markets for the distribution of Plaintiffs' works in digital format. Further, Real will
12  suffer no cognizable hardship in waiting for the very brief period until a preliminary injunction
13  motion can be briefed is real and immediate.

14  This Application is based on the following pleadings filed in the Central District of
15  California and attached to the non-confidential version of this *Ex Parte* Application: the
16  Memorandum of Points and Authorities (Exh. 1); the Declarations of Glenn D. Pomerantz
17  ("Pomerantz Decl.") (Exh. 2), Alan Bell ("Bell Decl.") (Exh. 3), Michael Dunn ("Dunn Decl.")
18  (Exh. 4), John P. J. Kelly ("Kelly Decl.") (Exh. 5) and in Support of the Studios' Application for
19  Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; the Studios'
20  Reply Brief In Support of *Ex Parte* Application For TRO (Exh. 10). This Application is based
21  also on the following pleadings attached to the confidential version of this *Ex Parte* Application:
22  the confidential version of the Memorandum of Points and Authorities and the confidential
23  version of the Declaration of Glenn D. Pomerantz.

24  Also attached to the non-confidential version of this *Ex Parte* Application are Real's
25  opposition papers and supporting declarations: Real's Opposition to the Studios' Ex Parte
26  Application for a TRO (Exh. 6); the Declarations of Jacqueline Lang (Exh. 7), Jeffrey Buzzard
27  (Exh. 8), and Gordon Klein (Exh. 9) In Support of Real's Opposition to the Studios' *Ex Parte*
28  Application For A TRO.

In addition to the notice provided to Plaintiffs of the proceedings in the Central District of California, this morning the Studios provided written notice of this Application, via e-mail and fax to the following addressees:

> James A. DiBoise
> Wilson Sonsini Goodrich & Rosati
> One Market Street
> Spear Tower, Suite 3300
> San Francisco, California 94105-1126
> jdiboise@wsgr.com
> Tel: (415) 947-2114
> Facsimile: (415) 947-2099

*See* Pomerantz Decl. ¶ 2 & Exs. A & D.

This Application and all accompanying papers have been served by e-mail and fax on counsel for the Defendants.

DATED: October 3, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: /s/
_____
GLENN D. POMERANTZ

Attorneys for Plaintiffs