1  GLENN D. POMERANTZ (SBN 112503)
   Glenn.Pomerantz@mto.com
2  BART H. WILLIAMS (SBN 134009)
   Bart.Williams@mto.com
3  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA 90071-1560
6  Telephone:  (213) 683-9100
   Facsimile:  (213) 687-3702
7
   ROBERT H. ROTSTEIN (SBN 72452)
8  rxr@msk.com
   Eric J. German (SBN 224557)
9  ejg@msk.com
   Betsy A. Zedek (SBN 241653)
10 baz@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
11 11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
12 Tel: (310) 312-2000; Fax: (310) 312-3100

13 GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
14 DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
15 15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
16 Tel: (818) 995-6600; Fax: (818) 285-4403

17 Attorneys for Defendants and Counter-complainants
   DISNEY ENTERPRISES, INC., PARAMOUNT
18 PICTURES CORP., SONY PICTURES
   ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19 FILM CORP., and WARNER BROS. ENTERTAINMENT,
   INC.

20

21                    UNITED STATES DISTRICT COURT

22                    NORTHERN DISTRICT OF CALIFORNIA

23

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>　　　　Plaintiffs and Counter-defendants, | CASE NO. C 08 4548 HRL<br><br>**DEFENDANTS/COUNTER-COMPLAINTANTS' CERTIFICATION AND NOTICE OF INTERESTED PARTIES** |

                                                    CERT. AND NOTICE OF INT. PARTIES
                                                         CASE NO. C 08 4548 HRL

| | |
|---|---|
| 1 | |
| 2 | vs. |
| 3 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, |
| | Defendants and Counter-complainants. |

CERT. AND NOTICE OF INT. PARTIES
CASE NO. C 08 4548 HRL

The undersigned, counsel of record for Defendants/Counter-complainants DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., and WARNER BROS. ENTERTAINMENT, INC. certifies that the following listed parties may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal:

1. Disney Enterprises, Inc. (which is a wholly owned subsidiary of The Walt Disney Company, a publicly held company)

2. Walt Disney Pictures (which is a wholly owned subsidiary of Disney Enterprises, Inc.  Disney Enterprises, Inc. is a wholly owned subsidiary of The Walt Disney Company, a publicly held company)

3. Paramount Pictures Corporation (which is a wholly owned subsidiary of Viacom Inc., a publicly held company)

4. Sony Pictures Television Inc. (which is an indirect subsidiary of Sony Corporation, a publicly held company)

5. Columbia Pictures Industries, Inc. (which is an indirect subsidiary of Sony Corporation, a publicly held company)

6. Sony Pictures Entertainment Inc. (which is an indirect subsidiary of Sony Corporation, a publicly held company)

7. Twentieth Century Fox Film Corporation (which is a wholly owned subsidiary of Fox Entertainment Group., Inc.  Fox Entertainment Group, Inc.'s parent corporation is News Corporation, which is a publicly held corporation that owns more than 10% of Fox Entertainment Group, Inc.'s stock)

8. Warner Bros. Entertainment Inc. (which is ultimately and indirectly wholly owned by Time Warner Inc., a publicly held company)

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 3, 2008 | MUNGER, TOLLES & OLSON LLP |
| 3 | | MITCHELL SILBERBERG & KNUPP LLP |
| 4 | | GREGORY P. GOECKNER<br>DANIEL E. ROBBINS |
| 5 | | |
| 6 | | By:   */s/ Rohit K. Singla* |
| 7 | |             ROHIT K. SINGLA |
| 8 | | Attorneys for Defendants/Counter-complainants |

1
2  DATED: October 3, 2008          MUNGER, TOLLES & OLSON LLP
3                                  MITCHELL SILBERBERG & KNUPP LLP
4                                  GREGORY P. GOECKNER
                                   DANIEL E. ROBBINS
5
6                                  By:      */s/ Rohit K. Singla*
                                              ROHIT K. SINGLA
7
8                                  Attorneys for Defendants/Counter-complainants
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-2-     CERT. OF INTERESTED PARTIES
        CASE NO.  C 08 4548 HRL