| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
|   | Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009) |
|   | Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091) |
|   | Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
|   | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
|   | Los Angeles, CA  90071-1560 |
| 6 | Telephone:    (213) 683-9100 |
|   | Facsimile:    (213) 687-3702 |
| 7 | |
|   | ROBERT H. ROTSTEIN (SBN 72452) |
| 8 | rxr@msk.com |
|   | Eric J. German (SBN 224557) |
| 9 | ejg@msk.com |
|   | Betsy A. Zedek (SBN 241653) |
| 10 | baz@msk.com |
|    | MITCHELL SILBERBERG & KNUPP LLP |
| 11 | 11377 West Olympic Boulevard |
|    | Los Angeles, California  90064-1683 |
| 12 | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 13 | GREGORY P. GOECKNER (SBN 103693) |
|    | gregory_goeckner@mpaa.org |
| 14 | DANIEL E. ROBBINS (SBN 156934) |
|    | dan_robbins@mpaa.org |
| 15 | 15301 Ventura Boulevard, Building E |
|    | Sherman Oaks, California  91403-3102 |
| 16 | Tel: (818) 995-6600; Fax: (818) 285-4403 |
| 17 | Attorneys for Defendants |
|    | DISNEY ENTERPRISES, INC., PARAMOUNT |
| 18 | PICTURES CORP., SONY PICTURES |
|    | ENTERTAINMENT, INC., TWENTIETH CENTURY FOX |
| 19 | FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. |
|    | ENTERTAINMENT, INC. and VIACOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | | CASE NO.  C 08 4548 HRL |
| | | **PROOF OF SERVICE** |
| Plaintiffs, | | |
| vs. | | |

6033561.1

PROOF OF SERVICE

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>                    Defendants. |

**PROOF OF SERVICE BY HAND**

I, Rohit K. Singla, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

2. On October 3, 2008, I served a true copy of the document entitled **CONFIDENTIAL VERSION NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF DEFENDANTS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and I delivered the envelope(s) by hand to the offices of the addressee(s).

Wilson Sonsoni Goodrich & Rosati
450 Golden Gate Avenue
San Francisco, CA 94102

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2008, at San Francisco, California.

/s/
_____
Rohit K. Singla

PROOF OF SERVICE