1    GLENN D. POMERANTZ (SBN 112503)
     Glenn.Pomerantz@mto.com
2    BART H. WILLIAMS (SBN 134009)
     Bart.Williams@mto.com
3    KELLY M. KLAUS (SBN 161091)
     Kelly.Klaus@mto.com
4    MUNGER, TOLLES & OLSON LLP
     355 South Grand Avenue
5    Thirty-Fifth Floor
     Los Angeles, CA 90071-1560
6    Telephone: (213) 683-9100
     Facsimile: (213) 687-3702

7

8    ROBERT H. ROTSTEIN (SBN 72452)
     rxr@msk.com
     Eric J. German (SBN 224557)
9    ejg@msk.com
     Betsy A. Zedek (SBN 241653)
10   baz@msk.com
     MITCHELL SILBERBERG & KNUPP LLP
11   11377 West Olympic Boulevard
     Los Angeles, California 90064-1683
12   Tel: (310) 312-2000; Fax: (310) 312-3100

13   GREGORY P. GOECKNER (SBN 103693)
     gregory_goeckner@mpaa.org
14   DANIEL E. ROBBINS (SBN 156934)
     dan_robbins@mpaa.org
15   15301 Ventura Boulevard, Building E
     Sherman Oaks, California 91403-3102
16   Tel: (818) 995-6600; Fax: (818) 285-4403

17   Attorneys for Defendants
     DISNEY ENTERPRISES, INC., PARAMOUNT
18   PICTURES CORP., SONY PICTURES
     ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19   FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
     ENTERTAINMENT, INC. and VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>             Plaintiffs,<br><br>vs. | CASE NO. C 08 4548 HRL<br><br>**[PROPOSED ORDER] GRANTING APPLICATION TO SEAL (1) NOTICE OF APPLICATION AND EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION; MEMORANDUM OF** |

| | |
|---|---|
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>    Defendants. | **POINTS AND AUTHORITIES; AND (2) DECLARATION OF GLENN D. POMERANTZ IN SUPPORT OF EX PARTE APPLICATION** |

Based on Defendants' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

- Notice of Application and *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re: Preliminary Injunction; Memorandum of Points and Authorities
- Declaration of Glenn D. Pomerantz in Support of *Ex Parte* Application

It is so ORDERED.

_____
The Honorable_____
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: /s/
_____
GLENN D. POMERANTZ
Attorneys for Defendants

6052400.1      - 1 -      [PROPOSED] ORDER GRANTING APPLICATION TO SEAL