United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Realnetworks, Inc., a Washington corporation, et.al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>DVD Copy Control Association, Inc.<br>a Deleware nonprofit corporation, et.al.,<br><br>    Defendants.<br>_____/ | No. C08-04548<br><br>**CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because one or more of the parties has requested reassignment to a United States District Judge or has not consented to jurisdiction by a Magistrate Judge.

PLEASE TAKE NOTICE that a Case Management Conference in the above-entitled matter which was previously set for January 27, 2009 before the Honorable Judge Howard R. Lloyd has been vacated.

Dated: October 3, 2008
                                              RICHARD W. WIEKING,
                                              United States District Court

                                              */s/ Patty Cromwell*
                                              By: Patty Cromwell
                                              Courtroom Deputy Clerk to
                                              Magistrate Judge Howard R. Lloyd

1
2  THIS SHALL CERTIFY THAT A COPY OF THIS NOTICE WAS PROVIDED TO:
3
4  Colleen Bal    cbal@wsgr.com, eminjarez@wsgr.com
5  James A. DiBoise    jdiboise@wsgr.com, cjohnston@wsgr.com
6  Michael A. Berta    mberta@wsgr.com, cjohnston@wsgr.com
7  Rebecca G. Lynch    Rebecca.Lynch@mto.com, anthony.levintow@mto.com, Laurie.Stoker@mto.com
8
9  Rohit K. Singla    singlark@mto.com, bill.ward@mto.com, steven.uhrig@mto.com
   Tracy Tosh Lane , Esq    ttosh@wsgr.com, cjohnston@wsgr.com
10