JAMES A. DIBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation.<br><br>Defendants. | CASE NO.: C-08-4548-HRL<br><br>**PLAINTIFFS AND COUNTERCLAIM DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO DEFENDANTS' APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE; PRELIMINARY INJUNCTION** |

1    Plaintiffs and Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home
2 Entertainment, Inc. ("Real") oppose the Application for Temporary Restraining Order filed this
3 afternoon by the Defendants.  However, because Real did not receive notice of Defendants'
4 intention to file its Ex Parte Application for Temporary Restraining Order until just shortly
5 before 2:00 pm today, October 3, 2008, Real has not had any opportunity to review Defendants'
6 papers, much less to prepare a written opposition to them.  Further, contrary to Defendants'
7 assertion in their ex parte papers, Real has never had an opportunity to fully brief the issues
8 before any court (including the District Court for the Central District of California).  Real had
9 mere hours to prepare and submit on Tuesday, September 28, 2008 a partial response to an ex
10 parte application for TRO filed by Defendants in the Central District Court, but that response
11 was limited and the facts have changed since then.

12   As counsel for Real indicated to counsel for Defendants, lead counsel for Real is
13 currently out-of-town and unavailable. Further, because Defendants declined the assignment of
14 this case to Magistrate Judge Lloyd earlier today, the judge to be assigned to this matter is
15 currently unknown to Real, and Real is therefore unable even to send a lawyer to court to orally
16 oppose Defendants' application.

17   Accordingly, Real respectfully requests (1) that the Court grant Real an opportunity to
18 file a written opposition to Defendants' ex parte application, and (2) that the Court set a
19 reasonable deadline for such written opposition.

21 Dated:  October 3, 2008                                   WILSON SONSINI GOODRICH & ROSATI
                                                             Professional Corporation


                                                             By:      /s/Colleen Bal
                                                                      Colleen Bal

                                                             Attorneys for Plaintiffs REALNETWORKS,
                                                             INC. and REALNETWORKS HOME
                                                             ENTERTAINMENT, INC.

PLAINTIFFS' OPP TO DEFTS' APPLICATION FOR            -2-
TEMPORARY RESTRAINING ORDER
CASE NO. C-08-4548 HRL