GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:     (213) 683-9100
Facsimile:     (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
Eric J. German (SBN 224557)
ejg@msk.com
Betsy A. Zedek (SBN 241653)
baz@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants
DISNEY ENTERPRISES, INC., PARAMOUNT
PICTURES CORP., SONY PICTURES
ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
ENTERTAINMENT, INC. and VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS | CASE NO.  C 08 4548 HRL |

6056436.1                                                                               NOTICE OF ERRATA

| | | |
|---|---|---|
| 1 | HOME ENTERTAINMENT, INC., a Delaware corporation, | **NOTICE OF ERRATA** |
| 2 | | |
| 3 | Plaintiffs, | |
| 4 | vs. | |
| 5 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | Defendants. | |

## NOTICE OF ERRATA

Please take notice that the Proof of Service filed as docket number 11 was filed in error. An amended Proof of Service will be filed.

We apologize for any inconvenience caused by this error.

DATED: October 3, 2008
                                              MUNGER, TOLLES & OLSON LLP

                                              MITCHELL SILBERBERG & KNUPP LLP

                                              GREGORY P. GOECKNER
                                              DANIEL E. ROBBINS

                                              By: _____/s/_____
                                                        GLENN D. POMERANTZ

                                              Attorneys for Plaintiffs