1   GLENN D. POMERANTZ (SBN 112503)
      Glenn.Pomerantz@mto.com
2   BART H. WILLIAMS (SBN 134009)
      Bart.Williams@mto.com
3   KELLY M. KLAUS (SBN 161091)
      Kelly.Klaus@mto.com
4   MUNGER, TOLLES & OLSON LLP
      355 South Grand Avenue
5   Thirty-Fifth Floor
      Los Angeles, CA 90071-1560
6   Telephone:    (213) 683-9100
      Facsimile:    (213) 687-3702

7

      ROBERT H. ROTSTEIN (SBN 72452)
8   rxr@msk.com
      Eric J. German (SBN 224557)
9   ejg@msk.com
      Betsy A. Zedek (SBN 241653)
10   baz@msk.com
      MITCHELL SILBERBERG & KNUPP LLP
11   11377 West Olympic Boulevard
      Los Angeles, California 90064-1683
12   Tel: (310) 312-2000; Fax: (310) 312-3100

13   GREGORY P. GOECKNER (SBN 103693)
      gregory_goeckner@mpaa.org
14   DANIEL E. ROBBINS (SBN 156934)
      dan_robbins@mpaa.org
15   15301 Ventura Boulevard, Building E
      Sherman Oaks, California 91403-3102
16   Tel: (818) 995-6600; Fax: (818) 285-4403

17   Attorneys for Defendants
      DISNEY ENTERPRISES, INC., PARAMOUNT
18   PICTURES CORP., SONY PICTURES
      ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19   FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
      ENTERTAINMENT, INC. and VIACOM, INC.

20

21                     UNITED STATES DISTRICT COURT

22                     NORTHERN DISTRICT OF CALIFORNIA

23

24   REALNETWORKS, INC., a Washington      CASE NO. C 08 4548 HRL
      Corporation; and REALNETWORKS
25   HOME ENTERTAINMENT, INC., a         **AMENDED PROOF OF SERVICE**
      Delaware corporation,
26
                 Plaintiffs,
27
      vs.
28

6056754.1                                                              AMENDED PROOF OF SERVICE

| | |
|---|---|
| 1 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, |
| | Defendants. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE BY HAND**

I, Laurie Stoker, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

2. On October 3, 2008, I served a true copy of the document entitled **CONFIDENTIAL VERSION NOTICE OF APPLICATION AND *EX PARTE* APPLICATION OF DEFENDANTS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and causing Wheels of Justice to deliver the envelope(s) by hand to the offices of the addressee(s).

```
JAMES A. DiBOISE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
```

I then received confirmation by telephone that the package was delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 3, 2008, at San Francisco, California.

_____
Laurie Stoker

6056754.1                                                                   AMENDED PROOF OF SERVICE