| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
| | Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637 |
| | Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650 |
| | Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666 |
| | Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | One Market Street |
| | Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | CASE NO: C 08 04548 MHP |
| | ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| Plaintiffs and Counterclaim Defendants, | (1) DECLARATION OF JACQUELINE LANG IN OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER; (2) DECLARATION OF EDWARD W. FELTON IN OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND (3) PLAINTIFFS AND COUNTERCLAIM DEFENDANT'S OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation. | |
| Defendants and Counterclaim Plaintiffs. | |

ADMINSTRATIVE MOTION TO FILE
UNDER SEAL
CASE NO. 08-cv-04548 MHP

Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully apply for an order sealing the following documents:

- Declaration of Jacqueline Lang in Opposition to Defendants' Application for a Temporary Restraining Order ("Lang Declaration")
- Declaration of Edward W. Felton in Opposition to Defendants' Application for a Temporary Restraining Order ("Felton Declaration")
- Plaintiffs and Counterclaim Defendant's Opposition to Defendants' Application for a Temporary Restraining Order ("Opposition")

A "compelling reason" exists to seal these documents. See *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming . . . the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003).

The Lang Declaration and Felton Declaration contain confidential technical information of Real, as well as confidential business and competitive information. Declaration of Tracy Tosh Lane in Support of Plaintiffs and Counterclaim Defendants' Administrative Motion to File Under Seal ¶ 2. The confidential information contained in the Lang Declaration and Felton Declaration is also contained in the Opposition. *Id.* Real would suffer competitive harm if this information were publicly available. *Id.*

This Administrative Motion to File Under Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. Plaintiffs have filed with the court identical public redacted versions of the Lang Declaration, the Felton Declaration, and the Opposition, redacting only those portions of the documents containing the confidential business and technical information.

For these reasons, the Court should grant the Administrative Motion to File Under Seal.

Dated: October 6, 2008                    WILSON SONSINI GOODRICH & ROSATI
                                          Professional Corporation


                                          By: /s/ James A. DiBoise
                                              James A. DiBoise
                                              jdiboise@wsgr.com

                                          Attorneys for Plaintiffs
                                          REALNETWORKS, INC. AND
                                          REALNETWORKS HOME ENTERTAINMENT,
                                          INC.