1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13

14 REALNETWORKS, INC., a Washington          )   **CASE NO: C 08 04548 MHP**
   Corporation; and REALNETWORKS HOME        )
15 ENTERTAINMENT, INC., a Delaware           )   **DECLARATION OF TRACY TOSH**
                                             )   **LANE IN SUPPORT OF**
16 corporation,                              )   **PLAINTIFFS AND**
                                             )   **COUNTERCLAIM DEFENDANTS'**
17              Plaintiffs and Counterclaim  )   **ADMINISTRATIVE MOTION TO**
                Defendants,                  )   **FILE UNDER SEAL**
18                                           )
                v.                           )
19                                           )
   DVD COPY CONTROL ASSOCIATION, INC.,       )
20 a Delaware nonprofit corporation, DISNEY  )
   ENTERPRISES, INC., a Delaware corporation;)
21 PARAMOUNT PICTURES CORP., a Delaware      )
   corporation; SONY PICTURES ENTER., INC., a)
22 Delaware corporation; TWENTIETH CENTURY   )
   FOX FILM CORP., a Delaware corporation;   )
23 NBC UNIVERSAL, INC., a Delaware           )
   corporation; WARNER BROS. ENTER., INC., a )
24 Delaware corporation; and VIACOM, Inc., a )
   Delaware Corporation.                     )
25                                           )
                                             )
26              Defendants and Counterclaim  )
                Plaintiffs.                  )
27                                           )

28

DECLARATION OF TRACY TOSH LANE
CASE NO. 08-cv-04548 MHP

I, Tracy Tosh Lane, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, and one of the counsel for RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Real"), plaintiffs and counterclaim defendants in the above-captioned matter. I make this Declaration in support of Plaintiffs' and Counterclaim Defendants' Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The Declarations of Edward Felton and Jacqueline Lang, submitted in support of Real's Opposition to Application for TRO contain confidential technical information of Real, as well as confidential business and competitive information. The confidential information contained in the Felton and Lang Declarations is also contained in Real's Opposition to Application for TRO. Real would suffer competitive harm if this information were publicly available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this sixth day of October 2008 in San Francisco, California.

_Tracy Tosh Lane_
Tracy Tosh Lane