GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
Eric J. German (SBN 224557)
ejg@msk.com
Betsy A. Zedek (SBN 241653)
baz@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants
DISNEY ENTERPRISES, INC., PARAMOUNT
PICTURES CORP., SONY PICTURES
ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
ENTERTAINMENT, INC. and VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs. | CASE NO.  C 08 4548 HRL<br><br>**NOTICE OF MANUAL FILING** |

6067037.1

NOTICE OF MANUAL FILING

| | |
|---|---|
| 1 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, |
| 2 | DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT |
| 3 | PICTURES CORP., a Delaware corporation; SONY PICTURES |
| 4 | ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY |
| 5 | FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a |
| 6 | Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware |
| 7 | corporation; and VIACOM, Inc., a Delaware Corporation, |
| 8 | |
| 9 | Defendants. |

## NOTICE OF MANUAL FILING

Regarding:

- **TEMPORARY RESTRAINING ORDER BOND (NO. 105089589)**

The foregoing document is being filed in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This manual filing was requested by the Court Clerk.

DATED: October 6, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: _____/s/_____
GLENN D. POMERANTZ

Attorneys for Plaintiffs

6067037.1

NOTICE OF MANUAL FILING