1  JAMES A. DiBOISE, State Bar No. 83296
   Email:  jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email:  cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email:  mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email:  ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11              UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14  REALNETWORKS, INC., a Washington          )   CASE NO: C 08 04548 MHP
    Corporation; and REALNETWORKS HOME        )
15  ENTERTAINMENT, INC., a Delaware           )   **DECLARATION OF TIMOTHY F.
16  corporation,                              )   BRESNAHAN IN OPPOSITION TO
                                              )   DEFENDANTS' APPLICATION
17          Plaintiffs and Counterclaim       )   FOR TEMPORARY RESTRAINING
            Defendants,                        )   ORDER AND ORDER TO SHOW
18                                            )   CAUSE RE; PRELIMINARY
                                              )   INJUNCTION**
19          v.                                )
                                              )   **Date: October 7, 2008
20  DVD COPY CONTROL ASSOCIATION, INC.,       )   Time: 2:00 p.m.
    a Delaware nonprofit corporation, DISNEY  )   Courtroom 15, 18th Floor**
21  ENTERPRISES, INC., a Delaware corporation;)
    PARAMOUNT PICTURES CORP., a Delaware      )
22  corporation; SONY PICTURES ENTER., INC., a)
    Delaware corporation; TWENTIETH CENTURY   )
23  FOX FILM CORP., a Delaware corporation;   )
    NBC UNIVERSAL, INC., a Delaware           )
24  corporation; WARNER BROS. ENTER., INC., a )
    Delaware corporation; and VIACOM, Inc., a )
25  Delaware Corporation.                     )
                                              )
26          Defendants and Counterclaim       )
            Plaintiffs.                       )
27                                            )

28

DECLARATION OF TIMOTHY F. BRESNAHAN
CASE NO.: 08-4548-MHP

Dockets.Justia.com

I.    **QUALIFICATIONS**

1.    I am the Landau Professor in Technology and the Economy in the Department of Economics at Stanford University, and a Senior Fellow at the Stanford Institute for Economic Policy Research (SIEPR).  At SIEPR, I have served as the Director of the Center for Employment and Economic Growth and as the Director of the Technology and Economic Growth Program.  I am also a Senior Fellow at the National Bureau of Economic Research, participating in the Productivity and the Industrial Organization Programs that study technical progress and competition.  While on leave from Stanford, I have served as Deputy Assistant Attorney General for Economic Analysis in the United States Department of Justice.

2.    My areas of specialization include Industrial Economics, particularly the economics of high technology industries and the demand for new products.  I have written books, book chapters and peer-reviewed articles on the economics of technological change.  I have been involved in studies of competition in a number of industries and in studies of competition, innovation and user needs in high technology industries.  A focus of my research has been on properly measuring changing product quality, characterizing competition in product-differentiated industries and analyzing the demand for high technology products and services.

3.    Since the 1980s, my research has centered on innovation and demand for computer-related technologies.  A substantial portion of my academic research has focused on how consumers and businesses purchase and use these technologies.  As part of that research effort, I have closely followed the trade press and data on the pricing, products and sales of both hardware and software.  In the 1990s, I had a leadership role in the Stanford Computer Industry Project, one of the industry study centers funded by the Sloan Foundation, most recently as the Director.  This large project involved faculty and graduate students from Stanford's engineering and business schools and the Economics Department.

4.    I have served as an expert witness and provided written and oral testimony in prior matters, most of which are related to claims related to new technologies.  For example, I have served as an expert for IBM in *SCO Group Inc v. IBM*, for Hewlett Packard in *Schultz et al.*

1   *v. Hewlett Packard*, and for Intel in *Neubauer et al. v. Intel et al.*  A complete list of recent

2   testimony appears in my Curriculum Vitae attached as Appendix A.

3         5.      I am being compensated at the rate of $750 per hour for my work on this matter.

4   **II.   ASSIGNMENT AND MATERIALS CONSIDERED**

5         6.      I have been retained by counsel for Real Networks to assess the claim made by

6   the Studios that the presence of RealDVD in the market would cause harm to the plaintiffs in this

7   matter (the "Studios").

8   **III.   SUMMARY**

9         7.      I understand that the Studios have claimed that the presence of RealDVD in the

10   market will lead to reduced sales and rentals of DVDs.[1]  Based on my research to date and my

11   knowledge of economics, I have reached the following conclusions:

12   - Distribution of the RealDVD product will not increase pirating of copyrighted materials

13   - Distribution of the RealDVD product will raise, not lower, the demand for purchased DVDs.

14   - Distribution of the RealDVD product will not harm the Studios' legitimate economic interest in introducing new products.

15
16         8.      My conclusion that the RealDVD product will not increase pirating of

17   copyrighted materials follows from an economic analysis, presented in detail below, of the

18   demand for RealDVD by different types of consumers.  The RealDVD product will be used by

19   consumers to make backup or convenience copies of DVDs they have purchased.  The RealDVD

20   product will not be demanded by consumers who choose to steal copyrighted materials.

21   Consumers who choose to steal copyrighted material currently have access to and use cheaper

22   and, from their unlawful perspective, better, products to unlawfully obtain and distribute

23   copyrighted material.

24         9.      My conclusion that distribution of the RealDVD product will raise, not lower, the

25   demand for DVDs follows from an economic analysis of the demand for RealDVD and for

26   DVDs by consumers.  In the language of economics, using RealDVD and buying DVDs are not

27   _____

28   [1] See Counter-Complaint, Declaration of Michael Dunn.

1   substitutes, they are complements.  Using RealDVD raises the consumer's value of DVDs and

2   thus raises demand for DVDs.

3        10.   My conclusion that distribution of the RealDVD product will not harm plaintiffs'

4   legitimate economic interests in introducing new products is based on an economic analysis of

5   the markets in which the new products compete and of the distinct market in which RealDVD

6   competes.

7   **IV.   THE REALDVD PRODUCT AND DVD COPYING TECHNOLOGY**

8        11.   Based on my personal experience and having reviewed the declarations of Dr.

9   Edward F. Felten and others in this case, I see that there are many technologies currently

10  available that copy DVDs.  Unlike RealDVD, many of these technologies make copies that can

11  be freely recopied because they remove the CSS encryption.  Unlike RealDVD, many of these

12  technologies permit consumers to play copies on various platforms, including computers and

13  mobile devices like iPods.  In contrast, RealDVD creates an encrypted copy that can be played

14  only from the hard drive on which it was initially copied and then solely by the RealDVD

15  software licensed to the RealDVD account holder.[2]  Furthermore, many of the technologies that

16  are available and used to make DVD copies are available at no cost.  RealDVD, in contrast, must

17  be purchased.  See Declaration of Edward F. Felten, Exhibit 3 to Declaration of Gordon Klein.

18       12.   I understand that there is a debate about whether the act of creating an encrypted

19  copy of a DVD one owns is lawful.  For the purpose of my analysis, I have assumed that a

20  consumer's making an encrypted copy of a purchased DVD for convenience or backup is lawful.

21  **V.   THE DEMAND FOR REALDVD VS THE DEMAND FOR UNLAWFUL RIPPING**

22       13.   The economy contains both consumers who abide by the law with regard to

23  copyrighted materials and other consumers who steal copyrighted materials, sometimes through

24  networks of thieves.  As an economist, I think of products as a bundle of attributes that are

25  assessed by potential purchasers.  These attributes include the price of the product and its

26  technological and aesthetic characteristics, for example.  One product attribute is whether the

27  _____

28  [2] See Declaration of Jeffrey Buzzard, Declaration of Edward F. Felten.

1   service provided by the product is lawful.  Consumers have different tastes, tastes that lead them

2   to place different values on a product's attributes.  Just as consumers differ in how value color,

3   portability or ease of use, they differ in how they value a product's compliance with the law.

4          14.    Many consumers choose to purchase and/or rent copyrighted DVDs and refrain

5   from making unlawful copies even though the technology to do so is readily available on the

6   market.  The presence of another technology, RealDVD, that enables them to play DVDs without

7   the disc present, is unlikely to change their taste for respecting copyrights.  Instead, some of

8   these consumers may choose to purchase RealDVD because this software offers them a number

9   of benefits for their own content.

10         15.    The consumer benefits of RealDVD, as indicated on the RealDVD website,

11  include:

12      Go anywhere:  Play any of your DVDs straight from your authorized laptop or
        portable hard drive.
13
        Protect your discs:  Using RealDVD keeps your discs safe — no more scratches,
14      skips, blips, or lost titles.

15      Watch everything:  Save your entire DVD collection to your PC or portable hard
        drive, then play them back without the discs.
16
        Become a film buff:  Dig deeper into your movies with detailed plot synopses and
17      cast lists. Plus get more info and photos via links to Film.com.

18      Never lose your place:  RealDVD remembers where you are, so you can stop, shut
        down and come back later without losing your spot in the movie.
19
        Save Battery Power:  RealDVD saves up to 12% of your battery power versus
20      watching a movie that's spinning in your laptop.

21      Let your kids play:  Parental Controls allow you to control the types of movies
        children can access.[3]
22

23         16.    One benefit comes from having a backup of the DVD.  The original DVD could

24  be damaged or lost.  If there is a copy of the content on computer, the consumer will still be able

25  to watch the movie he has purchased.  Another benefit is convenience. A user who buys many

26  DVDs and stores them all on her laptop could, for example, manage her DVD collection on her

27  _____

28    [3] See http://www.realdvd.com/features.

DECLARATION OF TIMOTHY F. BRESNAHAN          -5-
CASE NO.: 08-4548-MHP

1    computer instead of keeping a stack of DVDs.  Similarly, she could choose to watch the movie

2    of her choice even if she is away from her stack of DVDs.

3         17.    Like the backup benefit, the convenience benefit increases the value of purchased

4    DVDs to the consumer.  This creates a relationship of complementarity between purchased

5    DVDs and the RealDVD product.  Because RealDVD will make purchased DVDs more

6    valuable, it will increase the demand for purchased DVDs.

7         18.    Finally, these law abiding consumers will value the fact that RealDVD provides

8    them with a lawful way to achieve these benefits.  In addition, parents may value the RealDVD

9    feature that enables parental controls to prevent children from watching inappropriate content.

10        19.    Other consumers place little value on respecting copyright protection.  For these

11   consumers, RealDVD offers no benefit that is not already available to them.  Indeed, compared

12   to the product already on the market, RealDVD offers no benefit to those who place no value on

13   respecting copyrights.  As pointed out by the Studios, there are many ways to steal DVD content

14   and to steal it in ways that make it easy to share it with others.  The software, not RealDVD, that

15   strips away the CSS encryption allows consumers to play the DVD anywhere on any device,

16   share it electronically with others and make as many copies as they like.  These are features

17   valued by the people who choose to "rent, rip and return" DVDs or to "borrow, rip, and return"

18   DVD.  RealDVD does not enhance their ability to engage in this activity.  Indeed, RealDVD is,

19   from the unlawful copier's perspective, an inferior product to many alternatives as a way to

20   begin piracy.

21        20.    Indeed, in a PC Magazine review of RealDVD, the reviewer concluded that:

22           Unfortunately, the resulting [RealDVD] movie files are locked up tighter than
             Hannibal Lecter; you can play them on up to five licensed PCs, but you can't watch
23           them on your iPod or other device. As such, RealDVD doesn't really give users
             what they want: a way to put their purchased movies on their PCs and move them
24           to iPods, iPhones, PSPs, and network attached devices....Essentially, we want the
             same freedom with DVDs that we have with CDs, and there are lots of DVD-
25           ripping and file-converting tools online that give users that freedom.  Many of the
             best ones are free or accept donations..."[4]

26

27   _____

     [4] Monson, Kyle, "7 Tools for Ripping Your DVDs," 9/11/08, PC Magazine, accessed 9/25/08,
28   http://www.pcmag.com/print_article2/0,1217,a%253D231870,00.asp

21.   Further, the "lock down" features of RealDVD, e.g. (a) locked to drive; (b) locked to user account; and, (c) because it is encrypted, it can't be shared or distributed over the internet.[5]

22.   The Studios claim that RealDVD should be blocked from the market because it will lead to an increase in piracy.  As I have pointed out, the flaw in this argument is that there are technologies already on the market that enable piracy and do so much more effectively than RealDVD can.  In addition, the Studios are introducing technologies that enable copying.  If the introduction of additional technologies of this type inevitably leads to an increase in piracy, as they claim, the Studios would have no incentive to supply these technologies.  The Studios' decision to supply these technologies is yet another piece of evidence that RealDVD will not increase the amount of piracy that occurs.

## VI.   DISTRIBUTION OF THE REALDVD PRODUCT WILL NOT HARM THE STUDIOS' LEGITIMATE ECONOMIC INTEREST IN INTRODUCING NEW PRODUCTS.

23.   The Studios have described a number of new digital media products, such as movies distributed in a "Digital Copy version" (Dunn Decl., ¶ 17) movies distributed with a "Burn-to-DVD feature," (Dunn Decl., ¶ 18) and movies distributed on Blu-ray disks and potentially on DVDs with a "Managed Copy" capability, and movies distributed on flash media. The Studios assert that the distribution of RealDVD will undercut their legitimate economic interest in selling these products.  Indeed, they characterize Real Networks as making an "attempt to usurp for itself the value of the growing digital marketplace" (Dunn Decl., ¶ 26). The Studios' claims in this regard are incorrect.

24.   The new products described by the Studios are all new ways to distribute, or new features associated with the distribution of, movies.  RealDVD is not a new way to distribute movies and instead, it is a complement to movies purchased on DVD by the user.  For example, RealDVD does not enable transfer to portable devices like iPods, it does not enable file

---

[5] See Declaration of Jeffrey Buzzard, Declaration of Edward F. Felten.

1  compression or conversion to transportable digital formats.  What RealDVD does is enable the

2  consumer to exercise what I understand is her legitimate "fair use" right to a backup or a

3  convenience copy of movies she has purchased.  Enabling the consumer to exercise her legal

4  rights may be inconvenient for plaintiffs, but it does not harm the Studios' legitimate economic

5  interest in introducing new products.

6       I declare under penalty of perjury under the laws of the United States that the foregoing is

7  true and correct.  Executed this 6th day of October, 2008 in Palo Alto, California.

8

9

10                            Timothy F. Bresnahan

11

12

13

14

15

16

17

18

19

20

21

22

23

# APPENDIX A

# CURRICULUM VITAE

## Timothy F. Bresnahan

| | |
|---|---|
| **Address** | Department of Economics<br>Stanford University<br>Stanford, CA  94305-6072 |

**Contacts**

| | |
|---|---|
| Office: | (650) 723-3712 |
| FAX: | (650) 725-5702 |
| E-Mail: | tbres@stanford.edu |

http://www.stanford.edu/~tbres/

| | |
|---|---|
| **Date of Birth** | January 4, 1953 |
| **Citizenship** | U.S.A. |
| **Marital Status** | Married, 2 Children |

| | |
|---|---|
| **Education** | Haverford College, B.A. 1975 (Economics, German)<br>Princeton University M.A. 1978, Ph.D., 1980 (Economics) |

**Employment**

| | |
|---|---|
| 2004-present, | Chair, Department of Economics, Stanford |
| 2002-present | Landau Professor in Technology and the Economy |
| 1991-present | Professor of Economics, Stanford |
| 2000-2002 | Gordon and Betty Moore Seminar Fellow, SIEPR |
| 1999-2000 | Deputy Assistant Attorney General and Chief Economist, Antitrust Division, USDOJ |
| 1997-present | Senior Fellow, SIEPR. |
| 1994-1998 | Stanford Computer Industry Project: (Associate Director, Co-Director, Director), Information Technology in Use Module (Co-Director, Director) |
| 1989-present | Technology and Economic Growth Program, Employment and Growth Center (Associate Director, Co-Director, Director) |
| 1993-1994 | Visiting Professor, Instituto de Analisis Economico |
| 1986-1991 | Associate Professor of Economics, Stanford |
| 1989-1990 | Visiting Scholar, Hoover Institution |
| 1988-1989 | Associate Chair, Department of Economics Stanford |
| 1986-1987 | Marvin Bower Fellow and Visiting Associate Professor, Graduate School of Business Administration, Harvard |
| 1979-1986 | Assistant Professor of Economics, Stanford |

CURRICULUM VITAE                                           Timothy F. Bresnahan

<u>Publications</u>

1.    "Creative Destruction in the PC Industry," ch. 4 in <u>Clusters, Networks and Innovation</u>,
      Cambridge University Press 2006, Stefano Breschi and Franco Malerba, editors.

2.    (with Pai-Ling Yin) "Standard Setting in Markets: The Browser War,"
      forthcoming in <u>Standards and Public Policy</u>, Cambridge University Press 2006, Shane
      Greenstein and Victor Stango, editors.

3.    (with Jonathan Baker) "Economic Evidence in Antitrust: Defining Markets and
      Measuring Market Power," forthcoming in <u>The Economics of Antitrust Law</u>, MIT Press
      2006, Paolo Buccirossi, editor.

4.    "La contribution des technologies de l'information à la croissance èconomique," in
      <u>Institutions et Innovation</u>, Jean-Phillippe Touffut, editor, Albin Michel press, Paris.

5.    (with Mark Lemley, Joseph Farrell, Carl Shapiro, et al.),  Brief Amici Curiae in
      Re<u>: Tamoxifen Citrate Antitrust Litigation</u>

6.    "Why the Microsoft Settlement Won't Work," <u>IEEE Spectrum</u>, September 2002.

7.    (with Pai-Ling Yin) "Economic and Technical Drivers of Technology Choice:
      Browsers" forthcoming in <u>Annales d'Economie et de Statistique</u> Special Issue from the
      Zvi Griliches Memorial Conference, Jacques Mairesse and Manuel Trajtenberg, editors.

8.    "The Valuation of Organizational Capital" Comment, in <u>Measuring Capital in the New
      Economy</u>, NBER/CRIW, Carol Corrado, John Haltiwanger, and Dan Sichel.

9.    (with Franco Malerba) "The value of competitive innovation" in <u>Technology and
      the New Economy</u> edited by Chong-En Bai and Chi-Wa Yuen MIT Press, 2002.

10.   Comments on "Reforming European Meyer Review: Targeting Problem Areas in Policy
      Outcomes" in the <u>Journal of Insdustry, Competition and Trade</u>: Special Merger Issue
      Hingham: Dec. 2002 Vol.2, Iss. 4, p. 379.

11.   (with Alfonso Gambardella,) <u>Building High Tech Clusters: Silicon Valley and
      Beyond</u> (with contributions by Ralph Landau, Kevin Davis, Catherine de Fontenay, Erran
      Carmel, Ashish Arora, Salvatore Torrisi, Suma Athreye, John Richards, AnnaLee
      Saxenian, Scott Wallsten, Michael Horvath, and Gordon Moore ) Cambridge University
      Press, 2005.

2

CURRICULUM VITAE                                                Timothy F. Bresnahan

12.    "Prospects for an Information Technology-Led Productivity Surge," in <u>Innovation Policy
       and the Economy</u>, Edited by Adam Jaffe, Scott Stern, and Joshua Lerner.  The MIT
       Press, 2002 (Volume 2).

13.    "Innovation will lift economy – be patient: `New Economy Myths Aside, Tech Industry
       Hasn't Lost Its Vital Role" in <u>San Jose Mercury News, Perspective.</u>

14.    "A Remedy that Falls Short of Restoring Competition" <u>Antitrust</u> December 2001.

15.    (with Alfonso Gambardella and AnnaLee Saxenian, "Old Economy Inputs for
       "New Economy Outputs: Cluster Formation in the New Silicon Valleys," <u>Industrial and
       Corporate Change</u>, Vol.10 (4), pp.835-860 (2001). Reprinted in <u>The Growth of Cities</u>,
       edited by Zoltan J. Acs, Edward Elgar Publishing Ltd.

16.    (with George Hay, Richard Gilbert, Daniel Rubinfeld, Lawrence White, and Bruce
       Owen (all former chief economists of the antitrust division)) "Brief of Economists
       Amicus Curiae in *US v Microsoft*."

17.    (with George A. Akerlof, Kenneth J. Arrow, James M. Buchanan, Ronald H.
       Coase, Linda R. Cohen, Milton Friedman, Jerry R. Green, Robert W. Hahn, Thomas W.
       Hazlett, C. Scott Hemphill, Robert E. Litan, Roger G. Noll, Richard Schmalensee, Steven
       Shavell, H R. Varian, and Richard J. Zeckhauser "Brief of Economists Amici Curiae In
       Support Of Petitioners Eric Eldred et al" (U.S. Supreme Court Considers Bono Copyright
       Extension Act.)

18.    "Competition Cooperation, and Predation in Innovative Industries"  in <u>Fighting Cartels
       Why and How?</u> The 3RD Nordic Competition Policy Conference in Stockholm.
       Konkurrensverket, Swedish Competition Authority, September 2000.

17.    (with Eric Brynjolfsson and Lorin Hitt) "Information Technology, Workplace
       Organization, and the Demand for Skilled Labor: Firm-level Evidence" <u>Quarterly Journal
       of Economics</u>, 2002. Reprinted in <u>Reformas Y Equidad Social</u>, 2004, Reprinted in
       "<u>Institutions et innovation, 2002</u>.

18.    (with Shane Greenstein) "The Economic Contribution of Information Technology:
       Towards Comparative and User Studies" forthcoming in <u>Journal of Evolutionary
       Economics</u>.

19.    (with S. Greenstein) "Technological Competition and the Structure of the
       Computer Industry" in Journal of Industrial Economics, March 1999, v. 47n. 1, pp. 1

3

CURRICULUM VITAE                                           Timothy F. Bresnahan

     Reprinted in <u>Computing</u>, edited by Professor Shane M. Greenstein, Edward Elgar
     Publishing Ltd.

20.   Computers and Growth" in <u>The Puzzling Relations Between the Computer and</u>
     <u>the Economy</u>, Greenan, L'Horthy, and Mairesse, eds., MIT Press.

21.   (with J. Richards) "Local and Global Competition in Information Technology" in
     <u>Journal of the Japanese and International Economies</u>, December 1999, v. 13 n. 4, pp.
     336-71.

22.   (with E. Brynjolfsson and L. M. Hitt) "Technology, Organization, and the
     Demand for Skilled Labor", <u>The New Relationship: Human Capital in the American</u>
     <u>Corporation</u>, M.M. Blair and T.A. Kochan, eds. Brookings Institution Press, 2000.

23.   "Computing", in  <u>U.S. Industry in 2000: Studies in Competitive Performance</u>, D. C.
     Mowery, ed. National Academy Press, 1999.

24.   (with F. Malerba) "Industrial Dynamics and the Evolution of Firms'and Nations'
     Competitive Capabilities in the World Computer Industry", <u>Sources of Industrial</u>
     <u>Leadership</u>, D. Mowery and R. Nelson, eds. Cambridge University Press, 1999.

25.   "The Changing Structure of Innovation in the Computer Industry", in D. Mowery et al.,
     (eds.) <u>America's Industrial Resurgence</u>.

26.   "New Modes of Competition and the Future Structure of the Computer Industry", in
     <u>Competition, Innovation, and the Microsoft Monopoly: Antitrust in the Digital</u>
     <u>Marketplace</u>, The Progress and Freedom Foundation, Kluwer Press, 1999.

27.   (with Alfonso Gambardella) "The Division of Inventive Labor and the Extent of
     the Market" in <u>General Purpose Technologies and Economic Growth</u>, Elhanan Helpman,
     ed. 1998.

28.   (with Scott Stern and Manuel Trajtenberg) "Market Segmentation, Transitory
     Market Power, and Rents from Innovation: Personal Computers in the late 1980's",
     <u>RAND Journal of Economics</u>, 1997. Reprinted in Computing, edited by Professor Shane
     M. Greenstein, Edward Elgar Publishing Ltd.

29.   (with Shane Greenstein) "Technical Progress in Computing and in the Uses of
     Computers" <u>Brookings Papers on Economic Activity, Micro</u>, 1997.

30.   "Testing and Measurement in Competition Models" in <u>Advances in Economics and</u>
     <u>Econometrics</u>, Econometric Society Seventh World Congress, David Kreps and Ken
     Wallis, editors.

4

CURRICULUM VITAE                                      Timothy F. Bresnahan

31.   (with Robert E. Porter) "Papers in honor of Richard E. Quandt; An Introduction",
       <u>RAND Journal of Economics</u>, 1997.

32.   "Testing and Measurement in Competition Models", <u>La Lettre de l'AFSE</u>, Conférence
       aux Journées AFSE, Juillet 1996, n 31.

33.   (with Robert J. Gordon) "The Economics of New Goods: An Introduction" in
       Bresnahan and Gordon, eds., <u>The Economics of New Goods</u>.

34.   (edited with Robert J. Gordon) <u>The Economics of New Goods</u>, proceedings of a
       meeting of the Conference on Research in Income and Wealth, University of Chicago
       Press, 1997.

35.   (with Amy Bertin and Daniel Raff) "Aggregation, Localized Competition, and
       Plant Level Increasing Returns:  Blast Furnace Operations 1929-1935," <u>Journal of
       Political Economy</u>, April 1996, v. 104 n. z, pp. 241-66.

36.   (with Garth Saloner) "Large Firms' Demand for Computer Products and Services:
       Competing Market Models, Inertia, and Enabling Strategic Change," in <u>Colliding
       Worlds:  The Merging of Computers, Telecommunications, and Consumer Electronics</u>,
       David B. Yoffie (ed.), Harvard University Press, 1996.

37.   (with Shane Greenstein) "The Competitive Crash in Large-Scale Commercial
       Computing," in <u>Growth & Development: the Economics of the 21st Century</u>, edited by
       Ralph Landau, Nathan Rosenberg, and Timothy Taylor, Stanford University Press, 1995.

38.   (with Manuel Trajtenberg) "General Purpose Technologies: 'Engines of
       Growth '?," <u>Journal of Econometrics</u>, Special Issue, January 1995, v 65, n 1, pp. 83-108.

39.   (with Peter C. Reiss) "Measuring the Importance of Sunk Costs," <u>Annales
       D'Économie et de Statistique</u>, No. 31, pp. 183-217, 1994.

40.   (with Valerie Ramey) "Segment Shifts and Capacity Utilization in the U.S.
       Automobile Industry," <u>AER Papers & Proceedings</u>, vol. 83(2), May 1993.

41.   (with Jonathan Baker) "Empirical Methods of Identifying and Measuring Market
       Power," <u>Antitrust Law Journal</u>, Summer 1992.

42.   (with Daniel Raff) "Intra-Industry Heterogeneity and the Great Depression:  The
       American Motor Vehicle Industry, 1929-1935," <u>Journal of Economic History</u>, June,
       1991.

CURRICULUM VITAE                                        Timothy F. Bresnahan

43.   Output Measurement in the Service Sectors edited with Zvi Griliches, Ernst Berndt and
      Marilyn Manser, (Chicago:  University of Chicago Press), 1992.

44.   (with Valerie Ramey) "Output Fluctuations at the Plant Level," Quarterly Journal
      of Economics, August 1994, v 109, n 3 , pp. 593-624.

45.   (with Paul Milgrom and Jonathan Paul) "The Real Output of the Stock
      Exchange," in Output Measurement in the Service Sectors edited with Zvi Griliches,
      Ernst Berndt and Marilyn Manser, (Chicago:  University of Chicago Press), 1992.

46.   (with Peter Reiss) "Entry and Competition in Concentrated Markets," Journal of
      Political Economy, vol. 95 (5), (October), pp. 977-1009, 1991.
      Reprinted in Empirical Industrial Organization, (Joskow and Waterson, Editors) 2004..

47.   (with Peter Reiss) "Econometric Models of Discrete Games," Journal of
      Econometrics, 48 (1991) 57-81.

48.   (with Peter Reiss) "Entry into Monopoly Markets," Review of Economic Studies,
      vol. 57 (no. 4, October), pp. 531-553, 1990.

49.   (with Amit Chopra) "The Development of the Local Area Network Market as
      Determined by User Needs," Economics of Innovation and New Technology, vol. 1 (nos.
      1-2), pp. 97-110, 1990.

50.   (with W. Bruce Chew, Kim B. Clark) "Measurement, Coordination, and Learning
      in a Multiplant Network," in Measures for Manufacturing Excellence, Robert Kaplan,
      ed., (Boston:  Harvard Business School Press), 1990.

51.   (with Valerie Suslow) "Short-Run Supply with Capacity Constraints," Journal of
      Law and Economics, University of Chicago, vol. XXXII (October), pp. S11-S42, 1989.

52.   (with Valerie Suslow) "Short-Run Pricing with Capacity Constraints," Annales
      d'Economie et de Statistique, vol. 15/16 (Juillet-Décembre), pp. 267-290, 1989.

53.   "Empirical Methods for Industries with Market Power," chapter 17 in Handbook of
      Industrial Organization, Volume II, Richard Schmalensee and Robert Willig, eds.,
      (Amsterdam:  Elsevier Science Publishers B.V.), 1989.

54.   (with Jonathan Baker 1988) "Estimating the Residual Demand Curve Facing a
      Single Firm," International Journal of Industrial Organization, vol. 6, pp. 283-300, 1988.
      Reprinted in Antitrust and Competition Policy, edited by Andrew Kleit, Edward Elgar,
      Ltd., June 2005.

6

CURRICULUM VITAE                                        Timothy F. Bresnahan

55.   (with Peter Reiss) "Do Entry Conditions Vary across Markets? <u>Brookings Papers</u>
      <u>on Economic Activity:  Special Issue on Microeconomics</u>, no. 3, Martin Baily and
      Clifford Winston, eds., pp. 833-871, 1987.

56.   The Empirical Renaissance in Industrial Economics, Edited with Richard Schmalensee,
      New York:  Basil Blackwell, 1987.

57.   (with Richard Schmalensee) "The Empiric" l Renaissance in Industrial
      Economics: An Overview," <u>Journal of Industrial Economics</u>, vol. XXXV (no. 4, June--
      special issue),  pp. 371B378, 1987.  Reprinted in <u>The Empirical Renaissance in Industrial</u>
      <u>Economics</u>, 1987.

58.   "Competition and Collusion in the American Automobile Market:  The 1955 Price War,"
      <u>Journal of Industrial Economics</u>, vol. XXXV (no. 4, June--special issue) pp. 457-482,
      1987.  Reprinted in <u>The Empirical Renaissance in Industrial Economics</u>, (Bresnahan &
      Schmalensee, editors) 1987. Reprinted in <u>Empirical Industrial Organization</u>, (Joskow and
      Waterson, Editors) 2004.

59.   "Measuring the Spillovers from Technical Advance:  Mainframe Computers in Financial
      Services," <u>American Economic Review</u>, vol. 76 (no. 4, September), pp. 742-755, 1986,
      Reprinted in <u>Computing</u>, edited by Professor Shane M. Greenstein, Edward Elgar
      Publishing Ltd.

60.   (with Pablo Spiller) "Futures Market Backwardation under Risk Neutrality,"
      <u>Economic Inquiry</u>, vol. XXIV (July), pp. 429-441, 1986.

61.   (with Steven Salop) "Quantifying the Competitive Effects of Production Joint
      Ventures," <u>International Journal of Industrial Organization</u>, vol. 4, pp. 155-175, 1986.

62.   "The Demand for Advertising by Medium:  Implications for Economies of Scale in
      Advertising," in Paula Ippolito, ed., <u>Empirical Approaches to Consumer Protection</u>
      <u>Issues</u>, (Washington, DC:  Federal Trade Commission), 1986.

63.   The Transition to Competition in the Plain Paper Copier Industry, (Washington, DC:
      Federal Trade Commission), 1986.

64.   (with Dennis Yao) "The Nonpecuniary Costs of Automobile Emissions Controls,"
      <u>Rand Journal of Economics</u> vol. 16 (no. 4, Winter), pp. 437-455, 1985.

65.   (with Peter Reiss) "Dealer and Manufacturer Margins," <u>Rand Journal of</u>
      <u>Economics</u>, vol. 16 (no. 2, Summer), 253-268, 1985. Reprinted in <u>Empirical Industrial</u>
      <u>Organization</u>, (Joskow and Waterson, Editors) 2004..

7

CURRICULUM VITAE                                          Timothy F. Bresnahan

66.   (with Jonathan Baker) "The Gains from Merger or Collusion in Product
      Differentiated Industries," <u>Journal of Industrial Economics</u>, vol. XXXIII (no. 4, June),
      pp. 427-444, 1985.

67.   (with Valerie Suslow) "Inventories as an Asset:  The Volatility of Copper Prices,"
      <u>International Economic Review</u>, vol. 26 (no. 2, June), pp. 409-424, 1985.

68.   "Post-Entry Competition in the Plain Paper Copier Market," <u>American Economic</u>
      <u>Review</u>, vol. 75 (no. 2, May), pp. 15-19, 1985.

69.   "Existence of Consistent Conjectures: Reply," <u>American Economic Review</u>, vol. 73 (no.
      3, June), pp. 457-458, 1983.

70.   "Duopoly Models with Consistent Conjectures: Reply," <u>American Economic Review</u>,
      vol. 73 (no. 1, March), pp. 240-241, 19831.3.

71.   "The Oligopoly Solution Concept is Identified," <u>Economics Letters</u>, vol. 10, pp. 87-92,
      1982.

72.   "Duopoly Models with Consistent Conjectures," <u>American Economic Review</u>, vol. 71
      (no. 5, December), pp. 934-945, 1981.

73.   (with Holland Hunter and Everett J. Rutan, III) "Modeling Structural Change
      Using Early Soviet Data," <u>Journal of Development Economics</u>, vol. 9, pp. 65-87, 1981.

74.   "Prices, Quantities and Qualities in the American Auto Market," <u>Proceedings of the</u>
      <u>American Statistical Association</u>, Section on Statistical Education, pp. 18-23, 1981.

75.   "Departures from Marginal-Cost Pricing in the American Automobile Industry:
      Estimates for 1977-1978," <u>Journal of Econometrics</u> vol. 17, pp. 201-227, 1981.

76.   Three Essays on the American Automobile Oligopoly, Ph.D. Dissertation, Princeton
      University, 1980.

<u>Book and Related Reviews</u>

1.    Comments on "Reforming European Meyer Review: Targeting Problem Areas in Policy
      Outcomes," in <u>Journal of Industry Competition and Trade: Special Merger Issue</u>
      <u>Hingham,</u> December 2002. Vol. 2, Iss. 4, pp 379.

2.    Comments on "Valuation of New Goods Under Perfect and Imperfect Competition" by
      Jerry Hausman, his chapter in <u>The Economics of New Goods</u>.  Available at
      <u>http://www.stanford.edu/~tbres/</u>

8

CURRICULUM VITAE                                        Timothy F. Bresnahan

3.    Comments on "Valuation of New Goods Under Perfect and Imperfect Competition" by
      Jerry Hausman, his chapter in The Economics of New Goods.  Available at
      http://www.stanford.edu/~tbres/

4.    Comments on "The Information-Integrated Channel: A Study of the U.S. Apparel
      Industry in Transition" by Hammond et al., Brookings Papers on Economic Activity, v 0,
      n 0, 0007-2303, pp. 232-36, 1995.

5.    Comments on "Competition, Regulation, and Efficiency in Service Industries" by Martin
      N. Baily, in Brookings Papers on Economic Activity, no. 2, pp. 71-159, 1993.

6.    Comments on "Productivity Dynamics in Manufacturing Plants," by Martin N. Baily et
      al., in Brookings Papers on Economic Activity, pp. 187-267, 1992.

7.    Review Essay on Sunk Costs and Market Structure, by John Sutton, Summer 1992,
      RAND Journal of Economics.

8.    Review of "The Measurement of Durable Goods Prices," by Robert J. Gordon, in
      Business History Review, (3) pp.355-357, 1991.

9.    Discussion of "Organizing Industrial Organization:  Reflections on the Handbook of
      Industrial Organization," by Franklin M. Fisher, Brookings Papers on Economic Activity,
      pp. 201-225, 1991.

10.   Review of The Dynamics of Company Profits:  An International Comparison, Dennis C.\
      Mueller, ed., in Journal of Economic Literature, vol. XXIX (December 1991).

11.   Review of Regulating the Automobile, Robert Crandall et al., in Rand Journal of
      Economics, vol. 17 (no. 4, Winter), 1986.

12.   Review of Breaking up Bell: Essays on Industrial Organization and Regulation, David S.
      Evans, ed., in Information Economics and Policy, vol. 2, pp. 87-89, 1986.

13.   Review of The Future of the Automobile:  The Report of MIT's International Automobile
      Program, Alan Altschuler, et al., in Journal of Economic Literature, vol. XXIV (no. 1,
      March), pp. 128-129, 1986.

14.   "Conjoint Analysis of Price Premiums for Hotel Amenities': Comment," Journal of
      Business, vol. 57 (no. 1, pt. 2, January), pp. S133-S138, 1984.

15.   Review of Competition in the Open Economy:  a Model Applied to Canada, R. E. Caves,

9

CURRICULUM VITAE                                      Timothy F. Bresnahan

et al., in <u>Journal of Economic Literature</u>, vol. XIX (no. 3, September), pp. 1116-1117, 1981.

<u>Working Papers and Work in Progress</u>

1.    "The Apple-Cinnamon Cheerios War: Valuing New Goods, Identifying Market Power, and Economic Measurement"  Available at <u>http://www.stanford.edu/~tbres/</u>

2.    (with Thomas N. Hubbard) "The Commercialization of Information Technologies".

3.    (with Paul David) "The Diffusion of Automatic Teller Machines Across U.S. Banks," in <u>The Diffusion of New Technologies</u>, Paul David and Giovanni Dosi, eds., (New York:  Oxford University Press), forthcoming.

4.    (with Daniel Raff) "Technological Heterogeneity, Adjustment Costs and the Dynamics of Plant-Shut-Down Behavior:  The American Motor Vehicle in the Time of the Great Depression".

5.    (with Shane Greenstein) "Technological Competition and the Structure of the Computer Industry," <u>Center for Economic Policy Research Publication</u> No. 315, September 1992. New version available as <u>http://www.stanford.edu/~tbres/</u>

CURRICULUM VITAE                                          Timothy F. Bresnahan

Editorial

Co-Editor, Associate Editor
          RAND Journal of Economics (1984-1998)

Associate Editor
          Journal of Industrial Economics (1992-1997)
          Quarterly Journal of Economics (1986-1990)
          Rand Journal of Economics (1985-1988)
          American Economic Review (1984-1994)

Editor
          (with Richard Schmalensee) Journal of Industrial Economics, Special Issue, June
          1987.
          (with John Vickers) original editors, Handbook of Industrial Organization, Volume
          III.
          (with Robert E. Porter) RAND Journal of Economics, Special Issue in Honor of
          Richard E.Quandt.

Other Professional Activities
Sloan Foundation Fellowship Board, 2005-Date
Stanford University Humanities and Sciences PPAC, 2005—Date
Stanford University Humanities and Sciences Chairs' Council Steering Committee, 2005-Date
Stanford University Committee on Research; 2001-2003
Stanford C-ACIS and SAC 2002-2004
Deans' Subcommittee on Indirect Cost Policy, 1988-1989
Member, AEA Honors and Awards Committee, 1996, 1997, 1998, 2000.
Member, Program Committee, AEA Annual Meeting, 1996, 1997.
Marsh O'Neil Award Committee, 1995.
Fellow, American Academy of Arts and Sciences.
Fellow, Econometric Society, 1990 to present.
Member, Program Committee, Econometric Society World Congress, 1995.
Ph.D. Placement Director, 1994 to 1995.
Member, Appointments and Promotions Committee, School of Humanities and Sciences, 1994 to
1996
Member, Faculty Senate, many years, Steering Committee, 2003-2004
Steering Committee, Industrial Organization Program, National Bureau of Economic Research,
1990 to present.
Research Associate, National Bureau of Economic Research, 1985 to present.
Member, American Economics Association Advisory Committee to the Bureau of the Census,
1985 to 1990; Chair, 1988 to 1989.
Member, Federal Economics Statistics Advisory Committee, 2000-2004.

11

CURRICULUM VITAE                                        Timothy F. Bresnahan

Project Leader, Project on Firm and Industry Dynamics, National Bureau of Economic Research, 1988 to 1990.
Member, National Science Foundation, Economics Panel, December 1987 to December 1989.
Member, Program Committee, Econometric Society Summer Meetings, 1987.
Member, Program Committee, Econometric Society World Congress, 1985.
Member, Program Committee, Econometric Society Winter Meetings, 1985.
Economic Advisory Committee, ICPSR.
Frisch Medal Committee, Econometric Society.
Dean's Award for Excellence in Teaching, Stanford University, 1992.
American Economic Association Program Committee, 1995.


Dissertation Supervision

Principal Adviser:

Patrick J. Bayer                    Sarah Lane
Andrea L. Breuhan                   Michael Mazzeo
Alejandro Castaneda                 Robert McMillan
Michael Chernew                     Leo Rezende
Brian Copeland                      Anne E. Smith
Joao Pinho de Mello                 Morten Sorensen
James E. Fields                     Scott Stern
Shane M. Greenstein                 Valerie Y. Suslow
Bronwyn H. Hall                     Tsai Lyn Abigail Tay
Lu Han                              Ahmed Taha
Ward Hanson                         Catherine Tucker
Thomas Hubbard                      Ayako Yasuda
Mark Israel                         Pai-Ling Yin
Harumi Ito                          William B. Vogt
John B. Jensen
Mark Kanazawa

12

CURRICULUM VITAE                                    Timothy F. Bresnahan

On Reading Committee:

Jonathan Baker

Charles Ballard

Kathleen Bawn

Catherine Carman

Kenneth Cone

Cecilia Conrad

Anne Coughlan

Robin Cowan (FRI)

Scott Davis

David Dranove (GSB)

Susan Edelman

Alfonso Gambardella

Walter Garcia-Fontes

Brent Goldfarb

Fumihiro Goto

Vivian Hamilton

Ali Hortacsu

Frank Howland

Frederic Jennings

Paul Klemperer (GSB)

Praveen Kumar

William Lehr

Shujing Li

Phillip Lim

Dean Maki

William March Boal

Robert McCleery

Peter Menell

Amalia Miller

Janusz Mrozek

Kazumitsu Nawata

Mikko Packalen

Christine Papajohn

Joanne Paulson (FRI)

James Powell

Allen Prohofsky

Gregory Rosston

Garth Saloner (GSB)

Stephen Schmidt

Steven Sharpe

Matthew Shum

Susan Smart

Faye Steiner

W. Edward Steinmueller

Janet Stotsky

Roland Sturm

Carol Such

Scott Wallsten

Dennis Yao (GSB)

Yong-Goo Yi

13

Recent Deposition and Courtroom Testimony of Timothy Bresnahan

FTC Docket No. 9297 In the Matter of Schering-Plough Corporation, Upsher-Smith Laboratories, and American Home Products Corporation, where I was called by FTC complaint counsel in 2001.  (Deposition and Courtroom.)

Neubauer et al vs. Intel et al. filed in in the Third Judicial Circuit in Madison County, Illinois in 2002, where I was called by counsel for Intel Corporation in 2004.  (Deposition.)

2003 NPM Adjustment Proceeding before an Economics Consulting Firm Pursuant to Master Settlement Agreement Section IX(d)(1)(C) where I was called by counsel for Phillip Morris USA (Deposition.)

(2006) Penny schultz on behalf of herself, and all persons similarly situated, Plaintiffs, vs. Hewlett-Packard company, a Delaware Corporation, and DOES 1 through 100, inclusive Defendants (Declaration.)

(2006) The SCO Group, Inc. v. IBM in the U.S. District Court, Northern District of Utah, where I was called by counsel for IBM. (Deposition)

(2007) Gray v. Ford and other consolidated cases in the Superior Court of the State of California, Sacramento County, where I was called by counsel for Ford Motor Company. (Deposition and Trial Testimony.)