| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | One Market Street<br>Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and |
| 9 | Counterclaim Defendants<br>REALNETWORKS, INC. and |
| 10 | REALNETWORKS HOME<br>ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | ) ) ) ) ) | **CASE NO: C 08 04548 MHP**<br><br>**DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER** |
| Plaintiffs and Counterclaim Defendants, | ) ) ) ) ) ) | |
| v. | ) ) | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Date: October 7, 2008<br>Time: 2:00 p.m.<br>Courtroom 15, 18th Floor |
| Defendants and Counterclaim Plaintiffs. | ) ) ) | |

DECLARATION OF TRACY TOSH LANE
CASE NO. 08-cv-04548 MHP

Dockets.Justia.com

I, Tracy Tosh Lane, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, and one of the counsel for RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Real"), plaintiffs and counterclaim defendants in the above-captioned matter. I make this Declaration in support of Plaintiffs' and Counterclaim Defendants' Opposition to Defendants' Application for a Temporary Restraining Order. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit A is a true and correct copy of Respondent Kaledeiscape, Inc.'s Respondent's Brief, in the matter of *DVD Copy Control Association, Inc. v. Kaleidescape, Inc.*, which was filed in the Court of Appeal of the State of California, Sixth Appellate District, Case No. H031631.

3. Attached hereto as Exhibit B is true and correct copy of an article by Paul Sweeting, published on www.contentagenda.com, dated September 8, 2008, entitled *Getting Real on Managed-Copy*.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on October 6, 2008.

*Tracy Tosh Lane*
_____
Tracy Tosh Lane

DECLARATION OF TRACY TOSH LANE         -1-
CASE NO. 08-cv-04548 MHP