# EXHIBIT B

Dockets.Justia.com

User Login: [    ]   Password: [    ] GO
Help | Register

Powered By LexisNexis

Discs & Downloads | Policy & IP | Content & Commerce | Videos | Manufacturing on Demand

About | Contact | Advertise

Search: [    ] GO   Events | Jobs | Reports | Links | Green Report

RSS Feeds   Newsletter

**Media Wonk**

« DVD copying gets Real... | Main | NBC mending digital fences... »

Paul Sweeting, *Media Wonk*
**ContentAgenda**
Link This | Email this | Comments (0)

**Getting Real on managed-copy** - September 8, 2008

The DVD Copy Control Assn. will hold its regular bi-montly meeting in Los Angeles on Sept. ~~23~~ 24, where it is scheduled to consider and vote on a proposal to amend the CSS license to permit consumers to copy their DVDs to a hard drive or portable device under DRM-controlled conditions. The organization has been wrestling with the question of so-called managed-copy for the better part of two years, so far with little to show for it beyond the weariness and frustration of those directly involved in the discussions. But this month's meeting is likely to prove livelier than most thanks to RealNetwork's announcement on Monday that it will launch a new software product in October to allow consumers to copy their DVDs to a hard drive or portable memory device under DRM-controlled conditions. And according to Real, it already has all the approval it needs from DVD-CCA by virtue of by a CSS licensee.

Taking a cue from Kaleidescape Inc.'s victory over DVD-CCA last year in a lawsuit over Kaleidescape's home-media servers, Real maintains that its system for copying falls within the scope of the current CSS license. No amendment needed. "We studied the Kaleidescape case very closely, from both a legal and engineering perspective and we're sure that we're fully compliant with the existing CSS license," Real's VP of video product development Jeff Chasen told Media Wonk.

The original idea behind CSS-managed copy was to develop an industry-standard method for allowing limited, licensed copying of DVDs before some unlicensed method (such as the Kaleidescape system) became the de facto standard, or before the individual studios each went their own way by offering their own, mutually incompatible versions of "Digital Copy." The original proposals for a managed-copy system came from the IT industry, one of three industry groups represented within DVD-CCA, but were rejected by the studios. (The DVD-CCA board consists of the six major studios, plus three members each from the IT and consumer electronics industries).

Over the past year, however, and in particular since the verdict in the Kaleidescape system, the most managed-copy proposals within DVD-CCA have come from the studios. In part, those have been aimed at fixing what the studios see as a loop-hole in the existing license agreement that allows Kaleidescape to build servers that enable users to transfer DVDs to a hard drive for playback without the original disc being present in the tray. The studios want to be able to license those copies individually and selectively, presumably to preserve the right to charge users for the right to make them. So far, the studios' proposals have all been shot down by the IT and CE companies has too restrictive.

The proposal on the table for this month's meeting, however, comes from the IT industry. It would require the studios to make 95% of their releases, both legacy and new releases, available for managed copy. Allowances would be made for cases in which rights clearances prevent authorizing managed copy, but the default setting would be that all DVDs are subject to managed-copy unless specifically designated otherwise.

All that has now been thrown into chaos by the Real announcement, however. The studios were clearly gob-smacked by the announcement, as was evident from the two-sentence statement issued yesterday by the MPAA: "The MPAA and its member companies were made aware of RealNetwork's plan to release new software that would enable consumers to make copies of commercial DVDs late last week. We are continuing to look into it."

I'll bet they are. More on their options in a future post.

[Content Protection & Management] [Discs] [DRM] 💬LEAVE A COMMENT

**POST A COMMENT**

**User Profile**

Paul Sweeting is the editor of ContentAgenda.com and a columnist for Video Business. He has covered the home entertainment industries since 1985 for *Billboard, Variety, Publishers Weekly* and other leading business publications. He is based in Washington, DC.

**User Stats**
Recent Posts: 5
Avg Posts Per Week: 4
Posts Written: 449

**RSS Feed**
Add this blog to your RSS newsreader!

**Recent Comments**
lfrank on Web radio bill passes House
jeff on A turn of seasons
Wendy on Best Buy embeds Napster
Anonymous on CinemaNow spreading virally
Media Wonk on Best Buy embeds Napster

**Most Commented On**
Missing the point on Paramount and HD DVD (14)
Economist: Copyright is dead (8)
In defense of Zucker (8)
Is Sony planning a PS3 comeback? (8)
RIAA: No alternative to law suits (7)

**Archives**
October 2008
September 2008
August 2008
July 2008
June 2008
May 2008
April 2008
March 2008
February 2008
January 2008

Display Name _____ or Registered Bloggers Login Here.



Before submitting this form, please type the characters displayed above:

[POST THIS]

| | |
|---|---|
| | December 2007 |
| | November 2007 |
| | October 2007 |
| | September 2007 |
| | August 2007 |
| | July 2007 |
| | June 2007 |
| | May 2007 |
| | December 2006 |
| | August 2006 |

**By Hot Topic**

[Consumer Trends (56)]
[Content Protection & Management (128)]
[Deals & Dealmakers (118)]
[Digital Copyright (141)]
[Digital Home (60)]
[Discs (134)]
[DIY (19)]
[DRM (93)]
[E-Content (39)]
[Legal (98)]
[Platforms & Formats (134)]
[R&D (35)]
[Regulation & Legislation (157)]
[Streams & Downloads (179)]
[Trade (57)]

**Blog**

Media Wonk

Advertisement



Ads By Google

**Roxio Popcorn - Copy DVDs**
Copy your DVD Movies Easily Award Winning DVD Copy Software!
www.roxio.com

**Boston DVD Duplication**
1-100,000 DVDs for your business Fast Turns, Excellent Service
www.productivemedia.com

**DVD Clone - FREE**
Copy/Convert DVD To Any Portable Players. Free Download Today.
www.dvd-converter-suite.com

**DVD Ripper Review**
5 Best DVD Rippers Compared! Convert DVD to wmv, avi, mp4, etc
www.macdvdripper.biz

HOME | REGISTER | ADVERTISE | ABOUT US | CONTACT US

©2008 Reed Business Information, a division of Reed Elsevier Inc. All rights reserved.
Use of this Web site is subject to its Terms of Use | Privacy Policy

Please visit these other Reed Business sites

**Media & Publishing:**
Broadcasting & Cable | ContentAgenda | LA 411 | Library Journal | Multichannel News | New York 411 | Publishers Weekly | School Library Journal | Criticas | Tradeshow Week | Variety | Video Business

**Manufacturing:**
Control Engineering | Design News | Industrial Distribution | Logistics Management | Kellysearch | Manufacturing Business Technology | Modern Materials Handling | Plant Engineering | Purchasing | Purchasing Data | Supply Chain Management Review

**Subscriptions:**
All Magazine and eNewsletter Subscriptions

**Business & Printing:**
Converting | DM2-DecisionMaker | Expert Business Source | Graphic Arts Blue Book | Graphic Arts Monthly | Hot Frog | Packaging Digest | The Industry Measure | Tracom Group | Zibb

**Gifts & Furnishings:**
Casual Living | Furniture Today | Gifts & Decorative Accessories | Home Textiles Today | Home Accents Today | Jewelers' Circular Keystone | Kids Today | Playthings

**Hospitality:**
Chain Leader | Foodservice Equipment & Supplies | HOTELS | R&I

**Electronics:**
EDN | Instat | Semiconductor International | Test & Measurement World | TWICE

**Building & Construction:**
Associated Construction Publications | Buildcore | Building Design & Construction | Building Team Forecast | Construction Equipment | Consulting Specifying Engineer | Custom Builder | Daily Commercial News | Housing Giants | HousingZone | Interior Design | Journal of Commerce | Professional Builder | Professional Remodeler | Reed Connect | Reed Construction Bulletin | Reed Construction Data | Reed First Source | RS Means

**JOB BOARD**

Interactive Sales Manager
West Palm Beach, FL
Palm Beach Post

Market Director,
Denver/Boulder...
Denver/Boulder, CO
Celilo Group Media

MORE JOBS >
POST A JOB >

POWERED BY JOBTHREAD



| | |
|---|---|
| **LLNW** - NGM<br>LIMELIGHT NETWORKS, | $2.31 |
| **NFLX** - NMS<br>NETFLIX INC | $28.97 |
| **NWS** - NYQ<br>NEWS CORP | $11.03 |
| **CSCO** - NMS<br>CISCO SYS INC | $21.25 |
| **DIS** - NYQ<br>WALT DISNEY-DISNEY C | $29.54 |
| **YHOO** - NMS<br>YAHOO INC | $16.00 |

More from Yahoo! Finance
**Buying a car?**
Search for local Auto Loan Rates

( ADD QUOTES TO YOUR SITE )

QUOTES DELAYED: NASDAQ 15 MI
NYSE & AMEX 20 MIN.

COPYRIGHT   PRIVACY