1  JAMES A. DiBOISE, State Bar No. 83296
   Email:  jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email:  cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email:  mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email:  ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13

14  REALNETWORKS, INC., a Washington          )   CASE NO: C 08 04548 MHP
    Corporation; and REALNETWORKS HOME        )
15                                            )   **PUBLIC REDACTED VERSION**
    ENTERTAINMENT, INC., a Delaware           )   **DECLARATION OF EDWARD W.**
16  corporation,                              )   **FELTEN IN OPPOSITION TO**
                                              )   **DEFENDANTS' APPLICATION**
17            Plaintiffs and Counterclaim     )   **FOR TEMPORARY RESTRAINING**
              Defendants,                     )   **ORDER AND ORDER TO SHOW**
18                                            )   **CAUSE RE; PRELIMINARY**
              v.                              )   **INJUNCTION**
19                                            )
    DVD COPY CONTROL ASSOCIATION, INC.,       )   **Date: October 7, 2008**
20  a Delaware nonprofit corporation, DISNEY  )   **Time: 2:00 p.m.**
    ENTERPRISES, INC., a Delaware corporation;)   **Courtroom 15, 18th Floor**
21  PARAMOUNT PICTURES CORP., a Delaware      )
    corporation; SONY PICTURES ENTER., INC., a)
22  Delaware corporation; TWENTIETH CENTURY   )
    FOX FILM CORP., a Delaware corporation;   )
23  NBC UNIVERSAL, INC., a Delaware           )
    corporation; WARNER BROS. ENTER., INC., a )
24  Delaware corporation; and VIACOM, Inc., a )
    Delaware Corporation.                     )
25                                            )
                                              )
26            Defendants and Counterclaim     )
              Plaintiffs.                     )
27                                            )

28

DECLARATION OF EDWARD W. FELTEN
CASE NO.: 08-4548-MHP

Dockets.Justia.com

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

|  |  |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware Corporation, | CASE NO: 08:04548 MHP |
| Plaintiffs, | |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware Nonprofit Corporation; DISNEY ENTERPRISES, INC., a Delaware Corporation; PARAMOUNT PICTURES CORP., a Delaware Corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware Corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware Corporation; NBC UNIVERSAL, INC., a Delaware Corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware Corporation; and VIACOM, INC., a Delaware Corporation, | |
| Defendants. | |

**DECLARATION OF EDWARD W. FELTEN**

**CONFIDENTIAL**

DECLARATION OF EDWARD W. FELTEN
CONFIDENTIAL
PAGE 1

Edward W. Felten hereby declares and states as follows:

## I.  INTRODUCTION

1.  My name is Edward W. Felten.  I am a Professor of Computer Science and Public Affairs at Princeton University, and I serve as the founding Director of Princeton's Center for Information Technology Policy.  I have been on the Computer Science faculty at Princeton since 1993, and I later received an additional faculty appointment, in the Woodrow Wilson School for Public and International Affairs at Princeton.  I received my Ph.D. in Computer Science and Engineering from the University of Washington in 1993, and my B.S. in Physics from the California Institute of Technology in 1985.

2.  I have been involved in computing research since 1984.  I have published more than eighty papers in the academic literature, and two books.    My professional awards include an Alfred P. Sloan Fellowship and a National Young Investigator award from the National Science Foundation.  In 2003 Scientific American magazine named me to its list of fifty global leaders in science and technology.  In 2007 the Association for Computing Machinery (ACM), the leading professional society for computer scientists, named me an ACM Fellow.

3.  I have done extensive research and teaching about computer security generally, and content protection technologies specifically.   I created Princeton's course on Information Security, and I teach that course regularly.  I have also taught courses on Applied Cryptography and related topics.

4.  A copy of my curriculum vitae is attached as Appendix A.

5. I have served in an advisory capacity to the U.S. Departments of Defense, Justice, and Homeland Security, and to the Federal Trade Commission. I have testified three times before hearings of the U.S. Senate and House of Representatives. I was the primary computer science expert witness for the U.S. Department of Justice in the Microsoft antitrust litigation.

6. I have reviewed Plaintiffs' pleadings, including the declarations of Dr. John P.J. Kelly ("Kelly Decl.") and Dr. Alan E. Bell ("Bell Decl."). I have also reviewed the declaration of Jeffrey Buzzard filed in the Central District of California; and I have discussed the relevant technologies with Jeff Chasen, Vice President for Product Development at Real.

## II. OVERVIEW OF CSS

7. I am familiar with the "Content Scrambling System" ("CSS") used to encrypt and decrypt DVD movie discs. I first studied CSS in 1999 and have followed the technology and related developments since then. I have written about CSS and have taught students about it. I filed declarations concerning CSS in two previous cases, *DVD CCA v. Bunner* and *DVD CCA v. Kaleidescape.*

8. CSS operates differently depending on whether the DVD player is a dedicated device, or a software program on a computer. I will discuss the latter case here, because RealDVD is a software program.

9. A software program such as RealDVD is called a DVD *player*. It interacts with a DVD *drive* which is a physical device, often built in to the computer, into which one inserts DVD discs.

DECLARATION OF EDWARD W. FELTEN
CONFIDENTIAL
PAGE 3

10. The video content of a commercial DVD is typically stored on the DVD disc in encrypted form. The CSS algorithms are used by a DVD player to read and decrypt the video content so that the content can be viewed. There are two CSS algorithms: an *authentication* algorithm that the player uses to enable the drive, and a *decryption* algorithm that is used to decode encrypted video content from a DVD disc.

11. Each DVD player is given one or more *player keys* which are cryptographic keys (i.e., numbers) that allow the DVD player to carry out the CSS algorithms successfully. Any device or computer program that knows the CSS algorithms and has valid key material can use the algorithms, along with the key material, to authenticate to drives and decrypt DVD discs, unlocking the discs' video content for use.

12. The information on a DVD disc is divided into a "lead-in area" containing encrypted headers, and the main area typically containing encrypted video content.

13. In the CSS authentication algorithm, the player proves to the drive that the player knows a valid key. Once the player has authenticated itself to the drive, the drive allows the player to read the lead-in area of the DVD disc. After one program authenticates, the drive also allows *any* program on the computer to read or copy the main area of the DVD disc.

14. The video content on a DVD disc is stored in the main area, and is encrypted using the CSS encryption algorithm, with an encryption key specific to the disc. This key is called the *disc key*. The lead-in area contains many copies of the disc key, which are encrypted using the player keys corresponding to different types of players.

DECLARATION OF EDWARD W. FELTEN
CONFIDENTIAL
PAGE 4

15. To access the video content of a disc, a player typically uses its player key to decrypt the relevant portion of the lead-in area. The result of this decryption is the disc key, which the player then uses to decrypt the video content.

16. In practice, CSS effectively does nothing to prevent copying of information in the main area of a DVD in a personal computer environment. Most, if not all, personal computers that have DVD drives come with DVD player software preinstalled. For example, the Windows XP laptop on which I am writing this Declaration has a built-in DVD drive and came with Microsoft's Windows Media Player preinstalled, which can play DVDs. When I insert a DVD into the laptop, Windows Media Player pops up automatically and offers to play the DVD. Windows Media Player authenticates to the DVD drive, and may or may not be licensed to use CSS technology. Once that authentication (automatically) occurs, any program on the laptop can then read or copy the files in the main area of the DVD. For example, I can copy files from the main area of the DVD onto the hard drive of my computer, using Windows, in the same way that I would copy any other file(s) on my computer. This ability to copy is enabled automatically, using standard preinstalled software, once a DVD is inserted into the drive.

A.  SEVERE DESIGN FLAWS IN CSS

17. Although Plaintiffs presumably had high hopes for CSS when it was first introduced, the CSS algorithms turned out to have severe design flaws. When I teach cryptography, I often use CSS as an example, because its designers made several instructive errors.

18. In 1999, the Norwegian computer scientist Frank Stevenson published a paper entitled "Cryptanalysis of Contents Scrambling System" (hereinafter, the "Stevenson Paper"). The Stevenson paper described how the CSS works, and it pointed out several design errors in CSS, such as errors that allow CSS player keys (i.e., cryptographic keys that can be used to decrypt and access any DVD) to be extracted.

19. Information about how to defeat CSS, software for defeating CSS, and unlicensed DVD playing and copying software are widely available on the Internet, for example at the "Gallery of CSS Descramblers" hosted by Professor David Touretzky at Carnegie Mellon University (http://www.cs.cmu.edu/~dst/DeCSS/Gallery, visited Oct. 5, 2008) and at the "Free-DVD Site" (http://free-dvd.org.lu, visited Oct. 5 2008).

20. One of the many unlicensed DVD reading and copying programs is "vlc," which is widely available on the Internet, for example at the Free-DVD Site. To verify that vlc can access DVDs, I used it, on an ordinary PC running the Gentoo Linux operating system, to view several DVDs, including *A Beautiful Mind*, *Garden State*, *Memento*, *My Cousin Vinny*, *Office Space*, and *The Saint*.

21. Both of the CSS algorithms, authentication and decryption, are insecure and can be defeated using well-known methods. CSS player keys, which were originally intended to be known only to CSS licensees, are now widely known and available for download on the Internet. For example, the Free-DVD Site contains a long list of purported player keys.

22. Methods have been published which, given the encrypted data from a few DVDs, can extract dozens of valid CSS player keys (any one of which is sufficient to decrypt any DVD). To verify that this is possible, I have performed the extraction process. The

process took only a few minutes on an ordinary PC and yielded a long list of CSS player keys.  (To verify that the extracted keys were real CSS player keys, I used some of them to decrypt video content from additional DVDs.)

23. In short, any competent computer programmer can use publicly known methods to extract all or nearly all of the CSS player keys.  These keys are sufficient to decrypt and copy the video content from any DVD.

24. Commercial and noncommercial products exist that can strip the copy protection from DVDs and copy them.  These products are easy to find.    Appendix B shows the result of a Google search for "DVD rippers" (viewed Oct. 5, 2008).  The search results on the left side relate to DVD ripping software, and the "Sponsored Links" on the right side are advertisements related to the search term "DVD rippers".

25. Clicking on the second Sponsored Link takes the user to the Tradebit page shown in Appendix C.   This page offers for download twelve different DVD ripper programs.

26. The second DVD ripper product offered for download on the Tradebit page is AnyDVD, made by an Antigua-based company called SlySoft.  Appendix D shows the main AnyDVD page on SlySoft's site (visited Oct. 5, 2008).  SlySoft claims that AnyDVD can defeat DVD copy protection.  This claim appears to be generally accurate.

27. Free open-source software programs such as Handbrake are also capable of converting DVD video content into formats that lack CSS protection.  Appendix E shows the "Details" page from the Handbrake website (visited Oct. 5, 2008), which explains that Handbrake is a "DVD to MPEG-4 converter, available for MacOS X, Linux, and Windows."  In other words, Handbrake reads video data from a DVD and converts it into the MPEG-4 format, without copy protection.

28. Based on this information, and on my past research relating to DVD rippers, I conclude that dozens of DVD ripping programs are easily available on the Internet.

29. These widely available products can already be used to copy DVD content, remove all CSS encryption on DVD content, view unencrypted DVD content, change the digital format of DVD content, compress DVD content, post playable unencrypted DVD content on the Internet, and transfer DVD content to viewing devices such as iPods.

## III. REALDVD

30. My understanding of the RealDVD product is based on discussion with Jeff Chasen, Vice President for Product Development at Real, and on the declaration filed by Jeffrey Buzzard in the Central District of California.

31. Before accessing a DVD drive, RealDVD authenticates itself to the drive in the normal way, to establish that it is a licensed player.  In doing this, RealDVD follows the CSS authentication algorithm faithfully, using its licensed CSS key material.

32. Before playing DVD video content, RealDVD decrypts the content in the normal way, following the CSS decryption algorithm faithfully, using its licensed CSS key material.

33. RealDVD does not decrypt CSS-encrypted video content, except in order to play it.

34.

REDACTED

REDACTED

35.

36. AES-128 provides much stronger encryption than CSS does.   AES-128 is widely used for security-critical applications and there are no known methods to defeat it.   CSS has numerous security flaws.   Practical methods for defeating CSS are widely known, and unlicensed software programs for defeating it are widely available.

37. Video content protected by RealDVD is more secure than the same video content would be on a DVD.

## IV. REALDVD DOES NOT CIRCUMVENT

38. RealDVD does not circumvent the CSS technology, but instead uses the CSS authentication and decryption algorithms, and the associated keys, as they were specified to be used.   RealDVD is a licensed implementation of these algorithms and it uses licensed decryption keys, according to the algorithms as specified.

39. Dr. Bell summarizes his arguments regarding circumvention as follows:

> Based on my own observations of the RealDVD software, it appears to bypass multiple important technological restrictions imposed by CSS by (a) allowing the creation of permanent playable and viewable copies of any DVD placed in the drive, and (b) playing those copies even when there is no DVD drive attached to the computer with which to initiate and successfully complete the player authentication process.

(Bell Decl. at paragraph 17)

DECLARATION OF EDWARD W. FELTEN
CONFIDENTIAL
PAGE 9

40. Dr. Kelly summarizes his arguments regarding circumvention as follows:

> Based on my above observations and my knowledge of the CSS protection system, it appears that RealDVD bypasses several important security protections embodied in CSS encryption and CSS authentication system:
>
> a. RealDVD provides users seeking to make copies of CSS-protected DVDs with access to the encrypted sectors of those DVDs by engaging in authentication with a DVD drive, and transmitting the necessary keys which establish that it is a safe legitimate device. RealDVD then uses that access to permit copying of the copy-protected content of DVDs, thus impairing an important technological measure against copying.
>
> b. RealDVD bypasses technological restrictions designed to prevent the copying of content in the lead-in area of DVDs in order to copy the "content key," which is specifically designed so as not to be subject to unauthorized copying. In so doing, it permits users to make playable copies of protected DVDs.
>
> c. RealDVD, by allowing playback of a protected video without any interaction with the DVD drive, bypasses the CSS authentication process designed to prohibit unauthorized access.

(Kelly Decl. at paragraph 34)

41. Notably, Dr. Bell's summary does not point to any specific technological measures that he thinks are being circumvented, though he does say that those measures, whatever they are, are "important." Likewise, Dr. Kelly's subparagraphs (a) and (b) do not identify which technological measures he thinks are being circumvented, though he follows Dr. Bell in saying that the unspecified measures are "important." Only in subparagraph (c) does Dr. Kelly point to a specific measure that he thinks is being circumvented. (I explain below in paragraphs 49-54 why Dr. Kelly is incorrect about this.)

42. Dr. Bell's part (a) ("allowing the creation of permanent playable and viewable copies") appears to refer to the same behavior as Dr. Kelly's subparagraphs (a) and (b) ("to permit copying of the … content of DVDs" and "permits users to make playable

copies ...", respectively).   These items assert that RealDVD circumvents copy controls in CSS.

43. Dr. Bell's part (b) ("playing those copies even when there is no DVD drive attached...") appears to refer to the same behavior as Dr. Kelly's subparagraph (c) ("allowing playback ... without any interaction with the DVD drive ..."). These items assert that RealDVD circumvents the CSS authentication technology.

44. Thus Drs. Kelly and Bell make two basic arguments, one relating to copy controls and one relating to authentication.  I will address each of these arguments in turn.

## A. REALDVD DOES NOT CIRCUMVENT COPY CONTROLS

45. Dr. Kelly does not identify any specific copy control that he thinks has been circumvented.  The closest he comes to identifying a specific copy control is in the following passage:

> Thus, RealDVD copies and stores the content key on a user's hard drive. By doing so, RealDVD bypasses a technological measure designed to prevent the making of playable copies of DVDs.

(Kelly Decl. at paragraph 29)  Nowhere does Dr. Kelly identify a copy control that he thinks has been circumvented.

46. Dr. Kelly's assertions regarding copy controls require no rebuttal, because he does not identify any specific copy control that he thinks is circumvented, and because his assertions about how RealDVD operates do not describe any circumvention of any copy control.

47. Dr. Bell identifies only one specific copy control that he thinks has been circumvented: CGMS-D (Bell Decl. at paragraphs 13f and 20).   CGMS-D is a separate

technology from CSS.  CGMS-D associates certain "flag" information with video

content.  My understanding of CGMS-D is that it is not encryption technology.  I

understand that RealDVD preserves the CGMS-D flags as required, and passes them

along intact.  For this reason, I conclude that RealDVD does not circumvent CGMS-D

technology.

48. RealDVD does not circumvent CGMS-D, nor any CSS copy control.

### B.  REALDVD DOES NOT CIRCUMVENT CSS AUTHENTICATION

49. Dr. Bell's discussion of RealDVD's purported circumvention of CSS

authentication is in fact a description of CSS-compliant behavior: "RealDVD uses the

authentication protocols it obtained by becoming a licensee of CSS..." (Bell Decl. at

paragraph 18)  "As a licensed DVD player, RealDVD, however, is able to successfully

complete the authentication process and is then granted access to data in the 'lead-in area'

of a protected DVD.  As described previously, such access is normally granted only to

authorized players as determined by the successful outcome of the authentication

process..." (Bell Decl. at paragraph 19)

50. Drs. Kelly and Bell seem to suggest that RealDVD is circumventing the CSS

authentication technology, because RealDVD does not authenticate itself to the DVD

drive in cases where it does not use the drive.  (Kelly Decl. at paragraphs 31-33, Bell

Decl. at paragraph 21)   The fact that RealDVD does not authenticate to a drive when it

does not need to use a drive does not constitute circumvention, as I explain below.

51. RealDVD does not need to authenticate to the drive in these cases, because it does

not need to use the drive at all.   I understand that the DVD specification only requires

DECLARATION OF EDWARD W. FELTEN
CONFIDENTIAL
PAGE 12

software players to authenticate themselves to the drive when they are going to use the drive. This rule is consistent with common sense.

52. If I stay home from work today, this is not a circumvention of the lock on my office door.   To say otherwise defies logic, especially in light of the fact that I have a lawfully acquired key to the office and am authorized to use that key to enter the office. My "failure" to unlock my office is entirely reasonable.   Indeed, unlocking my office when I am not going to use it will only make my office more vulnerable to intruders.

53. Similarly, if RealDVD is not going to use the DVD drive, it has no reason to authenticate itself to the drive. Indeed, authenticating itself to a drive that it is not going to use will only make the drive more vulnerable to unauthorized access by unlicensed programs.

54. RealDVD's practice of not authenticating to a drive when it is not going to use a drive, is entirely reasonable and is not a circumvention.

## V. CONCLUSION

55. For the reasons explained above, I conclude that RealDVD does not circumvent any access or copy control technology.


I declare under penalty of perjury that the foregoing is true and correct. Executed on October 5, 2008, in Princeton, New Jersey.

Edward W. Felten

DECLARATION OF EDWARD W. FELTEN
CONFIDENTIAL
PAGE 13

# APPENDIX A

# APPENDIX A (Curriculum Vitae)

## Edward W. Felten

Professor of Computer Science and Public Affairs
Director, Center for Information Technology Policy
Princeton University
302 Sherrerd Hall
Princeton NJ 08544
(609) 258-5906
(609) 258-1771 fax
felten@cs.princeton.edu

## Education

Ph.D. in Computer Science and Engineering, University of Washington, 1993.
   Dissertation title: "Protocol Compilation: High-Performance Communication for
   Parallel Programs." Advisors: Edward D. Lazowska and John Zahorjan.
M.S. in Computer Science and Engineering, University of Washington, 1991.
B.S. in Physics, with Honors, California Institute of Technology, 1985.

## Employment

Professor of Computer Science and Public Affairs, Princeton University, 2006-present.
Professor of Computer Science, Princeton University, 2003-2006.
Associate Professor of Computer Science, Princeton University, 1999-2003.
Assistant Professor of Computer Science, Princeton University, 1993-99.
Senior Computing Analyst, Caltech Concurrent Computing Project, California Institute
   of Technology, 1986-1989.

Director, Center for Information Technology Policy, Princeton University, 2005-present.

Elysium Digital LLC and various law firms. Consulting and expert testimony in
   technology litigation, 1998-present
U.S. Federal Trade Commission: consulting regarding spam policy and investigation,
   2004, 2006.
U.S. Dept. of Justice, Antitrust Division: consulting and testimony in Microsoft antitrust
   case, 1998-2002..
Electronic Frontier Foundation. Consulting in intellectual property / free speech lawsuits,
   2001-present.
Certus Ltd.: consultant in product design and analysis, 2000-2002.
Cigital Inc.: Technical Advisory Board member, 2000-present.
Cloakware Ltd.: Technical Advisory Board member, 2000-present.

Propel.com: Technical Advisory Board member, 2000-2002.
NetCertainty.com: Technical Advisory Board member, 1999-2002.
FullComm LLC: Scientific Advisory Board member, 1999-2001.
Sun Microsystems: Java Security Advisory Board member, 1997-present.
Finjan Software: Technical Advisory Board member, 1997-2002.
International Creative Technologies: consultant in product design and analysis, 1997-98.
Bell Communications Research: consultant in computer security research, 1996-97.

## Honors and Awards

ACM Fellow, 2007
EFF Pioneer Award, 2005.
Scientific American Fifty Award, 2003.
Alfred P. Sloan Fellowship, 1997.
Emerson Electric, E. Lawrence Keyes Faculty Advancement Award, Princeton
    University School of Engineering, 1996.
NSF National Young Investigator award, 1994.
Outstanding Paper award, 1997 Symposium on Operating Systems Principles.
Best Paper award, 1995 ACM SIGMETRICS Conference.
AT&T Ph.D. Fellowship, 1991-93.
Mercury Seven Foundation Fellowship, 1991-93.

## Research Interests

Computer security, especially relating to consumer products. Technology law and policy.
Internet software. Intellectual property policy. Using technology to improve
government. Operating systems. Interaction of security with programming languages and
operating systems. Distributed computing. Parallel computing architecture and software.

## Professional Service

### Professional Societies and Advisory Groups

ACM U.S. Public Policy Committee, Vice Chair, 2008-present.
Transportation Security Administration, Secure Flight Privacy Working Group, 2005.
National Academies study committee on Air Force Information Science and Technology
Research, 2004-present.
Electronic Frontier Foundation, Advisory Board, 2004-present.
ACM U.S. Public Policy Committee, 2004-present (Executive Committee, 2005-present)
ACM Advisory Committee on Security and Privacy, 2002-2003.
DARPA Information Science and Technology (ISAT) advisory committee, 2002-2004..
Co-chair, ISAT study committee on "Reconciling Security with Privacy," 2001-2002.
National Academy study committee on Foundations of Computer Science, 2001-2004.

### Program Committees

World Wide Web Conference, 2006.
USENIX General Conference, 2004.
Workshop on Foundations of Computer Security, 2003.
ACM Workshop on Digital Rights Management, 2001.
ACM Conference on Computer and Communications Security, 2001.
ACM Conference on Electronic Commerce, 2001.
Workshop on Security and Privacy in Digital Rights Management, 2001.
Internet Society Symposium on Network and Distributed System Security, 2001.
IEEE Symposium on Security and Privacy, 2000.
USENIX Technical Conference, 2000.
USENIX Windows Systems Conference, 2000.
Internet Society Symposium on Network and Distributed System Security, 2000.
IEEE Symposium on Security and Privacy, 1998.
ACM Conference on Computer and Communications Security, 1998.
USENIX Security Symposium, 1998.
USENIX Technical Conference, 1998.
Symposium on Operating Systems Design and Implementation, 1996.

### Boards

Electronic Frontier Foundation, Board of Directors.
DARPA Information Science and Technology study board, 2001-2003.
Cigital Inc.: Technical Advisory Board.
Sun Microsystems, Java Security Advisory Council.
Cloakware Ltd.: Technical Advisory Board.
Propel.com: Technical Advisory Board.
Finjan Software: Technical Advisory Board.
Netcertainty: Technical Advisory Board.
FullComm LLC: Scientific Advisory Board.

## University and Departmental Service

Director, Center for Information Technology Policy, 2005-present.
SEAS Strategic Planning, 2004.
  Member, Executive Committee
  Co-Chair, Interactions with Industry area.
  Co-Chair, Engineering, Policy, and Society area.
Faculty Advisory Committee on Policy, 2002-present.
Council of the Princeton University Community, 2002-present (Executive Committee)
Faculty Advisory Committee on Athletics, 1998-2000.
Computer Science Academic Advisor, B.S.E. program, class of 1998 (approx. 25
  students)
Faculty-Student Committee on Discipline, 1996-98.
Faculty-Student Committee on Discipline, Subcommittee on Sexual Assault and
  Harrassment, 1996-98.

## Students Advised

### Ph.D. Advisees:

J. Alex Halderman (Ph.D. expected, 2008).  Dissertation: Security Failures in Non-traditional Computing Environments.  Accepted faculty position at University of Michigan.

Shirley Gaw (Ph.D. expected, 2008).  Dissertation: Social Factors in Computer Security.

Brent Waters (Ph.D. 2004).  Dissertation: Security in a World of Ubiquitous Recording Devices.  Assistant Professor of Computer Science, University of Texas.

Robert A. Shillingsburg (Ph.D. 2004).   Dissertation: Improving Distributed File Systems using a Shared Logical Disk.  Retired; previously a technical staff member at Google.

Michael Schneider (Ph.D. 2004).  Dissertation: Network Defenses against Denial of Service Attacks.  Researcher, Supercomputing Research Center, Institute for Defense Analyses.

Minwen Ji (Ph.D. 2001).  Dissertation: Data Distribution for Dynamic Web Content. Researcher, HP Labs.

Dirk Balfanz (Ph.D. 2000).  Dissertation: Access Control for Ad Hoc Collaboration. Technical staff member at Google.

Dan S. Wallach (Ph.D. 1998).  Dissertation: A New Approach to Mobile Code Security. Associate Professor of Computer Science, Rice University.

### Significant Advisory Role:

Drew Dean (Ph.D. 1998).  Advisor: Andrew Appel.  Research scientist at SRI International.

Stefanos Damianakis (Ph.D. 1998).  Advisor: Kai Li.  President and CEO, Netrics, Inc.

Pei Cao (Ph.D. 1996).  Advisor: Kai Li.  Researcher, Google.

Lujo Bauer (Ph.D. 2003).  Advisor: Andrew Appel.  Research Scientist, School of Computer Science, Carnegie Mellon University.

## Publications

### *Books and Book Chapters*

Gover

[1] Securing Java: Getting Down to Business with Mobile Code.  Gary McGraw and Edward W. Felten.  John Wiley and Sons, New York 1999.

[2] Java Security: Web Browsers and Beyond. Drew Dean, Edward W. Felten, Dan S. Wallach, and Dirk Balfanz. In "Internet Besieged: Countering Cyberspace Scofflaws," Dorothy E. Denning and Peter J. Denning, eds. ACM Press, New York, 1997.

[3] Java Security: Hostile Applets, Holes and Antidotes. Gary McGraw and Edward Felten. John Wiley and Sons, New York, 1996

[4] Dynamic Tree Searching. Steve W. Otto and Edward W. Felten. In "High Performance Computing", Gary W. Sabot, ed., Addison Wesley, 1995.

### *Journal Articles*

[5] Government Data and the Invisible Hand.  David Robinson, Harlan Yu, William Zeller, and Edward W. Felten.  Yale Journal of Law and Technology, Fall 2008.

[6] Nuts and Bolts of Network Neutrality.  Edward W. Felten.  To appear, Colorado Journal of High-Tech Law.

[7] Mechanisms for Secure Modular Programming in Java.  Lujo Bauer, Andrew W. Appel, and Edward W. Felten.  Software – Practice and Experience, 33:461-480, 2003.

[8] The Digital Millennium Copyright Act and its Legacy: A View from the Trenches. Illinois Journal of Law, Technology and Policy, Fall 2002.

[9] The Security Architecture Formerly Known as Stack Inspection: A Security Mechanism for Language-based Systems. Dan S. Wallach, Edward W. Felten, and Andrew W. Appel. ACM Transactions on Software Engineering and Methodology, 9:4, October 2000.

[10] Statically Scanning Java Code: Finding Security Vulnerabilities. John Viega, Tom Mutdosch, Gary McGraw, and Edward W. Felten. IEEE Software, 17(5), Sept./Oct. 2000.

[11] Client-Server Computing on the SHRIMP Multicomputer. Stefanos N. Damianakis, Angelos Bilas, Cezary Dubnicki, and Edward W. Felten. IEEE Micro 17(1):8-18, February 1997.

[12] Fast RPC on the SHRIMP Virtual Memory Mapped Network Interface. Angelos Bilas and Edward W. Felten. IEEE Transactions on Parallel and Distributed Computing, February 1997.

[13] Implementation and Performance of Integrated Application-Controlled File Caching, Prefetching and Disk Scheduling. Pei Cao, Edward W. Felten, Anna R. Karlin, and Kai Li. ACM Transactions on Computer Systems, Nov 1996.

[14] Virtual Memory Mapped Network Interface Designs. Matthias A. Blumrich, Cezary Dubnicki, Edward W. Felten, Kai Li, and Malena Mesarina. IEEE Micro, 15(1):21-28, February 1995.

### *Selected Symposium Articles*

[15] Lest We Remember: Cold Boot Attacks on Encryption Keys. J. Alex Halderman, Seth D. Schoen, Nadia Heninger, William Clarkson, William Paul, Joseph A. Calandrino, Ariel J. Feldman, Jacob Appelbaum, and Edward W. Felten. Proc. Usenix Security Symposium, 2008.

[16] In Defense of Pseudorandom Sample Selection. Joseph A. Calandrino, J. Alex Halderman, and Edward W. Felten. Proc. Electronic Voting Technology Workshop, 2008.

[17] Security Analysis of the Diebold AccuVote-TS Voting Machine. Ariel J. Feldman, J. Alex Halderman, and Edward W. Felten. Proc. Electronic Voting Technology Workshop, 2007.

[18] Machine-Assisted Election Auditing. Joseph A. Calandrino, J. Alex Halderman, and Edward W. Felten. Proc. Electronic Voting Technology Workshop, 2007.

[19] Lessons from the Sony CD DRM Episode. J. Alex Halderman and Edward W. Felten. Proc. Usenix Security Symposium, 2006.

[20] A Convenient Method for Securely Managing Passwords. J. Alex Halderman, Brent R. Waters, and Edward W. Felten. Proc. 14th World Wide Web Conference, 2005.

[21] New Client Puzzle Outsourcing Techniques for DoS Resistance. Brent R. Waters, Ari Juels, J. Alex Halderman, and Edward W. Felten. ACM Conference on Computer and Communications Security. November 2004.

[22] Privacy Management for Portable Recording Devices. J. Alex Halderman, Brent R. Waters, and Edward W. Felten. 3rd Workshop on Privacy in Electronic Society. November 2004.

[23] Receiver Anonymity via Incomparable Public Keys. Brent R. Waters, Edward W. Felten, and Amit Sahai. ACM Conference on Computer and Communications Security. November 2003.

[24] Attacking an Obfuscated Cipher by Injecting Faults. Matthias Jacob, Dan Boneh, and Edward W. Felten. ACM Workshop on Digital Rights Management, November 2002.

[25] A General and Flexible Access-Control System for the Web. Lujo Bauer, Michael A. Schneider, and Edward W. Felten. 11th USENIX Security Symposium, August 2002.

[26] Informed Consent in the Mozilla Browser: Implementing Value-Sensitive Design. Batya Friedman, Daniel C. Howe, and Edward W. Felten. Hawaii International Conference on System Sciences, January 2002. (Best Paper award, organizational systems track.)

[27] Reading Between the Lines: Lessons from the SDMI Challenge. Scott A. Craver, John P. McGregor, Min Wu, Bede Liu, Adam Stubblefield, Ben Swartzlander, Dan S. Wallach, Drew Dean, and Edward W. Felten. USENIX Security Symposium, August 2001.

[28] Cookies and Web Browser Design: Toward Realizing Informed Consent Online. Lynette I. Millett, Batya Friedman, and Edward W. Felten. Proc. of CHI 2001 Conference on Human Factors in Computing Systems, April 2001.

[29] Timing Attacks on Web Privacy. Edward W. Felten and Michael A. Schneider. Proc. of 7th ACM Conference on Computer and Communications Security, Nov. 2000.

[30] Archipelago: An Island-Based File System for Highly Available and Scalable Internet Services. USENIX Windows Systems Symposium, August 2000.

[31] Proof-Carrying Authentication. Andrew W. Appel and Edward W. Felten. Proc. of 6th ACM Conference on Computer and Communications Security, Nov. 1999.

[32] An Empirical Study of the SHRIMP System. Matthias A. Blumrich, Richard D. Alpert, Yuqun Chen, Douglas W. Clark, Stefanos, N. Damianakis, Cezary Dubnicki, Edward W. Felten, Liviu Iftode, Margaret Martonosi, Robert A. Shillner, and Kai Li. Proc. of 25th International Symposium on Computer Architecture, June 1998.

[33] Performance Measurements for Multithreaded Programs. Minwen Ji, Edward W. Felten, and Kai Li. Proc. of 1998 SIGMETRICS Conference, June 1998.

[34] Understanding Java Stack Inspection. Dan S. Wallach and Edward W. Felten. Proc. of 1998 IEEE Symposium on Security and Privacy, May 1998.

[35] Extensible Security Architectures for Java. Dan S. Wallach, Dirk Balfanz, Drew Dean, and Edward W. Felten. Proc. of 16th ACM Symposium on Operating Systems Principles, Oct. 1997. Outstanding Paper Award.

[36] Web Spoofing: An Internet Con Game. Edward W. Felten, Dirk Balfanz, Drew Dean, and Dan S. Wallach. Proc. of 20th National Information Systems Security Conference, Oct. 1997.

[37] Reducing Waiting Costs in User-Level Communication. Stefanos N. Damianakis, Yuqun Chen, and Edward W. Felten. Proc. of 11th Intl. Parallel Processing Symposium, April 1997.

[38] Stream Sockets on SHRIMP. Stefanos N. Damianakis, Cezary Dubnicki, and Edward W. Felten. Proc. of 1st Intl. Workshop on Communication and Architectural Support for Network-Based Parallel Computing, February 1997. (Proceedings available as Lecture Notes in Computer Science #1199.)

[39] Early Experience with Message-Passing on the SHRIMP Multicomputer. Richard D. Alpert, Angelos Bilas, Matthias A. Blumrich, Douglas W. Clark, Stefanos

Damianakis, Cezary Dubnicki, Edward W. Felten, Liviu Iftode, and Kai Li. Proc. of 23rd Intl. Symposium on Computer Architecture, 1996.

[40] A Trace-Driven Comparison of Algorithms for Parallel Prefetching and Caching. Tracy Kimbrel, Andrew Tomkins, R. Hugo Patterson, Brian N. Bershad, Pei Cao, Edward W. Felten, Garth A. Gibson, Anna R. Karlin, and Kai Li. Proc. of 1996 Symposium on Operating Systems Design and Implementation.

[41] Java Security: From HotJava to Netscape and Beyond. Drew Dean, Edward W. Felten, and Dan S. Wallach. Proc. of 1996 IEEE Symposium on Security and Privacy.

[42] Integrated Parallel Prefetching and Caching. Tracy Kimbrel, Pei Cao, Edward W. Felten, Anna R. Karlin, and Kai Li. Proc. of 1996 SIGMETRICS Conference.

[43] Software Support for Virtual Memory-Mapped Communication. Cezary Dubnicki, Liviu Iftode, Edward W. Felten, and Kai Li. Proc. of Intl. Parallel Processing Symposium, April 1996.

[44] Protected, User-Level DMA for the SHRIMP Network Interface. Matthias A. Blumrich, Cezary Dubnicki, Edward W. Felten, and Kai Li. Proc. of 2nd Intl. Symposium on High-Performance Computer Architecture, Feb. 1996

[45] Improving Release-Consistent Shared Virtual Memory using Automatic Update . Liviu Iftode, Cezary Dubnicki, Edward W. Felten, and Kai Li. Proc. of 2nd Intl. Symposium on High-Performance Computer Architecture, Feb. 1996

[46] Synchronization for a Multi-Port Frame Buffer on a Mesh-Connected Multicomputer. Bin Wei, Gordon Stoll, Douglas W. Clark, Edward W. Felten, and Kai Li. Parallel Rendering Symposium, Oct. 1995.

[47] A Study of Integrated Prefetching and Caching Strategies. Pei Cao, Edward W. Felten, Anna R. Karlin, and Kai Li. Proc. of 1995 ACM SIGMETRICS Conference. Best Paper award.

[48] Evaluating Multi-Port Frame Buffer Designs for a Mesh-Connected Multicomputer. Gordon Stoll, Bin Wei, Douglas W. Clark, Edward W. Felten, Kai Li, and Patrick Hanrahan. Proc. of 22nd Intl. Symposium on Computer Architecture.

[49] Implementation and Performance of Application-Controlled File Caching. Pei Cao, Edward W. Felten, and Kai Li. Proc. of 1st Symposium on Operating Systems Design and Implementation, pages 165-178, November 1994.

[50] Application-Controlled File Caching Policies. Pei Cao, Edward W. Felten, and Kai Li. Proc. of USENIX Summer 1994 Technical Conference, pages 171-182, 1994.

[51] Virtual Memory Mapped Network Interface for the SHRIMP Multicomputer. Matthias A. Blumrich, Kai Li, Richard D. Alpert, Cezary Dubnicki, Edward W. Felten, and Jonathan S. Sandberg. Proc. of Intl. Symposium on Computer Architecture, 1994.

[52] Performance Issues in Non-Blocking Synchronization on Shared-Memory Multiprocessors. Juan Alemany and Edward W. Felten. Proceedings of Symposium on Principles of Distributed Computing, 1992.

[53] Improving the Performance of Message-Passing Applications by Multithreading. Edward W. Felten and Dylan McNamee. Proceedings of Scalable High-Performance Computing Conference (SHPCC), 1992.

[54] A Highly Parallel Chess Program. Edward W. Felten and Steve W. Otto. 1988 Conference on Fifth Generation Computer Systems.

### *Selected Other Publications*

[55] Freedom to Tinker weblog, at http://www.freedom-to-tinker.com. Commentary on technology law and policy, typically four 500-word pieces per week. About 1,000,000 page views per month.

[56] Security Analysis of the Diebold AccuVote-TS Voting Machine. Ariel J. Feldman, J. Alex Halderman, and Edward W. Felten. Sept. 2006

[57] Digital Rights Management, Spyware, and Security. Edward W. Felten and J. Alex Halderman, *IEEE Security and Privacy,* Jan./Feb. 2006.

[58] Inside RISKS: DRM and Public Policy. Edward W. Felten. Communications of the ACM, 48:7, July 2005.

[59] Understanding Trusted Computing: Will its Benefits Outweigh its Drawbacks? Edward W. Felten. IEEE Security and Privacy, May 2003.

[60] A Skeptical View of DRM and Fair Use. Edward W. Felten. Communications of the ACM 46(4):56-61, April 2003.

[61] Consumer Privacy and Government Technology Mandates in the Digital Media Marketplace. Testimony before U.S. Senate Commerce Committee. September 2003.

[62] Secure, Private Proofs of Location. Brent R. Waters and Edward W. Felten. Submitted for publication, 2003.

[63] An Efficient Heuristic for Defense Against Distributed Denial of Service Attacks using Route-Based Distributed Packet Filtering. Michael A. Schneider and Edward W. Felten. Submitted for publication, 2003.

[64] Written testimony to House Commerce Committee, Subcommittee on Courts, the Internet, and Intellectual Property, oversight hearing on "Piracy of Intellectual Property on Peer to Peer Networks." September 2002.

[65] Written testimony to Senate Judiciary Committee hearings on "Competition, Innovation, and Public Policy in the Digital Age: Is the Marketplace Working to Protect Digital Creativity?" March 2002.

[66] Informed Consent Online: A Conceptual Model and Design Principles. Batya Friedman, Edward W. Felten, and Lynette I. Millett. Technical Report 2000-12-2, Dept. of Computer Science and Engineering, University of Washington, Dec. 2000.

[67] Mechanisms for Secure Modular Programming in Java. Lujo Bauer, Andrew W. Appel, and Edward W. Felten. Technical Report CS-TR-603-99, Department of Computer Science, Princeton University, July 1999.

[68] A Java Filter. Dirk Balfanz and Edward W. Felten. Technical Report 567-97, Dept. of Computer Science, Princeton University, October 1997.

[69] Inside RISKS: Webware Security. Edward W. Felten. Communications of the ACM, 40(4):130, 1997.

[70] Simplifying Distributed File Systems Using a Shared Logical Disk. Robert A. Shillner and Edward W. Felten. Princeton University technical report TR-524-96.

[71] Contention and Queueing in an Experimental Multicomputer: Analytical and Simulation-based Results. Wenjia Fang, Edward W. Felten, and Margaret Martonosi. Princeton University technical report TR-508-96.

[72] Design and Implementation of NX Message Passing Using SHRIMP Virtual Memory Mapped Communication. Richard D. Alpert, Cezary Dubnicki, Edward W. Felten, and Kai Li. Princeton University technical report TR-507-96.

[73] Protocol Compilation: High-Performance Communication for Parallel Programs. Edward W. Felten. Ph.D. dissertation, Dept. of Computer Science and Engineering, University of Washington, August 1993.

[74] Building Counting Networks from Larger Balancers. Edward W. Felten, Anthony LaMarca, and Richard Ladner. Univ. of Washington technical report UW-CSE-93-04-09.

[75] The Case for Application-Specific Communication Protocols. Edward W. Felten. Univ. of Washington technical report TR-92-03-11.

[76] A Centralized Token-Based Algorithm for Distributed Mutual Exclusion. Edward W. Felten and Michael Rabinovich. Univ. of Washington technical report TR-92-02-02.

[77] Issues in the Implementation of a Remote Memory Paging System. Edward W. Felten and John Zahorjan. Univ. of Washington technical report TR-91-03-09.

# APPENDIX B

 DVD rippers          [ Search ]    Advanced Search
Preferences

---

**Web**                    Results **1** - **10** of about **526,000** for DVD rippers. (0.16 seconds)

Related searches: **freeware** dvd rippers          Sponsored Links

### DVD Ripper comparison
There's currently a lot of **DVD** decryption programs "on the
market". One of the favorite questions of a newbie is "Which
**ripper** should I use" and everybody ...
www.doom9.org/**dvd_ripper_comparison**.htm - 18k -
Cached - Similar pages - Note this

### Decrypters (**DVD Rippers**)
NET is a **DVD Ripper** that can pretty much rip any **DVD** just the
way you want in Windows XP. It can rip files in both DISK mode
and FILE mode. ...
www.videohelp.com/tools/sections/decrypters-**dvd-rippers** - 115k
- Cached - Similar pages - Note this

### Magic **DVD Ripper** - rip **DVD** to hard drive or blank **DVD**
Provide the best **DVD Ripper** and **DVD** Copier software, which
can copy **DVD** to hard drive or blank **DVD**, or convert **DVD** to AVI
(DivX),WMV,iPod/PSP,VCD/SVCD ...
www.magic**dvdripper**.com/ - 11k -
Cached - Similar pages - Note this

#### Magic **DVD Ripper** - rip **DVD** to hard drive
Magic **DVD Ripper** is a powerful **DVD** ripping software,
which can copy **DVD** to hard drive or convert **DVD** to VCD,
SVCD, AVI(DivX), WMV, iPod and PSP formats.
www.magic**dvdripper**.com/**dvd-ripper**.htm - 11k -
Cached - Similar pages - Note this

### Plato **DVD Ripper** - best **dvd rippers** software , convert **dvd** to ipod ...
Plato **DVD Ripper** convert **dvd** to ipod, **dvd** to avi, **dvd** to psp, **dvd** to mpeg, zune, iphone,
3gp, wmv, youbute flv, free **dvd ripper** download and trial here now!
www.**dvd**tompegx.com/html/**dvdripper**.html - 35k - Cached - Similar pages - Note this

### **Dvd Ripper**: BURN DVD, COPY **DVD** , DVD BURNING - Downloads
**Dvd Ripper**: 12 assigned downloads, like **DVD** Copy Software: Copy Any **Dvd** Movie To Cd
Or **Dvd**. from external.
www.tradebit.com/tagworld.php/**dvd+ripper** - 68k - Cached - Similar pages - Note this

### DVD ripper - Wikipedia, the free encyclopedia
A **DVD ripper** is a software application that copies the content of DVDs to a ... **DVD rippers**
are used to transfer formats, to edit or backup **DVD** content for ...
en.wikipedia.org/wiki/**DVD_ripper** - 19k - Cached - Similar pages - Note this

### dvdrippers.net - **dvd ripper** software
**dvd ripper** software for converting **dvd** to vcd, svcd, mpeg, avi.
www.**dvdrippers**.net/ - 5k - Cached - Similar pages - Note this

### DVD&Video **Ripper** Reviews
Top **DVD** Video **Rippers** Reviewed,
**DVD** to AVI, MPEG, WMV, MP4, etc...
www.**dvd**-software-reviews.com

### Best DVD Rippers
Instant download - the best **DVD**
**Rippers** Tested For You!
www.tradebit.com/

### DVD Rippers -Top Review
Top **DVD** Software **Rippers** Reviewed.
**DVD** to MP4, AVI, WMV, MPEG, MP3...
**DVDsRippers**.tops-review.com

### DVD to Other Formats
Transfer to various other formats.
9 best-selling programs reviewed.
www.topsixreviews.ca/mult

### New Nero 9 **DVD Ripper**
Burn Data to CD, **DVD**, Blu-ray Disc,
and HD **DVD** Securely and Easily.
Nero.com/OfficialSite/**DVDripper**

### Dvd rippers
Shop for Products, Compare Prices
Find more **Dvd rippers** you'll love.
www.Kaboodle.com

## Converter & **Ripper** for **DVD** MP4 MP3 MPEG AVI iPod Video and CD Audio
Download software CD **Ripper** to MP3 WMA, **DVD Ripper** to MP4 MPEG, iPod Video
Converter to MP4 for Zune PSP etc.
www.share2.com/ - 40k - <u>Cached</u> - <u>Similar pages</u> - <u>Note this</u>

## BurnWorld - **DVD Ripper** Software- rip **dvd** movies to your hard disc
**DVD Rippers** are considered 'illegal' in most countries including the USA. **...** Below is a brief
explanation on what a **DVD Ripper** would remove:. Restrictions **...**
www.burnworld.com/software/**dvd**burning/**dvdrippers**.htm - 50k -
<u>Cached</u> - <u>Similar pages</u> - <u>Note this</u>

## Searches related to: **DVD rippers**

| | | | |
|---|---|---|---|
| <u>**freeware** dvd rippers</u> | <u>**free** dvd rippers</u> | <u>**best** dvd rippers</u> | <u>**linux** dvd rippers</u> |
| <u>**best free** dvd rippers</u> | <u>**top 10** dvd rippers</u> | <u>**compare** dvd rippers</u> | |

**1** <u>2</u> <u>3</u> <u>4</u> <u>5</u> <u>6</u> <u>7</u> <u>8</u> <u>9</u> <u>10</u>      **<u>Next</u>**

---

DVD rippers          [ Search ]

<u>Search within results</u> | <u>Language Tools</u> | <u>Search Tips</u> | <u>Dissatisfied? Help us improve</u> |
<u>Try Google Experimental</u>

---

<u>Google Home</u> - <u>Advertising Programs</u> - <u>Business Solutions</u> - <u>Privacy</u> - <u>About Google</u>

# APPENDIX C

**tradebit**                    sell downloads

Shopping Cart:
now in your cart
(0) Items

🛒 Username          Login  Password lost?  Sign up

| Browse Files | Publish/Sell | My Purchases | Forum | Blog | Help | About |

enter keyword    **Search**

**BROWSE BY CATEGORIES**

Documents / eBooks
Movies
Music
Pictures / Graphics
Software / Programs
Sounds / MIDI
Development
Misc.

---

**SIMILAR PRODUCTS**

(1) burn dvd (1) copy dvd (1) dvd
burning (1) **dvd rip** (1) dvd rip
software (1) how to rip dvd (1) anydvd
(1) **avi files** (1) clonedvd
(3) **converter** (1) download
dvd movies (1) dvd (1) **dvd**
player download (1) **dvd recorder.**
(8) **dvd ripper** (1) media
converter (2) movie download
(1) ripping

---

## Dvd Ripper downloads
Sell your software, photos, music, ... on Tradebit

**Instant DVD Ripper downloads:**
For us as international travellers nothing is more annoying than a region protected DVD we picked up in the US and which does not play in our European DVD players. The new blockbuster movies come out in the States first and we are travelling a lot.

DVD Rippers are tools which might be abused to rip movies of the silver discs to share with others, but for us these downloads are good to just copy the movie to our Laptops (totally legal). The best DVD and CD copying suites come with a complete set of DVD and music management and rippers like the DVD Ripper Pro here.

| Dvd Ripper | search |

**Webmaster/Affiliates**
Promote these downloads and earn money

**RELATED DOWNLOADS**

| **DVD COPY SOFTWARE: COPY ANY DVD MOVIE TO CD OR DVD.** | **ANYDVD / CLONEDVD** | **BEST DVD RIP TOOL: DVDXRIPPER** |
|---|---|---|
| Most DVD burning software does not work on a copy protected DVD. For example; Nero users are forc... | This fantastic bundle copies EVERYTHING. Make backups of your DVDs, no matter what´s on the... | Are you looking for a tool which can help you to rip DVDs and other CD? Then this is the... |
|  |  |  |
| ▸ Details | ▸ Details | ▸ Details |
| Add to Cart | Add to Cart | Add to Cart |

| **DVD RIP SOFTWARE: DVD COPY PRO** | **CUCUSOFT DVD RIPPER AND DVD CONVERTER** | **DVD RIPPER: 1 CLICK DVD RIPPER** |
|---|---|---|
| Do you have various DVD and want to play them on your home DVD player, if yes... | DVD Ripper and Converter in One Super Pack! Cucusoft iPod Video Converter Suite is an all-in-... | 1Click DVD Ripper is an easy to use DVD copying and ripping software which can rip DVD to VCD/SVC... |
|  |  |  |
| ▸ Details | ▸ Details | ▸ Details |
| Add to Cart | Download free demo | Add to Cart |

| **DVD RIPPER: DVD-RIPPER-COPY-PRO** | **DVD RIPPER : IM TOO DVD RIPPER** | **FAST DVD RIPPER: AOA DVD RIPPER** |
|---|---|---|
| Instantly Download your copy of DVD Ripper Copy Pro! No need to wait for a CD by postal mail. ... | DVD RIPPER INSTANT DOWNLOAD: ImTOO DVD Ripper is a DVD ripping tool easy to use with high ripp... | With this smart DVD ripper, you can easily copy your favorite DVD movies onto your hard drive in ... |
|  |  |  |

› Details
**Add to Cart**

› Details
Download free demo

› Details
**Add to Cart**



**XILISOFT DVD RIPPER STANDARD**

Xilisoft DVD Ripper is excellent DVD ripper
software with amazing sound and picture
quality, whic...

**35.00 USD**

› Details
Download free demo

**WONDERSHARE DVD RIPPER
PLATINUM**

Wondershare DVD Ripper Platinum is all-in-
one, super fast DVD rip software. The DVD
ripper can ri...

**39.00 USD**

› Details
Download free demo

**ULTRA DVD RIPPER**

Ultra DVD Ripper is powerful DVD ripper, DVD
ripping software to rip DVD movie to almost
all popu...

**39.95 USD**

› Details
Download free demo

---

Sitemap | Affiliates | Link to us | Bookmark! | Terms & Conditions | Privacy Policy

PayPal  VISA  MasterCard

© 2004 - 2008 Tradebit Inc.

# APPENDIX D



⊞⊠ CHANGE LANGUAGE

**Home**

**Products**
- AnyDVD
- AnyDVD HD
- CloneDVD
- CloneDVD mobile
- CloneCD
- Game Jackal Pro
- Game Jackal Enterprise
- Virtual CloneDrive

**Download**

**Purchase**

**FAQ**

**Support**

**Contact**

**Forum**

**Join Our Team!**

## A N Y D V D ™





⊘ DOWNLOAD

€ BUY NOW

AnyDVD works in the background to automatically remove the copy protection of a DVD movie as soon as it's inserted into the drive, allowing you then to backup the movie using a DVD backup tool such as CloneDVD and CloneDVD mobile. You can also remove the RPC region code, thereby making the movie region free and viewable on any DVD player and with any DVD player software.

AnyDVD is capable of removing unwanted movie features, including subtitles and prohibition messages such as copyright and FBI warnings. It also allows you to launch an external application whenever you insert or remove a disc, or prevent 'PC-friendly' software from automatically launching when you insert a video DVD.

Decryption is not all that AnyDVD offers. You can control the drive speed of your DVD drive, allowing you to reduce the noise level when watching movies on your PC. You can even adjust the display frequency of your monitor for both NTSC and PAL displays.

But AnyDVD doesn't just stop at DVDs. It also decrypts protected audio CDs to allow you to copy them.

**Features**
- Works automatically in the background
- Removes encryption (CSS) and region code (RPC) from DVDs
- Removes analogue copy protection (Macrovision)
- Removes features such as forced subtitles and warnings
- Decrypts without the need to save the data onto your hard-disk
- Decrypts 'on the fly'
- Prevents automatic launching of 'PC-friendly' software on video DVDs
- Allows adjustment of your monitor refresh rate for both NTSC and PAL monitors
- Allows execution of external programs on disc insertion and removal
- Allows speed control of your DVD drives
- Compatible with all DVD media
- Works with all DVD-drives, regardless of region code
- Works with all DVD copying, such as CloneDVD, and all DVD player software
- Works transparently for the operating system: DVDs can be shared over the network and copied with the command prompt or with Windows Explorer, etc.
- Proven to be stable and fast and does not require an ASPI driver
- Provides its own Universal Disk Format (UDF) reader. Discs which cannot be read by Windows can be copied using the AnyDVD ripper.
- Features AnyCDDA: play, copy and rip protected audio CDs

**System Requirements**
- IBM-compatible PC with a minimum 500 MHz Pentium-class microprocessor and 64 MB RAM
- Windows 98/98SE/ME/2000/XP/XP64/VISTA/VISTA64
- 2 MB hard-disk space

Ads by Google

**DVD Clone - FREE**
Copy/Convert DVD To
Any Portable Players.
Free Download Today.
www.dvd-converter-suite.com

**Fix AnyDVD.exe**
Download a Free Scan
Tool & Fix AnyDVD.exe
Instantly!
www.TuneupAdvisor.com

**Free DVD Decoder**
Decode & play most DVD
formats with VLC Player.
Free Download.
uberdownloads.com

**Dvd Copy**
Instant Dvd Copy Access.
Free Download!
eWossToolbar.net

**Digital Video Stabilizers**
Copy Movies DVD/VCR,
Generation III $23.50 -
$45.95 w/Gold S-Video &
RCA
www.QualitekIndustries.com

About | Terms & Conditions | Join Our Team! | Site Map
CD Cover | Wallpaper
Webmaster Affiliate Program

© 2003-2008 SlySoft.

# APPENDIX E

# HandBrake

HandBrake
HandBrake is an open-source, GPL-licensed, multiplatform, multithreaded DVD to MPEG-4 converter, available for MacOS X, Linux and Windows.

## Details

HandBrake is an open-source, GPL-licensed, multiplatform, multithreaded DVD to MPEG-4 converter, available for MacOS X, Linux and Windows.

**Screenshots of 0.9.1:** Click Here

**Supported sources:**

- Any DVD-like source: VIDEO_TS folder, DVD image or real DVD (encrypted or unencrypted, but protection methods other than CSS are not supported and must be handled externally with third-party software), and some .VOB and .TS files
- PAL or NTSC
- AC-3, DTS, LPCM or MPEG audio tracks

**Outputs:**

- File format: MP4, MKV, AVI or OGM
- Video: MPEG-4 or H.264 (1 or 2 passes or constant quantizer/rate encoding)
- Audio: AAC, MP3, Vorbis or AC-3 pass-through (supports encoding of several audio tracks)

**Misc features:**

- Chapter selection
- Basic subtitle support (burned into the picture)
- Integrated bitrate calculator
- Picture deinterlacing, cropping and scaling
- Grayscale encoding

**Credits**

HandBrake uses a lot of (L)GPL libraries from the Linux world:

- liba52 (AC3 decoding)
- libavcodec (picture cropping, scaling and deinterlacing, MPEG-4 encoding)
- libdvdcss (CSS decryption)
- libdvdread (DVD navigation)
- libfaac (AAC encoding)
- libmp3lame (MP3 encoding)
- libmp4v2 (MP4 muxing)
- libmpeg2 (MPEG-2 decoding)
- libogg (OGM muxing)
- libsamplerate (audio resampling)

- libvorbis (Vorbis encoding)
- libx264 (H264 encoding)
- libxvidcore (MPEG-4 encoding)

Thank their authors!

- News
- Details
- Download
- Community
- Wiki
- Documentation
- Development

## Feeds

- News via RSS
- Trac via RSS

## Search

○ Web  ● handbrake.fr    [ Google Search ]

## Links

- CityNet
- Ohloh
- Run for Your Life
- Transmission
- hlscript

**IPod DVD Converter**
500% Faster IPod DVD
Converter, Great Quality - It's
Free Download!
www.DVDsToiPod.com

**DVD Converter for MacOsX**
Convert DVD, AVI, 3GP,
MP4, M4V to any portable
video player.
www.MacVideoTools.com

**DVD Ripper Review**
5 Best DVD Rippers
Compared! Convert DVD to
wmv, avi, mp4, etc
www.macdvdripper.biz

Ads by Google    Ads by Google    Ads by Google

 The webpag

This site has been viewed 11271355 times since August 27, 2007