1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                      UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 REALNETWORKS, INC., a Washington         ) CASE NO.: C 08 04548 MHP
   Corporation; and REALNETWORKS HOME       )
15 ENTERTAINMENT, INC., a Delaware          ) PLAINTIFFS AND
   corporation,                             ) COUNTERCLAIM DEFENDANTS'
16                                          ) OPPOSITION TO DEFENDANTS'
                                            ) APPLICATION FOR A
17        Plaintiffs and Counterclaim       ) TEMPORARY RESTRAINING
          Defendants,                       ) ORDER
18                                          )
          v.                                ) Date: October 7, 2008
19                                          ) Time: 2:00 p.m.
   DVD COPY CONTROL ASSOCIATION, INC.,      ) Courtroom 15, 18th Floor
20 a Delaware nonprofit corporation, DISNEY )
   ENTERPRISES, INC., a Delaware corporation;)
21 PARAMOUNT PICTURES CORP., a Delaware     ) [CONFIDENTIAL
   corporation; SONY PICTURES ENTER., INC., a) FILED UNDER SEAL]
22 Delaware corporation; TWENTIETH CENTURY  )
   FOX FILM CORP., a Delaware corporation;  )
23 NBC UNIVERSAL, INC., a Delaware          )
   corporation; WARNER BROS. ENTER., INC., a)
24 Delaware corporation; and VIACOM, Inc., a)
   Delaware Corporation.                    )
25                                          )
                                            )
26        Defendants and Counterclaim       )
          Plaintiffs.                       )
27                                          )

28 _____

PLAINTIFFS' OPP'N. TO TRO APPLICATION                    CASE NO. 08-cv-04548 MHP

## MANUAL FILING NOTIFICATION

Regarding: **PLAINTIFFS AND COUNTERCLAIM DEFENDANTS' OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER.**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

**[X] Item Under Seal**

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____