JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>    Plaintiffs and Counterclaim Defendants,<br><br>    v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation.<br><br>    Defendants and Counterclaim Plaintiffs. | **CASE NO: C 08 04548 MHP**<br><br>**CERTIFICATE OF SERVICE VIA ELECTRONIC MAIL** |

CERTIFICATE OF SERVICE
CASE NO. 08-cv-04548 MHP
.

1  I, Deborah Grubbs, declare:

2  I am employed in Santa Clara County, State of California.  I am over the age of 18 years
3  and not a party to the within action.  My business address is Wilson Sonsini Goodrich & Rosati,
4  650 Page Mill Road, Palo Alto, California 94304-1050.

5  On this date, the following documents were served:

6  **1.  PLAINTIFFS AND COUNTERCLAIM DEFENDANTS' OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER (CONFIDENTIAL VERSION)**

8  **2.  SUPPLEMENTAL DECLARATION OF JACQUELINE LANG IN OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER (CONFIDENTIAL VERSION)**

10 **3.  DECLARATION OF EDWARD W. FELTEN (CONFIDENTIAL VERSION)**

12  ☒  By forwarding the document(s) by electronic mail to the names listed below:

Glenn Pomerantz:        glenn.pomerantz@mto.com
Kelly Klaus:            kelly.klaus@mto.com
Rohit Singla:           rohit.singla@mto.com
Bart Williams:          bart.williams@mto.com
Robert H. Rotstein:     rxr@msk.com;
Eric J. German:         ejg@msk.com
Betsey A. Zedek:        baz@msk.com

18  I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and
19  processing of documents for delivery according to instructions indicated above.  In the ordinary
20  course of business, documents would be handled accordingly.

21  I declare under penalty of perjury under the laws of the State of California that the
22  foregoing is true and correct.  Executed at Palo Alto, California on October 6, 2008.

                                    /s/ Deborah Grubbs
                                    Deborah Grubbs

CERTIFICATE OF SERVICE
CASE NO.  08-cv-04548 MHP