```
 1  GLENN D. POMERANTZ (SBN 112503)
    Glenn.Pomerantz@mto.com
 2  BART H. WILLIAMS (SBN 134009)
    Bart.Williams@mto.com
 3  KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
 5  Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
 6  Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
 7
    ROBERT H. ROTSTEIN (SBN 72452)
 8  rxr@msk.com
    Eric J. German (SBN 224557)
 9  ejg@msk.com
    Betsy A. Zedek (SBN 241653)
10  baz@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
11  11377 West Olympic Boulevard
    Los Angeles, California  90064-1683
12  Tel: (310) 312-2000; Fax: (310) 312-3100

13  GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
14  DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
15  15301 Ventura Boulevard, Building E
    Sherman Oaks, California  91403-3102
16  Tel: (818) 995-6600; Fax: (818) 285-4403

17  Attorneys for Defendants
    DISNEY ENTERPRISES, INC., PARAMOUNT
18  PICTURES CORP., SONY PICTURES
    ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19  FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
    ENTERTAINMENT, INC. and VIACOM, INC.
20
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs. | CASE NO.  C 08 4548 MHP<br><br>**PROOF OF SERVICE** |

6069509.1

PROOF OF SERVICE

1  DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation;
2  DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT
3  PICTURES CORP., a Delaware corporation; SONY PICTURES
4  ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY
5  FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a
6  Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware
7  corporation; and VIACOM, Inc., a Delaware Corporation,
8  
   Defendants.

**PROOF OF SERVICE BY HAND**

I, SHANE Cantrell, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Wheels of Justice, Inc. in the County of San Francisco, State of California. My business address is 657 Mission Street, Suite 502, San Francisco, CA 94105.

2. On October 6, 2008, I served a true copy of the document entitled **TEMPORARY RESTRAINING ORDER BOND (NO. 105089589)** by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and I delivered the envelope(s) by hand to the offices of the addressee(s).

JAMES A. DiBOISE
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 6, 2008, at San Francisco, California.

_Shane Cantrell_

6069509.1

PROOF OF SERVICE