```
GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
Eric J. German (SBN 224557)
ejg@msk.com
Betsy A. Zedek (SBN 241653)
baz@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants
DISNEY ENTERPRISES, INC.,
PARAMOUNT PICTURES CORP.,
SONY PICTURES ENTERTAINMENT, INC.,
TWENTIETH CENTURY FOX FILM CORP.,
NBC UNIVERSAL, INC., WARNER BROS.
ENTERTAINMENT, INC. and VIACOM, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs, | CASE NO.  C 08 4548 MHP<br><br>**APPLICATION TO SEAL DEFENDANT/COUNTER-CLAIMANTS' REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

APPLICATION TO SEAL

|    |    |    |
|----|----|----|
| 1  | vs. | Lodged concurrently herewith: |
| 2  |    | 1) [Proposed] Order Granting Application |
| 3  | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | 2) DOCUMENTS REQUESTED TO BE FILED UNDER SEAL |
| 4  |    | Date:    October 7, 2008 |
| 5  |    | Time:    2:00 p.m. |
| 6  |    | Crtrm:   15 (Hon. Marilyn Hall Patel) |
| 7  |    |    |
| 8  |    |    |
| 9  |    |    |
| 10 | Defendants. |    |

APPLICATION TO SEAL

1 | Pursuant to Civil Local Rule 7-11 and 79-5, Defendants Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corp., and Warner Bros. Entertainment, Inc. (collectively, "Defendants/Counter-claimants") respectfully apply for an order sealing the following document:

- Defendants/Counter-claimants' Reply In Support Of *Ex Parte* Application For Temporary Restraining Order

The confidential information in this document concerns a single page from the "Technical Specifications" of the "CSS License Agreement" between RealNetworks, Inc. and the DVD Copy Control Association, Inc. ("DVD CCA"). This page from the "Technical Specifications" is attached as Exhibit G to the Declaration of Glenn D. Pomerantz in Support of the *Ex Parte* Application, which was previously filed under seal. The Reply in Support of the *Ex Parte* Application quotes from the same document.

Defendants/Counter-claimants already have filed an Application to seal Exhibit G to the Pomerantz Declaration and a declaration in support thereof. The previous Application to Seal, and its supporting declaration, filed on October 3, 2008, are attached hereto as Exhibit A and are incorporated herein by reference.

For these reasons and those in the attached and incorporated Application to Seal and supporting declaration, the Court should grant the Application to Seal Defendant/counter-claimants' Reply in Support of *Ex Parte* Application.

DATED: October 7, 2008

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS


By: _____/S/ Rebecca Gose Lynch_____
        REBECCA GOSE LYNCH

Attorneys for Defendants

APPLICATION TO SEAL