| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
| | Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009) |
| | Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue |
| 5 | Thirty-Fifth Floor |
| | Los Angeles, CA 90071-1560 |
| 6 | Telephone:   (213) 683-9100 |
| | Facsimile:   (213) 687-3702 |
| 7 | |
| | ROBERT H. ROTSTEIN (SBN 72452) |
| 8 | rxr@msk.com |
| | Eric J. German (SBN 224557) |
| 9 | ejg@msk.com |
| | Betsy A. Zedek (SBN 241653) |
| 10 | baz@msk.com |
| | MITCHELL SILBERBERG & KNUPP LLP |
| 11 | 11377 West Olympic Boulevard |
| | Los Angeles, California 90064-1683 |
| 12 | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 13 | GREGORY P. GOECKNER (SBN 103693) |
| | gregory_goeckner@mpaa.org |
| 14 | DANIEL E. ROBBINS (SBN 156934) |
| | dan_robbins@mpaa.org |
| 15 | 15301 Ventura Boulevard, Building E |
| | Sherman Oaks, California 91403-3102 |
| 16 | Tel: (818) 995-6600; Fax: (818) 285-4403 |
| 17 | Attorneys for Defendants |
| | DISNEY ENTERPRISES, INC., PARAMOUNT |
| 18 | PICTURES CORP., SONY PICTURES |
| | ENTERTAINMENT, INC., TWENTIETH CENTURY FOX |
| 19 | FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. |
| | ENTERTAINMENT, INC. and VIACOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 24 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | CASE NO. C 08 4548 MHP |
| 25 | | **[PROPOSED ORDER] GRANTING APPLICATION TO SEAL DEFENDANTS/COUNTER-CLAIMANTS' REPLY IN SUPPORT OF *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER** |
| 26 | Plaintiffs, | |
| 27 | vs. | |
| 28 | | |

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL

| | |
|---|---|
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>                  Defendants. | Date:   October 7, 2008<br>Time:  2:00 p.m.<br>Crtrm: 15 (Hon. Marilyn Hall Patel) |

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL

Based on Defendants/Counter-claimants' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following document be filed under seal:

- Defendants/Counter-claimants' Reply In Support Of *Ex Parte* Application For Temporary Restraining Order

It is so ORDERED.

_____
The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS


By: _____*/S/ Rebecca Gose Lynch*_____
       REBECCA GOSE LYNCH
       Attorneys for Defendants