1  GLENN D. POMERANTZ (SBN 112503)
   *Glenn.Pomerantz@mto.com*
2  BART H. WILLIAMS (SBN 134009)
   *Bart.Williams@mto.com*
3  KELLY M. KLAUS (SBN 161091)
   *Kelly.Klaus@mto.com*
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue, Thirty-Fifth Floor
5  Los Angeles, CA  90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6
   ROBERT H. ROTSTEIN (SBN 72452)
7  *rxr@msk.com*
   ERIC J. GERMAN (SBN 224557)
8  *ejg@msk.com*
   BETSY A. ZEDEK (SBN 241653)
9  *baz@msk.com*
   MITCHELL SILBERBERG & KNUPP LLP
10 11377 West Olympic Boulevard
   Los Angeles, California 90064-1683
11 Tel: (310) 312-2000; Fax: (310) 312-3100

12 GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
13 DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
14 15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
15 Tel: (818) 995-6600; Fax: (818) 285-4403

16
   Attorneys for Plaintiffs
17

18                    UNITED STATES DISTRICT COURT

19                   NORTHERN DISTRICT OF CALIFORNIA

20

21
   REALNETWORKS, INC., a Washington
22 Corporation; and REALNETWORKS HOME          CASE NO.  C 08-4548-MHP
   ENTERTAINMENT, INC., a Delaware
23 corporation,                                **SUPPLEMENTAL DECLARATION OF
                                               GLENN D. POMERANTZ IN SUPPORT
24             Plaintiffs and Counter-         OF *EX PARTE* APPLICATION OF
               Defendants,                     PLAINTIFFS FOR TEMPORARY
25                                             RESTRAINING ORDER AND ORDER TO
          vs.                                  SHOW CAUSE RE: PRELIMINARY
26                                             INJUNCTION THEREOF**
   DVD COPY CONTROL ASSOCIATION,
27 INC., a Delaware nonprofit corporation,     Date:    October 7, 2008
   DISNEY ENTERPRISES, INC., a Delaware        Time:    2:00 p.m.
28 corporation; PARAMOUNT PICTURES             Crtrm:   15 (Hon. Marilyn Hall Patel)
   CORP., a Delaware corporation; SONY

6018674.2                                              SUPP. DECLARATION OF
                                                       GLENN D. POMERANTZ

| | |
|---|---|
| 1 | PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | Defendants and Counter-Complainants. |

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SUPPLEMENTAL DECLARATION OF GLENN D. POMERANTZ**

I, Glenn D. Pomerantz, declare as follows:

1. I am an attorney in the law firm of Munger, Tolles & Olson LLP, counsel of record to Plaintiffs in this action. The contents of this declaration are within my personal knowledge. If called as a witness in this action, I could and would testify competently to the contents of this declaration.

2. Attached hereto as Exhibit A is a true and correct copy of Section 6.2.3 of the "Procedural Specifications" of the "CSS License Agreement" between the DVD CCA and Real, signed by Real on August 13, 2007.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 7th day of October 2008 at Los Angeles, California.

>        */s/ Glenn D. Pomerantz*
> Glenn D. Pomerantz