

1   GLENN D. POMERANTZ (SBN 112503)
    Glenn.Pomerantz@mto.com
2   BART H. WILLIAMS (SBN 134009)
    Bart.Williams@mto.com
3   KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
4   MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
5   Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
6   Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
7
    ROBERT H. ROTSTEIN (SBN 72452)
8   rxr@msk.com
    ERIC J. GERMAN (SBN 224557)
9   ejg@msk.com
    BETSY A. ZEDEK (SBN 241653)
10  baz@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
11  11377 West Olympic Boulevard
    Los Angeles, California  90064-1683
12  Tel: (310) 312-2000; Fax: (310) 312-3100

13  GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
14  DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
15  15301 Ventura Boulevard, Building E
    Sherman Oaks, California  91403-3102
16  Tel: (818) 995-6600; Fax: (818) 285-4403

17  Attorneys for Defendants and Counterclaim-Plaintiffs

18                  UNITED STATES DISTRICT COURT

19                  NORTHERN DISTRICT OF CALIFORNIA

20

21

    REALNETWORKS, INC., a Washington        CASE NO.  C 08-4548-MHP
22  Corporation; and REALNETWORKS
    HOME ENTERTAINMENT, INC., a             **SUPPLEMENTAL DECLARATION OF
23  Delaware corporation,                   DR. ALAN E. BELL IN SUPPORT OF *EX
                                            PARTE* APPLICATION OF PLAINTIFFS
24                  Plaintiffs and Counter-  FOR TEMPORARY RESTRAINING
                    Defendants              ORDER AND ORDER TO SHOW CAUSE
25                                          RE: PRELIMINARY INJUNCTION**
          vs.
26                                          Date:       October 7, 2008
    DVD COPY CONTROL ASSOCIATION,           Time:       2:00 p.m.
27  INC., a Delaware nonprofit corporation,  Courtroom:  15 (Hon. Marilyn Hall Patel)
    DISNEY ENTERPRISES, INC., a
28  Delaware corporation; PARAMOUNT

                                            **SUPPLEMENTAL DECLARATION OF
                                            DR. ALAN E. BELL**

1    PICTURES CORP., a Delaware
     corporation; SONY PICTURES
2    ENTERTAINMENT, INC., a Delaware
     corporation; TWENTIETH CENTURY
3    FOX FILM CORP., a Delaware
     corporation; NBC UNIVERSAL, INC., a
4    Delaware corporation; WARNER BROS.
     ENTERTAINMENT, INC., a Delaware
5    corporation; and VIACOM, Inc., a
     Delaware Corporation,
6
                    Defendants and
7                   Counter-Complainants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                          **SUPPLEMENTAL DECLARATION OF**
                                          **DR. ALAN E. BELL**

1

**SUPPLEMENTAL DECLARATION OF DR. ALAN E. BELL**

2

I, Dr. Alan E. Bell, declare as follows:

3

      1.  I have previously filed a Declaration in support of Plaintiffs' application for a

4

temporary restraining order and to show cause, and I file this Supplemental Declaration in support

5

of Plaintiffs' application for a temporary restraining order and order to show cause. I have

6

reviewed the original declaration of Dr. John P. J. Kelly as well as the declarations of Jeffrey

7

Buzzard and Edward W. Felten.

8

      2.  I am familiar with the CSS content-protection system as well as provisions of the CSS

9

License Agreement from having participated in the development of the CSS standard in the mid-

10

1990s.

11

**REALDVD DIFFERS IN SIGNIFICANT WAYS FROM THE KALEIDESCAPE SYSTEM**

12

      3.  The RealDVD software product differs in significant ways from the Kaleidescape

13

product at issue in *DVD Copy Control Ass'n, Inc. v. Kaleidescape, Inc.*, 1:04 CV 031829 (Santa

14

Clara County). I was a witness in the *Kaledescape* litigation and learned about the product as part

15

of my involvement in that case. Most obviously, the RealDVD product is a piece of software

16

which operates within and requires an otherwise general purpose personal computer system

17

environment to function. It is my understanding, however, that the Kaleidescape product is a

18

combination of dedicated software and specified hardware that operates in a self-contained

19

manner, without the need of a supplemental personal computer system. The Kaleidescape

20

product stores the DVD copies on its own internal hardware, and it does not appear to run

21

software other than the special Kaleidescape software sold as a part of the total Kaleidescape

22

system product.

23

      4.  Because Kaleidescape software appears to operate based on a self-contained and

24

dedicated hardware system, the product is more akin to a traditional consumer-electronics device

25

than RealDVD software, which must be first downloaded and then installed on an otherwise

26

general purpose personal computer. For this reason, different provisions of the CSS license apply

27

to Kaleidescape than apply to RealDVD.

28

- 1 -      **SUPPLEMENTAL DECLARATION OF
DR. ALAN E. BELL**

**REALDVD BYPASSES CGMS "COPYNEVER" SIGNALS**

5. In addition to the content and navigation data required to create the user playback experience, DVDs contain various data indicating whether or not the content is copyrighted and, if it is copyrighted, CGMS indicator bits that signal the compliant player the copy permission status of the copyrighted content. At the direction of the content owner, DVD content is almost invariably marked "CopyNever" which corresponds to the two CGMS indicator bits being set as (1,1). In the normal course of playback by a compliant CSS player, the presence of the CGMS (1,1) setting would prohibit the making of a copy of the protected DVD content so indicated. However, RealDVD copies protected DVD copyrighted content despite the inclusion of CGMS "CopyNever" indicator bits In doing so, RealDVD bypasses technological measures specifically designed to prohibit copying. If the content owner chooses to, the two CGMS indicator bits may be set to (0,0), corresponding to "copy permitted". In this case the compliant CSS software would be clearly signaled that it is permitted by the content owner of the copyright material that a copy may be made.

6. Encrypted video content on DVDs is organized into data files, which are in turn comprised of data divided into "sectors." Each such "sector" begins with a "sector header" area that, amongst other information, includes (a) an indicator of whether or not the associated video content is copyrighted or not and (b) a CGMS indicator, which indicates whether or not the associated data can be copied.

7. For commercially produced DVDs released by major studios, the information recorded in each sector almost invariably indicates, at the direction of the content owner that the content (a) is copyrighted and (b) *is not to be copied*.

8. As explained above, using the CGMS indicator bits, a content provider can designate that the content cannot be copied by setting two bits to a value of (1,1), corresponding to a command of "CopyNever." In the normal course of operation, the presence of the "CopyNever" signal will be interpreted and understood as a signal that prohibits either a compliant consumer-electronic device or a compliant SW DVD player on a computer from copying the associated content on a DVD.

- 2 -                    **SUPPLEMENTAL DECLARATION OF DR. ALAN E. BELL**

9.   In the course of playing back a typical two-hour movie, a DVD Drive and Player will read more than *one million* distinct sectors and sector headers in order to play back the entire movie..  In the case of a DVD where the CGMS indicator is set to "CopyNever," a Drive and Player would thus appear to receive more than one million signals indicating that the content shall not be copied.

10.   I understand from the public redacted declaration of Edward W. Felten that RealDVD "preserves" the CGMS indicators in the copy that it makes of a protected DVD.  I infer from this that whenever the RealDVD application receives and processes the CGMS "CopyNever" signals from a given DVD that, even though it may well preserve them, it must otherwise bypass the "Copy Never" signals.  Ironically, RealDVD software is apparently acting to "preserve" the "CopyNever" signal bits contained within the DVD on the very copies that RealDVD produces after bypassing them

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 7th day of October 2008 at San Francisco, California.


                                                                    See attached page

                                                                    Dr. Alan E. Bell

**SUPPLEMENTAL DECLARATION OF**
**DR. ALAN E. BELL**

9. In the course of playing back a typical two-hour movie, a DVD Drive and Player will read more than *one million* distinct sectors and sector headers in order to play back the entire movie.. In the case of a DVD where the CGMS indicator is set to "CopyNever," a Drive and Player would thus appear to receive more than one million signals indicating that the content shall not be copied.

10. I understand from the public redacted declaration of Edward W. Felten that RealDVD "preserves" the CGMS indicators in the copy that it makes of a protected DVD. I infer from this that whenever the RealDVD application receives and processes the CGMS "CopyNever" signals from a given DVD that, even though it may well preserve them, it must otherwise bypass the "Copy Never" signals. Ironically, RealDVD software is apparently acting to "preserve" the "CopyNever" signal bits contained within the DVD on the very copies that RealDVD produces after bypassing them

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 6th day of October 2008 at San Francisco, California.

Dr. Alan E. Bell

- 3 -

SUPPLEMENTAL DECLARATION OF
DR. ALAN E. BELL