1  GLENN D. POMERANTZ (SBN 112503)
   Glenn.Pomerantz@mto.com
2  BART H. WILLIAMS (SBN 134009)
   Bart.Williams@mto.com
3  KELLY M. KLAUS (SBN 161091)
   Kelly.Klaus@mto.com
4  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
5  Thirty-Fifth Floor
   Los Angeles, CA  90071-1560
6  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702
7
   ROBERT H. ROTSTEIN (SBN 72452)
8  rxr@msk.com
   ERIC J. GERMAN (SBN 224557)
9  ejg@msk.com
   BETSY A. ZEDEK (SBN 241653)
10 baz@msk.com
   MITCHELL SILBERBERG & KNUPP LLP
11 11377 West Olympic Boulevard
   Los Angeles, California  90064-1683
12 Tel: (310) 312-2000; Fax: (310) 312-3100

13 GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
14 DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
15 15301 Ventura Boulevard, Building E
   Sherman Oaks, California  91403-3102
16 Tel: (818) 995-6600; Fax: (818) 285-4403

17 Attorneys for Defendants and Counterclaim-Plaintiffs

18              UNITED STATES DISTRICT COURT
19              NORTHERN DISTRICT OF CALIFORNIA
20

21
22 REALNETWORKS, INC., a Washington          CASE NO.  C 08-4548-MHP
   Corporation; and REALNETWORKS
   HOME ENTERTAINMENT, INC., a              **PROOF OF SERVICE**
23 Delaware corporation,
                                            Date:    October 7, 2008
24            Plaintiffs,                   Time:    2:00 p.m.
                                            Crtrm:   15 (Hon. Marilyn Hall Patel)
25     vs.

26 DVD COPY CONTROL ASSOCIATION,
   INC., a Delaware nonprofit corporation;
27 DISNEY ENTERPRISES, INC., a
   Delaware corporation; PARAMOUNT
28 PICTURES CORP., a Delaware

| | |
|---|---|
| 1 | corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware |
| 2 | corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware |
| 3 | corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. |
| 4 | ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a |
| 5 | Delaware Corporation, |
| 6 | Defendants. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

## PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO:

I, Julie W. Lunsford, declare: that I am employed in the aforesaid City and County; I am over the age of 18 and not a party to the within action; my business address is 560 Mission Street, Twenty-Seventh Floor, San Francisco, California 94105-2907.

On October 7, 2008, I served upon the parties listed on the attached service list the following documents described as:

**DEFENDANTS AND COUNTERCLAIM-PLAINTIFFS'
REPLY IN SUPPORT OF MOTION FOR TEMPORARY
RESTRAINING ORDER [CONFIDENTIAL -- FILED UNDER SEAL]**

☐   By placing ☐ the original ☒ a true copy thereof enclosed in sealed envelope(s) addressed as stated on the attached service list.

☐   **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelopes to be deposited with postage thereon fully prepaid in the United States mail at a facility regularly maintained by the United States Postal Service at San Francisco, California. I am "readily familiar" with the firm's practice of collecting and processing correspondence for mailing. Under the practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation dated or postage meter date is more than one day after dated of deposit for mailing, pursuant to this affidavit.

☒   **BY ELECTRONIC MAIL:** I caused such documents to be sent by electronic mail for instantaneous transmittal via email.

☒   **(FEDERAL)** I declare that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Executed on October 7, 2008, at San Francisco, California.

_____
Julie W. Lunsford

5143924.1

- 1 -

CASE NO. C 08-4548-MHP
PROOF OF SERVICE

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | |
| 3 | James A. DiBoise, Esq<br>WILSON SONINI GOODRICH & ROSATI |
| 4 | One Market Street<br>Spear Tower, Suite 3300 |
| 5 | San Francisco, California  94105<br>Email: jdiboise@wsgr.com |