1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs and Counterclaim Defendants,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation.<br><br>Defendants and Counterclaim Plaintiffs. | **CASE NO: C 08 04548 MHP**<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL (1) DECLARATION OF JACQUELINE LANG IN OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER; (2) DECLARATION OF EDWARD W. FELTON IN OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER AND (3) PLAINTIFFS AND COUNTERCLAIM DEFENDANT'S OPPOSITION TO DEFENDANTS' APPLICATION FOR A TEMPORARY RESTRAINING ORDER |

[PROPOSED] ORDER GRANTING PLAINTIFFS ADMINISTRATIVE MOTION TO FILE UNDER SEAL
CASE NO. 08-cv-04548 MHP

1  After full consideration and good cause shown, IT IS HEREBY ORDERED that the
2  Plaintiffs' Administrative Motion to File Under Seal is GRANTED.

4  It is so ORDERED.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

11 Submitted by:

12 WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation

14 JAMES DIBOISE
   COLLEEN BAL
   MICHAEL BERTA
15 TRACY TOSH LANE

16 By: /s/ James A. DiBoise
        James A. DiBoise
17      jdiboise@wsgr.com

18   Attorneys for Plaintiffs
     REALNETWORKS, INC. AND
19   REALNETWORKS HOME
     ENTERTAINMENT, INC.