# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: October 7, 2008

Case No.   C 08-4548  MHP          Judge: MARILYN H. PATEL

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al

Attorneys:  Plf: James Diboise, Colleen Bal, Tracy Tosh Lane, Michael A Berta, Bill Way, Robert Kimball
            Dft: Bart Williams, Kelly Klaus, Rohit Singla, Robert Rotstein, Gregory Goeckner, Dan Robbins

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVickar

## PROCEEDINGS

1)   Further Hearing re Defendants' Motion for TRO

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Court to extend TRO for facts enumerated by bench order, made at the time of the hearing;