| | | |
|---|---|---|
| 1 | REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com |
| 2 | MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com | MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com |
| 3 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, 15th Floor | MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com |
| 4 | San Francisco, California 94104-1036<br>Telephone:    415-765-9500 | **WHITE & CASE LLP**<br>3000 El Camino Real |
| 5 | Facsimile:    415-765-9501 | 5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306 |
| 6 | EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com | Telephone:    650-213-0300<br>Facsimile:    650-213-8158 |
| 7 | STEPHEN MICK (SBN 131569)<br>smick@akingump.com | |
| 8 | MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com | |
| 9 | **AKIN GUMP STRAUSS HAUER & FELD LLP** | |
| 10 | 2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012 | |
| 11 | Telephone:    310-229-1000<br>Facsimile:    310-229-1001 | |
| 12 | Attorneys for Defendant<br>DVD COPY CONTROL ASSOCIATION, INC. | |
| 13 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case No. C08 04548 MHP |
| 17 | | **NOTICE OF APPEARANCE** |
| 18 | | |
| 19 | Plaintiffs, | |
| 20 | v. | |
| 21 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| | Defendants. | |

1

NOTICE OF APPEARANCE
CASE NO. C09 04548 MHP

TO THE CLERK OF THE COURT AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Reginald D. Steer, Edward P. Lazarus, Stephen Mick, Michael Small and Maria Ellinikos of the law firm of Akin Gump Strauss Hauer & Feld LLP and William Sloan Coats, Mark Weinstein and Mark F. Lambert of White & Case LLP hereby enter their appearance as counsel of record on behalf of DVD Copy Control Association, Inc. in the above-captioned case.

Dated: October 16, 2008

AKIN GUMP STRAUSS HAUER & FELD LLP
REGINALD D. STEER
MARIA ELLINIKOS

EDWARD LAZARUS
STEPHEN MICK
MICHAEL SMALL

WILLIAM SLOAN COATS
MARK WEINSTEIN
MARK F. LAMBERT

By _____
Reginald D. Steer
Attorneys for Defendant
DVD COPY CONTROL ASSOCIATION, INC.

NOTICE OF APPEARANCE
CASE NO. C09 04548 MHP