| | |
|---|---|
| 1 REGINALD D. STEER (SBN 056324) | WILLIAM SLOAN COATS (SBN 94864) |
| rsteer@akingump.com | wcoats@whitecase.com |
| 2 MARIA ELLINIKOS (SBN 235528) | MARK WEINSTEIN (SBN 193043) |
| mellinikos@akingump.com | mweinstein@whitecase.com |
| 3 **AKIN GUMP STRAUSS HAUER & FELD LLP** | MARK F. LAMBERT (SBN 197410) |
| 580 California, 15th Floor | mlambert@whitecase.com |
| 4 San Francisco, California 94104-1036 | **WHITE & CASE LLP** |
| Telephone:   415-765-9500 | 3000 El Camino Real |
| 5 Facsimile:   415-765-9501 | 5 Palo Alto Square, 9th Floor |
| | Palo Alto, California 94306 |
| 6 EDWARD P. LAZARUS (SBN 212658) | Telephone:   650-213-0300 |
| elazarus@akingump.com | Facsimile:   650-213-8158 |
| 7 STEPHEN MICK (SBN 131569) | |
| smick@akingump.com | |
| 8 MICHAEL SMALL (SBN 222768) | |
| msmall@akingump.com | |
| 9 **AKIN GUMP STRAUSS HAUER & FELD LLP** | |
| 2029 Century Park East, Suite 2400 | |
| 10 Los Angeles, California 90067-3012 | |
| Telephone:   310-229-1000 | |
| 11 Facsimile:   310-229-1001 | |

Attorneys for Defendant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case No. C08 04548 MHP<br><br>**PROOF OF SERVICE** |
| Plaintiffs, | |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| Defendants. | |

1

PROOF OF SERVICE
CASE NO. C09 04548 MHP

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On **October 16, 2008**, I served the foregoing document(s) described as **Notice of Appearance** on the interested party(ies) below, using the following means:

### SEE ATTACHED SERVICE LIST

☒ **(BY UNITED STATES MAIL)** I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **October 16, 2008** at San Francisco, California.

*Nancie R. Ward*
Nancie R. Ward

2

PROOF OF SERVICE
CASE NO. C09 04548 MHP

# SERVICE LIST

*Attorneys for Plaintiffs/Counter-Defendants*
*Realnetworks, Inc; and Realnetworks Home Entertainment, Inc.*

Michael A. Berta, Esq,
Tracy Tosh Lane, Esq.
Colleen Bal, Esq.
James A. DiBoise, Esq.
**Wilson Sonsini Goodrich & Rosati**
Professional Corporation
One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
415-947-2114
Fx: 415-947-2099
Email: mberta@wsgr.com
Email: ttosh@wsgr.com
Email: cbal@wsgr.com
Email: jdiboise@wsgr.com

*Attorneys for Defendants/Counter-Claimants*
*Disney Enterprises, Inc.; Paramount Pictures Corp.; Sony Pictures Entertainment Inc.; Twentieth Century Fox Film Corporation; Warner Bros. Entertainment, Inc.;*

Bart Harper Williams, Esq.
Glenn Douglas Pomerantz, Esq.
Kelly Max Klaus, Esq.
**Munger Tolles & Olson**
355 So Grand Ave., 35th Floor
Los Angeles, CA 90071-1560
Ph: 213.683.9100
Fx: 213.687.3702
Email: glenn.pomerantz@mto.com
Email: Kelly.klaus@mto.com

Rebecca G. Lynch, Esq.
Rohit K. Singla, Esq.
**Munger, Tolles & Olson, LLP**
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Ph: 415.512.4043
Email: Rebecca.Lynch@mto.com

Betsy Adelman Zedek, Esq.
Eric James German, Esq.
Robert Henry Rotstein, Esq.
**Mitchell Silberberg Knupp LLP**
11377 West Olympic Blvd.
Los Angeles, CA 90064-1683
Ph: 310.312.2000
Fax: 310.312.3100
Email: rxr@msk.com

3

PROOF OF SERVICE
CASE NO. C09 04548 MHP

1  Daniel Ernest Robbins, Esq.
   Gregory Paul Goeckner, Esq.
2  15301 Venture Blvd., Building E
   Sherman Oaks, CA 91403-3102
3  Ph: 818.995.6600
   Fx: 818.285.4403
4
   *Attorneys for Defendant*
5  *NBC Universal, Inc.*

6  Rohit K. Singla, Esq.
   **Munger, Tolles & Olson, LLP**
7  560 Mission Street, 27th Floor
   San Francisco, CA 94105-2907
8  Ph: 415.512.4043

9  *Attorneys for Defendant*
   *Viacom, Inc.*
10
   Rohit K. Singla, Esq.
11 **Munger, Tolles & Olson, LLP**
   560 Mission Street, 27th Floor
12 San Francisco, CA 94105-2907
   Ph: 415.512.4043
13

4

PROOF OF SERVICE
CASE NO. C09 04548 MHP