GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA  90071-1560
Telephone:    (213) 683-9100
Facsimile:    (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
BETSY A. ZEDEK (SBN 241653)
baz@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants
DISNEY ENTERPRISES, INC., PARAMOUNT
PICTURES CORP., SONY PICTURES
ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
ENTERTAINMENT, INC., AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs. | CASE NO.  C 08-4548 MHP<br><br>**STIPULATION REGARDING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

6166384.1

STIP. RE: ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES
SHOULD BE RELATED

| | |
|---|---|
| 1 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; |
| 2 | DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT |
| 3 | PICTURES CORP., a Delaware corporation; SONY PICTURES |
| 4 | ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY |
| 5 | FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a |
| 6 | Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware |
| 7 | corporation; and VIACOM, INC., a Delaware Corporation, |
| 8 | Defendants. |

6166384.1

STIP. RE: ADMINISTRATIVE MOTION
TO CONSIDER WHETHER CASES
SHOULD BE RELATED

## **STIPULATION**

This Stipulation is made with reference to the following facts:

WHEREAS, on September 30, 2008, Plaintiffs and Counterclaim-defendants Real Networks, Inc. and Real Networks Home Entertainment, Inc. (collectively, "Real") filed the above-captioned action (hereinafter, "Declaratory Relief Suit") against Defendants DVD CCA, Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Warner Bros. Entertainment, Inc. and Viacom, Inc., seeking a declaratory judgment that, in marketing and selling its RealDVD product, Real did not breach the CSS License Agreement between it and the DVD CCA and did not violate the anti-circumvention provisions of the Digital Millennium Copyright Act, 17 U.S.C. § 1201 ("DMCA");

WHEREAS, that same morning, Defendants and Counterclaim Plaintiffs Paramount Pictures Corp., Twentieth Century Fox Film Corp., Sony Pictures Entertainment, Inc., Disney Enterprises, Inc. and Warner Bros. Entertainment, Inc. (collectively, "the Studios") (along with Universal City Studios Productions LLLP, Universal City Studios LLLP, Walt Disney Pictures, Sony Pictures Television Inc., and Columbia Pictures Industries, Inc.) filed a case in the Central District of California (hereinafter, the "Affirmative Suit"), alleging that, in marketing and selling its RealDVD product, Real breached the CSS License Agreement and violated the anti-circumvention measures of the DMCA;

WHEREAS, on October 14, 2008, the Affirmative Suit was formally transferred to the Northern District of California and assigned case number C 08-04719 CRB;

WHEREAS, the Declaratory Relief Suit that is currently pending before this Court involves substantially the same parties and claims as those in the Affirmative Suit, and it is highly likely that it will be unduly burdensome to duplicate the proceedings before two different judges;

WHEREAS, there is also an extremely high risk of conflicting results if two judges reach independent conclusions on essentially the same claims regarding the same product;

IT IS HEREBY STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, and the parties jointly request, that the Affirmative Suit be related to and consolidated with the Declaratory Relief Suit currently pending before this Court.

| | |
|---|---|
| DATED: October 20, 2008 | MUNGER, TOLLES & OLSON LLP |
| | MITCHELL SILBERBERG & KNUPP LLP |
| | GREGORY P. GOECKNER<br>DANIEL E. ROBBINS |
| | By: /s/ Rebecca Gose Lynch<br>REBECCA GOSE LYNCH |
| | Attorneys for Defendants DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., AND VIACOM, INC. |
| DATED: October 20, 2008 | WILSON SONSINI GOODRICH & rOSATI |
| | By: /s/ Michael Berta<br>MICHAEL BERTA |
| | Attorneys for Plaintiffs and Counterclaim Defendants |
| DATED: October 20, 2008 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | WHITE & CASE LLP |
| | By: /s/ Stephen Mick<br>STEPHEN MICK |
| | Attorneys for Defendant DVD COPY CONTROL ASSOCIATION |

6166384.1

- 2 -

STIP. RE: ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED