```
 1  GLENN D. POMERANTZ (SBN 112503)
    Glenn.Pomerantz@mto.com
 2  BART H. WILLIAMS (SBN 134009)
    Bart.Williams@mto.com
 3  KELLY M. KLAUS (SBN 161091)
    Kelly.Klaus@mto.com
 4  MUNGER, TOLLES & OLSON LLP
    355 South Grand Avenue
 5  Thirty-Fifth Floor
    Los Angeles, CA  90071-1560
 6  Telephone:    (213) 683-9100
    Facsimile:    (213) 687-3702
 7
    ROBERT H. ROTSTEIN (SBN 72452)
 8  rxr@msk.com
    ERIC J. GERMAN (SBN 224557)
 9  ejg@msk.com
    BETSY A. ZEDEK (SBN 241653)
10  baz@msk.com
    MITCHELL SILBERBERG & KNUPP LLP
11  11377 West Olympic Boulevard
    Los Angeles, California  90064-1683
12  Tel: (310) 312-2000; Fax: (310) 312-3100

13  GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
14  DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
15  15301 Ventura Boulevard, Building E
    Sherman Oaks, California  91403-3102
16  Tel: (818) 995-6600; Fax: (818) 285-4403

17  Attorneys for Defendants
    DISNEY ENTERPRISES, INC., PARAMOUNT
18  PICTURES CORP., SONY PICTURES
    ENTERTAINMENT, INC., TWENTIETH CENTURY FOX
19  FILM CORP., NBC UNIVERSAL, INC., WARNER BROS.
    ENTERTAINMENT, INC., AND VIACOM, INC.
20
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>vs. | CASE NO. C 08-4548-MHP<br><br>[PROPOSED] ORDER RELATING CASES |
|---|---|

6161074.1

[PROPOSED] ORDER RELATING CASES

| | |
|---|---|
| 1 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | Defendants. |

6161074.1                                                                                       [PROPOSED] ORDER RELATING CASES

**ORDER RELATING CASES**

Based on Defendants' Administrative Motion To Consider Whether Cases Should Be Related, and good cause appearing for the entry thereof, PURSUANT TO STIPULATION, IT IS HEREBY ORDERED that:

*Universal City Studios Productions LLLP, et. al. v. RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.* (C 08-04719 CRB) be related to and consolidated with *DVD CCA, et. al v. RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.* (C 08-4548-MHP).

_____
The Honorable
Judge Marilyn H. Patel

IT IS SO ORDERED

Submitted by:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS


By: /s/ Rebecca Gose Lynch
     REBECCA GOSE LYNCH
     Attorneys for Defendants and Counterclaim-
     Plaintiffs DISNEY ENTERPRISES, INC.,
     PARAMOUNT PICTURES CORP., SONY
     PICTURES ENTERTAINMENT, INC.,
     TWENTIETH CENTURY FOX FILM CORP.,
     NBC UNIVERSAL, INC., WARNER BROS.
     ENTERTAINMENT, INC., AND VIACOM, INC.