| | | |
|---|---|---|
| 1 | JAMES A. DIBOISE (SBN 83296) | GLENN D. POMERANTZ (SBN 112503) |
| | jdiboise@wsgr.com | Glenn.Pomerantz@mto.com |
| 2 | COLLEEN BAL (SBN 167637) | BART H. WILLIAMS (SBN 134009) |
| | cbal@wsgr.com | Bart.Williams@mto.com |
| 3 | MICHAEL A. BERTA (SBN 194650) | KELLY M. KLAUS (SBN 161091) |
| | mberta@wsgr.com | Kelly.Klaus@mto.com |
| 4 | TRACY TOSH LANE (SBN 184666) | MUNGER, TOLLES & OLSON LLP |
| | ttosh@wsgr.com | 355 South Grand Avenue |
| 5 | WILSON SONSINI GOODRICH & ROSATI | Thirty-Fifth Floor |
| | Professional Corporation | Los Angeles, CA 90071-1560 |
| 6 | One Market Street | Telephone: (213) 683-9100 |
| | Spear Tower, Suite 3300 | Facsimile: (213) 687-3702 |
| 7 | San Francisco, CA 94105 | |
| | | ROBERT H. ROTSTEIN (SBN 72452) |
| 8 | Attorneys for Plaintiffs | rxr@msk.com |
| | REALNETWORKS, INC. and | ERIC J. GERMAN (SBN 224557) |
| 9 | REALNETWORKS HOME | ejg@msk.com |
| | ENTERTAINMENT, INC. | BETSY A. ZEDEK (SBN 241653) |
| 10 | | baz@msk.com |
| | | MITCHELL SILBERBERG & KNUPP LLP |
| 11 | | 11377 West Olympic Boulevard |
| | | Los Angeles, California 90064-1683 |
| 12 | | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 13 | | GREGORY P. GOECKNER (SBN 103693) |
| | | gregory_goeckner@mpaa.org |
| 14 | | DANIEL E. ROBBINS (SBN 156934) |
| | | dan_robbins@mpaa.org |
| 15 | | 15301 Ventura Boulevard, Building E |
| | | Sherman Oaks, California 91403-3102 |
| 16 | | Tel: (818) 995-6600; Fax: (818) 285-4403 |
| 17 | | Attorneys for Defendants |
| | | DISNEY ENTERPRISES, INC., PARAMOUNT |
| 18 | | PICTURES CORP., SONY PICTURES |
| | | ENTERTAINMENT, INC., TWENTIETH |
| 19 | | CENTURY FOX FILM CORP., NBC |
| | | UNIVERSAL, INC., WARNER BROS. |
| 20 | | ENTERTAINMENT, INC., and VIACOM, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 24 | | |
| 25 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS | CASE NO. C 08-4548 MHP |
| 26 | HOME ENTERTAINMENT, INC., a Delaware corporation, | **STIPULATION TO EXTEND TIME FOR STUDIO DEFENDANTS' ANSWER TO COMPLAINT AND REAL'S ANSWER TO COUNTERCOMPLAINT** |
| 27 | Plaintiffs, | |
| 28 | | |

6181215.1

STIP. TO EXTEND TIME FOR STUDIO
DEFS' ANSWER TO COMPL. AND
REAL'S ANSWER TO COUNTERCOMPL.

| | |
|---|---|
| 1 | vs. |
| 2 | |
| 3 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, INC., a Delaware Corporation, |
| 10 | Defendants. |

6181215.1

**STIP. TO EXTEND TIME FOR STUDIO DEFS' ANSWER TO COMPL. AND REAL'S ANSWER TO COUNTERCOMPL.**

## STIPULATION

Pursuant to Local Rule 6-1(a), this Stipulation is made with reference to the following facts:

WHEREAS, on October 1, 2008, counsel for Defendants Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Warner Bros. Entertainment, Inc. and Viacom, Inc. (collectively, "the Studio Defendants"), accepted service of the Complaint in the above-captioned action;

WHEREAS, the Studio Defendants' Answer to the Complaint is currently due on October 21, 2008;

WHEREAS, Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp., and Warner Bros. Entertainment, Inc. (collectively, "Countercomplainant Studios") filed a Countercomplaint against RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "Real") in the above-captioned action on October 3, 2008;

WHEREAS, Real's Answer to the Countercomplaint is currently due on October 23, 2008;

WHEREAS, the parties are currently negotiating an expedited schedule for discovery and briefing related to Defendants' anticipated motion for preliminary injunction, as well as negotiating the scope of discovery and working with their respective clients in document collection efforts;

WHEREAS, an extension to the deadline for the Studio Defendants' Answer to the Complaint and Real's Answer to the Countercomplaint will not affect any deadlines currently set by the Court, nor is it anticipated to affect the expedited preliminary injunction schedule that is currently under negotiations;

IT IS HEREBY STIPULATED BY THE PARTIES, by and through their undersigned counsel of record, that the deadline for service and filing of the Studio Defendants' Answer to the Complaint and Real's Answer to the Countercomplaint will be October 31, 2008.

6181215.1      - 1 -      STIP. TO EXTEND TIME FOR STUDIO DEFS' ANSWER TO COMPL. AND REAL'S ANSWER TO COUNTERCOMPL.

| | | |
|---|---|---|
| 1 | DATED: October 22, 2008 | MUNGER, TOLLES & OLSON LLP |
| 2 | | MITCHELL SILBERBERG & KNUPP LLP |
| 3 | | GREGORY P. GOECKNER |
| 4 | | DANIEL E. ROBBINS |
| 5 | | By:  /s/ Kelly Klaus |
| | | KELLY KLAUS |
| 6 | | |
| 7 | | Attorneys for Defendants DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., AND VIACOM, INC. |
| 13 | DATED: October 22, 2008 | WILSON SONSINI GOODRICH & ROSATI |
| 14 | | |
| 15 | | By:  /s/ Tracy Tosh Lane |
| | | TRACY TOSH LANE |
| 16 | | Attorneys for Plaintiffs and Counterclaim Defendants |

6181215.1

- 2 -

STIP. TO EXTEND TIME FOR STUDIO DEFS' ANSWER TO COMPL. AND REAL'S ANSWER TO COUNTERCOMPL.