1   JAMES A. DiBOISE, State Bar No. 83296
    Email:  jdiboise@wsgr.com
2   COLLEEN BAL, State Bar No. 167637
    Email:  cbal@wsgr.com
3   MICHAEL A. BERTA, State Bar No. 194650
    Email:  mberta@wsgr.com
4   TRACY TOSH LANE, State Bar No. 184666
    Email:  ttosh@wsgr.com
5   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
6   One Market Street
    Spear Tower, Suite 3300
7   San Francisco, CA  94105

8   Attorneys for Plaintiffs and Counterclaim Defendants
    REALNETWORKS, INC. and
9   REALNETWORKS HOME ENTERTAINMENT, INC.

10                  UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14   REALNETWORKS, INC., a Washington corporation; and REALNETWORKS HOME 15   ENTERTAINMENT, INC., a Delaware corporation, | CASE NO.:  C-08-CV-04548-MHP CASE NO.:  C-08-CV-04719-MHP |
| 16 | **PLAINTIFFS AND COUNTERCLAIM DEFENDANTS** |
| 17            Plaintiffs and Counterclaim Defendants, | **REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S** |
| 18        v. | **CERTIFICATION OF INTERESTED ENTITIES OR** |
| 19   DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY | **PERSONS** |
| 20   ENTERPRISES, INC., a Delaware Corporation; PARAMOUNT PICTURES CORP., a Delaware 21   corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY 22   FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware 23   corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, INC., a 24   Delaware corporation, | |
| 25            Defendants and Counterclaim Plaintiffs. | |
| 26 | |
| 27   UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, PARAMOUNT PICTURES CORPORATION, 28   TWENTIETH CENTURY FOX FILM | |

PLAINTIFFS AND COUNTERCLAIM DEFENDANTS'
CERTIFICATION OF INTERESTED ENTITIES
CASE NO.:  C-08-CV-04548-MHP
CASE NO.:  C-08-CV-04719-MHP

1 | CORPORATION, SONY PICTURES )
TELEVISION INC., COLUMBIA PICTURES )
2 | INDUSTRIES, INC., SONY PICTURES )
ENTERTAINMENT INC., DISNEY )
3 | ENTERPRISES, INC., WALT DISNEY )
PICTURES and WARNER BROS )
4 | ENTERTAINMENT INC., )
                                                    )
5 |              Plaintiffs, )
                                                    )
6 |        v. )
                                                    )
7 | REALNETWORKS, INC. and )
REALNETWORKS HOME )
8 | ENTERTAINMENT, INC., )
                                                    )
9 |              Defendants. )

10

11        Pursuant to Civil L.R. 3-16, the undersigned certifies that Plaintiff and Counterclaim

12 Defendant RealNetworks Home Entertainment, Inc. is a wholly-owned subsidiary of Plaintiff

13 and Counterclaim Defendant RealNetworks, Inc.  The undersigned also certifies that as to

14 Plaintiff and Counterclaim Defendant RealNetworks, Inc., there is no such interest to report.

15

16 Dated:  October 31, 2008                    WILSON, SONSINI, GOODRICH & ROSATI

17

18                                              By:        /s/Colleen Bal
                                                            Colleen Bal
19

20                                              Attorneys for Plaintiffs and Counterclaim
                                                Defendants
21                                              REALNETWORKS, INC. and REALNETWORKS
                                                HOME ENTERTAINMENT, INC.
22

23

24

25

26

27

28

PLAINTIFFS AND COUNTERCLAIM DEFENDANTS'                    1
CERTIFICATION OF INTERESTED ENTITIES
CASE NO.:  C-08-CV-04548-MHP
CASE NO.:  C-08-CV-04719-MHP