1  REGINALD D. STEER (SBN 056324)
   rsteer@akingump.com
2  MARIA ELLINIKOS (SBN 235528)
   mellinikos@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
4  San Francisco, California 94104-1036
   Telephone:      (415) 765-9500
5  Facsimile:      (415) 765-9501

6  EDWARD P. LAZARUS (SBN 212658)
   elazarus@akingump.com
7  STEPHEN MICK (SBN 131569)
   smick@akingump.com
8  MICHAEL SMALL (SBN 222768)
   msmall@akingump.com
9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
10 Los Angeles, California 90067-3012
   Telephone:      (310) 229-1000
11 Facsimile:      (310) 229-1001

12 Attorneys for Defendant and Counterclaimant
   DVD COPY CONTROL ASSOCIATION, INC.

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:      (650) 213-0300
Facsimile:      (650) 213-8158

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 | | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case No. C08 04548 MHP |
| | **AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT DVD COPY CONTROL ASSOCIATION, INC.** |
| Plaintiffs, | |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al. | |
| Defendants. | |
| And Related Counterclaims. | |

24

25

26

27

28

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

Dockets.Justia.com

1

**PRELIMINARY STATEMENT**

2  Today, hundreds of millions of people throughout the world take for granted the DVD

3  technology that allows them to watch movies and television programs at their convenience.  But this

4  stunningly successful technological breakthrough – virtually unimaginable a generation ago – did not

5  develop spontaneously.  It is the product of a delicate set of compromises achieved through painstaking

6  negotiation among the companies that produce the content for DVDs and the consumer electronics and

7  information technology companies that make the devices consumers use to play back and enjoy the

8  content of their DVDs.

9  All three industries recognized a common interest – shared with consumers – to achieve a

10  single format (the DVD) for delivering digital content to the public.  To achieve this uniformity,

11  however, the content providers needed strong assurance that the content delivery system would render

12  it very difficult for the typical consumer to make unauthorized copies of the content providers'

13  copyrighted materials.   The consumer electronics and information technology companies, for their

14  part, needed a content protection system that would not add unduly to the price of their products.

15  Enormous effort across industries produced a solution to the problem of protecting copyrighted

16  works at a manageable cost – the DVD-Video Content Scramble System (CSS).  Under this patented

17  system (which was designed by Matsushita Electric Industrial Co., Ltd. and Toshiba Corporation in

18  1996), the video data on every CSS protected DVD is encrypted – that is, the data on the disc is

19  scrambled so that it cannot be copied or played coherently without first being decrypted through a

20  process employing a set of decryption "keys."  Under a uniform and non-discriminatory license,

21  anyone wanting to manufacture a product (hardware, software or other related technology) used for

22  playing back CSS protected DVD content would be able to license these decryption keys and the

23  authorized methods and processes for decryption.  In exchange for this permission to use CSS,

24  licensees would simply have to pay an administrative fee and agree to observe detailed specifications

25  for the decryption and descrambling processes in order to achieve CSS's underlying goal of facilitating

26  ready playback of the DVD while preventing consumer copying of the underlying content.  To this

27  end, the specifications require, *inter alia*, that Licensees design their devices to follow a strict

28

2

1  authentication protocol and to playback DVD content only when the physical DVD disc is present in

2  the device. Licensees pay no royalty whatsoever for using the CSS license and all are subject to the

3  same structure for the license's use.

4       Plaintiffs in this action seek commercial gain by refusing to play by the rules that govern all

5  their potential competitors.  By becoming a CSS licensee, they have obtained the essential decryption

6  keys permitting playback of DVD content.  But they have deployed these keys in a software product

7  for DVD playback (RealDVD) that violates the License Agreement's numerous protections that

8  prohibit digital to digital copying in a personal computer environment.  Plaintiffs falsely justify their

9  flagrant breaches of the License Agreement based on a state court judgment – currently on appeal and,

10  thus, not final – erroneously holding that CSS Licensees are not required to comply with the

11  restrictions contained in a document entitled the "CSS General Specifications."  Plaintiffs' violations of

12  the License Agreement, however, extend far beyond breaches solely of the CSS General Specifications

13  and, accordingly, are not excused even under the decision on which Plaintiffs rely.  Quite simply,

14  Plaintiffs have created a product that vitiates the central purpose of the License Agreement and

15  undermines the delicate set of compromises and understandings that, heretofore, have nurtured the

16  success of DVD-related businesses.

17                                    **AMENDED ANSWER**

18       Defendant and Counterclaimant DVD Copy Control Association, Inc. ("DVD CCA"), submits

19  this Amended Answer and Counterclaims in response to the Complaint of RealNetworks, Inc. and

20  RealNetworks Home Entertainment, Inc. ("Plaintiffs").  Each paragraph of the Amended Answer

21  responds to the correspondingly numbered paragraph of the Complaint.

22       1.    The allegations contained in Paragraph 1 of the Complaint constitute legal conclusions

23  for which an answer is neither required nor appropriate.  To the extent an answer is required, DVD

24  CCA denies the allegations contained in Paragraph 1.

25

26

27

28

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

## **NATURE OF THE ACTION**

2.      The first sentence of Paragraph 2 of the Complaint is a legal conclusion for which an answer is neither required nor appropriate.  To the extent an answer is required, DVD CCA denies the allegations contained in that sentence.  DVD CCA is without knowledge or information sufficient to form a belief as to the remainder of the allegations in Paragraph 2.

3.      DVD CCA is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 3.

4.      DVD CCA admits that it is a not-for-profit corporation that licenses certain technology known as the Content Scramble System ("CSS") pursuant to an agreement known as the CSS License Agreement; admits that Defendants Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp., and Warner Bros. Entertainment Inc., are members of the DVD CCA; and upon information and belief, admits the allegations in the second sentence of Paragraph 4 referring to Defendants Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp. and Warner Bros. Entertainment Inc.[1]  Except as expressly admitted, DVD CCA denies the allegations of Paragraph 4.

5.      DVD CCA admits that judgment was entered last year in an action in California Superior Court, Santa Clara County, entitled *DVD Copy Control Association, Inc. v. Kaleidescape, Inc.*, No. 1:04 CV 031829, which is currently being appealed.  DVD CCA denies that the Studio Defendants acted or spoke on behalf of DVD CCA concerning RealDVD.  DVD CCA admits that it contends that RealDVD violates the CSS License Agreement.  DVD CCA is without knowledge or information sufficient to form a belief as to the allegations referring to the Studio Defendants and denies the remaining allegations of Paragraph 5.

6.      Answering Paragraph 6, DVD CCA avers that it has not asserted any claim against Plaintiffs at this time under the Digital Millenium Copyright Act ("DMCA"); insofar as the Complaint

---

[1] Defendants Paramount Pictures Corp.; Sony Pictures Entertainment, Inc.; Twentieth Century Fox Film Corp.; Warner Bros. Entertainment Inc.; Disney Enterprises, Inc.; NBC Universal, Inc., and Viacom, Inc. are referred to collectively herein as the "Studio Defendants."

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

purports to state a claim against DVD CCA under the DMCA, it is not ripe for adjudication. DVD CCA admits that there exists an actual and justiciable controversy between Plaintiff RealNetworks, Inc. and DVD CCA relating to their respective rights and legal duties under the CSS License Agreement.

## JURISDICTION AND VENUE

7.     DVD CCA admits that this Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331, 1338, 1367(a).

8.     DVD CCA admits that venue is authorized in this judicial district. The remainder of the allegations contained in Paragraph 8 of the Complaint constitute legal conclusions for which an answer is neither required nor appropriate; insofar as any such allegations may be construed to require a response, DVD CCA denies them.

## INTRADISTRICT ASSIGNMENT

9.     Paragraph 9 does not contain any allegation of fact that requires a response from DVD CCA.

## THE PARTIES

10.     DVD CCA is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 10.

11.     DVD CCA is without knowledge or information sufficient to form a belief as to the allegations in Paragraph 11.

12.     DVD CCA admits that it is a Delaware nonprofit corporation with offices located in Morgan Hill, California and admits that it entered into a written CSS License Agreement with RealNetworks, Inc. Except as expressly admitted, DVD CCA denies the allegations of Paragraph 12.

13.     DVD CCA is without knowledge or information sufficient to form a belief as to the allegations in the first two sentences of Paragraph 13. DVD CCA denies the allegations of the last sentence of Paragraph 13.

14.     DVD CCA is without knowledge or information sufficient to form a belief as to the allegations in the first two sentences of Paragraph 14. DVD CCA admits the allegations of the last sentence of Paragraph 14.

1        15.    DVD CCA is without knowledge or information sufficient to form a belief as to the

2    allegations in the first two sentences of Paragraph 15.  DVD CCA admits the allegations of the last

3    sentence of Paragraph 15.

4        16.    DVD CCA is without knowledge or information sufficient to form a belief as to the

5    allegations in the first two sentences of Paragraph 16.  DVD CCA admits the allegations of the last

6    sentence of Paragraph 16.

7        17.    DVD CCA is without knowledge or information sufficient to form a belief as to the

8    allegations in the first two sentences of Paragraph 17.  DVD CCA denies the allegations of the last

9    sentence of Paragraph 17.

10       18.    DVD CCA is without knowledge or information sufficient to form a belief as to the

11   allegations in the first two sentences of Paragraph 18.  DVD CCA admits the allegations of the last

12   sentence of Paragraph 18.

13       19.    DVD CCA is without knowledge or information sufficient to form a belief as to the

14   allegations in the first two sentences of Paragraph 19.  DVD CCA denies the allegations of the last

15   sentence of Paragraph 19 of the Complaint.

16   **FACTS**

17   **A.**   **The CSS License Agreement and The DVD CCA.**

18       20.    DVD CCA is without knowledge or information sufficient to form a belief as to the

19   allegations pertaining to the Studio Defendants in Paragraph 20.  DVD CCA admits that motion picture

20   content has been scrambled using CSS and stored on DVD discs that have been provided to customers,

21   and that the content cannot be viewed unless it is descrambled for playback.  DVD CCA admits that

22   manufacturers of hardware and software that allows playback of DVD content protected by CSS must

23   have access to the CSS technology through a valid license from DVD CCA.  Except as expressly

24   admitted, DVD CCA denies the allegations of Paragraph 20.

25       21.    DVD CCA admits that it was formed with the cooperation of members of the motion

26   picture, consumer electronics and information technology industries.  DVD CCA admits that it

27   licenses, through the CSS License Agreement, certain technology to manufacturers of devices and

28

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

1  software used to play back video content stored on DVD discs that has been scrambled using CSS.

2  Except as expressly admitted, DVD CCA denies the allegations of Paragraph 21.

3      22.      DVD CCA admits the allegations in the first sentence of Paragraph 22 of the Complaint.

4  On information and belief, DVD CCA admits the allegations of the second sentence of Paragraph 22

5  that refer to Defendants Paramount Pictures Corp.; Sony Pictures Entertainment, Inc.; Twentieth

6  Century Fox Film Corp.; and Warner Bros. Entertainment Inc.  Except as expressly admitted, DVD

7  CCA denies the allegations of Paragraph 22.

8      23.      DVD CCA admits the allegations in the first sentence of Paragraph 23.  The allegation

9  in the second sentence of Paragraph 23 states a legal conclusion to which no response is required;

10 insofar as that sentence may be construed to require a response, DVD CCA denies it.

11     **B.      Development Of The RealDVD System.**

12     24.      DVD CCA is without knowledge or information sufficient to form a belief as to the

13 allegations in Paragraph 24.

14     25.      Upon information and belief, DVD CCA admits that Plaintiffs previously notified

15 certain Studio Defendants that the RealDVD system would be released by September 30, 2008.  DVD

16 CCA denies the remaining allegations in Paragraph 25.

17     **C.      The Legal Dispute With The Studio Defendants**

18     26.      DVD CCA admits the allegations in the second sentence of Paragraph 26. Answering

19 the first sentence, DVD CCA denies that the Studio Defendants acted or spoke on behalf of DVD CCA

20 and is without knowledge or information sufficient to form a belief as to the remaining allegations in

21 the first sentence.

22     27.      DVD CCA is without knowledge or information sufficient to form a belief as to the

23 allegations in Paragraph 27.

24     28.      Upon information and belief, DVD CCA admits the allegations in Paragraph 28 that

25 efforts between the Studio Defendants and the Plaintiffs have failed; insofar as this paragraph may be

26 interpreted to refer to assertions of rights as between DVD CCA and Plaintiffs under the DMCA, DVD

27 CCA avers that it has not asserted any claim against Plaintiffs at this time under the Digital Millenium

28

7

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

1   Copyright Act ("DMCA"), and insofar as the Complaint purports to state a claim against DVD CCA

2   under the DMCA, it is not ripe for adjudication.

3                                    **FIRST CAUSE OF ACTION**

4                                (Declaratory Relief under Contract Claim)

5          29.    DVD CCA incorporates by reference its responses contained in Paragraphs 1 through 28

6   as if fully set forth herein.

7          30.    DVD CCA admits that there is an actual and justiciable controversy relating to the legal

8   rights and duties of Plaintiffs  and DVD CCA under the CSS License Agreement.  DVD CCA is

9   without knowledge or information sufficient to form a belief as to the remaining allegations in

10  Paragraph 30.

11         31.    DVD CCA is without knowledge or information sufficient to form a belief as to the

12  allegations in Paragraph 31.

13                                  **SECOND CAUSE OF ACTION**

14          (Declaratory Relief under the Digital Millennium Copyright Act, 17 U.S.C. § 1201)

15         32.    DVD CCA incorporates by reference its responses contained in Paragraphs 1 through 28

16  and 30 through 31 as if fully set forth herein.

17         33.    DVD CCA admits that RealNetworks has executed a CSS License Agreement with

18  DVD CCA.  Except as specifically admitted, DVD CCA denies the allegations of Paragraph 33.

19         34.    The allegations contained in the first sentence of Paragraph 34 constitute legal

20  conclusions for which an answer is neither required nor appropriate; insofar as those allegations may

21  be construed to require a response, DVD CCA denies them.  DVD CCA denies the allegations

22  contained in the second sentence of Paragraph 34.

23         35.    The allegations contained in the first sentence of Paragraph 35 of the Complaint

24  constitute legal conclusions for which an answer is neither required nor appropriate; insofar as those

25  allegations may be construed to require a response, DVD CCA denies them.   DVD CCA denies the

26  allegations contained in the second sentence of Paragraph 35.

27

28

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

36.     The allegations contained in Paragraph 36 of the Complaint constitute legal conclusions for which an answer is neither required nor appropriate; insofar as those allegations may be construed to require a response, DVD CCA denies them.

37.     Answering Paragraph 37, DVD CCA  avers that Plaintiffs' alleged Second Cause of Action, insofar as it purports to state a claim against DVD CCA, is not ripe for adjudication in that DVD CCA has not asserted any claim against RealNetworks under the Digital Millenium Copyright Act at this time. The allegations in the first sentence of Paragraph 37 constitute legal conclusions for which an answer is neither required nor appropriate; insofar as those allegations may be construed to require a response, DVD CCA denies them.  DVD CCA denies the allegations in the second and third sentences of Paragraph 37 insofar as they purport to apply to DVD CCA.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense: Failure to State a Claim

The Complaint fails to state a claim upon which relief can be granted.

### Second Affirmative Defense: Unclean Hands

Plaintiffs' claims are barred by the doctrine of unclean hands.

### Third Affirmative Defense: Waiver and Estoppel

Plaintiffs' claims are barred by the doctrines of Waiver and Estoppel.

## COUNTERCLAIMS

DVD CCA counterclaims against RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks") as follows:

### NATURE OF ACTION

1.     This is an action for injunctive relief and damages arising from RealNetworks's breach of its written license agreement with DVD CCA and breach of the implied covenant of good faith and fair dealing which requires RealNetworks not to engage in conduct that damages DVD CCA's ability to obtain the benefits of that license agreement.

9

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

## JURISDICTION AND VENUE

2.      The court has jurisdiction over these counterclaims under 28 U.S.C. § 1367(a).  Venue is proper in this court pursuant to 28 U.S.C. § 1391(a)(2).

## THE PARTIES

3.      DVD CCA is a Delaware not-for-profit corporation with its headquarters and principal place of business in Morgan Hill, California.  It is responsible for developing, evaluating and licensing copy control and related technologies to participants at various levels in the Digital Versatile Disc ("DVD") industry.  DVD CCA is the licensor of the Content Scramble System, a system for protecting audio-visual works contained on DVDs to facilitate consumer playback of the content while preventing consumer copying and redistribution of the audio-visual works on the DVDs.  DVD CCA licenses the Content Scramble System technology to companies that manufacture hardware and software products that playback CSS protected DVDs to viewers, recordable discs and related products, and to motion picture studios and other companies whose audio-visual works are protected using the Content Scramble System.

4.      Upon information and belief, RealNetworks, Inc. is a Washington corporation with a place of business in Seattle, Washington and RealNetworks Home Entertainment, Inc. is a Delaware corporation with a place of business in Seattle, Washington.

## THE CSS TECHNOLOGY AND LICENSE

5.      DVDs provide high quality images, such as motion pictures, digitally formatted on a convenient 5-inch disc that is resistant to wear and damage and allows for many attractive consumer features not available in other video formats.  DVD video discs containing copyrighted works protected with the Content Scramble System, such as movies and other motion pictures, are licensed for playback by devices that also implement the licensed Content Scramble System technology.

6.      The Content Scramble System technology and its associated license and specifications (collectively "CSS") has played an essential part in enabling the owners of motion picture content to provide consumers access to high quality DVD motion pictures for home viewing on their video

10

1 | systems and computers. CSS was designed to protect the intellectual property of the content owners
2 | while simultaneously placing all manufacturers of CSS playback products on a "level playing field" of
3 | specified implementation rules. As a technical and licensing matter, CSS is a two-part system. First,
4 | content owners are able to put their content, in encrypted form using CSS, onto DVD discs. Second,
5 | manufacturers of playback products include CSS decryption and descrambling capability in their
6 | products so that consumers can use them to view and hear the CSS protected content on the DVDs.
7 | Manufacturers of playback products must obtain licenses from DVD CCA in order to use CSS.

8 |       7.    CSS has been critical to the success of the DVD video business. Because DVDs are
9 | "digital," content from a single disc that is not protected by a system like CSS could be used as a
10 | perfect master for an unlimited number of exact copies. Without the kind of protection that CSS
11 | provides, the threat of widespread copying would have been an insurmountable obstacle to the release
12 | of motion picture content on DVD. CSS prevents, for example, the uploading of playable copies of
13 | DVDs onto the Internet where rampant theft might occur, copying DVDs to provide to friends who
14 | have not purchased the DVD, and creating and storing permanent copies of borrowed or rented DVDs
15 | on personal computer systems. Without these important limitations on the potential for copyright
16 | infringement, the motion picture studios would never have agreed to accept the DVD as a means of
17 | distributing movies, and consumers everywhere would have suffered.

18 |       8.    A personal computer system poses serious challenges for protecting the copyrighted
19 | content of a DVD. Because the information traveling through a personal computer can be directly
20 | accessed by a consumer – who can store, copy or modify information in a variety of ways – CSS
21 | imposes stringent authentication rules that require any DVD playback software to be CSS-compliant;
22 | i.e., the software must follow the CSS rules that prohibit the making of permanent copies of the DVD,
23 | and are specifically designed to ensure that the original DVD is present in the drive tray during any
24 | playback operation. These CSS rules are imposed by the CSS Specifications as part of the License
25 | Agreement.

26 |       9.    The contract between DVD CCA and RealNetworks which RealNetworks executed on
27 | August 13, 2007 is a written agreement which sets forth the terms and conditions under which DVD

28 | AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

1  CCA grants the right to use or implement the CSS technology.  Under Paragraph 4.2 of the CSS

2  License Agreement, RealNetworks is required to comply with these CSS Specifications.  The CSS

3  Specifications include the Procedural Specifications, "CSS General Specifications," "DVD Video

4  Descrambler," "Authenticator Module for CSS Decryption Module," and "Authenticator Module for

5  DVD Drive" – all of which the DVD CCA delivered to RealNetworks.

6          10.     The CSS License Agreement requires particular hardware and software features to

7  prevent copying, and generally requires all hardware and software to be designed to effectively

8  frustrate efforts to defeat the copy protection. RealNetworks agreed pursuant to the License Agreement

9  to implement certain features. One such feature required by the License Agreement is that end users

10  have the physical DVD disc in the disc drive during authentication and playback.

11          **REALNETWORKS HAS BREACHED THE CSS LICENSE AGREEMENT**

12          11.     The CSS License Agreement between DVD CCA and RealNetworks allows

13  RealNetworks to manufacture only DVD Video Descramblers ("Descramblers"), Authenticator

14  Modules for CSS Encryption Modules, and Authenticator Modules for DVD Drives ("Authenticators")

15  in accordance with CSS Specifications.  Under the CSS License Agreement, RealNetworks is not

16  licensed to develop, design, manufacture or use DVD Products that are in Membership Categories that

17  RealNetworks did not select as part of its licensing.  The DVD CCA imposes these license restrictions

18  and requirements in order to maintain the content integrity and security provided by the CSS

19  technology.

20          12.     RealNetworks has developed a software product known as RealDVD that runs on

21  personal computers running the Microsoft Windows operating system.

22          13.     DVD CCA is informed and believes that RealDVD operates as follows: after a user

23  inserts a physical DVD into the DVD-ROM drive of a personal computer running RealDVD, the

24  software presents the user with the option of copying the contents of the DVD onto the computer.

25  After the DVD has been copied onto the computer using RealDVD, the copy is available for playback

26  through the RealDVD user interface and can be played back without the physical DVD. RealDVD thus

27  allows users to create permanent libraries of playable motion pictures on their hard drives or other

28                                                          12

1    storage devices, without regard to whether they actually own or have rented or borrowed the DVDs,

2    creating a further risk of distribution or access of those copies to other users.   These actions are

3    directly contrary to the essential purpose and intent of CSS and constitute a serious breach of the CSS

4    License.

5         14.    RealNetworks is in breach of Section 4.2 of the CSS License Agreement, which

6    requires a licensee to comply with the CSS Specifications, because RealDVD – a software DVD

7    Product – violates requirements imposed by at least the following provisions:

8         a.    RealNetworks is in violation of the requirements imposed by "Authenticator Module for

9              CSS Decryption Module";

10        b.    RealNetworks is in violation of the requirements imposed by "DVD Video

11             Descrambler";

12        c.    RealNetworks is in violation of the requirements imposed by "CSS General

13             Specifications"; and

14        d.    RealNetworks is in violation of the requirements imposed by the Procedural

15             Specifications.

16        15.    Pursuant to these provisions of the CSS License Agreement, a CSS compliant DVD

17   Product for use in a personal computer environment must playback CSS protected content through

18   direct interaction with, and transmission of data from, a DVD that is in a DVD drive at the time of

19   playback, without making a permanent copy of the content.  RealNetworks is also in violation of

20   Section 2.1 of the CSS License Agreement because RealDVD constitutes a CSS Decryption Module,

21   and RealNetworks failed to join the CSS Decryption Module Membership Category.

22        16.    RealDVD is designed and marketed as an inexpensive, easy to use software product that

23   facilitates a casual DVD user's ability to make free, usable copies of CSS-protected DVDs on a

24   personal computer hard disk drive or other storage media, including copies of DVDs that the user does

25   not own or possess at the time of playback.  Accordingly, these breaches seriously threaten the

26   fundamental balance of interests that has enabled motion picture companies and others to distribute

27   copyrighted content to the public on DVD, and the level playing field that the CSS license  creates

28

13

1  among all Licensees and potential Licensees. This balance can be preserved only if the integrity of

2  CSS is respected by all who license it.

3       17.     RealNetworks's breaches therefore cause irreparable harm to the integrity and security

4  afforded by the CSS system and cause irreparable harm to the interests of providers of copyrighted

5  content on DVD, creators of hardware and software for playback of CSS protected DVDs and the

6  public, to whom content is made available on DVD because of the CSS technology.

7       18.     DVD CCA first learned of RealDVD in early September of 2008, at or around the time

8  of its announcement by RealNetworks.

9  **FIRST CLAIM FOR RELIEF**

10 **(Breach of Contract)**

11      19.     DVD CCA realleges and incorporates by reference paragraphs 1 through 18 above.

12      20.     The CSS License Agreement is a valid and binding written contract between DVD CCA

13 and RealNetworks. DVD CCA has performed all of its obligations under the CSS License Agreement.

14      21.     RealNetworks has materially breached the CSS License Agreement by, in and among

15 other ways, developing and distributing RealDVD, which (a) includes functionality prohibited by the

16 CSS License Agreement, (b) fails to implement CSS in the manner required by the CSS License

17 Agreement, (c) fails to effectively prevent the creation of permanent copies of CSS protected DVD

18 content onto personal computers, and (d) fails to require authentication and play back of CSS protected

19 DVD content from a physical DVD disc.

20      22.     RealNetworks is not a CSS Licensee in the CSS Decryption Module Membership

21 Category; by developing, designing, manufacturing and using Real DVD, which constitutes a CSS

22 Decryption Module, it has violated the scope of its CSS License Agreement.

23      23.     As a direct and proximate result of RealNetworks's breaches of the CSS License

24 Agreement, DVD CCA has suffered damages in an amount according to proof at trial. In addition,

25 DVD CCA is suffering irreparable injury as a direct and proximate result of RealNetworks's breaches

26 of the CSS License Agreement and is entitled to a declaration of its right to terminate the Agreement;

27

28

14

AMENDED ANSWER AND COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIMANT
DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP

1   alternatively, DVD CCA is entitled to specific performance and injunctive relief pursuant to Section

2   9.2 of the CSS License Agreement and applicable law.

3   ## SECOND CLAIM FOR RELIEF

4   ### (Breach of the Implied Covenant of Good Faith and Fair Dealing)

5       24.    DVD CCA realleges and incorporates by reference paragraphs 1 through 18 and 20

6   through 23, above.

7       25.    The CSS License Agreement is a valid and binding written contract between DVD CCA

8   and RealNetworks.  DVD CCA has performed all of its obligations under the CSS License.

9       26.    RealNetworks is a sophisticated company that is in the business of providing digital

10   media services; it fully understood the importance of the CSS protections provided to DVD content

11   when it entered into the CSS License Agreement.  By entering into the CSS License Agreement,

12   RealNetworks promised to fulfill the requirement that it implement particular architectures that

13   effectively prevent the creation of permanent copies of the contents of DVDs onto personal computers

14   and otherwise provide reasonable security and protection for DVD content, require that the protected

15   physical DVD be in the drive during authentication and playback and effectively protect confidential

16   technical CSS data licensed under the CSS License Agreement.  Despite having undertaken this

17   promise, RealNetworks intentionally developed a software product, Real DVD, which violates the CSS

18   License Agreement and, if allowed to be sold, would result in the appropriation by RealNetworks of

19   revenues that would otherwise go to DVD content providers.

20       27.    RealNetworks has breached the covenant of good faith and fair dealing implied in the

21   CSS License Agreement by, in and among other ways, developing and distributing RealDVD, which

22   (a) includes functionality prohibited by the CSS License Agreement, (b) fails to implement CSS in the

23   manner required by the CSS License Agreement, (c) fails to effectively prevent the creation of

24   permanent copies of CSS protected DVD content  onto personal computers, and (d) fails to require

25   authentication and play back of CSS protected DVD content from a physical DVD disc. RealNetworks

26   intentionally designed RealDVD so that it violates both the letter and the spirit of the CSS License

27   Agreement and undermines the fundamental purposes of the CSS License Agreement.

28

15

28.   RealNetworks knew when it entered into the CSS License Agreement that it was licensed only under the "Authenticator Module for CSS Decryption Module" and "DVD Descrambler Manufacturers" categories.

29.   RealNetworks has breached the covenant of good faith and fair dealing implied in the CSS License Agreement by, in and among other ways, developing RealDVD, which is a CSS Decryption Module.

30.   As a direct and proximate result of RealNetworks's breaches of the CSS License Agreement and the covenant of good faith and fair dealing, DVD CCA has suffered damages according to proof at trial.  In addition, DVD CCA is suffering irreparable injury as a direct and proximate result of RealNetworks's breaches of the CSS License Agreement and the covenant of good faith and fair dealing and is entitled to a declaration of its right to terminate the Agreement; alternatively, DVD CCA is entitled to specific performance and injunctive relief pursuant to Section 9.2 of the CSS License Agreement and applicable law.

**WHEREFORE**, Defendant DVD CCA prays that, subject to any applicable requirements of Section 6.6 of DVD CCA's Bylaws, the Court:

A.   Enter judgment in favor of DVD CCA, and against Plaintiffs on the Complaint, thereby dismissing Plaintiffs' Complaint in its entirety, with prejudice, and Plaintiffs taking nothing by way of their claims;

B.   Enter judgment in favor of DVD CCA and against RealNetworks on DVD CCA's counterclaims for breach of contract and breach of the covenant of good faith and fair dealing, including a declaration that RealNetworks is in material breach of the CSS License Agreement and that DVD CCA may terminate the CSS License Agreement with RealNetworks;

C.   Order RealNetworks to be temporarily and permanently enjoined from producing or selling RealDVD;

D.   Order RealNetworks to pay DVD CCA the damages sustained by DVD CCA as a result of RealNetworks's production of RealDVD, in breach of RealNetworks's obligations under the CSS License Agreement;

16

E.   Award DVD CCA costs of suit; and

F.   Award DVD CCA such other relief as this Court deems proper under the circumstances.

Dated: November 10, 2008                    Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP


By _____/s/_____
                              Reginald D. Steer
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

17