JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>        Plaintiffs,<br><br>    v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>        Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>      C08 04719 MHP<br><br>**MOTION TO SHORTEN TIME ON MOTION FOR LEAVE TO AMEND** |

1        Pursuant to Civil L.R. 6-3, Plaintiffs and Counterclaim Defendants RealNetworks

2    ("Real") hereby move before the Honorable Marilyn Hall Patel for an Order shortening the time

3    for a hearing on their administrative motion for leave to amend their complaint filed concurrently

4    herewith.

5        This Motion is based on this memorandum, the memorandum filed in support of the

6    moving parties motion for leave to amend, the Declaration of Colleen Bal ("Bal Decl.") and the

7    attachments thereto, argument of counsel and any other matters properly before the Court.

8        Real will face significant prejudice if their motion for leave to amend is not heard on a

9    shortened time, and the defendants will face none.  The preliminary injunction proceedings are

10   scheduled to begin on January 27, 2009.  If the New Platform is to be adjudicated as part of this

11   process, as Real requests, it is obviously imperative that its motion to amend be heard on

12   shortened time.  Defendants are both capable of responding to the motion to amend on an

13   expedited basis, and will suffer no prejudice in doing so.  All defendants were have been on

14   notice of Real's request to add the New Platform to the preliminary injunction proceedings since

15   at least October 21, and all were provided with a copy of the proposed Amended Complaint on

16   November 6.  Bal Decl. ¶¶ 5, 9-10.

17

18   Dated:   November 11, 2008            WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation

19

20

21                                        By:  _____/s/_____
                                         Michael A. Berta

22

23                                      Attorneys for Plaintiffs
                                   REALNETWORKS, INC. AND

24                                      REALNETWORKS HOME
                                   ENTERTAINMENT, INC.

25

26

27

28