JAMES A. DiBOISE, State Bar No. 83296
Email:  jdiboise@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email:  cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email:  mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>         C08 04719 MHP<br><br>**RENOTICE OF HEARING ON PLAINTIFFS' MOTION FOR LEAVE TO AMEND**<br><br>Before: Honorable Marilyn Hall Patel<br>Dept:   Courtroom 15<br>Date:   Monday, December 22, 2008<br>Time:   9:00 a.m. |

RENOTICE OF HEARING ON REAL'S MOTION TO
AMEND
CASE NOS.: C08 04548 MHP; C08 04719 MHP

3533360_1.DOC

Dockets.Justia.com

1  TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

2  PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 7-7(a), the hearing on RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Motion for Leave to Amend [Dkt. 62] has been renoticed for Monday, December 22, 2008 at 9:00 a.m. before the Honorable Marilyn Hall Patel, United States Courthouse, 450 Golden Gate Avenue, San Francisco, California 94102, or as soon thereafter as the parties may be heard.

The Motion for Leave to Amend was previously scheduled for December 16, 2008, at 9:00 a.m., and is based upon the Notice and accompanying Memorandum of Points and Authorities and exhibits thereto, as well as the declaration of Colleen Bal, that are already on file with the Court, in addition to such further oral argument and materials as may be presented at or before the hearing on this matter.

Dated:   November 20, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:      /s/
         Michael A. Berta


Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.

RENOTICE OF HEARING ON REAL'S MOTION TO AMEND
CASE NOS.:  C08 04548 MHP; C08 04719 MHP

-1-

3533360_1.DOC