| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
| | Email:  jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637 |
| | Email:  cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650 |
| | Email:  mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666 |
| | Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | One Market Street |
| | Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and |
| | Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and |
| | REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
| 15 | Plaintiffs, | **NOTICE OF WITHDRAWAL OF MOTION TO SHORTEN TIME ON REALNETWORK'S MOTION FOR LEAVE TO AMEND** |
| 17 | v. | Before:  Honorable Marilyn Hall Patel |
| 18 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | Dept:  Courtroom 15<br>Date:  Monday, December 22, 2008<br>Time:  9:00 a.m. |
| 23 | Defendants. | |
| 26 | AND RELATED CASES | |

NOTICE OF WITHDRAWAL OF MOTION TO SHORTEN TIME
CASE NOS.:  C08 04548 MHP; C08 04719 MHP

3533463_1.DOC

Dockets.Justia.com

TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Civil L.R. 7-7(e), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. hereby withdraw without prejudice their Motion to Shorten Time on their Motion for Leave to Amend, filed on November 11, 2008 [Dkt. 64].

Dated:   November 20, 2008              WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


                                        By:      /s/
                                             Michael A. Berta

                                        Attorneys for Plaintiffs
                                        REALNETWORKS, INC. AND
                                        REALNETWORKS HOME
                                        ENTERTAINMENT, INC.