| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
|   | Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637 |
|   | Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650 |
|   | Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666 |
|   | Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
|   | Professional Corporation |
| 6 | One Market Street |
|   | Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION TO DISMISS DVD COPY CONTROL ASSOCIATION, INC.'S SECOND COUNTERCLAIM AND TO STRIKE AFFIRMATIVE DEFENSES** |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | **Before: Hon. Marilyn Hall Patel** <br> **Dept: Courtroom 15** <br> **Date: February 9, 2009** <br> **Time: 2:00 p.m.** |
| Defendants. | |
| AND RELATED CASES | |

[PROPOSED] ORDER GRANTING MOTION TO
DISMISS COUNTERCLAIM AND STRIKE
AFFIRMATIVE DEFENSES
CASE NOS.: C08 04548 MHP; C08 04719 MHP

3539924_1.DOC

Dockets.Justia.com

The motion of Plaintiffs and Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "Real") to: (1) Dismiss DVD Copy Control Association, Inc.'s Second Counterclaim for Breach of the Implied Covenant of Good Faith and Fair Dealing with prejudice; and (2) Strike the Second and Third Affirmative Defenses contained in the Amended Answer and Counterclaims of Defendant and Counterclaimant DVD Copy Control Association, Inc., came on regularly for hearing before this Court on _____.

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED.

Dated: _____

_____
HONORABLE MARILYN HALL PATEL
United States District Court Judge