| | |
|---|---|
| 1  | JAMES A. DiBOISE, State Bar No. 83296 |
|    | Email:  jdiboise@wsgr.com |
| 2  | COLLEEN BAL, State Bar No. 167637 |
|    | Email:  cbal@wsgr.com |
| 3  | MICHAEL A. BERTA, State Bar No. 194650 |
|    | Email:  mberta@wsgr.com |
| 4  | TRACY TOSH LANE, State Bar No. 184666 |
|    | Email: ttosh@wsgr.com |
| 5  | WILSON SONSINI GOODRICH & ROSATI |
|    | Professional Corporation |
| 6  | One Market Street |
|    | Spear Tower, Suite 3300 |
| 7  | San Francisco, CA 94105 |
| 8  | Attorneys for Plaintiffs and |
|    | Counterclaim Defendants |
| 9  | REALNETWORKS, INC. and |
|    | REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | | Case Nos. C08 04548 MHP; C08 04719 MHP |
| | Plaintiffs, | **NOTICE OF MANUAL FILING** |
| v. | | Before:  Hon. Marilyn Hall Patel |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | | Dept:  Courtroom 15<br>Date:  December 22, 2008<br>Time:  2:00 p.m. |
| | Defendants. | |
| AND RELATED CASES | | |

NOTICE OF MANUAL FILING
CASE NOS.:  C08 04548 MHP; C08 04719 MHP

4501235_1.DOC

Dockets.Justia.com

**NOTICE OF MANUAL FILING**

Regarding:

- <u>CONFIDENTIAL VERSION</u>:  DECLARATION OF TRACY TOSH LANE IN SUPPORT OF MOTION FOR LEAVE TO AMEND

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated:   December 8, 2008                                         WILSON SONSINI GOODRICH & ROSATI
                                                                  Professional Corporation


                                                                  By: /s/
                                                                       Tracy Tosh Lane


                                                                  Attorneys for Plaintiffs
                                                                  REALNETWORKS, INC. AND
                                                                  REALNETWORKS HOME
                                                                  ENTERTAINMENT, INC.