1  JAMES A. DiBOISE, State Bar No. 83296
    Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
    Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
    Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
    Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
6  One Market St., Spear Tower, Suite 3300
    San Francisco, CA 94105
7  Bus:    (415) 947-2000
    Fax:    (415) 947-2099
8
    Attorneys for Plaintiffs and Counterclaim Defendants
9  REALNETWORKS, INC. and REALNETWORKS
    HOME ENTERTAINMENT, INC.
10

11                      UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

13

14  REALNETWORKS, INC., a Washington              ) Case Nos.  C08 04548 MHP;
    Corporation; and REALNETWORKS HOME            )            C08 04719 MHP
15  ENTERTAINMENT, INC., a Delaware corporation,  )
                                                  )
16                  Plaintiffs,                   ) **ADMINISTRATIVE MOTION TO**
                                                  ) **FILE UNDER SEAL THE**
17          v.                                    ) **DECLARATION OF TRACY**
                                                  ) **TOSH LANE IN SUPPORT OF**
18  DVD COPY CONTROL ASSOCIATION, INC., a         ) **PLAINTIFFS' REPLY IN**
    Delaware nonprofit corporation, DISNEY        ) **SUPPORT OF MOTION FOR**
19  ENTERPRISES, INC., a Delaware corporation;    ) **LEAVE TO AMEND AND**
    PARAMOUNT PICTURES CORP., a Delaware          ) **SUPPORTING EXHIBITS**
20  corporation; SONY PICTURES ENTER., INC., a    )
    Delaware corporation; TWENTIETH CENTURY       )
21  FOX FILM CORP., a Delaware corporation; NBC   )
    UNIVERSAL, INC., a Delaware corporation;      )
22  WARNER BROS. ENTER. INC., a Delaware          )
    corporation; and VIACOM, Inc., a Delaware     )
23  Corporation,                                  )
                                                  )
24                  Defendants.                   )
                                                  )
25                                                )
    AND RELATED CASES                             )
26                                                )

27

28

ADMINISTRATIVE MOTION TO FILE UNDER SEAL                                          3546662_1.DOC
CASE NOS. C08-04548 MHP; C08-04719 MHP

1  Pursuant to Civil Local Rule 79-5, Plaintiffs respectfully apply for an order sealing the
2  following documents:

3  - Declaration of Tracy Tosh Lane in Support of Plaintiffs' Reply in Support of Motion
4    for Leave to Amend ("Tosh Lane Declaration") and supporting exhibits

5  A "compelling reason" exists to seal these documents.  See *Kamakana v. City and County*
6  *of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial
7  record . . . bears the burden of overcoming . . . the 'compelling reasons' standard"); *Foltz v. State*
8  *Farm Mut. Auto Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003).

9  The Tosh Lane Declaration and supporting exhibits contain confidential technical
10 information of Real, as well as confidential business and competitive information.  Declaration of
11 Michael A. Berta in Support of Plaintiffs and Counterclaim Defendants' Administrative Motion to
12 File Under Seal ¶ 2.  Real would suffer competitive harm if this information were publicly
13 available.  *Id*.

14 This Administrative Motion to File Under Seal is narrowly tailored to protect the public's
15 interest in access to judicial records and the public policies favoring disclosure.  *Kamakana*, 447
16 F.3d at 1178.

17 For these reasons, the Court should grant the Administrative Motion to File Under Seal.

18

19 Dated:  December 8, 2008                WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
20

21
                                            By: /s/ Tracy Tosh Lane
22                                              Tracy Tosh Lane
                                                ttosh@wsgr.com
23
                                                Attorneys for Plaintiffs and Counterclaim
24                                              Defendants REALNETWORKS, INC. and
                                                REALNETWORKS HOME ENTERTAINMENT,
25                                              INC.

26

27

28