JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market St., Spear Tower, Suite 3300
San Francisco, CA 94105
Bus:   (415) 947-2000
Fax:   (415) 947-2099

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. and REALNETWORKS
HOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos.  C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS AND COUNTERCLAIM DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION FOR LEAVE TO AMEND AND SUPPORTING EXHIBITS** |

I, Tracy Tosh Lane, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am Of Counsel with the law firm of Wilson Sonsini Goodrich & Rosati, and one of the counsel for RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Real"), plaintiffs and counterclaim defendants in the above-captioned matter. I make this Declaration in support of Plaintiffs and Counterclaim Defendants' Administrative Motion to File Under Seal. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. The Declaration of Tracy Tosh Lane in Support of Plaintiffs' Reply in Support of Motion for Leave to Amend ("Tosh Lane Declaration"), and the documents submitted as exhibits in support of the Tosh Lane Declaration, contain confidential technical information of Real, as well as confidential business and competitive information. Real would suffer competitive harm if this information were publicly available.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this eighth day of December 2008 in San Francisco, California.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/_____
　　Tracy Tosh Lane

Attorneys for Plaintiffs
　REALNETWORKS, INC. AND
　REALNETWORKS HOME
　ENTERTAINMENT, INC