1   JAMES A. DiBOISE, State Bar No. 83296
    Email:  jdiboise@wsgr.com
2   COLLEEN BAL, State Bar No. 167637
    Email:  cbal@wsgr.com
3   MICHAEL A. BERTA, State Bar No. 194650
    Email:  mberta@wsgr.com
4   TRACY TOSH LANE, State Bar No. 184666
    Email:  ttosh@wsgr.com
5   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
6   One Market St., Spear Tower, Suite 3300
    San Francisco, CA 94105
7   Bus:    (415) 947-2000
    Fax:    (415) 947-2099
8
    Attorneys for Plaintiffs and Counterclaim Defendants
9   REALNETWORKS, INC. and REALNETWORKS
    HOME ENTERTAINMENT, INC.
10

11                   UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13

14   REALNETWORKS, INC., a Washington          )   Case Nos.   C08 04548 MHP;
     Corporation; and REALNETWORKS HOME        )               C08 04719 MHP
15   ENTERTAINMENT, INC., a Delaware corporation, )
                                                )
16                   Plaintiffs,                )   **[PROPOSED] ORDER**
                                                )   **GRANTING ADMINISTRATIVE**
17          v.                                  )   **MOTION TO FILE UNDER SEAL**
                                                )   **THE DECLARATION OF TRACY**
18   DVD COPY CONTROL ASSOCIATION, INC., a      )   **TOSH LANE IN SUPPORT OF**
     Delaware nonprofit corporation; DISNEY     )   **PLAINTIFFS' REPLY IN**
19   ENTERPRISES, INC., a Delaware corporation; )   **SUPPORT OF MOTION FOR**
     PARAMOUNT PICTURES CORP., a Delaware       )   **LEAVE TO AMEND AND**
20   corporation; SONY PICTURES ENTER., INC., a )   **SUPPORTING EXHIBITS**
     Delaware corporation; TWENTIETH CENTURY    )
21   FOX FILM CORP., a Delaware corporation; NBC )
     UNIVERSAL, INC., a Delaware corporation;   )
22   WARNER BROS. ENTER. INC., a Delaware       )
     corporation; and VIACOM, Inc., a Delaware  )
23   Corporation,                               )
                                                )
24                   Defendants.                )
     _____)
25                                              )
     AND RELATED CASES                          )
26   _____)

27

28

────────────────────────────────

1    After full consideration and good cause shown, IT IS HEREBY ORDERED that the

2  Plaintiffs and Counterclaim Defendants' Administrative Motion to File Under Seal is

3  GRANTED.

4

5    It is so ORDERED.

6

7

8

9

10

11

12  Submitted by:

13  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

14

15  JAMES DIBOISE
    COLLEEN BAL
    MICHAEL BERTA

16  TRACY TOSH LANE

17  By: /s/ Tracy Tosh Lane
         Tracy Tosh Lane

18       ttosh@wsgr.com

19       Attorneys for Plaintiffs and Counterclaim Defendants

20       REALNETWORKS, INC. AND
         REALNETWORKS HOME
         ENTERTAINMENT, INC.

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Marilyn H. Patel