REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    (415) 765-9500
Facsimile:    (415) 765-9501

EDWARD P. LAZARUS (SBN 212658)
elazarus@akingump.com
STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    (310) 229-1000
Facsimile:    (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:    (650) 213-0300
Facsimile:    (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>And Related Counterclaims. | Case No. C08 04548 MHP<br><br>**DEFENDANT / COUNTERCLAIMANT DVD COPY CONTROL ASSOCIATION'S CERTIFICATION OF INTERESTED PARTIES** |

1

DEFENDANT / COUNTERCLAIMANT DVD COPY CONTROL ASSOCIATION'S
CERTIFICATION OF INTERESTED PARTIES
CASE NO. C08 04548 MHP

Pursuant to Civil Local Rule 3-16, the undersigned counsel of record for Defendant and Counterclaimant DVD Copy Control Association, Inc. ("DVD CCA") certifies that no persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of the proceeding. The DVD CCA is a non-profit Delaware corporation whose members include hundreds of entities within the consumer electronics, motion picture and information technology industries. The DVD CCA reserves seats on its Board of Directors ("Board") for individuals employed by entities within the above industries. Although the DVD CCA directors serve on the Board in their individual capacity, not as representatives of their employers, counsel advises the Court that the current Board consists of individuals employed by the following entities:

(1) Microsoft Corporation
(2) Intel Corporation
(3) Panasonic R&D Corporation of America
(4) Pioneer Electronics (USA) Inc.
(5) Hewlett-Packard Company
(6) Sony Corporation
(7) Toshiba America Information Systems, Inc.

Dated: December 17, 2008

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____/s/_____
Reginald D. Steer
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

2
DEFENDANT / COUNTERCLAIMANT DVD COPY CONTROL ASSOCIATION'S
CERTIFICATION OF INTERESTED PARTIES
CASE NO. C08 04548 MHP