1  GLENN D. POMERANTZ (SBN 112503)        ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                 rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)           ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                   ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)             BETSY A. ZEDEK (SBN 241653)
   Kelly.Klaus@mto.com                     baz@msk.com
4  MUNGER, TOLLES & OLSON LLP              MITCHELL SILBERBERG & KNUPP LLP
   355 South Grand Avenue, 35th Floor      11377 West Olympic Boulevard
5  Los Angeles, CA  90071-1560             Los Angeles, California  90064-1683
   Tel: (213) 683-9100; Fax: (213) 687-3702   Tel: (310) 312-2000; Fax: (310) 312-3100
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California  91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
   COLUMBIA PICTURES INDUSTRIES, INC., DISNEY
12 ENTERPRISES, INC., PARAMOUNT PICTURES CORP.,
   SONY PICTURES ENTERTAINMENT, INC., SONY
13 PICTURES TELEVISION INC., TWENTIETH CENTURY
   FOX FILM CORP., NBC UNIVERSAL, INC., WALT
14 DISNEY PICTURES, WARNER BROS.
   ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS
15 PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS
   LLLP, AND VIACOM, INC.

16

17                     UNITED STATES DISTRICT COURT

18                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 19  REALNETWORKS, INC., et al., | CASE NO.  C 08-4548-MHP |
| 20            Plaintiffs, | Consolidated with Case No. C 08-04719-MHP |
| 21       vs. | **ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF OCTOBER 3, 2008 HEARING** |
| 22  DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| 23            Defendants. | **[PROPOSED ORDER]** |
| 24 | |
| 25  AND CONSOLIDATED ACTIONS. | |

26

27

28

1         The Studio Defendants respectfully request that the Court authorize the Court Reporter to provide each party to this litigation a copy of the October 3, 2008 hearing transcript in this matter. As we recall, that transcript was placed under seal at Plaintiffs' request because it disclosed the number of copies of RealDVD that had been sold before the TRO issued. Even if that number continues to be confidential, the parties can treat the hearing transcript as attorneys' eyes only, much as other confidential information being produced in this litigation by all parties.

        We are having to file this motion because RealNetworks has objected, arguing that the transcript was placed under seal because the October 3 hearing "was held without notice" and that "[t]he record of the TRO hearing on October 6th should be the only record of relevance here and we believe the proceedings on October 3rd no longer have any relevance."[1] (Plaintiffs appear no longer to be claiming that the number of copies of RealDVD distributed by RealNetworks is confidential.)

        Inasmuch as undersigned counsel was present at the October 3 hearing, there is no reason that the transcript should be withheld from us. The hearing and the transcript are part of the record before the Court and all parties have a right to review the transcript. The number of downloads of RealDVD (and other more confidential information) has, moreover, been separately disclosed in documents produced in discovery. To the extent RealNetworks has any legitimate confidentiality interest in the information disclosed in the transcript, the attached proposed order requires the parties to treat the transcript as attorneys' eyes only, just like confidential discovery materials. There is no possible prejudice to RealNetworks from defendants' request for a copy of the hearing transcript.

---

[1] Defendant DVDCCA has indicated that it has no objection to this motion.

| | | |
|---|---|---|
| 1 | DATED: December 17, 2008 | MUNGER, TOLLES & OLSON LLP |

By: _/s/ Rohit K. Singla_
ROHIT K. SINGLA

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY PICTURES TELEVISION INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WALT DISNEY PICTURES, WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, AND VIACOM, INC.