## MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

355 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

December 19, 2008

WRITER'S DIRECT LINE
(415) 512-4032
(415) 644-6932 FAX
Rohit.Singla@mto.com

**BY E-FILING AND HAND DELIVERY**

The Honorable Marilyn Hall Patel
United States District Court, Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

Re: *RealNetworks, Inc. et al. v. DVD CCA et al.*, Case No. C-08-4548-MHP

Dear Judge Patel:

    We are concerned that RealNetworks is interfering with our ability to depose Ms. Nicole Hamilton, a former RealNetworks employee whom we have subpoenaed and who confirmed that she is ready, willing, and able to sit for a deposition. We respectfully request that the Court address this matter at the December 22 hearing.

    From Real's documents, Ms. Hamilton appears to have had a central role in its strategy to deal with the CSS copy protection scheme. As detailed in the attached declaration, I called Ms. Hamilton and first confirmed that she was not represented. I also made clear that we would not discuss anything of substance outside of the presence of RealNetworks' counsel. Ms. Hamilton readily agreed to a deposition and said she was available almost any day. We scheduled the deposition for December 9. When we informed Wilson Sonsini, however, they claimed to represent her. Since then, a lawyer from another firm, Mr. Peter Chu, has claimed to represent Ms. Hamilton. He has refused to tell us whether he has been retained by RealNetworks. We are unable to confirm any of these claims of representation. More importantly, neither Wilson Sonsinsi nor Mr. Chu will discuss the scheduling of Ms. Hamilton's deposition, and she has not appeared in response to numerous subpoenas.

Respectfully submitted,

Rohit K. Singla

6617360.1