JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**PLAINTIFFS' OPPOSITION TO STUDIO DEFENDANTS' ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF OCTOBER 3, 2008 HEARING** |

PLAINTIFFS' OPPOSITION TO STUDIO DEFENDANTS'
ADMINISTRATIVE MOTION TO OBTAIN SEALED
TRANSCRIPT OF OCT. 3, 2008 HEARING
CASE NOS: C08-04548 MHP; C08-04719 MHP

1  On December 18, 2008 the Studio Defendants filed their Administrative Motion to Obtain Sealed Transcript of October 3, 2008 Hearing. Plaintiffs oppose that motion. The Court should deny the Studio Defendants' motion because it fails to set forth good cause to unseal the transcript of the October 3, 2008 proceeding. Instead of providing good cause, the Studio Defendants state an erroneous reason as to why the proceedings were sealed: Plaintiffs did not want disclosed to the public the number of copies of RealDVD that were sold.

As the Court will recall, the court sealed the record not only because of the confidential nature of the matters discussed, but also because the proceeding was held without notice, without Plaintiffs' counsel present in Court, and because the sole purpose of the proceeding was to maintain the status quo until the Court could consider the October 6, 2008 briefing of the application for a temporary restraining order. For these reasons, and because the subsequent hearing supplanted the October 3, 2008 hearing, the transcript is not relevant and should not be used for any purpose in this proceeding. For these reasons, the Plaintiffs respectfully request that the Court deny the Studio Defendants request.

Dated:   December 19, 2008

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/James A. DiBoise
      James A. DiBoise

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.

PLAINTIFFS' OPPOSITION TO STUDIO DEFENDANTS'
ADMINISTRATIVE MOTION TO OBTAIN SEALED
TRANSCRIPT OF OCT. 3, 2008 HEARING
CASE NOS: C08-04548 MHP; C08-04719 MHP

-1-

3559153