1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>                  C08 04719 MHP<br><br>**[PROPOSED] ORDER DENYING STUDIO DEFENDANTS' ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF OCTOBER 3, 2008 HEARING** |

[PROPOSED] ORDER DENYING STUDIO DEFENDANTS' ADMINISTRATIVE MOTION TO OBTAIN
SEALED TRANSCRIPT OF OCTOBER 3, 2008 HEARING
CASE NOS.: C08 04548 MHP; C08 04719 MHP
.

Dockets.Justia.com

After full consideration, IT IS HEREBY ORDERED that the Administrative Motion to Obtain Sealed Transcript of October 3, 2008 Hearing, which administrative motion was filed on December 19, 2008 by the Studio Defendants, is DENIED.

It is so ORDERED.

_____
The Honorable Marilyn H. Patel
United States District Court

Submitted by:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JAMES DIBOISE
COLLEEN BAL
MICHAEL BERTA
TRACY TOSH LANE

By: /s/_____
    James A. DiBoise
    jdiboise@wsgr.com

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.

[PROPOSED] ORDER DENYING STUDIO DEFENDANTS' ADMINISTRATIVE MOTION TO OBTAIN SEALED TRANSCRIPT OF OCTOBER 3, 2008 HEARING
CASE NOS.: C08 04548 MHP; C08 04719 MHP
.