# EXHIBIT 3

Document1 (8)

| | |
|---|---|
| 1 | D.C. PETER CHU, State Bar No. 26431 |
| | Email: peter.chu@cojk.com |
| 2 | PAM K. JACOBSON, State Bar No. 31810 |
| | Email: pam.jacobson@cojk.com |
| 3 | DAVID PATRICK SHELDON, State Bar No. 39633 |
| | Email: david.sheldon@cojk.com |
| 4 | CHRISTENSEN O'CONNOR JOHNSON KINDNESS PLLC |
| | 1420 5th Ave Ste 2800 |
| 5 | Seattle, WA 98101-1344 |
| 6 | Attorneys for Non-Party |
| | NICOLE HAMILTON |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos.: C08 04548 MHP, C08 04719 MHP Consolidated |
| | DECLARATION OF NICOLE HAMILTON |
| Plaintiffs and Counterclaim Defendants, | |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware corporation, | |
| Defendants and Counterclaim Plaintiffs. | |
| AND RELATED CASES | Western District of Washington, Seattle |
| | Case Nos.: Hereinabove |

DECLARATION OF NICOLE HAMILTON
CASE NOS.: C08 04548 MHP; C08 04719 MHP
3040PL4.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100

I, Nicole Hamilton, declare as follows:

1. I am over the age of eighteen. I am a single female in her fifties. I have found myself unemployed in an economic environment not seen since the 1930s. To support myself through these difficult times, I have held temporary jobs that are not regular, expected, or planned. My spirits were lifted recently when I was called in for an interview for a full-time position in Seattle on December 16, 2008, the result of which is unknown.

2. I have reviewed various statements of the "Declaration of Rohit K. Singla Regarding Deposition of Nicole Hamilton," and I do not entirely agree with the various statements made by Mr. Singla. For example, although I have indicated a willingness to cooperate, as long as it is not burdensome, it is incorrect that I made any assurance of my availability on any particular date.

3. In fact, even Mr. Singla was not clear on any particular date in his various contacts with me without the presence of my counsel. He indicated that a particular date was still being worked out. Given that I was called to an interview on December 16, 2008, I would not have assured Mr. Singla that I was available on that date. For these and other reasons, I have chosen my attorney, Peter Chu, to protect me against the parties of this litigation.

I declare under penalty of perjury that the foregoing is true and correct. Executed at Seattle, Washington on December 22, 2008.

By: *Nicole Hamilton*
Nicole Hamilton

---

DECLARATION OF NICOLE HAMILTON           -1-
CASE NOS.: C08 04548 MHP; C08 04719 MHP
\3094PL4.DOC

CHRISTENSEN
O'CONNOR
JOHNSON
KINDNESS<sup>PLLC</sup>

LAW OFFICES
1420 Fifth Avenue, Suite 2800
Seattle, WA 98101-2347
TELEPHONE: 206.682.8100