# EXHIBIT A

Dockets.Justia.com

1   GLENN D. POMERANTZ (SBN 112503)          ROBERT H. ROTSTEIN (SBN 72452)
    Glenn.Pomerantz@mto.com                  rxr@msk.com
2   BART H. WILLIAMS (SBN 134009)            ERIC J. GERMAN (SBN 224557)
    Bart.Williams@mto.com                    ejg@msk.com
3   KELLY M. KLAUS (SBN 161091)              BETSY A. ZEDEK (SBN 241653)
    Kelly.Klaus@mto.com                      baz@msk.com
4   MUNGER, TOLLES & OLSON LLP               MITCHELL SILBERBERG & KNUPP LLP
    355 South Grand Avenue, 35th Floor       11377 West Olympic Boulevard
5   Los Angeles, CA  90071-1560              Los Angeles, California  90064-1683
    Tel: (213) 683-9100; Fax: (213) 687-3702 Tel: (310) 312-2000; Fax: (310) 312-3100
6
7   GREGORY P. GOECKNER (SBN 103693)
    gregory_goeckner@mpaa.org
8   DANIEL E. ROBBINS (SBN 156934)
    dan_robbins@mpaa.org
9   15301 Ventura Boulevard, Building E
    Sherman Oaks, California  91403-3102
10  Tel: (818) 995-6600; Fax: (818) 285-4403

11  Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
    COLUMBIA PICTURES INDUSTRIES, INC., DISNEY
12  ENTERPRISES, INC., PARAMOUNT PICTURES CORP.,
    SONY PICTURES ENTERTAINMENT, INC., SONY
13  PICTURES TELEVISION INC., TWENTIETH CENTURY
    FOX FILM CORP., NBC UNIVERSAL, INC., WALT
14  DISNEY PICTURES, WARNER BROS.
    ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS
15  PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS
    LLLP, AND VIACOM, INC.
16

17                    UNITED STATES DISTRICT COURT

18                   NORTHERN DISTRICT OF CALIFORNIA

19  REALNETWORKS, INC., et al.,              CASE NO.  C 08-4548-MHP

20              Plaintiffs,                   Consolidated with Case No. C 08-04719-MHP

21         vs.                                [PROPOSED] ORDER TO RELEASE
                                              OCTOBER 3, 2008 HEARING
22  DVD COPY CONTROL ASSOCIATION,             TRANSCRIPT TO PARTIES
    INC., et al.
23
                Defendants.
24

25  AND CONSOLIDATED ACTIONS.

26

27

28
                                              PROPOSED ORDER RE
    6629943.1                     OCTOBER 3, 2008 HEARING TRANSCRIPT
                                              CASE NO. C 08 4548 MHP

1    Good cause appearing therefore, the Court hereby AUTHORIZES the Court Reporter to

2    release copies of the October 3, 2008 sealed hearing transcript to Munger, Tolles & Olson, LLP

3    and Mitchell Silberberg & Knupp LLP, counsel for defendants Disney Enterprises, Inc., et al.;

4    Wilson Sonsini Goodrich & Rosati, counsel for plaintiffs RealNetworks, Inc., et al.; and White &

5    Case LLP and Akin Gump Strauss Hauer & Feld LLP, counsel for the defendant DVD Copy

6    Control Association, Inc.  Each party shall treat the transcript as attorneys' eyes only.

7

8

9    It is so ORDERED.

10   Dated:  December __22__, 2008

11                                                    _____
                                                     The Honorable Marilyn H. Patel

12                                                    IT IS SO ORDERED

13                                                    Judge Marilyn H. Patel

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28