# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: December 22, 2008

Case No.   C 08-4548  MHP           Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: James Diboise, Michael Batton, Tracy Tosh Lane, Leo Cunningham
            Dft: Bart Williams, Rohjit Singhla, Lawrence Barth, Reginald Steer, Gregory Goeckner,
                 Dan Robbins, Mark Lambert

Deputy Clerk: Anthony Bowser   Court Reporter: Sahar McVickar

## PROCEEDINGS

1)   Plaintiffs' Motion for Leave to Amend

2)   Plaintiffs' Motion to Strike

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Court grants motion to amend and deems proposed amended complaint as filed today; Answer to be filed within 20 days thereafter;

Further hearing set for 3/3/2009 at 9:00 a.m.