1 ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
2 ERIC J. GERMAN (SBN 224557)
ejg@msk.com
3 BETSY A. ZEDEK (SBN 241653)
MITCHELL SILBERBERG & KNUPP LLP
4 11377 West Olympic Boulevard
Los Angeles, California 90064-1683
5 Telephone: (310) 312-2000
Facsimile: (310) 312-3100

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
7 DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES
CORP., SONY PICTURES ENTERTAINMENT, INC.,
8 TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL
INC., WARNER BROS. ENTERTAINMENT, INC., and VIACOM,
9 INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT, INC., a Delaware corporation, TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation, NBC UNIVERSAL INC., a Delaware corporation, WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation, and VIACOM, INC., a Delaware corporation,<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS | CASE NO. C 08-4548 -MHP<br><br>**CONSOLIDATED WITH CASE NO. C 08-04719-MHP**<br><br>**NOTICE OF CHANGE OF ATTORNEY INFORMATION** |

1  I, Betsy A. Zedek, (SBN 241653), baz@msk.com, am counsel of record in the above-
2  entitled cause of action for the following parties:
3  Defendants/Counterclaim Plaintiffs/Plaintiffs
4  COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC.,
5  PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY
6  PICTURES TELEVISION, INC., TWENTIETH CENTURY FOX FILM CORP., NBC
7  UNIVERSAL, INC., WALTER DISNEY PICTURES., WARNER BROS. ENTERTAINMENT,
8  INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP., UNIVERSAL CITY STUDIOS
9  LLLP and VIACOM, INC.
10 and am requesting to be removed from the case as I will no longer be with the firm representing
11 the above-named party in this action. There are attorneys from my former firm who are currently
12 counsel of record in this case.

DATED: December 17, 2008                    MITCHELL SILBERBERG & KNUPP LLP

                                            By: _____
                                            Betsy A. Zedek
                                            Attorneys for Defendants/Counterclaim-
                                            Plaintiffs/Plaintiffs