# EXHIBIT 1

TO LETTER BRIEF DATED AUGUST 19, 2009

# EXCERPT OF APPLE INC.'S OBJECTIONS TO PSYSTAR CORPORATION'S NOTICE OF RULE 30(b)(6) DEPOSITION OF APPLE INC. (TOPICS 3 and 8)

**Deposition Topic No. 3:**

The injury suffered by Apple as a result of the allegedly unlawful acts about which Apple complains in this action and the injury that Apple is likely to suffer if these acts continue, including but not limited to the amount and manner of calculation of any lost profits, and distinguishing between the injury cased by each unlawful act in which Apple alleges that Psystar engaged.

**Specific Objections to Deposition Topic No. 3:**

Apple incorporates by reference herein its General Statement and Objections stated above. Apple objects to this Topic to the extent it seeks any testimony that is covered by and protected from disclosure by the attorney work product doctrine, the attorney-client privilege, or any other privilege or claim of confidentiality recognized by either federal law or the state law of California. Apple also objects to this Topic on the ground that it is premature and seeks information that is the subject of expert testimony. Apple further objects to the phrase "distinguishing between the injury caused by each unlawful act in which Apple alleges that Psystar engaged" as vague and ambiguous and seeking legal conclusions.

Subject to and without waiving these objections and the General Statement and Objections, Apple will provide a witness to testify on injury suffered by Apple as a result of the unlawful acts committed by Psystar that Apple complains about in this action.

**Deposition Topic No. 8:**

The cost structure for development, production, marketing, and sale of Apple's computers and OS X, including the costs, revenue, and profits for each such product, broken down, to the extent possible, between the hardware, the operating system, and other installed software, and the manner in which this information is or can be calculated.

**Specific Objections to Deposition Topic No. 8:**

Apple incorporates by reference herein its General Statement and Objections stated above. Apple objects to this Topic as compound and overbroad.

Subject to and without waiving these objections and the General Statement and Objections, Apple will provide a witness to testify on Topic 8.

# EXHIBIT 2

## TO LETTER BRIEF DATED AUGUST 19, 2009

# A taste of their own medicine

August 13th, 2009 by admin                                               Leave a reply »

We are pleased to announce that an agreement with Apple's counsel was reached earlier this month and we now have the final list of their deponents for our proposed topics with respect to this litigation. For the past week and for the following ten days we will be doing depositions of some of Apple's highest level people. After numerous depositions of Psystar employees and associates the shoe is finally on the other foot, oh the joy!

Now given that there is a significant interest in this litigation aside from the business interest of Psystar, in particularly those of the OSX86 community and others, we want all your input. On that note we're taking the top ten most highly moderated questions for each person to be asked at their depositions. Please bear in mind that these must relate to the litigation at hand and if you feel this correlation is unclear, please elaborate to help us better understand your perspective and/or argument.

Below is the list deponents by date, feel free to post your questions as comments or email them directly to press@psystar.com if you feel that the question would be better unleashed via surprise attack. Bear in mind that we might not be able to release the answers to said questions until the conclusion of this litigation (re: Apple's Super Secret Protective Order) but we are still allowed to use them amongst our legal counsel and in court.

Aug. 07 — John Wright — OS X — Senior Software Manager

Aug. 12 — Kevin Van Vechten — OS X — Software Engineering Manager

Aug. 13 — Phil Schiller — Marketing — Senior VP Worldwide Product Marketing

Aug. 14 — Mike Culbert — Mac Hardware — Senior Director

Aug. 18 — Gary Thomas — TBD

Aug. 19 — Simon Patience — OS X — Head of Core OS

Aug. 21 — Mark Donnelly — Apple — VP Finance and Worldwide Business management

Aug. 21 — Greg Christie — TBD

Aug. 21 — Mansfield — Mac Hardware — Senior VP Mac Hardware Engineering

Each of these men are the most knowledgeable people in their respective fields.

**Share and Enjoy:**



- Previous Entry: The Circus Comes To Town
- Next Entry: Go back to school with Psystar

Posted in Posts
You can follow any responses to this entry through the RSS 2.0 Feed feed. You can leave a response, or trackback from your own site.

**Advertisement**

---

## Newsletter Sign-up:
Enter your email address
[SUBMIT]

**PREVIOUS ENTRY**
The Circus Comes To Town

**NEXT ENTRY**
Go back to school with Psystar

**I'M A PSYSTAR VIDEO AD CONTEST**



As part of the launch of Psystar's Community, we invite you to participate in our first Viral Video ad contest. The prize to be offered is a Psystar Open(7).

Read more >>

**PAGES**                                 -->
Wiki
Open Source

Realtek R1000 Driver
OpenDSDT and GetDSDT
OpenHaltRestart
About the Case
Shop

---

# Leave a Reply

You must be logged in to post a comment.

# EXHIBIT 3

## TO LETTER BRIEF DATED AUGUST 19, 2009



# CARR & FERRELL LLP
### ATTORNEYS AT LAW

WRITER'S DIRECT DIAL
(650) 812-3425
CGrewe@CarrFerrell.com

May 18, 2009

**VIA ELECTRONIC MAIL**

Mehrnaz Boroumand Smith, Esq.
Townsend and Townsend and Crew LLP
Two Embarcadero Center, 8th Floor
San Francisco, CA  94111-3833
mboroumand@townsend.com

      Re:    *Apple Inc. v. Psystar Corporation* (Case No. CV 08-03251 WHA)

Dear Mehrnaz:

      In accordance with the Court's May 8, 2009 Order Compelling Production of Financial Documents (Dkt. No. 68) (the "Order") and Psystar's rolling production, documents were produced this morning via Townsend FTP per the parties' general agreement regarding Psystar's method of production.

      The Order required the production of "all the underlying documents used to prepare the June 2008 profit and loss statement and balance sheet bates stamped PS010327-328, to the extent the documents have not been produced." Diana Bustillo created the informal June 2008 profit and loss statement and balance sheet in Microsoft Excel using vendor invoices, customer order forms, shipping invoices, and other financial information available at the time. All existing financial documents for this time period – and all relevant time periods before and after – have been produced.

      The Order also required the production of "all the underlying documents used or being used to prepare the aggregated financial statement referenced in Psystar's opposition letter brief (Dkt. No. 61)." Psystar has not yet drafted the aforementioned aggregated financial statement notwithstanding the fact that it has begun to accumulate the documents that might be necessary to do so.  The financial information and documents – including vendor invoices, shipping invoices, bank statements and order information – that Psystar will use to create such an aggregated statement have been produced.

      The Order also required the production of "all of the tabulations created by Jennifer Perez regarding the components needed to build Psystar's products." These tabulations have been produced, many of which can be found in Psystar's production of

Mehrnaz Boroumand Smith, Esq.
Re: *Apple Inc. v. Psystar Corporation*
May 18, 2009
Page 2 of 2

email correspondence. Instances may exist where the components needed to build Psystar's products were directly communicated to vendors via phone. To the extent that documents reflect those communications, they have been produced.

The Order also required the production of "documents bates stamped PS01383-2000." These documents were reproduced to Apple via Townsend FTP on May 5, 2009.

The Order also required the production of "[b]ank statements for all of Psystar's accounts from Commerce Bank and TD Bank from April 2008 through September 2008. To the extent that said statements are not immediately in the possession of Psystar either in physical or electronic form, Psystar shall ask Commerce Bank and TD Bank for these statements on an every other day basis until Commerce Bank and TD Bank provide said statements." These documents were produced to Apple via Townsend FTP on May 4, 2009. *See e.g.*, PS010932-PS011036. Verifications of these accounts by the respective banking entity, including the date that Psystar's accounts were opened, have also been produced. *See e.g.*, PS015328-PS015335.

The Order also required the production of "[a] copy of all attachments to all previously produced emails and a copy of the corresponding email in hard copy or in electronic form." These documents have been produced. In instances where the attached files are not "documents," these files have been produced using their original file name and are associated to the appropriate email by folder name/path in the following form: "PS[######]ATT." One attachment ("UPS_NR.zip"), which was an attachment to PS013249, contains a virus and has not been produced. Psystar is attempting to isolate that file and will produce it separately on disk once Psystar can safely isolate said file.

If you have any questions, please let me know.

Very truly yours,

Christopher P. Grewe

# EXHIBIT 4

## TO LETTER BRIEF DATED AUGUST 19, 2009

**[FILED UNDER SEAL]**

# EXHIBIT 5

## TO LETTER BRIEF DATED AUGUST 19, 2009

**[FILED UNDER SEAL]**