# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Realnetworks, Inc., | 08-04548 MHP |
| Plaintiff(s), | **NOTICE RE: NONCOMPLIANCE WITH COURT ORDER** |
| v. | |
| DVD Copy Control Association, Inc., | |
| Defendant(s). | |

The parties have failed to file an ADR Certification and either a Stipulation and [Proposed] Order Selecting an ADR Process or a Notice of Need for ADR Phone Conference as required by the Initial Case Management Scheduling Order. Counsel shall Meet and Confer forthwith in an attempt to agree on an ADR process for this matter. Thereafter, counsel, on behalf of themselves and each party, promptly shall file an **ADR Certification** and either 1) a **Stipulation and [Proposed] Order Selecting ADR Process**, or 2) a **Notice of Need for ADR Phone Conference** (Civil L.R. 16-8(b), ADR L. R. 3-5(b) Civil L.R. 16-8(c), ADR L. R. 3-5(c), (d)). (These forms are available at www.adr.cand.uscourts.gov.)

Further, in accordance with ADR L.R. 3-5(e) counsel shall concurrently provide a copy of all documents filed pursuant to this notice directly to the ADR Unit either by fax (415-522-4112), hand delivery (ADR Program, USDC, Northern District of California,

**Notice Re: Noncompliance With Court Order**
08-04548 MHP                                            -1-

450 Golden Gate Avenue, 16th Floor, San Francisco, California), or by PDF attachment to an e-mail directed to adr@cand.uscourts.gov.

It is the responsibility of counsel to schedule an ADR Phone Conference, if required, to occur <u>before</u> the Case Management Conference.

Dated: January 9, 2009

                              RICHARD W. WIEKING
                              Clerk
                              by:    Lisa M. Salvetti

_/s/ Lisa M. Salvetti_
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov

**Notice Re: Noncompliance With Court Order**
08-04548 MHP                               -2-

PROOF OF SERVICE

Case Name:       Realnetworks, Inc. v. DVD Copy Control Association, Inc.

Case Number:    08-04548 MHP

I declare that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California. I am over the age of eighteen (18) years and not a party to the action. My business address is:

>   ADR Program
>   United States District Court
>   Norther District of California
>   450 Golden Gate Avenue Floor 16
>   San Francisco, CA 94102

On January 9, 2009, I served a true and correct copy of:

**Notice Re: Noncompliance With Court Order**

[X] electronically, I caused said documents to be transmitted using ECF as specified by General Order No. 45 to the following parties:

>   Colleen Bal
>   Wilson Sonsini Goodrich & Rosati
>   One Market Street
>   Spear Tower
>   Suite 3300                              Professional Corporation
>   San Francisco, CA 94105
>   cbal@wsgr.com
>
>   James A. DiBoise
>   Wilson Sonsini Goodrich & Rosati
>   One Market Street
>   Spear Tower
>   Suite 3300                              Professional Corporation
>   San Francisco, CA 94105
>   jdiboise@wsgr.com
>
>   Tracy Tosh Lane Esq.
>   Wilson Sonsini Goodrich &Rosati
>   One Market, Spear Tower
>   Suite 3300
>   San Francisco, CA 94105

ttosh@wsgr.com

Michael A. Berta
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower
Suite 3300                                    Professional Corporation
San Francisco, CA 94105
mberta@wsgr.com

Reginald David Steer
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
rsteer@akingump.com

Maria Ellinikos
Akin Gump Strauss Hauer & Feld LLP
580 California Street
15th Floor
San Francisco, CA 94104
mellinikos@akingump.com

Edward Peter Lazarus
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067-3012

Stephen Roy Mick Esq.
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
smick@akingump.com

Michael Craig Small
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067

William Sloan Coats III

White & Case LLP
3000 El Camino Real
5 Palo Alto Square
9th Floor
Palo Alto, CA 94306
wcoats@whitecase.com

Mark R. Weinstein
White & Case LLP
3000 El Camino Real
5 Palo Alto Square
Ninth Floor
Palo Alto, CA 94306
mweinstein@whitecase.com

Mark Frederick Lambert
White & Case LLP
3000 El Camino Real
Five Palo Alto Square
9th Floor
Palo Alto, CA 94306
mlambert@whitecase.com

Rohit K. Singla
Munger Tolles & Olson
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
singlark@mto.com

Rebecca G. Lynch
Munger, Tolles & Olson, LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
Rebecca.Lynch@mto.com

Glenn Douglas Pomerantz
Munger Tolles & Olson
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560
glenn.pomerantz@mto.com

Bart Harper Williams
Munger Tolles & Olson
355 So Grand Ave
35th Floor
Los Angeles, CA 90071-1560

Kelly Max Klaus
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
kelly.klaus@mto.com

Robert Henry Rotstein
Mitchell Silberberg & Knupp LLP
11377 W. Olympic Bl
Los Angeles, CA 90064-1683
rxr@msk.com

Eric James German
Mitchell Silberberg et al
11377 W Olympic Blvd
Los Angeles, CA 90064-1683

Gregory Paul Goeckner
15301 Ventura Blvd
Building E
Sherman Oaks, CA 91403-3102

Daniel Ernest Robbins
Motion Picture Association of America Inc
15503 Ventura Blvd
Encino, CA 91436


[ ] by Facsimile, I caused said documents to be transmitted to the following parties by fax machine:

[ ] by U. S. Mail, I placed a true copy in a sealed envelope with postage fully prepaid in the United States Post Office Mail Box in San Francisco, California, addressed as follows:


I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on January 9, 2009 in San Francisco, California.

                                            RICHARD W. WIEKING
                                            Clerk
                                            by:    Lisa M. Salvetti

*[signature: Lisa M. Salvetti]*
_____
ADR Administrative Assistant
415-522-2032
lisa_salvetti@cand.uscourts.gov