1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15 REALNETWORKS, INC., a Washington           Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                    C08 04719 MHP
   ENTERTAINMENT, INC., a Delaware
16 corporation,                                **ADMINISTRATIVE MOTION FOR
                                              FILING UNDER SEAL**
17                Plaintiffs,

18      v.

19 DVD COPY CONTROL ASSOCIATION, INC., a
   Delaware nonprofit corporation, DISNEY
20 ENTERPRISES, INC., a Delaware corporation;
   PARAMOUNT PICTURES CORP., a Delaware
21 corporation; SONY PICTURES ENTER., INC., a
   Delaware corporation; TWENTIETH CENTURY
22 FOX FILM CORP., a Delaware corporation; NBC
   UNIVERSAL, INC., a Delaware corporation;
23 WARNER BROS. ENTER. INC., a Delaware
   corporation; and VIACOM, Inc., a Delaware
24 Corporation,

25                Defendants.

26

27 AND RELATED CASES

28

ADMINISTRATIVE MOTION FOR FILING UNDER
SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

1             **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

2        Pursuant to Civil Local Rules 7-11 and 79-5(b), RealNetworks, Inc. and RealNetworks
3   Home Entertainment, Inc. (collectively "RealNetworks") respectfully requests leave of the Court
4   to file under seal Exhibits E, F, G and H, inclusive, to the Declaration of Tracy Tosh Lane in
5   Support of Plaintiffs' and Counterclaim Defendants' Motion to Shorten Time of Continue.  This
6   administrative motion also requests, pursuant to Civil Local Rules 7-11 and 79-5(c), leave to file
7   under seal the unredacted version of RealNetworks' Motion to Preclude Claims Based on Non-
8   CSS Technologies of, Alternatively, to Continue the Preliminary Injunction Hearing, and for the
9   Appointment of a Discovery Referee ("Motion to Preclude or Continue").

10       The exhibits support RealNetworks' Motion to Preclude or Continue, which was filed on
11  January 26, 2009.  More specifically, these exhibits are excerpts of the deposition transcripts of
12  Jeffrey Chasen, Jeffrey Buzzard, James Brennan and Phillip Barrett.  The parties have previously
13  agreed that the depositions were and are designated as "Highly Confidential – Attorneys' Eyes
14  Only," pursuant to the provisional protective order in this action, because of the sensitive
15  business and technical information of the testimony.  Further, the redactions in the Motion to
16  Preclude or Continue are quotes from, and paraphrases of, the Highly Confidential –Attorneys'
17  Eye Only deposition transcripts.  Because the parties have previously agreed to keep the
18  deposition transcripts "highly confidential", and such "highly confidential" designation requires
19  that the information be sealed when filing under the current version of the parties' protective
20  order, an additional stipulation regarding sealing the information was not sought.  Therefore, the
21  excerpts and redactions are highly sensitive and should not be publicly disseminated.

22       As required by Civil Local Rule 79-5(b), RealNetworks is lodging with the Clerk copies
23  of Exhibits G-H.  Further, as required by Civil Local Rule 79-5(c), Real Networks is lodging a
24  redacted version of the Motion to Preclude or Continue that can be filed in the public record if
25  the Court grants the sealing order."

26       **SUPPORTING DECLARATION OF TRACY TOSH LANE**
27       I, Tracy Tosh Lane, declare as follows:
28

1. I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, counsel for RealNetworks. I have personal knowledge of the following facts and if called as a witness, I would testify to them.

2. The representations made in the above administrative motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on January 26, 2009, in San Francisco, California.

                                                        /s/
                                        Tracy Tosh Lane