JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**NOTICE OF MOTION AND MOTION TO SHORTEN TIME TO HEAR PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' MOTION TO PRECLUDE OR CONTINUE AND FOR A DISCOVERY REFEREE** |

MOTION TO SHORTEN TIME
CASE NOS.: C08 04548 MHP; C08 04719 MHP

3585245_2.DOC

Dockets.Justia.com

# NOTICE OF MOTION AND MOTION

Plaintiffs and counterclaim defendants RealNetworks and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks") will move, and hereby do move, pursuant to Civil L.R. 6-3, for an Order shortening the time for defendants to respond, and the Court to hear, RealNetwork's Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing and for the Appointment of a Discovery Referee ("Motion to Preclude or Continue"), which was filed on January 26, 2009.

This Motion is based on this memorandum, the accompanying Declaration of Tracy Tosh Lane in Support of Plaintiffs' and Counterclaim Defendants' Motion to Shorten Time and Motion to Preclude or Continue ("Lane Dec."), RealNetwork's Motion to Preclude or Continue, and any other matters properly before the Court. This Motion supplants RealNetwork's letter filed with this Court on January 23, 2009. Dkt Entry No. 101.

Without a Court Order to Shorten Time, the earliest that the Court would hear the Motion to Preclude would be March 5, 2009. Local Rule 7-2. Similarly, without Court Order, the deadline to file an opposition to RealNetwork's Motion to Preclude would be on or before February 12, 2009. Local Rule 7-3. To avoid substantial and potentially irreparable prejudice and harm to its interests, and to promote the efficient resolution of the issues in this case, RealNetworks requests that the deadline to respond to the Motion to Preclude be January 29, 2009, with any reply due on January 30, and a hearing on February 2, 2009 at 2:00 p.m. Real will face significant prejudice and harm if its Motion to Preclude or Continue is not heard and ruled upon on a shortened time frame; the Defendants will face none. The preliminary injunction proceedings in this case are scheduled to commence on March 3, 2009. As set forth more fully in the Motion to Preclude of Continue, if the Studio Defendants intend to raise issues pertaining to ARccOS and RipGuard DVD, as they have requested, it is imperative that RealNetworks' Motion to Preclude or Continue be heard on or before February 2, 2009.

Defendants are capable of responding to that motion on an expedited basis, and will suffer no prejudice in doing so. All Defendants have been on notice of RealNetwork's need for documents related to ARccOS and RipGuard DVD since before the December 22, 2009 hearing.

1  Shortening the time to respond to RealNetworks' Motion to Preclude or Continue will have no adverse effect on the schedule for the case. The parties have met and conferred, but have been unable to stipulate to an expedited schedule to hear Real's Motion to Preclude. On January 23, 2009, counsel for Real contacted counsel for the Defendants, requesting that the parties stipulate to a shortening of time to respond to Real's Motion to Preclude, with an opposition due on or before January 29, 2009, and counsel for Real and the DVD CCA conferred regarding shortening time again on January 26. 2009. Lane Dec., ¶ 14. No agreement was reached.

The following extensions have been previously granted in this case. On October 22, the parties stipulated to an extension of time for the Studio Defendants to answer the complaint and for Real to answer the counter-complaint. On December 22, 2008, the Court changed the commencement date of the preliminary injunction proceedings from January 26, 2008 to March 3, 2009. To date, there have not been any additional Court-approved stipulations or ordered time modifications.

Dated:   January 26, 2009.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:       /s/
     Michael A. Berta

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.