# EXHIBIT B

Dockets.Justia.com

Pages 1 - 82

United States District Court

Northern District of California

Before The Honorable Marilyn Hall Patel

| | | |
|---|---|---|
| RealNetworks, Incorporated, et al., | ) ) ) | COPY |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | No. C08-4548 MHP |
| DVD Copy Control Association, Incorporated, et al., | ) ) ) ) | and related |
| Defendant. | ) ) ) ) | No. C08-4719 MHP |

San Francisco, California
Monday, December 22, 2008

**Reporter's Transcript Of Proceedings**

**Appearances:**

For Plaintiff:              Wilson, Sonsini, Goodrich & Rosati
                           650 Page Mill Road
                           Palo Alto, California  94304-1050
                      By:  **Michael A. Berta, Esquire**
                           **James DiBoise, Esquire**
                           **Leo Cunningham, Esquire**
                           **Tracy Tosh Lane, Esquire**


For Defendants:            White & Case
                           3000 El Camino Real
                           Five Palo Alto Square, 9th Floor
                           Palo Alto, California  94306
                      By:  **Mark Frederick Lambert, Esquire**

(Appearances continued on next page.)

*Reported By:*            *Sahar McVickar, RPR, CSR No. 12963*
                          *Official Reporter, U.S. District Court*
                          *For the Northern District of California*

(Computerized Transcription By Eclipse)

*Sahar McVickar, C.S.R. No. 12963, RPR*
*Official Court Reporter, U.S. District Court*
*(415) 626-6060*

1           THE COURT:  Yes?

2           MR. DIBOISE:  One point.  On the list of materials

3  that we are to provide to them by the end of January 9th --

4           THE COURT:  Um-hmm.

5           MR. DIBOISE:  There is the question of our discovery

6  of them with respect to RipGuard and ArccOS.

7           I can read a list the same way that they read a

8  list. We would like some information --

9           THE COURT:  No, don't read a list.

10          MR. DIBOISE:  I wasn't going to.

11          THE COURT:  Just sit down and work it out, okay?

12          MR. DIBOISE:  We will, Your Honor.

13          THE COURT:  You can exchange documents without all

14  this formal requests, you know.

15          MR. DIBOISE:  I understand.  But, I just wanted to

16  be clear, because we should be able to get the same --

17          THE COURT:  It's a two-way street.  Whatever you are

18  entitled to, you ask for it.  Whatever you need at this stage

19  that you are discussing, then let's -- and I'm not sure what it

20  is, so --

21          MR. DIBOISE:  We'll try to be reasonable.

22          THE COURT:  January the 9th.

23          MR. SINGLA:  Your Honor, on March 3rd, how many days

24  was the Court thinking?

25          THE COURT:  I don't know.  Until we are finished.

## CERTIFICATE OF REPORTER

I, Sahar McVickar, Official Court Reporter for the United States Court, Northern District of California, hereby certify that the foregoing proceedings were reported by me, a certified shorthand reporter, and were thereafter transcribed under my direction into typewriting; that the foregoing is a full, complete and true record of said proceedings as bound by me at the time of filing. The validity of the reporter's certification of said transcript may be void upon disassembly and/or removal from the court file.


/s/ Sahar McVickar
_____

Sahar McVickar, RPR, CSR No. 12963

December 29, 2008