# EXHIBIT C

Dockets.Justia.com

## MUNGER, TOLLES & OLSON LLP

560 MISSION STREET
TWENTY-SEVENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

355 SOUTH GRAND AVENUE
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

January 22, 2009

WRITER'S DIRECT LINE
(415) 512-4043
(415) 644-6943 FAX
Rebecca.Lynch@mto.com

Tracy Tosh Lane, Esq.
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Re: *RealNetworks, Inc. et al. v. DVD Copy Control Association, Inc. et al.*

Dear Ms. Lane:

Enclosed please find the production of documents as follow:

Warner documents
MPAA-WAR-0010426 to MPAA-WAR-0010952

Sony Documents
MPAA-SONY-0003717 to MPAA-SONY-0004165

Paramount documents
MPAA-PARA-0001522 to MPAA-PARA-0026163

NBC Documents
MPAA-UNI-0002986 to MPAA-UNI-000

It is our understanding that Real has agreed to Macrovision's request to produce a small amount of their documents that are initially designated as "outside counsel's eyes only." Consistent with this understanding and Macrovision's own production earlier this week, we have

MUNGER, TOLLES & OLSON LLP

Peter Chu
January 22, 2009
Page 2

(at Macrovision's request) marked certain of their documents in this production as "outside counsel's eyes only."

We are still awaiting approval from Sony DADC to produce the documents covered by their NDAs, but have been assured that they are working as quickly as possible on this.

Sincerely,

*Rebecca Gose Lynch* /las

Rebecca Gose Lynch

Encl.
6866428.1