# EXHIBIT D

**From:** "Singla, Rohit" <Rohit.Singla@mto.com>
**Date:** January 22, 2009 10:48:38 PM PST
**To:** "Bal, Colleen" <cbal@wsgr.com>, "Berta, Michael" <mberta@wsgr.com>, "Tosh Lane, Tracy" <TTosh@wsgr.com>, "DiBoise, Jamie" <JDiBoise@wsgr.com>
**Cc:** "Aull, Ashley" <ashley.aull@mto.com>, "Barth, Lawrence" <Lawrence.Barth@mto.com>, "Lynch, Rebecca" <Rebecca.Lynch@mto.com>
**Subject: Dr. Felten**

I have tried you all on the phone over the past couple of days, and I keep getting your voicemail. So I am resorting to email:

A concern has been raised about confidential ARccOS/RipGuard materials being disclosed to Dr. Felten and the other consultants/experts who work with him. Are you planning to use Dr. Felten or another consultant who works with him as your experts on ARccOS/RipGuard? If not, then there might not be an issue here. If so, we would like to discuss before the materials are shown to them.

I am available all day tomorrow to discuss.