```
 1  JAMES A. DiBOISE, State Bar No. 83296
    Email: jdiboise@wsgr.com
 2  COLLEEN BAL, State Bar No. 167637
    Email: cbal@wsgr.com
 3  MICHAEL A. BERTA, State Bar No. 194650
    Email: mberta@wsgr.com
 4  TRACY TOSH LANE, State Bar No. 184666
    Email: ttosh@wsgr.com
 5  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 6  One Market Street
    Spear Tower, Suite 3300
 7  San Francisco, CA 94105

 8  Attorneys for Plaintiffs and
    Counterclaim Defendants
 9  REALNETWORKS, INC. and
    REALNETWORKS HOME
10  ENTERTAINMENT, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>         C08 04719 MHP<br><br>**NOTICE OF MANUAL FILING** |

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

4588647_1.DOC

Dockets.Justia.com

# NOTICE OF MANUAL FILING

Regarding:

- <u>CONFIDENTIAL VERSION</u>:  **EXHIBIT E** TO DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' MOTION TO SHORTEN TIME AND MOTION TO PRECLUDE OR CONTINUE

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated:   January 26, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Tracy Tosh Lane
    Tracy Tosh Lane

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.