| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA  90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 |

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY PICTURES TELEVISION INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WALT DISNEY PICTURES, WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO.  C 08-4548-MHP<br><br>Consolidated with Case No. C 08-04719-MHP<br><br>**APPLICATION TO SEAL (1) MOTION PICTURE STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS, AND (2) DECLARATION OF ROHIT SINGLA IN SUPPORT OF MOTION PICTURES STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS**<br><br>Lodged concurrently herewith:<br><br>1) [Proposed] Order Granting Application<br><br>2) Documents Requested To Be Filed Under Seal |

Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "Studios") respectfully apply for an order sealing the following documents:

(1) Highly Confidential Version of Motion Picture Studios' Response to Real's Motion to Extend Preliminary Injunction Schedule or Exclude Topics; and

(2) Highly Confidential Version of Declaration of Rohit Singla In Support Of Studios' Response to Real's Motion to Extend Preliminary Injunction Schedule or Exclude Topics.

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of Real's proprietary business, technical and trade secret information regarding RealDVD and its new platform. This material has been designated by Real as "confidential" or "highly confidential" pursuant to the protective order governing this litigation, and is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. Defendants have filed with the Court identical public redacted versions of the Motion Picture Studios' Response to Real's Motion to Extend Preliminary Injunction Schedule or Exclude Topics, as well as the Singla Declaration in support thereof.

For these reasons, the Court should grant the Application to Seal.

| | | |
|---|---|---|
| 1 | DATED: January 30, 2009 | MUNGER, TOLLES & OLSON LLP |
| 2 | | MITCHELL SILBERBERG & KNUPP LLP |
| 3 | | GREGORY P. GOECKNER |
| | | DANIEL E. ROBBINS |

By:      /s/
          REBECCA GOSE LYNCH

Attorneys for Defendants/Counter-claim Plaintiffs/Plaintiffs