| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503) | ROBERT H. ROTSTEIN (SBN 72452) |
| Glenn.Pomerantz@mto.com | rxr@msk.com |
| BART H. WILLIAMS (SBN 134009) | ERIC J. GERMAN (SBN 224557) |
| Bart.Williams@mto.com | ejg@msk.com |
| KELLY M. KLAUS (SBN 161091) | BETSY A. ZEDEK (SBN 241653) |
| Kelly.Klaus@mto.com | baz@msk.com |
| MUNGER, TOLLES & OLSON LLP | MITCHELL SILBERBERG & KNUPP LLP |
| 355 South Grand Avenue, 35th Floor | 11377 West Olympic Boulevard |
| Los Angeles, CA 90071-1560 | Los Angeles, California 90064-1683 |
| Tel: (213) 683-9100; Fax: (213) 687-3702 | Tel: (310) 312-2000; Fax: (310) 312-3100 |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY PICTURES TELEVISION INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WALT DISNEY PICTURES, WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | Consolidated with Case No. C 08-04719-MHP |
| vs. | **DECLARATION OF ROHIT K. SINGLA IN SUPPORT OF STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND TIME OR EXCLUDE TOPICS FROM THE PRELIMINARY-INJUNCTION HEARING** |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| Defendants. | |
| | **PUBLIC REDACTED VERSION** |
| AND CONSOLIDATED ACTIONS. | |

SINGLA DECLARATION ISO STUDIOS'
RESPONSE TO MOTION TO EXTEND
TIME OR EXCLUDE TOPICS

DECLARATION OF ROHIT K. SINGLA

I, Rohit K. Singla, hereby do declare and state:

1. I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for Columbia Pictures Industries, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios"). I make this Declaration based upon my own personal knowledge, except where facts are stated upon information and belief. If called upon to do so, I could and would testify competently to the matters stated herein.

**REDACTED**

- 1 -

SINGLA DECLARATION ISO STUDIOS'
RESPONSE TO MOTION TO EXTEND
TIME OR EXCLUDE TOPICS

**REDACTED**

6. Additionally, Real continues to help people copy DVDs. Attached hereto as Exhibits A-C are a true and correct copies of pages from RealNetworks' online RealDVD Customer Support forum, located at http://real.lithium.com/real/board?board.id=RealDVD. In these posts, a RealNetworks employee — "NinjaClick" — advises several RealDVD owners how to copy DVDs and reinstall RealDVD. Of course, this is all *months* after this court's October 3 TRO.

7. Likewise, Real has continually marketed and promoted RealDVD — both in the media and at conferences — since the TRO. I am informed, for example, that Real had a prominent display promoting RealDVD at the Consumer Electronics Show in Las Vegas three weeks back. Real's executives also continue to advertise to the press and the public that this Court will lift the TRO at the preliminary injunction hearing.

**REDACTED**

- 2 -

SINGLA DECLARATION ISO STUDIOS' RESPONSE TO MOTION TO EXTEND TIME OR EXCLUDE TOPICS

**REDACTED**

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 29th day of January 2009 at San Francisco, California.

*/s/ Rohit K. Singla*
Rohit K. Singla

- 3 -

SINGLA DECLARATION ISO STUDIOS'
RESPONSE TO MOTION TO EXTEND
TIME OR EXCLUDE TOPICS