1  REGINALD D. STEER (SBN 056324)
   rsteer@akingump.com
2  MARIA ELLINIKOS (SBN 235528)
   mellinikos@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
4  San Francisco, California 94104-1036
   Telephone:    (415) 765-9500
5  Facsimile:    (415) 765-9501

6  EDWARD P. LAZARUS (SBN 212658)
   elazarus@akingump.com
7  STEPHEN MICK (SBN 131569)
   smick@akingump.com
8  MICHAEL SMALL (SBN 222768)
   msmall@akingump.com
9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
10 Los Angeles, California 90067-3012
   Telephone:    (310) 229-1000
11 Facsimile:    (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:    (650) 213-0300
Facsimile:    (650) 213-8158

12 Attorneys for Defendant and Counterclaimant
   DVD COPY CONTROL ASSOCIATION, INC.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16 REALNETWORKS, INC., a Washington         Case No. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                C08 04719 MHP
17 ENTERTAINMENT, INC., a Delaware
   corporation,                             **RESPONSE OF DVD COPY CONTROL
18                                          ASSOCIATION, INC. TO
                  Plaintiffs,               REALNETWORKS' MOTION TO
19                                          EXTEND PRELIMINARY INJUNCTION
          v.                                SCHEDULE OR EXCLUDE TOPICS;**
20
   DVD COPY CONTROL ASSOCIATION, INC., a    **DECLARATION OF REGINALD D.
21 Delaware nonprofit corporation, et al.   STEER**

22                Defendants.               **Before:  Hon. Marilyn Hall Patel
                                            Dept:     Courtroom 15**
23 And Related Counterclaims.               **Date:     February 3, 2009
                                            Time:     2:00 p.m. Telephone Conference**
24

25 AND RELATED CASES

26

27

28

RESPONSE TO MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE
TOPICS; DECLARATION OF REGINALD D. STEER
CASE NO. C08 04548 MHP; C08 04719

Dockets.Justia.com

1   Defendant and Counterclaimant DVD Copy Control Association, Inc. ("DVD CCA") responds
2   as follows to the motion of RealNetworks, Inc. ("Real") to extend the preliminary injunction schedule
3   or exclude topics, and to appoint a Discovery Magistrate.
4   DVD CCA favors the prompt resolution of this matter and, for that reason, is against the
5   lengthy extension requested by Real.  DVD CCA plans to be ready to proceed on March 3, per the
6   schedule established in the December 22, 2008 hearing.  In addition, lead counsel for DVD CCA is not
7   available in mid-April, when Real's counsel has requested that the hearing take place.  See Declaration
8   of Reginald D. Steer, ¶2.
9   In an effort to avoid burdening the Court with this matter, counsel for DVD CCA participated
10  in a telephone conference with counsel for Real and counsel for the Studios on Wednesday, January 28,
11  in which counsel for DVD CCA and counsel for the Studios suggested that the parties compromise on
12  a new hearing date of March 23, 2009.  In the course of that telephone conference, counsel for DVD
13  CCA informed Real's counsel that, in any event, he is not available in mid-April. Steer Decl., ¶2.
14  Real's counsel said he would consult with his colleagues and his client and respond the next day.  On
15  Thursday, January 29, Real's counsel rejected the compromise, stating that it does not allow enough
16  time for Real to get ready for the hearing.  Id.
17  DVD CCA continues to believe that scheduling the preliminary injunction hearing to start
18  either on March 3 or March 23 would be appropriate, providing sufficient time for Real's counsel to
19  prepare while still moving toward an efficient resolution.  However, DVD CCA opposes Real's
20  alternative request to exclude certain topics from the preliminary injunction hearing because doing so
21  would unnecessarily multiply these proceedings.  If the Court concludes that a lengthier extension is
22  appropriate, then DVD CCA respectfully requests that the matter be heard either in the first full week
23  or the last week of April, or in early May.
24  DVD CCA is not directly involved in any discovery dispute with Real that would require the
25  appointment of a Magistrate Judge or discovery master.  Contrary to the position taken by Real, DVD
26  CCA believes that such an appointment could slow the progress of this litigation, rather than expedite
27  it.  DVD CCA does, however, join in the discussion at pages 4 and 5 of the Studios' Response filed
28

1

RESPONSE TO MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE
TOPICS; DECLARATION OF REGINALD D. STEER

today, which points out that Real has not provided needed discovery concerning the "New Platform", or "Facet" as it is referred to be Real.

Dated: January 30, 2009

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____/s/_____
Reginald D. Steer
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

## DECLARATION OF REGINALD D. STEER

Reginald D. Steer declares:

1. I am lead counsel to defendant and counterclaimant DVD Copy Control Association, Inc. ("DVD CCA") in this matter. I am a partner in the firm of Akin Gump Strauss Hauer & Feld, LLP and a member of the California State Bar. This declaration is based upon my own knowledge and I could competently testify to the matters set forth herein, if called upon to do so.

2. On Wednesday, January 28, 2009, I participated in a telephone conference with Glenn Pomerantz, of Munger Tolles and Olson, LLP, counsel for the Studios in this action, and James DiBoise, of Wilson Sonsini Goodrich and Rosati, LLP, counsel for RealNetworks ("Real"). Mr. Pomerantz and I proposed to Mr. DiBoise that the parties agree to continue the preliminary injunction hearing in this matter to March 23. I told Mr. DiBoise that, in any event, I am not available in mid-April, when he had proposed holding the hearing. Mr. DiBoise said he would get back to us the next day, and he did so. He rejected the proposed compromise on the ground that it does not allow sufficient time for Real's counsel to prepare.

2

RESPONSE TO MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS; DECLARATION OF REGINALD D. STEER

1. 3. Attached to my Declaration is a true copy of an email exchange between Mark Lambert of White & Case, LLP, one of counsel for DVD CCA and James DiBoise, counsel for Real.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed at San Francisco, California, on January 30, 2009.

/s/
Reginald D. Steer

3

RESPONSE TO MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE
TOPICS; DECLARATION OF REGINALD D. STEER