| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| 17 | Plaintiffs, | **SUPPLEMENTAL DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS' MOTION TO PRECLUDE OR CONTINUE** |
| 18 | v. | |
| 19 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 25 | Defendants. | |
| 27 | AND RELATED CASES | |

Supp. Lane Declaration
Case Nos. 08-cv-04548 MHP;
 08-cv-04179 MHP

I, Tracy Tosh Lane, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, and one of the counsel for RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks"), plaintiffs and counterclaim defendants in the above-captioned matter. I make this supplemental declaration in support of RealNetworks' Reply in Support of its Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee ("Motion"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. During the short time that the Motion has been pending, the Studio Defendants have produced approximately 7,636 pages of new ARccOS and Rip Guard documents. The last production on January 30, 2009 did not say one way or another whether the Studios' production is now complete. RealNetworks expects more to come.

3. On January 2, 2009, the Studio Defendants provided RealNetworks with additional search terms relating to Facet, and requested that RealNetworks product, among other things, *all* documents mentioning several movie titles, or containing the words "Facet" and "copy," "share," "security" or "encrypt." RealNetworks performed a reasonable inquiry and responded by producing documents responsive to a slightly narrower set of terms less than two weeks later, on January 15, 2009.

4. Exhibit A is a true and correct copy of relevant portions of Mr. Jeffrey Chasen's deposition testimony taken on December 16, 2008.

5. Exhibit B is a true and correct copy of relevant portions of the expedited word version of Mr. Martin Schwarz's deposition testimony taken on January 30, 2009.

6. Exhibit C is a true and correct copy of relevant portions of the transcript of the October 3, 2008 TRO hearing.

7. Exhibit D is a true and correct copy of relevant portions of the transcript of the December 22, 2008 TRO hearing.

8. On October 28, 2008, the Studio Defendants asked Real to produce documents containing the terms "ARccOS" and/or "RipGuard". Real agreed and subsequently produced documents pursuant to that request. Attached as Exhibit E is a true and correct copy of an E-mail message from Lawrence Barth to Tracy Tosh Lane identifying the Studio Defendants' document requests, and containing as item I.C(15) "Documents containing the terms: "Macrovision" or "Ripguard" or "Arccoss" or "X-Protect" or "Flux" or "Fortium"."

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed this 2nd day of February 2009 in San Francisco, California.

                                         /s/   Tracy Tosh Lane
                                                    Tracy Tosh Lane