1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>         C08 04719 MHP<br><br>**NOTICE OF MANUAL FILING EXHIBIT B TO THE SUPPLEMENTAL DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO PRECLUDE CLAIMS BASED ON NON-CSS TECHNOLOGIES OR, ALTERNATIVELY, TO CONTINUE THE PRELIMINARY INJUNCTION HEARING, AND FOR THE APPOINTMENT OF A DISCOVERY REFEREE** |

28                  **DOCUMENT SUBMITTED UNDER SEAL**

NOTICE OF MANUAL FILING                                          3591599_1.DOC
CASE NOS.: C08 04548 MHP; C08 04719 MHP

Dockets.Justia.com

# NOTICE OF MANUAL FILING

Regarding:

**CONFIDENTIAL VERSION**:  EXHIBIT B TO THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO PRECLUDE CLAIMS BASED ON NON-CSS TECHNOLOGIES OR, ALTERNATIVELY, TO CONTINUE THE PRELIMINARY INJUNCTION HEARING, AND FOR THE APPOINTMENT OF A DISCOVERY REFEREE

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated:   February 2, 2009            WILSON SONSINI GOODRICH & ROSATI
                                     Professional Corporation


                                     By: /s/ Tracy Tosh Lane
                                         Tracy Tosh Lane

                                     Attorneys for Plaintiffs
                                     REALNETWORKS, INC. AND
                                     REALNETWORKS HOME
                                     ENTERTAINMENT, INC.