| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | One Market Street<br>Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**NOTICE OF MANUAL FILING EXHIBIT C TO THE SUPPLEMENTAL DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO PRECLUDE CLAIMS BASED ON NON-CSS TECHNOLOGIES OR, ALTERNATIVELY, TO CONTINUE THE PRELIMINARY INJUNCTION HEARING, AND FOR THE APPOINTMENT OF A DISCOVERY REFEREE** | |
| 26 | AND RELATED CASES | |

**DOCUMENT SUBMITTED UNDER SEAL**

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

3591642_1.DOC

Dockets.Justia.com

1                     **NOTICE OF MANUAL FILING**

2 Regarding:

3 **CONFIDENTIAL VERSION**:  **EXHIBIT C TO THE DECLARATION OF TRACY TOSH**

4 **LANE IN SUPPORT OF REPLY IN SUPPORT OF MOTION TO PRECLUDE CLAIMS**

5 **BASED ON NON-CSS TECHNOLOGIES OR, ALTERNATIVELY, TO CONTINUE**

6 **THE PRELIMINARY INJUNCTION HEARING, AND FOR THE APPOINTMENT OF**

7 **A DISCOVERY REFEREE**

8     The foregoing document is being filed under seal in paper form only and is being maintained

9 in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned

10 actions, these materials will be served on you shortly.  For information on retrieving this filing

11 directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov

12 under Frequently Asked Questions (FAQ).

13     The manual filing is necessary because the document is filed under seal.

14 Dated:   February 2, 2009                     WILSON SONSINI GOODRICH & ROSATI
                                                               Professional Corporation

15

16

17                                              By: /s/ Tracy Tosh Lane
                                                     Tracy Tosh Lane

18

19                                       Attorneys for Plaintiffs
                                      REALNETWORKS, INC. AND
                                      REALNETWORKS HOME

20                                       ENTERTAINMENT, INC.

21

22

23

24

25

26

27

28