JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL** |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5(c), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") request leave to file under seal the unredacted version of RealNetworks' Reply in Support of Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee ("Reply").  Additionally, pursuant to Civil Local Rules 7-11 and 79-5(b), RealNetworks respectfully requests leave of the Court to file under seal Exhibits A-C inclusive, to the Supplemental Declaration of Tracy Tosh Lane in Support of Plaintiffs' and Counterclaim Defendants' Motion to Preclude or Continue.

The exhibits support RealNetworks' Reply, which was filed on February 2, 2009.  More specifically, the exhibits are excerpts from the deposition transcripts of Jeffrey Chasen (Exhibit A) and Martin Schwarz (Exhibit B), as well as the under-seal transcript of the October 3, 2008 hearing before this Court (Exhibit C).  The parties have previously agreed that the deposition transcripts were and are designated as Highly Confidential – Attorneys' Eyes Only, pursuant to the protective order in this action, because of the sensitive business and technical information of the testimony.  The October 3, 2008 hearing transcript is under seal, although counsel for each party is permitted access to the transcript.  Further, the redactions in the Reply are quotes from, and paraphrases of, Highly Confidential –Attorneys' Eye Only deposition transcripts and the hearing transcript.  Because the parties have previously agreed to keep the deposition transcripts highly confidential and because the Court has ordered that the October 3, 2008 transcript be kept under seal, there is no need to seek an additional stipulation.  Therefore, the excerpts and redactions are highly sensitive and should not be publicly disseminated.

As required by Civil Local Rule 79-5(b), RealNetworks is lodging with the Clerk copies of Exhibits A-C.  Further, as required by Civil Local Rule 79-5(c), Real Networks is lodging a redacted version of the Reply that can be filed in the public record if the Court grants the sealing order."

**SUPPORTING DECLARATION OF TRACY TOSH LANE**

I, Tracy Tosh Lane, declare as follows:

1. I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, counsel for RealNetworks. I have personal knowledge of the following facts and if called as a witness, I would testify to them.

2. The representations made in the above administrative motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 2, 2009, in San Francisco, California.

/s/
Tracy Tosh Lane