# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: February 3, 2009

Case No.  C 08-4548  MHP          Judge: MARILYN H. PATEL
          C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: Colleen Bal
            Dft: Rohjit Singhla

Deputy Clerk:  Anthony Bowser   Court Reporter: Christine Triska

## PROCEEDINGS

1) Telephonic Discovery Hearing

2)

3)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Outstanding discovery to be produced by 2/6/2009; Preliminary Injunction hearing reset for 4/1/2009 at 9:00 am;