| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) | ROBERT H. ROTSTEIN (SBN 72452) |
| | Glenn.Pomerantz@mto.com | rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009) | ERIC J. GERMAN (SBN 224557) |
| | Bart.Williams@mto.com | ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091) | MITCHELL SILBERBERG & KNUPP LLP |
| | Kelly.Klaus@mto.com | 11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90064-1683 |
| | 355 South Grand Avenue, 35th Floor | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA 90071-1560 | |
| | Tel: (213) 683-9100; Fax: (213) 687-3702 | |

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
   COLUMBIA PICTURES INDUSTRIES, INC., DISNEY
12 ENTERPRISES, INC., PARAMOUNT PICTURES CORP.,
   SONY PICTURES ENTERTAINMENT, INC., SONY
13 PICTURES TELEVISION INC., TWENTIETH CENTURY
   FOX FILM CORP., NBC UNIVERSAL, INC., WALT
14 DISNEY PICTURES, WARNER BROS.
   ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS
15 PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS
   LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>　　　　Defendants.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. C 08-4548-MHP<br><br>Consolidated with Case No. C 08-04719-MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO SEAL (1) MOTION PICTURE STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS, AND (2) DECLARATION OF ROHIT SINGLA IN SUPPORT OF MOTION PICTURES STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS |

7027637.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

Based on the Studio parties' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1) Highly Confidential Version of Motion Picture Studios' Response to Real's Motion to Extend Preliminary Injunction Schedule or Exclude Topics; and

(2) Declaration of Rohit Singla In Support of Motion Picture Studios' Response to Real's Motion to Extend Preliminary Injunction Schedule or Exclude Topics.

It is so ORDERED.
2/4/2009

_____
The Honorable Marilyn H. Patel
United States District C...

IT IS SO ORDERED
Judge Marilyn H. Patel

Submitted by:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS


By:_____
REBECCA GOSE LYNCH

Attorneys for Studio Parties