| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
| | Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605 |
| | Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637 |
| | Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650 |
| | Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666 |
| | Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 7 | One Market Street |
| | Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
| Plaintiffs, | **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) UNREDACTED VERSION OF REALNETWORKS REPLY IN SUPPORT OF MOTION TO PRECLUDE CLAIMS BASED ON NON-CSS TECHNOLOGIES OR, ALTERNATIVELY, TO CONTINUE THE PRELIMINARY INJUNCTION HEARING, AND FOR THE APPOINTMENT OF A DISCOVERY REFEREE; AND (2) EXHIBITS A-C, INCLUSIVE TO THE SUPPLEMENTAL DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS MOTION TO PRECLUDE OR CONTINUE** |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| Defendants. | |

AND RELATED CASES

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

Dockets.Justia.com

## ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (c), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") request an order to file under seal the following documents:

(1)  The unredacted version of RealNetworks' Reply in Support of Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee ("Reply"); and

(2)  Exhibits A-C inclusive, to the Supplemental Declaration of Tracy Tosh Lane in Support of Plaintiffs' and Counterclaim Defendants' Motion to Preclude or Continue. More specifically, the exhibits are excerpts from the deposition transcripts of Jeffrey Chasen (Exhibit A) and Martin Schwarz (Exhibit B), as well as the under-seal transcript of the October 3, 2008 hearing before this Court (Exhibit C).

A "compelling reason" exists to seal these documents. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts and warrant materials, "[a] party seeking to seal a judicial [] bears the burden of overcoming the 'compelling reasons' standard"). The information contained in the documents is RealNetworks' propriety business, technical and trade secret information regarding RealDVD and the New Platform, and because of those facts, the parties have previously agreed that the deposition transcripts are designated as highly confidential, pursuant to the protective order in this action. Further, the October 3, 2008 hearing transcript is under seal.

Because the redactions in the Reply are quotes from, and paraphrases of, propriety business, technical and trade secret information, as agreed to by counsel in this case, and because the Court has ordered that the October 3, 2008 transcript be kept under seal, there is no need to seek an additional stipulation, pursuant to Civil Local Rule 7-11(a).  Therefore, the Court should grant this administrative motion.

As required by Civil Local Rule 79-5(b), RealNetworks has lodged with the Clerk copies of Exhibits A-C.  Further, as required by Civil Local Rule 79-5(c), Real Networks has lodged a

redacted version of the Reply that can be filed in the public record if the Court grants the sealing order."

**SUPPORTING DECLARATION OF TRACY TOSH LANE**

I, Tracy Tosh Lane, declare as follows:

1. I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, counsel for RealNetworks. I have personal knowledge of the following facts and if called as a witness, I would testify to them.

2. The representations made in the above administrative motion are true and correct to the best of my knowledge and belief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on February 5, 2009, in San Francisco, California.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/
        Tracy Tosh Lane

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.