1    JAMES A. DiBOISE, State Bar No. 83296
     Email: jdiboise@wsgr.com
2    COLLEEN BAL, State Bar No. 167637
     Email: cbal@wsgr.com
3    MICHAEL A. BERTA, State Bar No. 194650
     Email: mberta@wsgr.com
4    TRACY TOSH LANE, State Bar No. 184666
     Email: ttosh@wsgr.com
5    WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
6    One Market St., Spear Tower, Suite 3300
     San Francisco, CA 94105
7    Bus:   (415) 947-2000
     Fax:   (415) 947-2099
8

9    Attorneys for Plaintiffs and Counterclaim Defendants
     REALNETWORKS, INC. and REALNETWORKS
     HOME ENTERTAINMENT, INC.

10

11               UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14   REALNETWORKS, INC., a Washington | Case Nos.   C08 04548 MHP; |
|       Corporation; and REALNETWORKS HOME |              C08 04719 MHP |
| 15   ENTERTAINMENT, INC., a Delaware corporation, | |
| 16            Plaintiffs, | **STIPULATION AND** |
| | **[PROPOSED] ORDER TO** |
| 17        v. | **CONTINUE HEARING ON** |
| | **PLAINTIFFS' MOTION TO** |
| 18   DVD COPY CONTROL ASSOCIATION, INC., a | **DISMISS DVD CCA'S SECOND** |
|       Delaware nonprofit corporation, DISNEY | **COUNTERCLAIM** |
| 19   ENTERPRISES, INC., a Delaware corporation; | |
|       PARAMOUNT PICTURES CORP., a Delaware | |
| 20   corporation; SONY PICTURES ENTER., INC., a | |
|       Delaware corporation; TWENTIETH CENTURY | |
| 21   FOX FILM CORP., a Delaware corporation; NBC | |
|       UNIVERSAL, INC., a Delaware corporation; | |
| 22   WARNER BROS. ENTER. INC., a Delaware | |
|       corporation; and VIACOM, Inc., a Delaware | |
| 23   Corporation, | |
| 24           Defendants. | |
| 25 | |
|       AND RELATED CASES | |
| 26 | |

27

28

Dockets.Justia.com

1    WHEREAS, Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.

2  (collectively "Plaintiffs") commenced this action on September 30, 2008 seeking a Declaratory

3  Judgment that certain DVD products do not violate the DMCA or constitute a breach of contract;

4    WHEREAS, Defendants DVD Copy Control Association ("DVD CCA") filed an

5  amended answer and counterclaims for breach of contract and breach of the implied covenant of

6  good faith and fair dealing on November 11, 2008;

7    WHEREAS, Plaintiffs filed a motion to dismiss the DVD CCA's Second Counterclaim

8  on December 4, 2008 and noticed the hearing for February 23, 2009 at 2:00 p.m., however, this

9  hearing date is not acknowledged or confirmed on the Court's website or in other publications;

10    WHEREAS, a conflict has arisen for Plaintiffs' lead counsel on February 23, 2009 and

11  counsel for the DVD CCA has agreed to continue the hearing to a mutually agreeable date,

12  namely March 2, March 9 or March 16;

13

14    NOW THEREFORE, the parties, by and through their counsel of record, hereby agree

15  and stipulate to the following alternative dates for the hearing on Plaintiffs' Motion to Dismiss

16  the DVD CCA's Second Counterclaim in the above named action, which is currently scheduled

17  for February 23, 2009 at 2:00 p.m., and request the Court enter this Stipulation as an Order of the

18  Court:

19    1.    The Hearing on Plaintiffs' Motion to Dismiss the DVD CCA's Second

20  Counterclaim shall be moved to March 2, 2009, March 9, 2009, or March 16, 2009, at 2:00 p.m.,

21  at the Court's discretion.

22

23  Dated:  February 20, 2009                    WILSON SONSINI GOODRICH & ROSATI
                                                Professional Corporation
24

25

26  By: ___Tracy Tosh Lane___  by Amn

                              Tracy Tosh Lane
27
                                Attorneys for Plaintiffs
28                              REALNETWORKS, INC. and REALNETWORKS
                                HOME ENTERTAINMENT, INC.

1    Dated:  February 20, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP

2

3                                                 By: _Reginald D. Steer_____

4                                                     Reginald Steer

5                                                 Attorneys for Defendant
                                                  DVD COPY CONTROL ASSOCIATION
6

7

8

9    IT IS SO ORDERED.                            UNITED STATES DISTRICT COURT JUDGE

10

11                                                By: _____

12                                                    Marilyn Hall Patel

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    I, Tracy Tosh Lane, am the ECF User whose identification and password are being used
2  to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON
   PLAINTIFFS' MOTION TO DISMISS DVD CCA'S SECOND COUNTERCLAIM.  In
3  compliance with General Order 45.X.B, I hereby attest that REGINALD STEER has concurred
   in this filing.

4
   Dated:   February 20, 2009                WILSON SONSINI GOODRICH & ROSATI
5                                            Professional Corporation

6

7                                            By: /s/ Tracy Tosh Lane
                                                 Tracy Tosh Lane
8

9                                            Attorneys for Plaintiffs
                                             REALNETWORKS, INC. AND
10                                           REALNETWORKS HOME
                                             ENTERTAINMENT, INC.
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28