GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY PICTURES TELEVISION INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WALT DISNEY PICTURES, WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO.  C 08-4548-MHP <br><br> **DECLARATION OF DR. JOHN P. J. KELLY IN SUPPORT OF STUDIOS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** <br><br> Ctrm: 15 (Hon. Marilyn Hall Patel) <br><br> **PUBLIC REDACTED VERSION** |

**DECLARATION OF DR. JOHN P. J. KELLY, PH.D.**

I, John P. J. Kelly, declare as follows:

1. I have submitted a previous declaration in this matter, on September 30, 2008. I hereby incorporate my background and credentials as summarized in my previous declaration.

**PRODUCED DOCUMENTS SUGGEST THAT REALNETWORKS HAD THE ARCCOS.ZIP FILE AT THE TIME OF PRODUCTION**

2. The produced documents with Bates numbers REAL094704 to REAL094753 and REAL078875 to REAL078876 suggest that RealNetworks had possession of the ARccOS.zip file when those documents were processed.

3. REAL094704 is an email from Mr. Jeff Chasen (Vice President of RealNetworks' RealPlayer and Horizontal Products division) to tgraham@real.com with subject "arccoss." Attached hereto as Exhibit A is a true and correct copy of the documents produced at REAL094704 through 094753. The header of the email at REAL094704 indicates that "ARccOS.zip" is attached to the email.

4. REAL094705 to REAL094753 appear to be printouts reflecting the metadata or contents of several files including Windows executable and text files. The term metadata refers to information about the content or characteristics of a file. A ".zip" file is an archive that may contain a collection of other files (*e.g.*, a mix of executables, documents and other types of files). The pages at REAL094705 to REAL094753 are consistent with printouts of files from a ".zip" archive file.

5. As an example, REAL094705-4717 and REAL094733-46 are printouts of metadata associated with five separate Windows executable files. From the information provided, I cannot determine the contents of these executable files, but the existence of the metadata suggests the existence of the underlying executables.

6. REAL094718-094727 [REDACTED] A printout of a file can only be generated if the file existed at the time of document production.

1      7. Other produced documents support the view that REAL094705 to REAL094753
2  represent the contents of the "ARccOS.zip" file. ▮▮▮
3  ▮▮▮
4  ▮▮▮
5  ▮▮▮ Attached hereto as Exhibit B is a true and correct copy of the
6  documents produced at REAL078875 through 078876.  The presence of pages (REAL094728-
7  094729) ▮▮▮
8  ▮▮▮
9  ▮▮▮ is consistent with those pages being at least a portion of the contents of
10  ARccOS.zip.

    **PRODUCED DOCUMENTS SUGGEST THAT ARccOS.ZIP IS AT LEAST NOT**
    **ENTIRELY CORRUPTED**

13      8. I am informed that RealNetworks now claims that the ARccOS.zip archive file
14  attached to Mr. Chasen's email that was sent to tgraham@real.com (Bates number REAL094704)
15  is corrupted by a virus. In fact, the printouts provided as REAL094705-53 suggest that
16  ARccOS.zip was at least not entirely corrupted, and portions of it were not corrupted, at the time
17  of document production. For example, ▮▮▮
18  ▮▮▮
19  ▮▮▮ See REAL094718-094727 and
20  REAL094728-094729. Furthermore, the files for which metadata was generated, even if
21  corrupted, are not so corrupted that they could not be accessed for the purpose of generating such
22  metadata reports.
23      9. If the ARccOS.zip archive file were produced, I could examine the archive to
24  determine whether it is in fact corrupted. If it is in fact corrupted, I can attempt to retrieve at least
25  the portions of the archive that were not corrupted. Specifically, if it is corrupted by a virus, I
26  may be able to clean and retrieve additional data therein.

1  10.  I declare under penalty of perjury under the laws of the United States and California
2  that the foregoing is true and correct and that this Declaration was executed this **25th** day of
3  February, 2009, in Santa Barbara, California.

_____
JOHN P. J. KELLY