| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com | ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor | Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY PICTURES TELEVISION INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WALT DISNEY PICTURES, WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>Defendants.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO. C 08-4548-MHP<br><br>Consolidated with Case No. C 08-04719-MHP<br><br>**PUBLIC REDACTED VERSION:**<br>**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |

7237568.1

[PROPOSED] ORDER GRANTING MOTION FOR
SANCTIONS FOR SPOLIATION OF EVIDENCE

**[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE**

Based on the Studios' Motion for Sanctions for Spoliation of Evidence and all arguments and evidence submitted by the parties with respect to that motion, and good cause appearing for the entry thereof, the Studios' Motion is GRANTED.

IT IS FURTHER ORDERED THAT:

(1) Real shall preserve all documents related to RealDVD (whether called RealDVD, Facet, Codling, Calliope, Vegas or any other code name), CSS, ARccOS, or RipGuard;

(2) Real is precluded from offering the testimony of Todd Basche and Richard Wolpert;

(3) the Court will infer that Real knew about ARccOS and RipGuard and bought code to use in circumventing those technologies;

(4) Real is precluded from impeaching or controverting the testimony of Ms. Hamilton on the following issues: (a) 

(5) Real produce Mr. Barrett for a deposition on spoliation and Facet, as ordered by this Court at the December 22, 2009 hearing; and

(6) Real shall pay the Studios' attorneys' fees and costs incurred in bringing the instant motion.

It is so ORDERED.

The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS

By: /s/
REBECCA GOSE LYNCH

Attorneys for Studio Parties