| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
| | Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009) |
| | Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA  90071-1560 |
| | Tel: (213) 683-9100; Fax: (213) 687-3702 |

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY
ENTERPRISES, INC., PARAMOUNT PICTURES CORP.,
SONY PICTURES ENTERTAINMENT, INC., SONY
PICTURES TELEVISION INC., TWENTIETH CENTURY
FOX FILM CORP., NBC UNIVERSAL, INC., WALT
DISNEY PICTURES, WARNER BROS.
ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS
LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO.  C 08-4548-MHP |
| Plaintiffs, | Consolidated with Case No. C 08-04719-MHP |
| vs. | **APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, (2)  DECLARATION OF REBECCA GOSE LYNCH IN SUPPORT THEREOF, (3)  DECLARATION OF DR. JOHN P.J. KELLY IN SUPPORT THEREOF, AND (4) [PROPOSED] ORDER GRANTING MOTION FOR SANCTION FOR SPOLIATION OF EVIDENCE** |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS. | Lodged concurrently herewith: |
| | 1) [Proposed] Order Granting Application |
| | 2) Documents Requested To Be Filed Under Seal |

7198499.1

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

1    Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc.,
2 Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures
3 Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation,
4 Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt
5 Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully
6 apply for an order sealing the following documents:
7    (1)   Highly Confidential Version of the Studios' Motion For Sanctions For
8 Spoliation of Evidence;
9    (2)   Highly Confidential Version of Exhibits to the Declaration of Rebecca
10 Gose Lynch In Support Of Studios' Studios' Motion For Sanctions For Spoliation of Evidence;
11 and
12    (3)   Highly Confidential Version of the Declaration of Dr. John P.J. Kelly in
13 Support of Motion for Sanctions for Spoliation of Evidence;
14    (4)   Highly Confidential Version of the [Proposed] Order Granting Motion for
15 Sanctions for Spoliation.
16    A "compelling reason" exists to seal these documents. *See Kamakana v. City and
17 County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a
18 judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v.
19 State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003).  The confidential
20 material at issue divulges aspects of Real's proprietary business, technical and trade secret
21 information regarding RealDVD and its new platform.  This material has been designated by Real
22 as "confidential" or "highly confidential" pursuant to the protective order governing this
23 litigation, and is thus being manually filed under seal.
24    This Application to Seal is narrowly tailored to protect the public's interest in
25 access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at
26 1178.  Defendants have filed with the Court identical public redacted versions of the Motion for
27 Sanctions For Spoliation Of Evidence, as well as the Lynch Declaration in support thereof.
28    For these reasons, the Court should grant the Application to Seal.

7198499.1                                  - 1 -                          APPLICATION TO SEAL
                                                                          CASE NO. C 08-4548-MHP

1
2  DATED: February 25, 2009                MUNGER, TOLLES & OLSON LLP
3                                          MITCHELL SILBERBERG & KNUPP LLP
4                                          GREGORY P. GOECKNER
                                           DANIEL E. ROBBINS
5
6                                          By:      /s/
                                                 REBECCA GOSE LYNCH
7
                                           Attorneys for Defendants/Counter-claim
8                                          Plaintiffs/Plaintiffs
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7198499.1                   - 2 -                    APPLICATION TO SEAL
                                                     CASE NO. C 08-4548-MHP