| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503) | ROBERT H. ROTSTEIN (SBN 72452) |
| Glenn.Pomerantz@mto.com | rxr@msk.com |
| BART H. WILLIAMS (SBN 134009) | ERIC J. GERMAN (SBN 224557) |
| Bart.Williams@mto.com | ejg@msk.com |
| KELLY M. KLAUS (SBN 161091) | MITCHELL SILBERBERG & KNUPP LLP |
| Kelly.Klaus@mto.com | 11377 West Olympic Boulevard |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90064-1683 |
| 355 South Grand Avenue, 35th Floor | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| Los Angeles, CA 90071-1560 | |
| Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY PICTURES TELEVISION INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WALT DISNEY PICTURES, WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | Consolidated with Case No. C 08-04719-MHP |
| vs. | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME FOR HEARING OF STUDIOS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS. | |

7198996.1

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR ORDER SHORTENING TIME**

**[PROPOSED] ORDER GRANTING APPLICATION TO SHORTEN TIME**

Based on the Studios' Application for Order Shortening Time for Hearing of the Studios' Motion for Sanctions for Spoliation of Evidence, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that:

(1)     Real's Opposition To Motion For Sanctions For Spoliation Of Evidence is due on March 6, 2009;

(2)     The Studios' Reply In Support Of Motion For Sanctions For Spoliation Of Evidence is due on March 11, 2009; and

(3)     The Motion For Sanctions For Spoliation Of Evidence will be heard by this Court on March 16, 2009.

It is so ORDERED.

_____
The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP

MITCHELL SILBERBERG & KNUPP LLP

GREGORY P. GOECKNER
DANIEL E. ROBBINS


By: _____/s/_____
       REBECCA GOSE LYNCH

Attorneys for Studio Parties