1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market St., Spear Tower, Suite 3300
   San Francisco, CA 94105
7  Bus:   (415) 947-2000
   Fax:   (415) 947-2099
8
   Attorneys for Plaintiffs and Counterclaim Defendants
9  REALNETWORKS, INC. and REALNETWORKS
   HOME ENTERTAINMENT, INC.
10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13

14 | REALNETWORKS, INC., a Washington          ) | Case Nos.  C08 04548 MHP;
     Corporation; and REALNETWORKS HOME        )             C08 04719 MHP
15 | ENTERTAINMENT, INC., a Delaware corporation, )
                                                )
16 |                  Plaintiffs,                ) | **STIPULATION AND
                                                )   [PROPOSED] ORDER TO
17 |         v.                                  )   CONTINUE HEARING ON
                                                )   PLAINTIFFS' MOTION TO
18 | DVD COPY CONTROL ASSOCIATION, INC., a       )   DISMISS DVD CCA'S SECOND
     Delaware nonprofit corporation, DISNEY      )   COUNTERCLAIM**
19 | ENTERPRISES, INC., a Delaware corporation;  )
     PARAMOUNT PICTURES CORP., a Delaware        )   AS AMENDED BY COURT
20 | corporation; SONY PICTURES ENTER., INC., a  )
     Delaware corporation; TWENTIETH CENTURY     )
21 | FOX FILM CORP., a Delaware corporation; NBC )
     UNIVERSAL, INC., a Delaware corporation;    )
22 | WARNER BROS. ENTER. INC., a Delaware        )
     corporation; and VIACOM, Inc., a Delaware   )
23 | Corporation,                                )
                                                )
24 |                  Defendants.                )
                                                )
25                                              )
     AND RELATED CASES                          )
26 |                                            )

27

28

STIPULATION AND [PROPOSED] ORDER TO
POSTPONE HEARING
Case Nos.  C08 04548 MHP & C08 04719 MHP

1  WHEREAS, Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Plaintiffs") commenced this action on September 30, 2008 seeking a Declaratory Judgment that certain DVD products do not violate the DMCA or constitute a breach of contract;

WHEREAS, Defendants DVD Copy Control Association ("DVD CCA") filed an amended answer and counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing on November 11, 2008;

WHEREAS, Plaintiffs filed a motion to dismiss the DVD CCA's Second Counterclaim on December 4, 2008 and noticed the hearing for February 23, 2009 at 2:00 p.m., however, this hearing date is not acknowledged or confirmed on the Court's website or in other publications;

WHEREAS, a conflict has arisen for Plaintiffs' lead counsel on February 23, 2009 and counsel for the DVD CCA has agreed to continue the hearing to a mutually agreeable date, namely March 2, March 9 or March 16;

NOW THEREFORE, the parties, by and through their counsel of record, hereby agree and stipulate to the following alternative dates for the hearing on Plaintiffs' Motion to Dismiss the DVD CCA's Second Counterclaim in the above named action, which is currently scheduled for February 23, 2009 at 2:00 p.m., and request the Court enter this Stipulation as an Order of the Court:

1. The Hearing on Plaintiffs' Motion to Dismiss the DVD CCA's Second Counterclaim shall be moved to March 2, 2009, March 9, 2009, or March 16, 2009, at 2:00 p.m., at the Court's discretion.

Dated: February 20, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Tracy Tosh Lane  by AMN
    Tracy Tosh Lane

Attorneys for Plaintiffs
REALNETWORKS, INC. and REALNETWORKS
HOME ENTERTAINMENT, INC.

1 | Dated: February 20, 2009        AKIN GUMP STRAUSS HAUER & FELD LLP

By: *Reginald D. Steer* (signature)
Reginald Steer

Attorneys for Defendant
DVD COPY CONTROL ASSOCIATION

**ALL MOTIONS SHALL BE RESET TO 3/16/2009 AT 2:00 P.M.**

IT IS SO ORDERED.

UNITED STATES DISTRICT COURT JUDGE

2/26/2009

By: Marilyn Hall Patel

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel (signature)]*

STIPULATION AND [PROPOSED] ORDER TO
POSTPONE HEARING
Case Nos. C08 04548 MHP & C08 04719 MHP

-3-

I, Tracy Tosh Lane, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING ON PLAINTIFFS' MOTION TO DISMISS DVD CCA'S SECOND COUNTERCLAIM. In compliance with General Order 45.X.B, I hereby attest that REGINALD STEER has concurred in this filing.

Dated:  February 20, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Tracy Tosh Lane
    Tracy Tosh Lane


Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.