REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:   (415) 765-9500
Facsimile:    (415) 765-9501

EDWARD P. LAZARUS (SBN 212658)
elazarus@akingump.com
STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   (310) 229-1000
Facsimile:    (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:   (650) 213-0300
Facsimile:    (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>C08 04719 MHP<br><br>**PUBLIC REDACTED VERSION:**<br>**[PROPOSED] ORDER GRANTING**<br>**MOTION FOR SANCTIONS FOR**<br>**SPOLIATION OF EVIDENCE** |

[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE
CASE NO. C08 04548 MHP; C08 04719 MHP

Dockets.Justia.com

# [PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE

Based on the Motion of Defendants Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLP, Universal City Studios LLP, and Viacom, Inc. (collectively, "the Studios") for Sanctions for Spoliation of Evidence, the Joinder of DVD Copy Control Association, Inc. ("DVD CCA"), and all arguments and evidence submitted by the parties with respect to that motion and joinder, and good cause appearing thereof, the Studios' Motion is GRANTED.

IT IS FURTHER ORDERED THAT Real is precluded from offering contrary testimony in response to the following facts established by Nicole Hamilton or other testimony:



1

[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE
CASE NO. C08 04548 MHP

1 | IT IS SO ORDERED.

_____
The Honorable Marilyn H. Patel
United States District Court