| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone:    (415) 765-9500<br>Facsimile:    (415) 765-9501<br><br>EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone:    (310) 229-1000<br>Facsimile:    (310) 229-1001 | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone:    (650) 213-0300<br>Facsimile:    (650) 213-8158 |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>         v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>                    Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>            C08 04719 MHP<br><br>**DVD COPY CONTROL ASSOCIATION, INC.'S APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) JOINDER IN MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, AND (2) [PROPOSED] ORDER GRANTING MOTION FOR SANCTION FOR SPOLIATION OF EVIDENCE**<br><br>Lodged concurrently herewith:<br><br>1) [Proposed] Order Granting Application<br><br>2) Documents Requested To Be Filed Under Seal |

APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

Pursuant to Civil Local Rule 7-11 and 79-5, DVD Copy Control Association, Inc. ("DVD CCA") respectfully applies for an order sealing the following documents:

(1) Highly Confidential Version of the DVD CCA's Joinder to Motion For Sanctions For Spoliation of Evidence;

(2) Highly Confidential Version of the [Proposed] Order Granting Motion for Sanctions for Spoliation.

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of Real's proprietary business, technical and trade secret information regarding RealDVD and its new platform. This material has been designated by Real as "confidential" or "highly confidential" pursuant to the protective order governing this litigation, and is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. DVD CCA has filed with the Court identical public redacted versions of the Joinder to Motion for Sanctions For Spoliation Of Evidence.

For these reasons, the Court should grant the Application to Seal.

Dated: March 2, 2009

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____/s/_____

Reginald D. Steer
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

1

APPLICATION TO SEAL
CASE NO. C08 04548 MHP