| | |
|---|---|
| 1 | REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com |
| 2 | MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com |
| 3 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, 15th Floor |
| 4 | San Francisco, California 94104-1036<br>Telephone:   (415) 765-9500 |
| 5 | Facsimile:   (415) 765-9501 |
| 6 | EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com |
| 7 | STEPHEN MICK (SBN 131569)<br>smick@akingump.com |
| 8 | MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com |
| 9 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400 |
| 10 | Los Angeles, California 90067-3012<br>Telephone:   (310) 229-1000 |
| 11 | Facsimile:   (310) 229-1001 |

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:   (650) 213-0300
Facsimile:   (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,

Plaintiffs,

v.

DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.

Defendants.

And Related Counterclaims.

AND RELATED CASES

Case No. C08 04548 MHP;
C08 04719 MHP

**[PROPOSED] ORDER GRANTING APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) JOINDER IN MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, AND (2) [PROPOSED] ORDER GRANTING MOTION FOR SANCTION FOR SPOLIATION OF EVIDENCE**

Lodged concurrently herewith:

1) [Proposed] Order Granting Application

2) Documents Requested To Be Filed Under Seal

---

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

1

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

Based on DVD Copy Control Association, Inc.'s Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1)  Highly Confidential Version of Motion for Sanctions for Spoliation of Evidence;

(2)  Highly Confidential Version of [Proposed] Order Granting Motion for Sanctions for Spoilation of Evidence.

IT IS SO ORDERED.

_____
The Honorable Marilyn H. Patel
United States District Court

1

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C08 04548 MHP