| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone:  (415) 765-9500<br>Facsimile:  (415) 765-9501<br><br>EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone:  (310) 229-1000<br>Facsimile:  (310) 229-1001 | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone:  (650) 213-0300<br>Facsimile:  (650) 213-8158 |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>　　　　　　　Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**PROOF OF SERVICE** |

1

PROOF OF SERVICE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, 15th Floor, San Francisco, CA 94104. On **March 2, 2009**, I served the foregoing document(s) described as:

*Notice of Joinder and Joinder of DVD Copy Control Association, Inc. in Motion for Sanctions for Spoilation of Evidence (Highly Confidential – Filed Under Seal)*

*[Proposed]Order Granting Motion for Sanctions for Spoilation of Evidence (Highly Confidential – Filed Under Seal)*

on the interested party(ies) below, using the following means:

(SEE ATTACHED SERVICE LIST)

[X]   **(BY ELECTRONIC TRANSMISSION/E-MAIL)** Based on an agreement of the parties to accept service by e-mail or electronic transmission, I sent the document(s) on the date shown below to the e-mail addresses of the persons listed below. I did not receive within a reasonable time after the transmission any electronic message or other indication that the transmission was unsuccessful.

[X]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on **March 2, 2009** at San Francisco, California.

_____
Suzanne G. Martinson

PROOF OF SERVICE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

## SERVICE LIST

Michael A. Berta, Esq.
Tracy Tosh Lane, Esq.
Colleen Bal, Esq.
Wilson Sonsini Goodrich & Rosati
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105
Ph: (415) 947-2000
Fx: (415) 947-2099
Email: mberta@wsgr.com; ttosh@wsgr.com; cbal@wsgr.com

Glenn D. Pomerantz, Esq.
Lawrence Barth, Esq.
Bart H. Williams, Esq.
Kelly Klaus, Esq.
Munger Tolles & Olson LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Ph: (213) 683-9132
Fx.: (213) 683-5132

Email: Glenn.Pomerantz@mto.com; Bart.Williams@mto.com; Lawrence.Barth@mto.com; Kelly.Klaus@mto.com

Rebecca Gose Lynch, Esq.
Munger Tolles & Olson LLP
560 Mission St., 27th Floor
San Francisco, CA 94105
Ph: (415) 512-4043
Fx: (415) 644-6943

Email: rebecca.lynch@mto.com

Robert H. Rotstein, Esq.
Eric J. German, Esq.
Betsy A. Zekek, Esq.
Mitchell Silberber & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Ph: (310) 312-2000
Fx: (310) 312-3100
Email: rxr@msk.com; ejg@msk.com; baz@msk.com

Gregory P. Goeckner, Esq.
Daniel E. Robbins, Esq.
15301 Ventura Boulevard, Building E
Sherman Oaks, CA 94103-3102
Ph: (818) 995-6600
Fx. (818) 285-4403
Email: gregory_goeckner@mpaa.org; dan_robbins@mpaa.org

3

PROOF OF SERVICE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP