| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone:   (415) 765-9500<br>Facsimile:   (415) 765-9501<br><br>EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone:   (310) 229-1000<br>Facsimile:   (310) 229-1001 | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone:   (650) 213-0300<br>Facsimile:   (650) 213-8158 |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>               Plaintiffs,<br><br>          v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>               Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>C08 04719 MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) JOINDER IN MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, AND (2) [PROPOSED] ORDER GRANTING MOTION FOR SANCTION FOR SPOLIATION OF EVIDENCE**<br><br>Lodged concurrently herewith:<br><br>1) [Proposed] Order Granting Application<br><br>2) Documents Requested To Be Filed Under Seal<br><br>  **\* AS AMENDED BY COURT** |

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

# [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

Based on DVD Copy Control Association, Inc.'s Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1) Highly Confidential Version of Motion for Sanctions for Spoliation of Evidence;

(2) ~~Highly Confidential Version of [Proposed] Order Granting Motion for Sanctions for Spoilation of Evidence~~. **A redacted version shall be filed in the public record via ECF.**

IT IS SO ORDERED.



_____
The Honorable Marilyn H. Patel
United States District

IT IS SO ORDERED
Judge Marilyn H. Patel