Mark S. Ouweleen
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654
(312) 494-4400

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

REALNETWORKS, INC., et al.,

          Plaintiff(s),

v.

DVD COPY CONTROL ASSOCIATION, INC., et al.

          Defendant(s).

CASE NO. C 08-4548-MHP

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Mark S. Ouweleen , an active member in good standing of the bar of the Northern District of Illinois , hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing RealNetworks, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Tracy Tosh Lane, Wilson Sonsini Goodrich & Rosati, One Market Place, Spear Tower, Suite 3300, San Francisco, California, 94105, (415) 947-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/5/09