Alan E. Littmann
Bartlit Beck Herman Palenchar & Scott
54 W. Hubbard Street, Suite 300
Chicago, Illinois 60654
(312) 494-4400

FILED
09 MAR -4 PM 3:55

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

REALNETWORKS, INC., et al.,

           Plaintiff(s),

    v.

DVD COPY CONTROL ASSOCIATION, INC., et al.

           Defendant(s).

CASE NO. C 08-4548-MHP

**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE***

Pursuant to Civil L.R. 11-3, Alan E. Littmann, an active member in good standing of the bar of the Northern District of Illinois, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing RealNetworks, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Tracy Tosh Lane, Wilson Sonsini Goodrich & Rosati, One Market Place, Spear Tower, Suite 3300, San Francisco, California, 94105, (415) 947-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/3/09

```
Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611029590
Cashier ID: sprinka
Transaction Date: 03/04/2009
Payer Name: bartlit beck herman
------------------------------------
PRO HAC VICE
 For: alan littmann
 Case/Party: D-CAN-3-09-AT-ADMITS-001
 Amount:         $210.00
------------------------------------
CHECK
 Check/Money Order Num: 1902
 Amt Tendered: $210.00
------------------------------------
Total Due:      $210.00
Total Tendered: $210.00
Change Amt:     $0.00
```

Checks and drafts are accepted subject to collections and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn.