Reset Form

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

United States District Court
For the Northern District of California

REALNETWORKS, INC., et al.

Plaintiff(s),
v.
DVD COPY CONTROL ASSOCIATION, INC., et al.

Defendant(s).

CASE NO. C 08-4548-MHP

**(Proposed)**
**ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY**
*PRO HAC VICE*

Karma M. Giulianelli , an active member in good standing of the bar of Colorado and California whose business address and telephone number (particular court to which applicant is admitted) is 1899 Wynkoop Street
8th Floor
Denver, Colorado 80202
(303) 592-3100
, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing RealNetworks, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice* . Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing* .

Dated:

United States District Judge
Hon. Marilyn Hall Patel