1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>15                        Plaintiffs,<br>16       v.<br>17  DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>                        Defendants. | Case Nos. C08 04548 MHP;<br>           C08 04719 MHP<br><br>**DECLARATION OF JEFF ALBERTSON IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>Date:       March 16. 2009<br>Time:       2:00 p.m.<br>Courtroom:  15 |
| 26  AND RELATED CASES | |

ALBERTSON DECL. IN SUPPORT OF OPP. TO
MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

I, Jeff Albertson, declare:

1. I am a Senior Director of Product Management for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am a member of the team responsible for marketing Real's yet-to-be released integrated hardware product that is known by the code name Facet. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. I have been employed by Real since December 2007. During my tenure, I have interacted with other members of the Facet team, including Brent Wood, Nicole Hamilton and Phil Barrett. I report directly to Phil Barrett.

3. On or about October 6, 2008 I received an email from Real's legal department regarding the preservation of documents for this litigation. My ordinary practice is not to delete messages from my email inbox or sent mail that are related to my work, but to archive these work-related emails within Microsoft Outlook. After receiving these litigation hold instructions, I have retained documents that may be related to my work on the Facet project. I believe I have preserved all documents that may be related to this litigation. Further, the contents of my hard drive were copied in connection with this litigation in October 2008.

4. I have never been told by anyone to delete any email, whether with respect to this litigation or with respect to anything else on the Facet project. Although members of the Facet team discussed minimizing the use of words like "ripping" in our correspondence and conversations because the term could be misconstrued as suggesting we were doing something improper or illegal, I was never told to delete emails that contained the words "rip," "ripper," or "ripping." Similarly, Phil Barrett has never instructed or otherwise requested that I delete any emails, and to my knowledge never instructed anyone else to delete any emails or documents. I have never heard any other Real employee instruct other Real employees to delete emails or destroy documents related to this litigation or otherwise.

1     I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 10th day of March, 2009 at Seattle, Washington.

*[signature]*
Jeff Albertson

ALBERTSON DECL. IN SUPPORT OF OPP. TO MOTION FOR SANCTIONS AND SPOLIATION, CASE NOS.: C08 04548 MHP; C08 04719 MHP    -2-