1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
|---|---|
|   Plaintiffs, | **DECLARATION OF TODD BASCHE IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION** |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | Date:       March 16. 2009<br>Time:       2:00 p.m.<br>Courtroom:  15 |
| Defendants. | |
| AND RELATED CASES | |

BASCHE DECL. IN SUPPORT OF OPP. TO MOTION
FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

I, Todd Basche, declare:

1. I was a consultant / strategic advisor for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real") from 2007 until April 2008. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. As a consultant for Real, I advised members of the engineering team responsible for developing Real's Windows-based software product known as Vegas. During my consulting engagement for Real, I interacted primarily with members of the Vegas development team, including Richard Wolpert and Jeff Chasen. I reported directly to Rob Glaser. I generated a very small volume of documentation when I was engaged as a consultant by Real, all or substantially all of the documentation that I generated regarding Vegas was sent to either Mr. Wolpert, Mr. Chasen, or Howard Zeitz. I believe that all of my written documents that I created regarding my work on Vegas were sent to other members of the Vegas team.

3. When my consulting work for Real ended in April 2008, I deleted my email and documents relevant to my work for Real as part of my standard, customary practice when ending any client engagement. When I deleted emails and documents related to Vegas, there was no intention on my part to destroy information that could be relevant to any future litigation. In addition, at the time I deleted these documents, I believed that Real employees had copies of the documents that I destroyed. No one at Real instructed me to delete these documents, and I have never been told by anyone at Real to delete any documents because they might be relevant to any potential future litigation.

4. Although I testified in my deposition that I had destroyed all of my Vegas-related documents, after searching my home on Friday, March 6, 2009, I located a back-up drive with what I believe to be a substantial number, if not all, of the non-email documents related to my work on Vegas. I have provided copies of these documents to counsel for Real.

5. In my deposition in this litigation, I also testified that I had used a prototype or beta version of the Vegas software some time before I finished my consulting work in April 2008. I am informed that the Studios are now contending in papers filed with the Court that I intentionally destroyed the version of the prototype software that I was using that was on my

laptop, and that this was done intentionally to deprive the Studios of relevant documentation. At least with respect to the contentions regarding the documents that I sent and generated, I believe these contentions are incorrect.

(a) First, as noted above, my customary practice with all of my consulting engagements, including but not limited to my engagement with Real, was and still is to delete all related documentation at the conclusion of my consulting engagement.

(b) Second, my review of the beta code that was sent to me and loaded onto my laptop was simply that – a review. I never wrote or modified any code for any Vegas, nor was I asked to do so.

(c) Third, the version of the beta code I reviewed was, to my knowledge, not the only copy of the software maintained by Vegas. As a software development organization, Real uses a source code control system. In other words, Real maintained the source code of the product internally, and not just on my laptop. To the best of my knowledge, the various versions of the Vegas software that have existed over time were – and still should be – accessible to Real. In addition, to the best of my knowledge, the exact version of the Vegas beta software that I used was – and still should be – available to view, both in source and executable format. Moreover, Messrs. Chasen and Wolpert also received the same version of the Vegas beta software code. Therefore, I believe it would be wrong to suggest that this was deleting the only copy of the then-current version of the code.

(d) Finally, I was never instructed by anyone at Real to destroy the code I had reviewed, or any other documents given to me by Real or generated by me in my engagement. As I noted above, I deleted any documents as part of my standard practice for working on any consulting engagement. Since the Vegas beta code was software, I uninstalled it from my computer and rebooted my computer so as not to introduce any instabilities into my laptop. This is my standard practice for consulting engagements, where I am often given software that is under development.

1  I declare under penalty of perjury under the laws of the State of California and the United
2  States of America that the foregoing is true and correct of my own personal knowledge, and that
3  this declaration is executed this 10th day of March, 2009 at Los Altos, California.

4
5                                                                    Todd Basche

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

BASCHE DECL. IN SUPPORT OF OPP. TO MOTION         -3-