1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11               UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF JAMES BIELMAN IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>Date:    March 16. 2009<br>Time:    2:00 p.m.<br>Courtroom:  15 |
| AND RELATED CASES | |

I, James Bielman, declare:

1. I am a Software Development Engineer for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am currently a member of the engineering team responsible for developing Real's yet-to-be released integrated hardware product known by the code name Facet. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. I have been employed by Real since March 2008. I report directly to James Brennan.

3. On or about October 6, 2008 I received an email from Real's legal department regarding the preservation of documents for this litigation. Although I received the litigation hold instructions, this did not require me to alter my regular practices. My ordinary practices are not to delete work-related messages from either my email inbox or sent mail folder. Because I do not delete emails or otherwise destroy documents that are related to my work on Facet, I believe I have preserved the documents that I have sent or received that may be related to this litigation. Further, the contents of my hard drive were copied in connection with this litigation in January 2009.

4. Although some members of the Facet development team discussed not using the acronym ARccOS because we believed that term was an inaccurate description of the use of that program, I was never told to delete emails containing that acronym. Further, Phil Barrett has never instructed or otherwise requested that I delete any emails, and I am not aware that Mr. Barrett ever instructed anyone else to delete emails. To the contrary, I recall that at a bug triage meeting some time after the litigation was filed, Phil Barrett instructed people to keep all printouts of bug reports for litigation. To my knowledge, no one else at Real has instructed anyone working on the Facet or Vegas (Real's Windows-based software product) projects to delete emails or destroy documents.

5. In the course of my employment, I interacted with Nicole Hamilton occasionally while she was a member of the Facet development team. At no point did I hear Ms. Hamilton express any concerns regarding the legality of Facet, or imply or suggest that our work on Facet

BIELMAN DECL. IN SUPPORT OF OPP. TO MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP                         -1-

was illegal or unethical. Rather, it was my impression that Ms. Hamilton wanted to comply with licensing requirements.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 10th day of March, 2009 at Seattle, Washington.

_____
James Bielman