1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13 REALNETWORKS, INC., a Washington            Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                    C08 04719 MHP
14 ENTERTAINMENT, INC., a Delaware
   corporation,                                **DECLARATION OF JAMES BRENNAN
15                                             IN SUPPORT OF PLAINTIFFS
                   Plaintiffs,                 REALNETWORKS, INC. AND
16                                             REALNETWORKS HOME
        v.                                     ENTERTAINMENT, INC.'S
17                                             OPPOSITION TO MOTION FOR
   DVD COPY CONTROL ASSOCIATION, INC., a       SANCTIONS AND SPOLIATION**
18 Delaware nonprofit corporation, DISNEY
   ENTERPRISES, INC., a Delaware corporation;  Date:       March 16. 2009
19 PARAMOUNT PICTURES CORP., a Delaware        Time:       2:00 p.m.
   corporation; SONY PICTURES ENTER., INC., a  Courtroom:  15
20 Delaware corporation; TWENTIETH CENTURY
   FOX FILM CORP., a Delaware corporation; NBC
21 UNIVERSAL, INC., a Delaware corporation;
   WARNER BROS. ENTER. INC., a Delaware
22 corporation; and VIACOM, Inc., a Delaware
   Corporation,
23
                   Defendants.
24

25

26 AND RELATED CASES

27

28

1   I, James Brennan, declare:

2   1. I am a Software Development Engineer for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am currently a member of the engineering team responsible for developing Real's yet-to-be-released integrated hardware product known by the code name Facet. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

3   2. I have been employed by Real since November 2007. I report directly to Brent Wood.

4   3. On or about October 6, 2008 I received an email from Real's legal department regarding the preservation of documents for this litigation. Although I received the litigation hold instructions, this did not require me to alter my regular practices. My ordinary practices are not to delete work-related messages from my email inbox or sent mail. My ordinary practices are also to save all work related electronic documents other than email on my hard drive. Because I do not delete emails or otherwise destroy documents that are related to my work on Facet, I believe I have preserved the documents that I have sent or received that may be related to this litigation. Further, the contents of my hard drive were copied in connection with this litigation in October 2008.

5   4. I have never been told by anyone to delete any email or other documents, whether with respect to this litigation or with respect to anything else on the Facet project. Although members of the Facet development team discussed minimizing the use of words like "ripping" in our correspondence because the term could be misconstrued to suggest that we were doing something improper, I was never told to delete emails that contained the words "rip," "ripper," or "ripping." Phil Barrett has never instructed or otherwise requested that I delete any emails, and I am not aware that Mr. Barrett ever instructed anyone else to delete emails. To my knowledge, no other Real employee has instructed anyone working on the Facet or Vegas (Real's Windows-based software product) projects to delete emails or destroy documents.

6   5. In the course of my employment, I interacted with Nicole Hamilton on a regular basis while she was a member of the Facet development team. At no point did I hear Ms. Hamilton

BRENNAN DECL. IN SUPPORT OF OPP. TO MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP                 -2-

1  express any concerns regarding the legality of Facet, or imply or suggest that our work on Facet
2  was illegal or unethical.
3  I declare under penalty of perjury under the laws of the State of Washington and the United States
4  of America that the foregoing is true and correct of my own personal knowledge, and that this
5  declaration is executed this 10th day of March, 2009 at Seattle, Washington.

*James Brennan*