1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                  UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13 REALNETWORKS, INC., a Washington         Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                 C08 04719 MHP
14 ENTERTAINMENT, INC., a Delaware
   corporation,                             **DECLARATION OF JEFF CHASEN IN
15                                          SUPPORT OF PLAINTIFFS
                  Plaintiffs,               REALNETWORKS, INC. AND
16                                          REALNETWORKS HOME
          v.                                ENTERTAINMENT, INC.'S
17                                          OPPOSITION TO MOTION FOR
   DVD COPY CONTROL ASSOCIATION, INC., a    SANCTIONS AND SPOLIATION**
18 Delaware nonprofit corporation, DISNEY
   ENTERPRISES, INC., a Delaware corporation; Date:    March 16. 2009
19 PARAMOUNT PICTURES CORP., a Delaware    Time:    2:00 p.m.
   corporation; SONY PICTURES ENTER., INC., a Courtroom: 15
20 Delaware corporation; TWENTIETH CENTURY
   FOX FILM CORP., a Delaware corporation; NBC
21 UNIVERSAL, INC., a Delaware corporation;
   WARNER BROS. ENTER. INC., a Delaware
22 corporation; and VIACOM, Inc., a Delaware
   Corporation,
23
                  Defendants.
24

25

26 AND RELATED CASES

27

28

CHASEN DECL. IN SUPPORT OF OPP. TO MOTION
FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

I, Jeff Chasen, declare:

1. I am Vice President for Video Product Development for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am currently the manager of the engineering team responsible for developing Real's Windows-based software product known as Vegas. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. I have been employed by Real since 1998. I have been a Vice President responsible for development since 2006. I am ultimately responsible for the design, development, testing, and deployment of Vegas. I report directly to John Giamatteo.

3. On or about October 6, 2008, I received an email from Real's legal department regarding the preservation of documents for this litigation. Although I received the litigation hold instructions, this did not require me to alter my regular practices. My ordinary practices are not to delete work-related messages from my email inbox or sent mail. In fact, I believe I have retained all of my Vegas-related email, either in an active email folder or on a back-up of my email. In addition, I believe I have not deleted the small volume of other non-email electronic documents that are related to my work on Vegas, and have saved those to my hard drive (to the extent they are not already attachments to emails). Because I do not delete emails or otherwise destroy documents that are related to my work on Vegas, I believe I have preserved the documents that I have sent or received that may be related to this litigation. Further, the contents of my hard drive were copied in connection with this litigation in October 2008.

4. I have never been told by anyone to delete any email or other documents (including source code), whether with respect to this litigation or with respect to anything else on the Vegas project. To my knowledge, no other Real employee has instructed anyone working on the Facet (which is the code name for Real's yet-to-be released integrated hardware product) or Vegas projects to delete emails or destroy documents.

5. In the course of my employment, I occasionally interacted with Nicole Hamilton while she was a member of the Facet development team. At no point did I hear Ms. Hamilton express any concerns regarding the legality of Facet, or imply or suggest that our work on Facet

1    was illegal or unethical. In fact, before Ms. Hamilton was transferred to the Helix group in June 2008, she had expressed to me an interest to remain on the Facet project.

       6. In the course of my employment, I also interacted with Todd Basche, who was a strategic advisor / consultant for Real through April 2008. To my knowledge, Mr. Basche's work product on RealDVD consisted primarily of generating marketing requirements documents and a prototype visual design layout. Mr. Basche generated few written documents as part of his responsibilities, and he did not, to my knowledge, write or modify any source code for Vegas or Facet. Mr. Basche sent the marketing requirements and prototype visual design layout documents to me, and I still retain these documents.

       I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 11th day of March, 2009 at Seattle, Washington.

_____
Jeff Chasen