1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF DAVE WATSON IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>Date:       March 16. 2009<br>Time:      2:00 p.m.<br>Courtroom: 15 |
| AND RELATED CASES | |

WATSON DECL. IN SUPPORT OF OPP. TO MOTION
FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

I, Dave Watson, declare:

1. I am a Software Development Engineer for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am currently a member of the engineering team responsible for developing Real's yet-to-be released integrated hardware product known by the code name Facet. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. I have been employed by Real since July 2005. During my tenure, I have interacted with other members of the Facet development team, including Phil Barrett, Jeff Albertson, Martin Schwarz, Jason Cohen, Steve Hastings, Christine McKee, and Nicole Hamilton. I report directly to Brent Wood.

3. On or about October 6, 2008 I received an email from Real's legal department regarding the preservation of documents for this litigation. Although I received these litigation hold instructions, this did not require me to alter my regular practices. My ordinary practices are not to delete work-related messages from my email inbox or sent mail. My normal practice is also to save any non-email documents related to Facet on my hard drive. In fact, I believe I have retained all of my work-related email and documents since I joined Real in 2005. Because I do not delete emails or otherwise destroy documents that are related to my work on Facet, I believe I have preserved the documents that I have sent or received that are related to this litigation. Further, the contents of my hard drive were copied in connection with this litigation in January 2009.

4. I have never been told by anyone to delete any email, whether with respect to this litigation or with respect to anything else on the Facet project. Although members of the Facet development team discussed minimizing the use of words like "ripping" in our correspondence because the term could be misconstrued to suggest that we were doing some improper (which would not be true or accurate), I was never told to delete emails that contained the words "rip," "ripper," or "ripping." Similarly, although some members of the Facet development team discussed not describing ARccOS as "Digital Rights Management" or "DRM" because we believed those terms are inaccurate descriptions of use of these programs, I was never told to

WATSON DECL. IN SUPPORT OF OPP. TO MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

-1-

delete emails containing those phrases. Phil Barrett has never instructed or otherwise requested that I delete any emails, and I am not aware that Mr. Barrett ever instructed anyone else to delete emails. I have also never heard any other Real employee instruct anyone working on the Facet or Vegas (Real's Windows-based software product) projects to delete emails or destroy documents.

5. In the course of my employment, I interacted with Nicole Hamilton on a regular basis while she was a member of the Facet development team. At no point did I hear Ms. Hamilton express any concerns regarding the legality of Facet, or imply or suggest that our work on Facet was illegal or unethical.

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 10th day of March, 2009 at Seattle, Washington.

_____
Dave Watson