1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                     UNITED STATES DISTRICT COURT

12                     NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF RICHARD WOLPERT IN SUPPORT OF PLAINTIFFS AND COUNTERCLAIM DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>Date:         March 16. 2009<br>Time:        2:00 p.m.<br>Courtroom:    15 |

AND RELATED CASES

Wolpert Decl. In Support of Opp. to Motion
for Sanctions and Spoliation,
Case Nos.: C08 04548 MHP; C08 04719 MHP

I, Richard Wolpert, declare:

1. I am an outside advisor for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am a member of the team responsible for developing Real's Windows-based software product known as Vegas, and its yet-to-be released integrated hardware product known by the code name Facet. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. Between 2000 and 2004, I was employed by Real as its Chief Strategy Officer. From early 2005 until early 2008, I was a part-time employee of Real with the title of Advisor. From early 2008 to the present, I have been a consultant for Real with the same title. During my tenure and consulting work with Real, I have interacted with other members of the Vegas or Facet teams, including Jeff Albertson, Phil Barrett, Brent Wood, Todd Basche, Elizabeth Coppinger, Chris Nunciato, Jeff Chasen, Rob Glaser, Martin Schwartz, and Harold Zeitz. I report directly to Rob Glaser in my role as an Advisor.

3. I have preserved all of my work-related emails that I sent during my work on the Vegas or Facet projects, and I do not believe that I have deleted any documents related to Vegas or Facet. My ordinary practice is to save email messages that are related to my work, and I also save all non-email files that relate to my work on Vegas and Facet on my local hard drive. Moreover, I never delete any emails from my sent mail box.

4. On or about October 10, 2008, I received an email from Real's legal department regarding the preservation of documents for this litigation. Although I received these litigation hold instructions, this did not require me to alter my regular retention practices because I do not delete documents related to Vegas or Facet. After receiving these litigation hold instructions, I continued to retain documents that may be related to my work on the Vegas or Facet projects. I believe I have preserved all of my documents that may be related to this litigation. Further, the contents of my hard drive were copied in connection with this litigation in October 2008.

5. I also believe I have saved all emails and documents I received from Todd Basche in relation to Vegas or Facet.

6. I have never been told by anyone to delete any email, whether with respect to this litigation or with respect to anything else on the Vegas or Facet projects. Phil Barrett has never instructed or otherwise requested that I delete any emails, and to my knowledge never instructed anyone else to delete any emails or documents. I have never heard any other Real employee instruct other Real employees to delete emails or destroy documents related to this litigation or otherwise.

7. I was previously deposed in this litigation by the Motion Picture Studios Defendants and the DVD Copy Control Association. At one point during my deposition, I made the statement that "I delete tons of stuff everyday." The attorney questioning me on this topic did not ask any specific questions or follow-up questions as to what materials I delete regularly. My statement about deleting "tons of stuff everyday" was in no way meant to include email and documents that I receive in connection with my work on Vegas or Facet. Instead, as I testified at the deposition, I am also the managing partner of an early stage venture capital fund known as the Mail Room Fund, have personal investments in about a dozen companies and I am a consultant to Accel Partners. Since I am not an employee of Real, I use my personal laptop for all of my work, including work for the Mail Room Fund and Accel Partners. As I testified at my deposition, in connection with my roles at the Mail Room Fund and Accel Partners, I receive numerous unsolicited email messages every day, many of which include PowerPoint presentations as attachments. When I made the statement that "I delete tons of stuff everyday," I was referring to these types of unsolicited messages, and not to anything that I would have received or generated regarding Vegas or Facet.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 10th day of March, 2009 at Santa Monica California.

_R. Wolpert_
Richard Wolpert