LEO P. CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF BRENT WOOD IN SUPPORT OF REALNETWORKS AND REALNETWORKS HOME ENTERTAINMENT'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>Date:     March 16. 2009<br>Time:     2:00 p.m.<br>Courtroom: 15 |

AND RELATED CASES

I, Brent Wood, declare:

1. I am an Area Vice President for Software Development for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am a member of the engineering team responsible for developing Real's yet-to-be released integrated hardware product that is known by the code name Facet. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. I have been employed by Real since August 2007. During my tenure, I have interacted with other members of the Facet development team, including Jeff Albertson, James Bielman, Jim Brennan, Nicole Hamilton, David Watson and John Moore. I report directly to Phil Barrett, and I was Nichole Hamilton's immediate manager when Ms. Hamilton was employed at Real and working on the Facet project.

3. On or about October 6, 2008 I received an email from Real's legal department regarding the preservation of documents for this litigation. In addition, during an October 2008 meeting, I recall Phil Barrett instructing the members of the Facet development team to preserve all documents and emails relating to the project.

4. Although I received these litigation hold instructions, they did not require me to alter my regular practices. My ordinary practices are not to regularly delete messages from my email inbox or sent mail. With respect to other electronic files, I generally save documents to local files on my hard drive. I do not delete files from these local files. I do not generally generate any hard copy documents. Because I do not delete emails or otherwise destroy documents in the ordinary course of business, I believe I have preserved all documents that may be related to this litigation. In addition, I make a periodic back-up of the contents of "My Documents" folder, which is being stored on a corporate network file system.

5. I have never been told by anyone to delete any email, whether with respect to this litigation or with respect to anything else on the Facet project. Although members of the Facet development team discussed minimizing the use of words like "ripping" in our correspondence because the term could be misconstrued, I was never told to delete emails that contained the words "rip," "ripper," or "ripping." Similarly, although some members of the Facet development

team discussed not describing ARccOS as "Digital Rights Management" or "DRM" because we believed that to be an inaccurate description, I was never told to delete emails containing those phrases. In the eighteen months that we have worked together, Phil Barrett has never instructed or otherwise requested that I delete any emails. I have never heard any Real employee instruct other Real employees to delete emails or destroy documents.

6. In the course of my employment, I interacted with Nicole Hamilton on a regular basis while she was a member of the Facet development team. At no point did I hear Ms. Hamilton imply or suggest that our work on Facet was illegal or unethical.

7. When Ms. Hamilton transferred off of the Facet project in June 2008, I asked her to keep her documents relating to Facet until we located a replacement for her position. Approximately one and a half months later, when the position still had not been filed, I requested that Ms. Hamilton return all of her Facet-related documents to me. In response to this request, Ms. Hamilton provided me with a Compact Disc containing emails, .pdf files, and correspondence to the DVD CCA, and one spiral-bound notebook containing a page and a half sign-out sheet for highly confidential DVD CCA materials. There was no other information in this notebook. I provided these materials to the Real Legal Department, and these materials have been preserved. After Ms. Hamilton turned over these materials to me, I believed that she had turned over all of her Facet-related materials to me. In fact, thereafter Ms. Hamilton never informed me that she maintained or possessed any other materials or notebooks relating to her work on the Facet project.

8. I am also informed that the Studios contend that any notebooks maintained by Ms. Hamilton are the only comprehensive record on the development of Facet. This contention is false. The most comprehensive record on the development of Facet is the source code. Real maintains a central repository of the source code that is backed up. This back-up contains records of the modifications at the source code level, along with comments made by the coders. In addition, other comprehensive records of the development of Facet include the RealDVD User Interface and Features, which is more informally known as "The Spec." The Facet group also

1  maintains a Wiki repository of information related to the development, which provides yet
2  another record of Facet's development.
3       I declare under penalty of perjury under the laws of the State of Washington and the
4  United States of America that the foregoing is true and correct of my own personal knowledge,
5  and that this declaration is executed this 11th day of March, 2009 at Seattle, Washington.

_____
Brent Wood

WOOD DECL. IN SUPPORT OF OPP. TO MOTION           -3-
FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP