1   LEO P. CUNNINGHAM, State Bar No. 121605
    Email:  lcunningham@wsgr.com
2   COLLEEN BAL, State Bar No. 167637
    Email:  cbal@wsgr.com
3   MICHAEL A. BERTA, State Bar No. 194650
    Email:  mberta@wsgr.com
4   TRACY TOSH LANE, State Bar No. 184666
    Email:  ttosh@wsgr.com
5   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
6   One Market Street
    Spear Tower, Suite 3300
7   San Francisco, CA 94105

8   Attorneys for Plaintiffs and
    Counterclaim Defendants
9   REALNETWORKS, INC. and
    REALNETWORKS HOME
10  ENTERTAINMENT, INC.

11                   UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13  REALNETWORKS, INC., a Washington          Case Nos. C08 04548 MHP;
    Corporation; and REALNETWORKS HOME                  C08 04719 MHP
14  ENTERTAINMENT, INC., a Delaware
    corporation,                              **DECLARATION OF RISHI MATHEW
15                                            IN SUPPORT OF PLAINTIFFS
                    Plaintiffs,               REALNETWORKS, INC.  AND
16                                            REALNETWORKS HOME
            v.                                ENTERTAINMENT, INC.'S
17                                            OPPOSITION TO MOTION FOR
    DVD COPY CONTROL ASSOCIATION, INC., a     SANCTIONS AND SPOLIATION**
18  Delaware nonprofit corporation, DISNEY
    ENTERPRISES, INC., a Delaware corporation; Date:        March 16. 2009
19  PARAMOUNT PICTURES CORP., a Delaware      Time:         2:00 p.m.
    corporation; SONY PICTURES ENTER., INC., a Courtroom:   15
20  Delaware corporation; TWENTIETH CENTURY
    FOX FILM CORP., a Delaware corporation; NBC **[PUBLIC REDACTED VERSION]**
21  UNIVERSAL, INC., a Delaware corporation;
    WARNER BROS. ENTER. INC., a Delaware
22  corporation; and VIACOM, Inc., a Delaware
    Corporation,
23
                    Defendants.
24

25

26  AND RELATED CASES

27

28

1    I, Rishi Mathew, declare:

2        1.   I am a Director of Operations for Helix Community and IP Licensing Team for

3    plaintiff and counterclaim defendant RealNetworks, Inc. ("Real").  I have personal knowledge of

4    the facts set forth herein, and if called to testify, could and would testify competently thereto.

5        2.   I have been employed by Real since 2003.  As Director of Operations for Helix

6    Community, I have seven direct reports and five contractors.  Between late June 2008 and

7    September 24, 2008, Nicole Hamilton was the Senior Program Manager Mobile Internet Devices

8    and NetBooks, and was one of my direct reports.

9        3.   At no point did during her tenure in my department did Ms. Hamilton tell me that she

10   had been asked to destroy documents in her previous position.  I have never heard any Real

11   employee instruct or request any other Real employee to destroy documents that were in any way

12   related to this litigation.



13       4.

14

15

16

17

18

19

20

21       5.

22

23

24

25

26

27                          Mr. DeWhitt and I ensured that the office was locked.  To my knowledge,

28   nobody entered the office for approximately three months.  At that time, members from Real's

1   Facilities department inquired whether the office could be re-assigned to someone else, which

2   request was approved by Mr. DeWhitt.

3        6.   I do not know what happened to the notebook that I put on the desk in the office, but I

4   never instructed anyone to destroy that notebook, nor destroy any other materials that might have

5   been relevant to this litigation.  I did not believe that the notebook was related to the litigation

6   between Real and the defendants in this action.  Instead, my assumption and belief was that

7   because Ms. Hamilton appeared to have been working with this notebook, and because she had

8   been re-assigned from the Facet team three months before her termination, there would not have

9   been anything in the notebook that was relevant to the litigation.  In addition, at no point between

10  June 2008, when Ms. Hamilton transferred to my team, and September 24, 2008, ▉▉▉▉▉▉▉

11  ▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉ did Ms. Hamilton tell me that she had any notebooks related to

12  Facet that she had not already given to members of the Facet team.

13       I declare under penalty of perjury under the laws of the State of Washington and the

14  United States of America that the foregoing is true and correct of my own personal knowledge,

15  and that this declaration is executed this 10th day of March, 2009 at Seattle, Washington.

16

17                                              Rishi Mathew

18

19

20

21

22

23

24

25

26

27

28

MATHEW DECL. IN SUPPORT OF OPP. TO MOTION          -2-
FOR SANCTIONS AND SPOLIATION,
CASE NOS.:  C08 04548 MHP; C08 04719 MHP