| | |
|---|---|
| 1 | LEO CUNNINGHAM, State Bar No. 121605 |
| | Email: lcunningham@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637 |
| | Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650 |
| | Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666 |
| | Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | One Market Street |
| | Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and |
| | Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and |
| | REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | | Case Nos. C08 04548 MHP; C08 04719 MHP |
| | Plaintiffs, | **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (I) THE UNREDACTED VERSION OF REALNETWORKS'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE; (II) THE UNREDACTED VERSIONS OF THE DECLARATIONS OF TRACY TOSH LANE, WILLIAM WAY, JOHN MOORE, DALE DEWHITT, PHIL BARRETT, AND RISHI MATHEW; AND (III) THE EXHIBITS G AND H TO TRACY TOSH LANE'S DECLARATION IN SUPPORT OF THE OPPOSITION** |
| v. | | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | | |
| | Defendants. | |
| AND RELATED CASES | | |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

Dockets.Justia.com

**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (c), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") request an order to file under seal the following documents:

(1) The unredacted version of RealNetworks' Opposition to the Defendants' Motion for Sanctions for Spoliation of Evidence ("Opposition");

(2) The unredacted version of the Declaration of Tracy Tosh Lane in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation ("Declaration of Tracy Tosh Lane");

(3) The unredacted version of the Declaration of William Way in Support of Plaintiffs and Counter-Claim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sancations and Spoliation ("Declaration of William Way");

(4) The unredacted version of the Declaration of John Moore in support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation ("Declaration of John Moore");

(5) The unredacted version of the Declaration of Dale DeWhitt in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation ("Declaration of Dale Dewhitt");

(6) The unredacted version of the Declaration of Phil Barrett in Support of RealNetworks and RealNetworks Home Entertainment's Opposition to Motion for Sanctions and Spoliation ("Declaration of Phil Barrett:);

(7) The unredacted version of the Declaration of Rishi Mathew in Support of Plaintiffs RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation ("Declaration of Rishi Mathew"); and

(8) Exhibits G and H to the Declaration of Tracy Tosh Lane-in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation ("Declaration of Tracy Tosh Lane").

1    A "compelling reason" exists to seal these documents.  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts and warrant materials, "[a] party seeking to seal a judicial record. . .bears the burden of overcoming the 'compelling reasons' standard").  Trade secrets and other confidential research, development, or commercial information may properly be protected by the court.  *See* Fed.R.Civ.P. 26(c).  Further, employee personnel information may be properly sealed.  *See Tilton v. The McGraw-Hill Companies, Inc.*, 2007 WL 4420939 (W.D.Wash. 2007) (granting motion to seal because public's interest in personnel file was minimal).

Portions of the documents contain sensitive personal information and confidential employee information which should not be publicly disclosed.  Further, they are related to RealNetworks' propriety business, technical and trade secret information regarding RealDVD and the New Platform, and thus this material is "confidential" or "highly confidential" under the stipulated protective order governing this action.

More specifically, the Declaration of Tracy Tosh Lane its exhibits G and H contain private employee-personnel information as well as proprietary business, technical and trade secret information related to RealNetworks's products.  Further, the Declarations of William Way, John Moore, Dale DeWhitt and Phil Barrett, and Rishi Mathew each contain confidential personnel information.

Thus, this Administrative Motion to Seal is narrowly tailored to preserve the public's interest in accessing judicial records.  *Kamakana*, 447 F.3d at 1178.  Redacted versions of the Opposition and supporting materials have been publicly filed with the Court.  RealNetworks has made conscientious efforts to redact only the confidential or highly confidential material necessary to protect its sensitive business, technical or personal information.  Therefore, the Court should grant this administrative motion.

As required by Civil Local Rule 79-5(b), RealNetworks has lodged with the Clerk copies of Exhibits G-H.  Further, as required by Civil Local Rule 79-5(c), Real Networks has provided a redacted versions of the Opposition, the Declarations of Tracy Tosh Lane, William Way, John

1
2   Moore, Dale DeWhitt, Phil Barrett, and Rishi Mathew that can be in the public record if the
3   Court grants the sealing order.

4
5                                             WILSON SONSINI GOODRICH & ROSATI
                                              Professional Corporation
6
7                                             By:   /s/
                                                    Tracy Tosh Lane
8                                             Attorneys for Plaintiffs and Counterclaim
                                              Defendants REAL NETWORKS, INC. and
9                                             REALNETWORKS HOME
                                              ENTERTAINMENT, INC.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28