1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**NOTICE OF MANUAL FILING OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>**[CONFIDENTIAL VERSION FILED UNDER SEAL]** |

1

<b><u>NOTICE OF MANUAL FILING</u></b>

2  Regarding:

3  **<u>CONFIDENTIAL VERSION</u>**:

4  **OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**

5      The foregoing document is being filed under seal in paper form only and is being maintained
6  in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned
7  actions, these materials will be served on you shortly.  For information on retrieving this filing
8  directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov
9  under Frequently Asked Questions (FAQ).

10      The manual filing is necessary because the document is filed under seal.

11  Dated:  March 11, 2009      WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation

12

13

14  By: /s/ Tracy Tosh Lane
    Tracy Tosh Lane

15

16  Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
17  ENTERTAINMENT, INC.

18

19

20

21

22

23

24

25

26

27

28