1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME 14  ENTERTAINMENT, INC., a Delaware corporation, 15                    Plaintiffs, 16       v. 17  DVD COPY CONTROL ASSOCIATION, INC., a 18  Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; 19  PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a 20  Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC 21  UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware 22  corporation; and VIACOM, Inc., a Delaware Corporation, 23                    Defendants. 24 25 26  AND RELATED CASES | Case Nos. C08 04548 MHP; C08 04719 MHP  **NOTICE OF MANUAL FILING DECLARATION OF DALE DEWHITT IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**  **[CONFIDENTIAL-FILED UNDER SEAL]** |

27
28

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

3625100_1.DOC

Dockets.Justia.com

**NOTICE OF MANUAL FILING**

Regarding:

**CONFIDENTIAL VERSION**: DECLARATION OF DALE DEWHITT IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated:  March 11, 2009                             WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation


                                                   By: /s/ Tracy Tosh Lane
                                                       Tracy Tosh Lane

                                                   Attorneys for Plaintiffs
                                                   REALNETWORKS, INC. AND
                                                   REALNETWORKS HOME
                                                   ENTERTAINMENT, INC.