| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | One Market Street<br>Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**NOTICE OF MANUAL FILING DECLARATION OF WILLIAM WAY IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>[CONFIDENTIAL-FILED UNDER SEAL] | |
| 26 | AND RELATED CASES | |

Notice of Manual Filing
Case Nos.: C08 04548 MHP; C08 04719 MHP

3625100_1.DOC

Dockets.Justia.com

| | |
|---|---|
| 1 | **NOTICE OF MANUAL FILING** |
| 2 | Regarding: |
| 3 | **CONFIDENTIAL VERSION**: DECLARATION OF WILLIAM WAY |
| 4 | IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS |
| 5 | HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS |
| 6 | AND SPOLIATION |

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated: March 11, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Tracy Tosh Lane
Tracy Tosh Lane

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.