# EXHIBIT B

Dockets.Justia.com

| | | |
|---|---|---|
| **CHRISTENSEN O'CONNOR JOHNSON KINDNESS**℠ | Law Offices<br><br>Intellectual Property Law<br>and Related Litigation | 1420 Fifth Avenue, Suite 2800<br>Seattle, Washington 98101-2347<br><br>206.682.8100 *phone*<br>206.224.0779 *fax*<br>www.cojk.com |

January 27, 2009

**VIA E-MAIL**
E-Mail Address: TTosh@wsgr.com

Tracy Tosh Lane, Esq.
Wilson Sonsini Goodrich & Rosati, Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126

    Re:   *Nicole Hamilton*
           Our Reference: NICO-6-3094
           **Action Requested: None.**

Dear Tracy:

Thank you for your recent letter. The existence of the materials was disclosed to you and Studio Defendant's counsel in our letter of last Thursday, January 22, 2009. See enclosed. As we have discussed, after termination of her employment at RealNetworks, Inc., (hereinafter "Real") she requested a return of her personal belongings. Among the items that Real gave to her included the materials we provided to you yesterday.

We will review the terms of the RealNetworks, Inc., Development, Confidentiality and Noncompetition Agreement (the "Confidentiality Agreement") that you sent us and counsel Ms. Hamilton as appropriate. We could not help but notice that under Section 7 of the Confidentiality Agreement, it states "This Agreement can only be amended or waived by a written document signed by Real and you." We believe that the signed WSGR representation letter that you sent to us twice on Thursday, January 22, 2009, effectively amended or waived the confidential agreement that Ms. Hamilton had with Real during her employment.

Regarding your request for Ms. Hamilton to destroy any "Real information" whether or not such information is responsive to a discovery request, we understand Real's concerns but at the same time we are mindful of our duties to refrain from destroying evidence that may be subject to discovery. As indicated above, we have delivered to you all materials in our possession.

We have appreciated the cordial communications that we have had with each other, and we hope to continue them as appropriate, but we respectfully disagree with the styling of these

NICO\3094L6.DOC

Tracy Tosh Lane, Esq.
January 27, 2009
Page 2

communications as "a joint defense agreement." Because there was no joint defense agreement, there is no need to terminate such an agreement, in our view.

          Very truly yours,

          CHRISTENSEN O'CONNOR
          JOHNSON KINDNESS<sup>PLLC</sup>

          D.C. Peter Chu
          Direct Dial No.: 206.695.1636
          E-Mail Address: peter.chu@cojk.com

DPC/PCC:jlg

Enclosure:
    COJK Letter of Thursday, January 22, 2009

cc: Pam Jacobson, Esq.

NICO\3094L6.DOC