# EXHIBIT F

Dockets.Justia.com

# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE (213) 683-9100
FACSIMILE (213) 687-3702

560 MISSION STREET
SAN FRANCISCO, CALIFORNIA 94105-2907
TELEPHONE (415) 512-4000
FACSIMILE (415) 512-4077

September 25, 2008

WRITER'S DIRECT LINE
(213) 683-9132
(213) 683-5132 FAX
Glenn.Pomerantz@mto.com

**Via Email and Facsimile**

Robert Kimball, Esq.
Sr. Vice President, Legal & Business Affairs
RealNetworks, Inc.
2601 Elliott Avenue
Seattle, WA 98121

      Re:    RealDVD

Dear Mr. Kimball:

      We have been retained by Disney, Fox, Paramount, Sony Pictures, Universal Studios and Warner Bros. ("the Companies") in connection with RealNetworks' planned distribution of "RealDVD" software, which we understand RealNetworks plans to start distributing as early as September 30. We maintain that RealDVD is designed and intended to avoid, bypass or otherwise impair the access control and copy-protection measures embedded on commercially released DVDs containing the Companies' motion picture and television content.

      The Companies firmly believe that RealDVD, if launched into commerce, will result in rapid and widespread violation of their rights. We intend to file a lawsuit at the first opportunity on September 30 in federal court in Los Angeles to stop the unlawful distribution and sale of RealDVD. In order to prevent that irreparable injury pending a prompt and orderly adjudication of our clients' claims, we call upon RealNetworks to cease and desist from its planned launch until the Companies' motion to enjoin such distribution is determined and to provide us with certain information, as described below.

6010457.1

MUNGER, TOLLES & OLSON LLP

Robert Kimball, Esq.
September 25, 2008
Page 3

       Because RealNetworks has indicated that it intends to launch RealDVD by the end of this month, please provide a response to these questions by the close of business tomorrow. This letter in no way constitutes a waiver of any rights, remedies, claims, or defenses, legal or equitable, that the Companies may have, all of which are expressly reserved.

       Sincerely,

Glenn D. Pomerantz

# MUNGER, TOLLES & OLSON LLP

355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
TELEPHONE: (213) 683-9100        FACSIMILE (213) 687-3702

---

## FACSIMILE COVER SHEET

---

**FROM:**      Glenn Pomerantz              Fax:
                                            Phone:

**TO:**        Robert Kimball               Fax:      1-206-674-2695
                                            Phone:


**DATE AND TIME:**   Thursday, September 25, 2008 7:25:34 PM

**PAGES:**           05

**MESSAGE:**

---

THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited and may be unlawful. If you have received this communication in error, please telephone us (collect) immediately and destroy the original.

IF YOU HAVE EXPERIENCED A TRANSMISSION PROBLEM, PLEASE CALL 213-683-9100.

MUNGER, TOLLES & OLSON LLP
355 SOUTH GRAND AVENUE
THIRTY-FIFTH FLOOR
LOS ANGELES, CALIFORNIA 90071-1560
PHONE: (213) 683-9132   FAX: (213) 683-5132

FROM:   Glenn D. Pomerantz

TO:   Robert Kimball          (206) 674-2695          (Phone: (206) 674-2700)
      RealNetworks, Inc.

DATE:   September 25, 2008

PAGES:   4

RE:   *RealDVD*

MESSAGE:

Please see the attached letter.

THIS MESSAGE IS INTENDED ONLY FOR THE INDIVIDUAL TO WHOM IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, AND PROTECTED FROM DISCLOSURE UNDER APPLICABLE LAW. If you are not the intended recipient, you are hereby notified that dissemination, distribution, or copying of this message is strictly prohibited and may be unlawful. If you have received this communication in error, please telephone us (collect) immediately and destroy the original. Thank you.

**IF YOU HAVE EXPERIENCED A TRANSMISSION PROBLEM, PLEASE CALL (213) 683-9510**

6010570.1