# EXHIBIT I

Dockets.Justia.com



Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105-1126
PHONE 415.947.2000
FAX 415.947.2099
www.wsgr.com

March 4, 2009

*Via Hand-Delivery*

Rohit Singla, Esq.
Munger Tolles & Olson LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105

Mark Lambert, Esq.
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, CA 94306

Re: *RealNetworks, Inc., et al. v DVD Copy Control Association, Inc., et al.*

Dear Counsel:

Enclosed please find a disk bates-numbered REAL105610 containing the "ARccOS.zip" file that the Studio Defendants have requested. As we have told you previously, we produced this file as part of our regular document production in accordance with our discovery agreement to produce one page tiffs with concordance load files. When the Studio Defendants raised questions concerning this file – despite the fact that the parties explicitly agreed that document production for the preliminary injunction phase of this case would be limited to a discrete universe of reasonably available documents and that not all potentially relevant documents would be produced -- we went back to our document vendor (who had taken images of all custodians' laptops) and were told that the data in the "ARccOS.zip" file appeared to contain a virus and was not available.

The Studios have now asserted that evidence has been spoliated and destroyed by Real, and included the "ARccOS.zip" file as an example of such misconduct. This is patently false, but given the seriousness of the accusations, Real took the extra step of going to the original custodian of the document and copying the ARccOS.zip file potentially containing the virus directly onto the enclosed disk. You will note that the disk contains a warning that the file potentially contains a virus.

We trust this closes the issue.

Sincerely,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Tracy Tosh Lane

3617763

AUSTIN    NEW YORK    PALO ALTO    SAN DIEGO    SAN FRANCISCO    SEATTLE    SHANGHAI    WASHINGTON, D.C.