1  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME<br>14  ENTERTAINMENT, INC., a Delaware corporation,<br>15                 Plaintiffs,<br>16         v.<br>17  DVD COPY CONTROL ASSOCIATION, INC., a<br>18  Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation;<br>19  PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a<br>20  Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC<br>21  UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware<br>22  corporation; and VIACOM, Inc., a Delaware Corporation,<br>23                 Defendants. | Case Nos. C08 04548 MHP;<br>              C08 04719 MHP<br><br>**DECLARATION OF JEFF BUZZARD IN SUPPORT OF REALNETWORKS AND REALNETWORKS HOME ENTERTAINMENT'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>Date:        March 16. 2009<br>Time:        2:00 p.m.<br>Courtroom:   15 |

24

25

26  AND RELATED CASES

27

28

Buzzard Decl. In Support of Opp. to Motion
for Sanctions and Spoliation,
Case Nos.: C08 04548 MHP; C08 04719 MHP

1  I, Jeff Buzzard, declare:

2  1. I am a Software Engineer for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I am a member of the engineering team responsible for developing Real's Windows-based software product known as Vegas. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

6  2. I have been employed by Real since June 2005. I have been on the Vegas project since its inception. In my job as a software engineer, I spend about 90% of my time writing code. The other approximately 10% of the time, I do design work based on specifications given to me. I report directly to Jeff Leitner.

10  3. On or about October 6, 2008 I received an email with instructions from Real's legal department regarding the preservation of documents for this litigation. Although I received the litigation hold instructions, this did not require me to alter my regular practices. My ordinary practices are not to delete work-related messages from my email inbox or sent mail folder. I also maintain any non-email documents on my hard drive. Because I do not delete emails or otherwise destroy documents that are related to my work on Vegas, I believe I have preserved all of the documents that I have sent or received that may be related to this litigation.

17  4. I have never been told by anyone to delete any email, whether with respect to this litigation or with respect to anything else on the Vegas project. Phil Barrett has never instructed or otherwise requested that I delete any emails, and I am not aware that Mr. Barrett ever instructed anyone else to delete emails. To my knowledge, no other Real employee has told or instructed anyone working on the Facet (the code name for Real's yet-to-be released integrated hardware product) or Vegas projects to delete emails or destroy documents.

23  5. In the course of my employment, I interacted with Nicole Hamilton while she was a member of the Facet development team. At no point did I hear Ms. Hamilton express any concerns regarding the legality of Facet, or imply or suggest that our work on Facet was illegal or unethical.

BUZZARD DECL. IN SUPPORT OF OPP. TO MOTION   -1-
FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct of my own personal knowledge,
3  and that this declaration is executed this 11th day of March, 2009 at Seattle, Washington.

                                                                  _____
                                                                    Jeff Buzzard