LEO P. CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF ELIZABETH COPPINGER IN SUPPORT OF PLAINTIFFS AND COUNTERCLAIM DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR SANCTIONS AND SPOLIATION**<br><br>Date:       March 16. 2009<br>Time:      2:00 p.m.<br>Courtroom:   15 |
| AND RELATED CASES | |

COPPINGER DECL. IN SUPPORT OF OPP. TO
MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

I, Elizabeth Coppinger, declare:

1. I am a Vice President of Video Services for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto:

2. I have been employed by Real since 2005. I became involved with Real's Windows-based software product known as Vegas in or about March 2008 when I was tasked with overseeing sales of Vegas. I have interacted with Real employees Jeff Chasen, Rob Glaser, Jackie Lang, Eric Fox, and John Giamatteo with regard to Vegas. I report directly to John Giamatteo, who is the Chief Operating Officer for Real.

3. Between September 3 and 5, 2008, I met with representatives from NBC, CBS, Lionsgate, Warner Brothers, Sony Pictures, and Universal Studios in New York City and Los Angeles to discuss the concept of Vegas or RealDVD. In each of these meetings, I discussed Real's planned announcement of RealDVD, which was scheduled for the following week in September. None of the representatives from the studios threatened litigation during these meetings.

4. On or about October 6, 2008 I received an email from Real's legal department regarding the preservation of documents for this litigation. Since receiving these litigation hold instructions, to the best of my ability I have not deleted any emails or destroyed any other documents related to Vegas. Further, an image of my hard drive was taken in October 2008.

5. I have never been told by anyone to delete any email, whether with respect to this litigation or with respect to anything else on the Facet (the code name for a yet-to-be released integrated hardware product) or Vegas projects. Although I occasionally corrected Real employees who had used words like "ripping" in correspondence that "save" is a more accurate description of Vegas' functionality, I have never told anyone to delete emails that contained the words "rip," "ripper," or "ripping." Nor has anyone told me to delete emails that contain such words. To my knowledge, Phil Barrett has never instructed or otherwise requested any employee to delete any emails related to Vegas or Facet. Nor have I have heard of any other Real

COPPINGER DECL. IN SUPPORT OF OPP. TO
MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

-1-

03/10/09    12:54    WILSON SONSINI GOODRICH ROSATI → 2122194059                NO.765    D04

1 employee instruct anyone working on the Vegas or Facet projects to delete emails or destroy
2 documents.
3     I declare under penalty of perjury under the laws of New York and the United States of
4 America that the foregoing is true and correct of my own personal knowledge, and that this
5 declaration is executed this 10th day of March, 2009 at New York, New York.

                                                          */s/ Elizabeth Coppinger*
                                                            Elizabeth Coppinger

COPPINGER DECL. IN SUPPORT OF OPP. TO        -2-
MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP