UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC et al,<br><br>            Plaintiff(s),<br><br>  v.<br><br>DVD COPY CONTROL ASSOCIATION, INC et al,<br><br>            Defendant(s). | No. C 08-04548 MHP<br>    C 08-04719 MHP<br><br>**CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |

*And related action(s) as listed* /

    The parties are notified that the hearing of the motion(s) in this matter currently on calendar for March 16, 2009, is hereby RESCHEDULED to Monday, **March 23, 2009, at 2:00 p.m.**

Richard W. Wieking
Clerk, U.S. District Court

Dated: March 12, 2009

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
(415) 522-3140

**United States District Court**<br>For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC et al,<br><br>                Plaintiff(s),<br><br>    v.<br><br> DVD COPY CONTROL ASSOCIATION, INC et al,<br><br>                Defendant(s).<br><br>*And related action(s) as listed*                                    / | No. C 08-04548 MHP<br>        C 08-04719 MHP<br><br>**CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |

   The parties are notified that the hearing of the motion(s) in this matter currently on calendar for March 16, 2009, is hereby RESCHEDULED to Monday, **March 23, 2009, at 2:00 p.m.**

Richard W. Wieking<br>
Clerk, U.S. District Court<br>
<br>
*/s/ Anthony Bowser*<br>
Anthony Bowser, Deputy Clerk to the<br>
Honorable Marilyn Hall Patel<br>
(415) 522-3140

Dated: March 12, 2009