1 LEO CUNNINGHAM, State Bar No. 121605
  Email: lcunningham@wsgr.com
2 COLLEEN BAL, State Bar No. 167637
  Email: cbal@wsgr.com
3 MICHAEL A. BERTA, State Bar No. 194650
  Email: mberta@wsgr.com
4 TRACY TOSH LANE, State Bar No. 184666
  Email: ttosh@wsgr.com
5 WILSON SONSINI GOODRICH & ROSATI
  Professional Corporation
6 One Market Street
  Spear Tower, Suite 3300
7 San Francisco, CA 94105

8 Attorneys for Plaintiffs and
  Counterclaim Defendants
9 REALNETWORKS, INC. and
  REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                       UNITED STATES DISTRICT COURT

12                      NORTHERN DISTRICT OF CALIFORNIA

13

14 REALNETWORKS, INC., a Washington          Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                   C08 04719 MHP
15 ENTERTAINMENT, INC., a Delaware
   corporation,                              [**PROPOSED**] ORDER GRANTING
                                             ADMINISTRATIVE MOTION FOR
16                Plaintiffs,                FILING UNDER SEAL (I) THE
                                             UNREDACTED VERSION OF
17          v.                               REALNETWORKS'S OPPOSITION TO
                                             DEFENDANTS' MOTION FOR
18 DVD COPY CONTROL ASSOCIATION, INC., a     SANCTIONS FOR SPOLIATION OF
   Delaware nonprofit corporation, DISNEY    EVIDENCE; (II) THE UNREDACTED
19 ENTERPRISES, INC., a Delaware corporation; VERSIONS OF THE DECLARATIONS
   PARAMOUNT PICTURES CORP., a Delaware      OF TRACY TOSH LANE, WILLIAM
20 corporation; SONY PICTURES ENTER., INC., a WAY, JOHN MOORE, DALE DEWHITT,
   Delaware corporation; TWENTIETH CENTURY   PHIL BARRETT, AND RISHI MATHEW;
21 FOX FILM CORP., a Delaware corporation; NBC AND (III) THE EXHIBITS G AND H TO
   UNIVERSAL, INC., a Delaware corporation;  TRACY TOSH LANE'S DECLARATION
22 WARNER BROS. ENTER. INC., a Delaware      IN SUPPORT OF THE OPPOSITION
   corporation; and VIACOM, Inc., a Delaware
23 Corporation,

24               Defendants.

25

26 AND RELATED CASES

27

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

# [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on March 11, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks' Opposition to Defendants' Motion for Sanctions for Spoliation, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Tracy Tosh Lane in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of William Way in Support of Plaintiffs and Counter-Claim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of John Moore in support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Dale DeWhitt in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Rishi Mathew in Support of Plaintiffs RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1

1   IT IS FURTHER ORDERED that the unredacted version of the Declaration of Phil
2   Barrett in Support of RealNetworks and RealNetworks Home Entertainment's Opposition to
3   Motion for Sanctions and Spoliation, lodged with the Court pursuant to Civil Local Rule 79-5(c),
4   shall be filed under seal.

5   IT IS FURTHER ORDERED that Exhibits G and H to the Declaration of Tracy Tosh
6   Lane-in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s
7   Opposition to Motion for Sanctions and Spoliation, which exhibits were lodged with the Court
8   pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

9   It is so ORDERED.

10   Dated: 3/12/09

12   The [Honorable Marilyn H. Patel]
     United [States District Judge]

     *IT IS SO ORDERED*
     *Judge Marilyn H. Patel*
     *UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*

16   Submitted by:

17   WILSON SONSINI GOODRICH & ROSATI
     Professional Corporation
18
19   JAMES DIBOISE
     LEO CUNNINGHAM
20   COLLEEN BAL
     MICHAEL BERTA
21   TRACY TOSH LANE

22   By: ____/s/_____
         Tracy Tosh Lane
23       ttlane@wsgr.com

24   Attorneys for Plaintiffs and Counterclaim Defendants
     REALNETWORKS, INC. AND
25   REALNETWORKS HOME
        ENTERTAINMENT, INC.