William H. Manning (*pro hac vice*)
E-mail: WHManning@rkmc.com
Brad P. Engdahl (*pro hac vice*)
E-mail: BPEngdahl@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402
Telephone: 612-349-8500
Facsimile: 612-339-4181

David E. Marder (*pro hac vice*)
E-Mail: DEMarder@rkmc.com
**Robins, Kaplan, Miller & Ciresi L.L.P.**
25th Floor, Prudential Tower
800 Boylston Street
Boston, MA 02199
Telephone: 617-267-2300
Facsimile: 617-267-8288

Attorneys for Plaintiffs and Counterdefendants
Advanced Micro Devices, Inc. and ATI Technologies, ULC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVANCED MICRO DEVICES, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> SAMSUNG ELECTRONICS CO., LTD., et al., <br><br> Defendants. | Case. No. CV-08-0986-SI <br><br> **AMD'S OPPOSITION TO SAMSUNG'S MOTION FOR PROTECTIVE ORDER** <br><br> **MANUAL FILING NOTIFICATION** <br><br> DATE: <br> TIME: <br> COURTROOM: 10, 19th Floor <br> JUDGE: The Honorable Susan Illston |

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# MANUAL FILING NOTIFICATION

**Regarding: AMD'S OPPOSITION TO SAMSUNG'S MOTION FOR PROTECTIVE ORDER**

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

_X_ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

___ Other (description): _____

DATED: April 14, 2009                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ William H. Manning_____
    William H. Manning

Attorneys for Plaintiffs and Counterdefendants
Advanced Micro Devices, Inc. and ATI Technologies, ULC