GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY
ENTERPRISES, INC., PARAMOUNT PICTURES CORP.,
SONY PICTURES ENTERTAINMENT, INC., SONY
PICTURES TELEVISION INC., TWENTIETH CENTURY
FOX FILM CORP., NBC UNIVERSAL, INC., WALT
DISNEY PICTURES, WARNER BROS.
ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS
LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. C 08-4548-MHP <br><br> **PUBLIC REDACTED VERSION: DECLARATION OF ZACHARY KATZ IN SUPPORT OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** <br><br> Date: March 23, 2009 <br> Time: 2:00 p.m. <br> Ctrm: 15 (Hon. Marilyn Hall Patel) |

# DECLARATION OF ZACHARY KATZ

I, Zachary Katz, declare:

1. I am an attorney associated with the law firm of Munger, Tolles & Olson LLP, counsel of record for Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLLP, Universal City Studios LLLP, and Viacom, Inc. ("the Studios") in the above-captioned matter. I make this Declaration based upon my own personal knowledge, except where facts are stated upon information and belief, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. In early December 2008, Real produced the emails disclosing the arccos.zip file, including the email attaching numerous metadata reports apparently generated from the file itself.

3. Attached hereto as Exhibit A is a true and correct copy of a document entitled Facet Marketing Requirements Document, dated August 1, 2007, bearing Real production numbers REAL137329 to REAL137334.

4. Attached hereto as Exhibit B is an excerpt from and exhibit 571 to a true and correct copy of Nicole Hamilton's Deposition Testimony dated February 13, 2009.

5. Attached hereto as Exhibit C is a true and correct copy of an e-mail dated January 10, 2008, bearing Real production numbers REAL079963 to REAL079964.

6. Attached hereto as Exhibit D is a true and correct copy of an e-mail dated January 11, 2008, bearing Real production numbers REAL078029 to REAL078031.

7. Attached hereto as Exhibit E is a true and correct copy of an e-mail dated January 11, 2008 bearing, Real production numbers REAL078033 to REAL078035.

8. Attached hereto as Exhibit F is a true and correct copy of an e-mail dated January 10, 2008 bearing, Real production numbers REAL0788875 to REAL078876.

7396891.1 - 1 - **DECL. OF KATZ ISO MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE CASE NO. C 08-4548-MHP**

9. Attached hereto as Exhibit G is an excerpt from a true and correct copy of the transcript of the hearing held by the Court in this matter on December 22, 2008.

I declare under penalty of perjury under the laws of the United States and California that the foregoing is true and correct and that this Declaration was executed this 18th day of March 2009, in Los Angeles, California.

*/s/*
ZACHARY KATZ

7396891.1 - 2 - **DECL. OF KATZ ISO MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE CASE NO. C 08-4548-MHP**

# EXHIBITS A-G
# FILED UNDER SEAL