GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY
ENTERPRISES, INC., PARAMOUNT PICTURES CORP.,
SONY PICTURES ENTERTAINMENT, INC., SONY
PICTURES TELEVISION INC., TWENTIETH CENTURY
FOX FILM CORP., NBC UNIVERSAL, INC., WALT
DISNEY PICTURES, WARNER BROS.
ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS
PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS
LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. <br><br> AND CONSOLIDATED ACTIONS. | CASE NO. C 08-4548-MHP <br><br> Consolidated with Case No. C 08-04719-MHP <br><br> **APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) STUDIOS' REPLY IN SUPPORT OF MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, AND (2) DECLARATION OF ZACHARY KATZ IN SUPPORT OF SAME** <br><br> Lodged concurrently herewith: <br><br> 1) [Proposed] Order Granting Application <br><br> 2) Documents Requested To Be Filed Under Seal |

7358848.1

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

1    Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc.,
2 Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures
3 Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation,
4 Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt
5 Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully
6 apply for an order sealing the following documents:

7    (1)    Highly Confidential Version of the Studios' Reply In Support Of Motion
8 For Sanctions For Spoliation Of Evidence; and

9    (2)    Highly Confidential Version of the Declaration of Zachary Katz In Support
10 Of Studios' Reply In Support Of Motion For Sanctions For Spoliation Of Evidence.

11    A "compelling reason" exists to seal these documents. *See Kamakana v. City and
12 County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a
13 judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v.
14 State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential
15 material at issue divulges aspects of Real's proprietary business, technical and trade secret
16 information regarding RealDVD and its new platform. This material has been designated by Real
17 as "confidential" or "highly confidential" pursuant to the protective order governing this
18 litigation, and is thus being manually filed under seal.

19    This Application to Seal is narrowly tailored to protect the public's interest in
20 access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at
21 1178. The Studios have filed with the Court identical public redacted versions of the Studios'
22 Reply In Support Of Motion For Sanctions For Spoliation of Evidence, as well as the Katz
23 Declaration in support thereof.

24    For these reasons, the Court should grant the Application to Seal.

7358848.1  - 1 -  APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| | | |
|---|---|---|
| 1 | DATED: March 18, 2009 | MUNGER, TOLLES & OLSON LLP |
| 2 | | MITCHELL SILBERBERG & KNUPP LLP |
| 3 | | GREGORY P. GOECKNER |
| 4 | | DANIEL E. ROBBINS |

By: _____/s/_____
    ZACHARY KATZ

Attorneys for Defendants/Counter-claim Plaintiffs/Plaintiffs

7358848.1

- 2 -

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP