1  REGINALD D. STEER (SBN 056324)
   rsteer@akingump.com
2  MARIA ELLINIKOS (SBN 235528)
   mellinikos@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
4  San Francisco, California 94104-1036
   Telephone:    (415) 765-9500
5  Facsimile:    (415) 765-9501

6  EDWARD P. LAZARUS (SBN 212658)
   elazarus@akingump.com
7  STEPHEN MICK (SBN 131569)
   smick@akingump.com
8  MICHAEL SMALL (SBN 222768)
   msmall@akingump.com
9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
10 Los Angeles, California 90067-3012
   Telephone:    (310) 229-1000
11 Facsimile:    (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:    (650) 213-0300
Facsimile:    (650) 213-8158

12 Attorneys for Defendant and Counterclaimant
   DVD COPY CONTROL ASSOCIATION, INC.
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 REALNETWORKS, INC., a Washington
   Corporation; and REALNETWORKS HOME
17 ENTERTAINMENT, INC., a Delaware
   corporation,
18
                Plaintiffs,
19
        v.
20
   DVD COPY CONTROL ASSOCIATION, INC.,
21 a Delaware nonprofit corporation, et al.

22              Defendants.

23 And Related Counterclaims.
24
25 AND RELATED CASES
26

Case No. C08 04548 MHP;
       C08 04719 MHP

**APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL (1) HIGHLY CONFIDENTIAL VERSION OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; (2) DECLARATION OF JOHN P.J. KELLY; (3) SELECTED EXHIBITS TO DECLARATION OF JACOB PAK; AND (4) SELECTED EXHIBITS TO DECLARATION OF MARIA ELLINIKOS**

Lodged concurrently herewith:

1) [Proposed] Order Granting Application

2) Documents Requested To Be Filed Under Seal

27
28

APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

Dockets.Justia.com

Pursuant to Civil Local Rule 7-11 and 79-5, DVD Copy Control Association, Inc. ("DVD CCA") respectfully applies for an order sealing the following documents:

(1) Highly Confidential Version of Memorandum of Points and Authorities in Support of Motion of DVD Copy Control Association, Inc. for Preliminary Injunction;

(2) Declaration of John P.J. Kelly and exhibits thereto;

(3) Exhibits I through O to the Declaration of Jacob Pak; and

(4) Exhibits A through W to the Declaration of Maria Ellinikos.

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of DVD CCA's proprietary business, technical, and trade secret information regarding its Content Scramble System ("CSS") technology. Additionally, the confidential material also divulges aspects of Real's proprietary business, technical and trade secret information regarding RealDVD and its new platform. This material has been designated by Real as "confidential" or "highly confidential" pursuant to the protective order governing this litigation, and is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. DVD CCA has filed with the Court identical public redacted versions of the Motion for Preliminary Injunction.

For these reasons, the Court should grant the Application to Seal.

1

APPLICATION TO SEAL
CASE NO. C08 04548 MHP

| | |
|---|---|
| Dated: March 19, 2009 | Respectfully submitted, |
| | AKIN GUMP STRAUSS HAUER & FELD LLP |
| | WHITE & CASE LLP |
| | By _____/s/_____ |
| | Reginald D. Steer<br>Attorneys for Defendant and Counterclaimant<br>DVD COPY CONTROL ASSOCIATION, INC. |

2

APPLICATION TO SEAL
CASE NO. C08 04548 MHP