Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al    Doc. 199 Att. 5

# EXHIBIT A

Dockets.Justia.com

DVD CCA Welcomes you!                                                                                      Page 1 of 5



 · Home      CSS      Presentations

## DVD Copy Control Association

## WELCOME TO THE DVD CCA WEBSITE !

For information on the DVD Copy Control Association and the Content Scramble System (CSS), visit our FAQ page.

## Announcements

| | |
|---|---|
| · **October 8, 2008** | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · **December 17, 2007** | **DVD Copy Control Assoc. (DVDCCA) Files Opening Brief in Appeal of Kaleidescape Decision** - The DVDCCA filed its opening appellate brief with the California Court of Appeal in its case against Kaleidescape for breach of the CSS license agreement. This brief demonstrates that, under long-settled principles of California law, the trial court erred in its interpretation of the CSS licensing agreement and in limiting the remedies for Kaleidescape's alleged breaches of that agreement. The following is a summary of the DVDCCA argument. |
| · **November 15, 2007** | The Board of Directors of the DVD CCA is pleased to announce the Effective Dates on which CSS Licensees may commence commercial release of Manufacture-on-Demand ("MOD") as described below and Electronic Sell Through ("EST") as described below using CSS Recordable DVDs in accordance with the terms and requirements of the CSS Managed Recording Amendment to the CSS Procedural Specifications ("Managed Recording Amendment"). **Before commencing such commercial activities, however, each CSS Licensee that engages in MOD, EST or the manufacture of CSS Recordable DVDs must first supply to the DVD CCA a signed written commitment in the form of the Acknowledgment attached to this Notice that such CSS Licensee shall comply with the terms of the consumer notification program set forth in the Acknowledgment.** This Notice sets forth the Effective Dates, summarizes the consumer notification requirements, and describes |

http://www.dvdcca.org/                                                                                   12/18/2008

DVD CCA Welcomes you!                                                                    Page 2 of 5

|  | DVD CCA's testing programs for playback compatibility and voluntary listing opportunities with respect to playback compatibility. Please Note: This Notice does not constitute notice to implement the CSS Signature as set forth in the Managed Recording Amendment and provided for in Section 6.2.9.4(2) of the CSS Procedural Specifications. |
|---|---|
| · September 20, 2007 | Press Release - Retailers and Consumers to be Able to Create Protected DVDs that Work with Existing DVD Players. |
| · July 11, 2007 | The Board of Directors of the DVD Copy Control Association ("DVD CCA") resolved at its June 20, 2007 meeting to reinstate the previous license fee amounts, effective for payments invoiced on or after October 1, 2007. |
| · June 26, 2007 | DVD Copy Control Association / Kaleidescape case - Frequently Asked Questions and Answers (FAQ). |
| · February 16, 2007 | Managed Recording - Web Note |
| · February 7, 2007 | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · December 15, 2006 | Managed Recording using CSS - Frequently Asked Questions |
| · August 3, 2006 | DVD CCA to Enable Retailers and Later, Consumers to Create Protected DVDs Compatible with Existing DVD Players |
| · April 18, 2006 | The DVD CCA Board of Directors authorized continuing a fee reduction to apply to invoices issued by DVD CCA through September 30, 2007. There is no assurance that any reduction will be warranted or approved past that date. |
| · October 26, 2005 | This Request for Expressions of Interest ("Request") is issued by the DVD Copy Control Association ("DVD CCA") to evaluate technologies for the purpose of selecting a technology for use in marking audio-visual content to convey certain content control information ("CCI") and the detection thereof. The selected technology will be used to enhance the Content Scramble System ("CSS") copy protection system with respect to audio-visual content. Deadline for a completed response to this Request is January 6, 2006. |
| · September 13, 2005 | The DVD CCA Board of Directors authorized the one year fee reduction to apply to all invoices issued by DVD CCA commencing October 1, 2005 and continuing through September 30, 2006. All invoices issued by DVD CCA prior to October 1 will have the normal fees. The invoice to be issued to your company during the period October 1 , 2005 - September 30 , 2006 will reflect the fee reduction. |
| · August 10, 2005 | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line |

DVD CCA Welcomes you!                                                                                           Page 3 of 5

| | |
|---|---|
| · **June 22, 2005** | inquiry form.<br>An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · **January 24, 2005** | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · **December 16, 2004** | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · **November 29, 2004** | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · **October 5, 2004** | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · **September 15, 2003** | An updated version of the CSS Procedural Specifications is available now. A downloadable copy is available by completing the on-line inquiry form. |
| · **August 12, 2002** | The Interim Board of Directors of the DVD Copy Control Association (DVD CCA)ended its term July 31,2002 without selecting a new embedded data (watermarking)copy protection technology. The new 12-member board, which began its term on August 1, will now consider what steps will be taken next in this process. All of the research and work done to date in the evaluation and selection process will be available for the new board's consideration.<br><br>In recent months, a committee of the DVD CCA Board of Directors has been evaluating technologies with the goal of providing an enhanced copy protection system for DVDs containing audio-visual content, consistent with the terms of the CSS License Agreement. An enhanced system could be expected to benefit consumers of DVDs by expanding the entertainment options available to them. |
| · **April 18, 2001** | A request for expressions of interest ("Request") has been issued by DVD Copy Control Association ("DVD CCA") pursuant to its reactivation of the process of evaluating technologies for the purpose of selecting a technology for use in marking audio-visual content to convey certain copy control information.<br><br>This Request for expressions of interest follows the Notice to |

http://www.dvdcca.org/                                                                                                12/18/2008

DVD CCA Welcomes you!                                                    Page 4 of 5

Interested Parties ("Notice") announced initially at the Copy Protection Technical Working Group ("CPTWG") meeting on March 21, 2001, and then posted on DVD CCA's website on March 23, 2001.

Response to the Notice is not a pre-requisite for responding to this Request. Parties that respond to this Request will hereinafter be referred to as "Respondents."

**· March 21, 2001**        DVD Copy Control Association ("DVD CCA"), as licensor of the CSS Technology, hereby notifies interested parties that it is reactivating the process of evaluating technologies for use in marking audio-visual content to convey certain copy control information.

A full copy of the NOTICE TO INTERESTED PARTIES is now available from this website.

**· November 3, 2000**        An updated version of the CSS License and Procedural Specification is available now. A downloadable copy is available by completing the on-line inquiry form. Any company who has signed a previous version of the final license may, if they wish, execute this version and have DVD CCA replace their previous version. This is not mandatory.

The terms used in this version of the CSS license are harmonized with the terms used in the CSS Procedural Specification.

Please note that as of November 1, 2000, the DVD CCA annual administrative fee is $15,000 per license category (except for Associate Licenses which are $5,000). If a company is exercising the option to replace this version with a prior version, no increase in fee is due if the annual administration fee has been paid.

You may also wish to view **Prior Announcements**.

http://www.dvdcca.org/                                                    12/18/2008

DVD CCA Welcomes you!                                                    Page 5 of 5

Home || CSS || Presentations
All images and content are copyright © 2000 DVD CCA and LMI
LMI | DVD CCA | 4C Entity | DTLA

# EXHIBIT B

DVD CCA Welcomes you!                                                                                    Page 1 of 4





## DVD Copy Control Association

# FREQUENTLY ASKED QUESTIONS (FAQ)

**What is the DVD Copy Control Association?**

The DVD Copy Control Association (DVD CCA) is a not-for-profit corporation with responsibility for licensing CSS (Content Scramble System) to manufacturers of DVD hardware, discs and related products. Licensees include the owners and manufacturers of the content of DVD discs; creators of encryption engines, hardware and software decrypters; and manufacturers of DVD Players and DVD-ROM drives.

**What is CSS?**

The Content Scramble System (CSS) is the protection system that has enabled the owners of movie content to provide consumers access to high quality DVD movies for home viewing on their video systems and computers. CSS prevents movies from being illegally duplicated, protecting the intellectual property of the manufacturers, producers and writers from theft. CSS is a two-part system for which manufacturers of both the movie content (discs) and hardware or software (players) purchase licenses. The information on DVD discs is encrypted. The DVD players - either a computer drive or a home video player - have technology to 'decrypt' the information so it can be viewed. CSS is critical to DVD.

**Why is CSS necessary?**

Without sufficient protections, movie studios would not have offered their copyrighted films to consumers in this high quality digital format. Because they are 'digital', DVDs can be used as a perfect master for an infinite number of exact copies if the master is not protected by a system like CSS. Without such protection, movie content manufacturers would hesitate to release their products, including movies, because they would risk easy illegal copying.

**Can manufacturers of products for computers using the Linux operating system obtain a license**

**to use CSS to manufacture a DVD player for Linux applications?**

Absolutely. The DVD Copy Control Association would welcomes applications for the legal use of CSS from all manufacturers. In fact, Sigma Designs (www.sigmadesigns.com) is now marketing a DVD player for Linux under its license to manufacture products using CSS.

**What is CSS Managed Recording?**

CSS Managed Recording, sometimes referred to as "CSS managed burning," is an exciting new function enabling commercial audiovisual content to be recorded on special recordable DVD media using the same content protection system as pre-recorded DVD Video-- CSS.

**Will these DVDs play back in existing DVD players in the marketplace today?**

The new DVDs will be compatible with the vast majority of existing consumer electronics DVD players worldwide.

**The DVDCCA announced this new functionality in August 2006. When can the market expect to see commercial implementation?**

This process requires discussion and testing in addition to the development of a new video specification from the DVD Forum. For example, a study had to be undertaken to confirm the compatibility with existing DVD players. It also takes time to complete physical disc specifications for the new recordable DVD media.

**Will Managed Recording be limited to "professional uses" only or will consumers be able to record onto the new DVDs at home?**

Initially, the application of CSS Managed Recording will be limited to so-called "professional uses" by which a business may manufacture on demand and sell recorded DVDs for home entertainment using a business -to-business supply chain. Such professional uses can be kiosk-based at retail or done in a centralized manufacturing facility. Assuming successful professional application of CSS Managed Recording, consumer electronic sell-through applications, by which consumers may download content and record onto the new recordable media through an authorized online digital distribution system, are likely to follow.

**What is an example of a professional use?**

It is a business model where a disc manufacturer or retail store "burns" content onto a disc in response to a consumer or end user order. It does not include recording or burning taking place on individual consumer devices at the initiation of consumers or end users.

**What is the best way for licensees to learn when the use of CSS in this context is commercially available?**

We will provide further updates on this website as such information can be made publicly available.

**Under the terms of the CSS licensing agreement, is it legal for a licensed manufacturer to produce and sell a product which allows a user to disable any CSS protections?**

No. Such products are not allowed under the terms of the CSS license. They are illegal. In cases where DVD-CCA learns of such products, immediate action is taken through the manufacturer to have the product corrected to conform with the CSS license.

**Why are DVDs encoded so that they can only be played in machines in the region in which they were purchased?**

Movies are often released at different times in different parts of the world. For example, a film that opens in December in the U.S. might not premier in Tokyo until several months later. By the time that Tokyo premier occurs, the film may be ready for DVD distribution in the U.S.

Regional DVD coding allows viewers to enjoy films on DVD at home shortly after their region's theatrical run is complete by enabling regions to operate on their own schedules. A film can be released on DVD in one region even though it is still being played in theaters in another region because regional coding ensures it will not interfere with the theatrical run in another region. Without regional coding, all home viewers would have to wait until a film completes its entire global theatrical run before a DVD could be released anywhere.

--- end of FAQ ---

DVD CCA Welcomes you!

# EXHIBIT C

Case3:08-cv-04548-MHP   Document199-6   Filed03/19/09   Page13 of 49





## DVD Copy Control Association

# Content Scramble System (CSS)

For accessing the on-line inquiry form to download a copy of the CSS Procedural Specifications (or other license related documents), please click on one of the hyperlinks below: Process A, Process B, or Process C.

A CSS License is required to use CSS technology, and to receive and/or use and/or distribute CSS enabled DVD product characterized as Schedule 1 and/or 2 product. For example, DVD CCA would consider a CSS enabled DVD chip as Schedule 1 or 2 product. Accordingly, a company must be a CSS Licensee to receive or use or distribute such product. A CSS License is not required for Schedule 3 product. Schedules 1, 2, and 3 are defined within the CSS license agreements.

A CSS License (and/or Associate License) is available through the DVD Copy Control Association (DVD CCA). As of December 15, 1999, all of the operations and missions of CSS technology were transferred from the Interim Licensing Organization (ILO) to DVD CCA. With the formation of DVD CCA, the interim CSS License was discontinued and superseded by the final CSS License. DVD CCA had superseded the ILO in providing this service to Content Providers, Information Technology companies and Consumer Electronics companies worldwide, and as such has assumed the responsibility as Licensor of CSS technology. LMI (License Management International, LLC) is an administrative services company handling CSS license administration on behalf of DVD CCA. Neither DVD CCA nor LMI can provide legal advice or engineering services.

The Annual Administration Fee per Functional Membership License category is USD $15,500 (Associate License is USD $5,200). The flat rate fee for the appropriate technical specification is USD $500 for each set of specifications applicable to a particular license category (excludes "Authoring Studio" and "DVD Disc Replicator" technical materials). No specifications are available to Assemblers, Resellers, and Integrated Product Manufacturers.

To obtain information and licensing documents from the DVD CCA website, please begin the process by selecting one of the three hyperlinks below. Process A, B, and C, are simply generic paths to lead you to the applicable download page. You can choose from any of the following final CSS License processes. To help you decide which license category path may be relevant to your company's business needs, please click on the CSS Membership Categories link is to obtain some

additional information pertaining to the available license categories.

After deciding upon the relevant Process: A, B, and/or C, you can gain access to download the applicable licensing documents by submitting your contact information in the appropriate fields. After completing the required fields, clicking the "submit" button will bring you to the web page that will enable you to download documents and information.

Next, for the CSS licensing process to begin, click on each hyperlink on the page entitled "CSS Download Area", to download the final CSS License Agreement (or Associate Agreement), Procedural Specifications, and Inquiry Sheet. The Inquiry Sheet contains application instructions and a procedural flow chart.

- Process A - For Resellers and Assemblers.
  - o For obtaining General Information, a CSS Associate License and an Associate License Certificate use this Process. Assemblers and Reseller do not receive technical specifications.
- Process B - For Content Providers, Authoring Studios, and DVD Disc Replicators.
  - o For obtaining Confidential Information and Highly Confidential information (for Authoring Studios, and DVD Disc Replicators only), a CSS License and a CSS License Certificate use this process.
  - o Authoring Studios and DVD Disc Replicators will be provided materials that enable them to receive CSS cryptographic values for use in the CSS encryption process.
  - o Glass Mastering houses generally select the DVD Disc Replicator category.
- Process C - For CSS Disc Formatter Manufacturers, DVD Player Manufacturers, DVD Drive Manufacturers, CSS Decryption Module Manufacturers, Descrambler Manufacturers, Authenticator Module for DVD Drive, Authenticator Module for CSS Decryption Module, Verification Product Manufacturers, Integrated Products Manufacturers
  - o For obtaining Confidential information and/or Highly Confidential information, a CSS License, and a CSS License Certificate use this process.

# EXHIBIT D





**DVD Copy Control Association**

# CSS Technology License: Process C

**Applicable Functional Membership categories for Process C:**

**CSS Disc Formatter Manufacturer; DVD Player Manufacturer; DVD Drive Manufacturer; CSS Decryption Module Manufacturer; Descrambler Manufacturer; Authenticator Module for DVD Drive; Authenticator Module for CSS Decryption Module; Verification Product Manufacturer; Integrated Products Manufacturer**

Instructions:

1. Type information in fields below (* required)
2. When finished, click the Submit button to be taken to the download area.

**Company Name:***
**Subsidiary of:**
**Address1:***
**Address2:**
**City:***
**State/Province:***
**Postal Code:***
**Country:***
**Telephone:***
**Fax:**
**Email Address:***
**First Name:***

DVD CCA -- CSS                                                          Page 2 of 2


**Last Name:** *
**Title:** *
**Current CSS Licensee?** *   ○ yes   ○ no
**Current CSS Licensee adding a**
_____ **membership category?** *   ○ yes   ○ no

[ Send ]

# EXHIBIT E



## DVD Copy Control Association

# CSS Download Area

## Instructions

Your Next step, for the CSS licensing process to begin ...

1. Please click on the **CSS License Agreement** hyperlink to download a printable version of this document (print 2 sets of agreements and any additional Exhibit A and B documents if needed).
2. The **CSS Procedural Specifications** is available for download.
3. Next click on the **Inquiry Sheet** and **Application Process Flow Chart** hyperlinks to download Inquiry Sheet and Instructions. Fax your completed Inquiry Sheet to DVD CCA at + 1 408 779 9291.
4. Send via courier two (2) completed and signed CSS License Agreements.
5. Following DVD Format Book number verification (if necessary – depends on selected license category) and if the signed CSS License Agreements are complete, DVD CCA processes the Agreements for countersignature.
6. An electronic invoice for selected membership categories (invoice may include cost of Confidential/Highly Confidential Information) will be processed after the CSS License Agreements are counter-signed. An original invoice is not provided unless requested. Please pay your bank wire transfer fees (including intermediary bank fees if charged) to avoid delay. DVD CCA's bank does not contact an intermediary bank to use its services.
7. Upon DVD CCA's receipt of full invoice payment and all requirements met, issues the CSS License.

Please choose from the following documents. **Note:** You may need to click the "Back" button on your browser to return to this page to download multiple documents.

- CSS License Agreement
- CSS Procedural Specifications Ver 2.9
- Inquiry Sheet
- Application Process Flow Chart

**Note:** When completing the CSS License Agreement, the second blank space of the first page and the third blank space of "Exhibit B" should both contain the same information, to identify the geographic legal jurisdiction and laws under which your company was organized and is currently existing under. Examples would be, but not limited to the following: "Delaware LLC", "Japanese Corporation", "California Corporation", " New York Non-Profit Corporation", etc. Please state what is legally accurate.

You can fax one (1) completed Inquiry Sheet to DVD CCA at +1 408 779 9291 for review.

In order for DVD CCA to process a CSS License application, DVD CCA requires receipt of two (2) completed and signed CSS License Agreements. DVD CCA can only process original license agreements, not fax or electronic copies of agreements.

**IMPORTANT** If the desired license category involves CSS proprietary materials (CSS Confidential and/or Highly Confidential Information), then Question 3.2 of the Inquiry Sheet is relevant and you will need to state the DVD Format Book Serial number(s) on Question 3.2 of the Inquiry Sheet. DVD CCA can not process signed CSS License Agreements until DVD CCA receives confirmation from the DVD FLLC that verifies your company as the owner of the applicable DVD Format Book Serial number. (Question 3.2 is not applicable to the following license categories: "Assembler", "Reseller",

REAL002910
CONFIDENTIAL

"Content Provider", and "Integrated Products Manufacturer").

Regarding DVD-Book subscription and DVD Format/Logo License matters, contact information for the DVD Format/Logo Licensing Corporation is as follows:

DVD Format/Logo Licensing Corporation
Daimon Urbanist Bldg. 6F
2-3-6 Shibadaimon, Minato-ku
Tokyo 105-0012
Japan

Tel: + 81 3 5777 2885; Fax: +81 3 5777 2884
"www.dvdfllc.co.jp"

6/14/2007 3:35 PM

REAL002911
CONFIDENTIAL

# EXHIBIT F



## CSS Technology License – **Application Process Flow Chart** (Process C)

- **CSS Disc Formatter Manufacturer**
- **DVD Player Manufacturer**
- **DVD Drive Manufacturer**
- **CSS Decryption Module Manufacturer**
- **Descrambler Manufacturer**
- **Authenticator Module for DVD Drive**
- **Authenticator Module for CSS Decryption Module**
- **Integrated Products Manufacturer**
- **Verification Product Manufacturer**

The following flow chart of procedures for obtaining a CSS License is provided as a general outline only.

**Instructions:** Begin by completing Step 1.  DVD Copy Control Association needs to process the license agreements before proceeding to Step 2.

| Applicant (Prospective Licensee) | DVD CCA |
|---|---|
| **Step 1:**<br>1. Applicant completes the contact information form and downloads Licensing Documents from website.<br>2. Then Applicant faxes the Inquiry Sheet to DVD CCA at +1 408 779 9291<br><br>**Note:** Applicant should have already obtained DVD Format Book from the DVD FLLC.  Note the serial number of the DVD Format Book on the Inquiry Sheet (not applicable to Integrated Products Manufacturer)<br><br>3. Applicant sends two (2) completed and signed CSS License Agreements to DVD CCA via post or courier to:<br><br>    **DVD CCA**<br>      **c/o LMI**<br>    **225 B Cochrane Circle**<br>    **Morgan Hill, CA  95037**<br>    **USA** | **DVD CCA will:**<br>1. Verify completeness of Inquiry Sheet<br>2. Verify DVD Format serial number(s) with DVD FLLC (if applicable)<br><br>**Upon receipt of verification of authenticity from the DVD FLLC.**<br><br>3. Countersign both signed originals of CSS License Agreement<br>4. Email an invoice in electronic form for the Annual Administration Fee for the applicable license year  (an invoice in printed form will be provided if requested)<br><br>**Note:**  If your bank enlists the services of an intermediary bank to facilitate wiring of funds, the intermediary wire fee is your company's responsibility. DVD CCA's bank does <u>not</u> contact that bank to use its services. |





## CSS Technology License – **Application Process Flow Chart** (Process C)

**Step 2:**
1. Applicant pays DVD CCA's invoice for the Annual Administration Fee(s) applicable to the selected functional membership category(eis)

   (Licensee status is activated when full <u>payment is received</u> on a <u>countersigned</u> license agreement)

**Note:** Licensee must provide an "Exhibit B" document signed by <u>each</u> full-time employee who will handle CSS Highly Confidential Information. Failure to submit Exhibit B will result in delays.

Applicable to:
- CSS Disc Formatter Manufacturer
- Descrambler Manufacturer
- Authenticator Module for DVD Drive
- Authenticator Module for CSS Decryption Module
- Verification Product Manufacturer

→

**DVD CCA will:**
1. Verify receipt of full payment of invoiced amount.

**Upon verification of receipt of full payment,**
2. Issue a CSS License Certificate, countersigned license agreement, General Description of the DVD Content Scramble System, California Agent form, and Receipt document
3. License issuance might also include CSS Confidential Information and/or CSS Highly Confidential Information

**Note:** CI or CI+HCI issuance is not applicable to Integrated Products Manufacturer. This license category does not receive technical information.

**Step 3:**
1. Receives a CSS License Certificate, countersigned agreement, California Agent form, and Receipt document
2. **Licensee designates a California Agent within 30 days from the Effective Date of its CSS License** [REQUIRED under Section 10.4(c) of the CSS License Agreement]
3. Signs the Receipt document and faxes it to DVD CCA at +1 408 779 9291

**Note:** Licensee will ensure appropriate handling and security for CI or CI+HCI as required by the CSS License (per Section 5.2 of the CSS License)

→

**DVD CCA will:**
1. Verify receipt and files the Receipt of Documents form



# CSS Technology License – **Application Process Flow Chart** (Process C)

Dear Applicant,

Thank you for your inquiry with regard to the license activities of DVD Copy Control Association and interest in obtaining a Content Scramble System ("CSS") License for Membership.

In an effort to clarify our activities, and to proceed with processing of license of CSS and disclosure of CSS technical information, we would like to offer an explanation of the procedure, as follows:

## STEP 1 (CSS Application Form)

To begin the process, please find attached an "Inquiry Sheet" for your completion (three pages total) and fax the completed form to DVD CCA with the requested information. Following the Inquiry Sheet, we've also included a flowchart that generally outlines the license application process.

Next, you may download a copy of the CSS License Agreement for review. A copy of the Procedural Specifications is also available.

## STEP 2 (CSS Licensing)

If your company wants to manufacture and sell DVD related products using CSS technology, a CSS License is required for manufacture and sale of such products.

Upon DVD CCA's receipt of two (2) sets of signed CSS License Agreements, DVD CCA will process the documents for countersignature and issue an invoice in electronic form.

☞ IMPORTANT: Please remember to have your Agreements signed by an individual, such as a corporate officer, with the authority to legally bind your company to the terms of the CSS License Agreement. DVD CCA can not accept license agreements if they are not signed by an appropriate individual.

DVD CCA must collect an Annual Administration Fee for each category of license selected. Each CSS License category carries an Annual Administration Fee of USD $15,500*. Please be aware that the CSS license is **royalty-free** (tax treaty withholding is not applicable). The membership fees are used to offset the costs associated with DVD CCA's administration of CSS licensing activity.

If wiring funds, please pay your bank wire fees (and that of the "intermediary" bank - usually about $20). DVD CCA does not enlist the services of an intermediary bank so it will not pay for use of such services. Including this amount in a wire transfer would likely pay for any intermediary bank charge (you may wish to contact your company's bank to find out exact amount). Any charges against the invoice amount will require subsequent payment to cover the charges. Factoring the "intermediary" bank wire fee into a wire transfer would help avoid a shortage of payment situation. Payment by wire transfer is entirely optional, but by doing so, DVD CCA does not pay the "intermediary" bank fee before funds are actually received by DVD CCA.
(*subject to periodic review and revision)



# CSS Technology License – **Application Process Flow Chart** (Process C)

*The Process Begins...*

(1)  *Upon DVD CCA's receipt of an Applicant's completion and submission of:*
    i) website contact information
    ii) one (1) Inquiry Sheet via fax
    iii) two (2) completed and signed CSS License Agreements

☞    <u>**Verification of DVD Format Book Serial Number(s) is required to continue in the licensing process**</u> (<u>not</u> applicable to "Integrated Products Manufacturer membership category)

(2)  *The Applicant will then receive:*
    i) an invoice in electronic form for selected Membership Category(ies) and applicable License Year [based on "Effective Date" (countersignature)]

(3)  *Upon DVD CCA's receipt of an Applicant's full payment for invoiced amount, DVD CCA will provide the Licensee with the following:*
    i) CSS License Certificate for selected membership category
    ii) Confidential Information (CI) or Confidential Information + Highly Confidential Information (CI+HCI) for selected Membership Category(ies) (not applicable to Integrated Products Manufacturer)
    iii) one original countersigned CSS License Agreement
    iv) General Description of the DVD Content Scramble System
    iv) Receipt for return acknowledgement

**Note:** Confidential Information is issued to Licensee Contact Person.  Highly Confidential Information is provided to Licensee's "Authorized Employee" (per Exhibit B).

Please fill out the attached form and return it to us as.  We appreciate your efforts to provide complete and accurate information.  We look forward to servicing your CSS needs.

Best regards,
DVD CCA

[Note:  Our receipt of an Inquiry Sheet shall not be deemed to grant a license to your company]

# EXHIBIT G

# CSS Membership Categories

## 1.  Reseller            [Associate License]
- This license would authorize your company to receive and distribute CSS enabled DVD Product (e.g., DVD chips) characterized as Schedule 1 and/or 2 product (refer to CSS License for definitions)
- The Reseller license is usually obtained by companies that do not manufacture product but wish to resell "CSS enabled" DVD product designated as Schedule 1 and/or 2
- Refer to Process A

## 2.  Assembler            [Associate License]
- An Assembler license enables Assemblers to obtain Schedule 2 product
- Refer to Process A

Both Associate License Memberships each carry an Annual Administration Fee of USD $5,200.

No technical information is provided under a Reseller or Assembler license.   Question 3.2 of the Inquiry Sheet is not applicable to either Associate category (a DVD Format Book number is not required).

**Note:**  DVD CCA can only accept completed license agreements signed by an individual (such as a corporate officer) with the authority to legally bind your company to its CSS Associate License Agreement.  For example, DVD CCA does not consider a manager, buyer, purchaser, or agent to have binding authority.

## 3.  Content Provider
- Please refer to Section 9.5 (Third Party Beneficiary Right.) of the CSS License.
- A Content Provider does not generally order CSS encrypted keys.
- Refer to Process B

## 4.  Authoring Studio
- A CSS Licensee under the "Authoring Studio" or "DVD Disc Replicator" membership category usually requests and receives CSS Cryptographic Key Values (Highly Confidential Information).
- Refer to Process B

## 5.  DVD Disc Replicator
- A CSS Licensee under the "DVD Disc Replicator" membership category usually requests and receives CSS Cryptographic Key Values (Highly Confidential Information).
- Companies that generally create glass masters for producing stampers to replicate DVDs generally choose the "DVD Disc Replicator" category.  A CSS Licensee under the "DVD Disc Replicator" category is entitled to create CSS protected stampers and purchase premastering systems.
- Refer to Process B
- With respect to **Managed Recording**, please refer to the Announcements posted on the DVD CCA website.

A CSS Licensee of within each of these categories (3. – 5.) is able to request and receive encryption keys for the purpose of encrypting DVD Video.

DVD CCA receives a correctly completed CSS Cryptographic Key Values Order Form (delivery via fax or email is acceptable) from a CSS Licensed Authoring Studio or Replicator.  DVD CCA verifies each order form for correctness and that the form is submitted by an "Authorized Employee" [per Section 5.2(b)(ii) of the CSS License Agreement].  DVD CCA can only recognize Authorized Employee status for an employee if DVD CCA has received a signed Exhibit B for the respective employee who intends to handle CSS technology.  DVD CCA processes a correctly completed order and ships the order to the Licensee for use in the CSS encryption process.  During license issuance, DVD CCA

REAL001731
CONFIDENTIAL

provides the licensee with a Content Side Guide Book.  DVD CCA has discontinued the requirement for a licensee to prepare input files.   The licensee simply needs to send DVD CCA a correctly completed order form.

## 6.  CSS Disc Formatter Manufacturer

- A CSS Licensee under this functional membership category will receive Highly Confidential Information (HCI) and Confidential Information for the purpose of developing Authoring / Mastering Hardware/Software.
- Confidential Information (CI) + Highly Confidential Information (HCI) is provided.
- Exhibit B is required designating each Authorized Employee handling HCI for this membership category.
- Refer to Process C

## 7.  DVD Player Manufacturer

- A CSS Licensee under this functional membership category will receive Confidential Information to enable technical compliance in the manufacture of DVD Players using Descramble Chips, which are provided by licensed chip manufacturers.
- Generally, companies that need to purchase decoder chips are usually licensed as "DVD Player Manufacturer".
- Refer to Process C

## 8.  DVD Drive Manufacturer

- A CSS Licensee under this functional membership category will receive Confidential Information to enable technical compliance in the manufacture of DVD Drives using authentication modules that are provided by licensed chip manufacturers.
- Generally, companies that need to purchase authenticator chips are usually licensed under the "DVD Drive Manufacturer" category.
- Refer to Process C

## 9.  CSS Decryption Module Manufacturer  (hardware and/or software)

- A CSS Licensee under this functional membership category will receive Confidential Information to enable technical compliance in the manufacture of a DVD Decoder for a PC using Authenticator for DVD Decoder and Descramble Module, both of which are provided by a licensed manufacturer.
- An authorized licensee develops, manufactures and distributes a DVD Decoder implemented in hardware/software.
- This is usually one of three categories chosen by a chip manufacturer or software DVD player manufacturer.
- Refer to Process C

## 10.  Descrambler Manufacturer  (hardware and/or software)

- A CSS Licensee under this functional membership category will receive Highly Confidential Information (HCI) and Confidential Information to enable technical compliance in the design and manufacture of the licensed descramble module.
- Descrambler Manufacturer will receive a Highly Confidential Master Key (i.e., descrambling algorithm)
- This is usually one of three categories chosen by a chip manufacturer or software DVD player manufacturer.
- Exhibit B is required designating each Authorized Employee handling HCI for this membership category.
- Refer to Process C

## 11.  Authenticator Module for DVD Drive

- A CSS Licensee under this functional membership category will receive Highly Confidential Information (HCI) and Confidential Information to enable technical compliance in the design and manufacture of a licensed authentication module to be used within a DVD Drive
- Authenticator Module for DVD Drive will receive algorithm information.
- Exhibit B is required designating each Authorized Employee handling HCI for this membership category.
- Refer to Process C

## 12.  Authenticator Module for CSS Decryption Module  (hardware and/or software)

- A CSS Licensee under this functional membership category will receive Highly Confidential Information (HCI) and Confidential Information to enable technical compliance in the design and manufacture the licensed Authenticator Module for CSS Decryption Module.

REAL001732
CONFIDENTIAL

- Authenticator Module for CSS Decryption Module will receive algorithm information.
- This is usually one of three categories chosen by a chip manufacturer or software DVD player manufacturer.
- Exhibit B is required designating each Authorized Employee handling HCI for this membership category.
- Refer to Process C

## 13.  Verification Product Manufacturer

- A CSS Licensee under this functional membership category will receive <u>Highly</u> Confidential Information (HCI) and Confidential Information to design and manufacture a DVD-Video Verification product that determines whether or not CSS technology was appropriately applied onto DVD-Video discs.
- Exhibit B is required designating each Authorized Employee handling HCI for this membership category.
- Refer to Process C

## 14.  Integrated Products Manufacturer

- Please refer to License obtainable through "Process C".
- No technical information is provided under this functional membership category (Question 3.2 of the Inquiry Sheet is not applicable).
- Refer to Process C

---

*To proceed to the appropriate flow chart, select from below:*

**Process A:**
Reseller
Assembler

**Process B:**
Content Provider
Authoring Studio
DVD Disc Replicator

**Process C:**
CSS Disc Formatter Manufacturer
DVD Player Manufacturer
DVD Drive Manufacturer
CSS Decryption Module Manufacturer (hardware and/or software)
Descrambler Manufacturer (hardware and/or software)
Authenticator Module for DVD Drive
Authenticator Manufacturer for DVD Decoder (hardware and/or software)
Verification Product Manufacturer
Integrated Products Manufacturer

REAL001733
CONFIDENTIAL

# EXHIBIT H



CSS Technology License – Process C

## "**Inquiry Sheet**"
### CSS License Application Form
### (Business Information)

*Please indicate whether your company is a*:
☐ *yes* ☐ *no*     *Current CSS Licensee?*
☐ *yes* ☐ *no*     *Current CSS Licensee adding new Membership Category?*

## 1. Contact Person (We will send the information to Contact Person. Please write clearly)

1.1. Name of Contact Person: _____

Title: _____

Alternate Licensee Contact / Title?: _____ / _____

1.2. Telephone/Facsimile Number/E-mail Address:

Tel: _____

Fax: _____

E-mail: _____

1.3. Name of Company/Division:

Company: _____

Division: _____

1.4. Address (including country):
_____
_____
_____
_____



CSS Technology License – Process C

# 2. Company information

2.1.  Official Name of your Company:  _____

2.2.  Address of the head office (including country):

_____

_____

_____

_____

2.3.  Date of establishment:  _____

2.4.  Amount of Capital:  USD $ _____

2.5.  Number of Employees:  _____

2.6.  Outline of business:  _____

_____

_____

_____

2.7.    Business Category in DVD:

(  ) Assembler                     [Associate License]
(  ) Reseller                      [Associate License]

(  ) Content Provider
(  ) Authoring Studio
(  ) DVD Disc Replicator

(  ) CSS Disc Formatter Manufacturer
(  ) DVD Player Manufacturer
(  ) DVD Drive Manufacturer
(  ) CSS Decryption Module Manufacturer**
(  ) Descrambler Manufacturer**
(  ) Authenticator Module for DVD Drive
(  ) Authenticator Module for CSS Decryption Module**
(  ) Verification Product Manufacturer
(  ) Integrated Products Manufacturer

**  = hardware and/or software



CSS Technology License – Process C

---

## 3.    CSS License Category Selection

[Note:  Annual Administration Fee of USD $15,500* per category of license selected per year (except the "Assembler" and "Reseller" Associate categories, each of which cost USD $5,200* per year)

   3.1.    Proposed use(s) of CSS information:

   **Membership Categories:**

   | | |
   |---|---|
   | ( ) Assembler | [Associate License] |
   | ( ) Reseller | [Associate License] |
   | | |
   | ( ) Content Provider | |
   | ( ) Authoring Studio | |
   | ( ) DVD Disc Replicator | |
   | | |
   | ( ) CSS Disc Formatter Manufacturer | |
   | ( ) DVD Player Manufacturer | |
   | ( ) DVD Drive Manufacturer | |
   | ( ) CSS Decryption Module Manufacturer** | |
   | ( ) Descrambler Manufacturer** | |
   | ( ) Authenticator Module for DVD Drive | |
   | ( ) Authenticator Module for CSS Decryption Module** | |
   | ( ) Verification Product Manufacturer | |
   | ( ) Integrated Products Manufacturer | |

[Note:  § 3.2 is not applicable to "Assembler" and/or "Reseller" categories – Applicants in these categories also are not entitled to receive the "General Description of The DVD Content Scramble System".]

   3.2.    Your Serial No(s). of "DVD specifications for Read-Only Disc (Version 1.0 or later):

         **Serial No.(s):** _____ , _____ , _____
                  *[e.g.  Six digit serial number starts with  "10_ _ _ _"  or  "20 _ _ _ _"]*

[Note:  CSS technologies are constructed over DVD technology and DVD CCA will disclose some of them in our CSS technical specifications. Accordingly, it is a requisite condition to confirm that your company is an official Book contractor with Toshiba.  Your DVD Book Serial number is a very important part of the CSS License application.  If you have the serial number(s), please write it in the area designated above.  For any DVD Format Book related questions or information on the process of obtaining a DVD Book, please contact the DVD Format/Logo Licensing Corporation (DVD FLLC).  www.dvdfllc.co.jp.  (Question 3.2 is not applicable to the following license categories: "Assembler", "Reseller", "Content Provider", and "Integrated Products Manufacturer").

[Note:  Our receipt of this Inquiry Sheet shall not be deemed to grant a license to your company]

# EXHIBIT I

# EXHIBIT
# FILED UNDER SEAL

# EXHIBIT J

# EXHIBIT
# FILED UNDER SEAL

# EXHIBIT K

# EXHIBIT
# FILED UNDER SEAL

# EXHIBIT L

# EXHIBIT
# FILED UNDER SEAL



# EXHIBIT M

# EXHIBIT
# FILED UNDER SEAL

# EXHIBIT N

# EXHIBIT
# FILED UNDER SEAL

# EXHIBIT O

# EXHIBIT
# FILED UNDER SEAL

# EXHIBIT P

# EXHIBIT
# FILED UNDER SEAL