| | |
|---|---|
| REGINALD D. STEER (SBN 056324) <br> rsteer@akingump.com <br> MARIA ELLINIKOS (SBN 235528) <br> mellinikos@akingump.com <br> **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> 580 California, 15th Floor <br> San Francisco, California 94104-1036 <br> Telephone:    (415) 765-9500 <br> Facsimile:    (415) 765-9501 <br><br> EDWARD P. LAZARUS (SBN 212658) <br> elazarus@akingump.com <br> STEPHEN MICK (SBN 131569) <br> smick@akingump.com <br> MICHAEL SMALL (SBN 222768) <br> msmall@akingump.com <br> **AKIN GUMP STRAUSS HAUER & FELD LLP** <br> 2029 Century Park East, Suite 2400 <br> Los Angeles, California 90067-3012 <br> Telephone:    (310) 229-1000 <br> Facsimile:    (310) 229-1001 | WILLIAM SLOAN COATS (SBN 94864) <br> wcoats@whitecase.com <br> MARK WEINSTEIN (SBN 193043) <br> mweinstein@whitecase.com <br> MARK F. LAMBERT (SBN 197410) <br> mlambert@whitecase.com <br> **WHITE & CASE LLP** <br> 3000 El Camino Real <br> 5 Palo Alto Square, 9th Floor <br> Palo Alto, California 94306 <br> Telephone:    (650) 213-0300 <br> Facsimile:    (650) 213-8158 |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al. <br><br> Defendants. <br><br> And Related Counterclaims. <br><br> AND RELATED CASES | Case No. C08 04548 MHP; <br> C08 04719 MHP <br><br> **[PROPOSED] ORDER GRANTING MOTION OF DVD COPY CONTROL ASSOCIATION, INC. FOR PRELIMINARY INJUNCTION** |

**[PROPOSED] ORDER GRANTING MOTION FOR PRELIMINARY INJUNCTION**

Upon reviewing the papers filed by Defendant and Counterclaimant DVD Copy Control Association, Inc. ("DVD CCA") in support of its Motion for a Preliminary Injunction ("Motion" ); and having reviewed the opposition papers filed by Plaintiffs and Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (together, "RealNetworks"); and having considered the factors relating to (i) DVD CCA's probability of success on the merits, (ii) the risks of irreparable injury to DVD CCA if preliminary relief is denied, (iii) whether there exist serious questions going to the merits of DVD CCA's claims, (iv) the balance of hardships and (v) the public interest, the Court HEREBY FINDS and ORDERS as follows:

DVD CCA is likely to prevail on the merits of its claims for breach of contract and breach of the covenant of good faith and fair dealing against RealNetworks, and DVD CCA is likely to suffer irreparable injury without intervention of this Court; [and/or]

There exist serious questions going to the merits of DVD CCA's claims for breach of contract and breach of the covenant of good faith and fair dealing, and the balance of hardships tips in DVD CCA's favor.

Accordingly, RealNetworks and all of its officers, agents, servants, employees and attorneys, and all those persons in active concert or participation or privity with them, ARE HEREBY RESTRAINED AND ENJOINED from producing, selling, offering, marketing, or otherwise trafficking in the software product known as RealDVD (whether termed Vegas, Facet, or any other code name).

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Marilyn H. Patel
United States District Court