1  GLENN D. POMERANTZ (SBN 112503)          ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                  rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)            ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                    ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)              MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                      11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP               Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor       Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| 17 | Plaintiffs, | **APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) NOTICE OF MOTION AND MOTION OF STUDIO PLAINTIFFS' FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; (2) DECLARATION OF MARK HOLLAR; (3) DECLARATION OF ROBERT SCHUMANN; (4) DECLARATION OF JEFFREY S. MILLER; AND (5) DECLARATION OF JONATHAN H. BLAVIN** |
| 18 | vs. | |
| 19 | DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |
| 23 | | Date: April 1, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| 24 | | |
| 25 | UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| 26 | | Lodged concurrently herewith: |
| 27 | Plaintiffs, | 1) [Proposed] Order Granting Application |
| 28 | vs. | 2) Documents Requested To Be Filed Under Seal |

7388242.1                                                              APPLICATION TO SEAL
                                                                     CASE NO. C 08-4548-MHP

1 | REALNETWORKS, INC., et al.
2 |              Defendants.
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7388242.1

APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully apply for an order sealing the highly confidential versions of the following documents:

    (1)    Notice of Motion and Motion of Studio Plaintiffs' for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof

    (2)    Declaration of Mark Hollar

    (3)    Declaration of Robert Schumann

    (4)    Declaration of Jeffrey S. Miller

    (5)    Declaration of Jonathan H. Blavin

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of the Studios' and Real's proprietary business, technical, and trade secret information. This material has been designated by the Studios and Real as "confidential" or "highly confidential" pursuant to the protective order governing this litigation, and is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. The Studios have filed with the Court public redacted versions of the aforementioned documents.

For these reasons, the Court should grant the Application to Seal.

1 | DATED:  March 19, 2009

MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
　　　　　JONATHAN H. BLAVIN

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs