1  GLENN D. POMERANTZ (SBN 112503)           ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                   rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)             ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                     ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)               MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                       11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP                Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor        Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13

14                          UNITED STATES DISTRICT COURT

15                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 16  REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| 17             Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY** |
| 18        vs. | **CONFIDENTIAL VERSIONS OF (1) NOTICE OF MOTION AND MOTION OF** |
| 19  DVD COPY CONTROL ASSOCIATION, INC., et al. | **STUDIO PLAINTIFFS' FOR PRELIMINARY INJUNCTION;** |
| 20             Defendants. | **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;** |
| 21   | **(2) DECLARATION OF MARK HOLLAR; (3) DECLARATION OF ROBERT** |
| 22   | **SCHUMANN; (4) DECLARATION OF JEFFREY S. MILLER; AND (5)** |
| 23   | **DECLARATION OF JONATHAN H. BLAVIN** |
| 24   |  |
| 25   | Date: April 1, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| 26   |  |
| 27  UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| 28             Plaintiffs, |  |

7395208.1                                                    [PROPOSED] ORDER GRANTING
                                                             APPLICATION TO SEAL
                                                             CASE NO. C 08-4548-MHP

1
2   vs.
3   REALNETWORKS, INC., et al.
4              Defendants.
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

7395208.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

# [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the highly-confidential versions of the following documents be filed under seal:

(1) Notice of Motion and Motion of Studio Plaintiffs' for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof

(2) Declaration of Mark Hollar

(3) Declaration of Robert Schumann

(4) Declaration of Jeffrey S. Miller

(5) Declaration of Jonathan H. Blavin

It is so ORDERED.

Dated: _____

The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP


By: _____/s/_____
    JONATHAN H. BLAVIN

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants

- 1 -

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP