1  GLENN D. POMERANTZ (SBN 112503)            ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                    rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)              ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                      ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)                MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                        11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP                 Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor         Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13

14                       UNITED STATES DISTRICT COURT

15                      NORTHERN DISTRICT OF CALIFORNIA

16 REALNETWORKS, INC., et al.,              CASE NO. C 08-4548-MHP

17              Plaintiffs,                 **DECLARATION OF MARK HOLLAR IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**
18        vs.

19 DVD COPY CONTROL ASSOCIATION, INC., et al.
                                            Date: April 1, 2009
20                                          Time: 9:00 a.m.
                Defendants.                 Ctrm: 15 (Hon. Marilyn Hall Patel)
21

22
   UNIVERSAL CITY STUDIOS                   CASE NO. C 08-4719-MHP
23 PRODUCTIONS LLLP, et al.,

24              Plaintiffs,

25        vs.
                                            **PUBLIC REDACTED VERSION**
26 REALNETWORKS, INC., et al.

27              Defendants.

28

# DECLARATION OF MARK HOLLAR

I, Mark Hollar, declare as follows:

1. I am a Senior Director, Product Management, at Macrovision Corporation, and I have been retained by the Studios as an expert in this litigation. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the "Expert Report," dated February 20, 2009, that I prepared in connection with this matter. The opinions and other statements contained in this report are true and correct, and I continue to hold those opinions.

3. Attached hereto as Exhibit B is a true and correct copy of the "Rebuttal Expert Report," dated February 27, 2009, that I prepared in connection with this matter. The opinions and other statements contained in this report are true and correct, and I continue to hold those opinions.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 17, 2009, at Los Altos, California.

Mark Hollar

# EXHIBITS A&B

# FILED UNDER SEAL