GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>    Defendants. | CASE NO. C 08-4548-MHP<br><br>**DECLARATION OF ROBERT SCHUMANN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date: April 1, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>REALNETWORKS, INC., et al.<br><br>    Defendants. | CASE NO. C 08-4719-MHP<br><br>**PUBLIC REDACTED VERSION** |

## DECLARATION OF ROBERT SCHUMANN

I, Robert Schumann, declare as follows:

1. I have been retained by the Studios as an expert in this litigation. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the "Expert Report," dated February 20, 2009, that I prepared in connection with this matter. The opinions and other statements contained in this report are true and correct, and I continue to hold those opinions.

3. Attached hereto as Exhibit B is a true and correct copy of the "Rebuttal Expert Report," dated February 27, 2009, that I prepared in connection with this matter. The opinions and other statements contained in this report are true and correct, and I continue to hold those opinions.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 17, 2009, at Oakton, Virginia.

_____
Robert Schumann

DECL. OF ROBERT SCHUMANN ISO MOT. FOR
P.I. CASE NOS. C 08-4548-MHP/08-4719-MHP

# EXHIBITS A&B

# FILED UNDER SEAL