GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. | CASE NO. C 08-4548-MHP <br><br> **[PROPOSED] ORDER GRANTING MOTION OF MOTION PICTURE STUDIO PLAINTIFFS FOR PRELIMINARY INJUNCTION** <br><br> Date: April 1, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO. C 08-4719-MHP |

1  Upon reviewing the papers filed by Motion Picture Studio Plaintiffs and Declaratory
2  Relief Claim Defendants Paramount Pictures Corporation, Twentieth Century Fox Film
3  Corporation, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc., Disney
4  Enterprises, Inc., Sony Pictures Television Inc. and Columbia Pictures Industries, Inc.
5  (collectively, "the Studios") in support of their Motion for a Preliminary Injunction ("Motion" );
6  and having reviewed the opposition papers filed by Real; and having considered the factors
7  relating to (i) the Studios' probability of success on the merits, (ii) the risks of irreparable injury
8  to the Studios if preliminary relief is denied, (iii) the existence of serious questions going to the
9  merits of the Studios' claim, (iv) the balance of hardships and (v) the public interest, the Court
10 HEREBY FINDS and ORDERS as follows:

    The Studios are likely to prevail on the merits of their claim pursuant to the Digital
Millennium Copyright Act, 17 U.S.C. §§ 1201, *et. seq.* against Real, and the Studios are likely to
suffer irreparable injury without intervention of this Court; [and/or]

    There exist serious questions going to the merits of the Studios' claim pursuant to the
Digital Millennium Copyright Act, 17 U.S.C. §§ 1201, *et. seq.*, and the balance of hardships tips
in the Studios' favor.

- 1 -

[PROPOSED] ORDER GRANTING MOTION FOR
PRELIMINARY INJUNCTION
CASE NO.  C 08-4548-MHP

1 | Accordingly, Real, its officers, agents, servants, employees and attorneys, and all those in active concert or participation with them or Real ARE HEREBY RESTRAINED AND ENJOINED from manufacturing, selling, offering, marketing or otherwise trafficking in the product known as RealDVD (whether termed Vegas, Facet, or any other code name), or any product with substantially similar functionality.

Dated: _____

The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:     */s/*
    GLENN D. POMERANTZ

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants
Attorneys for Studio Parties

- 2 -

[PROPOSED] ORDER GRANTING MOTION FOR
PRELIMINARY INJUNCTION
CASE NO. C 08-4548-MHP