| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com | ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor | Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | |
| 6 | | |
| 7 | GREGORY P. GOECKNER (SBN 103693)<br>gregory_goeckner@mpaa.org | |
| 8 | DANIEL E. ROBBINS (SBN 156934)<br>dan_robbins@mpaa.org | |
| 9 | 15301 Ventura Boulevard, Building E<br>Sherman Oaks, California 91403-3102 | |
| 10 | Tel: (818) 995-6600; Fax: (818) 285-4403 | |
| 11 | Attorneys for Motion Picture Studio Plaintiffs/Declaratory<br>Relief Claim Defendants | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| 17 | Plaintiffs, | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| 18 | vs. | Date: April 1, 2009 |
| 19 | DVD COPY CONTROL ASSOCIATION, INC., et al. | Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| 20 | Defendants. | |
| 22 | UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| 24 | Plaintiffs, | |
| 25 | vs. | |
| 26 | REALNETWORKS, INC., et al. | |
| 27 | Defendants. | |

7403584.1

PROOF OF SERVICE
CASE NO. C 08-4548-MHP

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105.

On March 19, 2009, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**CONFIDENTIAL VERSION: NOTICE OF MOTION AND MOTION OF STUDIO PLAINTIFFS' FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

**CONFIDENTIAL VERSION: DECLARATION OF MARK HOLLAR IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CONFIDENTIAL VERSION: DECLARATION OF ROBERT SCHUMANN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CONFIDENTIAL VERSION: DECLARATION OF JEFFREY S. MILLER IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

**CONFIDENTIAL VERSION: DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

☐ By placing ☐ the original(s) ☐ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By sending a copy of said documents by electronic mail for instantaneous transmittal.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on March 19, 2009, at San Francisco, California.

_____
Steven Uhrig

7396999.1     - 1 -     PROOF OF SERVICE
CASE NO. C 08-4548-MHP

## SERVICE LIST

James A. DiBoise (jdiboise@wsgr.com)
Leo Cunningham (lcunningham@wsgr.com)
Colleen Bal (cbal@wsgr.com)
Michael A. Berta (mberta@wsgr.com)
Tracy Tosh Lane (ttosh@wsgr.com)
Wilson Sonsini Goodrich & Rosati PC
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000; Fax: (415) 947-2099

Edward P. Lazarus (elazarus@akingump.com)
Stephen Mick (smick@akingump.com)
Michael Small (msmall@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Tel: (310) 229-1000; Fax: (310) 229-1001

**Courtesy Copy**
Robert H. Rotstein (rxr@msk.com)
Eric J. German (ejg@msk.com)
Mitchell, Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

Reginald D. Steer (rsteer@akingump.com)
Maria Ellinikos (mellinikos@akingump.com)
Akin Gump Strauss Hauer &Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Tel: (415) 765-9500; Fax: (415) 765-9501

William Sloan Coats (wcoats@whitecase.com)
Mark Weinstein (mweinstein@whitecase.com)
Mark F. Lambert (mlambert@whitecase.com)
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Tel: (650) 213-0300; Fax: (650) 213-8158