1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14 REALNETWORKS, INC., a Washington          Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                  C08 04719 MHP
15 ENTERTAINMENT, INC., a Delaware
   corporation,                              **DECLARATION OF MATTHEW A.
16                                           BISHOP, PH.D. IN SUPPORT OF
                  Plaintiffs,                REALNETWORKS, INC. AND
17                                           REALNETWORKS HOME
        v.                                   ENTERTAINMENT, INC.'S
18                                           OPPOSITION TO MOTION FOR
   DVD COPY CONTROL ASSOCIATION, INC., a     PRELIMINARY INJUNCTION**
19 Delaware nonprofit corporation, DISNEY
   ENTERPRISES, INC., a Delaware corporation;
20 PARAMOUNT PICTURES CORP., a Delaware
   corporation; SONY PICTURES ENTER., INC., a
21 Delaware corporation; TWENTIETH CENTURY
   FOX FILM CORP., a Delaware corporation; NBC
22 UNIVERSAL, INC., a Delaware corporation;
   WARNER BROS. ENTER. INC., a Delaware
23 corporation; and VIACOM, Inc., a Delaware
   Corporation,
24
                  Defendants.
25

26

27 AND RELATED CASES

28

BISHOP DEC ISO REAL'S OPPOSITION TO
PRELIM. INJUNCTION MOTION
CASE NOS: C08 04548 MHP; C08 04719
MHP

I, Matthew A. Bishop, declare:

1.     I am a professor of computer science in the Department of Computer Science at the University of California at Davis, one of the most preeminent such departments in the United States. I and my colleagues at the University of Davis have been recognized for our work in computer security by, among other entities, the United States Department of Defense. I am also the co-director of the Computer Security Laboratory at Davis, and have spent more than twenty years studying, teaching and writing about computer security and encryption. In 2002 I published a textbook on computer security, *Computer Security: Art and Science*, which addresses, among other things, the so-called "Content Scramble System" ("CSS") that is used to encrypt most DVDs that are commercially released in the United States, and that is at issue in this lawsuit. I consider myself to be an expert on the subject of computer security and if called to testify could and would testify competently to the opinions that are expressed herein.

2.     I have reviewed an extensive list of materials in this matter, including the CSS documentation at issue in this matter and the source code for as the RealNetworks products at issue in this matter. Some of the materials I have reviewed are set forth in the Exhibit Report of Matthew A. Bishop, Ph.D. (attached hereto as Exhibit A) and the Rebuttal Expert Report of Matthew A. Bishop, Ph.D. (attached hereto as Exhibit B). Ex. A, ¶¶ 15-16; Ex. B, ¶ 6.

3.     As explained in greater detail in my reports and in my deposition testimony, it is my opinion that the Real Products, namely the RealDVD software program and the Facet hardware DVD player, comply with the CSS License and the associated documents, including the General Specifications, Technical Specifications and Procedural Specifications. The Real Products implement all of the steps required by the CSS documentation in the order and at the time required. The Real Products comply with all of the restrictions contained in the CSS documentation. The Real Products protect the DVD video content, CSS keys and CSS algorithms using the methods specified by the CSS documentation. The Real Products maintain all of the CSS protections for DVD content.

4.     The Real Products also provide extensive protection for DVD content in addition to the CSS protection that the products maintain. Namely, the Real Products use a form of

encryption called Advanced Encryption Standard using Cipher Block Chaining with a 128-bit key ("AES-128").  This method of encryption as of yet has no known cryptographic weaknesses. By contrast, the CSS encryption, which the Real Products faithfully maintain, was broken approximately a decade ago.

     5.     Additional opinions I have developed over the course of this matter are set forth in the expert reports attached to this declaration.  Exhibits A and B are true and correct copies of those reports.


     I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 19 day of March, 2009 at Davis, California.

Matthew A. Bishop