| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
| | Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605 |
| | Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637 |
| | Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650 |
| | Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666 |
| | Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 7 | One Market St., Spear Tower, Suite 3300 |
| | San Francisco, CA 94105 |
| 8 | Bus:    (415) 947-2000 |
| | Fax:    (415) 947-2099 |
| 9 | |
| | Attorneys for Plaintiffs and Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and REALNETWORKS |
| | HOME ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | ) ) ) ) | Case Nos.  C08 04548 MHP; C08 04719 MHP |
| Plaintiffs, | ) ) | **DECLARATION OF JAMES BRENNAN IN SUPPORT OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |
| v. | ) ) | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | ) ) ) ) ) ) ) ) ) ) ) ) ) | Date: Time: Dept: **PUBLIC VERSION** |
| Defendants. | ) | |
| AND RELATED CASES | ) ) ) | |

DECLARATION OF JAMES BRENNAN ISO
REALNETWORKS' OPPOSITION TO PRELIMINARY
INJUNCTION MOTION

1   I, James Brennan, hereby declare and state as follows:

2   1.   I am a Software Engineer employed by RealNetworks. I have personal knowledge of the facts stated herein. I am over the age of eighteen, and would and could testify truthfully to the facts and matters stated in this declaration if called as a witness in this matter.

2.   I am the development manager for the Facet product. As development manager, I am responsible for overseeing the development of the product, including assigning features and tasks for the product to different individuals on my team to implement. I oversee eight software engineers who work on Facet. I have written some of the code for Facet myself, and my team reports to me on the other aspects of the code. I am familiar with the CSS specifications and am one of the engineers responsible for ensuring that Facet complies with those specifications.

[Lines 11–28: text redacted]

1  ████████████████████████████████████████████████
2  ██████████████████████████████████████████████████
3  █████████████████████████████████████████████
4  ██████████████████████████████████████████████████
5  ████████████████████████████████████████████████
6  ██████████████████████████████████████████████████
7  █████████████████████████████████████████████████
8  ██████████████████████████████████████████████████
9  ███
10 ████████████████████████████████████████████████
11 ████████████████████████████████████████████████
12 ██████████████████████████████████████████████
13 ██████████████████████████████████████████████████
14 ██████████████████████████████████████████████████
15 ████████████████████████████████████████████
16 ████████████████████████████████████████████████
17 ██████████████████████████████████████████████████
18 ████████████████████████████████████████████████
19 ████████████████████████████████████████████████
20 ██████████████████████████████████████████████████
21 ████████████████████████████████████████████████
22 ████████████████████████████████████████████
23 ████████████████████████████████████████████████
24 ██████████████████████████████████████████████████
25 ████████████████████████████████████████████████
26 ██████████████████████████████████████████████████
27 ██████████████████████████████████████████████████
28

DECLARATION OF JAMES BRENNAN ISO              -2-
REALNETWORKS' OPPOSITION TO PRELIMINARY
INJUNCTION MOTION

9. ██████████████████████████

-3-

DECLARATION OF JAMES BRENNAN ISO
REALNETWORKS' OPPOSITION TO PRELIMINARY
INJUNCTION MOTION

1 ████████████████████████████████████
2 ██████████████████████████████████████
3 ██████████████████████████████████████
4 ██████████████████████████████████████
5 ████
6 ███████████████████████████████████
7 ██████████████████████████████████████
8 ██████████████████████████████████████
9 ██████████████████████████████████████
10 ██████████████████████████████████████
11 ██████████████████████████████████████
12 ██████████████████████████████████████
13 █
14 ███████████████████████████████████
15 ██████████████████████████████████████
16 ██████████████████████████████████████
17 ██████████████████████████████████████
18 ██████████████████████████████████████
19 ██████████
20 ████████████████████████████████████
21 ██████████████████████████████████████
22 ██████████████████████████████████
23 █████████████████████████████████
24 █████

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 19, 2009, in Seattle, Washington.

*/s/ James Brennan*