JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market St., Spear Tower, Suite 3300
San Francisco, CA 94105
Bus:   (415) 947-2000
Fax:   (415) 947-2099

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. and REALNETWORKS
HOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos.   C08 04548 MHP;<br>                 C08 04719 MHP<br><br>**DECLARATION OF JEFF CHASEN IN SUPPORT OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:   April 1, 2009<br>Time:   9:00 a.m.<br>Dept:   15<br><br>[PUBLIC VERSION] |

CHASEN DEC ISO REALNETWORKS' OPPOSITION
TO PRELIM. INJUNCTION MOTION
CASE NOS. C08-04548 MHP; C08-04719 MHP

I, Jeff Chasen, declare:

1. I am Vice President for Video Product Development for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto. I have been employed by Real since 1998, and have been a Vice President responsible for development since 2006.

2. Since August 2007, I have been the manager of the engineering team responsible for developing a Windows-based software product that was released in September 2008 as RealDVD. At Real we refer to this product as "Vegas," ████████████████████ ████████████████████ I am responsible for the design, development, testing, and deployment of Vegas.

**Features of Vegas**

3. To begin using the Vegas software, the user inserts a DVD into a drive connected to a personal computer ("PC"). When the software detects that a DVD has been inserted, it starts up and presents a user with the options to "Play, "Save," or "Play and Save" the DVD.

4. Alongside this option, a picture of the DVD cover appears, along with a description of the movie, and links to reviews and more information on the DVD. This information does not come from the DVD itself; Vegas retrieves additional information about the movie from the Internet, using a metadata service (called "Gracenote") that Real pays for. If the user chooses "Save," or "Play and Save," Vegas saves the content of the DVD to a storage device inside the PC or attached to the PC. If user selects "Play," the movie simply plays.

5. Vegas also organizes and catalogs a user's movie collection. When the user has saved several movies, Real DVD displays the covers of all the movies to allow easy browsing of the collection. The collection can be browsed by cover art, genre, title, rating, or actors. For each movie, Vegas displays detailed plot synopses and cast lists, all of which are obtained from Gracenote. Vegas also offers access controls to ensure that children watch only age-appropriate movies.

6. To watch a saved movie, the user simply selects its cover art and hits "Play." When the movie is playing, Vegas remembers what the user has watched. If a user stops in the middle of a movie, the user can come back later and start watching the video from where it was left off. If the user has saved a multi-disc set of a television series, Vegas organizes the shows by season and episode. Vegas remembers which episode the user last watched, and where the user stopped watching. None of this functionality is offered by typical DVD players.

7. The Vegas software also offers the choice of saving the movies to an external hard drive, such as one that connects to the computer using a USB cable. For example, a user who saves a movie on a portable hard drive connected to her laptop computer can later playback that same move on her desktop computer, assuming the user has licensed Vegas for both computers. There is a limit of 5 software licenses per user, and movies saved by one user cannot be played back by another user. At <u>no</u> time can a movie be removed from a hard drive and later played back.

**Vegas Complies with the CSS Specifications and Adds Additional Security**

8. The goal in building Vegas was to create a legitimate product that would allow people to enjoy their movies while protecting copyrights. We achieved this by ensuring that Vegas complies with Real's license to use the Content Scramble System ("CSS")—by, among other things, preserving all of its associated protections—and then we added additional layers of protection.

9. 

10.

1  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
2  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
3  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
4       11. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
5  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
6  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
7  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
8  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬
9  ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

12. This saved content is extremely secure as it is being placed on the drive, while it is on the drive, and as it is being read from the drive. First, Vegas *locks* the movie to the hard drive. Every hard drive has a unique identifying number. Vegas encrypts and saves this number along with the CSS Keys and movie. In order to play a movie back, the hard drive must be the one that Vegas used to originally save the movie. It is not possible to copy or move the movie to another hard drive and play it. The saved movie cannot be sent over the internet or over a home network. It cannot be copied to a DVD. In short, if the movie is anywhere but the original hard drive, it will not play.

13. And that hard drive can only be played using software licensed to the exact user who saved the movie. When a user registers a copy of the Vegas software, the user gets a unique license key. Upon saving a movie to a hard drive, Vegas locks the drive to the user's license key. The drive may be moved to another computer, but to play the movie back that computer must contain Vegas software registered to the same license key. The user can register no more than five computers with the license key. Thus the hard drive can be used with no more than those five computers, and can only be used with one of the five computers at a time.

1  I declare under penalty of perjury under the laws of the State of Washington and the
2  United States of America that the foregoing is true and correct of my own personal knowledge,
3  and that this declaration is executed this 19th day of March, 2009 at Seattle, Washington.

*/s/ Jeff Chasen*
Jeff Chasen

CHASEN DECL. IN SUPPORT OF OPP. TO MOTION FOR SANCTIONS AND SPOLIATION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

-4-