1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market St., Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Bus:   (415) 947-2000
   Fax:   (415) 947-2099
9
   Attorneys for Plaintiffs and Counterclaim Defendants
10 REALNETWORKS, INC. and REALNETWORKS
   HOME ENTERTAINMENT, INC.
11

12                        UNITED STATES DISTRICT COURT

13                       NORTHERN DISTRICT OF CALIFORNIA

14

15 REALNETWORKS, INC., a Washington           )   Case Nos.   C08 04548 MHP;
   Corporation; and REALNETWORKS HOME         )               C08 04719 MHP
16 ENTERTAINMENT, INC., a Delaware corporation,)
                                              )
17                Plaintiffs,                 )   **DECLARATION OF DOUGLAS
                                              )   DIXON IN SUPPORT OF
18        v.                                  )   REALNETWORKS, INC. AND
                                              )   REALNETWORKS HOME
19 DVD COPY CONTROL ASSOCIATION, INC., a      )   ENTERTAINMENT, INC.'S
   Delaware nonprofit corporation, DISNEY     )   OPPOSITION TO MOTION FOR
20 ENTERPRISES, INC., a Delaware corporation; )   PRELIMINARY INJUNCTION**
   PARAMOUNT PICTURES CORP., a Delaware       )
21 corporation; SONY PICTURES ENTER., INC., a )   Date:   April 1, 2009
   Delaware corporation; TWENTIETH CENTURY    )   Time:   9:00 a.m.
22 FOX FILM CORP., a Delaware corporation; NBC)   Dept:   15
   UNIVERSAL, INC., a Delaware corporation;   )
23 WARNER BROS. ENTER. INC., a Delaware       )
   corporation; and VIACOM, Inc., a Delaware  )
24 Corporation,                               )
                                              )
25                Defendants.                 )
                                              )
26                                            )
   AND RELATED CASES                          )
27                                            )

28

Dixon Dec ISO RealNetworks' Opposition
to Prelim. Injunction Motion
Case Nos. C08-04548 mhp; C08-04719 mhp

Dockets.Justia.com

I, Douglas Dixon, declare:

1. I am an independent technology consultant, writer, and speaker specializing in digital media. I graduated from Brown in 1977, Magna Cum Laude, with both a B.S. and M.S. in Computer Science. I worked for 25 years at Sarnoff Corp./RCA Laboratories and at Intel Corp. as a software developer, project leader, and product manager, bringing a variety of digital media products to market, especially using digital video and DVD on personal computers. This work was recognized with six U.S. patents, six Sarnoff/RCA Achievement Awards, and five publications in professional journals and presentations at national conferences. In the past decade, I have authored four books (plus several international editions) on digital video and DVD, and written over 260 feature articles for publications including Camcorder & Computer Video, Digital Photographer, Conde Nast Traveler, DV Magazine, and CNET Reviews/Computer Shopper. I also have been editor-in-chief of Mediaware Magazine for four years, a trade publication from the Content Delivery and Storage Association (CDSA), which covers industry issues including content authoring, DVD/Blu-ray, physical and electronic delivery, content protection, and anti-piracy. In the past decade, I also have organized and presented approximately 40 seminars and panels at national conferences, mainly on DVD, and given approximately 60 talks and seminars to local educational and professional groups, including annual presentations at Princeton University and the Princeton Public Library. I provide technical and business consulting services in digital media to start-up ventures and companies interested in entering new businesses, as well as technical communications services to clients including Adobe, Intel, Siemens, Sonic Solutions, and Sony Training. I have provided expert witness technical consulting services in several cases, including writing reports and providing a deposition for Apple Computer, Inc. v. Burt.com, Inc. (settled 11/07) and SCM Microsystems, Inc. v. YOUCre8, Inc. (settled 12/05). I consider myself to be an expert on the subject of DVDs and if called to testify could and would testify competently to the opinions that are expressed herein.

2. I have reviewed an extensive list of materials in this matter, including the materials set forth in the Exhibit Report of Douglas Dixon. (attached hereto as Exhibit A) and the Rebuttal Expert Report of Douglas Dixon. (attached hereto as Exhibit B). Ex. A, ¶ 5; Ex. B, ¶ 3.

3. Opinions I have developed over the course of this matter are set forth in the expert reports attached to this declaration. Exhibits A and B are true and correct copies of those reports.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration is executed this _19_ day of March, 2009 in _Hopewell_, New Jersey.

_____
Douglas Dixon