1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF JEFFREY BUZZARD IN SUPPORT OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:        April 1, 2009<br>Time:        9 a.m.<br>Courtroom:   15<br><br>[Public] |
| AND RELATED CASES | |

I, Jeffrey Buzzard, declare:

1. I am a Software Engineer employed by RealNetworks, Inc ("Real"). I have personal knowledge of the facts stated herein, am over the age of eighteen, and can and will testify truthfully and competently to the statements in this declaration if called as a witness in this matter.

2. RealDVD—or "Vegas," as it has been code named—is software released by Real near the end of September 2008 that is designed to allow consumers to make a secure copy of DVDs, on a hard drive attached to a Windows PC, for archival and back up purposes. Real has also developed, but not yet released, a standalone product designed to allow consumers to back up DVDs to a secure device (with a hard drive) that sits next to the TV. The standalone product has been code named "Facet."

3. I have been involved in the development of the Vegas product from the beginning. My responsibilities have included, among other things, writing the software code that allows Vegas to save DVDs, and more generally ensuring that the product as a whole complies with a set of technical specifications (the "CSS Specifications") promulgated by the DVD Copy Control Association. I spent weeks, full time, doing nothing other than ensuring that Vegas complied with the CSS Specifications.

4. Vegas was designed with a variety of functionality, including the ability to: (a) play DVDs from a DVD drive; (b) save a secure, CSS-encrypted copy of the DVD to a single hard drive for later playback; (c) gather "metadata" about the DVD from a licensed Internet database, including a plot synopsis, actor list, MPAA rating, etc.; (d) present links to various Internet websites that may be relevant to the chosen DVD, and (e) allow parents to set permissions and controls to limit access to DVD content by their kids. Vegas was also designed with functionality to prohibit saved DVD content from being distributed in useable form, on the Internet or anywhere else, as I explain more fully in paragraph 10 below.

5. I believe that, in doing all of these things, Vegas complies with the CSS Specifications. "CSS" refers to the Content Scramble System, which is a technological scheme

that relies on a set of secure keys and algorithms to limit access to CSS-encrypted DVDs to only those entities that obtain a CSS License from the DVD CCA. Real obtained a license to the CSS technology in August 2007.

**<u>Vegas Complies with the CSS Specifications</u>**

6. RealDVD was designed to be, and is, compliant with the CSS Specifications. I know this because I was personally responsible for ensuring compliance. I did so in the following fashion.

7. After Real obtained its license from the DVD CCA in August 2007, I was given access to—upon signing a strict confidentiality agreement—several documents that constitute the CSS Specifications. In particular, I was given the Descrambler and the Authenticator Modules for the CSS Decryption Module. I studied these documents at great length and then used them to design what I understood to be a DVD CCA-compliant system for accessing and saving DVD content.

8. In particular, Vegas complies with the CSS Specifications in at least the following ways:

a. [REDACTED]

b. [REDACTED]

c. [REDACTED]

1 ███████████████████████████████████████
2 ██████
3      d. ███████████████████████████████████
4 ████████████████████████████████████████
5 ████████████████████████████████████████
6 ████████████████████████████████████████
7 █████████████████████████████████
8      9. █████████████████████████████████
9 ████████████████████████████████████████
10 ████████████████████████████████████████
11 ████████████████████████████████████████
12 ██████████████████████████████████████
13 ████████████████████████████████████████

14     10. Vegas adds additional levels of security to saved DVD content to ensure that the data is both tethered to a single hard drive, and that it cannot be played back from Vegas software not directly licensed to the same account holder (there is a limit of 5 Vegas software licensed machines per licensee). Vegas does these things to ensure that saved DVD content can never be distributed in useable form, whether via P2P sites, or casually between friends. This is not required by the CSS Specifications, but is consistent with the use that Real intends for Vegas.

**Vegas Handles DVD Errors Indiscriminately**

    11. ████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

1  ████████████████████████████████████████████
2  ███
3     12.  ████████████████████████████████████
4  ████████████████████████████████████████
5  █████████████████████████████████████████████
6  ██████████████████████████████
7     13.  ████████████████████████████████████
8  ████████████████████████████████████████████
9  ████████████████████████████████████████████
10 ████████████████████████████████████████████
11 ██████████████████████████████████████
12    14.  ████████████████████████████████████
13 ████████████████████████████████████████████
14 ████████████████████████████████████████████
15 ████████████████████████████████████████████
16 ████████████████████████████████████████████
17 ████████████████████████████████████████████
18 ██████████████
19    15.  ████████████████████████████████████
20 ████████████████████████████████████████████
21 ████████████████████████████████████████████
22 ████████████████████████████████████████████
23 ████████████████████████████████████████████
24 █████████████████████████
25
26
27
28

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 19th day of March, 2009 at Seattle, Washington.

*/s/ Jeffrey Buzzard*