JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market St., Spear Tower, Suite 3300
San Francisco, CA 94105
Bus: (415) 947-2000
Fax: (415) 947-2099

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. and REALNETWORKS
HOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,

Plaintiffs,

v.

DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,

Defendants.

AND RELATED CASES

Case Nos. C08 04548 MHP; C08 04719 MHP

**DECLARATION OF PHIL BARRETT IN SUPPORT OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION**

Date: April 1, 2009
Time: 9:00 a.m.
Dept: 15

[PUBLIC VERSION]



Dockets.Justia.com

I, Phil Barrett, declare:

1. I am Senior Strategic Advisor for plaintiff and counterclaim defendant RealNetworks, Inc. ("Real"). I currently lead the team that is developing Real's Facet product, one of the two products that are the subject of litigation between Real and the DVD CCA and Studios. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

2. I was one of Real's first employees and helped to found the company in 1994 with Rob Glaser, the current Chief Executive Officer. In 2003, I left RealNetworks to pursue other interests. In January 2007, I returned and after a short time I was placed in charge of developing the product that became Facet.

3. During its nearly 15 year history, Real has consistently been a pioneer in creating legitimate digital media products and services on the Internet.

4. Real has been a leading innovator in the industry and it is currently among the largest providers of digital entertainment technologies, products and services around the world.

5. Real pioneered the development of technology for the transmission of digital media over the Internet and currently provides a broad array of digital services including music, games, video, ringtones and mobile messaging. Real's RealPlayer software has been downloaded hundreds of millions of times over the years. Real's Rhapsody music service is the second largest online music business next to Apple and delivered more than 1 billion song plays in 2008. Real currently provides music and video services for many major mobile phone companies including Verizon, T-Mobile, AT&T, Vodafone and SK Telecom and it delivers nearly 1 billion mobile messages every day for its carrier customers. It is the largest provider of ringback tone services in the world. In short, Real is a digital media company at the center of creating legitimate digital entertainment services.

6. The product we set out to create we call RealDVD. There are two versions of RealDVD. [redacted]



[redacted]

7. As a professional in the industry and a watcher of digital media products, I am familiar with hard-drive-based video offerings from various companies. For example, the TiVo, introduced in 2000, introduced millions of consumers to the notion of saving video content to a hard drive for later playback on a TV. In the digital media business we refer to this as "time shifting." Microsoft's "Xbox Live" service was introduced around 2002, and Sony has introduced a similar service to work with its PS2 console. Both services were designed to allow a broad range of digital content, including movies and music, to be stored on and played back from a hard drive connected to a TV. In 2006 Apple announced its "AppleTV" product, which similarly contains a hard drive to store and play back digital video and audio.

8. [redacted]

9. [redacted]



[redacted]

10. [redacted]

11. [redacted]

12. [redacted]

I declare under penalty of perjury under the laws of the State of Washington and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 19th day of March, 2009 at Seattle, Washington.

Phil Barrett