# EXHIBIT 2

## GORDON L. KLEIN

**Previous Testimony**

Within the past four years, I have served as a testifying expert in the following matters:

> *Universal City Studios, Paramount Pictures, Twentieth Century Fox, Sony Pictures, Columbia Pictures, Disney Pictures, and Warner Bros. Entertainment, et al, v. Realnetworks, Inc.*
> Case No. CV 08-06412 SJO AJWx
> Summary: Technology, copyright, damages, unfair competition, market segmentation

> *Daut v. Eastern Star Homes*
> Superior Court of Orange County, California
> Case No. 05CC09116
> Summary: Wrongful termination in violation of public policy; tax fraud; damages

> *DR Management, LLC v. United States*
> US District Court, Northern District of California, Oakland Division
> Case No. 05-01010 MMC
> Summary: real estate; tax planning

> *Kerr, et al v. CBIZ Southern California LLC*
> Superior Court of Los Angeles County, California
> Case No. BC356298
> Summary: Investors' reasonable reliance on financial data; trustee's fiduciary duty

> *Swain, et al v. American Capital Strategies*
> Superior Court of Los Angeles County, California
> Case No. BC352310
> Summary: Damages; lost business opportunities; business valuation

> *PHC Sharp Holdings, Inc. v. Wenk*
> Superior Court of Orange County, California
> Case No. 07CC09285
> Summary: Damages; fraud; business valuation

1

# Exhibit 2

*Lechter v. Kiyosaki, et al.*
District Court of Clark County, Nevada
Case No. A549886
Summary: Fiduciary duty; executive compensation; royalty valuation

*Wilson v. Alterna, Inc.*
Superior Court of Los Angeles County, California
Case No. SC087068
Summary: Securities law; damages; fiduciary duty; corporate governance

*BHE v. MTS Products and Ben Hsia*
Superior Court of Los Angeles County, California
Case No. EC 041097
Summary: Damages; business valuation; corporate governance

*Auerbach Acquisition Assoc., Inc v. Daily*
Superior Court of Los Angeles County, California
Case No. BC285134
Summary: Venture capital; business valuation; derivatives valuation; financial resources; borrowing capability

*Williams, Trustee v. Gannon*
Second District Court of Montana
Case No. DV 02 201
Summary: Bankruptcy; cash flow; business forecasting

*Casey, Trustee of DFJ Italia, Ltd. v. US Bank*
Superior Court of Orange County, California
Case No. 02CC06597
Summary: Damages; embezzlement, cash flow forecasting and tracing

*Urban v. Gemstar-TV Guide*
OSHA Complaint for Reinstatement
Summary: Options valuation; Sarbanes-Oxley; financial statement analysis

*Anacomp v. DST Systems, Inc. and Avaya, Inc.*
Case No. 37-2007-00068060-CU-MC-CTL

2

# Exhibit 2

Summary: Unjust enrichment; intangibles valuation; data storage; goodwill

*Chao v. HSBC*
Superior Court of Los Angeles County, California
Summary: Duress; lost profits; marketing; business forecasting

*Wertheim v. Currency Corp, Inc.*
Superior Court of Los Angeles County, California
Case No. BC 328263
Summary: Commercial lending; financing

*David Van Wie v. Ernst & Young, LLP*
American Arbitration Association Commercial Arbitration Tribunal, Portland, Oregon
AAA No. 75-107-00397-07
Summary: Stock options, taxes, economic damages, causation and mitigation

*Country Pine Finance, LLC; Richard A. Phillips; Tax Matters Partner v. Commissioner of Internal Revenue*
Federal Tax Court, Chicago, Illinois
Docket No. 1399-07
Summary: Expectation of economic profitability, cost of financing and tax effects