# Exhibit 2

# *Universal City Studios Productions LLLP, et al. v. RealNetworks, Inc.*
# Selected DVD Ripping Software

Source: PC Pitstop Data, Public Press

| No. | Name of Ripper |
|---|---|
| 1 | #1 DVD Ripper |
| 2 | 123 Copy DVD |
| 3 | 1Click DVD Ripper |
| 4 | 1ClickDVDCopy |
| 5 | 1DVDCopy |
| 6 | 1st DVD Ripper |
| 7 | 321Soft DVD Ripper |
| 8 | 3Q DVD Ripper Platinum |
| 9 | 4Media DVD Ripper Platinum |
| 10 | 4Media DVD Ripper Standard |
| 11 | 4Movy DVD Video Converter |
| 12 | A1 DVD Ripper |
| 13 | A123 DVD Clone |
| 14 | A123 DVD Ripper Platinum |
| 15 | A4 DVD Copy |
| 16 | A4 DVD Shrinker |
| 17 | ABC DVD Copy |
| 18 | Abcc DVD Movie Video Ripper Pro |
| 19 | Abcc DVD Ripper Platinum |
| 20 | Abcc Free DVD Movie Video Ripper |
| 21 | Absolute DVD Copy |
| 22 | Acala DVD Copy |
| 23 | Acala DVD Ripper |
| 24 | Acala DVD Ripper Professional |
| 25 | Ace DVD Backup |
| 26 | Ace DVD Copy |
| 27 | Acidrip |
| 27 | Acker DVD Ripper |
| 28 | Adusoft DVD Ripper |
| 29 | Aglare DVD Ripper Platinum |
| 30 | Agogo DVD Ripper |
| 31 | Agree DVD Ripper Platinum |
| 32 | Ahead DVD Ripper |
| 33 | Aigo DVD Ripper Pro |
| 34 | Aimersoft DVD Ripper |
| 35 | Alive DVD Ripper |
| 36 | All DVD Ripper |
| 37 | Alldj DVD Ripper |
| 38 | Allead DVD Ripper |
| 39 | Amadis DVD Ripper |
| 40 | Amazon DVD Shrinker |
| 41 | Amigo DVD Ripper |

# *Universal City Studios Productions LLLP, et al. v. RealNetworks, Inc.*
# Selected DVD Ripping Software

Source: PC Pitstop Data, Public Press

| No. | Name of Ripper |
| --- | --- |
| 42 | Amond DVD Audio Ripper |
| 43 | Andromeda Hyper Total Ripper |
| 44 | AoA DVD Copy |
| 45 | AoA DVD Ripper |
| 46 | A-one DVD Copy Ripper Package |
| 47 | A-one DVD Ripper |
| 48 | Ape2CD |
| 49 | Aplus DVD Ripper |
| 50 | Apollo DVD Copy |
| 51 | Audiotool Ease DVD Ripper |
| 52 | Aurora DVD Copy |
| 53 | AutoGK |
| 54 | AutoMKV |
| 55 | Avaide DVD Ripper |
| 56 | Avex DVD Ripper Platinum |
| 57 | AVS DVDtoGo |
| 58 | Back-up DVD |
| 59 | Bestel DVD Ripper |
| 60 | Bingo! DVD Ripper |
| 61 | Blaze Media Pro |
| 62 | Boilsoft DVD Ripper |
| 63 | BPS DVD Ripper |
| 64 | Burn & Go CD/DVD |
| 65 | Burn4Free |
| 66 | Chanel DVD Ripper |
| 67 | cladDVD |
| 68 | Click to DVD |
| 69 | Cliprex DVD Ripper |
| 70 | Clone DVD (DVD X Studios) |
| 71 | Clone My DVD |
| 72 | Clone2Go DVD Ripper |
| 73 | CloneDVD (Slysoft) |
| 74 | CloneDVD2 |
| 75 | Copy DVD Movie Now |
| 76 | CopyAnyDVD |
| 77 | CopyDVD+ |
| 78 | CopyToDVD4 |
| 79 | Cucusoft DVD Ripper |
| 80 | Cucusoft Ultimate DVD Converter 7.15 |
| 81 | Cute CD DVD Burner |
| 82 | Daniusoft DVD Ripper |
| 83 | DCS - DVD Copy Suite |

# *Universal City Studios Productions LLLP, et al. v. RealNetworks, Inc.*
# **Selected DVD Ripping Software**

Source: PC Pitstop Data, Public Press

| No. | Name of Ripper |
|---|---|
| 84 | Do It Fast |
| 85 | DOD DVD Speed Ripper |
| 86 | Domeru DVD Cloner |
| 87 | Dual DVD Copy |
| 88 | DUP-DVD |
| 89 | DVD Backup Buddy |
| 90 | DVD Clone Factory |
| 91 | DVD Clone Pro |
| 92 | DVD Clone Studio |
| 93 | DVD Copy |
| 94 | DVD Copy & DVD Clone |
| 95 | DVD Copy Express |
| 96 | DVD Copy Movie |
| 97 | DVD Copy Now |
| 98 | DVD Copy Plus |
| 99 | DVD Copy Tools |
| 100 | DVD CopyWare |
| 101 | DVD Decrypter |
| 102 | DVD Double |
| 103 | DVD Echo |
| 104 | DVD EZ Copy |
| 105 | DVD Ghost |
| 106 | DVD InstaClone |
| 107 | DVD Master Backup |
| 108 | DVD Rebuilder |
| 109 | DVD Rip Factory |
| 110 | DVD Rip Master |
| 111 | DVD RIP N BURN |
| 112 | DVD Rip Pack |
| 113 | DVD Ripper and Copying Suite |
| 114 | DVD Ripper for Mac |
| 115 | DVD Ripper Suite |
| 116 | DVD Shrink |
| 117 | DVD Smart Ripper |
| 118 | DVD SuperPack |
| 119 | DVD to DVD Copy |
| 120 | DVD Video Copier |
| 121 | DVD Wizard Pro |
| 122 | DVD X Backup |
| 123 | DVD X Ghost |
| 124 | DVD X Maker |
| 125 | DVD X Rescue |

# *Universal City Studios Productions LLLP, et al. v. RealNetworks, Inc.*
## Selected DVD Ripping Software
Source: PC Pitstop Data, Public Press

| No. | Name of Ripper |
| --- | --- |
| 126 | DVD x Ripper |
| 127 | DVD X Utilities |
| 128 | DVD Xcopy |
| 129 | DVD Xpress |
| 130 | dvd::rip |
| 131 | DVD2DVD-R |
| 132 | DVD2Mpg Squeezer |
| 133 | DVD2SVCD |
| 134 | DVD2WMV |
| 135 | DVD95Copy |
| 136 | DVD95Copy |
| 137 | DVDCopy Pro |
| 138 | DVDCopyOne |
| 139 | DVDFab |
| 140 | DVDFab Platinum |
| 141 | DVDneXtCOPY |
| 142 | DVDPe Pro |
| 143 | DVDPean |
| 144 | DVDPean Pro |
| 145 | DVDPean Video |
| 146 | DVDREasy |
| 147 | DVDRecode |
| 148 | DvdReMake |
| 149 | DVDRip |
| 150 | DVDRIPNBURN |
| 151 | DVDSmith Movie Backup |
| 152 | DVDX |
| 153 | DVDXCopy |
| 154 | DVDXCopy - GOLD |
| 155 | DVDXCopy - Platinum |
| 156 | DVDXONEpro |
| 157 | dvdXsoft DVD Ripper |
| 158 | DVDXtreme |
| 159 | DVDZip |
| 160 | DVDZip Pro |
| 161 | Earth DVD Ripper |
| 162 | Easiestutils DVD ripper |
| 163 | Easy DVD Ripper |
| 164 | EasyDVDCopy |
| 165 | Erusoft DVD Ripper |
| 166 | Extra DVD Copy |
| 167 | Extra DVD Ripper |

# *Universal City Studios Productions LLLP, et al. v. RealNetworks, Inc.*
# Selected DVD Ripping Software

Source: PC Pitstop Data, Public Press

| No. | Name of Ripper |
|---|---|
| 168 | Extra DVD Ripper Express |
| 169 | Extra DVD Ripper Professional |
| 170 | Eztoo DVD Ripper |
| 171 | Fancy DVD Copy |
| 172 | Fast DVD Cloner |
| 173 | Flash DVD Ripper |
| 174 | Fly DVD Copier |
| 175 | Fly DVD Ripper |
| 176 | Free DVD Ripper by Topviewsoft |
| 177 | Gear Pro Professional Edition for DVD/CD-RW |
| 178 | GoodOk DVD Ripper Gold |
| 179 | HandBrake |
| 180 | HT Burn DVD |
| 181 | iCopyDVDs 1.00 |
| 182 | ICopyDVDs2 |
| 183 | Ideal DVD Copy |
| 184 | iLead DVD Copy |
| 185 | iLead DVD Ripper |
| 186 | ImTOO DVD Ripper Standard |
| 187 | ImTOO Xilisoft DVD Ripper |
| 188 | Intertech DVD Ripper |
| 189 | Intertech DVD Ripper Pro |
| 190 | iSkysoft DVD Ripper |
| 191 | ISOBuster Pro |
| 192 | iSofter DVD Ripper Platinum |
| 193 | Jesterware DVD Ripper Pro |
| 194 | Kigo DVD Converter |
| 195 | Kingdia DVD Ripper SE |
| 196 | MacTheRipper |
| 197 | Magic DVD Copier |
| 198 | Magic DVD Ripper |
| 199 | Magicbit DVD Ripper |
| 200 | Magicbit DVD Ripper Deluxe |
| 201 | Media Studio |
| 202 | MediaLion DVD Ripper |
| 203 | MediaLion DVD Ripper Pro |
| 204 | Movavi DVD Ripper |
| 205 | Movie DVD Ripper |
| 206 | Movie2x DVD Ripper Shareware |
| 207 | MovieJack |
| 208 | MovieJack DVD |
| 209 | MovieJack DVD XL |

# *Universal City Studios Productions LLLP, et al. v. RealNetworks, Inc.*
# Selected DVD Ripping Software

Source: PC Pitstop Data, Public Press

| No. | Name of Ripper |
|---|---|
| 210 | Moyea DVD4Web Converter |
| 211 | Need4 DVD Ripper |
| 212 | NeoDVDBackup |
| 213 | Nidesoft DVD Ripper |
| 214 | OJOsoft DVD Ripper |
| 215 | Okoker DVD Clone |
| 216 | Okoker DVD Ripper |
| 217 | Okoker ISO Maker |
| 218 | OKSoft DVD Ripper |
| 219 | One-click CD/DVD Copy |
| 220 | Opell DVD Ripper |
| 221 | PackPal DVD Ripper |
| 222 | Pavtube DVD Ripper |
| 223 | Pavtube Video DVD Converter Suite |
| 224 | Pepsky CD/DVD Ripper |
| 225 | Perfect DVD Duplication |
| 226 | Plato DVD Copy |
| 227 | Plato DVD Ripper |
| 228 | Plato DVD Ripper Professional |
| 229 | PQ DVD |
| 230 | Quick Video Converter |
| 231 | RipIt4Me |
| 232 | River Past DVD QuickRip |
| 233 | Saga DVD Ripper |
| 234 | SC DVD Ripper |
| 235 | ScratchedDVDCopy |
| 236 | ShrinkTo5 |
| 237 | SmartRipper |
| 238 | StaxRip |
| 239 | Super DVD Copier |
| 240 | Super DVD Copy |
| 241 | Super DVD Creator |
| 242 | Super DVD Ripper |
| 243 | Telestream Drive-In |
| 244 | Thoggen |
| 245 | Ultra DVD Ripper |
| 246 | Unprotect and Rip |
| 247 | VSO CopyToDVD |
| 248 | Win DVD Ripper |
| 249 | WinMKV DVD Ripper |
| 250 | WinMPG DVD Ripper |
| 251 | WinXMedia DVD Ripper |

# *Universal City Studios Productions LLLP, et al. v. RealNetworks, Inc.*
# Selected DVD Ripping Software

Source: PC Pitstop Data, Public Press

| No. | Name of Ripper |
|---|---|
| 252 | Wondershare DVD Ripper Platinum |
| 253 | X DVD Ripper |
| 254 | XCopy9 |
| 255 | Xilisoft DVD Ripper Platinum |
| 256 | Yasa DVD Ripper |
| 257 | ZC Video DVD Creator |