# Exhibit 3

Dockets.Justia.com

# 7 Tools for Ripping Your DVDs

**ARTICLE DATE:** 09.11.08

By Kyle Monson

The RealDVD announcement this week is big news, in that the software's DRM might actually convince Hollywood to let ordinary people back up their DVDs to their hard drives. Unfortunately, the resulting movie files are locked up tighter than Hannibal Lecter; you can play them on up to five licensed PCs, but you can't watch them on your iPod or other device. As such, RealDVD doesn't really give users what they want: a way to put their purchased movies on their PCs and move them to iPods, iPhones, PSPs, and network-attached devices. (*PC Mag* Editor-in-Chief Lance Ulanoff griped about this last year.)

www.dnaancestryproject.com Feedback - Ads by Google

Buzz up!
on Yahoo!

Essentially, we want the same freedom with DVDs that we have with CDs, and there are lots of DVD-ripping and file-converting tools online that give users that freedom. Many of the best ones are free or accept donations, and those are the ones we'll focus on here.

There are two categories of tools you'll need. The first are DVD rippers, which extract the video and audio files from DVDs and put them on your hard drive. Once there, you can use a DVD converter app to transcode the files to a format that's playable on your iPod, PSP, TiVo, Apple TV, or whatever other device you might be using.

We should note that *PC Magazine* does not condone any form of piracy: We aren't highlighting these DVD-ripping tools so that you can rip every Netflix movie that comes in the mail. But they're handy for backing up your purchased DVD collection and freeing up your movies so that you can watch them on the device of your choosing.

**DVD Decrypter**
This legendary DVD ripper was taken down in 2005, but you can still find downloadable copies of it floating around the Web. It's completely free, stable, and feature rich. DVD Decrypter isn't a one-stop, but pair it with the free Videora iPod Converter and you can easily get your movie into an iTunes-friendly format. From there, you can load it onto your iPod or iPhone. Note that because DVD Decrypter hasn't been supported in three years, it may not always work with the DRM on your DVDs, but it did work on our test DVDs.

**DVDFab HD Decrypter 5**
www.dvdfab.com/free.htm
The free version of this software works well for DVD-to-DVD copying or for backing up discs to your hard drive. But if you want more features than that, there are tons to be had with the paid versions. For $49.99, the Platinum version does absolutely everything you might need to do: cropping, volume control, and many more customization options. DVDFab Mobile Option costs just $19.99, and it optimizes your movies for iPods, PSPs, Zunes, PDAs, and more.

**DVDShrink**
www.dvdshrink.org

Once you've ripped a purchased DVD to your PC with one of the tools on this list, you might notice that the files are too big to burn back to a blank DVD. Use the free DVDShrink tool to compress the files so they'll fit on a normal optical disc. Then use your app of choice to burn the disc.

**HandBrake**
www.handbrake.fr
This cross-platform (once more for emphasis: a *cross-platform*) DVD ripper is open-source, free, and highly customizable. It optimizes DVDs and video files for just about every portable device you'd want to watch a movie on, plus devices like the Apple TV.

**MacTheRipper**
www.mactheripper.org
The popular MacTheRipper app excels at easy DVD ripping/extracting, getting files off your DVDs and onto your hard drive. Pair it with an app like HandBrake and you can then convert and optimize the files for playback on your device of choice.

**Videora Video Converter**
www.videora.com
Videora has developed a number of free video-conversion tools that are each specifically tailored to a device (Videora iPod Converter, Videora Xbox 360 Converter, Videora TiVo Converter, and others). They're all free (though there are ads that run in the app), and they're ridiculously easy to use—even video newbies will have an easy time using this software. You can convert files on your PC (including ripped files from DVDs) or convert videos from the Web.

**ImgBurn**
www.imgburn.com
There are countless apps to write images to discs, but ImgBurn stands out from the crowd. It has robust format support, ease of use, and a winning price (free!). Beyond burning, the app also makes images from discs, which is another good way to back up your optical media.

**Bonus: AfterDawn.com**
www.afterdawn.com
AfterDawn.com is an indispensable resource for anyone interested in keeping up on the latest multimedia hardware and software. If you're looking for new tools to try out, or if you want tips for using your existing multimedia tools, AfterDawn.com can help you out with its forums, downloads, and playback guides.

Copyright (c) 2009Ziff Davis Media Inc. All Rights Reserved.

**Linux.com**

Everything Linux and Open Source

## Choose the DVD ripper that's right for you

March 06, 2008 (9:00:00 AM) - 1 year ago

By: **Andrew Min**

Linux is sometimes belittled for having inferior applications, but that's simply not the case. Take DVD rippers, for example -- a plethora of them work on Linux machines. With so many to choose from, which is the best?

I performed three tests on five programs: HandBrakeGTK, AcidRip, dvd::rip, Thoggen, and VLC. The first test ripped a minute-long bonus feature (Yoda and some clones rapping) from the commercial *Star Wars Episode III: Revenge of the Sith* DVD (I *am* a geek). I performed the second test with the same scene, but with **libdvdcss2** (a DVD decryption program) installed. I performed the third test with a nonencrypted DVD that I burned myself (*Breakdown*, which is about 46 seconds long and available on **the Brickfilms site**. I used a Dell Dimension 4700 with 1GB of RAM and Kubuntu Gutsy 7.10, running as few other programs as possible. The output was (ideally) MP4 with H.264 compression at 30 frames per second (FPS) (dvd::rip did it in **Xvid**, AcidRip in **lavc**, Thoggen in **Ogg Theora**).

Ripping performance (minutes:seconds)

| | HandBrake | AcidRip | dvd::rip | Thoggen | VLC |
|---|---|---|---|---|---|
| **Star Wars DVD (encrypted)** | 2:28 | Didn't complete | Didn't complete | 11:00 | Didn't complete |
| **Star Wars DVD (encrypted, libdvdcss2)** | 2:42 | Didn't complete | 1:13 | 2:20 | VLC includes libdvdcss2 by default |
| **Breakdown (unencrypted)** | 2:28 | 0:30 | 0:52 | 1:54 | 0:13 |

### HandBrake and HandBrakeGTK

**HandBrake**, originally a BeOS DVD ripper licensed under the General Public License (GPL), gained popularity as a Mac app and was praised for its ease of use and power. About a year ago, developers created a fork known as MediaFork to add Windows and Linux ports. In March 2007 the two merged, and in April, HandBrake 0.8.5b1 was released with Windows, Macintosh, and Linux ports. Unfortunately, there's still no official Linux GUI (although there are rumors of a Qt-based GUI). That meant that for a long time, Linux users who weren't familiar with the command line couldn't use HandBrake. (We detailed how to use it in "**CLI Magic: Porting DVDs with HandBrake**"). Luckily, Jeffrey Kirk created a GTK-based GUI known as **HandBrakeGTK**.

HandBrakeGTK is definitely *not* one of the fastest rippers available. In fact, it was the slowest in almost every category. However, it and Thoggen are the only ones that sucessfully ripped the encrypted DVD *without* libdvdcss2. It also offers a ton of features. You can choose exactly which titles and chapters to rip, use presets, and much more. So if you don't care how slow it is as long as it just works, HandBrakeGTK is for you.

### AcidRip

Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page5 of 35

**AcidRip**, a powerful GTK2 interface to **MEncoder**, is one of the most feature-heavy rippers around. It includes lots of powerful utilities.

Rather disappointingly, AcidRip didn't rip the encrypted DVD with or without libdvdcss2. That's a real shame, because AcidRip has so much to offer. Its main strength is its overwhelming amount of features, though when you have a lot of features, it's easy to get confused. And since it can sucessfully rip only nonencrypted DVDs, AcidRip may not be for you.

## dvd::rip

**dvd::rip** may not have the most original name, but it deserves attention. It is, after all, one of the oldest and most well-known DVD ripping programs out there.

Like AcidRip, dvd::rip has tons of powerful features, such as projects, cluster control, and much more. This makes dvd::rip perfect for the power user, but leaves the basic user out in the cold. Additionally, dvd::rip couldn't rip the encrypted DVD without libdvdcss2 (though when it had libdvdcss2, it was the fastest). But if you don't mind installing libdvdcss2 and you consider the overwhelming amount of features good rather than bad, dvd::rip is right for you.

## Thoggen

If you dislike AcidRip and dvd::rip for being too confusing, check out **Thoggen**. It offers almost no features at all. All it lets you do is select the titles to rip, and then rips them to Ogg format.

Thoggen and HandBrakeGTK were the only apps to sucessfully rip the encrypted and the nonencrypted DVD. However, the encrypted DVD took a whopping 11 mintues without libdvdcss2 (with, it took a respectable 2:20). Still, if you're a basic user who's not comfortable with complicated GUIs, Thoggen's your best bet.

## VLC

**VLC** -- the media player that can play any format, encode anything, stream media, and wash dishes -- can also rip DVDs. Unfortunately, it's not the easiest task in the world to get it to do so -- check out this article on **how to rip DVDs with VLC**.

VLC's performance was pretty disappointing with the encrypted DVDs. Although libdvdcss2 was created by VideoLAN (the developers of VLC), VLC couldn't rip the commercial DVD. However, it was hands down the best for ripping nonencrypted DVDs, clocking in at the fastest speed by far. If you are going to be ripping only nonencrypted DVDs and don't mind the advanced configuration required, VLC is right for you.

## The best one

Each DVD ripper has its strengths and weaknesses. If you want to use a ripper without libdvdcss2 (which has questionable legality in some countries), HandBrake is your only option. If you don't mind installing the extra library, dvd::rip (for hard-core users) and Thoggen (for basic users) are the best options. And if you're just ripping old DVDs you burned yourself, give the speedy VLC or the powerful AcidRip a try.

Supported output formats

| HandBrake | AcidRip | dvd::rip | Thoggen | VLC |
|---|---|---|---|---|
| Audio Video Interleave | Audio Video | Audio Video | Ogg Media | Advanced Systems |

Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page6 of 35

| (AVI) | Interleave (AVI) | Interleave (AVI) | (OGM) | Format (ASF) |
| --- | --- | --- | --- | --- |
| Matroska Multimedia Container (MKV) | NuppelVideo (NUV) | Ogg Media (OGM) | | MPEG-2 |
| MPEG-4 (MP4) | QuickTime (MOV) | Super Vicdeo CD (SVCD) | | MPEG-4 (MP4) |
| Ogg Media (OGM) | MPEG-1 Audio Layer 3 (MP3) | | | Ogg Media (OGM) |
| Advanced Audio Coding (AAC) | | | | QuickTime (MOV) |
| MPEG-3 Audio (MP3) | | | | Free Loseless Audio Codec |
| Dolby Digital (AC3) | | | | Waveform Audio Format (WAV) |
| Ogg Vorbis (OGG) | | | | |

Read in the original layout at: **http://www.linux.com/feature/128105**

**Rip DVDs for Playback on Your iPhone, PSP, Xbox 360, PS3, AppleTV, or Any H.264-Enabled Player**
Created *2008-11-24 11:00*

RELATED ARTICLES

How To: Stream Any Video to Your Xbox 360, Playstation 3, and Nintendo Wii
How To: Organize and Tag your Videos

**News**

Computer Science College Enrollment on the Upswing
Microsoft Promises to go 30% Greener by 2012
Comcast Freezes Accounts After Thousands of User Passwords Found Online
Win a HP Mini 1001 Netbook in Our Twitter Contest!
Comcast, Sony Open Joint Retail Location

**SEE MORE NEWS**

FEATURES

# Rip DVDs for Playback on Your iPhone, PSP, Xbox 360, PS3, AppleTV, or Any H.264-Enabled Player

Posted 11/24/08 at 12:00:00 PM | by Will Smith

Comments Print Email

90 diggs
**digg it**

It's hard to believe in the iTunes era of blink-and-you-miss-them CD rips, but in the mid-90s, ripping a CD was a time-consuming process, fraught with peril. Ripping a single disc to 128kbps MP3 could take 8 hours on a 200MHz Pentium! Fast forward a decade, with faster hardware and better software and CD ripping is so mainstream your mom does it.

Ripping DVDs and transcoding the video stored within into more efficient formats involves an order of magnitude more scary math than ripping audio CDs. A machine that will rip the latest Miley Cyrus CD in moments could take hours to extract and convert your copy of AVP to an iPod-friendly format. However, with the right software, a quad-core equipped PC, and a little know-how, you can cut your disc rip time from hours to 20 or 30 minutes. There are still plenty of tricks and traps for first-time rippers, but we'll show you the basics, then walk you through the secrets of ripping power users everywhere.

However, the first thing you need to decide is simple: what player are you ripping your discs for? Are you ripping for a portable player, like the PSP or iPhone? Would you rather stream to device in your living room, like the Xbox 360, PS3, or Popcorn Hour? Are you simply interested in making an archival-quality DVD rips, in case you lose your collection? More likely, you're probably looking for a combination of all three of these things. We'll show you how to rip your DVD to a file suitable for streaming that consumes a fraction of the disk space of a DVD but maintains full video and audio quality. Then you can take that file, and convert it for whatever other devices you might have, like a PSP or an iPod. For the purposes of this story, we're going to focus on DVD rips. Getting ahold of unencrypted high-defintion video legally is still pretty tricky. We'll update with Blu-ray ripping info as ripping Blu-ray gets easier.

With the preliminaries out of the way, let's get started.

## Determining Your Target Player

There are several different factors that determine the compatibility of your ripped video files. The resolution of the video, the video and audio codecs, the container format used, and even more esoteric things like the framerate can affect whether your video will work on your device of choice. If you just rip discs as you need the content and then delete files afterward, simply rip to the target of choice. However, if you want to build an archive of ripped movies, we recommend that you use open, widely-supported codecs and containers at the native resolution of the DVD, and then transcode the files as you need them to lower resolutions and bitrates. Naturally, we'll show you how to do both.

Your player selection also impacts your choices when it comes to audio tracks and subtitle support. While the most common container formats, mp4 and mkv, support multiple track and subtitle streams in one file, few players will work with multiple audio tracks, and an even smaller subset will work with subtitles. That means you need to rip a single audio track—typically the main movie's English soundtrack—and burn the subtitles into the video, rather than leave them as separate streams inside the container.

Bitrate is a little trickier. Most hardware players will handle whatever bitrate you select, especially if they're designed for high-definition playback. Both consoles and the AppleTV support high-definintion files, so they're more than capable of playing DVD-resolution video at whatever bitrate you choose. However, the higher a bitrate you choose, the larger the file will be. From our testing, we found the sweet spot for most movies to be around 2000kbps average, but we cranked it up to 2500kbps for movies with a lot of action. If your hardware supports high-profile H.264 (Xbox 360, PS3, and the Apple TV do, but many portable players don't), you can get away with a lower bitrate. With

Case3:08-cv-04548-MHP   Document218-3   Filed03/19/09   Page9 of 35

1.5TB hard drives available for about $180 now, we'd rather rip at a too-high bitrate to ensure maximum quality video than save a few hundred MB of disk space.



We typically recommend ripping to the MP4 container, it's widely supported on both streaming devices and portables. Furthermore, the tools for manipulating the streams within the file are established and easy to use, which makes it easy to transcode your video to a less supported format for a specific player.

## A Word About Subtitles

Typically, DVDs include multiple subtitle streams that serve different purposes. Nearly every DVD has some English subtitles, even non-foreign language movies. It's important that you understand the difference between subtitles and closed captions. Subtitles are simply the dialog from the movie written across the bottom of the screen. Closed captions include subtitles, but they also include audio cues that help people with impaired hearing enjoy the movie fully.



While closed captions are present on almost every disc, many English-language movies also use subtitles to show what a character speaking a foreign language is saying. On some discs, these subtitles will be hidden in a separate stream, while in others, they'll be mixed in with the closed-captions, but marked so that the DVD player only shows the proper captions. Regardless, it's crucial that you get the proper subtitles for all the films you rip. Otherwise, you'll never know what Jabba or Greedo are saying in Star Wars, and watching a long expository scene in another language without the benefit of subtitles sucks.

In practice, the first English subtitle track is typically the one that includes subtitles and forced or otherwise, while the second subtitle track is the one that includes closed captions.

## Bypassing Copy Protection

The first thing you'll need to do when ripping a DVD is remove the copy protection. Most discs use a variant of the Content Scrambling System (CSS), but many also use other techniques to make it more difficult to extract the video from the disc. Although DVD ripping apps, like HandBrake and AutoMKV aren't updated as frequently as new copy protection schemes come out, there are a pair of utilities that are dedicated to stripping copy protection—AnyDVD (€49, www.slysoft.com) and DVD43 (free, www.dvd43.com).



Both apps do a fine job, although AnyDVD justifies its high price by bypassing new forms of encryption extremely quickly after they appear. Both of these apps serve as on-the-fly disc decrypters, stripping copy protection before your ripping utility or playback software even knows the disc is present. Want to rip an unencrypted disc to hard drive? It's as easy as copying the contents of the disc's VIDEO_TS file to your hard drive once you've installed AnyDVD or DVD43. Regardless, before we continue, you should install one or the other of these apps. AnyDVD is free to try for 30 days, while DVD43 is always free.



## Ripping Your First Disc

For simple, high-quality rips of any kind of content, it's tough to beat Handbrake. We like Handbrake for a few reasons—its built-in presets make it very easy for anyone to use, it does a good job of detecting the proper video, audio, and subtitle selections, and it has never failed to successfully rip a DVD, and we've ripped hundreds of discs.



To rip your first disc, drop it in your drive and click the Source button in the top-left corner of the Handbrake window. If you're using AnyDVD or DVD43, you can safely ignore the prompt asking for the location of VLC. If you aren't, you'll need to download VLC. Unless you have multiple optical drives, the disc in your DVD-ROM should be one of the listed options. If it's not, select the choose a folder option and navigate to your optical drive. Handbrake will take a minute or two to scan the contents of your disc, and will do its best to determine the appropriate titles and chapters on the disc. Handbrake's generally spot on for movie DVDs, although you'll probably need to manually select the proper chapters and titles for discs that contain TV shows (more on ripping TV shows here).



After Handbrake's familiarized itself with your disc, you need to select the proper output preset. For streaming to or playback on, the Apple Universal preset is terrific. It looks great, and works great on the iPhone, newer iPod Classics, and the Apple TV. For streaming to the PS3, Xbox 360, or pretty much anything else, we typically recommend a modified PS3 preset. If you don't care about the details, you can just choose Handbrake's default PS3 preset, which uses the H.264 video codec to encode your disc's video at its native resolution using 2500kbps variable bitrate that's also compatible with the Xbox 360. It automatically downmixes your disc's 5.1 audio to a 2.0 Dolby ProLogic II stream.

Once you've selected a preset, make sure that both the two-pass encode and the turbo first pass options are checked on the video tab. Then flip to the Audio/Subtitles tab and ensure the proper subtitle and audio selections are checked. If the movie includes some subtitles, you should select the first English subtitle track and check the Forced Subtitles Only box. If you're not sure, it's best to go ahead and check it. Don't worry, if the disc is mastered properly and there are no subtitles, it won't affect your rip at all. Once you're happy with your settings, you can press the + button in the preset window to save your profile (we recommend giving it a different default name than the others). Unfortunately, caption settings aren't saved in presets, so you have to manually set them each time you rip another disc.



Picture Settings | Video | Audio & Subtitles | Chapters | Advanced | Query Editor

Audio Tracks

| | Source | Audio Codec | Mixdown |
|---|---|---|---|
| 1: | 1 English (AC3) (5.1 ch) | AAC | Dolby Pro Logic II |
| 2: | None | | Automatic |
| 3: | None | | Automatic |
| 4: | None | | Automatic |

Subtitles

Subtitles: 1 English ☑ Forced Subtitles Only

Before you can start the encode, you need to tell Handbrake where to save the finished rip and what to call it. You can save the resulting file anywhere on your hard drive. Once you've done that, press the Start button, and your encode will start. Depending on the number of cores you have and the speed of your processor, encoding could take anywhere from 40 minutes to several hours.

## Ripping Multiple DVDs at Once

Because the transcoding process takes a lot of time and monopolizes your CPU, it's helpful to queue up several discs to be transcoded at a time when you're not using your PC. You can do this by copying the full DVDs to your hard disk and then queuing several movies in Handbrake to transcode one after the other.

Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page14 of 35

If you're using AnyDVD, you can start the DVD ripping tool by right clicking the tray icon and selecting rip DVD to hard disk. Tell the app where to save the disc's contents and click copy. You can do this for as many discs as you have hard disk space to hold. Then open Handbrake and click the source button. Point the app to the folder that you copied your discs to, and select the first one. Instead of selecting Start when you've selected the proper profile and tweaked your audio and subtitle settings, click Add to Queue. Repeat this for each disc you've copied to your hard drive, and press Encode when you're ready to start transcoding.

## Ripping TV Show DVDs

Ripping TV shows is a little trickier than ripping a single large movie, but it's similar to the procedure we just outlined for queuing multiple discs. Different studios use different techniques, but the basic idea is the same. First you need to load your DVD in Handbrake. Then, find the individual episodes in Handbrake's source section. The easiest way to to find episodes is to look at the playtime for each chapter or title. Typically 30 minute TV shows are around 23 minutes and hour-long shows are about 46 minutes. Once your settings are right and you've found the right titles, you can add each individual episode to the queue. Make sure you assign each one a unique name, or Handbrake will overwrite the old episodes as you rip new ones. After the episodes have been ripped, you'll need to make sure that each one is properly named, frequently the first title on the disc isn't the first one that's listed in the menus.

## Converting Your Ripped Files to Another Format

Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page15 of 35

By now you should have quite a few movies and TV shows ripped in a high-quality archival format. However, many devices won't play videos encoded at this resolution or bitrate. Lucky for us, Handbrake makes it easy to convert videos to other formats. All you need to do is load the video you want to convert using the Source menu, and then choose the appropriate preset or output settings for your player and transcoded away. You can even queue multiple files for conversion.

## Playback and Streaming

Now that you've ripped your DVD collection, how do you stream the videos into your living room? The easy way to stream MP4 files to your Xbox is to install the Zune Marketplace software, which you can download at Zune.net (whether you own a Zune or not). Once you add the videos to the Zune software and enable sharing, you'll be able to open them using any Xbox 360 on your home network.

Media sharing

DISABLE MEDIA SHARING WITH XBOX 360

Name your collection

will SET NAME

Share my:

- [x] Music
- [x] Video
- [x] Pictures

(•) Share with all available Xbox 360 systems

( ) Share only with these Xbox 360 systems:

More information about media sharing.

Case3:08-cv-04548-MHP   Document218-3   Filed03/19/09   Page16 of 35

If you want to stream to a PlayStation 3, it's a little more complex. Fortunately, we have a how-to that explains exactly how to use TVersity to stream video from your PC to your PS3, Xbox 360, or any other UPNP-enabled device. It can be a little tricky to get TVersity running properly, especially if you've installed a ton of codecs on your system.

We've also heard great things about PacketVideo (formerly known as TwonkyMedia). We haven't tested Twonky since the 4.4 version came out, but it has strong reviews from the community and might be worth trying out. It offers many features that are comparable to TVersity, and is reportedly easier to install and run to boot. If you've had trouble getting codecs working with TVersity in the past, PacketVideo is a great option.



If you just want to watch the videos on your PC, there are lots of options. If you have a recent version of WinDVD or PowerDVD, either of those apps should play the videos with hardware acceleration to boot. A good free alternative is VLC, which should play pretty much any video file you throw at it.Or, if you don't mind fiddling with lots of codec incompatibilities, you can install one of the codec packs that float around the Internet, like CCCP, and play your movies in Windows Media Player or Media Player Classic.



Now go enjoy your movie library!

COMMENTS:
46
TAGS:
Software, xbox, Blu-ray, dvd, ripping software, psp, ps3, iphone, Xbox 360, rip, hardware, handbrake, h.264, h264, appletv

Comments   Print   Email

**Source URL:**
http://www.maximumpc.com/article/features/rip_dvds_playback_your_iphone_psp_xbox_360_ps3_appletv_or_any_h264enabled_player

**Links:**
[1] http://www.maximumpc.com/user/willsmith
[2] http://www.maximumpc.com/files/u7/PSP-productshot.jpg
[3] http://www.maximumpc.com/files/u7/wmp-subtitles.jpg
[4] http://www.slysoft.com/
[5] http://www.dvd43.com
[6] http://www.maximumpc.com/files/u7/anydvd-info_0.jpg
[7] http://handbrake.fr
[8] http://www.maximumpc.com/files/u7/handbrake.jpg
[9] http://videolan.org/vlc
[10] http://www.maximumpc.com/files/u7/hb-rip-source-button-thickb.jpg
[11] http://www.maximumpc.com/files/u7/hb-rip-chapters.jpg
[12] http://www.maximumpc.com/files/u7/hb-twopass.jpg
[13] http://www.maximumpc.com/files/u7/hb-rip-subtitle.jpg
[14] http://www.maximumpc.com/files/u7/hb-rip-wait.jpg
[15] http://www.maximumpc.com/files/u7/hb-encodequeue.jpg
[16] http://www.maximumpc.com/files/u7/hb-rip-tv.jpg
[17] http://www.maximumpc.com/files/u7/hb-convert.jpg
[18] http://zune.net
[19] http://www.maximumpc.com/files/u7/zune.jpg
[20] http://www.maximumpc.com/article/streaming
[21] http://www.twonkyvision.de/
[22] http://tversity.com/
[23] http://www.maximumpc.com/files/u7/vlc-screen.jpg
[24] http://www.corel.com/servlet/Satellite/us/en/Product/1189528458632
[25] http://www.cyberlink.com/
[26] http://www.cccp-project.net/
[27] http://www.maximumpc.com/files/u7/mpc-image.jpg
[28] http://www.maximumpc.com/article/howtos/organize_and_tag_your_videos

-
  - home
  - reviews
  - news
  - downloads
  - cnet tv
- On TechRepublic: Five reasons why Windows Vista failed
-
  - log in
  - join CNET

- Windows
- Mac
- Mobile
- Webware

- Home
- Windows Downloads
- Video Software
- DVD Software
- A1 DVD Ripper

Ad Feedback



# A1 DVD Ripper 1.1.20

Download Now (1.86MB)

Tested spyware free

## Features

| | |
|---|---|
| **License:** | Free to try; $33.95 to buy |
| **Editor's Rating:** | 3.0 stars |
| **Average User Rating:** | 2.5 stars (out of 13 votes) Rate it! |
| **Downloads:** | 80,541 |
| **Operating Systems:** | Windows Vista, Windows 95, Windows Me, Windows XP, Windows 2000, Windows NT, Windows 98 |
| **Additional Requirements:** | Windows (all) |
| **Limitations:** | 50%-conversion trial |
| **Date Added:** | April 24, 2008 |
| **Previous Versions:** | Select a version |

**Add to my Watch List**

**Check your bandwidth**

sponsored by:
symantec.
Need Speed? Test Your Online Bandwidth Today!

## Publisher's description of A1 DVD Ripper

**From Topee Software:**

A1 DVD Ripper is tool for converting DVDs to VCD, SVCD, WMV, AVI (DivX) with excellent output quality. A1 DVD Ripper supports DivX, to compress/encode a full-length movie at near DVD-quality that's small enough to fit on a single CD. Built-in power multiplexing engine, A1 DVD Ripper support Hyperspeed DVD ripping without any loss of quality. A1 DVD Ripper has a nice and easy understandable user interface. It is suited for both veterans and beginners. It supports batch file processing. You can check the chapters or videos you want to convert and convert them one by one. A1 DVD Ripper can also split output file to specified size. You can also get AC3 audio files form DVD disc.



Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page20 of 35

Version 1.1.20 includes right-click menu enhancement.

**See more CNET content tagged:**

DVD, DivXNetworks, SVCD, VCD, chapter

Sponsored
QuickBooks Simple Start
Manage your small business finances.
Download Now

## Editor's review of A1 DVD Ripper

3.0 stars **"A1 DVD Ripper"**

Not that long ago, DVDs seemed wonderfully compact. Now, in the age of the 100GB hard drive, they look positively bulky. Enter the DVD ripper. As with similar programs, A1 DVD Ripper converts your space-consuming DVDs to relatively trim MPEG or AVI files. The straightforward interface offers a plethora of settings for advanced users. You can choose and configure the codec, and select chapters, subtitles, and audio tracks. The program performed adequately in our tests, though we missed the ability to preview chapters before converting them. We also found some aspects of A1 DVD Ripper Standard needlessly complicated. For instance, if you want to rip a movie to a file appropriate for burning to CD, you have to calculate the bit rate yourself. The demo lets you rip only 50 percent of a given movie--a common restriction for this sort of program. Overall, A1 DVD Ripper Standard has its strong points, but it's not much more helpful or convenient than some of its freeware competitors. Shop around.

## Most popular DVD Software downloads

1. **CyberLink PowerDVD** 43,616 downloads
2. **Windows Media Player (Classic)** 7,156 downloads
3. **Corel WinDVD** 5,241 downloads
4. **AoA DVD Ripper SE** 4,670 downloads
5. **Easy DVD Clone** 4,508 downloads
6. **See all DVD Software downloads**

Sponsored
Adobe Acrobat Professional
Compile different file types into one for easier sharing
Download Now

## User reviews

**Write your own review**

**Be the first one to review A1 DVD Ripper 1.1.20 and share your experience with the CNET community!**

## Submit your review

Log in or create an account to submit your review for:

**A1 DVD Ripper 1.1.20**

Do you use Facebook?

You can log into CNET using your Facebook account:

Connect with Facebook

**1. Rate this product:**
(Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:**
(Summarize your review in one line. 10 characters minimum; required.)
**0 of 55 characters**

**3. Pros:**
(Tell us what you like about this product. 10 characters minimum; required.)
**0 of 250 characters**

**4. Cons:**
(Tell us what you don't like about this product. 10 characters minimum; required.)
**0 of 250 characters**

**Bottom-line summary:**
(Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)
**0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited.
Click here to review our site terms of use.

**Submit**

You must be 13 years of age or older to submit personal information to CNET Networks. In compliance with the Children's Online Privacy Protection Act of 1998, CNET Networks does not accept name and e-mail address information from users who are under 13 years of age.

All submitted ratings and written comments become the sole property of CNET Networks, Inc. (CNET) and may be used at CNET Networks' sole discretion. Ratings and written comments are generally posted within two to four business days in batch groups, not in real time. However,

Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page22 of 35

CNET Networks reserves the right to remove or refuse to post any submission for any reason. You acknowledge that you, not CNET Networks, are responsible for the contents of your submission.

CNET Networks is not responsible for the content of the publisher's descriptions or user reviews on this site. We encourage you to determine whether this product or your intended use is legal. We do not encourage or condone the use of any software in violation of applicable laws. CNET Download.com does not sell, resell, or license any of the products listed on the site. We cannot be held liable for issues that arise from the download or use of these products.

▾ Ad Feedback

**Sponsored Links**

**DVD Ripper Review**
5 Best DVD Rippers Compared! Convert DVD to wmv, avi, mp4, etc
www.macdvdripper.biz

**DVD Ripper**
Easily extract your DVD movies to AVI, DivX or MPEG. Free to try!
dvdconverterpro.com

**Rip DVD to IPod**
500% FAST Rip Any DVD to IPod, Great Quality - It's Free Download!
www.dvdstoipod.com

▪

**Sponsored Links**

**ImTOO DVD Ripper Platinum**
Easy ripper for DVD, rip DVD to MP4 AVI, DivX, WMV, M4A, WMA, MP3 etc
www.imtoo.com

**DVD Rippers for MacOSX**
Convert DVD to Any Video Formats, such as MP4, AVI, WMV, 3GP, MP3
dvd-ripper.for-macs.com

**Roxio Creator 2009**
Backup or Play Your Music & Videos. Burn CDs & DVDs - Simple & Powerful
www.roxio.com

download
- Site map
- Help center
- Our software policies
- Newsletters
- Submit software

Popular topics
- Apple iPhone
- Apple iPod
- CES
- Cell phones
- Dell
- GPS

Other popular topics

CNET sites
- CNET Site map
- CNET TV
- Downloads
- News
- Reviews
- Shopper.com

Other CNET sites

More information
- Newsletters
- Corrections
- Customer Help Center
- RSS
- CNET Widgets
- About CNET

About CBS Interactive

- Popular on CBS sites:
- CES
- Spore
- iPhone 3G

- Paris Hilton
- Antivirus Software
- GPS
- Recipes
- MacWorld
- NFL

- ©2009 CBS Interactive Inc. All rights reserved.
- Privacy policy
- Terms of use
- Visit other CBS Interactive sites:

Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page25 of 35

-
    - home
    - reviews
    - news
    - downloads
    - cnet tv
- On GameSpot: Wii Fit tells 10-year-old she's fat
-
    - log in
    - join CNET

- Windows
- Mac
- Mobile
- Webware

- Home
- Windows Downloads
- Video Software
- DVD Software
- AoA DVD Ripper SE

Ad Feedback



# AoA DVD Ripper SE 5.1.9

Tested spyware free

## Features

| | |
|---|---|
| **License:** | Free to try; $34.95 to buy |
| **Editor's Rating:** | 4.0 stars |
| **Average User Rating:** | 3.0 stars (out of 113 votes) Rate it! |
| **Downloads:** | 1,548,492 |
| **Operating Systems:** | Windows Vista, Windows 95, Windows Me, Windows XP, Windows 2000, Windows NT, Windows 98 |
| **Additional Requirements:** | Windows 95/98/Me/NT/2000/XP/2003 Server/Vista |
| **Limitations:** | 10-minute ripping trial |
| **Date Added:** | October 03, 2008 |
| **Previous Versions:** | Select a version |

**Add to my Watch List**

**Check your bandwidth**

sponsored by:
symantec.
Need Speed? Test Your Online Bandwidth Today!

## Publisher's description of AoA DVD Ripper SE

**From AoA Media:**

AoA DVD Ripper provides a fast and easy way to convert your DVD movies or just the parts of the movie that you want. It copies in high quality AVI (DivX, XviD), WMV (Zune, Pocket PC), 3GP (Mobile), MP4 (iPod, PSP, Apple TV, and MP4 Player), Flash Video (*.flv),VCD (MPEG-1) and SVCD (MPEG-2) formats. It also extracts audio tracks from DVD movies. With AoA DVD Ripper, you can take your DVDs on the plane, train or automobile, watch them on your computer, laptop, Zune, iPod, PSP, pocket PC, mobile or MP4 player on vacation, at work or at school.

Version 5.1.9 supports new output format: FLV.

**See more CNET content tagged:**

AoA Media, DVD, MPEG-4, Microsoft Zune, SVCD

Sponsored
GoToMyPC 6.1

Get access to your PC no matter where you are.
Download Now

## Editor's review of AoA DVD Ripper SE

4.0 stars **"AoA is A-OK"**

AoA DVD Ripper sports an interface simple enough to use without consulting the Help file and powerful enough to batch rip DVDs and convert them for portable devices all in one fell swoop. It can also rip specific and user-defined scenes from movies, making it eminently useful in grabbing a particular scene for further study or enjoyment.

The spreadsheet layout is complemented not by tabs, as is the current style, but by helpful numbered buttons and steps. Export formats include the basics like AVI, WMV, and MPEG, as well as FLV, MP4, VCD, and SVCD. You can also use it to extract audio tracks, great for grabbing those memorable quotes. The audio codec used is user-determined, as is the video codec, giving the solid program a bit of a boost in the customization department. You can also set the aspect ratio and tweak other settings if need be.

Users have noted that their customer service has been quick and responsive in the past, and that the registration code works for at least several upgrades--if not longer. All of this makes AoA a highly recommended DVD ripper. Hopefully future editions will support the nascent Blu-ray and AoA will make it to the next generation of movie lovers.

## Most popular DVD Software downloads

1. **CyberLink PowerDVD** 43,616 downloads
2. **Windows Media Player (Classic)** 7,156 downloads
3. **Corel WinDVD** 5,241 downloads
4. **AoA DVD Ripper SE** 4,670 downloads
5. **Easy DVD Clone** 4,508 downloads
6. **See all DVD Software downloads**

Sponsored
Tabrio
Make long distance calls from your phone or PC
Download Now

## User reviews

**Average user rating:**
**3.4 stars**
out of 113 votes

**My rating:**
**0 stars**
**Write review**

**Showing 5 of 15 user reviews** See all 15 user reviews

**This software version** | All versions

Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page28 of 35
0 out of 1 people found this review helpful

3 stars

Version: AoA DVD Ripper SE 5.1.9

## "good in working!"

by torami on February 17, 2009

**Pros:** good in working!

**Cons:** good in working!

**Was this review helpful?** YES | NO

**Reply to this review**

3 stars

Version: AoA DVD Ripper SE 5.1.9

## "Good until it started causing crashes"

by plainslupe on February 9, 2009

**Pros:** Easy to use
Can select multiple files to convert
Can select specific parts of movie to convert
Multiple formats

**Cons:** Very slow ripping/converting
Has led to multiple crashes

**Summary:** I really liked this product at first, for small projects. However, when I got a Zune for Christmas, I began ripping/converting many DVDs (both movies and tv shows); I probably completed about two dozens videos. Now, my computer can't seem to handle ... **read more >>**

**Was this review helpful?** YES | NO

**Reply to this review**

4 stars

Version: AoA DVD Ripper SE 5.1.9

## "Relaible for converting movies to mpeg4 for ipod Touch."

by tcokkinias on January 30, 2009

**Pros:** Reliable performance. Picture quality is good on conversions.

**Cons:** A bit slow for conversions, but faster than other programs I tried.

**Was this review helpful?** YES | NO

**Reply to this review**

5 stars

Version: AoA DVD Ripper SE 5.1.9

## "This is exactly what I was looking for."

by DannyMulzet on January 28, 2009

**Pros:** The conversion of the video clips ripped from my favorite dvd movies was problem-free and I can see them anytime on my iPod. Nice job.

**Cons:** none so far.

**Was this review helpful?** YES | NO

**Reply to this review**

**2 stars**

Version: AoA DVD Ripper SE 5.1.9

**"Not attractive"**

by joroni on January 27, 2009

**Pros:** need amendments

**Cons:** need amendments

**Was this review helpful?** YES | NO

**Reply to this review**

**Write review** See all 15 user reviews

## Submit your review

Log in or create an account to submit your review for:

**AoA DVD Ripper SE 5.1.9**

Do you use Facebook?

You can log into CNET using your Facebook account:

Connect with Facebook

**1. Rate this product:**
(Mouse over the stars to rate this product and click to set your rating.)

**2. One-line summary:**
(Summarize your review in one line. 10 characters minimum; required.)
**0 of 55 characters**

**3. Pros:**
(Tell us what you like about this product. 10 characters minimum; required.)
**0 of 250 characters**

**4. Cons:**
(Tell us what you don't like about this product. 10 characters minimum; required.)
**0 of 250 characters**

**Bottom-line summary:**
(Explain to us in detail why you like or dislike the product, focusing your comments on the product's features and functionality, and your experience using the product. This field is optional.)
**0 of 5000 characters**

The posting of advertisements, profanity, or personal attacks are prohibited.
Click here to review our site terms of use.

**Submit**

You must be 13 years of age or older to submit personal information to CNET Networks. In compliance with the Children's Online Privacy Protection Act of 1998, CNET Networks does not accept name and e-mail address information from users who are under 13 years of age.

All submitted ratings and written comments become the sole property of CNET Networks, Inc. (CNET) and may be used at CNET Networks' sole discretion. Ratings and written comments are generally posted within two to four business days in batch groups, not in real time. However, cknowledge that you, not CNET Networks,

:his site. We encourage you to determine ›ftware in violation of applicable laws. ›t be held liable for issues that arise from

**Sponsored Links**

**DVD Ripper Review**
5 Best DVD Rippers Compared! Convert DVD to wmv, avi, mp4, etc
www.macdvdripper.biz

**DVD to IPod Converter**
Convert DVD to IPod - 500% FAST, Great Quality - It's Free Download!
www.dvdstoipod.com

**DVD Ripper**
Easily extract your DVD movies to AVI, DivX or MPEG. Free to try!
dvdconverterpro.com

■

**Sponsored Links**

**Windows XP Cleaner**
Clean, Repair and Optimize your PC Takes 3 Mins. Free Download
www.pcfixscan.com

**DVD To Zune - Warning**
You Need To See This Before You Pay For Any DVD To Zune Software
eproduct-guides.org

**Video Converting Software**
AVI MPEG DVD WMV MOV 3GP MP4 ASF SWF MKV FLV DAT MPG DIVX
www.avs4you.com

download

- Site map
- Help center
- Our software policies
- Newsletters
- Submit software

Popular topics

- Apple iPhone
- Apple iPod
- CES
- Cell phones
- Dell

GPS

Other popular topics

CNET sites

CNET Site map
CNET TV
Downloads
News
Reviews
Shopper.com

Other CNET sites

More information

Newsletters
Corrections
Customer Help Center
RSS
CNET Widgets
About CNET

About CBS Interactive

- Popular on CBS sites:
- CES
- Spore
- iPhone 3G
- Paris Hilton
- Antivirus Software
- GPS
- Recipes
- MacWorld
- NFL

- ©2009 CBS Interactive Inc. All rights reserved.
- Privacy policy
- Terms of use
- Visit other CBS Interactive sites:

Select Site
GO



***AllDigitalGuide*** **- DVD Copy Software Reviews**

Dragon
Speech recognition 3 times faster than typing - with up to 99% accuracy!
NaturallySpeaking 10 Preferred

**Special Offers**

10% Off Pinnacle Studio Ultimate with code 12STUL10 . Powerful video editing including powerful film FX and plugins.

***AllDigitalGuide.com***
**DVD Copy Software Reviews**

Product List
Home

**DVD Copy Tools**
1Click DVD Copy **Best**
DVDNextCopy **Best**
Clone DVD Slysoft **Best**
DVDFab **Best**
DVD Cloner
Clone DVDXStudios
CopytoDVD
DVD Copy for Mac
Corel DVD Copy
Toast - Mac OSX
CopytoDVD
DVDXGold

Web Site
About Us
Contact Us
Privacy Policy

**VSO Software CopyToDVD - DVD Copy Software** is a new generation tool to backup your music, games, movies, video, photos and data files.

## DVD Copy Software

COPYtoDVD 4

**CopyToDVD4**

**~~$39.99~~ Reduced to $35.99 Buy Now**

**10% Off**

More Information

Convert
DVD

**ConvertXtoDVD (formerly DivXToDVD)**

**~~$49.99~~ Reduced to $44.99 Buy Now**

**10% Off**

More Information

Medifast
Now get 2 weeks FREE
From the only program recommended by 15,000 doctors
click here

Ads by Google
Copy to DVD
Burn DVD Free
DVD Rip
DVD Burning

**CopytoDVD DVD Copy Software Review**

**CopyToDVD DVD Copy Software** is our most complete recording suite.

**CopyToDVD** is a new generation tool to backup your music, games, movies, video, photos and data files.

CopyToDVD provides you with a variety of ways to create CD(s) or DVD(s), such as integration to shell, user friendly front end or FileDepot technology. With just a few clicks you can burn files, folders, pictures or photos, and music (MP3 Ogg Vorbis WMA Flac ) to CD DVD.

CopyToDVD uses a smart data analyzer which suggests the best output format (audio CD, DVD Video...).

CopyToDVD is very user friendly. No more time wasting on fussy, complicated interfaces. If you are a developer, you can use CopyToDVD to add a burning feature to your application.

CopyToDVD supports CD-R(W), DVD-R(W), and DVD+R(W) and DVD-RAM writers but also double layer DL R9 new format ( 9 Gb on a DVD ). It is compatible with Windows 98/Me/2000/XP/.NET. Furthermore you can contact the team support for assistance on your problems or advices.

For developers, CopyToDVD can be integrated in any application. CopyToDVD is the unique way to add burning and save-to-media features.

**Key features:**

- Audio: Create Audio CDs from MP3, WMA, Ogg Vorbis, MusePack and APE file formats.
- Data: Create CD (s) and DVD (s) using ISO/Joliet/UDF. Multi session feature allows you to add to your media in stages.
- Video: Create high quality DVD Video backups to be played on your PC or home DVD player. Copy DVD video with high playability.
- Settings: Customize the way you wish to use the software by the large number of settings available.

- Open architecture : Recording Hub works with 3rd party applications such DVD2One, Nero Recode, DVD Shrink, 1 Click DVD Copy etc.
- Compatibility: Supports any CD or DVD writer.
- Developers: Add a CD or DVD burning feature to your application using the batch/command line mode of CopyToDVD (complete SDK on request)
- Latest technologies including Over burning, Double Layer, HD-Burn
- Multilingual support

**Screenshots**

[Click to enlarge]

[Click to enlarge]

[Click to enlarge]

[Click to enlarge]

[Click to enlarge]

**CopyToDVD4**

**~~$39.99~~ Reduced to $35.99 Purchase Now**

**Full Product List**

**CopyToDVD4** More Information

**~~$39.99~~ Reduced to $35.99 Purchase Now**

**ConvertXtoDVD** More Information

**~~$49.99~~ Reduced to $44.99 Buy Now**

**PhotoDVD** More Information

**~~$34.99~~ Reduced to $31.49 Purchase Now**

**Photo Image Resizer** More Information

**~~$14.99~~ Reduced to $13.49 Purchase Now**

CopytoDVD4 by VSO Software Top DVD Copy Software Review 10% Off Page 3 of 3
Case3:08-cv-04548-MHP Document218-3 Filed03/19/09 Page35 of 35

**Full Product List**

BlindWrite
ConvertXtoDVD
CopyToDVD
PhotoDVD

**Special Offers**

Get your refund in as little as 9 days. E-file with TurboTax today. It"s Easy

More
Streaming
with
Click Here to Try

1CLICK
DVD COPY 5

Affordable Blu-ray
video authoring!
creator
LEARN MORE

Product List DVD Copy Converter Ripper Photo Editor Video Editor iPod Zune

Animation Audio Recorder Region Free Link

http://www.alldigitalguide.com/copytodvd.htm 3/17/2009