Realnetworks, Inc., et al v. DVD Copy Control Association, Inc. et al — Doc. 218 Att. 4
Case3:08-cv-04548-MHP   Document218-5   Filed03/19/09   Page1 of 2

```
 1  JAMES A. DiBOISE, State Bar No. 83296
     Email: jdiboise@wsgr.com
 2  COLLEEN BAL, State Bar No. 167637
     Email: cbal@wsgr.com
 3  MICHAEL A. BERTA, State Bar No. 194650
     Email: mberta@wsgr.com
 4  TRACY TOSH LANE, State Bar No. 184666
     Email: ttosh@wsgr.com
 5  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
 6  One Market Street
    Spear Tower, Suite 3300
 7  San Francisco, CA 94105

 8  Attorneys for Plaintiffs and
    Counterclaim Defendants
 9  REALNETWORKS, INC. and
    REALNETWORKS HOME
10  ENTERTAINMENT, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>            C08 04719 MHP<br><br>**NOTICE OF MANUAL FILING**<br><br>**EXHIBIT 5 TO GERBRANT DECLARATION IN SUPPORT OF REALNETWORKS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION** |
| AND RELATED CASES | |

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

## NOTICE OF MANUAL FILING

Regarding:

<u>CONFIDENTIAL VERSION:</u>

**EXHIBIT 5 TO GERBRANT DECLARATION IN SUPPORT OF REALNETWORKS' OPPOSITION TO PRELIMINARY INJUNCTION MOTION**

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated:  March 19, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Tracy Tosh Lane
Tracy Tosh Lane

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.