# Exhibit 6





- Home Page
- Radio Listeners
- Pitstop Store
- Newsletter info

**Tests and Scans**
- OverDrive NEW
- Full Tests
- **Optimize 2.0** NEW
- Internet Speed
- **Spyware Scan**
- AntiVirus
- Running Programs
- **Driver Alert**
- Data Profiler
- **Disk Health** NEW
- Check ActiveX
- Vista Readiness

**Info Centers**
- Help & Support
- Battling Spyware
- Gator / Claria
- Privacy & ID Theft
- MaxPC Performance
- PC Safety
- The Pit Blog
- PC Market Trends
- About Us

**Free Help Forums**
- Forums Home
- Fix My PC
- Internet Tests
- Viruses & Spyware
- Site Feedback

# DVD Copying Tools Software Trends

The PC has provided the ability for users to make, edit and copy of all types of digital information. PC Pitstop Research took a look at the prevalence of DVD decryption and ripping software found on the PCs running the analytical tests on our website. This type of software makes it possible for a PC user to decrypt and rip a DVD movie onto their hard drive or other digital media. A search of the Internet for DVD coping software reveals a variety of both freeware and commercial applications that a user can use to create backups of their DVD movies. Approximately 15% of the PCs visting our web site have at least one of the DVD decryption and ripping applications installed.

A July 2007, New York Times article reported that few people copy DVDs. The article sited the research of The NPD Group, a group that has monitored the behavior of 12,000 Americans with software on their computers, that found "Only about 1.5 percent of those even have DVD ripping software. And 2/3 of them used it in the first quarter of this year."

**Overall Prevalence of DVD Decrypt and Rip Software Applications**

**Research Index**
- Research Home
- Digital Media Report
- Our Methodology
- Contact Us

**Survey Results**
- Drivers
- You and Your PC
- SPAM and Phishing
- Windows Accessories
- Online Video
- Obsolescence
- PC Gaming
- Vista
- Printers
- Storage & Backup
- Passwords
- PC Safety
- Wireless Network
- Digital Music
- Keyboard Shortcuts
- Past Drawing Winners

**General Trends**
- Processor
  - Avg. CPU Speeds
  - CPU MHz Ranges
  - AMD/Intel
  - Intel Market Share
- Memory
  - Avg. Memory
  - Memory Ranges
- Drives
  - Avg. Hard Drive
  - Optical Drives
- Operating Systems
  - Windows OS Version
  - XP Market Share
- Internet Connection



Dialup vs. Broadband
Bandwidth Ranges
Video and Displays
Video Resolution
Wide Screen Displays
**Crosstabs**
Location
Expertise
PC Type
Global Region



**Prevalence of Top DVD Decrypt and Rip Software Applications**



Want to see more? **Contact us** for information about our customized research services.

Home | Our Legal Stuff | Privacy Policy | Press | Our Store | Link to Us
Testimonials | Customer Service | Support PC Pitstop | Printable Page