1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (I) THE UNREDACTED VERSION OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION; (II) THE UNREDACTED VERSIONS OF THE DECLARATIONS OF PHIL BARRET, JAMES BRENNAN, JEFFREY BUZZARD, AND JEFFREY CHASEN; AND (III) VARIOUS EXHIBITS TO DECLARTIONS IN SUPPORT OF THE OPPOSITION** |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

Dockets.Justia.com

**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (c), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") respectfully request an order to file under seal the following documents:

(1) The unredacted version of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction ("Opposition");

(2) The unredacted version of the Declaration of Phil Barrett in Support of RealNetworks, Inc. and RealNetworks Home Entertainment Inc.'s Opposition to Motion for Preliminary Injunction ("Declaration of Barrett");

(3) The unredacted version of the Declaration of James Brennan in Support of RealNetworks, Inc. and RealNetworks Home Entertainment Inc.'s Opposition to Motion for Preliminary Injunction ("Declaration of Brennan");

(4) The unredacted version of the Declaration of Jeffrey Buzzard in Support of RealNetworks, Inc. and RealNetwoks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction ("Declaration of Buzzard");

(5) The unredacted version of the Declaration of Jeff Chasen in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction ("Declaration of Chasen");

(6) Exhibits 1-62 to the Declaration of Christopher Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction;

(7) Exhibit 5 to Larry Gerbrandt Declaration in Support of RealNetworks' Opposition to Preliminary Injunction Motion;

(8) Exhibit A to Declaration of Matthew A. Bishop, Ph.D. in Support of RealNetworks, Inc. and RealNetworks Home Entertaint, Inc.'s Opposition to Motion for Preliminary Injunction;

1          (9)     Exhibit B to Declaration of Matthew A. Bishop, Ph.D. in Support of
2 RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for
3 Preliminary Injunction;
4          (10)    Exhibit A to Declaration of Edward W. Felten in Support of RealNetworks, Inc.
5 and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction;
6          (11)    Exhibit B to Declaration of Edward W. Felten in Support of RealNetworks, Inc.
7 and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction;
8          (12)    Exhibit A to Declaration of Douglas Dixon in Support of RealNetworks, Inc. and
9 RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction; and
10         (13)    Exhibit B to Declaration of Douglas Dixon in Support of RealNetworks, Inc. and
11 RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction.

         A "compelling reason" exists to seal these documents. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts and warrant materials, "[a] party seeking to seal a judicial record. . .bears the burden of overcoming the 'compelling reasons' standard"). Trade secrets and other confidential research, development, or commercial information may properly be protected by the court. *See* Fed.R.Civ.P. 26(c).

         Here, the redacted portions of the documents and the exhibits filed under seal contain RealNetworks' propriety business, technical and trade secret information relating to RealDVD and the New Platform. Further, they contain propriety business, technical and trade secret information of the defendants and third parties. Additionally, much of the material has been designated "confidential" or "highly confidential" under the stipulated protective order governing this action.

         RealNetworks has made conscientious efforts to redact and seal only the confidential or highly confidential material necessary to protect its sensitive business, technical or personal information, as well as the sensitive information of the other parties. Thus, this Administrative Motion to Seal is narrowly tailored to preserve the public's interest in accessing judicial records. *Kamakana*, 447 F.3d at 1178. Redacted versions of the Opposition and supporting materials

1  have been publicly filed with the Court.  Therefore, the Court should grant this administrative
2  motion.
3         As required by Civil Local Rule 79-5(b), RealNetworks has lodged with the Clerk copies
4  of above-mentioned exhibits.  Further, as required by Civil Local Rule 79-5(c), RealNetworks
5  has provided redacted versions of the Opposition, and the Declarations of Barrett, Brennan,
6  Buzzard, and Chasen that can be in the public record if the Court grants the sealing order.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/
         Leo Cunningham

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.