JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) UNREDACTED VERSION OF REALNETWORKS REPLY IN SUPPORT OF MOTION TO PRECLUDE CLAIMS BASED ON NON-CSS TECHNOLOGIES OR, ALTERNATIVELY, TO CONTINUE THE PRELIMINARY INJUNCTION HEARING, AND FOR THE APPOINTMENT OF A DISCOVERY REFEREE; AND (2) EXHIBITS A-C, INCLUSIVE TO THE SUPPLEMENTAL DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS MOTION TO PRECLUDE OR CONTINUE |
| AND RELATED CASES | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which motion was filed on February 5, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks' Reply in Support of Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee ("Reply"), lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.[1]

IT IS FURTHER ORDERED that Exhibits A through C, inclusive, to the Supplemental Declaration of Tracy Tosh Lane in Support of Plaintiffs' and Counterclaim Defendants' Motion to Preclude or Continue, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

It is so ORDERED.

_____
The Hon.
United S
Judge Marilyn H. Patel

IT IS SO ORDERED

Submitted by:

 /s/ Tracy Tosh Lane
Tracy Tosh Lane
WILSON SONSINI GOODRICH & ROSATI
One Market, Spear Tower, Suite 3300
San Francisco, CA 94105
Telephone: 415-947-2000
Facsimile:  415-947-2099
Email: ttlane@wsgr.com

*Attorneys for Plaintiffs and Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.*

---

[1] The Court notes that the redacted, public version of the Reply was filed on February 2, 2009 at docket entry number 117.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1