```
1  JAMES A. DiBOISE (SBN 83296)
   jdiboise@wsgr.com
2  LEO CUNNINGHAM (SBN 121605)
   lcunningham@wsgr.com
3  COLLEEN BAL (SBN 167637)
   cbal@wsgr.com
4  MICHAEL A. BERTA (SBN 194650)
   mberta@wsgr.com
5  TRACY TOSH LANE (SBN 184666)
   ttosh@wsgr.com
6  WILSON SONSINI GOODRICH &
      ROSATI PC
7  One Market Street, Spear Tower, Suite 3300
   San Francisco, CA  94105
8  Tel: (415) 947-2000
   Fax: (415) 947-2099
9
   Attorneys for Plaintiffs
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>　　　　　　　　Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>　　　　　　　C08 04719 MHP<br><br>**PROOF OF SERVICE**<br><br>Date:　April 1, 2009<br>Time:　9:00 a.m.<br>Dept.:　15 |

PROOF OF SERVICE
CASE NOS:  C08 04548 MHP
　　　　　　C08 04719 MHP

3633120_1.DOC

I, Adrienne Baranski, declare:

I am employed in the City and County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is Wilson Sonsini Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

On this date, I served:

**REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** *(FILED UNDER SEAL)*; and

**DECLARATION OF CHRISTOPHER F. NELSON IN SUPPORT OF PLAINTIFFS REALTNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** *(FILED UNDER SEAL)*

☐ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the person(s) listed below.

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the person(s) listed below.

☒ By consigning the document(s) by hand delivery on this date to the person(s) listed below.

**SEE ATTACHED SERVICE LIST**

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the person(s) listed below.

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below.

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on March 20, 2008.

/s/Adrienne Baranski
Adrienne Baranski

PROOF OF SERVICE
CASE NOS: C08 04548 MHP
            C08 04719 MHP

-1-

3633120_1.DOC

**SERVICE LIST**

| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>  & FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br><br>Attorneys for Defendant<br>**DVD COPY CONTROL ASSOCIATION, INC** | REBECCA G. LYNCH (SBN 230078)<br>Rebecca.Lynch@mto.com<br>**MUNGER TOLLES & OLSON LLP**<br>560 Mission Street<br>27th Floor<br>San Francisco, California 94105<br>Tel:  (415) 512-4000<br>Fax:  (415) 512-4077<br><br>Attorneys for Defendants<br>**PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., and VIACOM, INC.** |