| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14-16 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| 17 | Plaintiffs, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) UNREDACTED VERSION OF REALNETWORKS MOTION TO PRECLUDE CLAIMS BASED ON NON-CSS TECHNOLOGIES OR, ALTERNATIVELY, TO CONTINUE THE PRELIMINARY INJUNCTION HEARING, AND FOR THE APPOINTMENT OF A DISCOVERY REFEREE; AND (2) EXHIBITS E-H, INCLUSIVE TO THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF PLAINTIFFS' AND COUNTERCLAIM DEFENDANTS MOTION TO SHORTEN TIME AND MOTION TO PRECLUDE OR CONTINUE |
| 18 | v. | |
| 19-24 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 25 | Defendants. | |
| 27 | AND RELATED CASES | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which motion was filed on February 5, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks' Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee ("Motion to Preclude or Continue"), lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.[1]

IT IS FURTHER ORDERED that Exhibits E through H, inclusive, to the Declaration of Tracy Tosh Lane in Support of Plaintiffs' and Counterclaim Defendants' Motion to Shorten Time and Motion to Preclude or Continue, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

It is so ORDERED.



Submitted by:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JAMES DIBOISE
LEO CUNNINGHAM
COLLEEN BAL
MICHAEL BERTA
TRACY TOSH LANE

By: ___/s/_____

---

[1] The Court notes that the redacted, public version of the Motion to Preclude or Continue was filed on January 26, 2009 at docket entry number 104.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1

1 | Tracy Tosh Lane
2 | ttlane@wsgr.com
3 | Attorneys for Plaintiffs and Counterclaim Defendants
    REALNETWORKS, INC. AND
    REALNETWORKS HOME
4 |    ENTERTAINMENT, INC.