1  LEO CUNNINGHAM (SBN 121605)
   Email: lcunningham@wsgr.com
2  COLLEEN BAL (SBN 167637)
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA (SBN 194650)
   Email: mberta@wsgr.com
4  TRACY TOSH LANE (SBN 184666)
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI PC
   One Market Street, Spear Tower, Suite 3300
6  San Francisco, CA 94105
   Bus: (415) 947-2000
7  Fax: (415) 947-2099

8  Attorneys for Plaintiffs
   REALNETWORKS, INC. and
9  REALNETWORKS HOME ENTERTAINMENT

10

11                 UNITED STATES DISTRICT COURT

12                 NORTHERN DISTRICT OF CALIFORNIA

13

| | |
|---|---|
| 14  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME 15  ENTERTAINMENT, INC., a Delaware corporation,<br>16                          Plaintiffs,<br>17         v.<br>18  DVD COPY CONTROL ASSOCIATION, INC., a 19  Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; 20  PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a 21  Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC 22  UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware 23  corporation; and VIACOM, Inc., a Delaware Corporation,<br>24                          Defendants.<br>25<br>26  AND RELATED CASES | Case Nos. C08 04548 MHP;<br>         C08 04719 MHP<br><br>**NOTICE OF WITHDRAWAL OF MOTION TO DISMISS DVD COPY CONTROL ASSOCIATION, INC'S SECOND COUNTERCLAIM**<br><br>Before:  Honorable Marilyn H. Patel<br><br>Date:   March 23, 2009<br>Time:   2:00 p.m.<br>Dept:   Courtroom 15 |

27

28

WITHDRAWAL NOTICE RE MTN TO DISMISS DVD 'S                                        3633500_1.DOC
SECOND COUNTERCLAIM
CASE NOS. C08 04548 MHP; C08 0417 MHP

Dockets.Justia.com

Plaintiffs and Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") hereby withdraw their Motion to Dismiss DVD Copy Control Association's Second Counterclaim, which motion is currently scheduled to be heard on Monday, March 23, 2009 at 2:00 pm. Related issues are now raised in the parties' briefing on the DVD CCA's motion for preliminary injunction, which will be before the Court shortly. As a result, Real does not believe that the same issues need to be considered separately in the Motion to Dismiss.

Counsel for Real has contacted counsel for the DVD CCA, and they do not oppose this withdrawal.

Dated: March 20, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Colleen Bal
       Colleen Bal

Attorneys for Plaintiffs
REALNETWORKS, INC. and
REALNETWORKS HOME ENTERTAINMENT