# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: March 23, 2009

Case No.   C 08-4548  MHP            Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: Michael Benta, Don Scott, William Way, Robert Kimball
            Dft: Rohjit Singhla, Reginald Steer, Bart Williams

Deputy Clerk: Anthony Bowser   Court Reporter: Margo Garule

## PROCEEDINGS

1)  Plaintiffs' Motion to Preclude Claims

2)  Defendants' Motion to Dismiss/Sanctions

3)  

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Defendants' Motion to Dismiss/Sanctions withdrawn; Preliminary Injunction hearing reset to 4/24/2009, 4/28/2009, and 4/29/2009 at 9:00 am;

Requested briefing to be completed by 4/10/2009; Witness lists to be filed by 3/26/2009, 4/1/2009; Each side allowed 15 min/side opening statements;