1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15 REALNETWORKS, INC., a Washington           Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                    C08 04719 MHP
   ENTERTAINMENT, INC., a Delaware
16 corporation,                               [PROPOSED] ORDER GRANTING
                                              ADMINISTRATIVE MOTION FILING
17                 Plaintiffs,                UNDER SEAL (I) THE UNREDACTED
                                              VERSION OF REALNETWORKS, INC.
18         v.                                 AND REALNETWORKS HOME
                                              ENTERTAINMENT, INC.'S
19 DVD COPY CONTROL ASSOCIATION, INC., a      OPPOSITION TO MOTION FOR
   Delaware nonprofit corporation, DISNEY     PRELIMINARY INJUNCTION; (II) THE
20 ENTERPRISES, INC., a Delaware corporation; UNREDACTED VERSIONS OF THE
   PARAMOUNT PICTURES CORP., a Delaware       DECLARATIONS OF PHIL BARRETT,
21 corporation; SONY PICTURES ENTER., INC., a JAMES BRENNAN, JEFFREY
   Delaware corporation; TWENTIETH CENTURY    BUZZARD, AND JEFFREY CHASEN;
22 FOX FILM CORP., a Delaware corporation; NBC AND (III) VARIOUS EXHIBITS TO
   UNIVERSAL, INC., a Delaware corporation;   DECLARATIONS IN SUPPORT OF THE
23 WARNER BROS. ENTER. INC., a Delaware       OPPOSITION
   corporation; and VIACOM, Inc., a Delaware
24 Corporation,

25                 Defendants.

26

27 AND RELATED CASES

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

Dockets.Justia.com

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on March 19, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Phil Barrett in Support of RealNetworks, Inc. and RealNetworks Home Entertainment Inc.'s Opposition to Motion for Preliminary Injunction, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of James Brennan in Support of RealNetworks, Inc. and RealNetworks Home Entertainment Inc.'s Opposition to Motion for Preliminary Injunction, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Jeffrey Buzzard in Support of RealNetworks, Inc. and RealNetwoks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Jeff Chasen in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that Exhibits 1 through 62 to the Declaration of Christopher Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1

1    IT IS FURTHER ORDERED that Exhibit 5 to the Larry Gerbrandt Declaration in Support of RealNetworks' Opposition to Preliminary Injunction Motion, which exhibit was lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

IT IS FURTHER ORDERED that Exhibit A to Declaration of Matthew A. Bishop, Ph.D. in Support of RealNetworks, Inc. and RealNetworks Home Entertaint, Inc.'s Opposition to Motion for Preliminary Injunction, which exhibit was lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

IT IS FURTHER ORDERED that Exhibit B to Declaration of Matthew A. Bishop, Ph.D. in Support of RealNetworks, Inc. and RealNetworks Home Entertaint, Inc.'s Opposition to Motion for Preliminary Injunction, which exhibit was lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

IT IS FURTHER ORDERED that Exhibit A to Declaration of Edward W. Felten in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, which exhibit was lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

IT IS FURTHER ORDERED that Exhibit B to Declaration of Edward W. Felten in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, which exhibit was lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

IT IS FURTHER ORDERED that Exhibit A to Declaration of Douglas Dixon in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, which exhibit was lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

IT IS FURTHER ORDERED that Exhibit B to Declaration of Douglas Dixon in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for

1  Preliminary Injunction, which exhibit was lodged with the Court pursuant to Civil Local Rule
2  79-5(b), shall be filed under seal.
3       It is so ORDERED.

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

10  Submitted by:

11  WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
12

13  JAMES DIBOISE
    LEO CUNNINGHAM
    COLLEEN BAL
14  MICHAEL BERTA
    TRACY TOSH LANE
15

16  By: ___/s/_____
    Leo Cunningham
    lcunningham@wsgr.com
17

18  Attorneys for Plaintiffs and Counterclaim Defendants
    REALNETWORKS, INC. AND
    REALNETWORKS HOME
19     ENTERTAINMENT, INC.