| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com | ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor | Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>    Defendants. | CASE NO. C 08-4548-MHP<br><br>[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) NOTICE OF MOTION AND MOTION OF STUDIO PLAINTIFFS' FOR PRELIMINARY INJUNCTION; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF; (2) DECLARATION OF MARK HOLLAR; (3) DECLARATION OF ROBERT SCHUMANN; (4) DECLARATION OF JEFFREY S. MILLER; AND (5) DECLARATION OF JONATHAN H. BLAVIN<br>*AS AMENDED BY COURT<br>Date: April 1, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>    Plaintiffs, | CASE NO. C 08-4719-MHP |

vs.

REALNETWORKS, INC., et al.

Defendants.

7395208.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

# [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

("PROPOSED" struck through)

Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the highly-confidential versions of the following documents be filed under seal:

(1) **Unredacted** Notice of Motion and Motion of Studio Plaintiffs' for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof. **A redacted version shall be filed in the public record.**

(2) Declaration of Mark Hollar

(3) Declaration of Robert Schumann

(4) Declaration of Jeffrey S. Miller

(5) Declaration of Jonathan H. Blavin

It is so ORDERED.

Dated: 3/20/2009

IT IS SO ORDERED
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA seal)

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
   JONATHAN H. BLAVIN

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants