1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**ADMINISTRATIVE MOTION FILING UNDER SEAL CORRECTED EXHIBITS 3 AND 4 TO THE DECLARATION OF CHRISTOPHER F. NELSON IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION** |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5(b), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") respectfully request an order to file under seal the following documents: The two exhibits attached to the document titled Corrected Exhibits 3 and 4 to the Declaration of Christopher F. Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction.

These exhibits are meant to replace Exhibits 3 and 4 attached to the Declaration of Christopher F. Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, which declaration was filed on March 19, 2009 and delivered on March 20, 2009. The reasons for sealing the above-referenced exhibits were articulated in the Administrative Motion for Filing Under Seal (I) the Unredacted Version of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction; (II) the Unredacted Versions of the Declarations of Phil Barrett, James Brennan, and Jeffrey Chasen; and (III) Various Exhibits to Declarations in Support of the Opposition, which administrative motion was filed on March 19, 2009. Because these exhibits are meant to supplant the exhibits referenced in the previous administrative motion, the reasons from the previous motion are hereby incorporated into this administrative motion.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ___/s/___
Christopher F. Nelson

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.