1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 REALNETWORKS, INC., a Washington          Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                  C08 04719 MHP
   ENTERTAINMENT, INC., a Delaware
16 corporation,                              **[PROPOSED] ORDER GRANTING
                                             ADMINISTRATIVE MOTION FILING
17              Plaintiffs,                  UNDER SEAL CORRECTED EXHIBITS
                                             3 AND 4 TO THE DECLARATION OF
18        v.                                 CHRISTOPHER F. NELSON IN
                                             SUPPORT OF PLAINTIFFS
19 DVD COPY CONTROL ASSOCIATION, INC., a     REALNETWORKS, INC. AND
   Delaware nonprofit corporation, DISNEY    REALNETWORKS HOME
20 ENTERPRISES, INC., a Delaware corporation; ENTERTAINMENT, INC.'S
   PARAMOUNT PICTURES CORP., a Delaware      OPPOSITION TO MOTION FOR
21 corporation; SONY PICTURES ENTER., INC., a PRELIMINARY INJUNCTION**
   Delaware corporation; TWENTIETH CENTURY
22 FOX FILM CORP., a Delaware corporation; NBC
   UNIVERSAL, INC., a Delaware corporation;
23 WARNER BROS. ENTER. INC., a Delaware
   corporation; and VIACOM, Inc., a Delaware
24 Corporation,

25              Defendants.

26

27 AND RELATED CASES

28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on March 25, 2009, is GRANTED.

IT IS FURTHER ORDERED that the two exhibits attached to the document titled Corrected Exhibits 3 and 4 to the Declaration of Christopher F. Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

It is so ORDERED.

_____
The Honorable Marilyn H. Patel
United States District Court

Submitted by:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JAMES DIBOISE
LEO CUNNINGHAM
COLLEEN BAL
MICHAEL BERTA
TRACY TOSH LANE

By: ___/s/._____
Christopher F. Nelson
cnelson@wsgr.com

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. AND
REALNETWORKS HOME
    ENTERTAINMENT, INC.