1  JAMES A. DiBOISE (SBN 83296)
   jdiboise@wsgr.com
2  LEO CUNNINGHAM (SBN 121605)
   lcunningham@wsgr.com
3  COLLEEN BAL (SBN 167637)
   cbal@wsgr.com
4  MICHAEL A. BERTA (SBN 194650)
   mberta@wsgr.com
5  TRACY TOSH LANE (SBN 184666)
   ttosh@wsgr.com
6  **WILSON SONSINI GOODRICH &
      ROSATI PC**
7  One Market Street, Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Tel: (415) 947-2000
   Fax: (415) 947-2099
9
   Attorneys for Plaintiffs
10 **REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**PROOF OF SERVICE**<br><br>Date: April 24, 2009<br>Time: 9:00 a.m.<br>Dept.: 15 |

PROOF OF SERVICE
CASE NOS: C08 04548 MHP
         C08 04719 MHP

3633120_1.DOC

1   I, Adrienne Baranski, declare:

2   I am employed in the City and County of San Francisco, State of California. I am over
3   the age of 18 years and not a party to the within action. My business address is Wilson Sonsini
4   Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.
5   On this date, I served:

6   **CORRECTED EXHIBITS 3 AND 4 TO THE DECLARATION OF CHRISTOPHER F. NELSON IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENERTAINMENT, INC.'S OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION;**

☐ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the person(s) listed below.

☐ By consigning the document(s) to an express mail service for guaranteed next day delivery to the person(s) listed below.

☐ By consigning the document(s) by hand delivery on this date to the person(s) listed below.

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the person(s) listed below.

☒ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and processing of documents for delivery according to instructions indicated above. In the ordinary course of business, documents would be handled accordingly.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed at San Francisco, California on March 25, 2008.

/s/ Adrienne Baranski
Adrienne Baranski

PROOF OF SERVICE                        -1-                              3633120_1.DOC
CASE NOS: C08 04548 MHP
         C08 04719 MHP

## SERVICE LIST

REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Tel: (415) 765-9500
Fax: (415) 765-9501

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Tel: (650) 213-0300
Fax: (650) 213-8158

Attorneys for Defendant
**DVD COPY CONTROL ASSOCIATION, INC**

REBECCA G. LYNCH (SBN 230078)
Rebecca.Lynch@mto.com
**MUNGER TOLLES & OLSON LLP**
560 Mission Street
27th Floor
San Francisco, California 94105
Tel: (415) 512-4000
Fax: (415) 512-4077

Attorneys for Defendants
**PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., and VIACOM, INC.**