REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:    (415) 765-9500
Facsimile:    (415) 765-9501

EDWARD P. LAZARUS (SBN 212658)
elazarus@akingump.com
STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    (310) 229-1000
Facsimile:    (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:    (650) 213-0300
Facsimile:    (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>                    Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>          C08 04719 MHP<br><br>**WITNESS LIST OF DEFENDANT AND COUNTERCLAIMANT DVD COPY CONTROL ASSOCIATION, INC.**<br><br>Date:  April 24, 2009<br>Time:  9:00 a.m.<br>Dept.:  15  (Hon. Marilyn Hall Patel) |

WITNESS LIST OF DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP; C08 04719 MHP

Dockets.Justia.com

Defendant and Counterclaimant DVD Copy Control Association, Inc. ("DVD CCA") may call the following witnesses to testify in person at the preliminary injunction hearing:

**JOHN P.J. KELLY, PH.D.:** Dr. Kelly is the President and Chief Executive Officer of Kelly Technology Group, a technology research and intellectual property consulting firm. He will offer expert testimony about the technology of the Content Scramble System ("CSS"), which RealNetworks, Inc. ("RealNetworks") licensed from DVD CCA; the requirements of the CSS specifications; the Facet and Vegas source codes as well as the operation and design of Facet and Vegas; and their non-compliance with the CSS License Agreement and circumvention of the CSS technology.

**ANDREW PARSONS:** Mr. Parsons is the Senior Vice President of Advanced Product Development at Pioneer Electronics, USA Incorporated and a member of the board of directors of DVD CCA. He will offer testimony about the history of the DVD CCA; the genesis of the CSS technology and its acceptance by the motion picture, consumer electronics and information technology industries; the purpose of the CSS License Agreement; and the harm to DVD CCA if RealNetworks is allowed to sell non-compliant products.

DVD CCA reserves the right to conduct direct examination of witnesses who will testify on behalf of other parties.

Dated: March 26, 2009

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____/s/_____
Reginald D. Steer
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

1

WITNESS LIST OF DVD COPY CONTROL ASSOCIATION, INC.
CASE NO. C08 04548 MHP