| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California  90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>            Plaintiffs,<br><br>   vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>            Defendants. | CASE NO.  C 08-4548-MHP<br><br>**WITNESS LIST OF STUDIO PLAINTIFFS AND DECLARATORY RELIEF CLAIM DEFENDANTS**<br><br>Date:  April 24, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>            Plaintiffs,<br><br>   vs.<br><br>REALNETWORKS, INC., et al.<br><br>            Defendants. | CASE NO.  C 08-4719-MHP |

Plaintiffs and Declaratory Relief Claim Defendants Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc., Sony Pictures Television Inc. and Columbia Pictures Industries, Inc. (collectively, "the Studios") may call the following witnesses to testify in person at the preliminary injunction hearing:

**Mark Hollar:** Mr. Hollar is Senior Director of Product Management at Macrovision Corporation, with primary responsibility for development of Macrovision's RipGuard product. Mr. Hollar will offer fact and expert testimony regarding the history, operation, design, playability and effectiveness of RipGuard and Sony ARccOS; the relationship between techniques used to circumvent format-based copy protection and techniques applied to address scratches and accidental errors; and Vegas and Facet's circumvention of ARccOS and RipGuard.

**Marsha King:** Ms. King is the retired Executive Vice President and General Manager of the home video division of Warner Bros. During the 1990s, Ms. King was deeply involved in the development of the DVD format, and of legal protections against copying of DVD content. She will testify regarding the history of CSS, the CSS license and the DMCA, as well as harm to the Studios caused by the RealDVD products.

**Robert Schumann:** Mr. Schumann will offer expert testimony regarding the operation, design and effectiveness of the multiple technological layers of CSS protection; the requirements of the CSS specifications; and Vegas and Facet's circumvention of CSS. He will offer testimony regarding CGMS and RealNetworks' Copy Switch; the operation, design and effectiveness of RipGuard and ARccOS; the relationship between techniques used to circumvent format-based copy protection and techniques applied to address scratches and accidental errors; and Vegas and Facet's circumvention of ARccOS and RipGuard. He will testify regarding Vegas and Facet's source-code as well as the operation and design of the products.

The Studios reserve the right to call any witness designated by another party.

DATED: March 26, 2009

                                       */S/*
                                  L. ASHLEY AULL
                                  MUNGER, TOLLES & OLSON LLP

                                  Attorneys for Motion Picture Studio
                                  Plaintiffs/Declaratory Relief Claim Defendants