| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| 17 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. TO ANSWER THE COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIM PLAINTIFF DVD COPY CONTROL ASSOCIATION, INC.** |
| 18 | v. | |
| 19 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 25 | Defendants. | |
| 27 | AND RELATED CASES | |

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER DVD CCA'S
COUNTERCLAIMS
Case Nos. C08 04548 MHP & C08 04719 MHP

1    WHEREAS, Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.
2  (collectively "Plaintiffs") commenced this action on September 30, 2008 seeking a Declaratory
3  Judgment that their DVD products do not violate the DMCA or constitute a breach of contract;
4    WHEREAS, Defendants DVD Copy Control Association ("DVD CCA") filed an answer
5  on October 21, 2008.
6    WHEREAS, the DVD CCA filed an amended answer and counterclaims for breach of
7  contract and breach of the implied covenant of good faith and fair dealing on November 10,
8  2008.
9    WHEREAS, this Court deemed Plaintiffs' Amended Complaint for Declaratory Relief
10 filed on December 22, 2008.
11   WHEREAS, the DVD CCA filed its Answer of DVD Copy Control Association, Inc. to
12 Amended Complaint for Declaratory Relief; Counterclaims on January 12, 2009.
13   WHEREAS, Plaintiffs filed their Motion to Dismiss DVD Copy Control Association,
14 Inc.'s Second Counterclaim on January 16, 2009.
15   WHEREAS, Plaintiffs withdrew their Motion to Dismiss DVD Copy Control
16 Association, Inc.'s Second Counterclaim on March 20, 2009.
17   WHEREAS, Plaintiffs' answer to the DVD CCA's January 12, 2009 counterclaims was
18 due on or before March 30, 2009.
19   WHEREAS, previous time modifications in this case include an extension of the Studio
20 Defendants' deadline to answer Plaintiffs' complaint from October 21, 2008 to October 31,
21 2008, as well as an extension of time for Plaintiffs to answer the Studio Defendants'
22 counterclaims from October 23, 2008 to October 31, 2008.  Further, the hearing of the pending
23 preliminary injunction motions was originally scheduled to begin on January 27, 2009, and was
24 subsequently moved to begin on March 3, 2009, then April 1, 2009, and is now scheduled to
25 begin on April 24, 2009.

26
27
28

STIPULATION AND [PROPOSED] ORDER TO                -2-
EXTEND TIME TO ANSWER DVD CCA'S
COUNTERCLAIMS
Case Nos.  C08 04548 MHP & C08 04719 MHP

NOW THEREFORE, the parties, by and through their counsel of record, hereby agree and stipulate to extend the period of time in which Plaintiffs may answer the DVD CCA's counterclaims from March 30, 2009 to and including May 13, 2009. The extension of time will not affect the schedule of this case.

1. The Plaintiffs answer to the DVD CCA's counterclaims shall be due on or before May 13, 2009.

Dated: March 31, 2009        WILSON SONSINI GOODRICH & ROSATI
                             Professional Corporation

                             By: /s/
                                   Michael A. Berta

                             Attorneys for Plaintiffs
                             REALNETWORKS, INC. and REALNETWORKS
                             HOME ENTERTAINMENT, INC.

Dated: March 31, 2009        AKIN GUMP STRAUSS HAUER & FELD LLP

                             By: /s/
                                   Reginald Steer

                             Attorneys for Defendant
                             DVD COPY CONTROL ASSOCIATION

PURSUANT TO STIPULATION, IT IS SO ORDERD,

                             UNITED STATES DISTRICT COURT JUDGE


                             By: _____
                                   Marilyn Hall Patel

STIPULATION AND [PROPOSED] ORDER TO         -3-
EXTEND TIME TO ANSWER DVD CCA'S
COUNTERCLAIMS
Case Nos.  C08 04548 MHP & C08 04719 MHP

1 | I, Michael A. Berta, am the ECF User whose ID and password are being used to file this
2 | joint Stipulation. In compliance with General Order 45, X.B., I hereby attest, through my
3 | signature above, that Reginald Steer concurred in this filing.

Dated: March 31, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
      Michael A. Berta

STIPULATION AND [PROPOSED] ORDER TO
EXTEND TIME TO ANSWER DVD CCA'S
COUNTERCLAIMS
Case Nos. C08 04548 MHP & C08 04719 MHP

-4-