| | | |
|---|---|---|
| 1 | REGINALD D. STEER (SBN 056324) | WILLIAM SLOAN COATS (SBN 94864) |
| | rsteer@akingump.com | wcoats@whitecase.com |
| 2 | MARIA ELLINIKOS (SBN 235528) | MARK WEINSTEIN (SBN 193043) |
| | mellinikos@akingump.com | mweinstein@whitecase.com |
| 3 | **AKIN GUMP STRAUSS HAUER & FELD LLP** | MARK F. LAMBERT (SBN 197410) |
| | 580 California Street, 15th Floor | mlambert@whitecase.com |
| 4 | San Francisco, California 94104-1036 | **WHITE & CASE LLP** |
| | Telephone:   (415) 765-9500 | 3000 El Camino Real |
| 5 | Facsimile:    (415) 765-9501 | 5 Palo Alto Square, 9th Floor |
| | | Palo Alto, California 94306 |
| 6 | EDWARD P. LAZARUS (SBN 212658) | Telephone:   (650) 213-0300 |
| | elazarus@akingump.com | Facsimile:    (650) 213-8158 |
| 7 | STEPHEN MICK (SBN 131569) | |
| | smick@akingump.com | |
| 8 | MICHAEL SMALL (SBN 222768) | |
| | msmall@akingump.com | |
| 9 | **AKIN GUMP STRAUSS HAUER & FELD LLP** | |
| | 2029 Century Park East, Suite 2400 | |
| 10 | Los Angeles, California 90067-3012 | |
| | Telephone:   (310) 229-1000 | |
| 11 | Facsimile:    (310) 229-1001 | |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DEFENDANTS' JOINT VIDEO DEPOSITION WITNESS DISCLOSURE FOR PRELIMINARY INJUNCTION PROCEEDING**<br><br>Date:   April 24, 2009<br>Time:   9:00 a.m.<br>Dept.:   15 |

DEFENDANTS' JOINT WITNESS DISCLOSURE
CASE NO. C08 04548 MHP; C08 04719 MHP

Dockets.Justia.com

1    Pursuant to the parties' agreement, Defendant and Counterclaimant DVD Copy Control Association, Inc. and Defendants Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLP, Universal City Studios LLP, and Viacom, Inc. (collectively, "Defendants") hereby submit their joint list of witnesses whose videotaped deposition testimony Defendants plan to present at the preliminary injunction hearing during their case-in-chief, commencing on April 24, 2009.

   Also set forth is a summary of the testimony each witness is expected to give.  This list does not include witnesses that RealNetworks has identified in its March 31, 2009 Witness Disclosure for Preliminary Injunction Proceeding (Dkt. No. 240) as witness that RealNetworks "may call by live testimony."  Pursuant to the parties' agreement, if RealNetworks does not call the individuals listed on its March 31, 2009 Witness Disclosure as witnesses whom Real "may call by live testimony," Defendants reserve the right to update this Witness Disclosure.

   **PHIL BARRETT:**  Mr. Barrett is an employee of RealNetworks who was on the RealDVD development team.  Defendants will introduce Mr. Barrett's deposition testimony on the purpose, design and operation of RealDVD.

   **NICOLE HAMILTON:**  Ms. Hamilton is a former employee of RealNetworks.  Defendants will introduce Ms. Hamilton's deposition testimony on RealNetworks' efforts to license the CSS technology, its non-compliance with the CSS License Agreement, the development of RealDVD, Real's knowledge of copy protection technologies, Real's efforts to circumvent those technologies, Mr. Barrett's attitudes towards those technologies and preparations for litigation, and her communications with counsel for Real and counsel for the defendants.

   **MARTIN SCHWARZ:**  Mr. Schwarz is an employee of RealNetworks and was designated by RealNetworks as a Rule 30(b)(6) witness.  Defendants will introduce Mr. Schwarz's deposition testimony on the nature of ARccOS, RipGuard, and CSS as copy protection systems, on the current and planned functionality of Facet, and on his communications with OEMs regarding Facet.

1

**EDWARD FELTEN:**  Mr. Felten is an expert witness designated by Real.  Defendants will introduce his testimony on the work that he did to prepare his expert opinions, his interpretation of the CSS license, and the nature and operation of RealDVD.

**TODD BASCHE:**  Mr. Basche was an advisor of RealNetworks who participated in the development of RealDVD.  Defendants will introduce Mr. Basche's deposition testimony on the purpose and function of CSS, ARccOS and RipGuard.

Dated: April 6, 2009                                AKIN GUMP STRAUSS HAUER & FELD LLP

                                                                    WHITE & CASE LLP


                                                                    By _____/s/_____
                                                                                Reginald D. Steer
                                                                    Attorneys for Defendant and Counterclaimant
                                                                    DVD Copy Control Association, Inc.

Dated: April 6, 2009                                MUNGER, TOLLES & OLSON, LLP



                                                                    By _____/s/_____
                                                                                Rohit Singla
                                                                    Attorneys for Motion Picture Studio Plaintiffs/
                                                                    Declaratory Relief Claim Defendants