1  GLENN D. POMERANTZ (SBN 112503)  ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com  rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)  ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com  ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)  MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com  11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP  Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor  Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6
7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| 16        Plaintiffs, | **APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) RESPONSE MEMORANDUM OF STUDIO PLAINTIFFS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; (2) SUPPLEMENTAL DECLARATION OF JONATHAN H. BLAVIN** |
| 17        vs. | |
| 18 DVD COPY CONTROL ASSOCIATION, INC., et al,. | |
| 19 | |
| 20        Defendants. | Date:   April 24, 2009<br>Time:   9:00 a.m.<br>Ctrm:   15 (Hon. Marilyn Hall Patel) |
| 21 | **Lodged concurrently herewith: 1) [Proposed] Order Granting Application and 2) Documents Requested To Be Filed Under Seal** |
| 22 | |
| 23 UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| 24 | |
| 25        Plaintiffs, | |
| 26        vs. | |
| 27 REALNETWORKS, INC., et al. | |
| 28        Defendants. | |

- 1 -    APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

Dockets.Justia.com

1    Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney
2    Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures
3    Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation,
4    Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt
5    Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully
6    apply for an order sealing the highly confidential versions of the following documents:

7        (1)    Response Memorandum of Studio Plaintiffs in Support of Motion for
8    Preliminary Injunction

9        (2)    Supplemental Declaration of Jonathan H. Blavin

10   A "compelling reason" exists to seal these documents. *See Kamakana v. City and County*
11   *of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a
12   judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v.*
13   *State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential
14   material at issue divulges aspects of the Studios' and Real's proprietary business, technical, and
15   trade secret information. This material has been designated by the Studios and Real as
16   "confidential" or "highly confidential" pursuant to the protective order governing this litigation,
17   and is thus being manually filed under seal.

18   This Application to Seal is narrowly tailored to protect the public's interest in access to
19   judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. The
20   Studios have filed with the Court public redacted versions of the aforementioned documents.

21   For these reasons, the Court should grant the Application to Seal.

22   DATED: April 10, 2009                            MUNGER, TOLLES & OLSON LLP

                                                     By:     */s/ Jonathan H. Blavin*
                                                             JONATHAN H. BLAVIN

                                                     Attorneys for Studio Defendants/Counterclaim-
                                                     Plaintiffs/Plaintiffs

- 2 -                                APPLICATION TO SEAL
                                     CASE NO. C 08-4548-MHP