| | |
|---|---|
| 1  REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com |
| 2  MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com | MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com |
| 3  **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, 15th Floor | MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com |
| 4  San Francisco, California 94104-1036<br>Telephone:      (415) 765-9500 | **WHITE & CASE LLP**<br>3000 El Camino Real |
| 5  Facsimile:       (415) 765-9501 | 5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306 |
| 6  EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com | Telephone:      (650) 213-0300<br>Facsimile:       (650) 213-8158 |

7   STEPHEN MICK (SBN 131569)
    smick@akingump.com
8   MICHAEL SMALL (SBN 222768)
    msmall@akingump.com
9   **AKIN GUMP STRAUSS HAUER & FELD LLP**
    2029 Century Park East, Suite 2400
10  Los Angeles, California 90067-3012
    Telephone:      (310) 229-1000
11  Facsimile:       (310) 229-1001

12  Attorneys for Defendant and Counterclaimant
    DVD COPY CONTROL ASSOCIATION, INC.

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>    v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>                    Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>          C08 04719 MHP<br><br>**APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL HIGHLY CONFIDENTIAL VERSION OF RESPONSE MEMORANDUM IN SUPPORT OF MOTION OF DVD COPY CONTROL ASSOCIATION FOR PRELIMINARY INJUNCTION AND SUPPORTING DOCUMENTS**<br><br>Lodged concurrently herewith:<br><br>1) [Proposed] Order Granting Application<br><br>2) Documents Requested To Be Filed Under Seal |

APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

Pursuant to Civil Local Rule 7-11 and 79-5, DVD Copy Control Association, Inc. ("DVD CCA") respectfully applies for an order sealing the following documents:

(1) Highly Confidential Version of Response Memorandum in Support of Motion of DVD Copy Control Association for Preliminary Injunction;

(2) Exhibits 1 to 9 to the Declaration of Maria Ellinikos in Support of the Response Brief;

(3) Declaration of John P.J. Kelly, Ph. D in Support of the Response Brief; and

(4) Paragraph 4 to the Declaration of Jacob Pak in Support of the Response Brief.

A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of DVD CCA's proprietary business, technical, and trade secret information regarding its Content Scramble System ("CSS") technology. Additionally, the confidential material also divulges aspects of Real's proprietary business, technical and trade secret information regarding RealDVD and its new platform. This material has been designated by Real as "confidential" or "highly confidential" pursuant to the protective order governing this litigation, and is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. DVD CCA has filed with the Court identical public redacted versions of the Response Memorandum in Support of its Motion for Preliminary Injunction, the Declaration of Maria Ellinikos in Support of the Response Brief and the Declaration of Jacob Pak in Support of the Response Brief.

1

APPLICATION TO SEAL
CASE NO. C08 04548 MHP

1     For these reasons, the Court should grant the Application to Seal.

2   Dated: April 10, 2009            Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By           /s/

Reginald D. Steer
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

APPLICATION TO SEAL
CASE NO. C08 04548 MHP