| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO P. CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 14 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF CHRISTOPHER F. NELSON IN SUPPORT OF PLAINTIFFS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S RESPONSE TO STUDIOS AND DVD CCA MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Date:     April 1. 2009<br>Time:     9 a.m.<br>Courtroom:  15<br><br>**[HIGHLY CONFIDENTIAL – EXHIBITS 63-113 FILED UNDER SEAL]** | |

NELSON DECL. IN SUPPORT OF RESP. TO STUDIOS
AND DVD CCA'S MOTION FOR PRELIMINARY
INJUNCTION,
CASE NOS.: C08 04548 MHP; C08 04719 MHP

3650272_3.DOC

I, Christopher F. Nelson, declare:

I am an attorney with the law firm of Wilson Sonsini Goodrich & Rosati, P.C., counsel for plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "Real") in this action. I make this declaration in support of Real's Response to Studios and DVD CCA's Motions for a Preliminary Injunction. I have personal knowledge of the facts set forth herein, and if called to testify, could and would testify competently thereto.

1. Attached hereto as Exhibit 63 are true and correct copies of selected marketing material for the Studios' various "Digital Copy" products.

2. Attached hereto as Exhibit 64 is a true and correct copy of the CSS Procedural Specifications Version 2.9, dated January 24, 2007, bearing Bates numbers REAL001348-001410.

3. Attached hereto as Exhibit 65 is a true and correct copy of excerpts from a draft transcript of the deposition of John Kelly, taken in San Francisco, California on March 13, 2009.

4. Attached hereto as Exhibit 66 is a true and correct copy of excerpts from the transcript of the deposition of Robert Schumann, taken in San Francisco, California on March 3, 2009.

5. Attached hereto as Exhibit 67 is a true and correct copy of the CSS General Specifications Version 1.10, dated November 1, 2000, bearing bates numbers REAL001321-001347.

6. Attached hereto as Exhibit 68 is a true and correct copy of the DVD-Video Descrambler Version 1.10, dated November 1, 2000, bearing bates numbers REAL001446-001483.

7. Attached hereto as Exhibit 69 is a true and correct copy of the Authenticator Module for CSS Decryption Module Version 1.10, dated November 1, 2000, bearing bates numbers REAL001279-001314.

8. Attached hereto as Exhibit 70 is a true and correct copy of the Notice Pursuant to the National Cooperative Research to Production Act of 1993; DVD Copy Control Association, 66 Fed. Reg. 40,729 (Aug. 3, 2001).

9. Attached hereto as Exhibit 71 is a true and correct copy of excerpts from the transcript of the deposition of Phil Barrett, taken in Seattle, Washington on December 15, 2008.

10. Attached hereto as Exhibit 72 is a true and correct copy of excerpts from the transcript of the deposition of Nicole Hamilton, taken in San Francisco, CA, on February 16, 2008.

11. Attached hereto as Exhibit 73 is a true and correct copy of excerpts from the transcript of the deposition of Robert Glaser, taken in Seattle, Washington on February 26, 2009.

12. Attached hereto as Exhibit 74 is a true and correct copy of a May 30, 2007 email and attachments bearing bates numbers DVD019390-019413.

13. Attached hereto as Exhibit 75 is a true and correct copy of October 17, 2007 email bearing bates numbers DVD020698-0020710.

14. Attached hereto as Exhibit 76 is a true and correct copy of November 7, 2007 DVD CCA Copy Protection Advisory Council (CPAC) Meeting minutes bearing bates numbers DVD018751-018754.

15. Attached hereto as Exhibit 77 is a true and correct copy of Responses of DVD Copy Control Association, Inc. to Real's First Set of Requests for Admissions, dated January 5, 2009.

16. Attached hereto as Exhibit 78 is a true and correct copy of excerpts from the transcript of the deposition of Jacob Pak, taken in San Francisco, California on December 16, 2008.

17. Attached hereto as Exhibit 79 is a true and correct copy of Amended Answer and Counterclaims of Defendant and Counterclaimant DVD Copy Control Association, Inc., filed on November 10, 2008.

18. Attached hereto as Exhibit 80 is a true and correct copy of a March 18, 2008 email attaching DVD Copy Control Association, Inc.'s Presentation to Staff of the Federal Trade Commission, bearing bates numbers MPAA-DIS-0001565-1611.

1    19.     Attached hereto as Exhibit 81 is a true and correct copy of excerpts from the transcript of the deposition of Andrew Parsons, taken in Palo Alto, California on December 11, 2008.

20.     Attached hereto as Exhibit 82 is a true and correct copy of Senate Report 105-190, dated May 11, 1998.

21.     Attached hereto as Exhibit 83 is a true and correct copy of the October 6, 2008 Declaration of Edward Felten, as filed in Case No. 08:04548 MHP.

22.     Attached hereto as Exhibit 84 is a true and correct copy of the House of Representatives Report No. 105-551, pt 2, dated July 22, 1998.

23.     Attached hereto as Exhibit 85 is a true and correct copy of excerpts from the transcript of the deposition of Martin Schwarz, taken in Seattle, Washington on January 30, 2009.

24.     Attached hereto as Exhibit 86 is a true and correct copy of a spreadsheet titled Summary Of All Open Facet Bugs, bearing bates numbers REAL049578-049588.

25.     Attached hereto as Exhibit 87 is a true and correct copy of excerpts from the transcript of the deposition of James Bielman, taken in Seattle, Washington on February 18, 2009.

26.     Attached hereto as Exhibit 88 is a true and correct copy of excerpts from the transcript of the deposition of Jeffrey Buzzard, taken in Seattle, Washington on December 12, 2008.

27.     Attached hereto as Exhibit 89 is a true and correct copy of excerpts from the transcript of the deposition of Mark Hollar, taken in San Francisco, California on March 13, 2009.

28.     Attached hereto as Exhibit 90 is a true and correct copy of the Macrovision Ripguard Competitive Analysis, dated July 2008, bearing bates number MPAA-PARA-0001774-0001777.

29.     Attached hereto as Exhibit 91 is a true and correct copy of an August 20, 2005 email from Richard Atkinson, bearing Bates number MPAA-DIS-0002222-0002226.

30. Attached hereto as Exhibit 92 is a true and correct copy of Macrovision Ripguard FAQ Document Reference, dated March 10, 2005, bearing bates number MPAA-UNI-0004587-0004603.

31. Attached hereto as Exhibit 93 is a true and correct copy of excerpts from the transcript of the deposition of Todd Basche, taken in Palo Alto, California on February 16, 2009.

32. Attached hereto as Exhibit 94 is a true and correct copy of the expert report of Robert Schumann, dated February 20, 2009.

33. Attached hereto as Exhibit 95 is a true and correct copy of excerpts from the 144 Congressional Record --- Senate Proceedings and Debates of the 105th Congress Rec., dated May 14, 1998.

34. Attached hereto as Exhibit 96 is a true and correct copy of excerpts from the 144 Congressional Record --- Senate Proceedings and Debates of the 105th Congress Rec., dated October 8, 1998.

35. Attached hereto as Exhibit 97 is a true and correct copy of excerpts from the 144 Congressional Record --- House Proceedings and Debates of the 105th Congress Rec., dated October 12, 1998.

36. Attached hereto as Exhibit 98 is a true and correct copy of excerpts from the 144 Congressional Record --- House Proceedings and Debates of the 105th Congress Rec., dated August 4, 1998.

37. Attached hereto as Exhibit 99 is a true and correct copy of the Copyright Registration for Computer Programs distributed by the United States Copyright Office.

38. Attached hereto as Exhibit 100 is a true and correct copy of excerpts from the transcript of the deposition of Michael Dunn, taken in Los Angeles, California, on December 12, 2008.

39. Attached hereto as Exhibit 101 is a true and correct copy of a December 17, 2007 email bearing Bates number MPAA-DIS-0006864.

40. Attached hereto as Exhibit 102 is a true and correct copy of a June 16, 2005 email bearing Bates number MPAA-DIS-0003162 – MPAA-DIS-0003164.

41. Attached hereto as Exhibit 103 are true and correct copies of the front and back covers of the following DVDs: "Tombstone," "Zoolander," "A River Runs Through It," "Almost Famous," "Any Given Sunday," "The Philadelphia Story," "O Brother, Where Art Thou?," "Dream Girls," "Casino Royale," "Amadeus," "50 First Dates," "12 Angry Men," and "Little Miss Sunshine."

42. Attached hereto as Exhibit 104 are true and correct copies of the "FBI Warning Screens" that appear before playback of the following DVDs: "Star Wars I: The Phantom Menace," "There's Something about Mary," "Trading Places," "Tommy Boy," "Bobby Jones – Stroke of Genius," "Hancock," "Field of Dreams," "The Office: Season 1," "The Dark Knight," "Miracle," and "Wall-E."

43. Attached hereto as Exhibit 105 is a true and correct copy of excerpts from the transcript of the deposition of Aodan Coburn, taken in Los Angeles, California, on February 17, 2009.

44. Attached hereto as Exhibit 106 is a true and correct copy of a transcript of the March 26, 2007 proceedings in *DVD CCA v. Kaleidescape*, No. 1-04 CV 031829 (Cal. Sup. Ct.).

45. Attached hereto as Exhibit 107 is a true and correct copy of a transcript of the March 28, 2007 proceedings in *DVD CCA v. Kaleidescape*, No. 1-04 CV 031829 (Cal. Sup. Ct.).

46. Attached hereto as Exhibit 108 is a true and correct copy of excerpts from the transcript of the deposition of Mitch Singer, taken in Los Angeles, California on February 17, 2009.

47. Attached hereto as Exhibit 109 is a true and correct copy of an MPAA press release concerning a study conducted by LEK on movie piracy.

48. Attached hereto as Exhibit 110 is a true and correct copy of the March 16, 2007 Declaration of Edward W. Felten, as filed in *DVD CCA v. Kaleidescape, Inc.*, Case No. 1-04-CV-031829 (Cal. Sup. Ct., Santa Clara).

49. Attached hereto as Exhibit 111 is a true and correct copy of the November 15, 2001 Declaration of David A. Wagner, as filed in *DVD CCA v. Bunner*, Case No. CV-786804 (Cal. Sup. Ct., Santa Clara).

50. Attached hereto as Exhibit 112 is a true and correct copy of the October 26, 2001 Declaration of Roland Parviainen, as filed in *DVD CCA v. Bunner*, Case No. CV-786804 (Cal. Sup. Ct., Santa Clara).

51. Attached hereto as Exhibit 113 is a true and correct copy of the November 26, 2001 Declaration of Gregory Kesden, as filed in *DVD CCA v. Bunner*, Case No. CV-786804 (Cal. Sup. Ct., Santa Clara).

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 10th day of April, 2009 at San Francisco, CA.

/s/ Christopher F. Nelson
Christopher F. Nelson