| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM (SBN 121605)<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL (SBN 167637)<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA (SBN 194650)<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE (SBN 184666)<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI PC<br>One Market Street, Spear Tower, Suite 3300 |
| 7 | San Francisco, CA  94105<br>Bus:  (415) 947-2000 |
| 8 | Fax:  (415) 947-2099 |
| 9 | Attorneys for Plaintiffs<br>REALNETWORKS, INC. and |
| 10 | REALNETWORKS HOME ENTERTAINMENT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>     v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>              Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>          C08 04719 MHP<br><br>**DECLARATION OF ANTHONY J. DeNATALE IN SUPPORT OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC'S RESPONSE TO STUDIOS AND DVD CCA'S MOTIONS FOR PRELIMINARY INJUNCTION**<br><br>Before:   Honorable Marilyn H. Patel<br><br>Date:     April 24, 2009<br>Time:     9:00 a.m.<br>Dept:     Courtroom 15 |

DENATALE DECL. IN SUPPORT OF REALNETWORKS RESPONSE TO STUDIOS & DVD CCA'S MOTION FOR PRELIMINARY INJUNCTION
CASE NOS. C08 04548 MHP; C08 04719 MHP

-1-

3651358_1.DOC

Dockets.Justia.com

1  I, Anthony J. DeNatale to hereby attest to the following:

2  I am employed as a senior paralegal in the law firm of WILSON SONSINI GOODRICH
3  & ROSATI, P.C., counsel for Plaintiffs and Counterclaim Defendants of RealNetworks, Inc. and
4  RealNetworks Home Entertainment, Inc. (collectively, "Real") in this action.  I make this
5  Declaration in support of Real's Response to Studios and DVD CCA Motions for Preliminary
6  Injunction.  I have personal knowledge of the facts set forth herein, and if called to testify, could
7  testify competently thereto.

8  1.  On March 31, 2009, I was asked to determine whether Real's PC-based software
9  program known as RealDVD ("Vegas") is able to save certain DVDs released by the defendant
10  Studios.

11  2.  On April 1, 2009, I went to the local Best Buy store (#187), where I purchased the
12  following DVDs: (1) Wall-E; (2) Mr. Woodcock; (3) Shoot'Em Up; (4) Hancock and (5) The
13  Dark Knight.

14  3.  The first movie that I attempted to save using RealDVD (Vegas) was "The Dark
15  Knight."  After inserting the DVD into my computer, the RealDVD software instantaneously
16  recognized it as "The Dark Knight."  I was given three options for the movie: "Play," "Save,"
17  and "Play and Save."  After selecting the "Save" option, the RealDVD software successfully
18  saved the movie to my hard drive, and I was later able to play it back.

19  4.  The second movie that I attempted to save using RealDVD (Vegas) was
20  "Hancock."  After inserting the DVD into my computer, the RealDVD software instantaneously
21  recognized the DVD as "Hancock."  I was given three options for the movie: "Play," "Save," and
22  "Play and Save."  After selecting the "Save" option, the RealDVD software successfully saved
23  the movie to my hard drive, and I was later able to play it back.

24  5.  The third movie that I attempted to save using RealDVD (Vegas) was "Shoot 'Em
25  Up."  After inserting the DVD into my computer, the RealDVD software instantaneously
26  recognized the DVD as "Shoot 'Em Up."  I was given three options for the movie: "Play,"
27  "Save," and "Play and Save."  After selecting the "Save" option, the RealDVD software
28  successfully saved the movie to my hard drive, and I was later able to play it back.

6. The fourth movie that I attempted to save using RealDVD (Vegas) was "Mr. Woodcock." After inserting the DVD into my computer, the RealDVD software instantaneously recognized the DVD as "Mr. Woodcock." I was given three options for the movie: "Play," "Save," and "Play and Save." Although I selected the "Save" option, "Mr. Woodcock" was not successfully saved. The RealDVD program appeared to be stuck at a download status of "0%" for several hours until I terminated the process.

7. The fifth movie that I attempted to save using RealDVD (Vegas) was "Wall-E." After inserting the DVD into my computer, the RealDVD software instantaneously recognized the DVD as "Wall-E." I was given three options for the movie: "Play," "Save," and "Play and Save." Although I selected the "Save" option, "Wall-E" was not successfully saved. The save process reached "99%" before I encountered the following error message: "Information required to resume saving is missing. More information is available at the RealNetworks Customer Support Website."

8. When I played "Mr. Woodcock" and "Shoot 'Em Up" using the physical DVD, I noticed that neither movie displayed an "FBI Warning Screen" prior to playback. I am also aware that the DVD for "Eyes Wide Shut" does not contain such a warning screen.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct of my own personal knowledge, and that this declaration is executed this 10th day of April, 2009 at San Francisco, CA.

By: /s/Anthony J. DeNatale
Anthony J. DeNatale