1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market St., Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Bus:   (415) 947-2000
   Fax:   (415) 947-2099
9
   Attorneys for Plaintiffs and Counterclaim Defendants
10 REALNETWORKS, INC. and REALNETWORKS
   HOME ENTERTAINMENT, INC.
11

12                UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14

15 REALNETWORKS, INC., a Washington          ) Case Nos.  C08 04548 MHP;
   Corporation; and REALNETWORKS HOME        )            C08 04719 MHP
16 ENTERTAINMENT, INC., a Delaware corporation, )
                                             )
17              Plaintiffs,                  ) DECLARATION OF EDWARD
                                             ) W. FELTEN IN SUPPORT OF
18     v.                                    ) REALNETWORKS, INC. AND
                                             ) REALNETWORKS HOME
19 DVD COPY CONTROL ASSOCIATION, INC., a     ) ENTERTAINMENT, INC.'S
   Delaware nonprofit corporation, DISNEY    ) OPPOSITION TO MOTION FOR
20 ENTERPRISES, INC., a Delaware corporation; ) PRELIMINARY INJUNCTION
   PARAMOUNT PICTURES CORP., a Delaware      )
21 corporation; SONY PICTURES ENTER., INC., a ) Date:  April 1, 2009
   Delaware corporation; TWENTIETH CENTURY   ) Time:  9:00 a.m.
22 FOX FILM CORP., a Delaware corporation; NBC ) Dept:  15
   UNIVERSAL, INC., a Delaware corporation;  )
23 WARNER BROS. ENTER. INC., a Delaware       )
   corporation; and VIACOM, Inc., a Delaware )
24 Corporation,                              )
                                             )
25              Defendants.                  )
   _____)
26                                           )
   AND RELATED CASES                         )
27 _____)

28

FELTEN DEC ISO REALNETWORKS' OPPOSITION
TO PRELIM. INJUNCTION MOTION
CASE NOS. C08-04548 MHP; C08-04719 MHP

1    I, Edward W. Felten declare:

2        1.      I am a Professor of Computer Science and Public Affairs at Princeton University,

3    and I serve as the founding Director of Princeton's Center for Information Technology Policy.  I

4    have been on the Computer Science faculty at Princeton since 1993, and I later received an

5    additional faculty appointment, in the Woodrow Wilson School for Public and International

6    Affairs at Princeton.  I received my Ph.D. in Computer Science and Engineering from the

7    University of Washington in 1993, and my B.S. in Physics from the California Institute of

8    Technology in 1985.  I have been involved in computing research since 1984.  I have published

9    more than eighty papers in the academic literature, and two books.  My professional awards

10   include an Alfred P. Sloan Fellowship and a National Young Investigator award from the

11   National Science Foundation.  In 2003 Scientific American magazine named me to its list of fifty

12   global leaders in science and technology.  In 2007 the Association for Computing Machinery

13   (ACM), the leading professional society for computer scientists, named me an ACM Fellow.  I

14   have done extensive research and teaching about computer security generally, and content

15   protection technologies specifically.  I created Princeton's course on Information Security, and I

16   teach that course regularly.  I have also taught courses on Applied Cryptography and related

17   topics.  I have served in an advisory capacity to the U.S. Departments of Defense, Justice, and

18   Homeland Security, and to the Federal Trade Commission.  I have testified three times before

19   hearings of the U.S. Senate and House of Representatives.  I was a primary computer science

20   expert witness for the U.S. Department of Justice in the Microsoft antitrust litigation.  I consider

21   myself to be an expert on the subject of computer security and if called to testify could and

22   would testify competently to the opinions that are expressed herein.

23       2.      I have reviewed an extensive list of materials in this matter, including the CSS

24   documentation at issue in this matter.  Some of the materials I have reviewed are set forth in the

25   Expert Report of Edward W. Felten. (attached hereto as Exhibit A) and the Rebuttal Expert

26   Report of Edward W. Felten. (attached hereto as Exhibit B).  Ex. A, ¶¶ 3-6; Ex. B, ¶¶ 2-4.

27       3.      As explained in greater detail in my reports and in my deposition testimony, it is

28   my opinion that the Real Products, namely the RealDVD software program and the Facet

1  hardware DVD player, comply with the CSS License and the associated documents, including

2  the General Specification, Technical Specifications and Procedural Specification. The Real

3  Products implement all of the steps required by the CSS documentation in the order and at the

4  time required. The Real Products comply with all of the restrictions contained in the CSS

5  documentation. The Real Products protect the DVD video content, CSS keys and CSS

6  algorithms using the methods specified by the CSS documentation. The Real Products maintain

7  all of the CSS protections for DVD content. These and other opinions I have developed over the

8  course of this matter are set forth in the expert reports attached to this declaration. Exhibits A

9  and B are true and correct copies of those reports.

10

11        I declare under penalty of perjury that the foregoing is true and correct, and that this

12  declaration is executed this 18th day of March, 2009 in San Francisco, California.

13

14                          Edward W. Felten

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

1 | JAMES A. DiBOISE, State Bar No. 83296
Email:  jdiboise@wsgr.com
2 | COLLEEN BAL, State Bar No. 167637
Email:  cbal@wsgr.com
3 | MICHAEL A. BERTA, State Bar No. 194650
Email:  mberta@wsgr.com
4 | TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
5 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
6 | One Market Street
Spear Tower, Suite 3300
7 | San Francisco, CA 94105

8 | Attorneys for Plaintiffs and
Counterclaim Defendants
9 | REALNETWORKS, INC. and
REALNETWORKS HOME
10 | ENTERTAINMENT, INC.

11 |            UNITED STATES DISTRICT COURT

12 |          NORTHERN DISTRICT OF CALIFORNIA

13 | REALNETWORKS, INC., a Washington                Case Nos. C08 04548 MHP;
Corporation; and REALNETWORKS HOME                           C08 04719 MHP
14 | ENTERTAINMENT, INC., a Delaware
corporation,                                     **NOTICE OF MANUAL FILING
15 |                                              EXHIBIT A TO EDWARD W. FELTEN
                                                 IN SUPPORT OF REALNETWORKS,
16 |                Plaintiffs,                   INC. AND REALNETWORKS HOME
                                                 ENTERTAINMENT, INC.'S
17 |          v.                                  OPPOSITION TO MOTION FOR
                                                 PRELIMINARY INJUNCTION**
18 | DVD COPY CONTROL ASSOCIATION, INC., a
Delaware nonprofit corporation, DISNEY
19 | ENTERPRISES, INC., a Delaware corporation;   **[HIGHLY CONFIDENTIAL –
PARAMOUNT PICTURES CORP., a Delaware              FILED UNDER SEAL]**
20 | corporation; SONY PICTURES ENTER., INC., a
Delaware corporation; TWENTIETH CENTURY
21 | FOX FILM CORP., a Delaware corporation; NBC
UNIVERSAL, INC., a Delaware corporation;
22 | WARNER BROS. ENTER. INC., a Delaware
corporation; and VIACOM, Inc., a Delaware
23 | Corporation,

24 |                Defendants.

25 |

26 | AND RELATED CASES

27 |

28 |

# EXHIBIT B

1   JAMES A. DiBOISE, State Bar No. 83296
    Email: jdiboise@wsgr.com
2   COLLEEN BAL, State Bar No. 167637
    Email: cbal@wsgr.com
3   MICHAEL A. BERTA, State Bar No. 194650
    Email: mberta@wsgr.com
4   TRACY TOSH LANE, State Bar No. 184666
    Email: ttosh@wsgr.com
5   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
6   One Market Street
    Spear Tower, Suite 3300
7   San Francisco, CA 94105

8   Attorneys for Plaintiffs and
    Counterclaim Defendants
9   REALNETWORKS, INC. and
    REALNETWORKS HOME
10  ENTERTAINMENT, INC.

11                  UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13  REALNETWORKS, INC., a Washington          Case Nos. C08 04548 MHP;
    Corporation; and REALNETWORKS HOME                  C08 04719 MHP
14  ENTERTAINMENT, INC., a Delaware
    corporation,                              **NOTICE OF MANUAL FILING
15                                            EXHIBIT B TO EDWARD W. FELTEN
                   Plaintiffs,                IN SUPPORT OF REALNETWORKS,
16                                            INC. AND REALNETWORKS HOME
         v.                                   ENTERTAINMENT, INC.'S
17                                            OPPOSITION TO MOTION FOR
    DVD COPY CONTROL ASSOCIATION, INC., a     PRELIMINARY INJUNCTION**
18  Delaware nonprofit corporation, DISNEY
    ENTERPRISES, INC., a Delaware corporation;  **[HIGHLY CONFIDENTIAL –
19  PARAMOUNT PICTURES CORP., a Delaware        FILED UNDER SEAL]**
    corporation; SONY PICTURES ENTER., INC., a
20  Delaware corporation; TWENTIETH CENTURY
    FOX FILM CORP., a Delaware corporation; NBC
21  UNIVERSAL, INC., a Delaware corporation;
    WARNER BROS. ENTER. INC., a Delaware
22  corporation; and VIACOM, Inc., a Delaware
    Corporation,
23
                   Defendants.
24

25

26  AND RELATED CASES

27

28