| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | One Market Street<br>Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| 15 | | **NOTICE OF MANUAL FILING** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 23 | Defendants. | |
| 26 | AND RELATED CASES | |

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

# NOTICE OF MANUAL FILING

Regarding:

<u>CONFIDENTIAL VERSIONS</u>:

1. RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Response to Studios and DVD CCA Motions for Preliminary Injunction;

2. Exhibits 63-113 to Declaration of Christopher F. Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Response to Studios and DVD CCA Motions for Preliminary Injunction;

3. Exhibit A to Declaration of Edward W. Felten in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction;

4. Exhibit B to Declaration of Edward W. Felten in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated: April 10, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: <u>/s/ Leo Cunningham</u>
Leo Cunningham

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.