| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com | ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor | Los Angeles, California  90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA  90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
COLUMBIA PICTURES INDUSTRIES, INC., DISNEY ENTERPRISES, INC., PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., SONY PICTURES TELEVISION INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WALT DISNEY PICTURES, WARNER BROS. ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>           Plaintiffs,<br><br>     vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>           Defendants.<br><br>AND CONSOLIDATED ACTIONS. | CASE NO.  C 08-4548-MHP<br><br>Consolidated with Case No. C 08-4719-MHP<br><br>**NOTICE OF MANUAL FILING**<br><br>Date:     April 24, 2009<br>Time:    9:00 p.m.<br>Crtrm:  15 (Hon. Marilyn Hall Patel) |

7581878.1

NOTICE OF MANUAL FILING
C 08-4548-MHP

**NOTICE OF MANUAL FILING**

Regarding:

- CONFIDENTIAL VERSION:  RESPONSE MEMORANDUM OF STUDIO PLAINTIFFS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION
- CONFIDENTIAL VERSION:  SUPPLEMENTAL DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The foregoing documents are being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filings are necessary because the document is filed under seal.

DATED:  April 13, 2009                     MUNGER, TOLLES & OLSON LLP

                                           MITCHELL SILBERBERG & KNUPP LLP

                                           GREGORY P. GOECKNER
                                           DANIEL E. ROBBINS


                                           By:_____/s/ Jonathan H. Blavin_____
                                                    JONATHAN H. BLAVIN

                                           Attorneys for Motion Picture Studio
                                           Plaintiffs/Declaratory Relief Claim Defendants