| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| 17 | Plaintiffs, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) THE UNREDACTED VERSION OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S RESPONSE TO STUDIOS' AND DVD CCA'S MOTIONS FOR PRELIMINARY INJUNCTION; (2) THE EXHIBITS TO THE DECLARTION OF CHRISTOPHER F. NELSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO STUDIOS' AND DVD CCA's MOTIONS FOR PRELIMINARY INJUNCTION; AND (3) THE EXHIBITS TO THE DECLARATION OF EDWARD W. FELTEN IN SUPPORT OF PLAINTIFFS' OPPOSITION TO MOTION FOR PRELIMINARY INJUNCTION |
| 18 | v. | |
| 19-24 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 25 | Defendants. | |
| 27 | AND RELATED CASES | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

Dockets.Justia.com

# ~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on April 10, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Response to Studios' and DVD CCA's Motions for Preliminary Injunction, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the exhibits attached to the document titled Declaration of Christopher F. Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Response to Studios' and DVD CCA's Motions for Preliminary Injunction, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

IT IS FURTHER ORDERED that the two exhibits attached to the document titled Declaration of Edward W. Felten in Support of RealNetworks, Inc. and RealNetworks Home Entertainment dated March 18, 2009, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

It is so ORDERED.

4/13/2009



The Honorable Marilyn Hall Patel
United States District Judge

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1

Submitted by:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JAMES DIBOISE
LEO CUNNINGHAM
COLLEEN BAL
MICHAEL BERTA
TRACY TOSH LANE

By: ___/s/_____
    Christopher F. Nelson
    cnelson@wsgr.com

    Attorneys for Plaintiffs and Counterclaim Defendants
    REALNETWORKS, INC. AND
    REALNETWORKS HOME
       ENTERTAINMENT, INC.