1    REGINALD D. STEER (SBN 056324)              WILLIAM SLOAN COATS (SBN 94864)
     rsteer@akingump.com                         wcoats@whitecase.com
2    MARIA ELLINIKOS (SBN 235528)                MARK WEINSTEIN (SBN 193043)
     mellinikos@akingump.com                     mweinstein@whitecase.com
3    **AKIN GUMP STRAUSS HAUER & FELD LLP**      MARK F. LAMBERT (SBN 197410)
     580 California, 15th Floor                  mlambert@whitecase.com
4    San Francisco, California 94104-1036        **WHITE & CASE LLP**
     Telephone:      (415) 765-9500              3000 El Camino Real
5    Facsimile:      (415) 765-9501              5 Palo Alto Square, 9th Floor
                                                 Palo Alto, California 94306
6    EDWARD P. LAZARUS (SBN 212658)              Telephone:      (650) 213-0300
     elazarus@akingump.com                       Facsimile:      (650) 213-8158
7    STEPHEN MICK (SBN 131569)
     smick@akingump.com
8    MICHAEL SMALL (SBN 222768)
     msmall@akingump.com
9    **AKIN GUMP STRAUSS HAUER & FELD LLP**
     2029 Century Park East, Suite 2400
10   Los Angeles, California 90067-3012
     Telephone:      (310) 229-1000
11   Facsimile:      (310) 229-1001

12   Attorneys for Defendant and Counterclaimant
     DVD COPY CONTROL ASSOCIATION, INC.

13

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16   REALNETWORKS, INC., a Washington          Case No. C08 04548 MHP;
     Corporation; and REALNETWORKS HOME              C08 04719 MHP
17   ENTERTAINMENT, INC., a Delaware
     corporation,
18                                             ~~[PROPOSED]~~ **ORDER GRANTING
                                               APPLICATION OF DVD COPY CONTROL
19                Plaintiffs,                  ASSOCIATION, INC. TO SEAL HIGHLY
                                               CONFIDENTIAL VERSION OF RESPONSE
20        v.                                   MEMORANDUM IN SUPPORT OF MOTION
                                               OF DVD COPY CONTROL ASSOCIATION
21   DVD COPY CONTROL ASSOCIATION, INC.,       FOR PRELIMINARY INJUNCTION AND
     a Delaware nonprofit corporation, et al.  SUPPORTING DOCUMENTS**

22                Defendants.                  Lodged concurrently herewith:

23   And Related Counterclaims.                1) [Proposed] Order Granting Application

24                                             2) Documents Requested To Be Filed Under Seal

25   AND RELATED CASES                          **\* as amended by Court.**

26

27

28

     [PROPOSED] ORDER GRANTING APPLICATION TO SEAL
     CASE NO. C08 04548 MHP; C08 04719 MHP

1                  **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

2         Based on DVD Copy Control Association, Inc.'s Application, and good cause appearing for the

3 entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

4                  (1) Highly Confidential Version of Response Memorandum in Support of Motion of

5                      DVD Copy Control Association for Preliminary Injunction; **Redacted copy shall**

6                      **be filed in the public record (ECF);**
(2) Exhibits 1 to 9 to the Declaration of Maria Ellinikos in Support of the Response

7                      Brief;

8                  (3) Declaration of John P.J. Kelly, Ph. D in Support of the Response Brief; and

9                  (4) Paragraph 4 to the Declaration of Jacob Pak in Support of the Response Brief.

10

11         IT IS SO ORDERED.

12

13                                  The Honorable Marilyn H. Patel
United States District Judge



14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C08 04548 MHP