| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 |

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>    Defendants. | CASE NO. C 08-4548-MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) RESPONSE MEMORANDUM OF STUDIO PLAINTIFFS IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; (2) SUPPLEMENTAL DECLARATION OF JONATHAN H. BLAVIN**<br><br>Date:    April 24, 2009<br>Time:   9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>REALNETWORKS, INC., et al.<br><br>    Defendants. | CASE NO. C 08-4719-MHP<br><br>***as amended by Court.** |

- 1 -

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

Dockets.Justia.com

| | |
|---|---|
| 1 | <u>~~[PROPOSED]~~ ORDER GRANTING APPLICATION TO SEAL</u> |
| 2 | Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS |
| 3 | HEREBY ORDERED that the highly-confidential versions of the following documents be filed |
| 4 | under seal: |
| 5 | (1)   Response Memorandum of Studio Plaintiffs in Support of Motion for |
| 6 | Preliminary Injunction **with unredacted version to be filed in the public record;** |
| 7 | (2)   Supplemental Declaration of Jonathan H. Blavin |
| 8 | It is so ORDERED. |

Dated: 4/13/2009

The Honorable _____
United States District Judge

**IT IS SO ORDERED**
[signature]
Judge Marilyn H. Patel
(UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA seal)

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
JONATHAN H. BLAVIN

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants