GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. | CASE NO. C 08-4548-MHP <br><br> **MOTION OF STUDIO PLAINTIFFS TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM** <br><br> Date: April 24, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO. C 08-4719-MHP |

Plaintiffs and Declaratory Defendants Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc., Sony Pictures Television Inc. and Columbia Pictures Industries, Inc. (collectively, "the Studios") respectfully request permission of the Court to bring into the courtroom and use the following equipment and materials during the hearing scheduled for April 24, 27, and 28, 2009 in the above-captioned matter:

1. Elmo projector
2. Laptop computers
3. External hard drives
4. Monitors
5. Printer
6. Switchbox
7. Computer cables and other computer-related equipment
8. Boxes containing documents for Court and/or witnesses, including deposition transcripts and hearing exhibits
9. Books and reference materials
10. Box containing bottles of water
11. Demonstrative exhibits

DATED: April 15, 2009

                                             */S/ Jonathan H. Blavin*
                                             Jonathan H. Blavin
                                             MUNGER, TOLLES & OLSON LLP

                                             Attorneys for Motion Picture Studio
                                             Plaintiffs/Declaratory Relief Claim Defendants