GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO.  C 08-4548-MHP |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING MOTION OF STUDIO PLAINTIFFS TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM** |
| vs. | |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | Date:  April 24, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| Defendants. | |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO.  C 08-4719-MHP |
| Plaintiffs, | |
| vs. | |
| REALNETWORKS, INC., et al. | |
| Defendants. | |

1         WHEREAS, on April 15, 2009, Plaintiffs and Declaratory Defendants Paramount

2    Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios

3    Productions LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc., Sony Pictures

4    Television Inc. and Columbia Pictures Industries, Inc. (collectively, "the Studios") filed a motion

5    seeking permission of the Court to bring into the courtroom and use the following equipment and

6    materials during the hearing scheduled for April 24, 27, and 28, 2009 in the above-captioned

7    matter:

8         1. Elmo projector

9         2. Laptop computers

10        3. External hard drives

11        4. Monitors

12        5. Printer

13        6. Switchbox

14        7. Computer cables and other computer-related equipment

15        8. Boxes containing documents for Court and/or witnesses, including deposition

16   transcripts and hearing exhibits

17        9. Books and reference materials

18        10. Box containing bottles of water

19        11. Demonstrative exhibits

20        WHEREAS, good cause being shown,

21        **IT IS SO ORDERED.**   The Studios may bring into the courtroom and use the above

22   equipment and materials during the hearing scheduled for April 24, 27, and 28, 2009.

23

24        Dated: _____          _____

25                        Hon. Marilyn H. Patel

26

27

28