GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al,.<br><br>                    Defendants. | CASE NO.  C 08-4548-MHP<br><br>**APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSION OF NOTICE OF ERRATA REGARDING EXHIBIT NUMBER 21 TO THE DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br>Date:          April 24, 2009<br>Time:          9:00 a.m.<br>Ctrm:          15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>                    Plaintiffs,<br><br>          vs.<br><br>REALNETWORKS, INC., et al.<br><br>                    Defendants. | CASE NO.  C 08-4719-MHP<br><br>Lodged concurrently herewith:<br>1) [Proposed] Order Granting Application<br>2) Document Requested To Be Filed Under Seal |

Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully apply for an order sealing the highly confidential version of the following document:

(1)   Notice of Errata Regarding Exhibit Number 21 to the Declaration of Jonathan H. Blavin in Support of Studio Plaintiffs' Motion for Preliminary Injunction

A "compelling reason" exists to seal this document.  *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135-36 (9th Cir. 2003).  The confidential material at issue divulges aspects of Real's proprietary business, technical, and/or trade secret information. This material has been designated by Real as "confidential" pursuant to the protective order governing this litigation, and is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure.  *Kamakana*, 447 F.3d at 1178.  The Studios have filed with the Court a public redacted version of the aforementioned document.

For these reasons, the Court should grant the Application to Seal.

DATED:  April 16, 2009                    MUNGER, TOLLES & OLSON LLP


By:_____*/s/ Jonathan H. Blavin*_____
             JONATHAN H. BLAVIN

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs

7612830.1                                   - 2 -