| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) | ROBERT H. ROTSTEIN (SBN 72452) |
| | Glenn.Pomerantz@mto.com | rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009) | ERIC J. GERMAN (SBN 224557) |
| | Bart.Williams@mto.com | ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091) | MITCHELL SILBERBERG & KNUPP LLP |
| | Kelly.Klaus@mto.com | 11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90064-1683 |
| | 355 South Grand Avenue, 35th Floor | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA 90071-1560 | |
| | Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | **NOTICE OF ERRATA REGARDING EXHIBIT NUMBER 21 TO THE DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |
| vs. | |
| DVD COPY BATES ASSOCIATION, INC., et al. | |
| Defendants. | Date: April 24, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| Plaintiffs, | **PUBLIC REDACTED VERSION** |
| vs. | |
| REALNETWORKS, INC., et al. | |
| Defendants. | |

7598394.1

NOTICE OF ERRATA REGARDING
EXHIBIT NUMBER 21 TO BLAVIN DECL.

Dockets.Justia.com

Plaintiffs Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc., Sony Pictures Television Inc. and Columbia Pictures Industries, Inc. (collectively, "Plaintiffs") respectfully submit this Notice of Errata in connection with Exhibit 21 attached to the Declaration of Jonathan H. Blavin in Support of the Studio Plaintiffs' Motion For Preliminary Injunction ("Blavin Declaration"), which was filed on March 19, 2009.  Exhibit 21 to the Blavin Declaration, a copy of the CSS License agreement between RealNetworks, Inc. and the DVD CCA, does not include Bates numbers as indicated in the Blavin Declaration.  A true and correct copy of the Bates-stamped version of this CSS License, as referenced in the Blavin Declaration, is attached hereto as Exhibit 1.

DATED:  April 16, 2009

*/S/ Jonathan H. Blavin*
Jonathan H. Blavin
MUNGER, TOLLES & OLSON LLP

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants

# EXHIBIT 1 FILED UNDER SEAL