| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
| | Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009) |
| | Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560 |
| | Tel: (213) 683-9100; Fax: (213) 687-3702 |

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | **PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| vs. | |
| DVD COPY CONTROL ASSOCIATION, INC., et al | |
| Defendants. | |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| Plaintiffs, | |
| vs. | |
| REALNETWORKS, INC., et al. | |
| Defendants. | |

7612934.1

PROOF OF SERVICE OF DOCUMENTS
FILED UNDER SEAL
C 08-4548-MHP

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105.

On April 16, 2009, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**CONFIDENTIAL VERSION OF NOTICE OF ERRATA REGARDING EXHIBIT NUMBER 21 TO THE DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**

☐ By placing ☐ the original(s) ☐ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 355 South Grand Avenue, Thirty-Fifth Floor, Los Angeles, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By sending a copy of said document by electronic mail for instantaneous transmittal.

☐ **BY FACSIMILE (AS INDICATED ON ATTACHED SERVICE LIST)** By causing to be sent a true and correct copy(ies) of said document via facsimile transmission. The transmission was reported as complete and without error. A true and correct copy of the machine's transmission report, indicating the date and time that the transmission was completed without error is attached to this proof of service and is incorporated herein by this reference. The telephone number of the facsimile machine I used was (213) 683-9510. This facsimile machine complies with Rule 2003(3) of the California Rules of Court.

☐ (STATE) I declare under penalty of perjury that the foregoing is true and correct.

☒ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 16, 2009 at San Francisco, California

_____
Steven Uhrig

7612934.1                                    - 1 -                        PROOF OF SERVICE OF DOCUMENTS
                                                                          FILED UNDER SEAL
                                                                          C 08-4548-MHP

## SERVICE LIST

James A. DiBoise (jdiboise@wsgr.com)
Leo Cunningham (lcunningham@wsgr.com)
Colleen Bal (cbal@wsgr.com)
Michael A. Berta (mberta@wsgr.com)
Tracy Tosh Lane (ttosh@wsgr.com)
Wilson Sonsini Goodrich & Rosati PC
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000; Fax: (415) 947-2099

Reginald D. Steer (rsteer@akingump.com)
Maria Ellinikos (mellinikos@akingump.com)
Akin Gump Strauss Hauer &Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Tel: (415) 765-9500; Fax: (415) 765-9501

Edward P. Lazarus (elazarus@akingump.com)
Stephen Mick (smick@akingump.com)
Michael Small (msmall@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Tel: (310) 229-1000; Fax: (310) 229-1001

William Sloan Coats (wcoats@whitecase.com)
Mark Weinstein (mweinstein@whitecase.com)
Mark F. Lambert (mlambert@whitecase.com)
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Tel: (650) 213-0300; Fax: (650) 213-8158

**Courtesy Copy**
Robert H. Rotstein (rxr@msk.com)
Eric J. German (ejg@msk.com)
Mitchell, Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100