| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al,.<br><br>          Defendants. | CASE NO. C 08-4548-MHP<br><br>**NOTICE OF MANUAL FILING RE ERRATA REGARDING EXHIBIT NUMBER 21 TO THE DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br>Date:     April 24, 2009<br>Time:    9:00 a.m.<br>Ctrm:    15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>          Plaintiffs,<br><br>     vs.<br><br>REALNETWORKS, INC., et al.<br><br>          Defendants. | CASE NO. C 08-4719-MHP |

7617799.1                                           - 1 -                                NOTICE OF MANUAL FILING
                                                                                         CASE NO. C 08-4548-MHP

**NOTICE OF MANUAL FILING**

Regarding:

- CONFIDENTIAL VERSION: NOTICE OF ERRATA REGARDING EXHIBIT NUMBER 21 TO THE DECLARATION OF JONATHAN H. BLAVIN IN SUPPORT OF STUDIO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

The foregoing documents are being filed under seal in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filings are necessary because the document is filed under seal.

DATED: April 16, 2009              MUNGER, TOLLES & OLSON LLP

By:     */s/ Jonathan H. Blavin*
        JONATHAN H. BLAVIN

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs