1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market St., Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Bus:   (415) 947-2000
   Fax:   (415) 947-2099
9
   Attorneys for Plaintiffs and Counterclaim Defendants
10 REALNETWORKS, INC. and REALNETWORKS
   HOME ENTERTAINMENT, INC.
11

12                 UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos.  C08 04548 MHP; C08 04719 MHP |
| 16 | |
| 17                      Plaintiffs, | **REALNETWORKS, INC. AND REALNETWORKS HOME** |
| 18         v. | **ENTERTAINMENT, INC.'S DEPOSITION DESIGNATIONS** |
| 19  DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY | **FOR PRELIMINARY INJUNCTION PROCEEDING** |
| 20  ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware | Date:     April 24, 2009 |
| 21  corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY | Time:     9:00 a.m. Dept:     15 |
| 22  FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; | |
| 23  WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware | |
| 24  Corporation, | |
| 25                      Defendants. | |
| 26 | |
| 27  AND RELATED CASES | |

28

RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") hereby designate the following portions of deposition testimony for the hearing of Defendants' Motions for Preliminary Injunction. The cited pages of the depositions are attached hereto as Exhibits A-F,[1] which are being filed under seal because they contain confidential information. Real reserves the right to submit counter-designations as agreed to by the parties.[2] Real further reserves the right to play at the hearing portions of the below designations depending upon the evidence presented by Defendants during the hearing.

The designated deposition testimony is as follows:

| Deponent | Transcript Citation |
|---|---|
| Aodan Coburn | 7:13-20; 20:2-6; 21:3-6; 28:10-30:13; 36:13-21; 38:3-23; 39:10-13; 73:21-74:2; 93:23-94:4; 95:18-96:2l; 97:20-98:7; 99:20-24; 100:20-101:3; 101:20-23; 103:18-22; 104:12-16; 113:13-18; 114:2-19; 117:9-22; 127:17-129:5; 148:23-149:5; 174:7-175:20; 193:3-199:18; and deposition exhibits 3, 4, 5 and 7. (The deposition pages and exhibits are attached at Exhibit A.) |
| Michael Dunn | 10:3-5; 34:8-35:20; 41:5-6; 72:6-18; 74:22-75:9; 76:2-22; 77:6-21; 79:5-23; 80:14-18; 93:21-102:23; 102:24-109:22; 112:17-113:8; 117:1-121:14; 120:5-10; 157:2-5;160:11-161:20; 166:20-175:24; 176:24-179:20; 183:17-186:8; and deposition exhibits 1 and 7. (The deposition pages and exhibit are attached at Exhibit B.) |
| Thomas Gewecke | 7:13-21; 14:24-16:7; 23:4-25:1; 42:17-43:11; 55:1-16; 56:12-57:4; 59:15-60:15; 70:19-71:24; 86:19-87:3; 94:5-96:19; 117:13-118:9; 122:6-12; 127:6-18; 132:14-133:10; 142:5-22; 142:23-143:17; 143:20-144:9; 156:5-21; 174:2-175:12;180:18-181:17; 185:6-186:2; 199:7-24; 205:5-20 and deposition exhibit 1. (The deposition pages and exhibit are attached at Exhibit C.) |
| Jacob Pak | 14:12-15:3; 39:20-40:15; 47:2-13; 47:15-23; 49:11-20; 62:5-14; 68:1-6; 69:9-75:20; 77:10-78:11; 80:2-84:21; 101:24-104:24; 113:22-115:25; 119:9-23; 120:25-122:16; 123:19-124:18; 125:21-127:18; 128:16-129:11; 129:21-25; 130:12-131:2; 139:11-22; 159:20-160:2;167:10-13; 169:2-8; 169:18-185:12; 186:6-17; |

---

[1] Also submitted are the deposition exhibits that are relied upon in the designated testimony.

[2] The DVD CCA notified Real on April 16, 2009 that despite including Andrew Parsons on its witness list, it did not intend to have Mr. Parsons testify at the hearing. Real thus reserves the right to submit deposition testimony from Mr. Parsons after the parties' agreed upon exchange of deposition designations.

| Jacob Pak (cont.) | 194:17-203:17; 204:4-10; 205:18-213:25; and deposition exhibits 1, 4, 6, 7, and 9, as well as Parsons deposition exhibit 5.<br>(The deposition pages and exhibit are attached at Exhibit D.) |
|---|---|
| Jeffrey Steven Miller | 13:21-14:22; 28:3-28:20; 54:5-9; 56:15-21; 58:6-16; 63:22-70:22; 177:11-179:2; deposition exhibits 3 and 11.<br>(The deposition pages and exhibit are attached at Exhibit E.) |
| Mitchell Fredrick Singer | 8:6-14; 15:5-16:17; 31:15-32:15; 33:15-34:22; 36:17-25; 37:2-11; 44:5-9; 44:18-25; 45:12-24; 47:19-23; 48:10-22; 49:21-50:9; 52:4-13; 59:10-22; 69:15-25; 71:18-72:5; 72:16-73:17; 77:14-78:5; 101:14-103:6; 106:5-9; 122:17-123:13; 124:11-125:5; 125:6-18; 128:10-130:9; 131:15-132:8; 134:21-24; 150:20-151:9; 157:21-158:10; 159:12-21; 159:22-160:7; 174:14-22; 175:21-23; 178:21-179:9; 216:4-218:25; and deposition exhibits 1 and 2, as well as Parsons deposition exhibits 4 and 6.<br>(The deposition pages and exhibit are attached at Exhibit F.) |

Dated:  April 16, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ _____
       Michael A. Berta

Attorneys for Plaintiffs
REALNETWORKS, INC. and REALNETWORKS
HOME ENTERTAINMENT, INC.