1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL THE EXHIBITS TO REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S DEPOSITION DESIGNATIONS FOR PRELIMINARY INJUNCTION PROCEEDING** |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5 (b), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") respectfully request an order to file under seal the following documents: Exhibits A through F, inclusive, to RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Proceeding.

A "compelling reason" exists to seal these documents. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts and warrant materials, "[a] party seeking to seal a judicial record. . .bears the burden of overcoming the 'compelling reasons' standard"). Trade secrets and other confidential research, development, or commercial information may properly be protected by the court. *See* Fed.R.Civ.P. 26(c).

Here, the exhibits filed under seal contain RealNetworks' propriety business, technical and trade secret information relating to RealDVD and the New Platform. Further, they contain propriety business, technical and trade secret information of the defendants and third parties. Additionally, much of the material has been designated "confidential" or "highly confidential" under the stipulated protective order governing this action.

RealNetworks has made conscientious efforts to seal only the confidential or highly confidential material necessary to protect its sensitive business, technical or personal information, as well as the sensitive information of the other parties. Thus, this Administrative Motion to Seal is narrowly tailored to preserve the public's interest in accessing judicial records. *Kamakana*, 447 F.3d at 1178. Therefore, the Court should grant this administrative motion.

1  As required by Civil Local Rule 79-5(b), RealNetworks has lodged with the Clerk copies
2  of above-mentioned exhibits.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/Michael A. Berta
         Michael A. Berta

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.