| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
| | Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637 |
| | Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650 |
| | Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666 |
| | Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 6 | One Market Street |
| | Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and |
| | Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and |
| | REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
| | | **NOTICE OF MANUAL FILING** |
| | Plaintiffs, | |
| | v. | |
| | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| | Defendants. | |
| | AND RELATED CASES | |

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

# NOTICE OF MANUAL FILING

Regarding:

CONFIDENTIAL VERSION:

**THE EXHIBITS TO REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S DEPOSITION DESIGNATIONS FOR PRELIMINARY INJUNCTION PROCEEDING**

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated:   April 16, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Leo Cunningham
      Leo Cunningham


Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.