1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market St., Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Bus:   (415) 947-2000
   Fax:   (415) 947-2099
9
   Attorneys for Plaintiffs and Counterclaim Defendants
10 REALNETWORKS, INC. and REALNETWORKS
   HOME ENTERTAINMENT, INC.
11

12                  UNITED STATES DISTRICT COURT

13                  NORTHERN DISTRICT OF CALIFORNIA

14

15 | REALNETWORKS, INC., a Washington          ) Case Nos.  C08 04548 MHP;
   | Corporation; and REALNETWORKS HOME        )            C08 04719 MHP
16 | ENTERTAINMENT, INC., a Delaware corporation, )
                                                )
17 |                    Plaintiffs,             ) **REALNETWORKS, INC. AND**
                                                ) **REALNETWORKS HOME**
18 |         v.                                 ) **ENTERTAINMENT, INC.'S**
                                                ) **DEPOSITION DESIGNATIONS**
19 | DVD COPY CONTROL ASSOCIATION, INC., a     ) **FOR ANDREW PARSONS FOR**
   | Delaware nonprofit corporation, DISNEY    ) **THE PRELIMINARY**
20 | ENTERPRISES, INC., a Delaware corporation; ) **INJUNCTION PROCEEDING**
   | PARAMOUNT PICTURES CORP., a Delaware      )
21 | corporation; SONY PICTURES ENTER., INC., a ) Date:  April 24, 2009
   | Delaware corporation; TWENTIETH CENTURY   ) Time:  9:00 a.m.
22 | FOX FILM CORP., a Delaware corporation; NBC ) Dept:  15
   | UNIVERSAL, INC., a Delaware corporation;  )
23 | WARNER BROS. ENTER. INC., a Delaware      )
   | corporation; and VIACOM, Inc., a Delaware )
24 | Corporation,                              )
                                                )
25 |                    Defendants.            )
                                                )
26                                              )
   | AND RELATED CASES                         )
27                                              )

28

REALNETWORKS' DEPOSITION DESIGNATIONS                                          3657116_1.DOC
FOR ANDREW PARSONS
CASE NOS. C08 -4548 MHP & C08 04719 MHP

Dockets.Justia.com

1  RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") hereby
2  designate the following portions of deposition testimony of Andrew Parsons for the hearing of
3  Defendants' Motions for Preliminary Injunction.  The cited pages of the depositions are attached
4  hereto as Exhibits A,[1] which is being filed under seal because they contain confidential
5  information.  Real reserves the right to submit counter-designations as agreed to by the parties.[2]
6  Real further reserves the right to play at the hearing portions of the below designations
7  depending upon the evidence presented by Defendants during the hearing.
8  The designated deposition testimony is as follows:

| Deponent | Transcript Citation |
|---|---|
| Andrew Parsons | 16:15-16:21; 16:23-17:2; 19:22-19:24; 20:23-21:20; 22:7-23:15; 29:6-29:18; 33:18-34:5; 35:12-35:14; 35:19-36:10; 39:13-39:24; 48:7-24; 52:23-53:2; 53:5-53:7; 58:9-58:22; 59:1-59:16; 60:19-60:22; 66:3-66:10; 66:13-67:9; 77:3-78:19; 80:12-80:17; 81:3-81:9; 81:21-83:18; 85:16-86:7; 88:8-88:12; 88:19-88:24; 92:4-92:12; 94:19-95:7; 96:8-96:19; 97:21-98:13; 100:2-100:9; 101:3-101:10; 101:25-102:3; 125:12-125:16; 125:20-126:18; 127:6-127:23; 130:14-130:23; 131:12-131:17; 134:22-135:5; 141:3-141:10; 142:22-143:21; 155:11-155:16; 173:20-174:3; 178:8-179:5; 180:5-180:15; 187:14-187:23; 188:4-188:9; 188:17-188:19; 191:14-191:20; 196:2-196:8; 197:4-197:20; 204:2-204:22; 205:2-205:4; 207:23-208:13; and deposition exhibits 2, 4, 6, 9, 10, and14. (The deposition pages and exhibits are attached at Exhibit A.) |

Dated:  April 17, 2009           WILSON SONSINI GOODRICH & ROSATI
                                 Professional Corporation


                                 By: /s/Michael A. Berta
                                     Michael A. Berta

                                 Attorneys for Plaintiffs
                                 REALNETWORKS, INC. and REALNETWORKS
                                 HOME ENTERTAINMENT, INC.

---

[1] Also submitted are the deposition exhibits that are relied upon in the designated testimony.

[2] The DVD CCA notified Real on April 16, 2009 that despite including Andrew Parsons on its witness list, it did not intend to have Mr. Parsons testify at the hearing.  In RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Hearing filed April 16, 2009, Real reserved the right to submit deposition testimony from Mr. Parsons. This submission is made pursuant to that reservation.