| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| 15 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
| 17 | Plaintiffs, | **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL THE EXHIBITS TO REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S DEPOSITION DESIGNATIONS FOR ANDREW PARSONS FOR THE PRELIMINARY INJUNCTION PROCEEDING** |
| 18 | v. | |
| 19 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 25 | Defendants. | |
| 27 | AND RELATED CASES | |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

Dockets.Justia.com

## ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5 (b), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") respectfully request an order to file under seal the following document:  Exhibit A to RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Andrew Parsons for the Preliminary Injunction Proceeding.

A "compelling reason" exists to seal the exhibit.  *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts and warrant materials, "[a] party seeking to seal a judicial record. . .bears the burden of overcoming the 'compelling reasons' standard").  Trade secrets and other confidential research, development, or commercial information may properly be protected by the court.  *See* Fed.R.Civ.P. 26(c).

Here, the exhibit filed under seal contains RealNetworks' propriety business, technical and trade secret information relating to RealDVD and the New Platform.  Further, they contain propriety business, technical and trade secret information of the defendants and third parties.  Additionally, much of the material has been designated "confidential" or "highly confidential" under the stipulated protective order governing this action.

RealNetworks has made conscientious efforts to seal only the confidential or highly confidential material necessary to protect its sensitive business, technical or personal information, as well as the sensitive information of the other parties.  Thus, this Administrative Motion to Seal is narrowly tailored to preserve the public's interest in accessing judicial records.  *Kamakana*, 447 F.3d at 1178.  Therefore, the Court should grant this administrative motion.

1  As required by Civil Local Rule 79-5(b), RealNetworks has lodged with the Clerk copies
2  of above-mentioned exhibit.

Dated:  April 17, 2009                      WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation

                                            By:    /s/Michael A. Berta
                                                      Michael A. Berta

                                            Attorneys for Plaintiffs and Counterclaim
                                            Defendants REAL NETWORKS, INC. and
                                            REALNETWORKS HOME
                                            ENTERTAINMENT, INC.