| | |
|---|---|
| 1 | JAMES A. DiBOISE (SBN 83296)<br>jdiboise@wsgr.com |
| 2 | COLLEEN BAL (SBN 167637)<br>cbal@wsgr.com |
| 3 | MICHAEL A. BERTA (SBN 194650)<br>mberta@wsgr.com |
| 4 | TRACY TOSH LANE (SBN 184666)<br>ttosh@wsgr.com |
| 5 | **WILSON SONSINI GOODRICH & ROSATI PC** |
| 6 | One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 7 | Tel: (415) 947-2000<br>Fax: (415) 947-2099 |
| 8 | |
| 9 | Attorneys for Plaintiffs<br>**REALNETWORKS, INC. and** |
| 10 | **REALNETWORKS HOME ENTERTAINMENT** |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>         Plaintiffs,<br><br>     v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>         Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>              C08 04719 MHP<br><br>**PROOF OF SERVICE** |

PROOF OF SERVICE
CASE NOS: C08 04548 MHP
                 C08 04719 MHP

3657582_1.DOC

1   I, Adrienne Baranski, declare:

2   I am employed in the City and County of San Francisco, State of California. I am over

3   the age of 18 years and not a party to the within action. My business address is Wilson Sonsini

4   Goodrich & Rosati, One Market, Spear Tower, Suite 3300, San Francisco, California 94105.

5   On this date, I served:

6   **NOTICE OF MANUAL FILING OF THE EXHIBITS TO REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S DEPOSITION DESIGNATIONS FOR ANDREW PARSONS FOR THE PRELIMINARY INJUNCTION PROCEEDING**

☐ By placing the document(s) in a sealed envelope for collection and mailing with the United States Postal Service on this date to the person(s) listed below.

☒ By consigning the document(s) to an express mail service for guaranteed next day delivery to the person(s) listed below.

**SEE ATTACHED SERVICE LIST**

☐ By consigning the document(s) by hand delivery on this date to the person(s) listed below.

☐ By consigning the document(s) to a facsimile operator for transmittal on this date to the person(s) listed below.

☐ By forwarding the document(s) by electronic transmission on this date, in compliance with Civil L.R. 23-2, to the Designated Internet Site(s) listed below.

17   I am readily familiar with Wilson Sonsini Goodrich & Rosati's practice for collection and

18   processing of documents for delivery according to instructions indicated above. In the ordinary

19   course of business, documents would be handled accordingly.

20   I declare under penalty of perjury under the laws of the State of California that the

21   foregoing is true and correct. Executed at San Francisco, California on April 17, 2009.

/s/Adrienne Baranski
Adrienne Baranski

PROOF OF SERVICE
CASE NOS: C08 04548 MHP
              C08 04719 MHP

-1-

3657582_1.DOC

## SERVICE LIST

| | |
|---|---|
| REGINALD D. STEER<br>MARIA ELLINIKOS<br>**AKIN GUMP STRAUSS HAUER<br>    & FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br><br>WILLIAM SLOAN COATS<br>MARK WEINSTEIN<br>MARK F. LAMBERT<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br><br>Attorneys for Defendant<br>**DVD COPY CONTROL ASSOCIATION, INC** | ROHIT SINGLA<br>**MUNGER TOLLES & OLSON LLP**<br>560 Mission Street, 27th Floor<br>San Francisco, CA  94105<br><br>Attorneys for Defendants<br>**PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., and VIACOM, INC.** |

I, Michael A. Berta, am the ECF User whose identification and password are being used to file the Proof of Service.  I hereby attest that Adrienne Baranski has concurred in this filing.

Dated:  April 17, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/Michael A. Berta
        Michael A. Berta

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

PROOF OF SERVICE
CASE NOS:  C08 04548 MHP
          C08 04719 MHP

-3-

3657582_1.DOC