1  JAMES A. DiBOISE, State Bar No. 83296
   Email:  jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email:  lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email:  cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email:  mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
|---|---|
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL THE EXHIBITS TO REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S DEPOSITION DESIGNATIONS FOR ANDREW PARSONS FOR THE PRELIMINARY INJUNCTION PROCEEDING |
| v. | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| Defendants. | |
| AND RELATED CASES | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS.  08-cv-04548 MHP
 08-cv-04179 MHP

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on April 17, 2009, is GRANTED.

IT IS FURTHER ORDERED that Exhibit A attached to the document titled RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Andrew Parsons for the Preliminary Injunction Proceeding, which exhibit was lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

It is so ORDERED.

4/21/2009

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

The
Unit[ed States District Judge]

Submitted by:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JAMES DIBOISE
LEO CUNNINGHAM
COLLEEN BAL
MICHAEL BERTA
TRACY TOSH LANE

By: ___/s/_____
    Michael A. Berta
    mberta@wsgr.com

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. AND
REALNETWORKS HOME
   ENTERTAINMENT, INC.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1