GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al,.<br><br>　　　　　　Defendants. | CASE NO. C 08-4548-MHP<br><br>**APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY AND DECLARATION OF BART H. WILLIAMS IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE***<br><br>Date:　　April 24, 2009<br>Time:　　9:00 a.m.<br>Ctrm:　　15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　vs.<br><br>REALNETWORKS, INC., et al.<br><br>　　　　　　Defendants. | CASE NO. C 08-4719-MHP<br><br>Lodged concurrently herewith:<br>1) [Proposed] Order Granting Application<br>2) Document Requested To Be Filed Under Seal |

1    Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney
2 Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures
3 Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation,
4 Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt
5 Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully
6 apply for an order sealing the highly confidential versions of the following documents:

7    (1)    Motion Picture Studios' Motion *In Limine* to Exclude Evidence and
8 Testimony

9    (2)    Declaration of Bart H. Williams in Support of Motion Picture Studios'
10 Motion *In Limine* to Exclude Evidence and Testimony

11    A "compelling reason" exists to seal these documents. *See Kamakana v. City and County*
12 *of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a
13 judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v.*
14 *State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential
15 material at issue divulges aspects of the Studios' and Real's proprietary business, technical,
16 and/or trade secret information. This material has been designated by the Studios and Real as
17 "confidential" pursuant to the protective order governing this litigation, and is thus being
18 manually filed under seal.

19    This Application to Seal is narrowly tailored to protect the public's interest in access to
20 judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. The
21 Studios have filed with the Court a public redacted version of the aforementioned documents.

22    For these reasons, the Court should grant the Application to Seal.

1  DATED: April 21, 2009                         MUNGER, TOLLES & OLSON LLP

                                                 By:    */s/ Jonathan H. Blavin*
                                                        JONATHAN H. BLAVIN

                                                 Attorneys for Studio Defendants/Counterclaim-
                                                 Plaintiffs/Plaintiffs