| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>        Defendants. | CASE NO. C 08-4548-MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY AND DECLARATION OF BART H. WILLIAMS IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE*** <br><br>Date:     April 24, 2009<br>Time:    9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>REALNETWORKS, INC., et al.<br><br>        Defendants. | CASE NO. C 08-4719-MHP |

7637575.1          - 1 -          [PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

# [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the highly-confidential versions of the following documents be filed under seal:

(1) Motion Picture Studios' Motion *in Limine* to Exclude Evidence and Testimony,

(2) Declaration of Bart H. Williams in Support of Motion Picture Studios' Motion *in Limine* to Exclude Evidence and Testimony.

It is so ORDERED.

Dated: _____

The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP


By: */s/   Jonathan H. Blavin*
     JONATHAN H. BLAVIN

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants

7637575.1                                  - 2 -                         [PROPOSED] ORDER GRANTING
                                                                          APPLICATION TO SEAL
                                                                          CASE NO. C 08-4548-MHP