| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) | ROBERT H. ROTSTEIN (SBN 72452) |
| | Glenn.Pomerantz@mto.com | rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009) | ERIC J. GERMAN (SBN 224557) |
| | Bart.Williams@mto.com | ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091) | MITCHELL SILBERBERG & KNUPP LLP |
| | Kelly.Klaus@mto.com | 11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90064-1683 |
| | 355 South Grand Avenue, 35th Floor | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA 90071-1560 | |
| | Tel: (213) 683-9100; Fax: (213) 687-3702 | |

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | **DECLARATION OF BART H. WILLIAMS IN SUPPORT OF MOTION PICTURE STUDIO'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY** ▓▓▓▓▓▓▓▓▓▓ |
| vs. | |
| DVD COPY BATES ASSOCIATION, INC., et al. | |
| Defendants. | Date: April 1, 2009 |
| | Time: 9:00 a.m. |
| | Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| Plaintiffs, | |
| vs. | **PUBLIC REDACTED VERSION** |
| REALNETWORKS, INC., et al. | |
| Defendants. | |

WILLIAMS DECLARATION
ISO *IN LIMINE* MOTION
CASE NO. C 08-4548-MHP

## DECLARATION OF BART H. WILLIAMS

I, Bart H. Williams, declare:

1. I am a partner at the law firm of Munger, Tolles & Olson LLP, counsel of record for Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLLP, Universal City Studios LLLP, and Viacom, Inc. ("the Studios") in the above-captioned matter. I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. Attached hereto as Exhibit A is a true and correct copy of the "Confidentiality, Tolling and Forbearance Agreement," dated September 9, 2008.

3. Attached hereto as Exhibit B is a true and correct copy of excerpts of the deposition transcript of Michael Dunn, dated December 12, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts of the deposition transcript of Elizabeth Coppinger, dated December 19, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of Real's "blog" release "Announcing RealDVD," dated September 7, 2008.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts of the transcript of the hearing in this proceeding, dated March 23, 2009.

7. Attached hereto as Exhibit F is a true and correct copy of Real's "Witness Disclosures for Preliminary Injunction Proceeding," dated March 31, 2009.

8. Attached hereto as Exhibit G is a true and correct copy of Real's "Opposition to Plaintiffs' *Ex Parte* Application for a TRO," dated September 30, 2008.

9. Attached hereto as Exhibit H is a true and correct copy of the Studios "Reply Brief In Support of Plaintiffs' *Ex Parte* Application for a TRO," dated October 1, 2008.

10. Attached hereto as Exhibit I is a true and correct copy of excerpts of the deposition transcript of Rob Glaser, dated February 26, 2009.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts of the

1 deposition transcript of Richard Wolpert, dated February 13, 2009.

2  I declare under penalty of perjury under the laws of the United States and
3 California that the foregoing is true and correct and that this Declaration was executed this 21st
4 day of April 2009, in Los Angeles, California.

                                            /s/ Bart H. Williams
                                            Bart H. Williams

- 2 -

WILLIAMS DECLARATION
ISO *IN LIMINE* MOTION
CASE NO. C 08-4548-MHP