1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market St., Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Bus:   (415) 947-2000
   Fax:   (415) 947-2099

9

Attorneys for Plaintiffs and Counterclaim Defendants
10 REALNETWORKS, INC. and REALNETWORKS
   HOME ENTERTAINMENT, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14

15 | REALNETWORKS, INC., a Washington           ) Case Nos.  C08 04548 MHP;
   | Corporation; and REALNETWORKS HOME        )            C08 04719 MHP
16 | ENTERTAINMENT, INC., a Delaware corporation, )
                                                )
17 |               Plaintiffs,                  ) **MOTION OF REALNETWORKS,**
                                                ) **INC. AND REALNETWORKS**
18 |        v.                                  ) **HOME ENTERTAINMENT, INC.**
                                                ) **TO BRING CERTAIN**
19 | DVD COPY CONTROL ASSOCIATION, INC., a      ) **EQUIPMENT AND MATERIALS**
   | Delaware nonprofit corporation, DISNEY     ) **INTO THE COURTROOM**
20 | ENTERPRISES, INC., a Delaware corporation; )
   | PARAMOUNT PICTURES CORP., a Delaware       ) Date:   April 24, 2009
21 | corporation; SONY PICTURES ENTER., INC., a ) Time:   9:00 a.m.
   | Delaware corporation; TWENTIETH CENTURY    ) Dept:   15
22 | FOX FILM CORP., a Delaware corporation; NBC )
   | UNIVERSAL, INC., a Delaware corporation;   )
23 | WARNER BROS. ENTER. INC., a Delaware       )
   | corporation; and VIACOM, Inc., a Delaware  )
24 | Corporation,                               )
                                                )
25 |               Defendants.                  )
                                                )
26                                              )
   | AND RELATED CASES                          )
27                                              )

28

REALNETWORKS' MOTION TO BRING CERTAIN
EQUIPMENT AND MATERIALS INTO THE
COURTROOM
CASE NOS. C08 -4548 MHP & C08 04719 MHP

Dockets.Justia.com

RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") respectfully request permission of the Court to bring into the courtroom and use the following equipment and materials during the hearing scheduled for April 24, and 28-29, 2009 in the above-captioned matter:

(1) Elmo projector

(2) Laptop computers

(3) External hard drives

(4) Monitors

(5) Printer

(6) Switchbox

(7) Computer cables and other computer-related equipment

(8) Boxes containing the documents for Court and/or witnesses, including deposition transcripts and hearing exhibits

(9) Books and reference material

(10) Box containing bottles of water

(11) Demonstrative exhibits

(12) Easels

(13) Projector

(14) Screen

(15) Speakers

(16) Telescoping tables

(17) Camera

(18) Extension cords

Dated: April 21, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/Michael A. Berta
    Michael A. Berta

Attorneys for Plaintiffs
REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

REALNETWORKS' MOTION TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM
CASE NOS. C08 -4548 MHP & C08 04719 MHP

-2-