1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14 REALNETWORKS, INC., a Washington        | Case Nos. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME      |            C08 04719 MHP
15 ENTERTAINMENT, INC., a Delaware         |
   corporation,                            | **DECLARATION OF TRACY TOSH
16                                         | LANE IN SUPPORT OF MOTION *IN
                Plaintiffs,                | LIMINE* TO EXCLUDE OR STRIKE
17                                         | JACOB PAK'S APRIL 10, 2009
         v.                                | TESTIMONY REGARDING AMX
18                                         | CORPORATION PURSUANT TO FRE
   DVD COPY CONTROL ASSOCIATION, INC., a   | 403 AND RULE 30(E)**
19 Delaware nonprofit corporation, DISNEY  |
   ENTERPRISES, INC., a Delaware corporation; |
20 PARAMOUNT PICTURES CORP., a Delaware    | Before:  Honorable Marilyn H. Patel
   corporation; SONY PICTURES ENTER., INC., a | Date:    April 24, 2009
21 Delaware corporation; TWENTIETH CENTURY | Time:    9:00 a.m.
   FOX FILM CORP., a Delaware corporation; NBC | Dept:    Courtroom 15
22 UNIVERSAL, INC., a Delaware corporation; |
   WARNER BROS. ENTER. INC., a Delaware    |
23 corporation; and VIACOM, Inc., a Delaware | **[PUBLIC REDACTED VERSION]**
   Corporation,                            |
24                                         |
                Defendants.                |
25

26
27 AND RELATED CASES

28

DECLARATION OF TRACY TOSH LANE
CASE NOS.: C08 04548 MHP; C08 04719 MHP

I, Tracy Tosh Lane, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, and one of the counsel for RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Real"), plaintiffs and counterclaim defendants in the above-captioned matter. I make this Declaration in support of Real's Motion *In Limine* to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 403 and Rule 30(E). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A are true and correct copies of portions of the transcript from the December 16, 2008 deposition of Jacob Pak.

3. Attached as Exhibit B are true and correct copies of portions of the transcript from the December 11, 2008 deposition of Andrew Parsons.

4. Attached as Exhibit C is a true and correct copy of April 14, 2009 e-mail correspondence between myself and Mark Lambert ████████████████████████ ████████████████████████████████████████████████████████

5. Attached as Exhibit D is a true and correct copy of a document produced in this litigation, purporting to be a ████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████

6. Attached as Exhibit E is a true and correct copy of a document produced in this litigation, purporting to be a ████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████

7. Attached as Exhibit F is a true and correct copy of a document produced in this litigation, purporting to be a ████████████████████████████████████ ████████████████████████████████████████████████████████

1  █████████████████████████████████████████████████████████████
2  ████
3     8. Attached as Exhibit G is a true and correct copy of a document produced in this
4  litigation, purporting to be a ████████████████████████████████████████
5  █████████████████████████████████████████████████████████████
6  █████████████████████████████████████████████████████████████
7  ███████████████████
8     ████████████████████████████████████████████████████████████
9  █████████████████████████████████████████████████████████████
10 █████████████████████████████████████████████████████████████
11 █████████████████████████████████████████████████████████████
12 █████████████████████████████████████████████████████████████
13 █████████████████████████████████████████████████████████████
14 █████████████████████████████████████████████████████████████

15    10. The DVD CCA has refused and/or failed to produce any documents regarding the
16 █████████████████████████████████████████████████████████████
17 █████████████████████████████████████████████████████████████
18 █████████████████████████████████████████████████████████████
19 █████████████████████████████████████████████████████████████
20 █████████████████████████████████████████████████████████████
21 █████████████████████████████████████████████████████████████
22 █████████████████████████████████████████████████████████████
23 ███████████████████.

24
25    I declare under penalty of perjury that the foregoing is true and correct. Executed at San
26 Francisco, California on April 21, 2009.
27
28                                                    _____
                                                      Tracy Tosh Lane

DECLARATION OF TRACY TOSH LANE                  -2-
CASE NOS.: C08 04548 MHP; C08 04719 MHP

# EXHIBITS A-G
# [Confidential- Filed Under Seal]

| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | One Market Street<br>Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| 15 | Plaintiffs, | **NOTICE OF MANUAL FILING EXHIBITS A THROUGH G TO DECLARATION OF TRACY TOSH OLANE IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E)** |
| 17 | v. | |
| 18 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 24 | Defendants. | |
| 26 | AND RELATED CASES | |

## NOTICE OF MANUAL FILING

Regarding:

CONFIDENTIAL VERSION:

**EXHIBITS A THROUGH G TO DECLARATION OF TRACY TOSH LANE IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E)**

The foregoing document is being filed under seal in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the document is filed under seal.

Dated: April 21, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Tracy Tosh Lane
     Tracy Tosh Lane

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.

I, Leo P. Cunningham, am the ECF User whose identification and password are being used to file this **Declaration of Tracy Tosh Lane in Support of Motion *in Limine* to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant o Fre 403 and Rule 30(E)**. In compliance with General Order 45.X.B, I hereby attest that Tracy Tosh Lane has concurred in this filing.

Dated: April 21, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Leo P. Cunningham
     Leo P. Cunningham

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME ENTERTAINMENT, INC.