| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market St., Spear Tower, Suite 3300<br>San Francisco, CA 94105 |
| 8 | Bus:   (415) 947-2000<br>Fax:   (415) 947-2099 |
| 9 | |
| 10 | Attorneys for Plaintiffs and Counterclaim Defendants<br>REALNETWORKS, INC. and REALNETWORKS<br>HOME ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case Nos.  C08 04548 MHP;<br>C08 04719 MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM**<br><br>Date:   April 24, 2009<br>Time:   9:00 a.m.<br>Dept:   15 |

[PROPOSED] ORDER RE REALNETWORKS'
MOTION TO BRING CERTAIN EQUIPMENT AND
MATERIALS INTO THE COURTROOM
CASE NOS. C08 -4548 MHP & C08 04719 MHP

Dockets.Justia.com

WHEREAS, on April 21, 2009, RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") filed a motion seeking permission of the Court to bring into the courtroom and use the following equipment and materials during the hearing scheduled for April 24, 28-29, 2009 in the above-captioned matter:

(1) Elmo projector
(2) Laptop computers
(3) External hard drives
(4) Monitors
(5) Printer
(6) Switchbox
(7) Computer cables and other computer-related equipment
(8) Boxes containing the documents for Court and/or witnesses, including deposition transcripts and hearing exhibits
(9) Books and reference material
(10) Box containing bottles of water
(11) Demonstrative exhibits
(12) Easels
(13) Projector
(14) Screen
(15) Speakers
(16) Telescoping tables
(17) Camera
(18) Extension cords

WHEREAS, good cause being shown,

**IT IS SO ORDERED.** RealNetworks may bring into the courtroom and use the above equipment and materials during the hearing scheduled for April 24, 28-29, 2009.

Dated: _____                _____
                                                      Hon. Marilyn H. Patel

[PROPOSED] ORDER RE REALNETWORKS'                    -2-
MOTION TO BRING CERTAIN EQUIPMENT AND
MATERIALS INTO THE COURTROOM
CASE NOS. C08 -4548 MHP & C08 04719 MHP