JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, <br><br> Defendants. <br><br> AND RELATED CASES | Case Nos. C08 04548 MHP; C08 04719 MHP <br><br> **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) THE UNREDACTED VERSION OF REALNETWORKS' MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E); (2) THE UNREDACTED VERSIONS OF THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E); AND (3) THE EXHIBITS TO DECLARTION OF TRACY TOSH LANE** |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

1 **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

2   Pursuant to Civil Local Rules 7-11 and 79-5(b) and (c), RealNetworks, Inc. and
3 RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") respectfully request an
4 order to file under seal the following documents:
5   (1)   The unredacted version of RealNetworks' Motion *in Limine* to Exclude or Strike
6 Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 403 and
7 Rule 30(e) ("Motion *in Limine*");
8   (2)   The unredacted version of the Declaration of Tracy Tosh Lane in Support of
9 Motion *in Limine* to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX
10 Corporation Pursuant to FRE 403 and Rule 30(e) ("Declaration of Tracy Tosh Lane"); and
11   (3)   Exhibits A through G, inclusive, to the Declaration of Tracy Tosh.
12   A "compelling reason" exists to seal these documents. *Kamakana v. City and County of*
13 *Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts
14 and warrant materials, "[a] party seeking to seal a judicial record. . .bears the burden of
15 overcoming the 'compelling reasons' standard"). Trade secrets and other confidential research,
16 development, or commercial information may properly be protected by the court. *See*
17 Fed.R.Civ.P. 26(c).
18   Here, they contain propriety business and trade secret information of the defendants and
19 third parties. Further, the redacted portions of the documents and the exhibits filed under seal
20 implicate RealNetworks' propriety business and trade secret information relating to RealDVD
21 and the New Platform. Additionally, much of the material has been designated "confidential" or
22 "highly confidential" under the stipulated protective order governing this action.
23   RealNetworks has made conscientious efforts to redact and seal only the confidential or
24 highly confidential material necessary to protect its sensitive business, technical or personal
25 information, as well as the sensitive information of the other parties. Thus, this Administrative
26 Motion to Seal is narrowly tailored to preserve the public's interest in accessing judicial records.
27 *Kamakana*, 447 F.3d at 1178. Redacted versions of the Opposition and supporting materials
28

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL    1
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

have been publicly filed with the Court.  Therefore, the Court should grant this administrative motion.

As required by Civil Local Rule 79-5(b), RealNetworks has lodged with the Clerk copies of the above-mentioned exhibits.  Further, as required by Civil Local Rule 79-5(c), RealNetworks has provided redacted versions of the Motion *in Limine*, and the Declaration of Tracy Tosh Lane that can be in the public record if the Court grants the sealing order.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:   /s/
          Leo P. Cunningham

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.