1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
3  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
4  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
5  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
6  One Market Street
   Spear Tower, Suite 3300
7  San Francisco, CA 94105

8  Attorneys for Plaintiffs and
   Counterclaim Defendants
9  REALNETWORKS, INC. and
   REALNETWORKS HOME
10 ENTERTAINMENT, INC.

11                          UNITED STATES DISTRICT COURT

12                         NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 13  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, <br><br> Plaintiffs, <br><br> v. <br><br> DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, <br><br> Defendants. <br><br> AND RELATED CASES | Case Nos. C08 04548 MHP; <br>              C08 04719 MHP <br><br> **NOTICE OF MANUAL FILING** <br> **(1) THE UNREDACTED VERSION OF REALNETWORKS' MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E); (2) THE UNREDACTED VERSIONS OF THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E); AND (3) THE EXHIBITS TO DECLARTION OF TRACY TOSH LANE** |

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

Dockets.Justia.com

## NOTICE OF MANUAL FILING

Regarding:

<u>CONFIDENTIAL VERSION</u>:

(1) THE UNREDACTED VERSION OF REALNETWORKS' MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E);

(2) THE UNREDACTED VERSIONS OF THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E); AND

(3) THE EXHIBITS TO DECLARTION OF TRACY TOSH LANE IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E)

The foregoing documents are being filed under seal in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at

http://www.cand.uscourts.gov

under Frequently Asked Questions (FAQ).

The manual filing is necessary because the documents are filed under seal.

Dated: April 21, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Leo P. Cunningham
      Leo P. Cunningham

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.