1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market St., Spear Tower, Suite 3300
   San Francisco, CA 94105
8  Bus:   (415) 947-2000
   Fax:   (415) 947-2099
9
   Attorneys for Plaintiffs and Counterclaim Defendants
10 REALNETWORKS, INC. and REALNETWORKS
   HOME ENTERTAINMENT, INC.
11

12                          UNITED STATES DISTRICT COURT

13                         NORTHERN DISTRICT OF CALIFORNIA

14

15 REALNETWORKS, INC., a Washington            )   Case Nos.  C08 04548 MHP;
   Corporation; and REALNETWORKS HOME          )              C08 04719 MHP
16 ENTERTAINMENT, INC., a Delaware corporation,)
                                               )
17                Plaintiffs,                  )   [~~PROPOSED~~] ORDER
                                               )   GRANTING MOTION OF
18         v.                                  )   REALNETWORKS, INC. AND
                                               )   REALNETWORKS HOME
19 DVD COPY CONTROL ASSOCIATION, INC., a       )   ENTERTAINMENT, INC. TO
   Delaware nonprofit corporation, DISNEY      )   BRING CERTAIN EQUIPMENT
20 ENTERPRISES, INC., a Delaware corporation;  )   AND MATERIALS INTO THE
   PARAMOUNT PICTURES CORP., a Delaware        )   COURTROOM
21 corporation; SONY PICTURES ENTER., INC., a  )
   Delaware corporation; TWENTIETH CENTURY     )   Date:   April 24, 2009
22 FOX FILM CORP., a Delaware corporation; NBC )   Time:   9:00 a.m.
   UNIVERSAL, INC., a Delaware corporation;    )   Dept:   15
23 WARNER BROS. ENTER. INC., a Delaware        )
   corporation; and VIACOM, Inc., a Delaware   )
24 Corporation,                                )
                                               )
25                Defendants.                  )
                                               )
26                                             )
   AND RELATED CASES                           )
27                                             )

28

[PROPOSED] ORDER RE REALNETWORKS'
MOTION TO BRING CERTAIN EQUIPMENT AND
MATERIALS INTO THE COURTROOM
CASE NOS. C08 -4548 MHP & C08 04719 MHP

1   WHEREAS, on April 21, 2009, RealNetworks, Inc. and RealNetworks Home
2   Entertainment, Inc. ("Real") filed a motion seeking permission of the Court to bring into the
3   courtroom and use the following equipment and materials during the hearing scheduled for April
4   24, 28-29, 2009 in the above-captioned matter:

5   (1)   Elmo projector
6   (2)   Laptop computers
7   (3)   External hard drives
8   (4)   Monitors
9   (5)   Printer
10  (6)   Switchbox
11  (7)   Computer cables and other computer-related equipment
12  (8)   Boxes containing the documents for Court and/or witnesses, including deposition
13        transcripts and hearing exhibits
14  (9)   Books and reference material
15  (10)  Box containing bottles of water
16  (11)  Demonstrative exhibits
17  (12)  Easels
18  (13)  Projector
19  (14)  Screen
20  (15)  Speakers
21  (16)  Telescoping tables
22  (17)  Camera
23  (18)  Extension cords

24  WHEREAS, good cause being shown,

25  **IT IS SO ORDERED.** RealNetworks may bring into the courtroom and use the above
26  equipment and materials during the hearing scheduled for April 24, 28-29, 2009.

27  Dated: __4/22/2009__                    _____
                                             Hon. Marilyn H. Patel
28

IT IS SO ORDERED
Judge Marilyn H. Patel

[PROPOSED] ORDER RE REALNETWORKS'          -2-
MOTION TO BRING CERTAIN EQUIPMENT AND
MATERIALS INTO THE COURTROOM
CASE NOS. C08 -4548 MHP & C08 04719 MHP