| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 15 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| 17 | Plaintiffs, | **[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) THE UNREDACTED VERSION OF REALNETWORKS' MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E); (2) THE UNREDACTED VERSIONS OF THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE OR STRIKE JACOB PAK'S APRIL 10, 2009 TESTIMONY REGARDING AMX CORPORATION PURSUANT TO FRE 403 AND RULE 30(E); AND (3) THE EXHIBITS TO DECLARTION OF TRACY TOSH LANE** |
| 18 | v. | |
| 19-24 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 25 | Defendants. | |
| 27 | AND RELATED CASES | |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP

1  **[PROPOSED]** ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING
2  UNDER SEAL

3  After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on April 21, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks' Motion *in Limine* to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 403 and Rule 30(e), lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Tracy Tosh Lane in Support of Motion *in Limine* to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 403 and Rule 30(e) ("Declaration of Tracy Tosh Lane"), lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the exhibits attached to the Declaration of Tracy Tosh Lane, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

It is so ORDERED.



The H_____
United_____

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1

Submitted by:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JAMES DIBOISE
LEO CUNNINGHAM
COLLEEN BAL
MICHAEL BERTA
TRACY TOSH LANE

By: ___/s/_____
    Michael Berta
    mberta@wsgr.com

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. AND
REALNETWORKS HOME
    ENTERTAINMENT, INC.