GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>    Defendants. | CASE NO.  C 08-4548-MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY AND DECLARATION OF BART H. WILLIAMS IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE***<br>**\* AS AMENDED BY COURT**<br>Date:     April 24, 2009<br>Time:     9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>REALNETWORKS, INC., et al.<br><br>    Defendants. | CASE NO.  C 08-4719-MHP |

# [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the highly-confidential versions of the following documents be filed under seal:

    (1)    Motion Picture Studios' Motion *in Limine* to Exclude Evidence and Testimony**, with a redacted version shall be filed in the public record.**

    (2) Declaration of Bart H. Williams in Support of Motion Picture Studios' Motion *in Limine* to Exclude Evidence and Testimony.

It is so ORDERED.

Dated: 4/22/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:   */s/   Jonathan H. Blavin*
        JONATHAN H. BLAVIN

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants