| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | | Case Nos. C08 04548 MHP;<br>C08 04719 MHP |
| Plaintiffs, | | **DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS** |
| v. | | |
| DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | | Before: Hon. Marilyn Hall Patel<br>Dept: Courtroom 15<br>Date: April 24, 2009<br>Time: 9:00 a.m.<br><br>**[PUBLIC REDACTED VERSION]** |
| Defendants. | | |

AND RELATED CASES

Dec. of Tracy Tosh Lane ISO Opp. to
Motion *In Limine* to Exclude and Testimony
re Settlement Communications
Case Nos.: C08 04548 MHP; C08 04719 MHP

I, Tracy Tosh Lane, declare:

1. I am an attorney at law duly licensed to practice in the State of California and before this Court. I am Of Counsel at the law firm of Wilson Sonsini Goodrich & Rosati, and one of the counsel for RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Real"), plaintiffs and counterclaim defendants in the above-captioned matter. I make this Declaration in Support of Real's Opposition to Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony Re Settlement Communications. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

██ Attached hereto as Exhibit A is a true and correct copy of the ██████████
██████████████████████████████████████████

3. Attached hereto as Exhibit B are true and correct copies of excerpts from the deposition of Elizabeth Coppinger, which was conducted on December 19, 2008.

4. Attached hereto as Exhibit C is a true and correct copy of a portion of Plaintiffs' Reply Brief in Support of Plaintiffs *Ex Parte* Application for TRO, filed in the Central District of California on October 1, 2008.

5. Attached hereto as Exhibit D is a true and correct copy of a portion of Defendants' Opposition to Plaintiffs' Ex Parte Application for a TRO, filed in the Central District of California on September 30, 2008.

6. Attached hereto as Exhibit E is a true and correct copy of a portion of the Defendants Notice of Motion and Motion for Sanctions for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof.

7. Attached as Exhibit F are true and correct copies of excerpts from the deposition of Richard Wolpert, which was conducted on February 13, 2009.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on April 23, 2009.

/s/ Tracy Tosh Lane
Tracy Tosh Lane

# EXHIBITS A-F
# [Confidential – Filed Under Seal]

| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 6 | One Market Street<br>Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and<br>Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>          C08 04719 MHP<br><br>**NOTICE OF MANUAL FILING EXHIBITS A-F TO THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS** |
| AND RELATED CASES | |

# NOTICE OF MANUAL FILING

Regarding:

<u>CONFIDENTIAL VERSION</u>:

**EXHIBITS A-F TO THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS**

The foregoing documents are being filed under seal in paper form only and is being maintained in the case file in the Clerk's office. If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly. For information on retrieving this filing directly from the Court, please see the Court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

The manual filing is necessary because the documents are filed under seal.

Dated: April 23, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: /s/ Leo P. Cunningham
    Leo P. Cunningham

Attorneys for Plaintiffs
REALNETWORKS, INC. AND
REALNETWORKS HOME
ENTERTAINMENT, INC.