| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 |
| | Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605 |
| | Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637 |
| | Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650 |
| | Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666 |
| | Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI |
| | Professional Corporation |
| 7 | One Market Street |
| | Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and |
| | Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and |
| | REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
| | Plaintiffs, | **ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) THE UNREDACTED VERSION OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS;** |
| | v. | |
| | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | **(2) THE UNREDACTED VERSION OF THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS; AND (3) THE EXHIBITS TO DECLARTION OF TRACY TOSH LANE** |
| | Defendants. | |
| | AND RELATED CASES | |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

## ADMINISTRATIVE MOTION FOR FILING UNDER SEAL

Pursuant to Civil Local Rules 7-11 and 79-5(b) and (c), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") respectfully request an order to file under seal the following documents:

(1) The unredacted version of RealNetworks' Opposition to Studios' Motion *in Limine* to Exclude Evidence and Testimony Re Settlement Communications ("Opposition to the Motion *in Limine*");

(2) The unredacted version of the Declaration of Tracy Tosh Lane in Support of RealNetworks' Opposition to Studios' Motion *in Limine* to Exclude Evidence and Testimony Re Settlement Communications ("Declaration of Tracy Tosh Lane"); and

(3) Exhibits A through E, inclusive, to the Declaration of Tracy Tosh.

A "compelling reason" exists to seal these documents. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts and warrant materials, "[a] party seeking to seal a judicial record. . .bears the burden of overcoming the 'compelling reasons' standard"). Trade secrets and other confidential research, development, or commercial information may properly be protected by the court. *See* Fed.R.Civ.P. 26(c).

Here, the redacted portions of the documents and the exhibits filed under seal implicate RealNetworks' propriety business and trade secret information relating to RealDVD and the New Platform. Further, they contain propriety business and trade secret information of the defendants and third parties. Additionally, much of the material has been designated "confidential" or "highly confidential" under the stipulated protective order governing this action.

RealNetworks has made conscientious efforts to redact and seal only the confidential or highly confidential material necessary to protect its sensitive business, technical or personal information, as well as the sensitive information of the other parties. Thus, this Administrative Motion to Seal is narrowly tailored to preserve the public's interest in accessing judicial records. *Kamakana*, 447 F.3d at 1178. Redacted versions of the Opposition and supporting materials

have been publicly filed with the Court.  Therefore, the Court should grant this administrative motion.

As required by Civil Local Rule 79-5(b), RealNetworks has lodged with the Clerk copies of the above-mentioned exhibits.  Further, as required by Civil Local Rule 79-5(c), RealNetworks has provided redacted versions of the Opposition to the Motion *in Limine*, and the Declaration of Tracy Tosh Lane that can be in the public record if the Court grants the sealing order.

Dated:  April 23, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/
　　　Leo P. Cunningham

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.