| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296 <br> Email: jdiboise@wsgr.com |
| 2 | COLLEEN BAL, State Bar No. 167637 <br> Email: cbal@wsgr.com |
| 3 | MICHAEL A. BERTA, State Bar No. 194650 <br> Email: mberta@wsgr.com |
| 4 | TRACY TOSH LANE, State Bar No. 184666 <br> Email: ttosh@wsgr.com |
| 5 | WILSON SONSINI GOODRICH & ROSATI <br> Professional Corporation |
| 6 | One Market Street <br> Spear Tower, Suite 3300 |
| 7 | San Francisco, CA 94105 |
| 8 | Attorneys for Plaintiffs and <br> Counterclaim Defendants |
| 9 | REALNETWORKS, INC. and <br> REALNETWORKS HOME |
| 10 | ENTERTAINMENT, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 13 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; <br> C08 04719 MHP |
| 14 | | |
| 15 | | **NOTICE OF MANUAL FILING** |
| 16 | Plaintiffs, | |
| 17 | v. | |
| 18 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | Defendants. | |
| 25 | | |
| 26 | AND RELATED CASES | |
| 27 | | |
| 28 | | |

NOTICE OF MANUAL FILING
CASE NOS.: C08 04548 MHP; C08 04719 MHP

# NOTICE OF MANUAL FILING

Regarding:

CONFIDENTIAL VERSION:

1. **REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS**

2. **DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS**

3. **EXHIBITS A-F TO THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS**

The foregoing documents are being filed under seal in paper form only and is being maintained in the case file in the Clerk's office.  If you are a party in one or more of the above-captioned actions, these materials will be served on you shortly.  For information on retrieving this filing directly from the Court, please see the Court's main web site at

http://www.cand.uscourts.gov

under Frequently Asked Questions (FAQ).

The manual filing is necessary because the documents are filed under seal.

Dated:   April 23, 2009                           WILSON SONSINI GOODRICH & ROSATI
                                                  Professional Corporation


                                                  By: /s/ Leo P. Cunningham
                                                      Leo P. Cunningham

                                                  Attorneys for Plaintiffs
                                                  REALNETWORKS, INC. AND
                                                  REALNETWORKS HOME
                                                  ENTERTAINMENT, INC.