1  REGINALD D. STEER (SBN 056324)
   rsteer@akingump.com
2  MARIA ELLINIKOS (SBN 235528)
   mellinikos@akingump.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   580 California, 15th Floor
4  San Francisco, California 94104-1036
   Telephone:    (415) 765-9500
5  Facsimile:    (415) 765-9501

6  EDWARD P. LAZARUS (SBN 212658)
   elazarus@akingump.com
7  STEPHEN MICK (SBN 131569)
   smick@akingump.com
8  MICHAEL SMALL (SBN 222768)
   msmall@akingump.com
9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
10 Los Angeles, California 90067-3012
   Telephone:    (310) 229-1000
11 Facsimile:    (310) 229-1001

   WILLIAM SLOAN COATS (SBN 94864)
   wcoats@whitecase.com
   MARK WEINSTEIN (SBN 193043)
   mweinstein@whitecase.com
   MARK F. LAMBERT (SBN 197410)
   mlambert@whitecase.com
   **WHITE & CASE LLP**
   3000 El Camino Real
   5 Palo Alto Square, 9th Floor
   Palo Alto, California 94306
   Telephone:    (650) 213-0300
   Facsimile:    (650) 213-8158

12 Attorneys for Defendant and Counterclaimant
   DVD COPY CONTROL ASSOCIATION, INC.
13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16 REALNETWORKS, INC., a Washington         Case No. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                C08 04719 MHP
17 ENTERTAINMENT, INC., a Delaware
   corporation,                             **APPLICATION OF DVD COPY CONTROL
18                                          ASSOCIATION, INC. TO SEAL
                Plaintiffs,                 HIGHLY CONFIDENTIAL DOCUMENTS**
19
         v.                                 Lodged concurrently herewith:
20
   DVD COPY CONTROL ASSOCIATION, INC.,      1) [Proposed] Order Granting Application
21 a Delaware nonprofit corporation, et al.
                                            2) Documents Requested To Be Filed Under Seal
22              Defendants.

23 And Related Counterclaims.

24

25 AND RELATED CASES

26

27

28

APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

1   Pursuant to Civil Local Rule 7-11 and 79-5, DVD Copy Control Association, Inc. ("DVD
2   CCA") respectfully applies for an order sealing the following documents:
3   (1) Highly Confidential Version of Opposition of DVD Copy Control Association
4   to RealNetworks' Motion in Limine to Strike Jacob Pak's April 10, 2009
5   Testimony Regarding AMX Corporation;
6   (2) Exhibit 2 to the Supporting Declaration of Maria Ellinikos;
7   A "compelling reason" exists to seal these documents. *See Kamakana v. City and County of
8   Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record
9   . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto.
10  Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of
11  DVD CCA's proprietary business, technical, and trade secret information. Additionally, the
12  confidential material also divulges aspects of Real's proprietary business, technical and trade secret
13  information regarding RealDVD and its new platform. This material has been designated by Real as
14  "confidential" or "highly confidential" pursuant to the protective order governing this litigation, and is
15  thus being manually filed under seal.
16  This Application to Seal is narrowly tailored to protect the public's interest in access to judicial
17  records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. DVD CCA has filed
18  with the Court identical public redacted versions of its Opposition to RealNetworks' Motion in Limine,
19  and the Supporting Declaration of Maria Ellinikos.
20  For these reasons, the Court should grant the Application to Seal.

21  Dated: April 10, 2009                    Respectfully submitted,

22                                           AKIN GUMP STRAUSS HAUER & FELD LLP
23                                           WHITE & CASE LLP

25                                           By _____/s/_____
26                                           Reginald D. Steer
                                             Attorneys for Defendant and Counterclaimant
27                                           DVD COPY CONTROL ASSOCIATION, INC.

1

APPLICATION TO SEAL
CASE NO. C08 04548 MHP