1  GLENN D. POMERANTZ (SBN 112503)      ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com              rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)        ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)          MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                  11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP           Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor   Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6
   GREGORY P. GOECKNER (SBN 103693)
7  gregory_goeckner@mpaa.org
   DANIEL E. ROBBINS (SBN 156934)
8  dan_robbins@mpaa.org
   15301 Ventura Boulevard, Building E
9  Sherman Oaks, California 91403-3102
   Tel: (818) 995-6600; Fax: (818) 285-4403
10

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al,. <br><br> Defendants. | CASE NO. C 08-4548-MHP <br><br> **APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF REPLY IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY AND DECLARATION OF KELLY M. KLAUS IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION *IN LIMINE*** <br><br> Date:  April 24, 2009 <br> Time:  9:00 a.m. <br> Ctrm:  15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO. C 08-4719-MHP <br><br> Lodged concurrently herewith: <br> 1) [Proposed] Order Granting Application <br> 2) Document Requested To Be Filed Under Seal |

1    Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney
2  Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures
3  Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation,
4  Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt
5  Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios") respectfully
6  apply for an order sealing the highly confidential versions of the following documents:
7    (1)  Reply in Support of Motion Picture Studios' Motion *In Limine* to Exclude
8  Evidence and Testimony;
9    (2)  Declaration of Kelly M. Klaus in Support of Motion Picture Studios' Reply
10  in Support of Motion *In Limine* to Exclude Evidence and Testimony.
11   A "compelling reason" exists to seal these documents. *See Kamakana v. City and County*
12  *of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a
13  judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v.*
14  *State Farm Mut. Auto. Ins. Co*., 331 F.3d 1122, 1135-36 (9th Cir. 2003).  The confidential
15  material at issue divulges aspects of the Studios' and Real's proprietary business, technical,
16  and/or trade secret information.  This material has been designated by the Studios and Real as
17  "confidential" pursuant to the protective order governing this litigation, and is thus being
18  manually filed under seal.
19   This Application to Seal is narrowly tailored to protect the public's interest in access to
20  judicial records and the public policies favoring disclosure.  *Kamakana*, 447 F.3d at 1178.  The
21  Studios have filed with the Court public redacted versions of the aforementioned documents.
22   For these reasons, the Court should grant the Application to Seal.

1 | DATED: April 23, 2009 | MUNGER, TOLLES & OLSON LLP

By: _____*/s/ Jonathan H. Blavin*_____
            JONATHAN H. BLAVIN

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs