GLENN D. POMERANTZ (SBN 112503)          ROBERT H. ROTSTEIN (SBN 72452)
Glenn.Pomerantz@mto.com                  rxr@msk.com
BART H. WILLIAMS (SBN 134009)            ERIC J. GERMAN (SBN 224557)
Bart.Williams@mto.com                    ejg@msk.com
KELLY M. KLAUS (SBN 161091)              MITCHELL SILBERBERG & KNUPP LLP
Kelly.Klaus@mto.com                      11377 West Olympic Boulevard
MUNGER, TOLLES & OLSON LLP               Los Angeles, California  90064-1683
355 South Grand Avenue, 35th Floor       Tel: (310) 312-2000; Fax: (310) 312-3100
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. | CASE NO.  C 08-4548-MHP <br><br> **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF REPLY IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY AND DECLARATION OF KELLY M. KLAUS IN SUPPORT OF REPLY IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY** <br><br> Date:      April 24, 2009 <br> Time:      9:00 a.m. <br> Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO.  C 08-4719-MHP |

Dockets.Justia.com

1

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

2     Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS

3 HEREBY ORDERED that the highly-confidential versions of the following documents be filed

4 under seal:

5     (1)     Reply in Support of Motion Picture Studios' Motion *in Limine* to Exclude

6 Evidence and Testimony,

7     (2)     Declaration of Kelly M. Klaus in Support of Reply in Support of Motion

8 Picture Studios' Motion *in Limine* to Exclude Evidence and Testimony.

9     It is so ORDERED.

10

11 Dated: _____     _____

The Honorable Marilyn H. Patel

12 United States District Court

13 Submitted by:

14 MUNGER, TOLLES & OLSON LLP

15

16 By:____/s/____Jonathan H. Blavin____

JONATHAN H. BLAVIN

17

18 Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants

19

20

21

22

23

24

25

26

27

28

7661147.1                                    - 2 -                    [PROPOSED] ORDER GRANTING
                                                                      APPLICATION TO SEAL
                                                                      CASE NO. C 08-4548-MHP