GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD COPY BATES ASSOCIATION, INC., et al.<br><br>Defendants. | CASE NO. C 08-4548-MHP<br><br>**DECLARATION OF KELLY M. KLAUS IN SUPPORT OF MOTION PICTURE STUDIOS' REPLY IN SUPPORT OF MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY** ▮<br><br>Date: April 1, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REALNETWORKS, INC., et al.<br><br>Defendants. | CASE NO. C 08-4719-MHP<br><br>**PUBLIC REDACTED VERSION** |

7661020.1

KLAUS DECLARATION
ISO *IN LIMINE* REPLY
CASE NO. C 08-4548-MHP

1 | I, Kelly M. Klaus, declare:

2 |     1.    I am a partner in the law firm of Munger, Tolles & Olson LLP, counsel of record for the Motion Picture Studio Plaintiffs in the above-captioned matter. I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

    2.    Attached hereto as Exhibit A is a true and correct copy of a document produced by Real in this action with the production numbers Real 3421-3439.

    3.    Attached hereto as Exhibit B is a true and correct copy of a document produced by Real in this action with the production numbers Real 81768-81776.

    4.    Attached hereto as Exhibit C is a true and correct copy of a document produced by Real in this action with the production numbers Real 48575-48576.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed this 23rd day of April 2009, at San Francisco, California.

                           */s/ Kelly M. Klaus*
                           KELLY M. KLAUS

# EXHIBITS A-C FILED UNDER SEAL