JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market St., Spear Tower, Suite 3300
San Francisco, CA 94105
Bus:   (415) 947-2000
Fax:   (415) 947-2099

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. and REALNETWORKS
HOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos.   C08 04548 MHP;<br>            C08 04719 MHP<br><br>**REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S DEPOSITION DESIGNATIONS FOR PRELIMINARY INJUNCTION HEARING; DVD CCA AND STUDIOS' JOINT COUNTER-DESIGNATIONS; AND PLAINTIFF STUDIOS' COUNTER-DESIGNATION FOR ANDREW PARSONS**<br><br>Date:   April 24, 2009<br>Time:   9:00 a.m.<br>Dept:   15 |

REALNETWORKS' DEPOSITION DESIGNATIONS
AND DEFENDANTS' COUNTER-DESIGNATIONS
CASE NOS. C08 -4548 MHP & C08 04719 MHP

3661239_2.DOC

Dockets.Justia.com

1    RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") hereby
2 designate the following portions of deposition testimony for the hearing of Defendants' Motions
3 for Preliminary Injunction.  By agreement of the parties, Real also includes the DVD CCA and
4 the Studios' Joint Counter-Designations, as well as the Plaintiff Studios' Counter-Designations
5 for Andrew Parsons.  The cited portions of the depositions will be lodged with the Court.[1]  Real
6 reserves the right to play at the hearing portions of any of the designations or counter-
7 designations listed below, depending upon the evidence presented by Defendants during the
8 hearing.

| Deponent | Real Deposition Designations | DVD CCA and Studios' Joint Counter-Designations |
|---|---|---|
| Aodan Coburn | 7:13-20; 20:2-6; 21:3-6; 28:10-30:13; 36:13-21; 38:3-23; 39:10-13; 73:21-74:2; 93:23-94:4; 95:18-96:2l; 97:20-98:7; 99:20-24; 100:20-101:3; 101:20-23; 103:18-22; 104:12-16; 113:13-18; 114:2-19; 117:9-22; 127:17-129:5; 148:23-149:5; 174:7-175:20; 193:3-199:18; and deposition exhibits 3, 4, 5 and 7. | 25:12-13; 25:17-21; 27:20-21; 27:24-25; 30:14-20; 31:16-19; 31:21-25; 32:1-3; 32:7; 32:1-3; 32:7; 32:7-9; 32:11-14; 36:1-9; 37:13-15; 37:18-38:1; 38:24-39:9; 49:17-23; 50:2; 50:4-6; 50:7-11; 50:12-13; 50:17-18; 51:7-9; 51:13-19; 53:15-23; 54:24-55:10; 56:14-15; 56:18-23; 75:11-14; 75:17-20; 91:7-9; 91:13-16; 92:14-16; 98:10-15; 98:23-99:2; 101:4-5; 101:7; 112:7-112:17; 123:2-6; 123:9-12; 175:21-176:21; 177:9-11; 181:19-182:15; 182:19-25; 214:8-24; 217:8-218:21. |
| Michael Dunn | 10:3-5; 34:8-35:20; 41:5-6; 72:6-18; 74:22-75:9; 76:2-22; 77:6-21; 79:5-22; 80:14-18; 93:21-102:23; 102:24-109:22; 112:17-113:8; 117:1-121:14; 120:5-10; 157:2-5;160:11-161:20; 166:20-175:24; 176:24-179:20; 183:17-186:8; and deposition exhibits 1 and 7. | 11:8-22; 32:2-11; 33:8-34:2; 39:14-25; 57:6-58:1; 66:15-67:12; 71:25-72:5; 75:23-76:1; 77:22-78:7; 78:18-78:24; 114:2-114:5; 128:5-129:6; Changes to line 128:14, as indicated in December 30, 2008 Letter from Lawrence C. Barth to Leo P. Cunningham; 156:10-22; 164:14-23; 165:1-17; 175:25-176:23; 179:21-180:1; 182:20-23; 183:11-16. |
| Thomas Gewecke | 7:13-21; 14:24-16:7; 23:4-25:1; 42:17-43:11; 55:1-16; 56:12-57:4; 59:15-60:15; 70:19-71:24; | 20:6-18; 20:21-22:10; 22:13-20; 38:8-15; 38:21-39:8; 39:17-41:5; 41:9-42:16; 43:12- |

---

[1] The deposition exhibits implicated by the designated testimony as well as letters amending such testimony will also be lodged.

| | | |
|---|---|---|
| | 86:19-87:3; 94:5-96:19; 110:23-111:18; 117:13-118:9; 118:10-119:30; 122:6-12; 127:6-18; 132:14-133:10; 142:5-22; 142:23-143:17; 143:20-144:9; 150:13-151:4; 151:14-24; 152:7-16; 156:5-21; 174:2-175:12;180:18-181:17; 185:6-186:2; 199:7-24; 205:5-20 and deposition exhibit 1. | 13; 43:22-44:6; 46:11-12; 46:21-47:2; 49:14-15; 49:20-51:1; 51:2-4; 51:10-53:11; 53:12-14; 54:1-4; 57:11-19; 58:15-59:6; 89:7-90:17; 118:10-119:3; 125:9-127:5; 127:24-128:3; 128:6-129:17; 130:10-131:15; 155:19-20; 155:25-156:4; 164:21-165:11; 166:23-25; 167:6-22; 175:13-175:22; 183:24-184:1; 184:12-23: 185:3-5. |
| Jacob Pak | 14:12-15:3; 39:20-40:15; 47:2-13; 47:15-23; 49:11-20; 62:5-14; 68:1-6; 69:9-75:20; 77:10-78:11; 80:2-84:21; 101:24-104:24; 113:22-115:25; 119:9-23; 120:25-122:16; 123:19-124:18; 125:21-127:18; 128:16-129:11; 129:21-25; 130:12-131:2; 139:11-22; 159:20-160:2;167:10-13; 169:2-8; 169:18-185:12; 186:6-17; 194:17-203:17; 204:4-10; 205:18-213:25; and deposition exhibits 1, 4, 6, 7, and 9, as well as Parsons deposition exhibit 5. | 68:15-69:8; 111:13-112:14; 113:20-21; 117:13-14; 117:23-118:10; 119:24-120:2; 129:13-129:19; 166:1-14. |
| Jeffrey Steven Miller | 13:21-14:22; 28:3-28:20; 54:5-9; 56:15-21; 58:6-16; 63:22-70:22; 177:11-179:2; deposition exhibits 3 and 11. | 54:10-11; 54:17-21; 55:3-56:6; 55:23-56:2; 56:4-5; 56:6-7; 56:13-14; change to line 56:21, as indicated in April 20, 2009 Letter from Lawrence C. Barth to Justin Gordan; 57:8-18; 58:17-19; 63:7-9; 63:14-17; 63:22; 72:2-4; 72:8-21; 72:22-23; 73:3-4; 146:2-6. |
| Mitchell Fredrick Singer | 8:6-14; 15:5-16:17; 31:15-32:15; 33:15-34:22; 36:17-25; 37:2-11; 44:5-9; 44:18-25; 45:12-24; 47:19-23; 48:10-22; 49:21-50:9; 52:4-13; 59:10-22; 69:15-25; 71:18-72:5; 72:16-73:17; 77:14-78:5; 101:14-103:6; 106:5-9; 122:17-123:13; 124:11-125:5; 125:6-18; 128:10-130:9; 131:15-132:8; 134:21-24; 150:20-151:9; 157:21-158:10; 159:12-21; 159:22-160:7; 174:14-22; 175:21-23; 178:21-179:9; 216:4-218:25; and deposition exhibits 1 and 2, as well as Parsons deposition exhibits 4 and 6. | 16:20-24; 32:16-33:4; 33:8-14; 34:23-24; 35:3-5; 45:4-11; 58:23-59:9; 68:6-10; 68:12-18; 68:22-69:5; 69:9-14; 72:6-15; 74:19-22; 75:2-8; 75:12-18; 75:25-76:4; 76:7-76:17; 79:15-81:5; 85:13-86:5; 98:21-22; 99:2-100:23; 103:7-103:25; 106:10-13; 106:18-20; 107:22; 109:11-110:11; 126:10-13; 126:16-21; 127:18-20; 127:23-128:9; 151:10-15; 152:4-22; 174:9-10; 174:13; 174:23-175:5; 175:21-23; 176:2; 179:10-180:8; 182:2-6; 183:17-184:15; 184:17-184:25; 185:2-3; 185:24-186:6. |

| Deponent | Real Deposition Designations | Plaintiff Studios' Counter-Designations for Andrew Parsons |
|---|---|---|
| Andrew Parsons | 16:15-16:21; 16:23-17:2; 19:22-19:24; 20:23-21:20; 22:7-23:15; 29:6-29:18; 33:18-34:5; 35:12-35:14; 35:19-36:10; 39:13-39:24; 48:7-24; 52:23-53:2; 53:5-53:7; 58:9-58:22; 59:1-59:16; 60:19-60:22; 66:3-66:10; 66:13-67:9; 77:3-78:19; 80:12-80:17; 81:3-81:9; 81:21-83:18; 85:16-86:7; 88:8-88:12; 88:19-88:24; 92:4-92:12; 94:19-95:7; 96:8-96:19; 97:21-98:13; 100:2-100:9; 101:3-101:10; 101:25-102:3; 125:12-125:16; 125:20-126:18; 127:6-127:23; 130:14-130:23; 131:12-131:17; 134:22-135:5; 141:3-141:10; 142:22-143:21; 155:11-155:16; 173:20-174:3; 178:8-179:5; 180:5-180:15; 187:14-187:23; 188:4-188:9; 188:17-188:19; 191:14-191:20; 196:2-196:8; 197:4-197:20; 204:2-204:22; 205:2-205:4; 207:23-208:13; and deposition exhibits 2, 4, 6, 9, 10, and14. | 8:12-8:14; 9:1-10:23; 11:7-11:16; 12:15-13:6; 13:17-13:25; 17:14-18:7; 21:21-22:6; 23:7-23:15; 32:15-32:18; 34:6-7; 34:15-34:18; 34:24-35:11; 35:15-18; 36:1-36:7; 38:20-38:21; 40:6-40:14; 45:18-47:7; 48:1-48:6; 52:5-52:21; 53:9-54:13; 56:6-57:1; 78:20-79:2; 79:19-80:11; 83:19-83:23; 86:8-86:21; 88:13-88:18; 91:13-91:21; 92:4-92:12; 95:9-95:14; 95:18-96:7; 96:20-97:16; 102:16-103:11; 129:8-16; 133:5-13; 134:15-21; 140:3-141:1; 174:11-13; 177:20-22; 180:16-181:11; 186:19-187:3; 188:10-11; 189:10-24; 198:21-200:12; 202:14-24; 204:23-205:1. |

Dated: April 27, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/ Michael A. Berta
   Michael A. Berta

Attorneys for Plaintiffs
REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.