# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 24, 2009

Case No.   C 08-4548  MHP            Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: Michael Berta, Robert Kimball, Colleen Bal, Leo Cunningham, Don Scott,
                 Mark Ouweleen
            Dft: Rohjit Singhla, Reginald Steer, Bart Williams, Stephen Mick, Kelly Klaus,
                 Robert Rotstein, Mark Lambert

Deputy Clerk:  Anthony Bowser, Rowena Espinosa   Court Reporter: Katherine Sullivan, Belle Ball

## PROCEEDINGS

1) Further Hearing re Preliminary Injunction Motions

2)

3)

## ORDERED AFTER HEARING:

9:45   Court resumes; Preliminary proffers and instructions discussed; Motions *in limine* re
       AMX/settlement discussions discussed and submitted;

10:00  Opening Statement by attorney Williams;

10:27  Opening Statements by attorney Steer;

10:48  Opening Statements by attorney Cunningham;

10:59  Opening Statements by attorney Scott;

11:15  Defendant calls Marsha King for direct exam by attorney Williams;
       **Exhs 1, 7  introduced and admitted;**

12:03  Cross exam of witness King by attorney Scott;

12:28   Re Direct exam of witness King by attorney Williams;

12:35   Re Cross exam of witness King by attorney Scott; Witness excused;

12:41   Lunch Recess;

1:50    Court resumes; Motion to seal testimony of Dr John Kelly discussed and submitted; Defendant calls Dr John Kelly for direct exam by attorney Steer;

3:41    Court in recess;

4:05    Court reconvene; Cross exam of witness Kelly by attorney Scott;

5:10    Re Direct exam of witness Kelly by attorney Steer;
        **Exh 1 - DVD CCA (under seal) introduced and admitted**

5:15    Re Direct exam of witness Kelly by attorney Singhla;

5:25    Re Cross exam of witness Kelly by attorney Scott; Witness excused; Court is adjourned until Tuesday, 04/28/09 at 9:30 AM.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 24, 2009

Case No.   C 08-4548  MHP              Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: Michael Berta, Robert Kimball, Colleen Bal, Leo Cunningham, Don Scott,
                 Mark Ouweleen
            Dft: Rohjit Singhla, Reginald Steer, Bart Williams, Stephen Mick, Kelly Klaus,
                 Robert Rotstein, Mark Lambert

Deputy Clerk:  Anthony Bowser, Rowena Espinosa   Court Reporter: Katherine Sullivan, Belle Ball

## PROCEEDINGS

1)  Further Hearing re Preliminary Injunction Motions

2)

3)

## ORDERED AFTER HEARING:

9:45   Court resumes; Preliminary proffers and instructions discussed; Motions *in limine* re
       AMX/settlement discussions discussed and submitted;

10:00  Opening Statement by attorney Williams;

10:27  Opening Statements by attorney Steer;

10:48  Opening Statements by attorney Cunningham;

10:59  Opening Statements by attorney Scott;

11:15  Defendant calls Marsha King for direct exam by attorney Williams;
       **Exhs 1, 7  introduced and admitted;**

12:03  Cross exam of witness King by attorney Scott;

12:28  Re Direct exam of witness King by attorney Williams;

12:35  Re Cross exam of witness King by attorney Scott; Witness excused;

12:41  Lunch Recess;

1:50   Court resumes; Motion to seal testimony of Dr John Kelly discussed and submitted; Defendant calls Dr John Kelly for direct exam by attorney Steer;

3:41   Court in recess;

4:05   Court reconvene; Cross exam of witness Kelly by attorney Scott;

5:10   Re Direct exam of witness Kelly by attorney Steer;
       **Exh 1 - DVD CCA (under seal) introduced and admitted**

5:15   Re Direct exam of witness Kelly by attorney Singhla;

5:25   Re Cross exam of witness Kelly by attorney Scott; Witness excused; Court is adjourned until Tuesday, 04/28/09 at 9:30 AM.