| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone:     (415) 765-9500<br>Facsimile:      (415) 765-9501<br><br>EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone:     (310) 229-1000<br>Facsimile:      (310) 229-1001<br><br>Attorneys for Defendant and Counterclaimant<br>DVD COPY CONTROL ASSOCIATION, INC. | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone:     (650) 213-0300<br>Facsimile:      (650) 213-8158 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>                          Plaintiffs,<br><br>         v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>                          Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>              C08 04719 MHP<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL HIGHLY CONFIDENTIAL DOCUMENTS**<br><br>Lodged concurrently herewith:<br><br>1) Application to Seal Highly Confidential Documents<br><br>2) Documents Requested To Be Filed Under Seal |

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

1 **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

2   Based on DVD Copy Control Association, Inc.'s Application, and good cause appearing for the

3 entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

4   (1) Highly Confidential Version of Opposition of DVD Copy Control Association

5   to RealNetworks' Motion in Limine to Strike Jacob Pak's April 10, 2009

6   Testimony Regarding AMX Corporation; **Redacted version shall be filed in public record.**

7   (2) Exhibit 2 to the Supporting Declaration of Maria Ellinikos;

9   IT IS SO ORDERED.



1

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C08 04548 MHP