JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL (1) THE UNREDACTED VERSION OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS;<br>(2) THE UNREDACTED VERSION OF THE DECLARATION OF TRACY TOSH LANE IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIOS' MOTION *IN LIMINE* TO EXCLUDE EVIDENCE AND TESTIMONY RE SETTLEMENT COMMUNICATIONS; AND (3) THE EXHIBITS TO DECLARTION OF TRACY TOSH LANE |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

Dockets.Justia.com

**~~[PROPOSED]~~ ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on April 23, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks' Opposition to Studios' Motion *in Limine* to Exclude Evidence and Testimony Re Settlement Communications, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the unredacted version of the Declaration of Tracy Tosh Lane in Support of RealNetworks' Opposition to Studios' Motion *in Limine* to Exclude Evidence and Testimony Re Settlement Communications ("Declaration of Tracy Tosh Lane"), lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

IT IS FURTHER ORDERED that the exhibits attached to the Declaration of Tracy Tosh Lane, which exhibits were lodged with the Court pursuant to Civil Local Rule 79-5(b), shall be filed under seal.

It is so ORDERED.



_____
The
Unit

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-CV-04548 MHP; 08-CV-04179 MHP.

1

1  Submitted by:

2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3
   JAMES DIBOISE
4  LEO CUNNINGHAM
   COLLEEN BAL
5  MICHAEL BERTA
   TRACY TOSH LANE
6
   By: ___/s/_____
7      Leo P. Cunningham
       lcunningham@wsgr.com
8
       Attorneys for Plaintiffs and Counterclaim Defendants
9      REALNETWORKS, INC. AND
       REALNETWORKS HOME
10        ENTERTAINMENT, INC.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ADMINISTRATIVE MOTION FOR FILING UNDER        2
SEAL
CASE NOS. 08-cv-04548 MHP
 08-cv-04179 MHP