1  GLENN D. POMERANTZ (SBN 112503)              ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                      rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)                ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                        ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)                  MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                          11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP                   Los Angeles, California  90064-1683
   355 South Grand Avenue, 35th Floor           Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA  90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California  91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  REALNETWORKS, INC., et al., | CASE NO.  C 08-4548-MHP |
| 16              Plaintiffs, | ~~[PROPOSED]~~ **ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF REPLY IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY AND DECLARATION OF KELLY M. KLAUS IN SUPPORT OF REPLY IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION IN LIMINE TO EXCLUDE EVIDENCE AND TESTIMONY** |
| 17      vs. | |
| 18  DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| 19              Defendants. | |
| 20 | |
| 21 | |
| 22 | Date:      April 24, 2009<br>Time:      9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| 23 | |
| 24  UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO.  C 08-4719-MHP |
| 25              Plaintiffs, | **\* AS AMENDED BY COURT** |
| 26      vs. | |
| 27  REALNETWORKS, INC., et al. | |
| 28              Defendants. | |

7661147.1                              - 1 -                     [PROPOSED] ORDER GRANTING
                                                                       APPLICATION TO SEAL
                                                                    CASE NO. C 08-4548-MHP

# [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the highly-confidential versions of the following documents be filed under seal:

(1) Reply in Support of Motion Picture Studios' Motion *in Limine* to Exclude Evidence and Testimony,  **A redacted copy shall be filed in the public record.**

(2) Declaration of Kelly M. Klaus in Support of Reply in Support of Motion Picture Studios' Motion *in Limine* to Exclude Evidence and Testimony.

It is so ORDERED.

Dated:  4/28/2009

_____
The Honorable Marilyn H. Patel
United States District Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

Submitted by:

MUNGER, TOLLES & OLSON LLP


By: _/s/     Jonathan H. Blavin_
         JONATHAN H. BLAVIN

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants