# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 28, 2009

Case No.   C 08-4548  MHP            Judge:  MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: Michael Berta, Robert Kimball, Colleen Bal, Leo Cunningham, Don Scott,
                 Mark Ouweleen
            Dft: Rohjit Singla, Reginald Steer, Bart Williams, Stephen Mick, Kelly Klaus,
                 Robert Rotstein, Mark Lambert

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Sullivan, Belle Ball

## PROCEEDINGS

1)  Further Hearing re Preliminary Injunction Motions, Day Two

2)

3)

## ORDERED AFTER HEARING:

09:37  Court resumes; Defendant calls Robert Schumann for direct exam by attorney Singla;
       **Exhs 5, 76,  229, 232, 233 introduced and admitted;**
       Exhs 50a, 230 introduced;

11:30  Direct exam of witness Schumann by attorney Mick;

11:35  Morning Recess;

11:51  Court resumes; Cross exam of witness Schumann by attorney Scott;

12:55  Lunch Recess;

01:50  Court resumes with continued cross exam of witness Schumann by attorney Scott;

02:16  Re direct exam of witness Schumann by attorney Singla;

02:24   Re direct exam of witness Schumann by attorney Mick;

02:30   Re cross exam of witness Schumann by attorney Cross;
        Witness excused;

02:50   Afternoon Recess;

03:03   Court resumes; Plaintiff calls Robert Glaser (Founder/CEO RealNet) for direct exam by
        attorney **Cunningham;**
        **Exhs A, B, C introduced and admitted;**

03:51   Cross exam of witness Glaser by attorney Williams;
        **Exhs 146,  231, 234, 599 introduced and admitted;**

05:10   Court recessed to 4/29/2009 at 9:30 a.m.