# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: April 29, 2009

Case No.   C 08-4548  MHP          Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: Michael Berta, Robert Kimball, Colleen Bal, Leo Cunningham, Don Scott,
                 Mark Ouweleen
            Dft: Rohjit Singla, Reginald Steer, Bart Williams, Stephen Mick, Kelly Klaus,
                 Robert Rotstein, Mark Lambert

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Sullivan, Belle Ball

## PROCEEDINGS

1)  Further Hearing re Preliminary Injunction Motions, Day Three

2)  

## ORDERED AFTER HEARING:

09:40  Court resumes with continued cross exam of witness Glaser by attorney Williams;
       **Exhs 68, 241, 557, 602 introduced and admitted;** 239, 3
       Witness excused;

11:13  Morning Recess;

11:29  Court resumes; Plaintiff calls Dr Matthew Allen Bishop for direct exam by attorney Scott;

12:48  Lunch Recess;

02:12  Court resumes; Continued direct exam of witness Bishop by attorney Scott (SEALED BY
       COURT ORDER);

03:19  Afternoon Recess;

03:30  Court resumes; Continued direct exam of witness Bishop by attorney Scott (SEALED BY
       COURT ORDER);

03:41   Cross exam of witness Bishop by attorney Mick;
        Exhs 51, 651 introduced;

04:44   Cross exam of witness Bishop by attorney Singla;

05:15   Afternoon Recess;

06:00   Court resumes with continued cross exam of witness Bishop; Re direct; Re Cross;
        Witness excused;

07:00   Court recessed to 5/7/2009 at 9:30 a.m.