GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>        Defendants. | CASE NO. C 08-4548-MHP<br><br>**DVD CCA AND STUDIOS' NOTICE OF LODGING OF DESIGNATED DEPOSITION TESTIMONY AND VIDEOS**<br><br>Date: April 24, 2009<br>Time: 9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>        Plaintiffs,<br><br>   vs.<br><br>REALNETWORKS, INC., et al.<br><br>        Defendants. | CASE NO. C 08-4719-MHP |

1    DVD Copy Control Association, Inc. (the "DVD CCA") and Columbia Pictures

2    Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment,

3    Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc.,

4    Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLP,

5    Universal City Studios LLP, and Viacom, Inc. (collectively, the "Studios") hereby give notice

6    that they are lodging today with the Court designated and counter-designated deposition

7    transcripts, deposition exhibits implicated by the designated testimony, and excerpted videos for

8    the depositions of the following individuals: Phillip Barrett, Todd Basche, James Brennan, Jeffrey

9    Buzzard, Jeffrey Chasen, Edward Felten, Nicole Hamilton, Andrew Parsons, and Martin Schwarz.

10   A spreadsheet summarizing the designations and counter-designations is attached as

11   Exhibit A.  A key to the color coding of the parties' designations and counter-designations is

12   attached as Exhibit B.

13

14   DATED:  May 6, 2009

15

16

17   By:_____/s/ Jonathan H. Blavin_____
                    Jonathan H. Blavin

18

19   MUNGER, TOLLES & OLSON LLP

20   Attorneys for Motion Picture Studio
     Plaintiffs/Declaratory Relief Claim Defendants

21

22

23

24

25

26

27

28

1

1
2
3
4
5
6
7
8
9
10
11
12

# Exhibit A

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DVD CCA/STUDIOS' NOTICE OF LODGING OF
DESIGNATIONS; COUNTER-DESIGNATIONS
CASE NOS. C 08-4548-MHP/08-4719-MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| BARRETT, PHILLIP | 8:9 – 8:10 | | |
| | 17:10 – 18:8 | | |
| | 20:3 – 20:11 | | |
| | 20:22 – 20:25 | | |
| | 21:1 – 21:6 | | |
| | 37:8 – 37:16 | | 35:15 – 36:1 |
| | 51:1 – 52:4 | | |
| | 52:17 – 52:25 | | |
| | 54:20 – 54:25 | | |
| | 56:11 – 57:21 | | 58:20 – 59: 12 |
| | 61:23 | | 59:13 – 60:3 |
| | 62:3 – 4 | | |
| | 62:5 – 62:13; | | 63:24 – 64:1 |
| | 62:16 – 63:1; | | |
| | 63:3 – 63:8; | | |
| | 63:19 – 63:22 | | |
| | 64:19 – 25 | | |
| | 66:7 – 66:9 | | |
| | 87:17 – 87:22; | | 87:23 – 87:24 |

DVD CCA/STUDIOS' NOTICE OF LODGING OF
DESIGNATIONS; COUNTER-DESIGNATIONS
CASE NOS. C 08-4548-MHP/08-4719-MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 87:25 – 88:1 | | |
| | 88:2 – 88:5; 88:15 – 17 | | |
| | 91:7 – 92:18 | | 89:10 – 89:12; 90:12 – 90:21; 92:19 – 92:23; 93 :22 – 93 :24; 94:3 – 94:7; 94:15 – 94:17 |
| | 96:10 – 96:13 | | 96:21 – 96:25; 97:3 – 97:13 |
| | 102:13 – 102:14; 102:20 | Calls for a legal conclusion | 101:22 –103:7; 102:15 – 109:19 |
| | 110:9 – 110:22 | | |
| | 110:25 – 112:13 | | |
| | 121:18 – 121:23; 122:7 - 122:10 | | 121:3 – 121:17; 121:4 – 121:12 |
| | 124:13 – 124:25; 125:2; 125:6 – 125:10; | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 125:12 – 125:19; 125:21 | | |
| | 125:22 – 126:23 | | 126:24 – 127:16 |
| | 128:3 – 128:12; 128:19 – 128:25 | | 129:5 – 129:9 |
| | 133:1 – 133:16 | | |
| | 153:19 – 153:23 | | |
| | 158:18 – 158:21; 159:15 – 159:21; 160:1 – 160:4; 161:8 – 161:15; 161:25 – 162:2; 162:5 – 162:19 | | 159:22 – 158:25; 160:4 – 160:7; 162:3 – 162:4 |
| | 163:3; 163:11 – 164:9 | | 163:5 – 163:10; 164:10 – 165:7 |
| | 168:12 – 168:16; 168:24 – 168:25; 169:3 – 169:18; | | 168:17 – 168:23 |
| | 171:8 – 171:16; 171:19 – 171:23 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 172:3 – 173:8 | | |
| | 174:2 – 174:11; 174:14 – 174:16; 174:18 – 174:21; 174:24: – 175:6; 175:9 – 175:15; 175:17 | | |
| | 182:24; 184:12 – 185:1 | | 185:2 – 185:4; 189:2 – 189:22 |
| | 190:13 – 15; 190:19 – 191:1; 191:7 – 191:9 191:12 – 191:21 | | |
| | 207:13 – 207:25 | | 209:3 – 209:8 |
| | 212:8 – 212:23; 213:1 – 214:1; | | 214:2 – 214:5 |
| | 214:15 – 214:19 | | |
| | 214:20 – 214:21; 214:23 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 215:1 – 215:3 | | |
| | 215:4 – 215:16 | | |
| | 260:13<br><br>260:15 – 260:16 | | |
| | 260:22 – 260:25;<br><br>261:5 – 261:7<br><br>261:8 – 261:23 | | |
| | 265:13 – 267:6;<br><br>267:7 – 267:11 | | 267:12 – 267:16;<br><br>267:24 |
| | 270:22 – 270:24;<br><br>271:12 – 272:5 | | 270:25 – 271:1;<br><br>271:4 – 271:8 |
| | 274:19 – 274:25 | | 273:18 – 274:3 |
| | 275:3 – 275:4;<br><br>275:7 – 275:9 | | |
| | Deposition Exhibits 1, 3, 5, 27, 29, 49, 103, 200 | | |
| BASCHE, TODD | 8:1 – 5 | | |
| | 20:24 – 21:17 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 39:24 – 40:11 | | 40:12-20 |
| | 40:21 – 41:17 | | 41:22 – 42:14; 43:14 43:23; 56:5-56:23 |
| | 43:24 – 44:17; 44:22 – 45:5; 45:8 – 45:10; 45:13 – 45:15 | | 44:18 – 44:21; 46: 11 – 46:13; |
| | 85:18 – 86:6; 86:25 – 87:3 | | 86:15 – 86:24; 86:14 – 86:17 |
| | 172:11 – 172:18 | | 172:22 – 173:2 |
| | 176:19 – 177:1 | | |
| | 181:4 – 183:6 | | 184:11 – 184:14 |
| | 190:25 – 191:20 | | |
| | 193:2 – 193:5 | | |
| | 195:10 – 195:23 | | 195 :24 – 196:8 |
| | 199:22 – 201:7 | | 201:8 – 201:16; |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | 202:3 – 202:7 |
| | 205:22 – 206:17 | | 197:15 – 198:11 |
| | 257:6 – 257:24 | | |
| | Deposition Exhibit 547 | | |
| BRENNAN, JAMES | 7:15 – 7:16 | | 7:17 – 7:21 |
| | 33:11 – 33:17 | | 32:15 – 33:5 |
| | 36:4 – 36:11 | | 12:4 – 13:6; 14:7 – 14:25; 35:13– 35:15; 35:24 – 36:3 |
| | 36:17 – 36:19 36:22 – 36:24 | Lacks Personal Knowledge (602) | 36:20 – 36:21; 36:25 – 37:2 |
| | 37:3 – 37:14 | | |
| | 51:11 – 51:20 | | 53:20 – 54:6 |
| | 53:5 – 53:11 | | 53:20 – 54:6 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 58:6 – 58:12 | | |
| | 63:20 – 63:22 | | 63:23– 64:11; 65:19 – 65:22; 66:12 – 67:18 |
| | 64:12 – 65:5 | | 63:23 – 64:11; 65:19 – 65:22; 66:12 – 67:18 |
| | 65:23-66:11 | | 65:19 –65:22; 66:12 – 67:18 |
| | 102:9 – 102:11 | | 102:12 – 102: 17 |
| | 103:11 – 103:19 | | |
| | 113:2 113:5 – 113:24 114:1 – 114:6 114:8 – 114:25 | Lacks Personal Knowledge (602) | |
| | 115:19 – 116:5 | | 115:1 – 115:4; 116:6 –117:3 |
| | 120:7 – 120:8 120:11 – 121:9 | | 121:24 – 121 :25 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 121:12 <br> 121:14 – 121:21 | | |
| | 124:8 – 124:12 <br> 124:23 – 125:1 <br> 125:2 – 125:19 | | 125:20; 125:25 – 127:15 |
| | 161:18 – 161:20 | | 161:21 – 162:15; 165:12 – 166:2; 178:6 – 178:10 |
| | 194:2 – 194:5 | | 181:20 – 183:20 |
| | 195:18 – 196:4 | | 194:19 – 195:9 |
| | 197:5 – 197:14 | Improper Opinion (701) | |
| | 197:22 – 198:11 | Improper Opinion (701) | 198:12 – 199:10 |
| | 200:4 – 200:7 | | |
| | 204:9 – 204:13 | | |
| | 204:14 – 204:20 | | 204:21 – 205:2 |
| | 205:3 – 205:8 <br> 205:11 – 206:18 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 206:19 – 206:22 | | |
| | 206:23 – 207:12 | | 207:13 – 208:9 |
| | 208:10 – 208:21 | Foundation | 208:25 – 209:1 |
| | 208:22 – 24 + 209:2 | Foundation | 208:25 – 209:1 |
| | 209:13 – 210:15 | | 210:16 – 212:2; 214:11 – 215:25 |
| | 212:3 – 212:5 212:7 – 212:17 214:5 – 214:8; 214:10 | | 210:16 – 212:2; 214:11 – 215:25 |
| | 230:23 – 230:25 | | 231:1 – 13; 231:24 – 232:9 |
| | 232:20 – 232:24 | | 231:1 – 13; 231:24 – 232:9 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | |
| | 232:25 – 233:2 | | |
| | 233:11 – 233:12 233:15 – 233:18 | | |
| | 234:6 – 234:17 | | |
| | 235:18 – 236:3 | | 234:18 – 235:17 |
| | 244:9 244:14 – 244:22 | | |
| | 244:23 – 245:6 | | 245:7 – 19 |
| | 250:18 – 251:23 | | 251:24 – 252: 1 |
| | 252:3 – 252:6 252:8 – 252:11 252:14 – 252:18 | | 252:19 – 20; 252:24 – 252:25 |
| | 262:10 – 262:17, 262:21 – 262:25 263:4 – 263:5 | | |
| | | Lacks Personal Knowledge (602); | 262: 12 – 262: 13 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 263:7 – 263:11<br>263:14 – 263:24 | Calls for speculation | |
| | 264:2 – 264:6<br>264:9 – 264:11<br>264:14 – 264:21<br>264:22 – 265:13 | | |
| | 266:11 – 267:10 | | |
| | 268:3 – 268:8<br>268:11 – 268:24 | Foundation;<br>Assumes Facts;<br>Argumentative;<br>Compound | 267:11 – 267:13;<br>268:1 – 268:2;<br>268:9 – 268:10;<br>268:25 – 269:15 |
| | 269:16 – 269:21 | | 268:25 – 269: 15 |
| | 274:8 – 274:11 | Vague;<br>Compound;<br>Relevance (402) | 274:12 – 274:14 |
| | 274:15 – 274:16 | | |
| | 274:17 – 274:19 | Compound;<br>Relevance (402) | 274:20 |
| | 274:21 – 274:25 | | |
| | 275:1 | Vague;<br>Ambiguous | 275:2 – 275:3 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 275:4 – 275:5 | Vague; Ambiguous | 275:2 – 275:3 |
| | 275:7 – 275:25 | | 276: 1 – 276: 13 |
| | 291:2 – 292:24 | | 289: 1 – 289: 16; 290: 11 – 290: 17 |
| | Deposition Exhibit 102, 534, 539 | | |
| BUZZARD, JEFFREY | 8:10 –  8:12 | | |
| | 18:1 – 18:7 | | |
| | 20:1– 20:8 | | |
| | 24:2 – 24:6 | | |
| | 35:3 –  35:21 | | |
| | 57:15 – 58:21 | | |
| | 60:10 – 61:4 | | |
| | 72:2 – 76:21 | | |
| | 126:17 – 127:8 | | |
| | 128:5 – 128:15 | | |
| | 135:1 – 135:5 | | |
| | 147:15 – 148:7 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 148:10 – 148:14 | | |
| | 158:14 – 159:4 | | |
| | 159:5 – 159:8 | | |
| | 160:2 – 161:1 | | |
| | 162:24 – 163:4; 163:12 – 164:2 | | |
| | 171:3 – 171:24 | | |
| | 175:20 – 176:25 | | |
| | 187:19 – 187:23 | | |
| | 191:16 – 192:2; 195:22 – 196:6 | | |
| | 197:14 – 199:2 | | |
| | 222:7 – 13 | | |
| | 223:20 – 25 | | |
| | 224:5 – 19 | | |
| | 224:21 – 225:10 | | |
| | 226:2 – 226:22 | | |
| | 227:9 – 227:12 | | |
| | 228:3 – 229:1 | | |
| | 234:16 – 236:10 | | |
| | 237:4 – 237:18 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 239:21 – 240:7 | | |
| | 240:16 – 241:18 | | |
| | 247:16 – 249:3 | | |
| | Deposition Exhibit 9, 51, 505 | | |
| | | | General:  18:8 – 19:10; 23:4  24:1; 24:7 – 30:24; 29:13 – 30:24; 35:22 – 37:11; 58:22 59:5; 73:9 – 73:23; 76:22 – 77:8; 77:9 – 12; 78:14 – 18; 79:6 – 79:21; 86:22 – 87:9; 127:9 – 128:4; 138:4 – 139:17; 140:21 – 142:6; 142:18 – 143:17; 148:15 – 149:13; 159:9 – 160:1; 164:3 –16; 177:1 – 11; 187:24 – 191:15; 192:3 – 7; 195:22 – 197:24; 221:8 – 222:6; 222:23 –223:19; 224:1 – 4; 225:11 – 226:1; 227:9 |

17

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | – 228:2; 227:13 – 229:11; 236:11 – 25; 237:19 – 239:20; 241: 19 – 242: 18; 249:4 – 21 |
| **CHASEN, JEFFREY** | 8:16 – 17 | | |
| | 34:22 – 35:1 | | |
| | 35:16 – 35:24 | | |
| | 53:2 – 53:6; 53:9 – 53:13 | | |
| | 63:23 –63:25; 64:1-64:6; 64:10-64:15 | | |
| | 64:18-64:20; 65:4-65:11 | | |
| | 66:7 – 66:9; 66:12 – 66:14; 66:17 – 67:2 | | |
| | 68:9 – 68:25 | | |
| | 99:19 – 99:24 | | |
| | 100:2 – 100:3; 100:6 – 100:7 | | |
| | 100:8, 100:11 | | |

18

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 100:14 – 100:17; 100:22 – 101:9 | | |
| | 106:15 – 107:17 | | |
| | 129:12 – 129:18 | | |
| | 156:12 – 156:24; 157:2 – 157:15 | | |
| | 157:24 – 158:6 | | |
| | 161:14 – 162:21 | | |
| | 164:9 – 164:11; 164:14 – 164:18; 164:22 – 165:1; 165:5 – 165:9; 165:10 – 165:22; 165:25 – 166:1 | | |
| | 166:6 – 166:8; 166:11 – 166:17; 166:20, 167:7 – 167:17 | | |
| | 168:3 – 168:6; 168:8; 168:9 – 168:17 | | |
| | 171:12 – 171:14; 171:18 – 171:20 | | |

19

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 171:23 – 171:25; 172:4 – 172:8 | | |
| | 172:12 – 172:16; 172:19 – 172:21 | | |
| | 173:1 – 173:8 | | |
| | 175:24 – 176:2 | | |
| | 179:9 – 179:20 | | |
| | 180:14 – 181:8; 181:13 – 181:24 | | |
| | 183:8 – 183:18 | | |
| | 184:6 – 185:7 | | |
| | 185:19 – 185:24 | | |
| | 188:7 – 191:1 | | |
| | 191:8 – 191:9; 191:12 – 191:16; 191:24 – 192:16; | | |
| | 192:24 – 193:2; 193:14 – 193:18 | | |
| | 197:19 – 197:23; 198:1 – 198:9 | | |
| | 200:15 – 200:23; 201:3 – 201:4 | | |

DVD CCA/STUDIOS' NOTICE OF LODGING OF
DESIGNATIONS; COUNTER-DESIGNATIONS
CASE NOS. C 08-4548-MHP/08-4719-MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 201:16 – 201:18; 201:22 – 202:5; 202:9 – 202:15 | | |
| | 207:15 – 207:22; 208:12 – 208:15; 208:18 – 208:21 | | |
| | 209:12 – 209:20; 210:15 – 210:18; 210:22 | | |
| | 211:13 – 211:22; 214:13 – 215:9 | | |
| | 216:13 – 216:24; 217:3, 217:6 – 217:10; 217:23 – 218:12 | | |
| | 236:7 – 236:10; 237:23 – 238:7 | | |
| | 238:13 – 238:15; 238:19 – 238:22; | | |
| | 261:12 – 262:7 | | |
| | 268:18 – 268:21; 268:25; 269:1– 269:3; 269:4 – | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 269:7 | | |
| | 291:3 – 19 | | |
| | 296:19 – 297:11 | | |
| | Deposition Exhibits 50, 74, 76, 143, 505, 514, 516, 518, 519 | | |
| | | | General:  67:3 – 10; 67:25 – 68:8; 103:11-13; 103:19 – 23; 104:15 – 16; 104:20 – 25; 129:19 – 130:2; 140:23 – 142:13; 159:6 – 11; 167:181 – 168:2; 175:8 – 23; 178:18 – 21: 179:1 – 4; 179:21 – 180:5; 181:24 – 182:18; 185:8 – 11; 185:15 – 18; 185:25 – 186:11; 191:2 – 7; 198:10 – 199:10; 202:18 – 25; 207:23 – 208:11; 209:21 – 210:14; 212:8 – 214:9; |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | 215:15 – 22; 220:10 – 222:17; 238:8 – 12; 292:11 – 17; 293:2 – 11 |
| FELTEN, EDWARD | 7:23 – 8:11 | | |
| | 20:2 – 20:4 | | |
| | 20:5 – 20:9 | | |
| | 35:16 – 36:1 | | |
| | 36:2 – 36:14 | | |
| | 36:15 – 37:4 | | |
| | 37:13 – 37:16; 37:18 | | |
| | 37:20 – 38:8 | | |
| | 39:20 – 40:2; 40:4 | | |
| | 40:23 – 41:12; 41:14 – 42:10; 42:12 - 42:14 | | |
| | 52:3 – 52:5; | | |
| | 52:7 – 52:17 | | 52:18 – 53:19 |

DVD CCA/STUDIOS' NOTICE OF LODGING OF DESIGNATIONS; COUNTER-DESIGNATIONS CASE NOS. C 08-4548-MHP/08-4719-MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 53:21 – 53:22; | | 52:18 – 53:19 |
| | 53:25<br>54:2 – 54:7 | | |
| | 71:20 – 71:21;<br>71:24<br>72:1 | | |
| | 72:3 – 72:6 | | 72:7 – 72:23 |
| | 72:24 – 72:25;<br>73:2 – 73:3; | | |
| | 75:5 – 75:7;<br>75:11 – 75:14 | | |
| | 75:15 – 75:20 | | 75:21 – 25 |
| | 76:1 – 76:20;<br>76:23 – 76:24 | | |
| | 77:12 – 77:16 | | |
| | 78:3 – 78:5 | | |
| | 78:6 – 78:7;<br>78:10 – 78:13 | | |
| | 78:15 – 78:19; | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 78:21 – 79:1 | | 79:3 – 79:11 |
| | 79:12 – 79:25 | | 80:1 – 80:20 |
| | 80:21 – 81:6 | | 81:10 – 82:4 |
| | 81:7 – 81:9 | | 81:10 – 82:4 |
| | 85:17 – 85:23 | | 85:24 – 86:3 |
| | 86:11 – 86:13 | | 86:14 – 86:24 |
| | 86:25 – 87:14 | | 86:14 – 86:24 |
| | 94:18 – 95:2; 95:8 – 95:17 | | |
| | 96:10 – 96:13 | | |
| | 96:14 – 96:17 | | |
| | 96:18 – 96:22 | | 96:23 – 97:2· 97:15 – 18 |

25

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 120:19 – 120:22; 120:24 – 120:25 | | 116:13 – 116:17; 116:19 – 117:9; 117:12 – 118:2· 118:4 – 118:23· 121 :2 – 121:11 |
| | 135:13 – 136:3 | | |
| | 136:11 – 136:16; 136:18 – 136:20; | | |
| | 136:22 – 136:25 | | 137:1 – 138:3; 138:5 – 141:9; 145:19 – 147:23 |
| | 141:10 – 141:20 | | 137:1 – 138:3; 138:5 – 141:9; 145:19 – 147:23 |
| | 210:15 – 211:8 | | 210:2 – 210:14 |
| | 219:19 – 220:5 | | 211:9 – 211:15 |
| | 220:6 – 220:12 | | 211:9 – 211:15 |

DVD CCA/STUDIOS' NOTICE OF LODGING OF
DESIGNATIONS; COUNTER-DESIGNATIONS
CASE NOS. C 08-4548-MHP/08-4719-MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | |
| | 262:19 – 262:22 | | |
| | 262:23 – 263:4 | | |
| | 265:11 – 12; 265:15 – 265:22 | | 265:24 – 267:2 |
| | 267:3 – 268:2 | | 265:24 – 267:2 |
| **HAMILTON, NICOLE** | 9:4 – 9:15 | | 13:19 – 13:25 |
| | 14:4 – 14:23 | | |
| | 23:18 – 23:21 | Hearsay (802) | |
| | 24:22 – 24:25 | | |
| | 25:24 – 26:13 | | |
| | 26:14 – 19 | | |
| | 27:3 – 27:6 | Hearsay (802); A/C Privilege | |
| | 38:5 – 38:10 | | |
| | 39:16 – 39:18; | Relevance (402), Prejudice (403) | |
| | 39:23 – 41:20 | Relevance (402), Prejudice (403), Hearsay (802) | 41:21 – 42:4 |
| | 42:5 – 42:7 | Relevance (402), Prejudice (403) | |

DVD CCA/STUDIOS' NOTICE OF LODGING OF
DESIGNATIONS; COUNTER-DESIGNATIONS
CASE NOS. C 08-4548-MHP/08-4719-MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 43:4 – 44:16 | Relevance (402) | 44:17 – 45:20 |
| | 64:14 – 65:2; | Lacks personal knowledge (602), Hearsay (802) | |
| | 65:4 – 66:1 | Lacks personal knowledge (602), Hearsay (802), A/C Privilege | |
| | 66:22 – 68:2 | Undisclosed expert testimony (703) | |
| | 70:22 – 71:3 | Lacks personal knowledge (602) | |
| | 73:7 – 73:9; 73:12 | Hearsay (802), Relevance (402) | |
| | 73:24 – 74:3 | Lacks personal knowledge (602), Relevance (402) | |
| | 74:10 – 74:20 | | 74:21 – 75:1 |
| | 75:2 – 77:7 | Lacks personal knowledge (602), Undisclosed | 77:8 – 77:25 |

28

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | expert testimony (703) | |
| | 78:19 – 78:22 | Lacks personal knowledge (602), Hearsay (802) | |
| | 78:25 – 79:6 | Lacks personal knowledge (602), Hearsay (802) | |
| | 81:9 – 81:14; 81:23 | Lacks personal knowledge (602), Hearsay (802) | |
| | 81:25 – 82:19 | | |
| | 82:21 – 83:7 | Lacks personal knowledge (602), Hearsay (802) | |
| | 89:12 – 89:17 | | |
| | 98:24 – 99:7 | Lacks personal knowledge (602), Hearsay (802), Relevance (402) | |
| | 101:18 – 102:1; 202:24 – 103:14 | Relevance (402), inadmissible lawyer colloquy, | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | A/C privilege | |
| | 139:4 – 139:15 | | 139:16 – 139:20 |
| | 168:13 – 168:21; 168:23 – 169:1; | Lacks personal knowledge (602), Hearsay (802) | |
| | 169:4 – 169:6 | Lawyer colloquy | |
| | 171:6 – 171:20 | Hearsay (802) | |
| | 175:10 – 175:14 | Relevance (402) | |
| | 176:12 – 176:19 | Lacks personal knowledge (602) | 176:1 – 11; 176:20 – 177:1 |
| | 177:2 – 177:10 | Lacks personal knowledge (602) | |
| | 178:24 – 179:20 | A/C Privilege | 178:2 – 178:15 |
| | 181:1 – 181:5; 181:9 – 182:17 | Lacks personal knowledge (602), Hearsay (802) | 181:6 – 8 |
| | 185:7 – 20 | | |
| | 191:14 – 192:9 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 193:10 – 193:17 | Lawyer colloquy | |
| | 218:19 – 219:1; | | 219:2 |
| | 219:3 – 219:5 | Lacks personal knowledge (602) | |
| | 235:21 – 236:4 | | |
| | 245:1 – 12 | | |
| | 246:20 – 247:6 | | |
| | 290:16 – 290:24 | | |
| | 292:14 – 292:20 | | |
| | 298:15 – 299:2 | | |
| | Deposition Exhibit 571 | | |
| | | | General:  62:25 – 63:14; 104:16 – 108:13; 111:2 – 112:4 |
| PARSONS, ANDREW | 8:12 – 8:14 | | |
| | 9:1 – 10:23 | | |
| | 11:7 – 11:16 | | |
| | 12:15 – 13:6 | | |
| | 13:17 – 13:25 | | |
| | 17:14 – 18:7 | | 18:8 – 18:19; |

31

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | 19:8 – 19:9; 19:12 – 19:17 |
| | 21:21 – 22:14 | | |
| | 23:7 – 23:15 | | |
| | 32:15 – 32:18 | | 31:17 – 31:21; 32:3 –32:14; 32:19; 32:21 – 33:5; 33:6 – 33:8 |
| | 33:18 – 34:7 | | |
| | 34:15 – 34:18 | | |
| | 34:24 – 35:25 | | |
| | 36:1 – 36:7 | | |
| | 38:20 – 38:21 | | |
| | 40:6 – 40:14 | | |
| | 45:18 – 47:7 | Lacks personal knowledge (602), Hearsay (802) | |
| | 52:5 – 52:21 | | |
| | 53:9 – 54:13 | | |
| | 56:6 – 57:1 | | 59:1 – 16 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 78:20 – 79:2 | | |
| | 79:19 – 80:11 | | 80:12 – 81:9 |
| | 82:8 – 83:3 | | |
| | 83:4 – 83:23 | | |
| | 85:16 – 85:20 | | 85: 15 – 86:7 |
| | 86:8 – 86:21 | | 134:15 – 135:5 |
| | 88:13 – 88:18 | | |
| | 91:13 – 91:21 | Lacks personal knowledge (602) | |
| | 92:4 – 92:12 | | 92:4 – 92:12 |
| | 95:9 – 95:14 | | |
| | 95:18 – 96:7 | | 96:8 – 96:20; 100:2 –100:9; 101:3 – 101:10; 101:25 – 102:3 |
| | 102:16 – 103:11 | | 103:13 – 104:25; 107:20 – |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | 107:24 |
| | 140:3 – 141:6 | (140:3-141:1) Lacks personal knowledge (602), Hearsay (802) | 141:3 –141:10 |
| | 180:5 – 181:11 | | |
| | 186:19 – 187:3 | Lacks personal knowledge (602), Hearsay (802) | 187:4 – 187:5 |
| SCHWARZ, MARTIN | 7:11 – 7:12 | | |
| | 10:8 – 10:14 | | |
| | 13:23 – 13:25 | | |
| | 22:6 – 22:12 | | |
| | 78:8 – 78:14 | | 13:12 –13:22; 78:15–78:22; 80:8 – 80:19 |
| | 78:23 – 79:6 | | 79:7 – 80:7 |
| | 90:3 – 90:10 | | |

DVD CCA/STUDIOS' NOTICE OF LODGING OF DESIGNATIONS; COUNTER-DESIGNATIONS CASE NOS. C 08-4548-MHP/08-4719-MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 125:1 – 125:5 | | |
| | 126:2 – 126:8 | | 126:9 – 126:11 |
| | 126:12 – 126:17 | | |
| | 126:18 – 126:24 | | |
| | 126:25 – 127:5 | | 127:6 – 127:8 |
| | 145:3 – 145:7 | | |
| | 145:15 – 145:19 | | |
| | 146:14 – 146:19 | | |
| | 147:19 – 148:6 | | |
| | 155:3 – 155:5; 155:8 – 155:17 | | |
| | 156:5 – 156:7; 156:10 – 156:17 | | |
| | 172:1 – 172:2 | | |
| | 180:12 – 181:24; 182:6 – 182:11 | | 313:5 – 313:21 |
| | 184:16 – 184:22 | | 314:6 – 314:19 |
| | 185:3 – 186:8 | | 191 :7 – 192:10 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | |
| | 188:11 – 188:24 | | 314:6 – 314:19 |
| | 188:25 – 189:2 | | 191:7 – 192:10 |
| | 267:5; 267:10 – 268:14 | | 268:15 – 269:15 |
| | 270:3 – 270:11 | | 270:12 – 271 :7 |
| | 271:12 – 271:17; 271:20 | | |
| | 287:4; 287:10 – 287:23 | | 287:24 – 288:5 |
| | Deposition Exhibits 527, 556, 560 | | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit B

1

## Color Code Key

2

3    DVD CCA/Studios Designations:  Green

4    Real Counter-Designations:  Pink

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28