1    GLENN D. POMERANTZ (SBN 112503)    ROBERT H. ROTSTEIN (SBN 72452)
     Glenn.Pomerantz@mto.com    rxr@msk.com
2    BART H. WILLIAMS (SBN 134009)    ERIC J. GERMAN (SBN 224557)
     Bart.Williams@mto.com    ejg@msk.com
3    KELLY M. KLAUS (SBN 161091)    MITCHELL SILBERBERG & KNUPP LLP
     Kelly.Klaus@mto.com    11377 West Olympic Boulevard
4    MUNGER, TOLLES & OLSON LLP    Los Angeles, California 90064-1683
     355 South Grand Avenue, 35th Floor    Tel: (310) 312-2000; Fax: (310) 312-3100
5    Los Angeles, CA 90071-1560
     Tel: (213) 683-9100; Fax: (213) 687-3702

7    GREGORY P. GOECKNER (SBN 103693)
     gregory_goeckner@mpaa.org
8    DANIEL E. ROBBINS (SBN 156934)
     dan_robbins@mpaa.org
9    15301 Ventura Boulevard, Building E
     Sherman Oaks, California 91403-3102
10   Tel: (818) 995-6600; Fax: (818) 285-4403

11   Attorneys for Motion Picture Studio Plaintiffs/Declaratory
     Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
|---|---|
| Plaintiffs, | **PROOF OF SERVICE BY PERSONAL DELIVERY** |
| vs. | |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| Defendants. | |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| Plaintiffs, | |
| vs. | |
| REALNETWORKS, INC., et al. | |
| Defendants. | |

7744723.1

PROOF OF SERVICE BY PERSONAL
DELIVERY
CASE NOS. C 08-4548-MHP/08-4719-MHP

Dockets.Justia.com

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I, Laurie Stoker, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

2. On May 6, 2009, I served a true copy of the document entitled **AMENDED DVD CCA AND STUDIOS DEPOSITION DESIGNATIONS; REAL COUNTER-DESIGNATIONS** by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and causing Wheels of Justice to deliver the envelope(s) by hand to the offices of the addressee(s).

| | |
|---|---|
| Tracy Tosh Lane<br>Wilson Sonsini Goodrich & Rosati PC<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Tel: (415) 947-2000; Fax: (415) 947-2099 | Reginald D. Steer<br>Akin Gump Strauss Hauer &Feld LLP<br>580 California, 15th Floor<br>San Francisco, CA 94104-1036<br>Tel: (415) 765-9500; Fax: (415) 765-9501 |

I then received confirmation by telephone that the package was delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 6, 2009, at San Francisco, California.

_____
Laurie Stoker

7744723.1

PROOF OF SERVICE BY PERSONAL DELIVERY
CASE NOS. C 08-4548-MHP/08-4719-MHP