## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

### CIVIL PRETRIAL MINUTES

Date: May 7, 2009

Case No.   C 08-4548  MHP           Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf: Michael Berta, Robert Kimball, Colleen Bal, Leo Cunningham, Don Scott,
                 Mark Ouweleen
            Dft: Rohjit Singla, Reginald Steer, Bart Williams, Stephen Mick, Kelly Klaus,
                 Robert Rotstein, Mark Lambert

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Sullivan, Belle Ball

### PROCEEDINGS

1)   Further Hearing re Preliminary Injunction Motions, Day Four

2)

### ORDERED AFTER HEARING:

09:35   Court resumes; Proposed findings of fact to be submitted to court not later than 5/15/09;
        Plaintiff calls Douglas F. Dixon for direct exam by attorney Berta;
        **Exhs E, F introduced and admitted;**

11:10   Cross exam of witness Dixon by attorney Singla;
        **Exhs 225, 235, 623 introduced and admitted;**

12:34   Re direct exam of witness Dixon by attorney Berta; Re cross exam;
        Witness Excused;
        Remaining time schedules discussed; Rebuttal witness discussed;

12:50   Lunch Recess;

01:42   Court resumes; Plaintiff calls James J Bielman for direct exam by attorney Berta;
        Exh PAC(l, m, n) introduced;

2:59    Afternoon Recess;

03:30   Court resumes; Cross exam of witness Bielman by attorney Singla;
        Exhs 82, 90, 109, 233, 530, 539 introduced;

04:50   Cross exam of witness Bielman by attorney Mick;

05:14   Re direct exam of witness Bielman by attorney Berta;
        Witness excused;

05:16   Defendant recalls rebuttal witness Robert Schumann for direct exam by attorney Singla;
        Exh 228 introduced;

05:55   Rebuttal Cross exam of witness Schumann by attorney Scott;

06:27   Re direct rebuttal exam of witness Schumann by attorney Singla; Re cross;
        Witness excused;

06:45   Court recessed to 5/21/09 at 9:30 am for Closing Arguments;


**Exhs 3, 47, 48, 68, 505,  557, 602, L, M, N, O, P, previously admitted on 4/29/09;**