GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. | CASE NO. C 08-4548-MHP <br><br> **STUDIOS' NOTICE OF LODGING OF DESIGNATED DEPOSITION TESTIMONY OF MARK HOLLAR AND VIDEO** <br><br> Date: April 24, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO. C 08-4719-MHP |

STUDIOS' NOTICE OF LODGING OF HOLLAR
DESIGNATIONS; COUNTER-DESIGNATIONS
CASE NOS. C 08-4548-MHP/08-4719-MHP

Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLP, Universal City Studios LLP, and Viacom, Inc. (collectively, the "Studios") hereby give notice that they are lodging today with the Court designated and counter-designated deposition transcripts, deposition exhibits implicated by the designated testimony, and an excerpted video for the deposition of Mark Hollar. Real's designations to the Hollar transcript are highlighted in orange, and the Studios' counter-designations are highlighted in blue.

DATED: May 12, 2009

By:       */s/ Jonathan H. Blavin*
          Jonathan H. Blavin

MUNGER, TOLLES & OLSON LLP

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants