| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>Defendants. | CASE NO. C 08-4548-MHP<br><br>**PROOF OF SERVICE BY PERSONAL DELIVERY** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REALNETWORKS, INC., et al.<br><br>Defendants. | CASE NO. C 08-4719-MHP |

7786026.1

PROOF OF SERVICE BY PERSONAL
DELIVERY
CASE NOS. C 08-4548-MHP/08-4719-MHP

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I, Steven Uhrig, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

2. On May 12, 2009, I served a true copy of the designated and counter-designated deposition transcripts, deposition exhibits implicated by the designated testimony, and an excerpted video for the deposition of Mark Hollar by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and causing Wheels of Justice to deliver the envelope(s) by hand to the offices of the addressee(s).

Tracy Tosh Lane
Wilson Sonsini Goodrich & Rosati PC
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000; Fax: (415) 947-2099

Reginald D. Steer
Akin Gump Strauss Hauer &Feld LLP
580 California, 15th Floor
San Francisco, CA 94104-1036
Tel: (415) 765-9500; Fax: (415) 765-9501

I then received confirmation by telephone that the package was delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12, 2009, at San Francisco, California.

_____
Steven Uhrig

77860026.1

PROOF OF SERVICE BY PERSONAL DELIVERY
CASE NOS. C 08-4548-MHP/08-4719-MHP