| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs and Counterclaim Defendants |
| 10 | REALNETWORKS, INC. and |
| 11 | REALNETWORKS HOME ENTERTAINMENT, INC. |
| 12 | (additional counsel listed on following page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>           C08 04719 MHP<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR VIOLATION OF SHERMAN ACT AND STATE LAW**<br><br>**Before: Hon. Marilyn Hall Patel**<br>**Dept: Courtroom 15**<br>**Date: June 22, 2009**<br>**Time: 2:00 p.m.** |

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT FOR DECLARATORY RELIEF AND FOR
VIOLATION OF SHERMAN ACT AND STATE LAW
CASE NOS.: C08 04548 MHP; C08 04719 MHP

1  DONALD E. SCOTT, (Admitted Pro Hac Vice)
   Email:  donald.scott@bartlit-beck.com
2  MARK S. OUWELEEN, (Admitted Pro Hac Vice)
   Email: mark.ouweleen@bartlit-beck.com
3  KARMA M. GIULIANELLI, State Bar No. 184175
   Email:  karma.giulianelli@bartlit-beck.com
4  BARTLIT BECK HERMAN
   PALENCHAR & SCOTT LLP
5  1899 Wynkoop Street, 8th Floor
   Denver, CO  80202

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR VIOLATION OF SHERMAN ACT AND STATE LAW
CASE NOS.: C08 04548 MHP; C08 04719 MHP

-1-

1  The motion of Plaintiffs and Counter-Complaint Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks") for leave to file a Second Amended Complaint for Declaratory Relief and for Violation of Sherman Act and State Law against the DVD Copy Control Association ("DVD CCA") and Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp., Warner Brothers Entertainment, Inc.; NBC Universal, Inc. and Viacom, Inc., came on regularly for hearing before this Court on _____.

After considering the moving and opposition papers, arguments of counsel, and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the motion is GRANTED.

**IT IS SO ORDERED.**

Dated:

Hon. Marilyn Hall Patel
United States District Judge

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND FOR VIOLATION OF SHERMAN ACT AND STATE LAW
CASE NOS.: C08 04548 MHP; C08 04719 MHP

-2-