| | |
|---|---|
| 1 | JAMES A. DiBOISE, State Bar No. 83296<br>Email: jdiboise@wsgr.com |
| 2 | LEO CUNNINGHAM, State Bar No. 121605<br>Email: lcunningham@wsgr.com |
| 3 | COLLEEN BAL, State Bar No. 167637<br>Email: cbal@wsgr.com |
| 4 | MICHAEL A. BERTA, State Bar No. 194650<br>Email: mberta@wsgr.com |
| 5 | TRACY TOSH LANE, State Bar No. 184666<br>Email: ttosh@wsgr.com |
| 6 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 7 | One Market Street<br>Spear Tower, Suite 3300 |
| 8 | San Francisco, CA 94105 |
| 9 | Attorneys for Plaintiffs |
| 10 | REALNETWORKS, INC. and<br>REALNETWORKS HOME |
| 11 | ENTERTAINMENT, INC. |
| 12 | (additional counsel listed on following page) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**NOTICE OF ERRATA REGARDING EXHIBIT A TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND VIOLATION OF SHERMAN ACT AND STATE LAW**<br><br>**JURY TRIAL DEMANDED** |

NOTICE OF ERRATA REGARDING EXHIBIT A TO
MOTION FOR LEAVE TO FILE SECOND AMENDED
COMPLAINT

| | |
|---|---|
| 1 | DONALD E. SCOTT, (Admitted Pro Hac Vice)<br>Email: donald.scott@bartlit-beck.com |
| 2 | MARK S. OUWELEEN, (Admitted Pro Hac Vice)<br>Email: mark.ouweleen@bartlit-beck.com |
| 3 | KARMA M. GIULIANELLI, State Bar No. 184175<br>Email: karma.giulianelli@bartlit-beck.com |
| 4 | BARTLIT BECK HERMAN<br>PALENCHAR & SCOTT LLP |
| 5 | 1899 Wynkoop Street, 8th Floor<br>Denver, CO  80202 |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

NOTICE OF ERRATA REGARDING EXHIBIT A TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT              -2-

RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. respectfully submit this Notice of Errata in connection with Exhibit A attached to Plaintiffs' Motion for Leave to File Second Amended Complaint for Declaratory Relief and Violation of Sherman Act and State Law ("Motion for Leave"), which was filed on May 13, 2009. [Dkt. No. 324, Attachment #1] Exhibit A to the Motion for Leave, the [Proposed] Second Amended Complaint for Declaratory Relief and Violation of Sherman Act and State Law ("Proposed Second Amended Complaint"), has been corrected on pages 9, 28, 30, 33 and 36 to reflect accurate internal paragraph references. A true and correct copy of the corrected Proposed Second Amended Complaint is attached hereto as Exhibit 1.

Dated: May 14, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:     /s/
        Leo P. Cunningham

Attorneys for Plaintiffs REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.