1  REGINALD D. STEER (SBN 056324)            WILLIAM SLOAN COATS (SBN 94864)
   rsteer@akingump.com                       wcoats@whitecase.com
2  MARIA ELLINIKOS (SBN 235528)              MARK WEINSTEIN (SBN 193043)
   mellinikos@akingump.com                   mweinstein@whitecase.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**    MARK F. LAMBERT (SBN 197410)
   580 California Street, 15th Floor          mlambert@whitecase.com
4  San Francisco, California 94104-1036      **WHITE & CASE LLP**
   Telephone:      (415) 765-9500            3000 El Camino Real
5  Facsimile:      (415) 765-9501            5 Palo Alto Square, 9th Floor
                                             Palo Alto, California 94306
6  EDWARD P. LAZARUS (SBN 212658)            Telephone:      (650) 213-0300
   elazarus@akingump.com                     Facsimile:      (650) 213-8158
7  STEPHEN MICK (SBN 131569)
   smick@akingump.com
8  MICHAEL SMALL (SBN 222768)
   msmall@akingump.com
9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
10 Los Angeles, California 90067-3012
   Telephone:      (310) 229-1000
11 Facsimile:      (310) 229-1001

12 Attorneys for Defendant and Counterclaimant
   DVD COPY CONTROL ASSOCIATION, INC.
13

14                    UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16 REALNETWORKS, INC., a Washington          Case No. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME                 C08 04719 MHP
17 ENTERTAINMENT, INC., a Delaware
   corporation,                              **SECOND AMENDED DVD CCA AND
18                                           STUDIOS' DEPOSITION
                 Plaintiffs,                 DESIGNATIONS; REAL'S COUNTER-
19                                           DESIGNATIONS**
            v.
20                                           Date:         April 24, 2009
   DVD COPY CONTROL ASSOCIATION, INC.,       Time:         9:00 a.m.
21 a Delaware nonprofit corporation, et al.  Dept.:        15 (Hon. Marilyn Hall Patel)

22               Defendants.

23 And Related Counterclaims.

24 _____

25 AND RELATED CASES

26

27

28
   _____
   SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
   REAL'S COUNTER-DESIGNATIONS
   CASE NO. C08 04548 MHP

Dockets.Justia.com

DVD Copy Control Association, Inc. (the "DVD CCA") and Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLP, Universal City Studios LLP, and Viacom, Inc. (collectively, the "Studios") hereby designate the following portions of the deposition testimony of Phillip Barrett, Todd Basche, James Brennan, Jeffrey Buzzard, Jeffrey Chasen, Edward Felten, Nicole Hamilton, and Martin Schwarz for the hearing on the DVD CCA's and the Studios' preliminary injunction motions.  The Studios separately designate the following portions of the deposition testimony of Andrew Parsons.  By agreement of the parties, the DVD CCA and the Studios also include Real's counter-designations[1] and objections.[2]  On May 6, 2009, the DVD CCA and the Studios lodged portions of the depositions and deposition exhibits implicated by the designated testimony with the Court.  *See* Dkt. No. 319. These Second Amended Designations contain additional designations from the deposition of Nicole Hamilton that will be lodged with the Court.

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| **BARRETT, PHILLIP** | 8:9 – 8:10 | | |
| | 17:10 – 18:8 | | |
| | 20:3 – 20:11 | | |
| | 20:22 – 20:25 | | |
| | 21:1 – 21:6 | | |
| | 37:8 – 37:16 | | 35:15 – 36:1 |

[1] This document amends the previous set of designations and counter-designations filed by the DVD CCA and the Studios on April 28, 2009.  *See* Dkt. No. 309.  It includes additional designations from the deposition of Nicole Hamilton, as well as Real's objections to these designations, that were inadvertently omitted from the previous set of designations and counter-designations filed on April 28, 2009.

[2] The DVD CCA and the Studios object to Real's interposing of objections subsequent to the depositions.  Real waived many of these objections by failing to assert them at the deposition.  *See Quiksilver, Inc. v. Kymsta Corp.*, 247 F.R.D. 579, 582 (C.D. Cal. 2007).

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | |
| | 51:1 – 52:4 | | |
| | 52:17 – 52:25 | | |
| | 54:20 – 54:25 | | |
| | 56:11 – 57:21 | | 58:20 – 59: 12 |
| | 61:23<br><br>62:3 – 4 | | 59:13 – 60:3 |
| | 62:5 – 62:13;<br><br>62:16 – 63:1;<br><br>63:3 – 63:8;<br><br>63:19 – 63:22 | | 63:24 – 64:1 |
| | 64:19 – 25 | | |
| | 66:7 – 66:9 | | |
| | 87:17 – 87:22;<br><br>87:25 – 88:1 | | 87:23 – 87:24 |
| | 88:2 – 88:5; 88:15 – 17 | | |
| | 91:7 – 92:18 | | 89:10 – 89:12;<br><br>90:12 – 90:21;<br><br>92:19 – 92:23;<br><br>93 :22 – 93 :24;<br><br>94:3 – 94:7;<br><br>94:15 – 94:17 |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 96:10 – 96:13 | | 96:21 – 96:25; 97:3 – 97:13 |
| | 102:13 – 102:14; 102:20 | Calls for a legal conclusion | 101:22 –103:7; 102:15 – 109:19 |
| | 110:9 – 110:22 | | |
| | 110:25 – 112:13 | | |
| | 121:18 – 121:23; 122:7 - 122:10 | | 121:3 – 121:17; 121:4 – 121:12 |
| | 124:13 – 124:25; 125:2; 125:6 – 125:10; 125:12 – 125:19; 125:21 | | |
| | 125:22 – 126:23 | | 126:24 – 127:16 |
| | 128:3 – 128:12; 128:19 – 128:25 | | 129:5 – 129:9 |
| | 133:1 – 133:16 | | |
| | 153:19 – 153:23 | | |
| | 158:18 – 158:21; 159:15 – 159:21; 160:1 – 160:4; 161:8 – 161:15; | | 159:22 – 158:25; 160:4 – 160:7; 162:3 – 162:4 |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 161:25 – 162:2; <br> 162:5 – 162:19 | | |
| | 163:3; <br> 163:11 – 164:9 | | 163:5 – 163:10; <br> 164:10 – 165:7 |
| | 168:12 – 168:16; <br> 168:24 – 168:25; <br> 169:3 – 169:18; | | 168:17 – 168:23 |
| | 171:8 – 171:16; <br> 171:19 – 171:23 | | |
| | 172:3 – 173:8 | | |
| | 174:2 – 174:11; <br> 174:14 – 174:16; <br> 174:18 – 174:21; <br> 174:24: – 175:6; <br> 175:9 – 175:15; <br> 175:17 | | |
| | 182:24; <br> 184:12 – 185:1 | | 185:2 – 185:4; <br> 189:2 – 189:22 |
| | 190:13 – 15; <br> 190:19 – 191:1; <br> 191:7 – 191:9 | | |

4

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 191:12 – 191:21 | | |
| | 207:13 – 207:25 | | 209:3 – 209:8 |
| | 212:8 – 212:23; 213:1 – 214:1; | | 214:2 – 214:5 |
| | 214:15 – 214:19 | | |
| | 214:20 – 214:21; 214:23 215:1 – 215:3 | | |
| | 215:4 – 215:16 | | |
| | 260:13 260:15 – 260:16 | | |
| | 260:22 – 260:25; 261:5 – 261:7 261:8 – 261:23 | | |
| | 265:13 – 267:6; 267:7 – 267:11 | | 267:12 – 267:16; 267:24 |
| | 270:22 – 270:24; 271:12 – 272:5 | | 270:25 – 271:1; 271:4 – 271:8 |
| | 274:19 – 274:25 | | 273:18 – 274:3 |

5

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 275:3 – 275:4; 275:7 – 275:9 | | |
| | Deposition Exhibits 1, 3, 5, 27, 29, 49, 103, 200 | | |
| **BASCHE, TODD** | 8:1 – 5 | | |
| | 20:24 – 21:17 | | |
| | 39:24 – 40:11 | | 40:12-20 |
| | 40:21 – 41:17 | | 41:22 – 42:14; 43:14 43:23; 56:5-56:23 |
| | 43:24 – 44:17; 44:22 – 45:5; 45:8 – 45:10; 45:13 – 45:15 | | 44:18 – 44:21; 46: 11 – 46:13; |
| | 85:18 – 86:6; 86:25 – 87:3 | | 86:15 – 86:24; 86:14 – 86:17 |
| | 172:11 – 172:18 | | 172:22 – 173:2 |
| | 176:19 – 177:1 | | |
| | 181:4 – 183:6 | | 184:11 – 184:14 |
| | 190:25 – 191:20 | | |

6

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 193:2 – 193:5 | | |
| | 195:10 – 195:23 | | 195 :24 – 196:8 |
| | 199:22 – 201:7 | | 201:8 – 201:16; 202:3 – 202:7 |
| | 205:22 – 206:17 | | 197:15 – 198:11 |
| | 257:6 – 257:24 | | |
| | Deposition Exhibit 547 | | |
| BRENNAN, JAMES | 7:15 – 7:16 | | 7:17 – 7:21 |
| | 33:11 – 33:17 | | 32:15 – 33:5 |
| | 36:4 – 36:11 | | 12:4 – 13:6; 14:7 – 14:25; 35:13– 35:15; 35:24 – 36:3 |
| | 36:17 – 36:19  36:22 – 36:24 | Lacks Personal Knowledge (602) | 36:20 – 36:21; 36:25 – 37:2 |
| | 37:3 – 37:14 | | |
| | 51:11 – 51:20 | | 53:20 – 54:6 |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | |
| | 53:5 – 53:11 | | 53:20 – 54:6 |
| | 58:6 – 58:12 | | |
| | 63:20 – 63:22 | | 63:23– 64:11; 65:19 – 65:22; 66:12 –67:18 |
| | 64:12 – 65:5 | | 63:23 – 64:11; 65:19 – 65:22; 66:12 –67:18 |
| | 65:23-66:11 | | 65:19 –65:22; 66:12 – 67:18 |
| | 102:9 – 102:11 | | 102:12 – 102: 17 |
| | 103:11 – 103:19 | | |
| | 113:2 113:5 – 113:24 114:1 – 114:6 114:8 – 114:25 | Lacks Personal Knowledge (602) | |
| | 115:19 – 116:5 | | 115:1 – 115:4; 116:6 – 117:3 |
| | 120:7 – 120:8 120:11 – 121:9 121:12 121:14 – 121:21 | | 121:24 – 121 :25 |
| | 124:8 – 124:12 124:23 – 125:1 | | 125:20; 125:25 – 127:15 |

8

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 125:2 – 125:19 | | |
| | 161:18 – 161:20 | | 161:21 – 162:15; 165:12 – 166:2; 178:6 – 178:10 |
| | 194:2 – 194:5 | | 181:20 – 183:20 |
| | 195:18 – 196:4 | | 194:19 – 195:9 |
| | 197:5 – 197:14 | Improper Opinion (701) | |
| | 197:22 – 198:11 | Improper Opinion (701) | 198:12 – 199:10 |
| | 200:4 – 200:7 | | |
| | 204:9 – 204:13 | | |
| | 204:14 – 204:20 | | 204:21 – 205:2 |
| | 205:3 – 205:8 205:11 – 206:18 | | |
| | 206:19 – 206:22 | | |
| | 206:23 – 207:12 | | 207:13 – 208:9 |
| | 208:10 – 208:21 | Foundation | 208:25 – 209:1 |
| | 208:22 – 24 + 209:2 | Foundation | 208:25 – 209:1 |

9

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | |
| | 209:13 – 210:15 | | 210:16 – 212:2; 214:11 – 215:25 |
| | 212:3 – 212:5 212:7 – 212:17 214:5 – 214:8; 214:10 | | 210:16 – 212:2; 214:11 – 215:25 |
| | 230:23 – 230:25 | | 231:1 – 13; 231:24 – 232:9 |
| | 232:20 – 232:24 | | 231:1 – 13; 231:24 – 232:9 |
| | 232:25 – 233:2 | | |
| | 233:11 – 233:12 233:15 – 233:18 | | |
| | 234:6 – 234:17 | | |
| | 235:18 – 236:3 | | 234:18 – 235:17 |
| | 244:9 244:14 – 244:22 | | |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 244:23 – 245:6 | | 245:7 – 19 |
| | 250:18 – 251:23 | | 251:24 – 252: 1 |
| | 252:3 – 252:6<br><br>252:8 – 252:11<br><br>252:14 – 252:18 | | 252:19 – 20; 252:24 – 252:25 |
| | 262:10 – 262:17,<br>262:21 – 262:25<br><br>263:4 – 263:5 | | |
| | 263:7 – 263:11<br><br>263:14 – 263:24 | Lacks Personal Knowledge (602); Calls for speculation | 262: 12 – 262: 13 |
| | 264:2 – 264:6<br><br>264:9 – 264:11<br><br>264:14 – 264:21<br><br>264:22 – 265:13 | | |
| | 266:11 – 267:10 | | |
| | 268:3 – 268:8<br><br>268:11 – 268:24 | Foundation; Assumes Facts; Argumentative; Compound | 267:11 – 267:13; 268:1 – 268:2; 268:9 – 268:10; 268:25 – 269:15 |
| | 269:16 – 269:21 | | 268:25 – 269: 15 |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 274:8 – 274:11 | Vague; Compound; Relevance (402) | 274:12 – 274:14 |
| | 274:15 – 274:16 | | |
| | 274:17 – 274:19 | Compound; Relevance (402) | 274:20 |
| | 274:21 – 274:25 | | |
| | 275:1 | Vague; Ambiguous | 275:2 – 275:3 |
| | 275:4 – 275:5 | Vague; Ambiguous | 275:2 – 275:3 |
| | 275:7 – 275:25 | | 276: 1 – 276: 13 |
| | 291:2 – 292:24 | | 289: 1 – 289: 16;<br><br>290: 11 – 290: 17 |
| | Deposition Exhibit 102, 534, 539 | | |
| BUZZARD, JEFFREY | 8:10 – 8:12 | | |
| | 18:1 – 18:7 | | |
| | 20:1– 20:8 | | |
| | 24:2 – 24:6 | | |
| | 35:3 – 35:21 | | |
| | 57:15 – 58:21 | | |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 60:10 – 61:4 | | |
| | 72:2 – 76:21 | | |
| | 126:17 – 127:8 | | |
| | 128:5 – 128:15 | | |
| | 135:1 – 135:5 | | |
| | 147:15 – 148:7 | | |
| | 148:10 – 148:14 | | |
| | 158:14 – 159:4 | | |
| | 159:5 – 159:8 | | |
| | 160:2 – 161:1 | | |
| | 162:24 – 163:4; 163:12 – 164:2 | | |
| | 171:3 – 171:24 | | |
| | 175:20 – 176:25 | | |
| | 187:19 – 187:23 | | |
| | 191:16 – 192:2; 195:22 – 196:6 | | |
| | 197:14 – 199:2 | | |
| | 222:7 – 13 | | |
| | 223:20 – 25 | | |
| | 224:5 – 19 | | |
| | 224:21 – 225:10 | | |

13

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 226:2 – 226:22 | | |
| | 227:9 – 227:12 | | |
| | 228:3 – 229:1 | | |
| | 234:16 – 236:10 | | |
| | 237:4 – 237:18 | | |
| | 239:21 – 240:7 | | |
| | 240:16 – 241:18 | | |
| | 247:16 – 249:3 | | |
| | Deposition Exhibit 9, 51, 505 | | |
| | | | General:  18:8 – 19:10; 23:4  24:1; 24:7 – 30:24; 29:13 – 30:24; 35:22 – 37:11; 58:22  59:5; 73:9 – 73:23; 76:22 – 77:8; 77:9 – 12; 78:14 – 18; 79:6 – 79:21; 86:22 – 87:9; 127:9 – 128:4; 138:4 – 139:17; 140:21 – 142:6; 142:18 – 143:17; 148:15 – 149:13; 159:9 – 160:1; 164:3 –16; 177:1 – 11; 187:24 – 191:15; 192:3 – 7; 195:22 – 197:24; 221:8 – 222:6; |

14

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | 222:23 –223:19; 224:1 – 4; 225:11 – 226:1; 227:9 – 228:2; 227:13 – 229:11; 236:11 – 25; 237:19 – 239:20; 241: 19 – 242: 18; 249:4 – 21 |
| CHASEN, JEFFREY | 8:16 – 17 | | |
| | 34:22 – 35:1 | | |
| | 35:16 – 35:24 | | |
| | 53:2 – 53:6; 53:9 – 53:13 | | |
| | 63:23 –63:25; 64:1-64:6; 64:10-64:15 | | |
| | 64:18-64:20; 65:4-65:11 | | |
| | 66:7 – 66:9; 66:12 – 66:14; 66:17 –67:2 | | |
| | 68:9 – 68:25 | | |
| | 99:19 – 99:24 | | |
| | 100:2 – 100:3; 100:6 – 100:7 | | |
| | 100:8, 100:11 | | |
| | 100:14 – 100:17; 100:22 – 101:9 | | |
| | 106:15 – 107:17 | | |
| | 129:12 – 129:18 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
|  | 156:12 – 156:24; 157:2 – 157:15 |  |  |
|  | 157:24 – 158:6 |  |  |
|  | 161:14 – 162:21 |  |  |
|  | 164:9 – 164:11; 164:14 – 164:18; 164:22 – 165:1; 165:5 – 165:9; 165:10 – 165:22; 165:25 – 166:1 |  |  |
|  | 166:6 – 166:8; 166:11 – 166:17; 166:20, 167:7 – 167:17 |  |  |
|  | 168:3 – 168:6; 168:8; 168:9 –168:17 |  |  |
|  | 171:12 – 171:14; 171:18 – 171:20 |  |  |
|  | 171:23 – 171:25; 172:4 – 172:8 |  |  |
|  | 172:12 – 172:16; 172:19 – 172:21 |  |  |
|  | 173:1 – 173:8 |  |  |
|  | 175:24 – 176:2 |  |  |
|  | 179:9 – 179:20 |  |  |
|  | 180:14 – 181:8; 181:13 – 181:24 |  |  |
|  | 183:8 – 183:18 |  |  |
|  | 184:6 – 185:7 |  |  |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 185:19 – 185:24 | | |
| | 188:7 – 191:1 | | |
| | 191:8 – 191:9; 191:12 – 191:16; 191:24 – 192:16; | | |
| | 192:24 – 193:2; 193:14 – 193:18 | | |
| | 197:19 – 197:23; 198:1 – 198:9 | | |
| | 200:15 – 200:23; 201:3 – 201:4 | | |
| | 201:16 – 201:18; 201:22 – 202:5; 202:9 – 202:15 | | |
| | 207:15 – 207:22; 208:12 – 208:15; 208:18 – 208:21 | | |
| | 209:12 – 209:20; 210:15 – 210:18; 210:22 | | |
| | 211:13 – 211:22; 214:13 – 215:9 | | |
| | 216:13 – 216:24; 217:3, 217:6 – 217:10; 217:23 – 218:12 | | |
| | 236:7 – 236:10; 237:23 – 238:7 | | |
| | 238:13 – 238:15; 238:19 – 238:22; | | |
| | 261:12 – 262:7 | | |

17

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 268:18 – 268:21; 268:25; 269:1– 269:3; 269:4 – 269:7 | | |
| | 291:3 – 19 | | |
| | 296:19 – 297:11 | | |
| | Deposition Exhibits 50, 74, 76, 143, 505, 514, 516, 518, 519 | | |
| | | | General:  67:3 – 10; 67:25 – 68:8; 103:11-13; 103:19 – 23; 104:15 – 16; 104:20 – 25; 129:19 – 130:2; 140:23 – 142:13; 159:6 – 11; 167:181 – 168:2; 175:8 – 23; 178:18 –21: 179:1 – 4; 179:21 – 180:5; 181:24 – 182:18; 185:8 – 11; 185:15 – 18; 185:25 – 186:11; 191:2 – 7; 198:10 – 199:10; 202:18 – 25; 207:23 –208:11; 209:21 – 210:14; 212:8 – 214:9; 215:15 – 22; 220:10 – 222:17; 238:8 – 12; 292:11 – 17; 293:2 – 11 |
| FELTEN, | 7:23 – 8:11 | | |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| EDWARD | 20:2 – 20:4 | | |
| | 20:5 – 20:9 | | |
| | 35:16 – 36:1 | | |
| | 36:2 – 36:14 | | |
| | 36:15 – 37:4 | | |
| | 37:13 – 37:16; 37:18 | | |
| | 37:20 – 38:8 | | |
| | 39:20 – 40:2; 40:4 | | |
| | 40:23 – 41:12; 41:14 – 42:10; 42:12 - 42:14 | | |
| | 52:3 – 52:5; | | |
| | 52:7 – 52:17 | | 52:18 – 53:19 |
| | 53:21 – 53:22; | | 52:18 – 53:19 |
| | 53:25 54:2 – 54:7 | | |
| | 71:20 – 71:21; 71:24 72:1 | | |

19

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 72:3 – 72:6 | | 72:7 – 72:23 |
| | 72:24 – 72:25;<br>73:2 – 73:3; | | |
| | 75:5 – 75:7;<br>75:11 – 75:14 | | |
| | 75:15 – 75:20 | | 75:21 – 25 |
| | 76:1 – 76:20;<br>76:23 – 76:24 | | |
| | 77:12 – 77:16 | | |
| | 78:3 – 78:5 | | |
| | 78:6 – 78:7;<br>78:10 – 78:13 | | |
| | 78:15 – 78:19; | | |
| | 78:21 – 79:1 | | 79:3 – 79:11 |
| | 79:12 – 79:25 | | 80:1 – 80:20 |
| | 80:21 – 81:6 | | 81:10 – 82:4 |
| | 81:7 – 81:9 | | 81:10 – 82:4 |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | |
| | 85:17 – 85:23 | | 85:24 – 86:3 |
| | 86:11 – 86:13 | | 86:14 – 86:24 |
| | 86:25 – 87:14 | | 86:14 – 86:24 |
| | 94:18 – 95:2; 95:8 – 95:17 | | |
| | 96:10 – 96:13 | | |
| | 96:14 – 96:17 | | |
| | 96:18 – 96:22 | | 96:23 – 97:2· 97:15 – 18 |
| | 120:19 – 120:22; 120:24 – 120:25 | | 116:13 – 116:17; 116:19 – 117:9; 117:12 – 118:2· 118:4 – 118:23· 121 :2 – 121:11 |
| | 135:13 – 136:3 | | |
| | 136:11 – 136:16; 136:18 – 136:20; | | |
| | 136:22 – 136:25 | | 137:1 – 138:3; 138:5 – |

21

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | | 141:9; 145:19 – 147:23 |
| | 141:10 – 141:20 | | 137:1 – 138:3; 138:5 – 141:9; 145:19 – 147:23 |
| | 210:15 – 211:8 | | 210:2 – 210:14 |
| | 219:19 – 220:5 | | 211:9 – 211:15 |
| | 220:6 – 220:12 | | 211:9 – 211:15 |
| | 262:19 – 262:22 | | |
| | 262:23 – 263:4 | | |
| | 265:11 – 12; 265:15 – 265:22 | | 265:24 – 267:2 |
| | 267:3 – 268:2 | | 265:24 – 267:2 |
| HAMILTON, NICOLE | 9:4 – 9:15 | | 13:19 – 13:25 |
| | 14:4 – 14:23 | | |
| | 23:18 – 23:21 | Hearsay (802) | |
| | 24:22 – 24:25 | | |
| | 25:24 – 26:13 | | |
| | 26:14 – 19 | | |

22

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 27:3 – 27:6 | Hearsay (802); A/C Privilege | |
| | 38:5 – 38:10 | | |
| | 39:16 – 39:18; | Relevance (402), Prejudice (403) | |
| | 39:23 – 41:20 | Relevance (402), Prejudice (403), Hearsay (802) | 41:21 – 42:4 |
| | 42:5 – 42:7 | Relevance (402), Prejudice (403) | |
| | 43:4 – 44:16 | Relevance (402) | 44:17 – 45:20 |
| | 64:14 – 65:2; | Lacks personal knowledge (602), Hearsay (802) | |
| | 65:4 – 66:1 | Lacks personal knowledge (602), Hearsay (802), A/C Privilege | |
| | 66:22 – 68:2 | Undisclosed expert testimony (703) | |
| | 70:22 – 71:3 | Lacks personal knowledge (602) | |
| | 73:7 – 73:9; 73:12 | Hearsay (802), Relevance (402) | |
| | 73:24 – 74:3 | Lacks personal knowledge (602), Relevance (402) | |
| | 74:10 – 74:20 | | 74:21 – 75:1 |
| | 75:2 – 77:7 | Lacks personal knowledge (602), | 77:8 – 77:25 |

23

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | | Undisclosed expert testimony (703) | |
| | 78:19 – 78:22 | Lacks personal knowledge (602), Hearsay (802) | |
| | 78:25 – 79:6 | Lacks personal knowledge (602), Hearsay (802) | |
| | 81:9 – 81:14; 81:23 | Lacks personal knowledge (602), Hearsay (802) | |
| | 81:25 – 82:19 | | |
| | 82:21 – 83:7 | Lacks personal knowledge (602), Hearsay (802) | |
| | 89:12 – 89:17 | | |
| | 98:24 – 99:7 | Lacks personal knowledge (602), Hearsay (802), Relevance (402) | |
| | 101:18 – 102:1; 202:24 – 103:14 | Relevance (402), inadmissible lawyer colloquy, A/C privilege | |
| | 139:4 – 139:15 | | 139:16 – 139:20 |
| | 168:13 – 168:21; 168:23 – 169:1; | Lacks personal knowledge (602), Hearsay (802) | |
| | 169:4 – 169:6 | Lawyer colloquy | |
| | 171:6 – 171:20 | Hearsay (802) | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 175:10 – 175:14 | Relevance (402) | |
| | 176:12 – 176:19 | Lacks personal knowledge (602) | 176:1 – 11; 176:20 – 177:1 |
| | 177:2 – 177:10 | Lacks personal knowledge (602) | |
| | 178:24 – 179:20 | A/C Privilege | 178:2 – 178:15 |
| | 181:1 – 181:5; 181:9 – 182:17 | Lacks personal knowledge (602), Hearsay (802) | 181:6 – 8 |
| | 182:19-183:20 | Relevance (402), Undisclosed expert testimony (702, 703), Hearsay | |
| | 185:7 – 20 | | |
| | 191:14 – 192:9 | | |
| | 193:10 – 193:17 | Lawyer colloquy | |
| | 218:19 – 219:1; | | 219:2 |
| | 219:3 – 219:5 | Lacks personal knowledge (602) | |
| | 220:17-220:18 | Undisclosed expert testimony (702, 703), Calls for legal conclusion | |
| | 235:21 – 236:4 | | |
| | 245:1 – 12 | | |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 246:20 – 247:6 | | |
| | 261:4-261:16 | Hearsay (802) | |
| | 267:16-268:11 | | |
| | 278:6-279:5 | | |
| | 287:16-288:23 | Lacks personal knowledge re: what Barrett thought (802), Relevance (402) as to how nice man at CCA is. | |
| | 290:16 – 290:24 | | |
| | 292:14 – 292:20 | | |
| | 298:15 – 299:2 | | |
| | Deposition Exhibit 571 | | |
| | | | General: 62:25 – 63:14; 104:16 – 108:13; 111:2 – 112:4 |
| PARSONS, ANDREW | 8:12 – 8:14 | | |
| | 9:1 – 10:23 | | |
| | 11:7 – 11:16 | | |
| | 12:15 – 13:6 | | |
| | 13:17 – 13:25 | | |
| | 17:14 – 18:7 | | 18:8 – 18:19; 19:8 – 19:9; 19:12 – 19:17 |
| | 21:21 – 22:14 | | |

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 23:7 – 23:15 | | |
| | 32:15 – 32:18 | | 31:17 – 31:21; 32:3 – 32:14; <br><br>32:19; 32:21 – 33:5; 33:6 – <br><br>33:8 |
| | 33:18 – 34:7 | | |
| | 34:15 – 34:18 | | |
| | 34:24 – 35:25 | | |
| | 36:1 – 36:7 | | |
| | 38:20 – 38:21 | | |
| | 40:6 – 40:14 | | |
| | 45:18 – 47:7 | Lacks personal knowledge (602), Hearsay (802) | |
| | 52:5 – 52:21 | | |
| | 53:9 – 54:13 | | |
| | 56:6 – 57:1 | | 59:1 – 16 |
| | 78:20 – 79:2 | | |
| | 79:19 – 80:11 | | 80:12 – 81:9 |
| | 82:8 – 83:3 | | |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 83:4 – 83:23 | | |
| | 85:16 – 85:20 | | 85: 15 – 86:7 |
| | 86:8 – 86:21 | | 134:15 – 135:5 |
| | 88:13 – 88:18 | | |
| | 91:13 – 91:21 | Lacks personal knowledge (602) | |
| | 92:4 – 92:12 | | 92:4 – 92:12 |
| | 95:9 – 95:14 | | |
| | 95:18 – 96:7 | | 96:8 – 96:20; 100:2 – 100:9; 101:3 – 101:10; 101:25 – 102:3 |
| | 102:16 – 103:11 | | 103:13 – 104:25; 107:20 – 107:24 |
| | 140:3 – 141:6 | (140:3-141:1) Lacks personal knowledge (602), Hearsay (802) | 141:3 –141:10 |
| | 180:5 – 181:11 | | |

28

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
|  | 186:19 – 187:3 | Lacks personal knowledge (602), Hearsay (802) | 187:4 – 187:5 |
| SCHWARZ, MARTIN | 7:11 – 7:12 |  |  |
|  | 10:8 – 10:14 |  |  |
|  | 13:23 – 13:25 |  |  |
|  | 22:6 – 22:12 |  |  |
|  | 78:8 – 78:14 |  | 13:12 –13:22; 78:15– 78:22;  80:8 – 80:19 |
|  | 78:23 – 79:6 |  | 79:7 – 80:7 |
|  | 90:3 – 90:10 |  |  |
|  | 125:1 – 125:5 |  |  |
|  | 126:2 – 126:8 |  | 126:9 – 126:11 |
|  | 126:12 – 126:17 |  |  |
|  | 126:18 – 126:24 |  |  |
|  | 126:25 – 127:5 |  | 127:6 – 127:8 |
|  | 145:3 – 145:7 |  |  |
|  | 145:15 – 145:19 |  |  |
|  | 146:14 – 146:19 |  |  |

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS; REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 147:19 – 148:6 | | |
| | 155:3 – 155:5; 155:8 – 155:17 | | |
| | 156:5 – 156:7; 156:10 – 156:17 | | |
| | 172:1 – 172:2 | | |
| | 180:12 – 181:24; 182:6 – 182:11 | | 313:5 – 313:21 |
| | 184:16 – 184:22 | | 314:6 – 314:19 |
| | 185:3 – 186:8 | | 191 :7 – 192:10 |
| | 188:11 – 188:24 | | 314:6 – 314:19 |
| | 188:25 – 189:2 | | 191:7 – 192:10 |
| | 267:5; 267:10 – 268:14 | | 268:15 – 269:15 |
| | 270:3 – 270:11 | | 270:12 – 271 :7 |
| | 271:12 – 271:17; 271:20 | | |
| | 287:4; | | 287:24 – 288:5 |

30

| DEPONENT | DVD CCA/STUDIOS DESIGNATIONS | REAL OBJECTIONS | REAL COUNTER-DESIGNATIONS |
|---|---|---|---|
| | 287:10 – 287:23 | | |
| | Deposition Exhibits 527, 556, 560 | | |

Dated: May 15, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____/s/_____
　　　　　　　　　　Maria Ellinikos
Attorneys for Defendant and Counterclaimant
DVD Copy Control Association, Inc.

SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS;
REAL'S COUNTER-DESIGNATIONS
CASE NO. C08 04548 MHP