1  GLENN D. POMERANTZ (SBN 112503)   ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com            rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)      ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com              ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)        MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP         Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSION OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW SUBMITTED BY MOTION PICTURE STUDIO PLAINTIFFS** |
| vs. | |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| Defendants. | Date:    April 24, 2009<br>Time:    9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| Plaintiffs, | |
| vs. | |
| REALNETWORKS, INC., et al. | |
| Defendants. | |

7817974.1                         - 1 -                    [PROPOSED] ORDER GRANTING
                                                           APPLICATION TO SEAL
                                                           CASE NO. C 08-4548-MHP

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the highly-confidential version of the following document be filed under seal:

(1) [Proposed] Findings of Fact and Conclusions of Law Submitted by Motion Picture Studio Plaintiffs.

It is so ORDERED.

Dated: _____

The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP


By: _/s/   Jonathan H. Blavin_
   JONATHAN H. BLAVIN

   Attorneys for Motion Picture Studio
   Plaintiffs/Declaratory Relief Claim Defendants