| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al<br><br>                    Defendants. | CASE NO. C 08-4548-MHP<br><br>**PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>                    Plaintiffs,<br><br>    vs.<br><br>REALNETWORKS, INC., et al.<br><br>                    Defendants. | CASE NO. C 08-4719-MHP |

7818365.1

PROOF OF SERVICE
CASE NO. C 08-4548-MHP

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO:

I, the undersigned, declare that I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, California 94105.

On May 15, 2009, I served upon the interested party(ies) in this action the foregoing document(s) described as:

**[PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW SUBMITTED BY MOTION PICTURE STUDIO PLAINTIFFS**

☐ By placing ☐ the original(s) ☐ a true and correct copy(ies) thereof, as set out below, in an addressed, sealed envelope(s) clearly labeled to identify the person(s) being served at the address(es) set forth on the attached service list.

☐ **BY MAIL (AS INDICATED ON THE ATTACHED SERVICE LIST)** I caused such envelope(s) to be placed in interoffice mail for collection and deposit in the United States Postal Service at 560 Mission Street, 27th Floor, San Francisco, California, on that same date, following ordinary business practices. I am familiar with Munger, Tolles & Olson LLP's practice for collection and processing correspondence for mailing with the United States Postal Service; in the ordinary course of business, correspondence placed in interoffice mail is deposited with the United States Postal Service with first class postage thereon fully prepaid on the same day it is placed for collection and mailing.

☒ **BY ELECTRONIC MAIL (AS INDICATED ON ATTACHED SERVICE LIST)** By sending a copy of said document by electronic mail for instantaneous transmittal.

☐ **(STATE)** I declare under penalty of perjury that the foregoing is true and correct.

☒ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 15, 2009 at San Francisco, California

_____
Steven Uhrig

7818365.1

- 1 -

PROOF OF SERVICE
CASE NO. C 08-4548-MHP

## SERVICE LIST

James A. DiBoise (jdiboise@wsgr.com)
Leo Cunningham (lcunningham@wsgr.com)
Colleen Bal (cbal@wsgr.com)
Michael A. Berta (mberta@wsgr.com)
Tracy Tosh Lane (ttosh@wsgr.com)
Wilson Sonsini Goodrich & Rosati PC
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000; Fax: (415) 947-2099

Reginald D. Steer (rsteer@akingump.com)
Maria Ellinikos (mellinikos@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
580 California, 15th Floor
San Francisco, California 94104-1036
Tel: (415) 765-9500; Fax: (415) 765-9501

Edward P. Lazarus (elazarus@akingump.com)
Stephen Mick (smick@akingump.com)
Michael Small (msmall@akingump.com)
Akin Gump Strauss Hauer & Feld LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Tel: (310) 229-1000; Fax: (310) 229-1001

William Sloan Coats (wcoats@whitecase.com)
Mark Weinstein (mweinstein@whitecase.com)
Mark F. Lambert (mlambert@whitecase.com)
White & Case LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Tel: (650) 213-0300; Fax: (650) 213-8158

**Courtesy Copy**
Robert H. Rotstein (rxr@msk.com)
Eric J. German (ejg@msk.com)
Mitchell, Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100