| | | |
|---|---|---|
| 1 | REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com |
| 2 | MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com | MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com |
| 3 | **AKIN GUMP STRAUSS HAUER & FELD LLP** | MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com |
| 4 | 580 California, 15th Floor<br>San Francisco, California 94104-1036 | **WHITE & CASE LLP** |
| | Telephone:     (415) 765-9500 | 3000 El Camino Real |
| 5 | Facsimile:     (415) 765-9501 | 5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306 |
| 6 | EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com | Telephone:     (650) 213-0300<br>Facsimile:     (650) 213-8158 |
| 7 | STEPHEN MICK (SBN 131569)<br>smick@akingump.com | |
| 8 | MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com | |
| 9 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400 | |
| 10 | Los Angeles, California 90067-3012<br>Telephone:     (310) 229-1000 | |
| 11 | Facsimile:     (310) 229-1001 | |
| 12 | Attorneys for Defendant and Counterclaimant<br>DVD COPY CONTROL ASSOCIATION, INC. | |
| 13 | | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 16 | REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case No. C08 04548 MHP;<br>          C08 04719 MHP |
| 18 | | **APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL HIGHLY CONFIDENTIAL VERSION OF PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |
| 19 | Plaintiffs, | |
| | v. | |
| 20 | | Lodged concurrently herewith: |
| 21 | DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al. | 1) [Proposed] Order Granting Application |
| 22 | Defendants. | 2) Document Requested To Be Filed Under Seal |
| 23 | And Related Counterclaims. | |
| 25 | AND RELATED CASES | |

APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

Pursuant to Civil Local Rule 7-11 and 79-5, DVD Copy Control Association, Inc. ("DVD CCA") respectfully applies for an order sealing the Highly Confidential Version of its Proposed Findings of Fact and Conclusions of Law.

A "compelling reason" exists to seal this document. *See Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003). The confidential material at issue divulges aspects of DVD CCA's proprietary business, technical, and trade secret information regarding its Content Scramble System ("CSS") technology. Additionally, the confidential material also divulges aspects of Real's proprietary business, technical and trade secret information regarding RealDVD and its new platform. This material has been designated by Real as "confidential" or "highly confidential" pursuant to the protective order governing this litigation, and is thus being manually filed under seal.

This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure. *Kamakana*, 447 F.3d at 1178. DVD CCA has filed with the Court an identical public redacted version of its Proposed Findings of Fact and Conclusions of Law.

For these reasons, the Court should grant the Application to Seal.

Dated: May 15, 2009                    Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____/s/_____

Reginald D. Steer
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

APPLICATION TO SEAL
CASE NO. C08 04548 MHP

1