REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California, 15th Floor
San Francisco, California 94104-1036
Telephone:     (415) 765-9500
Facsimile:     (415) 765-9501

EDWARD P. LAZARUS (SBN 212658)
elazarus@akingump.com
STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:     (310) 229-1000
Facsimile:     (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:     (650) 213-0300
Facsimile:     (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>       v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>                    Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>            C08 04719 MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL HIGHLY CONFIDENTIAL VERSION OF ITS PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C08 04548 MHP; C08 04719 MHP

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

Based on DVD Copy Control Association, Inc.'s Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the Highly Confidential Version of Proposed Findings of Fact and Conclusions of Law of Defendant and Counter Claimant DVD Copy Control Association, Inc. be filed under seal.

IT IS SO ORDERED.

The Honorable Marilyn H. Patel
United States District Court