JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL THE REDACTED VERSION OF REALNETWORKS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW** |

ADMINISTRATIVE MOT. FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

**ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

Pursuant to Civil Local Rules 7-11 and 79-5(c), RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "RealNetworks") respectfully request an order to file under seal the following document: The unredacted version of RealNetworks' Proposed Findings of Fact and Conclusions of Law.

A "compelling reason" exists to seal this document. *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that aside from grand jury transcripts and warrant materials, "[a] party seeking to seal a judicial record. . .bears the burden of overcoming the 'compelling reasons' standard"). Trade secrets and other confidential research, development, or commercial information may properly be protected by the court. *See* Fed.R.Civ.P. 26(c).

Here, the redacted portions of the document under seal contain propriety business, technical and trade secret information belonging to RealNetworks (relating to the RealDVD Products) and to the DVD CCA (relating to the Content Scramble System). Additionally, much of the material to be redacted has been designated "confidential" or "highly confidential" under the stipulated protective order governing this action, or reflects testimony given during portions of the preliminary injunction hearing when the courtroom was sealed by this Court's order.

RealNetworks has made conscientious efforts to redact and seal only the confidential or highly confidential material necessary to protect the sensitive business, technical or personal information of the parties to this action. Thus, this Administrative Motion to Seal is narrowly tailored to preserve the public's interest in accessing judicial records. *Kamakana*, 447 F.3d at 1178. A redacted version of RealNetworks' Proposed Findings of Fact and Conclusions of Law has been publicly filed with the Court. Therefore, the Court should grant this administrative motion.

1  As required by Civil Local Rule 79-5(c), RealNetworks has filed a redacted
2  version of the document to be filed under seal that will be in the public record if the Court grants
3  the sealing order.

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/
      Leo Cunningham

Attorneys for Plaintiffs and Counterclaim Defendants REAL NETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.