1 | JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
2 | LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
3 | COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
4 | MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
5 | TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
6 | WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
7 | One Market Street
Spear Tower, Suite 3300
8 | San Francisco, CA 94105

9 | Attorneys for Plaintiffs and
Counterclaim Defendants
10 | REALNETWORKS, INC. and
REALNETWORKS HOME
11 | ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL THE REDACTED VERSION OF REALNETWORKS' PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW |

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS. 08-cv-04548 MHP
08-cv-04179 MHP

**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING UNDER SEAL**

After full consideration and good cause appearing, IT IS HEREBY ORDERED that the Administrative Motion for Filing Under Seal, which was filed on May 15, 2009, is GRANTED.

IT IS FURTHER ORDERED that the unredacted version of RealNetworks' Proposed Findings of Fact and Conclusions of Law, lodged with the Court pursuant to Civil Local Rule 79-5(c), shall be filed under seal.

It is so ORDERED.

5/19/2009

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

Submitted by:

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

JAMES DIBOISE
LEO CUNNINGHAM
COLLEEN BAL
MICHAEL BERTA
TRACY TOSH LANE

By: ____/s/_____
    Michael Berta
    mberta@wsgr.com

Attorneys for Plaintiffs and Counterclaim Defendants
REALNETWORKS, INC. AND
REALNETWORKS HOME
   ENTERTAINMENT, INC.

[PROPOSED] ORDER GRANTING ADMINISTRATIVE
MOTION FOR FILING UNDER SEAL
CASE NOS.  08-CV-04548 MHP; 08-CV-04179
MHP.

1