| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 |

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>                Plaintiffs,<br><br>        vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>                Defendants. | CASE NO. C 08-4548-MHP<br><br>**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSION OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW SUBMITTED BY MOTION PICTURE STUDIO PLAINTIFFS**<br><br>Date:    April 24, 2009<br>Time:    9:00 a.m.<br>Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>                Plaintiffs,<br><br>        vs.<br><br>REALNETWORKS, INC., et al.<br><br>                Defendants. | CASE NO. C 08-4719-MHP |

7817974.1                                      - 1 -                            [PROPOSED] ORDER GRANTING
                                                                                APPLICATION TO SEAL
                                                                                CASE NO. C 08-4548-MHP

# [PROPOSED] ORDER GRANTING APPLICATION TO SEAL

Based on the Studios' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the highly-confidential version of the following document be filed under seal:

(1) [Proposed] Findings of Fact and Conclusions of Law Submitted by Motion Picture Studio Plaintiffs.

It is so ORDERED.

Dated: 5/19/2009

IT IS SO ORDERED

Judge Marilyn H. Patel

Submitted by:

MUNGER, TOLLES & OLSON LLP


By: /s/ Jonathan H. Blavin
    JONATHAN H. BLAVIN

    Attorneys for Motion Picture Studio
    Plaintiffs/Declaratory Relief Claim Defendants