| | |
|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503) |
| | Glenn.Pomerantz@mto.com |
| 2 | BART H. WILLIAMS (SBN 134009) |
| | Bart.Williams@mto.com |
| 3 | KELLY M. KLAUS (SBN 161091) |
| | Kelly.Klaus@mto.com |
| 4 | MUNGER, TOLLES & OLSON LLP |
| | 355 South Grand Avenue, 35th Floor |
| 5 | Los Angeles, CA 90071-1560 |
| | Tel: (213) 683-9100; Fax: (213) 687-3702 |

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | **DVD CCA AND STUDIOS' NOTICE OF LODGING OF HEARING AND DEPOSITION DESIGNATION EXHIBITS** |
| vs. | |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | Date: April 24, 2009 |
| | Time: 9:00 a.m. |
| Defendants. | Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| Plaintiffs, | |
| vs. | |
| REALNETWORKS, INC., et al. | |
| Defendants. | |

DVD CCA/STUDIOS' NOTICE OF LODGING OF
HEARING AND DEPOSITION DESIGNATION
EXS.; CASE NOS. C 08-4548-MHP/08-4719-MHP

The DVD Copy Control Association (the "DVD CCA") and Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLP, Universal City Studios LLP, and Viacom, Inc. (collectively, the "Studios") hereby give notice that they are lodging today with the Court exhibits introduced at the hearing on the preliminary injunction motions and attached to the parties' deposition designations and counter-designations.

DATED: May 20, 2009

By: */s/ Jonathan H. Blavin*
    Jonathan H. Blavin

MUNGER, TOLLES & OLSON LLP

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants