Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al
Doc. 345
Case3:08-cv-04548-MHP   Document345   Filed05/20/09   Page1 of 2

1 | GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com

2 | BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com

3 | KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com

4 | MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor

5 | Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

6 |

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

7 | GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org

8 | DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org

9 | 15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102

10 | Tel: (818) 995-6600; Fax: (818) 285-4403

11 | Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

12 |

13 |

14 | UNITED STATES DISTRICT COURT

15 | NORTHERN DISTRICT OF CALIFORNIA

16 | REALNETWORKS, INC., et al.,

CASE NO. C 08-4548-MHP

17 | Plaintiffs,

**PROOF OF SERVICE BY PERSONAL DELIVERY**

18 | vs.

19 | DVD COPY CONTROL ASSOCIATION, INC., et al.

20 |

21 | Defendants.

22 |

23 | UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,

CASE NO. C 08-4719-MHP

24 | Plaintiffs,

25 | vs.

26 | REALNETWORKS, INC., et al.

27 | Defendants.

28 |

7845551.1

PROOF OF SERVICE BY PERSONAL
DELIVERY
CASE NOS. C 08-4548-MHP/08-4719-MHP

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I, Steven Uhrig, declare:

    1.    I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

    2.    On May 20, 2009, I served a true copy of the DVD CCA and Studios' Hearing and Deposition Designation Exhibits (Volume 1 and 2) by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and causing Wheels of Justice to deliver the envelope(s) by hand to the offices of the addressee(s).

| | |
|---|---|
| Tracy Tosh Lane<br>Wilson Sonsini Goodrich & Rosati PC<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Tel: (415) 947-2000; Fax: (415) 947-2099 | Reginald D. Steer<br>Akin Gump Strauss Hauer &Feld LLP<br>580 California, 15th Floor<br>San Francisco, CA 94104-1036<br>Tel: (415) 765-9500; Fax: (415) 765-9501 |

I then received confirmation by telephone that the package was delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 20, 2009, at San Francisco, California.

_____
Steven Uhrig