1  REGINALD D. STEER (SBN 056324)           WILLIAM SLOAN COATS (SBN 94864)
   rsteer@akingump.com                      wcoats@whitecase.com
2  MARIA ELLINIKOS (SBN 235528)             MARK WEINSTEIN (SBN 193043)
   mellinikos@akingump.com                  mweinstein@whitecase.com
3  **AKIN GUMP STRAUSS HAUER & FELD LLP**   MARK F. LAMBERT (SBN 197410)
   580 California Street, 15th Floor         mlambert@whitecase.com
4  San Francisco, California 94104-1036     **WHITE & CASE LLP**
   Telephone:      (415) 765-9500           3000 El Camino Real
5  Facsimile:      (415) 765-9501           5 Palo Alto Square, 9th Floor
                                            Palo Alto, California 94306
6  EDWARD P. LAZARUS (SBN 212658)           Telephone:      (650) 213-0300
   elazarus@akingump.com                    Facsimile:      (650) 213-8158
7  STEPHEN MICK (SBN 131569)
   smick@akingump.com
8  MICHAEL SMALL (SBN 222768)
   msmall@akingump.com
9  **AKIN GUMP STRAUSS HAUER & FELD LLP**
   2029 Century Park East, Suite 2400
10 Los Angeles, California 90067-3012
   Telephone:      (310) 229-1000
11 Facsimile:      (310) 229-1001

12 Attorneys for Defendant and Counterclaimant
   DVD COPY CONTROL ASSOCIATION, INC.
13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16 REALNETWORKS, INC., a Washington         Case No. C08 04548 MHP;
   Corporation; and REALNETWORKS HOME              C08 04719 MHP
17 ENTERTAINMENT, INC., a Delaware
   corporation,                             **STIPULATED FINDINGS OF FACT AND**
18                                          **CONCLUSIONS OF LAW OF DVD COPY**
                    Plaintiffs,             **CONTROL ASSOCIATION, INC.,**
19                                          **STUDIO PLAINTIFFS AND**
        v.                                  **REALNETWORKS, INC.**
20
   DVD COPY CONTROL ASSOCIATION, INC.,      Date:       May 21, 2009
21 a Delaware nonprofit corporation, et al.    Time:       9:30 a.m.
                                            Dept.:      15 (Hon. Marilyn Hall Patel)
22                  Defendants.

23 And Related Counterclaims.

24 _____

25 AND RELATED CASES

26

27

28

STIPULATED FINDINGS OF FACT AND CONCLUSIONS OF LAW
CASE NO. C08 04548 MHP

Dockets.Justia.com

1   Defendant and Counterclaimant DVD Copy Control Association, Inc. ("DVD CCA"), Plaintiffs

2   and Declaratory Relief Defendants Columbia Pictures Industries, Inc., Disney Enterprises, Inc.,

3   Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth

4   Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc.,

5   Universal City Studios Productions LLP, Universal City Studios LLP, and Viacom, Inc. (collectively,

6   the "Studios"), and Declaratory Relief Plaintiff and Counterclaim Defendant RealNetworks, Inc.

7   ("Real") stipulate to the following proposed findings of fact and conclusions of law:

8   DVD CCA and the Studios stipulate to paragraph 8 of Real's proposed findings of fact and

9   paragraph 26 of Real's proposed conclusions of law.  The Studios further stipulate to paragraphs 98,

10   101, 102, 103, 106, 109, 137, 138 and 140 of Real's proposed findings of fact.[1]

11   Real stipulates to paragraphs 3, 4 and 45 of DVD CCA's proposed findings of fact and

12   paragraphs 17, 34 and 161 of the Studios proposed findings of fact.

13

14   Dated: May 20, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP

15                                          WHITE & CASE LLP

16

17                                          By _____/s/_____

18                                             Maria Ellinikos
                                             Attorneys for Defendant and Counterclaimant
19                                             DVD Copy Control Association, Inc.

20

21

22

23

24

25

26

27       [1] DVD CCA and the Studios notified Real that they were prepared to stipulate to additional proposed findings of
     fact and/or conclusions of law submitted by Real if Real agreed to minor edits to such findings and requested that the
28   parties meet and confer.  Real's counsel failed to respond to DVD CCA's and the Studios' request to meet and confer about
     such findings.

1    Dated: May 20, 2009                    MUNGER TOLLES & OLSON, LLP

2

3                                           By _____ /s/ Jonathan Blavin _____
                                                        Jonathan Blavin
4                                           Attorneys for Plaintiffs and Declaratory Relief
                                            Defendants Columbia Pictures Industries, Inc., Disney
5                                           Enterprises, Inc., Paramount Pictures Corp., Sony
                                            Pictures Entertainment, Inc., Sony Pictures Television
6                                           Inc., Twentieth Century Fox Film Corp., NBC
                                            Universal, Inc., Walt Disney Pictures, Warner Bros.
7                                           Entertainment, Inc., Universal City Studios
                                            Productions LLP, Universal City Studios LLP, and
8                                           Viacom, Inc.

9    Dated: May 20, 2009                    WILSON SONSINI GOODRICH & ROSATI
                                            Professional Corporation
10

11                                          By _____ /s/ Christopher Nelson _____
                                                        Christopher Nelson
12                                          Attorneys for Declaratory Relief Plaintiff and
                                            Counterclaim Defendant RealNetworks, Inc.
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                            2

1        I, Maria Ellinikos, am the ECF User whose identification and password are being used to file the STIPULATED FINDINGS OF FACT AND CONCLUSIONS OF LAW. In compliance with

2    General Order 45.X.B., I hereby attest that Jonathan Blavin and Christopher Nelson have concurred in this filing.

3

    Dated: May 20, 2009                AKIN GUMP STRAUSS HAUER & FELD LLP

4

                                WHITE & CASE LLP

5

6

7                                      By _____ /s/ _____
                                            Maria Ellinikos

8                                          Attorneys for Defendant and Counterclaimant
                                      DVD Copy Control Association, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATED FINDINGS OF FACT AND CONCLUSIONS OF LAW
CASE NO. C08 04548 MHP