# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: May 21, 2009

Case No.   C 08-4548  MHP                Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf:  Don Scott,  Michael Berta, Robert Kimball, Colleen Bal, Leo Cunningham,
                  Mark Ouweleen
            Dft: Rohjit Singla, Reginald Steer, Bart Williams, Stephen Mick, Kelly Klaus,
                 Robert Rotstein, Mark Lambert

Deputy Clerk:  Anthony Bowser   Court Reporter: Katherine Sullivan, Belle Ball

## PROCEEDINGS

1)  Closing Arguments  re Preliminary Injunction Motions

2)

## ORDERED AFTER HEARING:

09:47   Court resumes; Closing arguments by attorney Williams;

09:56   Closing arguments by attorney Singla;

10:30   Further Closing arguments by attorney Williams;

11:03   Closing arguments by attorney Steer;

11:37   Morning Recess;

12:00   Closing arguments by attorney Scott;

01:46   Subject of witness Biddle discussed;
        Lunch recess;

02:45   Court resumes; Rebuttal argument by attorney Williams;

03:00   Rebuttal argument by attorney Singla;

03:12   Rebuttal arguments by attorney Mick;
        Matter deemed submitted; Outstanding issues discussed and submitted;

03:30   Court recessed.