REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:      (415) 765-9500
Facsimile:       (415) 765-9501

EDWARD P. LAZARUS (SBN 212658)
elazarus@akingump.com
STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:      (310) 229-1000
Facsimile:       (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:      (650) 213-0300
Facsimile:       (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>                    Plaintiffs,<br><br>        v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>                    Defendants.<br><br>And Related Counterclaims.<br><br>AND RELATED CASES | Case No. C08 04548 MHP;<br>        C08 04719 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR STUDIO PLAINTIFFS TO RESPOND TO THE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OF REALNETWORKS, INC. AND FOR DVD COPY CONTROL ASSOCIATION, INC. TO ANSWER THE COUNTERCLAIMS OF REALNETWORKS, INC.** |

STIPULATION TO EXTEND TIME TO RESPOND TO REAL'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT AND TO ANSWER REAL'S COUNTERCLAIMS
CASE NO. C08 04548 MHP

WHEREAS, Plaintiffs Paramount Pictures Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions LLP, Universal City Studios LLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc., Walt Disney Pictures, Sony Pictures Television Inc., Sony Pictures Entertainment Inc. and Columbia Pictures Industries, Inc. (collectively, "Studios") commenced an action in the United States District Court for the Central District of California on September 30, 2008, against RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Real"), alleging that Real's manufacture and distribution of RealDVD violates the DMCA and is a breach of contract, and seeking a temporary restraining order against Real under the DMCA;

WHEREAS, Real commenced an action in the United States District Court for the Northern District of California on September 30, 2008, against the DVD Copy Control Association, Inc. ("DVD CCA") and several of the Studios and their affiliates, seeking a declaratory judgment that Real's manufacture and distribution of RealDVD does not violate the DMCA or constitute a breach of contract;

WHEREAS, the District Court in the Central District of California entered an order transferring the Studios' complaint to the Northern District of California, and the Studios who are Plaintiffs to the DMCA claim renewed their motion for a temporary restraining order and counterclaimed against Real on October 3, 2008;

WHEREAS, DVD CCA filed an answer to Real's complaint on October 21, 2008;

WHEREAS, the Studios' deadline to answer Real's complaint was October 21, 2008;

WHEREAS, Real's deadline to answer the Studios' counterclaims was October 23, 2008;

WHEREAS, Real and the Studios stipulated to extend their respective times for responding to Real's complaint and the Studios' counterclaims to October 31, 2008;

WHEREAS, Real filed an answer to the Studios' counterclaims on October 31, 2008;

WHEREAS, the Studios filed an answer to Real's complaint on October 31, 2008;

WHEREAS, DVD CCA filed an amended answer and counterclaims for breach of contract and breach of the implied covenant of good faith and fair dealing on November 10, 2008;

1     WHEREAS, this Court deemed Real's Amended Complaint for Declaratory Relief filed on
2 December 22, 2008;
3     WHEREAS, DVD CCA filed its Answer and Counterclaims to Real's Amended Complaint for
4 Declaratory Relief on January 12, 2009;
5     WHEREAS, the Studios filed their Answer and Counterclaims to Real's Amended Complaint
6 for Declaratory Relief on January 12, 2009;
7     WHEREAS, Real filed its Motion to Dismiss DVD CCA's Second Counterclaim on January
8 16, 2009;
9     WHEREAS, Real withdrew its Motion to Dismiss DVD CCA's Second Counterclaim on March
10 20, 2009;
11     WHEREAS, Real's answer to DVD CCA's January 12, 2009 counterclaims was due on or
12 before March 30, 2009;
13     WHEREAS, DVD CCA and Real agreed and stipulated to extend the time for Real to answer
14 DVD CCA's counterclaims from March 30, 2009 to and including May 13, 2009;
15     WHEREAS, Real filed its Answer and Counterclaims to DVD CCA's counterclaims and its
16 Motion For Leave to File Second Amended Complaint on May 13, 2009;
17     WHEREAS, DVD CCA's response to Real's May 13, 2009 counterclaims is due on June 2,
18 2009;
19     WHEREAS, the Studios' response to Real's motion for leave to file second amended complaint
20 is due on June 1, 2009;
21     WHEREAS, Real by this stipulation is agreeing to move the hearing date for its Motion for
22 Leave to File Second Amended Complaint from June 22, 2009 to July 20, 2009, with a corresponding
23 extension of the dates for the Studios' opposition brief and Real's reply brief on that same motion by
24 four weeks;
25     WHEREAS, previous time modifications in this case include an extension of the Studios'
26 deadline to answer Real's complaint from October 21, 2008 to October 31, 2008, an extension of time
27 for Real to answer the Studios' counterclaims from October 23, 2008 to October 31, 2008 and an
28

1  extension of time for Real to answer DVD CCA's counterclaims from March 30, 2008 to May 13,
2  2009. Further, the hearing of the preliminary injunctions motion was concluded on May 21, 2009;
3      WHEREAS, DVD CCA and/or the Studios reserve their rights to seek further modifications of
4  the time for responding to Real's counterclaims and/or motion to amend, and Real is reserving its right
5  to oppose any additional modification;
6      WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the only effect the
7  requested time modifications herein would have on the schedule for the case would be to move the
8  respective response dates as set forth herein;
9      NOW THEREFORE, the parties, by and through their counsel or record, hereby agree and
10 stipulate to extend the period of time in which DVD CCA may respond to Real's counterclaims to and
11 including July 14, 2009 and to extend the period of time in which the Studios may respond to Real's
12 motion for leave to file second amended complaint to and including June 29, 2009.
13     1.   DVD CCA's response to Real's counterclaims shall be due on or before July 14, 2009
14     2.   The Studios' response to Real's motion for leave to file second amended complaint shall
15 be due on or before June 29, 2009, Real's reply shall be due on or before July 6, 2009, and the motion
16 shall be calendared for hearing on July 20, 2009.

17 Dated: May 29, 2009                AKIN GUMP STRAUSS HAUER & FELD LLP
18                                    WHITE & CASE LLP

20                                    By _____/s/_____
                                         Reginald Steer
21                                    Attorneys for DVD CCA

23 Dated: May 29, 2009                MUNGER TOLLES & OLSON, LLP

25                                    By _____/s/_____
                                         Kelly Klaus
26                                    Attorneys for Studios

3
STIPULATION TO EXTEND TIME TO RESPOND TO REAL'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT AND TO ANSWER REAL'S COUNTERCLAIMS
CASE NO. C08 04548 MHP

| | |
|---|---|
| 1    Dated: May 29, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |

By _____/s/_____
          Colleen Bal

Attorneys for Real

PURSUANT TO STIPULATION, IT IS SO ORDERED,

UNITED STATES DISTRICT COURT JUDGE

By _____
      Hon. Marilyn Hall Patel

4

STIPULATION TO EXTEND TIME TO RESPOND TO REAL'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT AND TO ANSWER REAL'S COUNTERCLAIMS
CASE NO. C08 04548 MHP

I, Maria Ellinikos, am the ECF User whose identification and password are being used to file the STIPULATED FINDINGS OF FACT AND CONCLUSIONS OF LAW. In compliance with General Order 45.X.B., I hereby attest that Kelly Klaus and Colleen Bal have concurred in this filing.

Dated: May 29, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____/s/_____
Maria Ellinikos
Attorneys for DVD CCA

STIPULATION TO EXTEND TIME TO RESPOND TO REAL'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND TO ANSWER REAL'S COUNTERCLAIMS
CASE NO. C08 04548 MHP