1  GLENN D. POMERANTZ (SBN 112503)         ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                 rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)           ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                   ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)             MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                     11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP              Los Angeles, California  90064-1683
   355 South Grand Avenue, 35th Floor      Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA  90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California  91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16 | REALNETWORKS, INC., et al.,            | CASE NO.  C 08-4548-MHP

17 |         Plaintiffs,                     | **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE**

18 |   vs.

19 | DVD COPY CONTROL ASSOCIATION, INC., et al.

20 |         Defendants.

21

22 | UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,   | CASE NO.  C 08-4719-MHP

23

24 |         Plaintiffs,

25 |   vs.

26 | REALNETWORKS, INC., et al.

27 |         Defendants.

28

1    WHEREAS, Defendants/Counterclaim Plaintiffs/Plaintiffs Paramount Pictures
2 Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions
3 LLLP, Universal City Studios LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc.,
4 Walt Disney Pictures, Sony Pictures Television Inc., Sony Pictures Entertainment Inc. and
5 Columbia Pictures Industries, Inc. (collectively, "Studios") filed a Motion for Sanctions for
6 Spoliation of Evidence against RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.
7 (collectively "Real") on February 25, 2009, and Defendants/Counter-Complainants DVD Copy
8 Control Association, Inc. ("DVD CCA") joined in that motion on March 2, 2009.
9    WHEREAS, the Court entered an order on May 5, 2009, granting in part those Motions
10 and granting the Defendants leave to file an application and declaration(s) for monetary sanctions,
11 attorneys' fees and costs (the "Application for Monetary Sanctions") for Real's failure to preserve
12 the notebooks of Ms. Nicole Hamilton;
13    WHEREAS, the Defendants' Application for Monetary Sanctions is due on June 4, 2009;
14    WHERAS, Real by this stipulation is agreeing to move the date of the Application for
15 Monetary Sanctions from June 4, 2009 to June 11, 2009, with a corresponding extension of the
16 date for Real's response (if any) to that request;
17    WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the only effect
18 the requested time modifications herein would have on the schedule for the case would be to
19 move the respective response dates as set forth herein;
20    NOW THEREFORE, the parties, by and through their counsel or record, hereby agree and
21 stipulate to extend the period of time in which the Defendants may file an Application for
22 Monetary Sanctions to and including June 11, 2009 and to extend the period of time in which
23 Real may respond to the Defendants' Application to and including July 13, 2009.

| | | |
|---|---|---|
| 1 | Dated: June 2, 2009 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | | WHITE & CASE LLP |
| 4 | | By _____/s/_____<br>Reginald Steer |
| 5 | | Attorneys for DVD CCA |
| 6 | Dated: June 2, 2009 | MUNGER TOLLES & OLSON, LLP |
| 8 | | By _____/s/_____<br>L. Ashley Aull |
| 9 | | Attorneys for Studios |
| 11 | Dated: June 2, 2009 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 13 | | By _____/s/_____<br>Tracy Tosh Lane |
| 14 | | Attorneys for Real |

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1. The Defendants' Application and Declaration(s) for a Monetary Sanctions shall be due on or before June 11, 2009;

2. Real's Response to the Defendants' Application and Declaration(s) for a Monetary Award shall be due on or before July 13, 2009.

UNITED STATES DISTRICT COURT JUDGE

By _____
Hon. Marilyn Hall Patel

1  I, L. Ashley Aull, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE.  In compliance with General Order 45.X.B., I hereby attest that Reginald Steer and Tracy Tosh Lane have concurred in this filing.

Dated: June 2, 2009            MUNGER TOLLES & OLSON, LLP


By _____/s/_____
                L. Ashley Aull
Attorneys for Studios