1   REGINALD D. STEER (SBN 056324)                WILLIAM SLOAN COATS (SBN 94864)
    rsteer@akingump.com                           wcoats@whitecase.com
2   MARIA ELLINIKOS (SBN 235528)                  MARK WEINSTEIN (SBN 193043)
    mellinikos@akingump.com                       mweinstein@whitecase.com
3   AKIN GUMP STRAUSS HAUER & FELD LLP            MARK F. LAMBERT (SBN 197410)
    580 California Street, 15th Floor             mlambert@whitecase.com
4   San Francisco, California 94104-1036          WHITE & CASE LLP
    Telephone:      (415) 765-9500                3000 El Camino Real
5   Facsimile:      (415) 765-9501                5 Palo Alto Square, 9th Floor
                                                  Palo Alto, California 94306
6   EDWARD P. LAZARUS (SBN 212658)                Telephone:      (650) 213-0300
    elazarus@akingump.com                         Facsimile:      (650) 213-8158
7   STEPHEN MICK (SBN 131569)
    smick@akingump.com
8   MICHAEL SMALL (SBN 222768)
    msmall@akingump.com
9   AKIN GUMP STRAUSS HAUER & FELD LLP
    2029 Century Park East, Suite 2400
10  Los Angeles, California 90067-3012
    Telephone:      (310) 229-1000
11  Facsimile:      (310) 229-1001

12  Attorneys for Defendant and Counterclaimant
    DVD COPY CONTROL ASSOCIATION, INC.
13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16   REALNETWORKS, INC., a Washington          Case No. C08 04548 MHP;
     Corporation; and REALNETWORKS HOME                C08 04719 MHP
17   ENTERTAINMENT, INC., a Delaware
     corporation,                              STIPULATION AND [PROPOSED]
18                                             ORDER EXTENDING TIME FOR
                         Plaintiffs,           STUDIO PLAINTIFFS TO RESPOND TO
19                                             THE MOTION FOR LEAVE TO FILE
           v.                                  SECOND AMENDED COMPLAINT OF
20                                             REALNETWORKS, INC. AND FOR DVD
     DVD COPY CONTROL ASSOCIATION, INC.,       COPY CONTROL ASSOCIATION, INC.
21   a Delaware nonprofit corporation, et al.  TO ANSWER THE COUNTERCLAIMS
                                               OF REALNETWORKS, INC.
22                       Defendants.

23   And Related Counterclaims.

24

25   AND RELATED CASES

26

27

28

Dockets.Justia.com

1   WHEREAS, Plaintiffs Paramount Pictures Corporation, Twentieth Century Fox Film

2   Corporation, Universal City Studios Productions LLP, Universal City Studios LLP, Warner Bros.

3   Entertainment Inc., Disney Enterprises, Inc., Walt Disney Pictures, Sony Pictures Television Inc., Sony

4   Pictures Entertainment Inc. and Columbia Pictures Industries, Inc. (collectively, "Studios")

5   commenced an action in the United States District Court for the Central District of California on

6   September 30, 2008, against RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.

7   (collectively "Real"), alleging that Real's manufacture and distribution of RealDVD violates the

8   DMCA and is a breach of contract, and seeking a temporary restraining order against Real under the

9   DMCA;

10   WHEREAS, Real commenced an action in the United States District Court for the Northern

11   District of California on September 30, 2008, against the DVD Copy Control Association, Inc. ("DVD

12   CCA") and several of the Studios and their affiliates, seeking a declaratory judgment that Real's

13   manufacture and distribution of RealDVD does not violate the DMCA or constitute a breach of

14   contract;

15   WHEREAS, the District Court in the Central District of California entered an order transferring

16   the Studios' complaint to the Northern District of California, and the Studios who are Plaintiffs to the

17   DMCA claim renewed their motion for a temporary restraining order and counterclaimed against Real

18   on October 3, 2008;

19   WHEREAS, DVD CCA filed an answer to Real's complaint on October 21, 2008;

20   WHEREAS, the Studios' deadline to answer Real's complaint was October 21, 2008;

21   WHEREAS, Real's deadline to answer the Studios' counterclaims was October 23, 2008;

22   WHEREAS, Real and the Studios stipulated to extend their respective times for responding to

23   Real's complaint and the Studios' counterclaims to October 31, 2008;

24   WHEREAS, Real filed an answer to the Studios' counterclaims on October 31, 2008;

25   WHEREAS, the Studios filed an answer to Real's complaint on October 31, 2008;

26   WHEREAS, DVD CCA filed an amended answer and counterclaims for breach of contract and

27   breach of the implied covenant of good faith and fair dealing on November 10, 2008;

28

1

1     WHEREAS, this Court deemed Real's Amended Complaint for Declaratory Relief filed on

2 December 22, 2008;

3     WHEREAS, DVD CCA filed its Answer and Counterclaims to Real's Amended Complaint for

4 Declaratory Relief on January 12, 2009;

5     WHEREAS, the Studios filed their Answer and Counterclaims to Real's Amended Complaint

6 for Declaratory Relief on January 12, 2009;

7     WHEREAS, Real filed its Motion to Dismiss DVD CCA's Second Counterclaim on January

8 16, 2009;

9     WHEREAS, Real withdrew its Motion to Dismiss DVD CCA's Second Counterclaim on March

10 20, 2009;

11     WHEREAS, Real's answer to DVD CCA's January 12, 2009 counterclaims was due on or

12 before March 30, 2009;

13     WHEREAS, DVD CCA and Real agreed and stipulated to extend the time for Real to answer

14 DVD CCA's counterclaims from March 30, 2009 to and including May 13, 2009;

15     WHEREAS, Real filed its Answer and Counterclaims to DVD CCA's counterclaims and its

16 Motion For Leave to File Second Amended Complaint on May 13, 2009;

17     WHEREAS, DVD CCA's response to Real's May 13, 2009 counterclaims is due on June 2,

18 2009;

19     WHEREAS, the Studios' response to Real's motion for leave to file second amended complaint

20 is due on June 1, 2009;

21     WHEREAS, Real by this stipulation is agreeing to move the hearing date for its Motion for

22 Leave to File Second Amended Complaint from June 22, 2009 to July 20, 2009, with a corresponding

23 extension of the dates for the Studios' opposition brief and Real's reply brief on that same motion by

24 four weeks;

25     WHEREAS, previous time modifications in this case include an extension of the Studios'

26 deadline to answer Real's complaint from October 21, 2008 to October 31, 2008, an extension of time

27 for Real to answer the Studios' counterclaims from October 23, 2008 to October 31, 2008 and an

28

1 | extension of time for Real to answer DVD CCA's counterclaims from March 30, 2008 to May 13,

2 | 2009. Further, the hearing of the preliminary injunctions motion was concluded on May 21, 2009;

3 | WHEREAS, DVD CCA and/or the Studios reserve their rights to seek further modifications of

4 | the time for responding to Real's counterclaims and/or motion to amend, and Real is reserving its right

5 | to oppose any additional modification;

6 | WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the only effect the

7 | requested time modifications herein would have on the schedule for the case would be to move the

8 | respective response dates as set forth herein;

9 | NOW THEREFORE, the parties, by and through their counsel or record, hereby agree and

10 | stipulate to extend the period of time in which DVD CCA may respond to Real's counterclaims to and

11 | including July 14, 2009 and to extend the period of time in which the Studios may respond to Real's

12 | motion for leave to file second amended complaint to and including June 29, 2009.

13 | 1.      DVD CCA's response to Real's counterclaims shall be due on or before July 14, 2009

14 | 2.      The Studios' response to Real's motion for leave to file second amended complaint shall

15 | be due on or before June 29, 2009, Real's reply shall be due on or before July 6, 2009, and the motion

16 | shall be calendared for hearing on July 20, 2009.

17 | Dated: May 29, 2009                           AKIN GUMP STRAUSS HAUER & FELD LLP

18 |                                               WHITE & CASE LLP

19 |

20 |                                               By _____/s/_____

21 |                                                              Reginald Steer
                                                   Attorneys for DVD CCA

22 |

23 | Dated: May 29, 2009                           MUNGER TOLLES & OLSON, LLP

24 |

25 |                                               By _____/s/_____

26 |                                                              Kelly Klaus
                                                   Attorneys for Studios

27 |

28 |

3

Dated: May 29, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By _____/s/_____
                            Colleen Bal

Attorneys for Real

PURSUANT TO STIPULATION, IT IS SO ORDERED.

6/3/2009                    UNITED STATES DISTRICT COURT JUDGE

By _____

IT IS SO ORDERED

Judge Marilyn H. Patel

STIPULATION TO EXTEND TIME TO RESPOND TO REAL'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT AND TO ANSWER REAL'S COUNTERCLAIMS
CASE NO. C08 04548 MHP

1    I, Maria Ellinikos, am the ECF User whose identification and password are being used to file
the STIPULATED FINDINGS OF FACT AND CONCLUSIONS OF LAW. In compliance with
2    General Order 45.X.B., I hereby attest that Kelly Klaus and Colleen Bal have concurred in this filing.

3    Dated: May 29, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP

4                                           WHITE & CASE LLP

5

6                                           By _____/s/_____
                                                        Maria Ellinikos
7                                           Attorneys for DVD CCA

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME TO RESPOND TO REAL'S MOTION FOR LEAVE TO FILE SECOND
AMENDED COMPLAINT AND TO ANSWER REAL'S COUNTERCLAIMS
CASE NO. C08 04548 MHP