GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>                    Defendants. | CASE NO.  C 08-4548-MHP<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>REALNETWORKS, INC., et al.<br><br>                    Defendants. | CASE NO.  C 08-4719-MHP |

1   WHEREAS, Defendants/Counterclaim Plaintiffs/Plaintiffs Paramount Pictures

2   Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions

3   LLLP, Universal City Studios LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc.,

4   Walt Disney Pictures, Sony Pictures Television Inc., Sony Pictures Entertainment Inc. and

5   Columbia Pictures Industries, Inc. (collectively, "Studios") filed a Motion for Sanctions for

6   Spoliation of Evidence against RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.

7   (collectively "Real") on February 25, 2009, and Defendants/Counter-Complaints DVD Copy

8   Control Association, Inc. ("DVD CCA") joined in that motion on March 2, 2009.

9   WHEREAS, the Court entered an order on May 5, 2009, granting in part those Motions

10  and granting the Defendants leave to file an application and declaration(s) for monetary sanctions,

11  attorneys' fees and costs (the "Application for Monetary Sanctions") for Real's failure to preserve

12  the notebooks of Ms. Nicole Hamilton;

13  WHEREAS, the Defendants' Application for Monetary Sanctions is due on June 4, 2009;

14  WHERAS, Real by this stipulation is agreeing to move the date of the Application for

15  Monetary Sanctions from June 4, 2009 to June 11, 2009, with a corresponding extension of the

16  date for Real's response (if any) to that request;

17  WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the only effect

18  the requested time modifications herein would have on the schedule for the case would be to

19  move the respective response dates as set forth herein;

20  NOW THEREFORE, the parties, by and through their counsel or record, hereby agree and

21  stipulate to extend the period of time in which the Defendants may file an Application for

22  Monetary Sanctions to and including June 11, 2009 and to extend the period of time in which

23  Real may respond to the Defendants' Application to and including July 13, 2009.

24

25

26

27

28

[PROPOSED] ORDER EXTENDING TIME
CASE NO. C 08-4548-MHP

1   Dated: June 2, 2009                AKIN GUMP STRAUSS HAUER & FELD LLP

2                                      WHITE & CASE LLP

3

4                                      By _____/s/_____
                                              Reginald Steer
5                                      Attorneys for DVD CCA

6
    Dated: June 2, 2009                MUNGER TOLLES & OLSON, LLP
7

8                                      By _____/s/_____
                                              L. Ashley Aull
9                                      Attorneys for Studios
10

11  Dated: June 2, 2009                WILSON SONSINI GOODRICH & ROSATI
                                       Professional Corporation
12

13                                     By _____/s/_____
                                              Tracy Tosh Lane
14                                     Attorneys for Real

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED:

17  1.      The Defendants' Application and Declaration(s) for a Monetary Sanctions shall be due on

18  or before June 11, 2009;

19  2.      Real's Response to the Defendants' Application and Declaration(s) for a Monetary Award

20  shall be due on or before July 13, 2009.

21

22          6/3/2009                   UNITED STATES DISTRICT COURT JUDGE

23                                     By _____

24                                     IT IS SO ORDERED

25                                     Judge Marilyn H. Patel

26

27

28

- 3 -                              [PROPOSED] ORDER EXTENDING TIME
7915966.1                              CASE NO. C 08-4548-MHP

1    I, L. Ashley Aull, am the ECF user whose identification and password are being

2  used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR

3  DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR

4  SPOLIATION OF EVIDENCE.  In compliance with General Order 45.X.B., I hereby

5  attest that Reginald Steer and Tracy Tosh Lane have concurred in this filing.

6

7    Dated: June 2, 2009                    MUNGER TOLLES & OLSON, LLP

8

9    By _____/s/_____
                                                L. Ashley Aull

10                                       Attorneys for Studios

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER EXTENDING TIME
                                       CASE NO. C 08-4548-MHP