Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al Doc. 416

| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503) | ROBERT H. ROTSTEIN (SBN 72452) |
| Glenn.Pomerantz@mto.com | rxr@msk.com |
| BART H. WILLIAMS (SBN 134009) | ERIC J. GERMAN (SBN 224557) |
| Bart.Williams@mto.com | ejg@msk.com |
| KELLY M. KLAUS (SBN 161091) | MITCHELL SILBERBERG & KNUPP LLP |
| Kelly.Klaus@mto.com | 11377 West Olympic Boulevard |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90064-1683 |
| 355 South Grand Avenue, 35th Floor | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| Los Angeles, CA 90071-1560 | |
| Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| Plaintiffs, | **JOINT LIST OF EXHIBITS ADMITTED DURING PRELIMINARY INJUNCTION HEARING** |
| vs. | |
| DVD COPY CONTROL ASSOCIATION, INC., et al,. | |
| Defendants. | |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| Plaintiffs, | Filed concurrently herewith: |
| vs. | 1) Joint Application to Seal Exhibits Admitted During Preliminary Injunction Hearing |
| REALNETWORKS, INC., et al. | 2) [Proposed] Order Granting Application |
| Defendants. | |

7924321.1 - 1 - JOINT LIST OF EXHIBITS ADMITTED
 DURING PI HEARING
 CASE NO. C 08-4548-MHP

Dockets.Justia.com

Defendants/Counterclaim Plaintiffs/Plaintiffs Columbia Pictures Industries, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios"), the Defendants/Counterclaim Plaintiffs DVD Copy Control Association, Inc. ("DVD CCA") and Plaintiffs/Counterclaim Defendants/Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") hereby jointly submit the following lists of unsealed and sealed exhibits admitted during the preliminary injunction hearing:

| UNSEALED EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Admitted On | Bates No. |
| 1 | Amended and Restated CSS Interim License Agreement | 4/24/2009 | MPAA-WAR-0008756-89 |
| 7 | Executed CSS License Agreement (Version 1.2), dated August 10, 2007 | 4/24/2009 | REAL001411-44 |
| 47 | Letter dated May 29, 2007 to CPAC Members Attaching CSS Procedural Specification Amendment | 4/29/2009 | DVD019407-13 |
| 48 | Document Entitled "Managed Copy Amendment," dated October 16, 2007 | 4/29/2009 | DVD020703-10 |
| 68 | RealNetworks' Reply Brief in Support of Motion for Preliminary Injunction in the Matter of RealNetworks, Inc. v. Steambox, Inc. dated January 6, 2000 | 4/29/2009 | N/A |
| 76 | Email between Anton Kolomyeystev and Jeffrey Chasen Regarding ARccOS Discs, dated December 11, 2007 (also used in Depo Designation) | 4/28/2009 | REAL077776-82 |
| 82 | Email between Jeffery Chasen and Timothy Graham, et al. Regarding Bad News Regarding Bad Sectors, dated January 16, 2008 | 5/7/2009 | REAL074742-43 |
| 90 | Email between Richard Wolpert, Harold Zeitz and Todd Basche Regarding Sprint 2 - Tasks, dated October 2, 2007 | 5/7/2009 | REAL105169-70 |

| | | | |
|---|---|---|---|
| 109 | Email between Phillip Barrett and James Bielman Regarding Handbrake, dated August 29, 2008 | 5/7/2009 | REAL065350 |
| 225 | Mediaware Publication, "Scrambled by Sony. DADC's New ARccOS is a 'speed bump' to slow down casual consumer copying," Vol. II, No. 5, September/October 2005 edition | 5/7/2009 | N/A |
| 228 | Real Customer Community Page | 5/7/2009 | N/A |
| 229 | Email between Anton Kolomyeystev, Jeffrey Chasen and Artem Berman Regarding ARccOS Discs, dated January 11, 2008 | 4/28/2009 | REAL078033-35 |
| 230 | Source Codes for PSL2 Plug In | 4/28/2009 | N/A |
| 231 | Email between Robert Glaser and Phillip Barrett Regarding Questions About Your Kaleidescape, dated September 12, 2007 | 4/28/2009 | REAL052762 |
| 233 | Email from Phillip Barrett to himself Regarding Facet Topics, dated August 22, 2007 | 4/28/2009 | REAL056606 |
| 234 | RealDVD Features Web Site, printed on April 27, 2009 | 4/28/2009 | N/A |
| 235 | Home Digital Media Articles regarding Content Protection Technology for Consumer Electronics, http://www.manifest-tech.com/ccprods/contentprotect.html, printed on April 28, 2009 | 5/7/2009 | N/A |
| 239 | RealNetwork Reply Comments, United States Library of Congress Copyright Office, dated March 31, 2000, Docket No. RM 99-7 | 4/29/2009 | N/A |
| 240 | Content Protection System Architecture, dated February 17, 2000 | 5/7/2009 | N/A |
| 241 | Screen Shot of RealDVD Home Page, printed on April 28, 2009 | 4/29/2009 | N/A |
| 253 | Netflix.com Help Center Web Page, printed from http://www.Netflix.com (Originally Ex. 4 in Coburn Depo.) | Designation - Coburn | N/A |
| 254 | Class Action Complaint in the Matter of August vs. Sony Pictures Home Entertainment, dated June 18, 2007 (Originally Ex. 5 in Coburn Depo.) | Designation - Coburn | N/A |

| | | | | |
|---|---|---|---|---|
| 1 2 3 | 256 | Letter from John Hoy to DVD CCA Participating Members Regarding Biennial Meeting of Members and Voting of Directors, dated March 7, 2008 (Originally Ex. 2 in Parsons Depo.) | Designation - Parsons | REAL099928-32 |
| 4 | 257 | Letter to CPAC Members Attaching CSS Procedural Specification Amendment, dated May 29, 2007 (Originally Ex. 4 in Parsons Depo.) | Designation - Parsons | DVD 010087-91 |
| 5 6 7 | 258 | Letter from Michael Malcolm to DVD CCA Members Regarding Proposed Specification Amendment, dated June 15, 2004 (Originally Ex. 6 in Parsons Depo.) | Designation - Parsons | DVD 010079-86 |
| 8 9 | 259 | Email between Melody Johnson and DVD CCA Members Regarding CPAC Meeting Notice, dated October 17, 2007 (Originally Ex. 9 in Parsons Depo.) | Designation - Parsons | DVD020698-710 |
| 10 11 12 | 260 | Letter dated November 1, 2007 from Michael Malcolm to DVD CCA Members Regarding Meeting of the Content Protection Advisory Council (Originally Ex. 10 in Parsons Depo.) | Designation - Parsons | DVD 010064-71 |
| 13 14 | 262 | RealNetworks Amended Notice of Deposition of Sony Pictures dated February 10, 2009 (Originally Ex. 1 in Singer Depo.) | Designation - Singer | N/A |
| 15 16 | 263 | Klein Supplemental Declaration in Opposition to Defendants' Application for Temporary Restraining Order and Order to Show Cause, dated October 6, 2008 (Originally Ex. 2 in Singer Depo.) | Designation - Singer | N/A |
| 17 18 19 | 266 | Email between Melody Johnson and DVD CCA Services Regarding DVDCCA June 2007 CPAC Meeting Notice, dated May 30, 2007 (Originally Ex. 5 in Parsons Depo.) | Designation - Parsons | DVD019390-413 |
| 20 | 267 | Questions and Answers Document (Originally Ex. 6 in Pak Depo.) | Designation - Pak | N/A |
| 21 22 | 505 | CSS Procedural Specifications, Version 2.9, Effective January 24, 2007(also used in Depo Designation) | 4/29/2009 | REAL001348-1410 |
| 23 24 | 539 | Email between James Bielman and codling-team@real.com Regarding Discs with Read Errors, dated August 28, 2008 | 5/7/2009 | REAL061890 |
| 25 26 | 623 | Presentation Slides Entitled: "Content Protection/Digital Rights Management," by Douglas Dixon, dated November 2006 | 5/7/2009 | N/A |
| 27 | 653A | "Computer Security," Matt Bishop, page 13 | 4/29/2009 | N/A |
| 28 | 653B | "Computer Security," Matt Bishop, page 347 | 4/29/2009 | N/A |

| Exh. | Description | Admitted On | Bates No. |
|---|---|---|---|
| A | RealDVD Frequently Asked Questions, printed from http://www.realdvd.com/faqs on April 26, 2009 | 4/28/2009 | N/A |
| B | Seattle Times Article Entitled: "RealNetworks Releasing DVD Copying Software," author Rachel Metz, dated September 8, 2008 | 4/28/2009 | N/A |
| C | DisneyFile: Disney DVD Digital Copies, printed from http://disney.go./disneyvideos/disneyfiie/textonly.html on April 26, 2008 | 4/28/2009 | N/A |
| F | Presentation Slides Used During Dixon Direct and Admitted as a Demonstrative | 5/7/2009 | N/A |

| SEALED EXHIBITS | | | |
|---|---|---|---|
| Exh. No. | Description | Admitted On | Bates No. |
| 2 | DVD CCA Slide Presentation for Kelly Direct Examination and Admitted as Demonstrative (Originally admitted as DVD CCA 1) | 4/24/2009 | N/A |
| 3 | Real Presentation Slides Entitled "REALDVD What, How, Why" | 4/29/2008 | REAL106519-43 |
| 4 | Universal Test Notes for the "Fast and the Furious: Tokyo Drift," dated November 8, 2006 | Designation - Hollar | MVSN 0003401-10 |
| 5 | Real Presentation Slides Entitled "Digital Home Entertainment - A market in flux and a huge opportunity," dated April 2007 | 4/28/2009 | REAL051130-66 |
| 9 | Introductory Note to the DVD Copy Protection System, dated February 2000 | Designation - Buzzard | REAL003008-14 |
| 27 | Email between Phillip Barrett and John Moore Regarding While I'm Out Next Week, dated July 30, 2007 | Designation - Barrett | REAL098684-85 |
| 29 | Presentation Slides Entitled: "Buffalo Presentation" | Designation - Barrett | REAL004742-60 |
| 49 | Email between Phillip Barrett, James Brennan and Nicole Hamilton Regarding Sharp and LGE and Rick, dated May 30, 2008 | Designation - Barrett | REAL099396-98 |

| | | | | |
|---|---|---|---|---|
| 1 2 | 51 | Presentation Slides Entitled: Vegas - Technical Review - Saving and playback of saved DVDs," dated November 11, 2008 | 4/29/2009 | REAL001230-34 |
| 3 4 | 102 | Email from James Brennan to Himself Regarding and Attaching Facet WBS.zip, dated January 7, 2008 | Designation - Brennan | REAL065557-62 |
| 5 | 103 | Document Entitled: "Items in Flight for Phil" | Designation - Barrett | REAL058140 |
| 6 7 | 146 | Presentation Slides Entitled "RealNetworks - Vegas" for Presentation, dated May 29-30, 2008 | 4/28/2009 | REAL030125-37 |
| 8 9 | 200 | Handwritten Notes | Designation - Barrett | REAL135584-89 |
| 10 11 | 232 | Presentation Slides Entitled: "RealDVD," dated September 2008 | 4/28/2009 | REAL064050-103 |
| 12 13 | 248 | Email between Richard Wolpert, Phillip Barrett and Harold Zeitz Regarding Kaleidescape Lawsuit, dated January 29, 2007 (Originally Ex. 1 in Barrett Depo.) | Designation - Barrett | REAL105086 |
| 14 15 16 17 | 249 | Email between Mark Hollar, Eric Rodli and Alan Regarding RipGuard Questions and attaching spreadsheet of Top 100 Titles and Forms of Copy Protection, dated June 25, 2008 (Originally Ex. 1 in Hollar Depo.) | Designation - Hollar | MVSN 0005982-92 |
| 18 19 | 251 | RealNetworks' Second Amended Notice of Deposition of Warner Bros., dated February 11, 2009 (Originally Ex. 1 in Gewecke Depo.) | Designation - Gewecke | N/A |
| 20 21 22 | 252 | Letter between Simone Collins and Maggie Heim attaching ARccOS Settlement Document, dated June 13, 2008 (Originally Ex. 3 in Coburn Depo.) | Designation - Coburn | MPAA-SONY-0003991-4000 |
| 23 24 25 | 255 | Email between Jennifer Tan and Mike Eisenberg, et al. Regarding Arccos, dated November 26, 2007 (Originally Ex. 7 in Coburn Depo.) | Designation - Coburn | MPAA-SONY-0004073-74 |

26
27
28

| | | | | |
|---|---|---|---|---|
| 1 2 3 4 | 261 | Email dated March 19, 2008 between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 14 in Parsons Depo.) | Designation - Parsons | MPAA-DIS-0001565-1611 |
| 5 6 | 264 | DVD CCA Responses to RealNetworks' Interrogatories, Set One, dated December 11, 2008 (Originally Ex. 1 in Pak Depo.) | Designation - Pak | N/A |
| 7 8 | 265 | Email between Rod Djukich and Nicole Hamilton Regarding Procedure & Fees to Join DVD CCA, dated June 19, 2007 (Originally Ex. 4 in Pak Depo.) | Designation - Pak | REAL042558-61 |
| 9 10 11 12 | 268 | Email between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 7 in Pak Depo.) | Designation - Pak | MPAA-DIS-0001565-1611 |
| 13 14 | 269 | Email between Rod Djukich and Nicole Hamilton Regarding New Master Key, dated April 25, 2008 (Originally Ex. 9 in Pak Depo.) | Designation - Pak | REAL042700-02 |
| 15 16 17 | 270 | Email between Jeff Miller and Richard Atkinson, et al. Regarding Copy Protection, dated September 12, 2006 (Originally Ex. 3 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002219-20 |
| 18 19 20 | 271 | Email between Carol Flaherty and Christopher Lin, et al. Regarding and Attaching Ripguard Test Results, dated August 29, 2005 (Originally Ex. 11 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002175-80 |
| 21 22 | 527 | Email between Mark Schwarz and Jeff Albertson, et al. Regarding Japan Trip Report, dated June 26, 2008 | Designation - Schwarz | REAL048221-23 |
| 23 | 530 | Facet Wiki, dated December 10, 2008 | 5/7/2009 | REAL137312-7580 |
| 24 | 534 | Presentation Slides Entitled: "RealDVD," dated September 2008 | Designation - Brennan | REAL057595-7648 |
| 25 26 | 539 | Email between James Bielman and codling-team@real.com Regarding Discs with Read Errors, dated August 28, 2008 | Designation - Brennan | REAL061890 |

| | | | | |
|---|---|---|---|---|
| 1<br>2<br>3 | 547 | Email between Harold Zeltz and Elizabeth Coppinger, et al. Regarding Richard's Brian Storm = = Next Major Revenue Stream for Real, dated September 14, 2007 | Designation - Basche | REAL079441-42 |
| 4<br>5 | 556 | Email between Brent Wood, Martin Schwarz, Phillip Barrett, Jeff Albertson and Richard Wolpert Regarding Samsung is interested!, dated May 30, 2008 | Designation - Schwarz | REAL048575-76 |
| 6<br>7 | 557 | Email between Phillip Barrett and Mark Schwarz, et al. Regarding Sharp and LGE and Rick, dated May 29, 2008 | 4/29/2009 | REAL064873-75 |
| 8<br>9<br>10 | 560 | Email between Brent Wood, Phillip Barrett and James Brennan Regarding Set Up of Weekly Meeting and Additional Technical Questions, dated August 12, 2008 | Designation - Schwarz | REAL048269-70 |
| 11 | 571 | Nicole Hamilton Resume | Designation - Hamilton | REAL099329-31 |
| 12<br>13<br>14 | 583 | Email between Todd Basche, Jeffrey Chasen and Harold Zeitz Regarding and Attaching Vegas Project PRD Lite.doc, dated October 5, 2007 | Designation - Basche | REAL119673-80 |
| 15<br>16<br>17 | 599 | Email between Jeffrey Chasen and Rob Glaser attaching Presentation Slides Regarding MSS Format Meeting, dated November 1, 2007 | 4/28/2009 | REAL119426-40 |
| 18<br>19 | 602 | Email between Phillip Barrett and Robert Glaser, et al. Regarding Tivo Meeting Recap, dated December 11, 2007 | 4/29/2009 | REAL081768-76 |
| 20<br>21 | 652 | Email between Karl Lillievold, James Bielman, Dave Watson, and James Brennan Re DVD Walk, dated November 4, 2008 | Stipulated | REAL151276 |
| 22 | 658 | Exhibit C to the Expert Report of Mark Hollar, dated February 20, 2009 | Designation - Hollar | N/A |
| 23<br>24 | 50A | Excerpt of RealDVD Specifications, Modified on June 16, 2008 (also used in Depo Designation) | 4/28/2009 | REAL000541-654 |
| 25<br>26 | D | Presentation Slides Used During Bishop Direct and Admitted as a Demonstrative | 4/29/2009 | N/A |

27
28

JOINT LIST OF EXHIBITS ADMITTED
DURING PI HEARING
CASE NO. C 08-4548-MHP

| E | Email between Lewis Ostrover and Brad Collar Regarding Macrovision 2009 Budget, dated December 11, 2008 | 5/7/2009 | MPAA-WAR-0010954 |
|---|---|---|---|

DATED: June 3, 2009                               MUNGER, TOLLES & OLSON LLP


                                                  By:        /s/
                                                       L. ASHLEY AULL

                                                  Attorneys for Studio Defendants/Counterclaim-
                                                  Plaintiffs/Plaintiffs

DATED: June 4, 2009                               AKIN GUMP STRAUSS HAUER & FELD LLP


                                                  By:        /s/
                                                       REGINALD STEER

                                                  Attorneys for Defendants/Counterclaim
                                                  Plaintiffs DVD Copy Control Association, Inc.

DATED: June 4, 2009                               WILSON SONSINI GOODRICH & ROSATI LLP


                                                  By:        /s/
                                                       TRACY TOSH LANE

                                                  Attorneys for Plaintiffs/Counterclaim
                                                  Defendants RealNetworks, Inc. and
                                                  RealNetworks Home Entertainment, Inc.

1  I, L. Ashley Aull, am the ECF user whose identification and password are being
2  used to file the JOINT LIST OF EXHIBITS ADMITTED AT THE PRELIMINARY
3  INJUNCTION HEARING. In compliance with General Order 45.X.B., I hereby attest
4  that Reginald Steer and Tracy Tosh Lane have concurred in this filing.

Dated: June 4, 2009                    MUNGER TOLLES & OLSON, LLP


By _____/s/_____
   L. Ashley Aull
Attorneys for Studios

- 10 -
7924321.1

JOINT LIST OF EXHIBITS ADMITTED
DURING PI HEARING
CASE NO. C 08-4548-MHP