1  GLENN D. POMERANTZ (SBN 112503)        ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)          ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                  ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)            MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                    11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP             Los Angeles, California  90064-1683
   355 South Grand Avenue, 35th Floor     Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA  90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California  91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16 REALNETWORKS, INC., et al.,              CASE NO.  C 08-4548-MHP

17            Plaintiffs,                   **[PROPOSED] ORDER GRANTING
                                            APPLICATION TO SEAL EXHIBITS
18       vs.                                ADMITTED DURING PRELIMINARY
                                            INJUNCTION HEARING**
19 DVD COPY CONTROL ASSOCIATION,
   INC., et al.                             Lodged concurrently herewith:
20                                          1) Joint Application to Seal Exhibits Admitted
              Defendants.                   During Preliminary Injunction Hearing
21                                          2) Joint List of Exhibits Admitted During
                                            Preliminary Injunction Hearing
22
   UNIVERSAL CITY STUDIOS                   CASE NO.  C 08-4719-MHP
23 PRODUCTIONS LLLP, et al.,

24            Plaintiffs,

25       vs.

26 REALNETWORKS, INC., et al.

27            Defendants.

28

- 1 -
7873191.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

Dockets.Justia.com

**[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

Based on the parties' joint application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following exhibits be filed under seal:

| Exh. No. | Description | Admitted On | Bates No. |
|---|---|---|---|
| 2 | DVD CCA Slide Presentation for Kelly Direct Examination and Admitted as Demonstrative (Originally admitted as DVD CCA 1) | 4/24/2009 | N/A |
| 3 | Real Presentation Slides Entitled "REALDVD What, How, Why" | 4/29/2008 | REAL106519-43 |
| 4 | Universal Test Notes for the "Fast and the Furious: Tokyo Drift," dated November 8, 2006 | Designation - Hollar | MVSN 0003401-10 |
| 5 | Real Presentation Slides Entitled "Digital Home Entertainment - A market in flux and a huge opportunity," dated April 2007 | 4/28/2009 | REAL051130-66 |
| 9 | Introductory Note to the DVD Copy Protection System, dated February 2000 | Designation - Buzzard | REAL003008-14 |
| 27 | Email between Phillip Barrett and John Moore Regarding While I'm Out Next Week, dated July 30, 2007 | Designation - Barrett | REAL098684-85 |
| 29 | Presentation Slides Entitled: "Buffalo Presentation" | Designation - Barrett | REAL004742-60 |
| 49 | Email between Phillip Barrett, James Brennan and Nicole Hamilton Regarding Sharp and LGE and Rick, dated May 30, 2008 | Designation - Barrett | REAL099396-98 |
| 51 | Presentation Slides Entitled: Vegas - Technical Review - Saving and playback of saved DVDs," dated November 11, 2008 | 4/29/2009 | REAL001230-34 |
| 102 | Email from James Brennan to Himself Regarding and Attaching Facet WBS.zip, dated January 7, 2008 | Designation - Brennan | REAL065557-62 |
| 103 | Document Entitled: "Items in Flight for Phil" | Designation - Barrett | REAL058140 |
| 146 | Presentation Slides Entitled "RealNetworks - Vegas" for Presentation, dated May 29-30, 2008 | 4/28/2009 | REAL030125-37 |

- 2 -
7873191.1
[PROPOSED] ORDER GRANTING APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| | | | | |
|---|---|---|---|---|
| 200 | Handwritten Notes | | Designation - Barrett | REAL135584-89 |
| 232 | Presentation Slides Entitled: "RealDVD," dated September 2008 | | 4/28/2009 | REAL064050-103 |
| 248 | Email between Richard Wolpert, Phillip Barrett and Harold Zeitz Regarding Kaleidescape Lawsuit, dated January 29, 2007 (Originally Ex. 1 in Barrett Depo.) | | Designation - Barrett | REAL105086 |
| 249 | Email between Mark Hollar, Eric Rodli and Alan Regarding RipGuard Questions and attaching spreadsheet of Top 100 Titles and Forms of Copy Protection, dated June 25, 2008 (Originally Ex. 1 in Hollar Depo.) | | Designation - Hollar | MVSN 0005982-92 |
| 251 | RealNetworks' Second Amended Notice of Deposition of Warner Bros., dated February 11, 2009 (Originally Ex. 1 in Gewecke Depo.) | | Designation - Gewecke | N/A |
| 252 | Letter between Simone Collins and Maggie Heim attaching ARccOS Settlement Document, dated June 13, 2008 (Originally Ex. 3 in Coburn Depo.) | | Designation - Coburn | MPAA-SONY-0003991-4000 |
| 255 | Email between Jennifer Tan and Mike Eisenberg, et al. Regarding Arccos, dated November 26, 2007 (Originally Ex. 7 in Coburn Depo.) | | Designation - Coburn | MPAA-SONY-0004073-74 |
| 261 | Email dated March 19, 2008 between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 14 in Parsons Depo.) | | Designation - Parsons | MPAA-DIS-0001565-1611 |
| 264 | DVD CCA Responses to RealNetworks' Interrogatories, Set One, dated December 11, 2008 (Originally Ex. 1 in Pak Depo.) | | Designation - Pak | N/A |
| 265 | Email between Rod Djukich and Nicole Hamilton Regarding Procedure & Fees to Join DVD CCA, dated June 19, 2007 (Originally Ex. 4 in Pak Depo.) | | Designation - Pak | REAL042558-61 |

| | | | |
|---|---|---|---|
| 268 | Email between Dan Robbins and Stacey Byrnes, et al. Regarding and Attaching DVD CCA Presentation to Staff of the Federal Trade Commission, dated March 19, 2008 (Originally Ex. 7 in Pak Depo.) | Designation - Pak | MPAA-DIS-0001565-1611 |
| 269 | Email between Rod Djukich and Nicole Hamilton Regarding New Master Key, dated April 25, 2008 (Originally Ex. 9 in Pak Depo.) | Designation - Pak | REAL042700-02 |
| 270 | Email between Jeff Miller and Richard Atkinson, et al. Regarding Copy Protection, dated September 12, 2006 (Originally Ex. 3 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002219-20 |
| 271 | Email between Carol Flaherty and Christopher Lin, et al. Regarding and Attaching Ripguard Test Results, dated August 29, 2005 (Originally Ex. 11 in Miller Depo.) | Designation - Miller | MPAA-DIS-0002175-80 |
| 527 | Email between Mark Schwarz and Jeff Albertson, et al. Regarding Japan Trip Report, dated June 26, 2008 | Designation - Schwarz | REAL048221-23 |
| 530 | Facet Wiki, dated December 10, 2008 | 5/7/2009 | REAL137312-7580 |
| 534 | Presentation Slides Entitled: "RealDVD," dated September 2008 | Designation - Brennan | REAL057595-7648 |
| 539 | Email between James Bielman and codling-team@real.com Regarding Discs with Read Errors, dated August 28, 2008 | Designation - Brennan | REAL061890 |
| 547 | Email between Harold Zeltz and Elizabeth Coppinger, et al. Regarding Richard's Brian Storm = = Next Major Revenue Stream for Real, dated September 14, 2007 | Designation - Basche | REAL079441-42 |
| 556 | Email between Brent Wood, Martin Schwarz, Phillip Barrett, Jeff Albertson and Richard Wolpert Regarding Samsung is interested!, dated May 30, 2008 | Designation - Schwarz | REAL048575-76 |
| 557 | Email between Phillip Barrett and Mark Schwarz, et al. Regarding Sharp and LGE and Rick, dated May 29, 2008 | 4/29/2009 | REAL064873-75 |

| | | | |
|---|---|---|---|
| 560 | Email between Brent Wood, Phillip Barrett and James Brennan Regarding Set Up of Weekly Meeting and Additional Technical Questions, dated August 12, 2008 | Designation - Schwarz | REAL048269-70 |
| 571 | Nicole Hamilton Resume | Designation - Hamilton | REAL099329-31 |
| 583 | Email between Todd Basche, Jeffrey Chasen and Harold Zeitz Regarding and Attaching Vegas Project PRD Lite.doc, dated October 5, 2007 | Designation - Basche | REAL119673-80 |
| 599 | Email between Jeffrey Chasen and Rob Glaser attaching Presentation Slides Regarding MSS Format Meeting, dated November 1, 2007 | 4/28/2009 | REAL119426-40 |
| 602 | Email between Phillip Barrett and Robert Glaser, et al. Regarding Tivo Meeting Recap, dated December 11, 2007 | 4/29/2009 | REAL081768-76 |
| 652 | Email between Karl Lillievold, James Bielman, Dave Watson, and James Brennan Re DVD Walk, dated November 4, 2008 | Stipulated | REAL151276 |
| 658 | Exhibit C to the Expert Report of Mark Hollar, dated February 20, 2009 | Designation - Hollar | N/A |
| 50A | Excerpt of RealDVD Specifications, Modified on June 16, 2008 (also used in Depo Designation) | 4/28/2009 | REAL000541-654 |
| D | Presentation Slides Used During Bishop Direct and Admitted as a Demonstrative | 4/29/2009 | N/A |
| E | Email between Lewis Ostrover and Brad Collar Regarding Macrovision 2009 Budget, dated December 11, 2008 | 5/7/2009 | MPAA-WAR-0010954 |

IT IS SO ORDERED.

Dated:  _____
The Honorable Marilyn H. Patel
United States District Court

Submitted by:

DATED:  June 4, 2009                    MUNGER, TOLLES & OLSON LLP


By: _____/s/_____
L. ASHLEY AULL

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs

DATED:  June 4, 2009                    AKIN GUMP STRAUSS HAUER & FELD LLP


By: _____/s/_____
REGINALD STEER

Attorneys for Defendants/Counterclaim Plaintiffs DVD Copy Control Association, Inc.

DATED:  June 4, 2009                    WILSON SONSINI GOODRICH & ROSATI LLP


By: _____/s/_____
TRACY TOSH LANE

Attorneys for Plaintiffs/Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.