DANIEL G. SWANSON, SBN 116556
DSwanson@gibsondunn.com
DANIEL M. FLORES, SBN 222055
DFlores@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520

KAIPONANEA T. MATSUMURA, SBN 255100
KMatsumura@gibsondunn.com
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933
Telephone: (415) 393-8233
Facsimile: (415) 374-8434

Attorneys for Defendant
SONY PICTURES ENTERTAINMENT INC.

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; SONY PICTURES ENTERTAINMENT INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, INC., a Delaware corporation,<br><br>Defendants. | CASE NO. C 08-4548-MHP<br><br>**NOTICE OF APPEARANCE** |

1   PLEASE TAKE NOTICE that DANIEL G. SWANSON (SBN 116556), DANIEL M. FLORES[1] (SBN 222055), and KAIPONANEA T. MATSUMURA (SBN 255100) of Gibson, Dunn & Crutcher LLP hereby enter their appearance as co-counsel of record on behalf of defendant Sony Pictures Entertainment Inc. in the above-captioned case.  Pursuant to General Order 45, copies of all briefs, motions, orders, correspondence, and other papers filed by or with the Court may be electronically served on Daniel G. Swanson, Daniel M. Flores, and Kaiponanea T. Matsumura at the above-listed electronic mail addresses.

DATED:  June 2, 2009

```
                              GIBSON, DUNN & CRUTCHER LLP
                              DANIEL G. SWANSON
                              DANIEL M. FLORES
                              KAIPONANEA T. MATSUMURA


                              By:        /s/ Daniel G. Swanson
                                         Daniel G. Swanson

                              Attorneys for Defendant
                              SONY PICTURES ENTERTAINMENT INC.
```

100668337_1.DOC

---

[1]   Mr. Flores's application for admission to the United States District Court for the Northern District of California was submitted by overnight mail on June 8, 2009.  Mr. Flores will timely register as an ECF User once he is admitted to practice in the Northern District of California.  *See* General Order 45.IV.A.