1  GLENN D. POMERANTZ (SBN 112503)          ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                  rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)            ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                    ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)              MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                      11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP               Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor       Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. | CASE NO. C 08-4548-MHP <br><br> **SECOND STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO. C 08-4719-MHP |

1  WHEREAS, Defendants/Counterclaim Plaintiffs/Plaintiffs Paramount Pictures
2  Corporation, Twentieth Century Fox Film Corporation, Universal City Studios Productions
3  LLLP, Universal City Studios LLLP, Warner Bros. Entertainment Inc., Disney Enterprises, Inc.,
4  Walt Disney Pictures, Sony Pictures Television Inc., Sony Pictures Entertainment Inc. and
5  Columbia Pictures Industries, Inc. (collectively, "Studios") filed a Motion for Sanctions for
6  Spoliation of Evidence against RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.
7  (collectively "Real") on February 25, 2009, and Defendants/Counter-Complainants DVD Copy
8  Control Association, Inc. ("DVD CCA") joined in that motion on March 2, 2009.

9  WHEREAS, the Court entered an order on May 5, 2009, granting in part those Motions
10 and granting the Defendants leave to file an application and declaration(s) for monetary sanctions,
11 attorneys' fees and costs (the "Application for Monetary Sanctions") for Real's failure to preserve
12 the notebooks of Ms. Nicole Hamilton;

13 WHEREAS, the Defendants' Application for Monetary Sanctions was initially due on
14 June 4, 2009;

15 WHERAS, the Court entered an order pursuant to stipulation on June 4, 2009, extending
16 the due-date of Defendants' Application for Monetary Sanctions to June 11, 2009;

17 WHERAS, Real by this stipulation is agreeing to move the date of the Application for
18 Monetary Sanctions from June 11, 2009 to June 15, 2009, with a corresponding extension of the
19 date for Real's response (if any) to that request, in order for the Parties to attempt to negotiate a
20 stipulation regarding monetary sanctions, attorneys' fees and costs;

21 WHEREAS, pursuant to Civil Local Rule 6-2(a)(3), the parties state that the only effect
22 the requested time modifications herein would have on the schedule for the case would be to
23 move the respective response dates as set forth herein;

24 NOW THEREFORE, the parties, by and through their counsel or record, hereby agree and
25 stipulate to extend the period of time in which the Defendants may file an Application for
26 Monetary Sanctions to and including June 15, 2009 and to extend the period of time in which
27 Real may respond to the Defendants' Application to and including July 15, 2009.

28

| | | |
|---|---|---|
| 1 | Dated: June 10, 2009 | AKIN GUMP STRAUSS HAUER & FELD LLP |
| 2 | | WHITE & CASE LLP |

By */s/*
Reginald Steer
Attorneys for DVD CCA

Dated: June 10, 2009    MUNGER TOLLES & OLSON, LLP

By */s/*
L. Ashley Aull
Attorneys for Studios

Dated: June 10, 2009    WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By */s/*
Tracy Tosh Lane
Attorneys for Real

PURSUANT TO STIPULATION, IT IS SO ORDERED:

1.The Defendants' Application and Declaration(s) for a Monetary Sanctions shall be due on or before June 15, 2009;

2.Real's Response to the Defendants' Application and Declaration(s) for a Monetary Award shall be due on or before July 15, 2009.

UNITED STATES DISTRICT COURT JUDGE

By
Hon. Marilyn Hall Patel

I, L. Ashley Aull, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE.  In compliance with General Order 45.X.B., I hereby attest that Reginald Steer and Tracy Tosh Lane have concurred in this filing.

Dated: June 10, 2009    MUNGER TOLLES & OLSON, LLP


By  */s/*
L. Ashley Aull
Attorneys for Studios