GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al,.<br><br>                    Defendants. | CASE NO.  C 08-4548-MHP<br><br>**STIPULATION AND [PROPOSED] ORDER AWARDING STUDIOS' FEES FOR SPOLIATION OF EVIDENCE** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>                    Plaintiffs,<br><br>        vs.<br><br>REALNETWORKS, INC., et al.<br><br>                    Defendants. | CASE NO.  C 08-4719-MHP |

Dockets.Justia.com

1    Plaintiffs/Counter-Defendants/Defendants RealNetworks, Inc. and RealNetworks Home

2    Entertainment, Inc. (collectively "Real") and Defendants/Counter-Claimants/Plaintiffs Paramount

3    Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp., Warner

4    Bros. Entertainment Inc., Disney Enterprises, Inc., NBC Universal, Inc, and Viacom, Inc

5    (collectively, the "Studio Defendants" or "Studios") by and through their respective counsel,

6    hereby respectfully request that the Court enter the following Order awarding the Studio

7    Defendants' attorneys' fees as discussed in the Court's May 5, 2009 Memorandum and Order

8    ("Order").

9    WHEREAS, the Court's Order found that sanctions for failure to preserve Nicole

10   Hamilton's notebooks were appropriate, and instructed that the Studio Defendants file an

11   application and declaration(s) for a monetary award including attorneys' fees and costs;

12   WHERAS, the Studios seek a total of $19,475.50 in reasonable attorneys' fees related to

13   Ms. Hamilton's notebooks, drafting portions of the Motion for Sanctions for Spoliation of

14   Evidence related thereto, and arguing portions of that Motion related thereto;

15   WHERAS, Real by this stipulation is agreeing to pay the Studios $19,475.50 as

16   reasonable attorneys' fees pursuant to the Court's May 5 Order;

17   NOW THEREFORE, Real, by and through its counsel or record, hereby agrees and

18   stipulates that Real shall within 30 days of this Stipulation pay to Munger, Tolles & Olson LLP

19   the amount of $19,475.50 in sanctions for failure to preserve the notebooks of Ms. Hamilton.

20   Dated: June 15, 2009                           MUNGER TOLLES & OLSON, LLP

21

22                                                  By _____/s/_____
                                                         L. Ashley Aull
23                                                  Attorneys for Studios

24

25   Dated: June 15, 2009                           WILSON SONSINI GOODRICH & ROSATI
                                                    Professional Corporation
26

27                                                  By _____/s/_____
                                                         Tracy Tosh Lane
28                                                  Attorneys for Real

- 2 -
8018973.1

STIPULATION AND [PROPOSED] ORDER
REGARDING STUDIOS' FEES
CASE NO. C 08-4548-MHP

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Real shall within 30 days of this Order pay to Munger, Tolles & Olson LLP $19,475.50 in attorneys' fees and sanctions for failure to preserve Ms. Hamilton's notebooks.

UNITED STATES DISTRICT COURT JUDGE

By _____
Hon. Marilyn Hall Patel

1        I, L. Ashley Aull, am the ECF user whose identification and password are being

2  used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR

3  DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR

4  SPOLIATION OF EVIDENCE.  In compliance with General Order 45.X.B., I hereby

5  attest that Tracy Tosh Lane has concurred in this filing.

6

7    Dated: June 15, 2009                        MUNGER TOLLES & OLSON, LLP

8

9                                    By _____ */s/* _____

10                                           L. Ashley Aull
                                   Attorneys for Studios

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER
REGARDING STUDIOS' FEES
CASE NO. C 08-4548-MHP