REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:       (415) 765-9500
Facsimile:       (415) 765-9501

EDWARD P. LAZARUS (SBN 212658)
elazarus@akingump.com
STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:       (310) 229-1000
Facsimile:       (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:       (650) 213-0300
Facsimile:       (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>               Plaintiffs,<br><br>   v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>               Defendants.<br><br>And Related Cases | Case No. C08 04548 MHP<br>Case No. C08 04719 MHP (related case)<br><br>**APPLICATION OF DVD CCA FOR ATTORNEYS' FEES AND COSTS PURSUANT TO MAY 5, 2009 ORDER OF THE COURT** |

1
APPLICATION OF DVD CCA FOR ATTORNEYS' FEES AND COSTS PURSUANT TO MAY 5, 2009 ORDER
Case No. C08 04548 MHP; Case No. C08 04719 MHP

Dockets.Justia.com

1    The Court's May 5, 2009 Order imposed monetary sanctions against RealNetworks, Inc. ("Real") for failing to preserve Nicole Hamilton's notebooks and awarded to Defendant and Counterclaimant DVD Copy Control Association, Inc. ("DVD CCA") and the Studios "reasonable attorneys' fees and related costs for pursuing the evidence of spoliation of Hamilton's notebooks and for bringing this part of the sanctions motion." Order on Defendants' Motion for Sanctions for Spoliation of Evidence (Dkt. No. 316). The May 5, 2009 Order allows DVD CCA and the Studios to apply for attorneys' fees and costs. DVD CCA submits this application pursuant to that Order. As set forth in the accompanying Declaration of Teresa W. Wang in Support of DVD CCA's Application for Attorneys' Fees and Costs ("Wang Declaration"), DVD CCA reasonably incurred $17,525.20.20 in attorneys' fees in pursuing evidence of spoliation of the Hamilton notebooks and preparing the Notice of Joinder and Joinder of DVD CCA in Motion for Sanctions for Spoliation of Evidence (Dkt. No. 139) ("Spoliation Joinder"). The Spoliation Joinder prepared by DVD CCA sought remedies for the serious harm to DVD CCA resulting from the spoliation of Ms. Hamilton's notebooks, in light of Ms. Hamilton's position as Real's primary contact with DVD CCA. While the Spoliation Joinder also referenced the destruction of Ms. Hamilton's e-mails, the legal arguments and research dedicated to the Hamilton notebooks and Hamilton e-mails cannot be segregated from one another. Thus, in accordance with the Court's May 5 Order, DVD CCA seeks attorneys' fees for preparing the Spoliation Joinder.

//

//

APPLICATION OF DVD CCA FOR ATTORNEYS' FEES AND COSTS PURSUANT TO MAY 5, 2009 ORDER
Case No. C08 04548 MHP; Case No. C08 04719 MHP

1  Counsel for DVD CCA reached out to counsel for Real in an attempt to reach a stipulated
2 agreement on the attorneys' fees associated with the spoliation of the Hamilton notebooks. The parties
3 were not able to reach a mutually acceptable agreement on this issue. DVD CCA respectfully requests
4 an award against Real in the amount of $17,525.20. The breakdown of fees by the time incurred and
5 hourly rates of each attorney is set forth in the Wang Declaration.

Dated: June 15, 2009

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP


By _____/s/_____
Reginald Steer
Attorneys for Defendant and Counterclaimant
DVD Copy Control Association, Inc.

3

APPLICATION OF DVD CCA FOR ATTORNEYS' FEES AND COSTS PURSUANT TO MAY 5, 2009 ORDER
Case No. C08 04548 MHP; Case No. C08 04719 MHP