REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:      (415) 765-9500
Facsimile:      (415) 765-9501

EDWARD P. LAZARUS (SBN 212658)
elazarus@akingump.com
STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:      (310) 229-1000
Facsimile:      (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:      (650) 213-0300
Facsimile:      (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>              Plaintiffs,<br><br>   v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>             Defendants.<br><br>And Related Cases | Case No. C08 04548 MHP<br>Case No. C08 04719 MHP (related case)<br><br>**[PROPOSED] ORDER GRANTING APPLICATION OF DVD CCA FOR ATTORNEYS' FEES AND COSTS PURSUANT TO MAY 5, 2009 ORDER OF THE COURT** |

1

[PROPOSED] ORDER GRANTING APPLICATION OF DVD CCA FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO MAY 5, 2009 ORDER     Case No. C08 04548 MHP; Case No. C08 04719 MHP

Dockets.Justia.com

Based on Defendant and Counterclaimant DVD Copy Control Association, Inc.'s ("DVD CCA") Application for Attorneys' Fees and Costs, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that RealNetworks, Inc. shall within 30 days of this Order pay to Akin Gump Strauss Hauer & Feld  $17,525.20 in attorneys' fees for failure to preserve Ms. Hamilton's notebooks.

Date _____                              UNITED STATES DISTRICT COURT JUDGE

                                                  _____
                                                       Hon. Marilyn Hall Patel

2

[PROPOSED] ORDER GRANTING APPLICATION OF DVD CCA FOR ATTORNEYS' FEES AND COSTS
PURSUANT TO MAY 5, 2009 ORDER          Case No. C08 04548 MHP; Case No. C08 04719 MHP