1  GLENN D. POMERANTZ (SBN 112503)         ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                 rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)           ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                   ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)             MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                     11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP              Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor      Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702

6
   GREGORY P. GOECKNER (SBN 103693)
7  gregory_goeckner@mpaa.org
   DANIEL E. ROBBINS (SBN 156934)
8  dan_robbins@mpaa.org
   15301 Ventura Boulevard, Building E
9  Sherman Oaks, California 91403-3102
   Tel: (818) 995-6600; Fax: (818) 285-4403

10
   Attorneys for Motion Picture Studio Plaintiffs/Declaratory
11 Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al,.<br><br>  Defendants. | CASE NO. C 08-4548-MHP<br><br>**[PROPOSED] STIPULATED PRESERVATION ORDER** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>REALNETWORKS, INC., et al.<br><br>  Defendants. | CASE NO. C 08-4719-MHP |

7970290.2

- 1 -

[PROPOSED] STIPULATED
PRESERVATION ORDER
CASE NO. C 08-4548-MHP

1    Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively
2    "Real"); Defendants Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth
3    Century Fox Film Corp., Warner Bros. Entertainment Inc., Disney Enterprises, Inc., NBC
4    Universal, Inc, and Viacom, Inc. ("collectively, the "Studio Defendants"); and Defendant DVD
5    Copy Control Association, Inc. ("DVD CCA") by and through their respective counsel, hereby
6    respectfully request that the Court enter the following Preservation Order.

7    "Documents, data or tangible things," as used herein, is to be interpreted broadly, and to
8    include versions of software, hard drives and backup data, removable computer storage media
9    such as tapes, disks and cards, source code files and versions thereof, and wikis. Information that
10   serves to identify, locate or link such material, such as file inventories, file folders, indices and
11   metadata, is also included in this definition. Backup tapes created for disaster recovery purposes
12   and maintained on a temporary basis are not included in this definition.

13   "Preservation," as used herein, is to be interpreted broadly to accomplish the goal of
14   maintaining the integrity of all documents, data and tangible things reasonably anticipated to be
15   subject to discovery under Fed. R. Civ. P. 45 and 56(e) in this action, given the findings of the
16   Spoliation Order. Preservation includes taking reasonable steps to prevent the partial or full
17   destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration,
18   theft, loss or mutation of such material, as well as any other handling that would make material
19   incomplete or inaccessible.

20                                    STIPULATED ORDER

21   It is ordered that Real shall preserve all extant and future documents, data or tangible
22   things relating to all products or other matters at issue in this litigation, including RealDVD,
23   Vegas and/or Facet (the "Materials").

24   Real is directed to determine whether its business practices involve or cause the routine
25   destruction, recycling, relocation, or mutation of the Materials and, if so, direct employees,
26   officers and agents either to (a) halt such business practices, (b) sequester or remove such
27   Materials from such business practices, or (c) arrange for the preservation of complete and
28   accurate duplicates or copies of the Materials suitable for later discovery. Real shall, not later

than July 6, 2009, submit to the Court a statement that the directive in this paragraph has been carried out.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

DATED: June 17, 2009  MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
L. ASHLEY AULL

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs

DATED: June 17, 2009  AKIN, GUMP, STRAUSS, HAUER & FELD LLP

By: _____/s/_____
REGINALD STEER

Attorneys for Defendant/Counterclaimant DVD Copy Control Association, Inc.

DATED: June 17, 2009  WILSON, SONSINI, GOODRICH & ROSATI LLP

By: _____/s/_____
TRACY TOSH LANE

Attorneys for Plaintiffs/Counterclaim-Defendants/Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:

By: _____
JUDGE MARILYN HALL PATEL
United States District Judge

1  I, L. Ashley Aull, am the ECF user whose identification and password are being used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR SPOLIATION OF EVIDENCE.  In compliance with General Order 45.X.B., I hereby attest that Reginald Steer and Tracy Tosh Lane have concurred in this filing.

Dated: June 17, 2009          MUNGER TOLLES & OLSON, LLP


By _____/s/_____
            L. Ashley Aull
Attorneys for Studios

- 4 -          [PROPOSED] STIPULATED
PRESERVATION ORDER
CASE NO. C 08-4548-MHP