GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory
Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al,.<br><br>        Defendants. | CASE NO.  C 08-4548-MHP<br><br>[~~PROPOSED~~] **STIPULATED PRESERVATION ORDER** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>        Plaintiffs,<br><br>    vs.<br><br>REALNETWORKS, INC., et al.<br><br>        Defendants. | CASE NO.  C 08-4719-MHP |

Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively "Real"); Defendants Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Twentieth Century Fox Film Corp., Warner Bros. Entertainment Inc., Disney Enterprises, Inc., NBC Universal, Inc, and Viacom, Inc. ("collectively, the "Studio Defendants"); and Defendant DVD Copy Control Association, Inc. ("DVD CCA") by and through their respective counsel, hereby respectfully request that the Court enter the following Preservation Order.

"Documents, data or tangible things," as used herein, is to be interpreted broadly, and to include versions of software, hard drives and backup data, removable computer storage media such as tapes, disks and cards, source code files and versions thereof, and wikis.  Information that serves to identify, locate or link such material, such as file inventories, file folders, indices and metadata, is also included in this definition.  Backup tapes created for disaster recovery purposes and maintained on a temporary basis are not included in this definition.

"Preservation," as used herein, is to be interpreted broadly to accomplish the goal of maintaining the integrity of all documents, data and tangible things reasonably anticipated to be subject to discovery under Fed. R. Civ. P. 45 and 56(e) in this action, given the findings of the Spoliation Order.  Preservation includes taking reasonable steps to prevent the partial or full destruction, alteration, testing, deletion, shredding, incineration, wiping, relocation, migration, theft, loss or mutation of such material, as well as any other handling that would make material incomplete or inaccessible.

## STIPULATED ORDER

It is ordered that Real shall preserve all extant and future documents, data or tangible things relating to all products or other matters at issue in this litigation, including RealDVD, Vegas and/or Facet (the "Materials").

Real is directed to determine whether its business practices involve or cause the routine destruction, recycling, relocation, or mutation of the Materials and, if so, direct employees, officers and agents either to (a) halt such business practices, (b) sequester or remove such Materials from such business practices, or (c) arrange for the preservation of complete and accurate duplicates or copies of the Materials suitable for later discovery.  Real shall, not later

1  than July 6, 2009, submit to the Court a statement that the directive in this paragraph has been
2  carried out.

4  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

DATED: June 17, 2009                    MUNGER, TOLLES & OLSON LLP

By: _____/s/_____
L. ASHLEY AULL

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs

DATED: June 17, 2009                    AKIN, GUMP, STRAUSS, HAUER & FELD LLP

By: _____/s/_____
REGINALD STEER

Attorneys for Defendant/Counterclaimant DVD Copy Control Association, Inc.

DATED: June 17, 2009                    WILSON, SONSINI, GOODRICH & ROSATI LLP

By: _____/s/_____
TRACY TOSH LANE

Attorneys for Plaintiffs/Counterclaim-Defendants/Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 6/18/09

By: _____
JUDGE MARILYN H. PATEL
United States

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel]*

1  I, L. Ashley Aull, am the ECF user whose identification and password are being
2  used to file the STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR
3  DEFENDANTS TO FILE AN APPLICATION FOR MONETARY SANCTIONS FOR
4  SPOLIATION OF EVIDENCE.  In compliance with General Order 45.X.B., I hereby
5  attest that Reginald Steer and Tracy Tosh Lane have concurred in this filing.

Dated: June 17, 2009                    MUNGER TOLLES & OLSON, LLP


                                        By _____/s/_____
                                                      L. Ashley Aull
                                        Attorneys for Studios

- 4 -   [PROPOSED] STIPULATED
PRESERVATION ORDER
CASE NO. C 08-4548-MHP