1  GLENN D. POMERANTZ (SBN 112503)         ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                 rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)           ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                   ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)             MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                     11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP              Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor      Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6
7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

12

UNITED STATES DISTRICT COURT

13

NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  REALNETWORKS, INC., et al., | CASE NO. C 08-4548-MHP |
| 16  Plaintiffs, | **[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR JUDICIAL NOTICE OF REALNETWORKS' PATENT APPLICATIONS** |
| 17  vs. | |
| 18  DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| 19  Defendants. | [Administrative Motion and Declaration of Rohit K. Singla filed herewith] |
| 20 | |
| 21  UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP |
| 22  Plaintiffs, | |
| 23  vs. | |
| 24  REALNETWORKS, INC., et al. | |
| 25  Defendants. | |

26

27

28

- 1 -
8146855.1

[PROPOSED] ORDER
RE: JUDICIAL NOTICE OF PATENT APPS.
CASE NO. C 08-4548-MHP

1  **[PROPOSED] ORDER GRANTING MOTION FOR JUDICIAL NOTICE**

2  Based on the Studios' Motion for Judicial Notice of RealNetworks' Patent Applications, and good cause appearing for the entry thereof, the Court hereby takes judicial notice pursuant to Federal Rule of Evidence 201(b) of the following, and admits them as part of the preliminary injunction record:

(1) U.S. Patent Application Publication No. US 2009/0148125 AI (Watson, Bielman, and Barrett);

(2) U.S. Provisional App. No. 61/095,249 (Chasen, Buzzard, et al.); and

(3) U.S. Provisional App. No. 61/012,500 (Barrett, Hamilton, et al.)

It is SO ORDERED.

Dated: _____
The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP

By:  */s/ Rohit K Singla*
       ROHIT K. SINGLA

Attorneys for Motion Picture Studio
Plaintiffs/Declaratory Relief Claim Defendants