Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al                                                        Doc. 429
Case3:08-cv-04548-MHP   Document429   Filed06/24/09   Page1 of 3

1  GLENN D. POMERANTZ (SBN 112503)         ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                 rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)           ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                   ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)             MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                     11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP              Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor      Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13

14                            UNITED STATES DISTRICT COURT

15                           NORTHERN DISTRICT OF CALIFORNIA

16 | REALNETWORKS, INC., et al.,            | CASE NO. C 08-4548-MHP

17 |              Plaintiffs,                | **DECLARATION OF ROHIT K. SINGLA PURSUANT TO LOCAL RULE 7-11 IN SUPPORT OF ADMINISTRATIVE MOTION FOR JUDICIAL NOTICE OF REALNETWORKS' PATENT APPLICATIONS**

18 |     vs.                                 |

19 | DVD COPY BATES ASSOCIATION, INC., et al. |

20 |                                          | [Administrative Motion and Proposed Order filed herewith]
21 |              Defendants.                 |

22

23 | UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C 08-4719-MHP

24 |              Plaintiffs,                 |

25 |     vs.                                  |

26 | REALNETWORKS, INC., et al.               |

27 |              Defendants.                 |

28

SINGLA DECL. ISO JUDICIAL NOTICE
CASE NO. C 08-4548-MHP

**DECLARATION OF ROHIT K. SINGLA**

I, Rohit K. Singla, declare:

1. I am a partner at the law firm of Munger, Tolles & Olson LLP, counsel of record for Columbia Pictures Industries, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment, Inc., Sony Pictures Television Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Walt Disney Pictures, Warner Bros. Entertainment, Inc., Universal City Studios Productions LLLP, Universal City Studios LLLP, and Viacom, Inc. ("the Studios") in the above-captioned matter. I make this Declaration based upon my own personal knowledge, and if called upon to do so, I could and would testify competently to the matters stated herein.

2. We recently learned of patent applications filed by RealNetworks in 2007 and 2008 relating to the RealDVD product. Upon review and analysis, we determined that three of these applications directly contradicted the testimony of Real's witnesses and the contentions advanced by Real with respect to ARccOS and RipGuard.

3. On June 23, 2009, I called Real's counsel Ms. Colleen Bal, Mr. Michael Berta, Ms. Tracy Tosh Lane, and Mr. Leo Cunningham to meet and confer regarding the Studios' desire to submit these patent applications to the Court as soon as possible and to request that they be added to the record for the preliminary injunction motion.

4. Real's counsel, Ms. Lane, and I subsequently exchanged a series of emails regarding Real's patent applications. *See* Exhs. 1-3. Ms. Lane ultimately expressed that Real would agree to adding the patent applications to the preliminary-injunction record, but only if the Studios did not submit any explanation of the relevance of those applications. Exh. 3. The Studios could not agree to this condition.

5. Accordingly, although the parties have had opportunity to meet-and-confer, we have been unable to reach a stipulation regarding the attached motion.

1  I declare under penalty of perjury under the laws of the United States and
2  California that the foregoing is true and correct and that this Declaration was executed this 24th
3  day of June 2009, in San Francisco, California.

*/s/ Rohit K. Singla*
Rohit K. Singla

- 2 -

SINGLA DECL. ISO JUDICIAL NOTICE
CASE NO. C 08-4548-MHP