1  GLENN D. POMERANTZ (SBN 112503)         ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                 rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)           ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                   ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)             MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                     11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP              Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor      Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6
   GREGORY P. GOECKNER (SBN 103693)
7  gregory_goeckner@mpaa.org
   DANIEL E. ROBBINS (SBN 156934)
8  dan_robbins@mpaa.org
   15301 Ventura Boulevard, Building E
9  Sherman Oaks, California 91403-3102
   Tel: (818) 995-6600; Fax: (818) 285-4403
10
11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al,.<br><br>　　　　Defendants. | CASE NO. C 08-4548-MHP<br><br>**PARTIES' JOINT APPLICATION TO FILE UNDER SEAL DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS, AND EXHIBITS**<br><br>Date:　April 24, 2009<br>Time:　9:00 a.m.<br>Ctrm:　15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>REALNETWORKS, INC., et al.<br><br>　　　　Defendants. | CASE NO. C 08-4719-MHP<br><br>Lodged concurrently herewith:<br>1) [Proposed] Order Granting Application |

8010771.1

APPLICATION TO FILE UNDER SEAL
CASE NO. C 08-4548-MHP

Pursuant to Civil Local Rule 7-11 and 79-5, Columbia Pictures Industries, Inc., Disney Enterprises, Inc., NBC Universal, Inc., Paramount Pictures Corporation, Sony Pictures Entertainment, Inc., Sony Pictures Television, Inc., Twentieth Century Fox Film Corporation, Universal City Studios LLLP, Universal City Studios Productions LLLP, Viacom, Inc., Walt Disney Pictures, and Warner Bros. Entertainment, Inc. (collectively, "the Studios"), the DVD Copy Control Association (the "DVD CCA"), and RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") respectfully apply for an order filing under seal the deposition transcript designations, counter-designations, and exhibits which the parties lodged with the Court during the preliminary injunction proceedings and which are identified in the following documents:

- RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Hearing, filed on April 16, 2009 (Docket #268)
- RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Andrew Parsons for the Preliminary Injunction Hearing, filed on April 17, 2009 (Docket # 271)
- RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Hearing; DVD CCA and Studios' Joint Counter-Designations; and Plaintiff Studios' Counter-Designation for Andrew Parsons, filed on April 27, 2009 (Docket # 303)
- DVD CCA and Studios' Deposition Designations; Real's Counter-Designations, filed on April 28, 2009 (Docket # 304)
- Amended DVD CCA and Studios' Deposition Designations; Real's Counter-Designations, filed on April 28, 2009 (Docket # 309)
- Second Amended DVD CCA and Studios' Deposition Designations; Real's Counter-Designations, filed on May 15, 2009 (Docket # 327)

A "compelling reason" exists to file under seal the deposition transcript designations, counter-designations, and exhibits identified in these documents. *See Kamakana v. City and*

*County of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (holding that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming the 'compelling reasons' standard"); *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135-36 (9th Cir. 2003).  The confidential material at issue divulges aspects of the Studios', DVD CCA's, and Real's proprietary business, technical, and/or trade secret information.  This material has been designated by the Studios, the DVD CCA, and Real as "confidential" pursuant to the protective order governing this litigation, and has thus been manually lodged with the Court.  This Application to Seal is narrowly tailored to protect the public's interest in access to judicial records and the public policies favoring disclosure.  *Kamakana*, 447 F.3d at 1178.

      For these reasons, the Court should grant the Application to Seal.

DATED:  June 25, 2009                     MUNGER, TOLLES & OLSON LLP


By:  */s/ Jonathan H. Blavin*
        JONATHAN H. BLAVIN

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs

DATED:  June 25, 2009                     AKIN GUMP STRAUSS HAUER & FELD LLP


By:  */s/ Reginald Steer*
        REGINALD STEER

Attorneys for Defendants/Counterclaim Plaintiffs DVD Copy Control Association, Inc.

1  DATED: June 25, 2009           WILSON SONSINI GOODRICH & ROSATI
2                                                     LLP
3
4                                                     By:        /s/ Tracy Tosh Lane
                                                               TRACY TOSH LANE
5
6  Attorneys for Plaintiffs/Counterclaim
   Defendants RealNetworks, Inc. and
7  RealNetworks Home Entertainment, Inc.

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28