| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503) | ROBERT H. ROTSTEIN (SBN 72452) |
| Glenn.Pomerantz@mto.com | rxr@msk.com |
| BART H. WILLIAMS (SBN 134009) | ERIC J. GERMAN (SBN 224557) |
| Bart.Williams@mto.com | ejg@msk.com |
| KELLY M. KLAUS (SBN 161091) | MITCHELL SILBERBERG & KNUPP LLP |
| Kelly.Klaus@mto.com | 11377 West Olympic Boulevard |
| MUNGER, TOLLES & OLSON LLP | Los Angeles, California 90064-1683 |
| 355 South Grand Avenue, 35th Floor | Tel: (310) 312-2000; Fax: (310) 312-3100 |
| Los Angeles, CA 90071-1560 | |
| Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY CONTROL ASSOCIATION, INC., et al. <br><br> Defendants. | CASE NO. C 08-4548-MHP <br><br> **[PROPOSED] ORDER GRANTING PARTIES' JOINT APPLICATION TO FILE UNDER SEAL DEPOSITION DESIGNATIONS, COUNTER-DESIGNATIONS, AND EXHIBITS** <br><br> Date: April 24, 2009 <br> Time: 9:00 a.m. <br> Ctrm: 15 (Hon. Marilyn Hall Patel) |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO. C 08-4719-MHP |

8011286.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

## [PROPOSED] ORDER GRANTING JOINT APPLICATION TO SEAL

Based on the Parties' Joint Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the deposition transcript designations, counter-designations, and exhibits which the parties lodged with the Court during the preliminary injunction proceedings and which are identified in the following documents are filed under seal:

- RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Hearing, filed on April 16, 2009 (Docket #268)
- RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Andrew Parsons for the Preliminary Injunction Hearing, filed on April 17, 2009 (Docket # 271)
- RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Hearing; DVD CCA and Studios' Joint Counter-Designations; and Plaintiff Studios' Counter-Designation for Andrew Parsons, filed on April 27, 2009 (Docket # 303)
- DVD CCA and Studios' Deposition Designations; Real's Counter-Designations, filed on April 28, 2009 (Docket # 304)
- Amended DVD CCA and Studios' Deposition Designations; Real's Counter-Designations, filed on April 28, 2009 (Docket # 309)
- Second Amended DVD CCA and Studios' Deposition Designations; Real's Counter-Designations, filed on May 15, 2009 (Docket # 327)

It is so ORDERED.

Dated: June 26, 2009

_____
The Honorable Marilyn H. Patel
United States District Court



IT IS SO ORDERED
Judge Marilyn H. Patel

8011286.1

- 1 -

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

Submitted by:

MUNGER, TOLLES & OLSON LLP

By: _____/s/ Jonathan H. Blavin_____
         JONATHAN H. BLAVIN

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs

AKIN GUMP STRAUSS HAUER & FELD LLP

By: _____/s/ Reginald Steer_____
         REGINALD STEER

Attorneys for Defendants/Counterclaim Plaintiffs DVD Copy Control Association, Inc.

WILSON SONSINI GOODRICH & ROSATI LLP

By: _____/s/ Tracy Tosh Lane_____
         TRACY TOSH LANE

Attorneys for Plaintiffs/Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.