GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> DVD COPY BATES ASSOCIATION, INC., et al. <br><br> Defendants. | CASE NO. C 08-4548-MHP <br><br> **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL CONFIDENTIAL DECLARATION OF ROHIT K. SINGLA PURSUANT TO LOCAL RULE 6-3 IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO REALNETWORKS' AMENDED COMPLAINT** <br><br> [Application for Motion to Seal filed herewith] |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> REALNETWORKS, INC., et al. <br><br> Defendants. | CASE NO. C 08-4719-MHP |

8227487.1

[PROPOSED] ORDER GRANTING
APPLICATION TO SEAL
CASE NO. C 08-4548-MHP

| | |
|---|---|
| 1 | **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL** |

Based on the Studio parties' Application, and good cause appearing for the entry thereof, IT IS HEREBY ORDERED that the following documents be filed under seal:

(1) Confidential Version of Declaration of Rohit K. Singla Pursuant to Local Rule 6-3 in Support of Motion to Extend Time To Respond to RealNetworks' Amended Complaint.

It is so ORDERED.

_____
The Honorable Marilyn H. Patel
United States District Court

Submitted by:
MUNGER, TOLLES & OLSON LLP


By:  _____/s/_____
      ROHIT K. SINGLA

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs

8227487.1                                    - 1 -                   [PROPOSED] ORDER GRANTING
                                                                      APPLICATION TO SEAL
                                                                      CASE NO. C 08-4548-MHP