1  GLENN D. POMERANTZ (SBN 112503)  ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com            rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)     ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com              ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)       MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP        Los Angeles, California 90064-1683
   355 South Grand Avenue, 35th Floor Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA 90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702
6
7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California 91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Motion Picture Studio Plaintiffs/Declaratory
   Relief Claim Defendants
12

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16 | REALNETWORKS, INC., et al.,        | CASE NO. C 08-4548-MHP
17 |         Plaintiffs,                 | **NOTICE OF MANUAL FILING**
18 |     vs.                             |
19 | DVD COPY BATES ASSOCIATION,         |
   | INC., et al.                        |
20 |                                     |
21 |         Defendants.                 |

22 | UNIVERSAL CITY STUDIOS              | CASE NO. C 08-4719-MHP
23 | PRODUCTIONS LLLP, et al.,           |
24 |         Plaintiffs,                 |
25 |     vs.                             |
26 | REALNETWORKS, INC., et al.          |
27 |         Defendants.                 |
28

8228493.1                                NOTICE OF MANUAL FILING
                                         CASE NO. C 08-4548-MHP

| | |
|---|---|
| 1 | **NOTICE OF MANUAL FILING** |
| 2 | Regarding: |
| 3 | • <u>CONFIDENTIAL VERSION</u>: DECLARATION OF ROHIT K. SINGLA |
| 4 | PURSUANT TO LOCAL RULE 6-3 IN SUPPORT OF MOTION TO |
| 5 | EXTEND TIME TO RESPOND TO REALNETWORKS' AMENDED |
| 6 | COMPLAINT |
| 7 | The foregoing document is being filed under seal in paper form only and is being |
| 8 | maintained in the case file in the Clerk's office.  If you are a party in one or more of the above- |
| 9 | captioned actions, these materials will be served on you shortly.  For information on retrieving |
| 10 | this filing directly from the Court, please see the Court's main web site at |
| 11 | http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ). |
| 12 | The manual filings are necessary because the document is filed under seal. |

DATED: June 29, 2009                                    MUNGER, TOLLES & OLSON LLP


By:           */s/*
              ROHIT K. SINGLA

Attorneys for Studio Defendants/Counterclaim-Plaintiffs/Plaintiffs