REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:    (415) 765-9500
Facsimile:    (415) 765-9501

STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:    (310) 229-1000
Facsimile:    (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:    (650) 213-0300
Facsimile:    (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**RESPONSE OF DVD COPY CONTROL ASSOCIATION, INC. TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>Before: Hon. Marilyn Hall Patel<br>Dept:   Courtroom 15<br>Date:   July 20, 2009<br>Time:   2:00 p.m. |

The DVD Copy Control Association, Inc. ("DVD CCA") submits this Response to Plaintiffs' Motion for Leave to File Second Amended Complaint, dated May 13, 2009 (Doc. 324).

1

RESPONSE OF DVD CCA TO MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

Dockets.Justia.com

Plaintiffs' Motion for Leave to File Second Amended Complaint is superfluous insofar as it is addressed to DVD CCA because the proposed Second Amended Complaint purports to allege against DVD CCA exactly the same antitrust and unfair competition claims as are set forth in the Counterclaims that RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") filed on May 13, 2009 (Doc. 323). Therefore, DVD CCA does not believe a response to Real's Motion is required. However, if a response is required, DVD CCA states that it does not oppose Real's Motion and does not waive any defenses it has to the claims set forth in the Second Amended Complaint, including the right to have them dismissed pursuant to Rule 12 of the Federal Rules of Civil Procedure.

Dated: June 29, 2009

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _Reginald D. Steer_ (signature)
REGINALD D. STEER
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.