| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br><br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone: (310) 229-1000<br>Facsimile: (310) 229-1001 | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone: (650) 213-0300<br>Facsimile: (650) 213-8158 |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**MOTION OF DVD COPY CONTROL ASSOCIATION, INC. FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS**<br><br>[Declaration of Reginald D. Steer and Proposed Order filed herewith] |

The DVD Copy Control Association, Inc. ("DVD CCA"), pursuant to Civil Local Rule 6-3, respectfully requests an extension of its time to respond to the Counterclaims of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") dated May 13, 2009 (Doc. 323) to and including thirty

1

MOTION OF DVD CCA FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

Dockets.Justia.com

days after the Court issues its ruling on the pending preliminary injunction motions.

DVD CCA's response to Real's Counterclaims is currently due on July 14, 2009 (there has been one previous extension). (Steer Decl. ¶ 4, Ex. 1). As explained in the Declaration of Reginald D. Steer filed in support of this Motion, counsel for DVD CCA asked Real's counsel to agree to a second extension, to and including thirty days after the Court rules on the pending preliminary injunction motions, and to agree that DVD CCA's response would be due on the same date as the Studios' response to the Second Amended Complaint. Real's counsel rejected that request. (Steer Decl. ¶ 4). DVD CCA's counsel and counsel for the Studios together told Real's counsel that they intend to file this motion. (Steer Decl. ¶ 5.)

In addition, counsel for DVD CCA and the Studios asked Real's counsel to agree to an extension to July 31, to allow sufficient time for the Court to rule on this Motion and because of the Fourth of July holiday and summer vacations. Real's counsel has not responded to this request, except to state that the in-house person with authority is on vacation and generally not reachable. (Steer Decl. ¶ 5).

Since Real's proposed Second Amended Complaint alleges, inter alia, the same antitrust and unfair competition claims against the Studios as are alleged against DVD CCA in Real's Countercalims (see Docs. 323; 324-2), and since both the DVD CCA and the Studios are likely to move to dismiss Real's antitrust and unfair competition claims, it makes sense to schedule DVD CCA's response to the Counterclaims and the Studios' response to the Second Amended Complaint on the same date.

Therefore, DVD CCA joins in and adopts the Studios' arguments in support of their request to continue their responses to Real's new claims until thirty days after the Court rules on the pending preliminary injunction motions. Alternatively, DVD CCA requests an extension of time to respond to Real's Counterclaims to July 31, 2009.

Dated: June 29, 2009

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP

WHITE & CASE LLP

By _____
REGINALD D. STEER
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.