REGINALD D. STEER (SBN 056324)
rsteer@akingump.com
MARIA ELLINIKOS (SBN 235528)
mellinikos@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, 15th Floor
San Francisco, California 94104-1036
Telephone:  (415) 765-9500
Facsimile:  (415) 765-9501

STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  (310) 229-1000
Facsimile:  (310) 229-1001

WILLIAM SLOAN COATS (SBN 94864)
wcoats@whitecase.com
MARK WEINSTEIN (SBN 193043)
mweinstein@whitecase.com
MARK F. LAMBERT (SBN 197410)
mlambert@whitecase.com
**WHITE & CASE LLP**
3000 El Camino Real
5 Palo Alto Square, 9th Floor
Palo Alto, California 94306
Telephone:  (650) 213-0300
Facsimile:  (650) 213-8158

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.,<br><br>Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION OF DVD COPY CONTROL ASSOCIATION, INC. FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS** |

1

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

Dockets.Justia.com

The Court having considered the Motion of DVD Copy Control Association, Inc. for Extension of Time to Respond to Counterclaims, and good cause appearing, IT IS HEREBY ORDERED that:

The response of DVD Copy Control Association, Inc. to the Counterclaims of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. shall be filed thirty (30) days after this Court's ruling on the preliminary injunction motions currently under submission.

It is so ORDERED.

Dated: _____, 2009

_____
The Honorable Marilyn Hall Patel
United States District Judge

Submitted by:

AKIN GUMP STRAUSS HAUER & FELD, LLP

By: _____
REGINALD D. STEER

6377924

2

[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS
CASE NO. C08 04548 MHP; C08 CV 04719 MHP