1 JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
2 LEO P. CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
3 COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
4 MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
5 TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
6 WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
7 One Market Street
Spear Tower, Suite 3300
8 San Francisco, CA 94105

9 Attorneys for Plaintiffs and
Counterclaim Defendants
10 REALNETWORKS, INC. and
REALNETWORKS HOME
11 ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**DECLARATION OF JASON PUTNAM GORDON IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIO DEFENDANTS' ADMINISTRATIVE MOTION FOR JUDICIAL NOTICE OF REALNETWORKS' PATENT APPLICATIONS** |

DECLARATION OF JASON PUTNAM GORDON
CASE NOS.: C08 04548 MHP; C08 04719 MHP

I, Jason Putnam Gordon, declare:

1. I am an attorney at law duly licensed to practice in the State of California. I am an Associate at the law firm of Wilson Sonsini Goodrich & Rosati, and one of the counsel for RealNetworks, Inc. and RealNetworks Home Entertainment, Inc., plaintiffs and counterclaim defendants in the above-captioned matter. I make this Declaration in support of RealNetworks' Opposition to Studio Defendants' Administrative Motion for Judicial Notice of RealNetworks' Patent Applications. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of November 6, 2008 e-mail correspondence from Michael Berta to Lawrence Barth, Mark F. Lambert, Dan Robbins, and Reginald Steer regarding outstanding issues with document discovery and the contemplated protective order in this action.

3. Attached as Exhibit B is a true and correct copy of November 13, 2008 e-mail correspondence from Tracy Tosh Lane to Michael Berta, Colleen Bal, James A. DiBoise, Christopher Nelson, and me containing November 12, 2008 e-mail correspondence from Lawrence Barth.

I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on June 29, 2009.

                                                  /s/ Jason Putnam Gordon
                                                  Jason Putnam Gordon

I, Michael A. Berta, am the ECF User whose identification and password are being used to file this **DECLARATION OF JASON PUTNAM GORDON IN SUPPORT OF REALNETWORKS' OPPOSITION TO STUDIO DEFENDANTS' ADMINISTRATIVE MOTION FOR JUDICIAL NOTICE OF REALNETWORKS' PATENT APPLICATIONS**. In compliance with General Order 45.X.B, I hereby attest that Jason Putnam Gordon has concurred in this filing.

Dated: June 29, 2009                      WILSON SONSINI GOODRICH & ROSATI
                                                     Professional Corporation

                                                By: /s/
                                                      Michael A. Berta