| | | |
|---|---|---|
| 1 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com |
| 2 | BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com | ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com |
| 3 | KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com | MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard |
| 4 | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor | Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |
| 5 | Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | |

GREGORY P. GOECKNER (SBN 103693)
gregory_goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
dan_robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Plaintiffs/Declaratory Relief Claim Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>DVD COPY CONTROL ASSOCIATION, INC., et al.<br><br>    Defendants. | CASE NO. C 08-4548-MHP<br><br>**PROOF OF SERVICE BY PERSONAL DELIVERY** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>REALNETWORKS, INC., et al.,<br><br>    Defendants. | CASE NO. C 08-4719-MHP |

8231825.1

PROOF OF SERVICE BY PERSONAL DELIVERY
CASE NOS. C 08-4548-MHP/08-4719-MHP

**PROOF OF SERVICE BY PERSONAL DELIVERY**

I, Laurie Stoker, declare:

1. I am over the age of 18 and not a party to the within cause. I am employed by Munger, Tolles & Olson LLP in the County of San Francisco, State of California. My business address is 560 Mission Street, 27th Floor, San Francisco, CA 94105.

2. On June 29, 2009, I served a true copy of the document entitled **DECLARATION OF ROHIT K. SINGLA PURSUANT TO LOCAL RULE 6-3 IN SUPPORT OF MOTION TO EXTEND TIME TO RESPOND TO REALNETWORKS' AMENDED COMPLAINT (CONFIDENTIAL VERSION - FILED UNDER SEAL)** by placing it in an addressed, sealed envelope(s), clearly labeled to identify the person being served at the address(es) shown below/set forth on the attached service list and causing Wheels of Justice to deliver the envelope(s) by hand to the offices of the addressee(s).

Tracy Tosh Lane
Wilson Sonsini Goodrich & Rosati PC
One Market Street, Spear Tower, Suite 3300
San Francisco, CA 94105
Tel: (415) 947-2000; Fax: (415) 947-2099

I then received confirmation by telephone that the package was delivered.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 30, 2009, at San Francisco, California.

_____
Laurie Stoker