| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone:  (415) 765-9500<br>Facsimile:  (415) 765-9501<br><br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone:  (310) 229-1000<br>Facsimile:  (310) 229-1001 | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone:  (650) 213-0300<br>Facsimile:  (650) 213-8158 |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>[General Order 45(IV)(C)(3)] |

1

NOTICE OF CHANGE IN COUNSEL
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

Dockets.Justia.com

1 | TO THE CLERK OF THE UNITED STATES DISTRICT COURT AND TO COUNSEL:

2 | PLEASE TAKE NOTICE that the following attorney is no longer assigned to this case:

Edward P. Lazarus
AKIN GUMP STRAUSS HAUER & FELD LLP
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:  (310) 229-1000
Facsimile:  (310) 229-1001
Email:  ELazarus@AkinGump.com

Please remove Mr. Lazarus from your service list for this action.

Dated: July 1, 2009

Respectfully submitted,

AKIN GUMP STRAUSS HAUER & FELD LLP


By ____/s/____
REGINALD D. STEER
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

---

6378594

2

NOTICE OF CHANGE IN COUNSEL
CASE NO. C08 04548 MHP; C08 CV 04719 MHP