JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO P. CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTrOL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**STATEMENT OF COMPLIANCE WITH JUNE 18, 2009 STIPULATED PROTECTIVE ORDER** |

STATEMENT OF COMPLIANCE
C-08-4548 MHP; C08-4719 MHP

Plaintiffs and counterclaim defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks") hereby certify that they have complied in all respects with the Court's June 18, 2009 Stipulated Preservation Order. In particular, RealNetworks has, itself or through its attorneys:

1. Confirmed that it is "preserv[ing] all extant and future documents, data or tangible things relating to all products or other matters at issue in this litigation, including RealDVD,Vegas and/or Facet (the 'Materials')";

2. Confirmed that, with the exception of "backup tapes created for disaster recovery purposes and maintained on a temporary basis," the Materials are not, and are not stored on media that is, subject to "routine destruction recycling, relocation, or mutation"; and

3. Directed actual and potential custodians to maintain the Materials indefinitely.

Dated: July 7, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By: _____/s/_____
　　　Michael A. Berta

Attorneys for Plaintiffs REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

STATEMENT OF COMPLIANCE　　　　-2-
C-08-4548 MHP; C08-4719 MHP