UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC et al,<br><br>        Plaintiff(s),<br><br>  v.<br><br>DVD COPY CONTROL ASSOCIATION, INC et al,<br><br>        Defendant(s).<br>*And related action(s) as listed*          / | No. C 08-04548 MHP<br>     C 08-04719 MHP<br><br>**CLERK'S NOTICE**<br>**(Rescheduling Hearing)** |

    The parties are notified that the hearing of the motion(s) in this matter currently on calendar for July 20, 2009, is hereby RESCHEDULED to Monday, August 10, 2009, at 2:00 p.m. Please note that only the hearing date is being rescheduled; the briefing schedule pursuant to the orginal hearing date remains in effect.

Dated: July 15, 2009

Richard W. Wieking
Clerk, U.S. District Court

*/s/ All Bowser*

Anthony Bowser, Deputy Clerk to the
Honorable Marilyn Hall Patel
    (415) 522-3140