**United States District Court**
For the Northern District of California

1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7

8   REALNETWORKS, INC et al,                    No. C 08-04548 MHP
                                                    C 08-04719 MHP
9                    Plaintiff(s),
                                                **CLERK'S NOTICE**
10      v.                                       **(Matter to be submitted on papers)**

11  DVD COPY CONTROL ASSOCIATION, INC
    et al,
12
13                   Defendant(s).

14  *And related action(s) as listed.*
    _____/
15

16      Plaintiffs, having moved this Court for a hearing on August 10, 2009, the parties are hereby

17  notified that the motion for leave to file 2nd amended complaint  will be submitted on the papers as

18  unopposed.  Therefore, the HEARING DATE IS VACATED.

19
20                                  Richard W. Wieking
                                    Clerk, U.S. District Court
21
22
23  Dated:  August 4, 2009          Anthony Bowser, Deputy Clerk to the
                                    Honorable Marilyn Hall Patel
24                                      (415) 522-3140
25
26
27
28