| | |
|---|---|
| REGINALD D. STEER (SBN 056324) | WILLIAM SLOAN COATS (SBN 94864) |
| rsteer@akingump.com | wcoats@whitecase.com |
| MARIA ELLINIKOS (SBN 235528) | MARK WEINSTEIN (SBN 193043) |
| mellinikos@akingump.com | mweinstein@whitecase.com |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | MARK F. LAMBERT (SBN 197410) |
| 580 California Street, 15th Floor | mlambert@whitecase.com |
| San Francisco, California 94104-1036 | **WHITE & CASE LLP** |
| Telephone:      (415) 765-9500 | 3000 El Camino Real |
| Facsimile:       (415) 765-9501 | 5 Palo Alto Square, 9th Floor |
| | Palo Alto, California 94306 |
| STEPHEN MICK (SBN 131569) | Telephone:      (650) 213-0300 |
| smick@akingump.com | Facsimile:       (650) 213-8158 |
| MICHAEL SMALL (SBN 222768) | |
| msmall@akingump.com | |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | |
| 2029 Century Park East, Suite 2400 | |
| Los Angeles, California 90067-3012 | |
| Telephone:      (310) 229-1000 | |
| Facsimile:       (310) 229-1001 | |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET HEARING ON MOTION OF DEFENDANT DVD COPY CONTROL ASSOCIATION, INC. TO DISMISS COUNTERCLAIMS FOR OCTOBER 26, 2009 AND EXTEND DEADLINE FOR DVD CCA'S REPLY TO OPPOSITION OF REALNETWORKS TO MOTION TO DISMISS TO SEPTEMBER 4, 2009** |

WHEREAS, Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks") filed counterclaims against Defendant and Counterclaimant DVD Copy Control Association ( "DVD CCA") on May 13, 2009;

WHEREAS the DVD CCA filed a motion to dismiss the counterclaims of RealNetworks on July 14, 2009 and noticed the hearing on its motion to dismiss for September 14, 2009 at 2:00 p.m.;

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

WHEREAS counsel for the DVD CCA and RealNetworks have agreed to continue the hearing to Monday, October 26, 2009, at 2:00 p.m.;

WHEREAS, the Reply of the DVD CCA to RealNetworks's Opposition to the Motion to Dismiss was previously due on Monday, August 31, 2009, but counsel for the DVD CCA and RealNetworks have agreed to continue the due date to Friday, September 4, 2009;

WHEREAS this modification in time will not have affect any deadlines currently set by the court, as stated in the accompanying Declaration of Reginald D. Steer;

NOW THEREFORE, the parties, by and through their counsel of record, hereby agree to stipulate to the following dates, and request the Court enter this Stipulation as an Order of the Court:

1. The Hearing on the DVD CCA's Motion to Dismiss RealNetworks's Counterclaims shall be moved to Monday, October 26, 2009, at 2:00 pm.; and

2. The Reply of the DVD CCA to RealNetworks's Opposition to the Motion to Dismiss shall be due on Friday, September 4, 2009.

Dated: August 31, 2009        AKIN GUMP STRAUSS HAUER & FELD LLP

                              WHITE & CASE LLP

                              By   /s/
                                 REGINALD D. STEER
                                 Attorneys for Defendant and Counterclaimant
                                 DVD COPY CONTROL ASSOCIATION, INC.

Dated: August 31, 2009        WILSON SONSINI GOODRICH & ROSATI
                              Professional Corporation


                              By   /s/
                                 TRACY TOSH LANE
                                 Attorneys for Plaintiffs and Counterclaimants
                                 REALNETWORKS, INC. and REALNETWORKS
                                 HOME ENTERTAINMENT, INC.

IT IS SO ORDERED              UNITED STATES DISTRICT COURT JUDGE


                              By
                                 MARILYN HALL PATEL

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

1  I, Reginald D. Steer, am the ECF User whose identification and password are being used to file the
2  STIPULATION TO SET HEARING ON MOTION OF DEFENDANT DVD COPY CONTROL
3  ASSOCIATION, INC. TO DISMISS COUNTERCLAIMS FOR OCTOBER 26, 2009 AND EXTEND
4  DEADLINE FOR DVD CCA'S REPLY TO OPPOSITION OF REALNETWORKS TO MOTION TO
5  DISMISS TO SEPTEMBER 4, 2009. In compliance with General Order 45.X.B., I hereby attest that
6  Tracy Tosh Lane has concurred in this filing.

Dated:  August 31, 2009                              AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
REGINALD D. STEER
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.