| | |
|---|---|
| REGINALD D. STEER (SBN 056324) | WILLIAM SLOAN COATS (SBN 94864) |
| rsteer@akingump.com | wcoats@whitecase.com |
| MARIA ELLINIKOS (SBN 235528) | MARK WEINSTEIN (SBN 193043) |
| mellinikos@akingump.com | mweinstein@whitecase.com |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | MARK F. LAMBERT (SBN 197410) |
| 580 California Street, 15th Floor | mlambert@whitecase.com |
| San Francisco, California 94104-1036 | **WHITE & CASE LLP** |
| Telephone: (415) 765-9500 | 3000 El Camino Real |
| Facsimile: (415) 765-9501 | 5 Palo Alto Square, 9th Floor |
| | Palo Alto, California 94306 |
| STEPHEN MICK (SBN 131569) | Telephone: (650) 213-0300 |
| smick@akingump.com | Facsimile: (650) 213-8158 |
| MICHAEL SMALL (SBN 222768) | |
| msmall@akingump.com | |
| **AKIN GUMP STRAUSS HAUER & FELD LLP** | |
| 2029 Century Park East, Suite 2400 | |
| Los Angeles, California 90067-3012 | |
| Telephone: (310) 229-1000 | |
| Facsimile: (310) 229-1001 | |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER TO SET HEARING ON MOTION OF DEFENDANT DVD COPY CONTROL ASSOCIATION, INC. TO DISMISS COUNTERCLAIMS FOR OCTOBER 26, 2009 AND EXTEND DEADLINE FOR DVD CCA'S REPLY TO OPPOSITION OF REALNETWORKS TO MOTION TO DISMISS TO SEPTEMBER 4, 2009** |

WHEREAS, Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks") filed counterclaims against Defendant and Counterclaimant DVD Copy Control Association ("DVD CCA") on May 13, 2009;

WHEREAS the DVD CCA filed a motion to dismiss the counterclaims of RealNetworks on July 14, 2009 and noticed the hearing on its motion to dismiss for September 14, 2009 at 2:00 p.m.;

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

Dockets.Justia.com

1  WHEREAS counsel for the DVD CCA and RealNetworks have agreed to continue the hearing to
2  Monday, October 26, 2009, at 2:00 p.m.;

3  WHEREAS, the Reply of the DVD CCA to RealNetworks's Opposition to the Motion to Dismiss
4  was previously due on Monday, August 31, 2009, but counsel for the DVD CCA and RealNetworks
5  have agreed to continue the due date to Friday, September 4, 2009;

6  WHEREAS this modification in time will not have affect any deadlines currently set by the
7  court, as stated in the accompanying Declaration of Reginald D. Steer;

8  NOW THEREFORE, the parties, by and through their counsel of record, hereby agree to
9  stipulate to the following dates, and request the Court enter this Stipulation as an Order of the Court:

10  1.  The Hearing on the DVD CCA's Motion to Dismiss RealNetworks's Counterclaims shall
11  be moved to Monday, October 26, 2009, at 2:00 pm.; and

12  2.  The Reply of the DVD CCA to RealNetworks's Opposition to the Motion to Dismiss
13  shall be due on Friday, September 4, 2009.

Dated:  August 31, 2009            AKIN GUMP STRAUSS HAUER & FELD LLP

                                   WHITE & CASE LLP

                                   By _____/s/_____
                                      REGINALD D. STEER
                                      Attorneys for Defendant and Counterclaimant
                                      DVD COPY CONTROL ASSOCIATION, INC.

Dated:  August 31, 2009            WILSON SONSINI GOODRICH & ROSATI
                                   Professional Corporation


                                   By _____/s/_____
                                      TRACY TOSH LANE
                                      Attorneys for Plaintiffs and Counterclaimants
                                      REALNETWORKS, INC. and REALNETWORKS
                                      HOME ENTERTAINMENT, INC.

IT IS SO ORDERED                   UNITED STATES DISTRICT COURT JUDGE


                                   By _____
                                      MARILYN HALL PATEL

*IT IS SO ORDERED — Judge Marilyn H. Patel*

2
STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

1  I, Reginald D. Steer, am the ECF User whose identification and password are being used to file the
2  STIPULATION TO SET HEARING ON MOTION OF DEFENDANT DVD COPY CONTROL
3  ASSOCIATION, INC.  TO DISMISS COUNTERCLAIMS FOR OCTOBER 26, 2009 AND EXTEND
4  DEADLINE FOR DVD CCA'S REPLY TO OPPOSITION OF REALNETWORKS TO MOTION TO
5  DISMISS TO SEPTEMBER 4, 2009.  In compliance with General Order 45.X.B., I hereby attest that
6  Tracy Tosh Lane has concurred in this filing.

Dated:  August 31, 2009                               AKIN GUMP STRAUSS HAUER & FELD LLP

By _____/s/_____
REGINALD D. STEER
Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone:      (415) 765-9500<br>Facsimile:       (415) 765-9501<br><br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone:      (310) 229-1000<br>Facsimile:       (310) 229-1001 | WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Telephone:      (650) 213-0300<br>Facsimile:       (650) 213-8158 |

Attorneys for Defendant and Counterclaimant
DVD COPY CONTROL ASSOCIATION, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, et al.<br><br>　　　　　　　　Defendants.<br><br>AND RELATED CASES | Case No. C08 04548 MHP<br>Related Case No. C08 CV 04719 MHP<br><br>**DECLARATION OF REGINALD D. STEER IN SUPPORT OF STIPULATION AND [PROPOSED] ORDER TO SET HEARING ON MOTION OF DEFENDANT DVD COPY CONTROL ASSOCIATION, INC. TO DISMISS COUNTERCLAIMS FOR OCTOBER 26, 2009 AND EXTEND DEADLINE FOR DVD CCA'S REPLY TO OPPOSITION OF REALNETWORKS TO MOTION TO DISMISS TO SEPTEMBER 4, 2009** |

　　　　I, Reginald D. Steer, declare as follows:

　　　　1.　　　I am a member in good standing of the California State Bar and a partner in the law firm Akin Gump Strauss Hauer & Feld LLP, counsel of record for Defendant and Counterclaimant DVD

1

STEER DECLARATION IN SUPPORT OF MOTION TO CONTINUE HEARING DATE
CASE NO. C08 04548 MHP; C08 CV 04719 MHP

1 Copy Control Association ( "DVD CCA").  I am admitted to practice in the United States District Court

2 for the Northern District of California.  I make this declaration based upon my personal knowledge and

3 in support of the stipulation to extend the hearing date on DVD CCA's Motion to Dismiss to

4 October 26, 2009, and to extend the deadline for DVD CCA's Reply to RealNetworks's Opposition to

5 DVD CCA's Motion to Dismiss to September 4, 2009.  If called to testify as to the contents of this

6 declaration, I could and would competently do so.

7       2.     The parties seek to continue the hearing date to October 26, 2009 to ensure that all

8 parties will have adequate time to prepare for the hearing.  This stipulation to enlarge time will not affect

9 other deadlines for this case in any way.  The filing of DVD CCA's reply on September 4, 2009, seven

10 weeks prior to the proposed hearing date of October 26, 2009, will provide ample time for review and

11 preparation in advance of the October 26, 2009 hearing.

12       3.     Previous time modifications in this case include an extension of the Studio Defendants'

13 deadline to answer RealNetworks's complaint from October 21, 2008 to October 31, 2008; an extension

14 of time for RealNetworks to answer the Studio Defendants' counterclaims from October 23, 2008 to

15 October 31, 2008; an extension of time for RealNetworks to answer DVD CCA's counterclaims from

16 March 30, 2009, to May 13, 2009; an extension of time for and DVD CCA's response to RealNetworks's

17 counterclaims in reply to July 14, 2009; an extension of time for the Studio Defendants to respond to

18 RealNetworks's motion for leave to file a second amended complaint to June 29, 2009; and an extension

19 of the DVD CCA and Studio Defendants' deadline to file their applications and sanctions for monetary

20 sanctions for spoliation of evidence to July 13, 200 and an extension to July 13, 2009 for RealNetworks'

21 response to these applications.

22       4.     I declare under the laws of California and the United States of America that the

23 foregoing is true and correct and that this declaration was executed at San Francisco, California, this

24 31st day of August, 2009.

25

26                                                 /s/
                                    Reginald D. Steer

27

28