1  HARRISON J. FRAHN IV (SBN 206822)
   hfrahn@stblaw.com
2  SIMPSON THACHER & BARTLETT LLP
   2550 Hanover Street
3  Palo Alto, CA 94304
   Telephone: (650) 251-5000
4  Facsimile: (650) 251-5002

5  KENNETH R. LOGAN (*pro hac vice* admission pending)
   klogan@stblaw.com
6  KEVIN ARQUIT
   karquit@stblaw.com
7  SIMPSON THACHER & BARTLETT LLP
   425 Lexington Avenue
8  New York, NY 10017-3954
   Telephone: (212) 455-2000
9  Facsimile: (212) 455-2502

10 Attorneys for Defendants
   VIACOM, INC. and PARAMOUNT PICTURES CORPORATION
11

12                    UNITED STATES DISTRICT COURT

13                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

14

15 REALNETWORKS, INC., a Washington          Case No. C 08-4548-MHP
   Corporation; and REALNETWORKS HOME
16 ENTERTAINMENT, INC., a Delaware           **NOTICE OF APPEARANCE**
   corporation,
17
                    Plaintiffs,
18
          v.
19
   DVD COPY CONTROL ASSOCIATION, INC., a
20 Delaware nonprofit corporation; DISNEY
   ENTERPRISES, INC., a Delaware corporation;
21 PARAMOUNT PICTURES CORP., a Delaware
   corporation; SONY PICTURES
22 ENTERTAINMENT INC., a Delaware
   corporation; TWENTIETH CENTURY FOX
23 FILM CORP., a Delaware corporation; NBC
   UNIVERSAL, INC., a Delaware corporation;
24 WARNER BROS. ENTERTAINMENT, INC., a
   Delaware corporation; and VIACOM, INC., a
25 Delaware corporation,

26                  Defendants.

27

28

Notice of Appearance
Case No. C 08-4548-MHP

PLEASE TAKE NOTICE that HARRISON J. FRAHN IV (SBN 206822), KENNETH R. LOGAN (*pro hac vice* admission pending), and KEVIN ARQUIT[1] of Simpson Thacher & Bartlett LLP hereby enter their appearance as co-counsel of record on behalf of defendants Viacom, Inc. and Paramount Pictures Corporation in the above-captioned case. Pursuant to General Order 45, copies of all briefs, motions, orders, correspondence, and other papers filed by or with the Court may be electronically served on Harrison J. Frahn IV, Kenneth R. Logan[2] and Kevin Arquit at the above-listed electronic mail addresses.

DATED: September 4, 2009

        SIMPSON THACHER & BARTLETT LLP
        HARRISON J. FRAHN IV
        KENNETH R. LOGAN
        KEVIN ARQUIT

        By    /s/ Harrison J. Frahn IV
               Harrison J. Frahn IV

        Attorneys for Defendants
        VIACOM, INC. and PARAMOUNT PICTURES CORP.

---

[1] Mr. Arquit, a member of the bar of the State of New York, was admitted to practice in the United States District Court for the Northern District of California on September 19, 1983.

[2] Mr. Logan's application for admission *pro hac vice* to the United States District Court for the Northern District of California was submitted on September 4, 2009. Mr. Logan will timely register as an ECF User. *See* General Order 45.IV.A.