| | |
|---|---|
| GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>ROHIT K. SINGLA (SBN 213057)<br>Rohit.Singla@mto.com<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>Los Angeles, California 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>MITCHELL SILBERBERG & KNUPP LLP<br>11377 West Olympic Boulevard<br>Los Angeles, California 90064-1683<br>Tel: (310) 312-2000; Fax: (310) 312-3100 |

GREGORY P. GOECKNER (SBN 103693)
Gregory_Goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
Dan_Robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Parties

[Additional counsel listed on signature page.]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, et al.,<br><br>Defendants. | CASE NO. C 08-4548 MHP<br><br>**[PROPOSED] ORDER GRANTING MOTION PICTURE STUDIO PARTIES' MOTION TO DISMISS REAL'S ANTITRUST CLAIMS**<br><br>Judge: Hon. Marilyn Hall Patel<br>Date: October 26, 2009<br>Time: 2:00 p.m.<br>Crtrm: 15 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REALNETWORKS, INC, et al.,<br><br>Defendants. | CASE NO. C-08-4719 MHP |

# [PROPOSED] ORDER GRANTING MOTION TO DISMISS

The Motion Picture Studio Parties' Motion to Dismiss the Antitrust Claims (Causes of Action Three through Six) in the Second Amended Complaint of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (jointly, "Real") pursuant to Rule 12(b)(6) came on for hearing before this Court on October 26, 2009.  The parties were represented by counsel at the hearing.  After considering all the papers filed regarding this motion, and after all counsel had an opportunity to be heard, the Court rules as follows:

IT IS HEREBY ORDERED:

1. The Motion to Dismiss is GRANTED.
2. Cause of Action Three through Six in Real's Second Amended Complaint against the Studios are DISMISSED WITH PREJUDICE.

Dated:

The Honorable Marilyn H. Patel
United States District Court

Submitted by:

MUNGER, TOLLES & OLSON LLP


By:   */s/     Jonathan H. Blavin*
         JONATHAN H. BLAVIN

   Attorneys for Motion Picture Studio
   Plaintiffs/Declaratory Relief Claim Defendants

- 1 -    [PROPOSED] ORDER GRANTING MOT. TO DISMISS
REAL'S ANTITRUST CLAIMS, NO. C 08-4548 MHP