1    GLENN D. POMERANTZ (SBN 112503)     ROBERT H. ROTSTEIN (SBN 72452)
Glenn.Pomerantz@mto.com    rxr@msk.com
2    BART H. WILLIAMS (SBN 134009)    ERIC J. GERMAN (SBN 224557)
Bart.Williams@mto.com    ejg@msk.com
3    KELLY M. KLAUS (SBN 161091)    MITCHELL SILBERBERG & KNUPP LLP
Kelly.Klaus@mto.com    11377 West Olympic Boulevard
4    ROHIT K. SINGLA (SBN 213057)    Los Angeles, California 90064-1683
Rohit.Singla@mto.com    Tel: (310) 312-2000; Fax: (310) 312-3100
5    MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
6    Los Angeles, California 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702
7
GREGORY P. GOECKNER (SBN 103693)
8    Gregory_Goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
9    Dan_Robbins@mpaa.org
15301 Ventura Boulevard, Building E
10    Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403
11
Attorneys for Motion Picture Studio Parties

12

13                  UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 15 REALNETWORKS, INC., et al., | CASE NO. C 08-4548 MHP |
| 16          Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION PICTURE STUDIO PARTIES' MOTION TO DISMISS REAL'S ANTITRUST CLAIMS** |
| 17    vs. | |
| 18 DVD COPY CONTROL ASSOCIATION, et al., | |
| 19 | |
| 20          Defendants. | Judge: Hon. Marilyn Hall Patel<br>Date: October 26, 2009<br>Time: 2:00 p.m.<br>Crtrm: 15 |
| 21 | |
| 22 UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al., | CASE NO. C-08-4719 MHP |
| 23 | |
| 24          Plaintiffs, | |
| 25    vs. | |
| 26 REALNETWORKS, INC, et al., | |
| 27          Defendants. | |

28

**STIPULATION AND [PROPOSED] ORDER**

WHEREAS, the Court granted the Motion of Plaintiffs and Counter-Complaint Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "Real") to file Real's Second Amended Complaint on August 11, 2009;

WHEREAS, Defendant Motion Picture Studio Parties (the "Studios") filed their Motion to Dismiss Real's Antitrust Claims (Causes of Action Three through Six) in the Second Amended Complaint on September 8, 2009;

WHEREAS, on September 1, 2009 the Court set a hearing date for the Motion of Defendant and Counterclaimant DVD Copy Control Association (the "DVD CCA") to Dismiss Real's Counterclaims filed against the DVD CCA for October 26, 2009, at 2:00 pm;

WHEREAS, counsel for the Studios and Real have agreed to have the hearing on the Studios' Motion to Dismiss Real's Antitrust Claims also on October 26, 2009, at 2:00 pm;

WHEREAS, counsel for the Studios and Real have agreed that Real's Opposition to the Studios' Motion to Dismiss Real's Antitrust Claims may be due on October 2, 2009;

WHEREAS, counsel for the Studios and Real have agreed that the Studios' Reply in Support of its Motion to Dismiss Real's Antitrust Claims may be due on October 12, 2009, notwithstanding that October 12, 2009 is Columbus Day;

NOW THEREFORE, the parties, by and through their counsel of record, hereby agree to stipulate to the following dates, and request the Court enter this Stipulation as an Order of the Court:

1. The Hearing on the Studios' Motion to Dismiss Real's Antitrust Claims shall be Monday, October 26, 2009, at 2:00 pm;

2. Real's Opposition to the Studios' Motion to Dismiss Real's Antitrust Claims shall be due on October 2, 2009; and

3. The Studios' Reply in Support of their Motion to Dismiss Real's Antitrust Claims shall be due on October 12, 2009.

Dated: September 9, 2009   MUNGER TOLLES & OLSON, LLP

By  */s/ Jonathan H. Blavin*
    Jonathan H. Blavin

Attorneys for Studios

Dated: September 9, 2009   WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By  */s/ Tracy Tosh Lane*
    Tracy Tosh Lane

Attorneys for Real

IT IS SO ORDERED:   UNITED STATES DISTRICT COURT JUDGE

By _____
   Hon. Marilyn Hall Patel