IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RECEIVED

SEP - 8 2009

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

REALNETWORKS, INC., et al.,

    Plaintiff,

v.

DVD COPY CONTROL ASSOCIATION, et al.,

    Defendant.

CASE NO. C 08-4548 MHP

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Kenneth R. Logan, whose business address and telephone number is Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, New York, NY 10017-3954; Tel: (212) 455-2000

and who is an active member in good standing of the bar of the State of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Viacom, Inc. and Paramount Pictures Corp.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 9/10/2009



IT IS SO ORDERED
Hon. Marilyn H. Patel
Judge Marilyn H. Patel