GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
ROHIT K. SINGLA (SBN 213057)
Rohit.Singla@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

GREGORY P. GOECKNER (SBN 103693)
Gregory_Goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
Dan_Robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California 91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California 90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

Attorneys for Motion Picture Studio Parties

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, et al.,<br><br>Defendants. | CASE NO. C 08-4548 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING HEARING DATE AND BRIEFING SCHEDULE FOR MOTION PICTURE STUDIO PARTIES' MOTION TO DISMISS REAL'S ANTITRUST CLAIMS**<br><br>Judge: Hon. Marilyn Hall Patel<br>Date: October 26, 2009<br>Time: 2:00 p.m.<br>Crtrm: 15 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REALNETWORKS, INC, et al.,<br><br>Defendants. | CASE NO. C-08-4719 MHP |

1 **STIPULATION AND [PROPOSED] ORDER**

2 WHEREAS, the Court granted the Motion of Plaintiffs and Counter-Complaint

3 Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively,

4 "Real") to file Real's Second Amended Complaint on August 11, 2009;

5 WHEREAS, Defendant Motion Picture Studio Parties (the "Studios") filed their Motion to

6 Dismiss Real's Antitrust Claims (Causes of Action Three through Six) in the Second Amended

7 Complaint on September 8, 2009;

8 WHEREAS, on September 1, 2009 the Court set a hearing date for the Motion of

9 Defendant and Counterclaimant DVD Copy Control Association (the "DVD CCA") to Dismiss

10 Real's Counterclaims filed against the DVD CCA for October 26, 2009, at 2:00 pm;

11 WHEREAS, counsel for the Studios and Real have agreed to have the hearing on the

12 Studios' Motion to Dismiss Real's Antitrust Claims also on October 26, 2009, at 2:00 pm;

13 WHEREAS, counsel for the Studios and Real have agreed that Real's Opposition to the

14 Studios' Motion to Dismiss Real's Antitrust Claims may be due on October 2, 2009;

15 WHEREAS, counsel for the Studios and Real have agreed that the Studios' Reply in

16 Support of its Motion to Dismiss Real's Antitrust Claims may be due on October 12, 2009,

17 notwithstanding that October 12, 2009 is Columbus Day;

18 NOW THEREFORE, the parties, by and through their counsel of record, hereby agree to

19 stipulate to the following dates, and request the Court enter this Stipulation as an Order of the

20 Court:

21 1. The Hearing on the Studios' Motion to Dismiss Real's Antitrust Claims shall be

22 Monday, October 26, 2009, at 2:00 pm;

23 2. Real's Opposition to the Studios' Motion to Dismiss Real's Antitrust Claims shall

24 be due on October 2, 2009; and

3. The Studios' Reply in Support of their Motion to Dismiss Real's Antitrust Claims shall be due on October 12, 2009.

Dated: September 9, 2009                MUNGER TOLLES & OLSON, LLP


By ____*/s/ Jonathan H. Blavin*____
             Jonathan H. Blavin

Attorneys for Studios

Dated: September 9, 2009                WILSON SONSINI GOODRICH & ROSATI
                                        Professional Corporation


By ____*/s/ Tracy Tosh Lane*____
             Tracy Tosh Lane

Attorneys for Real


IT IS SO ORDERED:   9/10/2009           UNITED STATES DISTRICT COURT JUDGE

By _____
        Hon. Marilyn Hall Patel

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*