Dockets.Justia.com

HARRISON J. FRAHN IV (SBN 206822)
hfrahn@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2550 Hanover Street
Palo Alto, CA 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

KENNETH R. LOGAN (*pro hac vice*)
klogan@stblaw.com
KEVIN ARQUIT
karquit@stblaw.com
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

Attorneys for Defendants
VIACOM, INC. and PARAMOUNT PICTURES CORPORATION

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation; DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTERTAINMENT INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTERTAINMENT, INC., a Delaware corporation; and VIACOM, INC., a Delaware corporation,<br><br>Defendants. | Case No. C 08-4548-MHP<br><br>**CERTIFICATE OF SERVICE** |

CERTIFICATE OF SERVICE – CASE NO. C 08-4548-MHP

# CERTIFICATE OF SERVICE
## CASE NO. C 08-4548-MHP

I am employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within entitled action. My business address is Simpson Thacher & Bartlett LLP, 2550 Hanover Street, Palo Alto, California 94304.

On September 10, 2009, I served the document listed below:

**Order Granting Application for Admission of Attorney *Pro Hac Vice* - Kenneth R. Logan**

by placing true copies thereof enclosed in sealed envelopes with postage thereon fully prepaid, in the United States mail at Palo Alto, California addressed as indicated in the attached service list.

I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 10, 2009, at Palo Alto, California

*/s/ Adam J. Oles*
Adam J. Oles

## Service List – by U.S. Mail

Daniel M. Flores
**Gibson, Dunn & Crutcher LLP**
333 South Grand Avenue
Los Angeles, CA 90071-3197

Gregory Paul Goeckner
15301 Ventura Blvd.
Building E
Sherman Oaks, CA 91403-3102

Kaiponanea T. Matsumura
**Gibson, Dunn & Crutcher LLP**
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933

Daniel Ernest Robbins
**Motion Picture Association of America Inc.**
15503 Ventura Blvd.
Encino, CA 91436

Bart Harper Williams
**Munger Tolles & Olson**
355 South Grand Ave.
35th Floor
Los Angeles, CA 90071-1560

Eric James German
**Mitchell Silberberg et al.**
11377 W. Olympic Blvd.
Los Angeles, CA 90064-1683

Alan E. Littmann
**Bartlit Beck Herman Palenchar & Scott LLP**
54 W. Hubbard Street
Suite 300
Chicago, IL 60654

Mark S. Ouweleen
**Bartlit Beck Herman Palenchar & Scott LLP**
54 W. Hubbard Street
Suite 300
Chicago, IL 60654

Michael Craig Small
**Akin Gump Strauss Hauer & Feld LLP**
2029 Century Park East
Suite 2400
Los Angeles, CA 90067