1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                        UNITED STATES DISTRICT COURT

13                        NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTrOL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**STATEMENT OF COMPLIANCE WITH AUGUST 11, 2009 MEMORANDUM AND ORDER GRANTING PRELIMINARY INJUNCTION** |

STATEMENT OF COMPLIANCE
C-08-4548 MHP; C08-4719 MHP

Plaintiffs and counterclaim defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks"), respectfully submit this statement certifying compliance with the Court's August 11, 2009 Memorandum and Order Re: Studio Plaintiff's and DVD Copy Control Association's Motion for Preliminary Injunction (the "Order"). This statement is accompanied by the sworn declaration of William Way, Deputy General Counsel for RealNetworks, which sets forth in detail the steps that RealNetworks has taken to comply with the preliminary injunction prescribed in the Order:

> RealNetworks is hereby preliminarily enjoined from engaging in, or facilitating others in, manufacturing, importing, offering to the public, providing or otherwise trafficking in the product known as RealDVD, whether termed Vegas, Facet or another internal name, or any substantially similar software application or other product, service, device, component or part thereof that circumvents or otherwise fails to protect against access to, duplication of, and/or redistribution of CSS-protected and copyrighted DVD content.

The steps set forth in the accompanying declaration are in addition to the steps RealNetworks has previously taken to comply with the Court's October 3, 2008 temporary restraining order, all of which remain in effect.

Dated:  September 10, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: ____/s/_____
        Michael A. Berta

Attorneys for Plaintiffs REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.