Dockets.Justia.com

1  JAMES A. DiBOISE, State Bar No. 83296
   Email:  jdiboise@wsgr.com
2  LEO P. CUNNINGHAM, State Bar No. 121605
   Email:  lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email:  cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email:  mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME 15  ENTERTAINMENT, INC., a Delaware corporation, 16 | Case Nos. C08 04548 MHP; C08 04719 MHP |
| 17                     Plaintiffs, | |
| 18      v. | |
| 19  DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; 20  PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a 21  Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC 22  UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware 23  corporation; and VIACOM, Inc., a Delaware Corporation, 24 | **DECLARATION OF WILLIAM WAY RE: COMPLIANCE WITH AUGUST 11, 2009 MEMORANDUM AND ORDER GRANTING PRELIMINARY INJUNCTION** |
| 25                     Defendants. | |
| 26 | |
| 27  AND RELATED CASES | |
| 28 | |

1    I, William Way, declare:

2        1.  I am Deputy General Counsel for plaintiff and counterclaim defendant RealNetworks,

3    Inc. ("RealNetworks").  I have personal knowledge of the facts set forth herein, and if called to

4    testify, could and would testify competently thereto.

5        2.  I have confirmed that RealNetworks, itself or through its counsel, has taken the

6    following actions to comply with the Court's August 11, 2009 Memorandum and Order Re:

7    Studio Plaintiff's and DVD Copy Control Association's Motion for Preliminary Injunction (the

8    "Order").

9        3.  RealNetworks has not, since October 3, 2008, offered to the public, provided or

10   otherwise trafficked in the RealDVD software or hardware.  The RealDVD hardware has never

11   been offered for sale to the public and the RealDVD software product has not been available to

12   the public since October 3, 2008 through any website that RealNetworks owns or operates or

13   with RealNetworks authority through any third party website.

14       4.  RealNetworks has suspended development work on its RealDVD and Facet products

15   (collectively, the "RealDVD Products"), including but not limited to software coding and quality

16   assurance and compatibility testing.  RealNetworks has also suspended its work with actual and

17   potential third party manufacturers and development partners relating to the RealDVD Products.

18       5.  RealNetworks has suspended customer support for the RealDVD product by ceasing

19   distribution of software patches, fixes, and updates for the RealDVD software product.

20       6.  RealNetworks has altered its website to make clear that RealNetworks does not offer

21   RealDVD products to the public and has removed promotional literature from its website

22   regarding RealDVD, and disabled the customer forum and customer knowledge base portions of

23   RealNetworks website related to RealDVD.

24       I declare under penalty of perjury under the laws of the State of California and the United

25   States of America that the foregoing is true and correct of my own personal knowledge, and that

26   this declaration is executed this 10th day of September, 2009 at Seattle, Washington.

27

28
                                                        _____
                                                                  William Way

WAY DECL. RE COMPLIANCE WITH PI ORDER          -1-
CASE NOS.: C08 04548 MHP; C08 04719 MHP