1   JAMES A. DiBOISE, State Bar No. 83296
    Email: jdiboise@wsgr.com
2   LEO P. CUNNINGHAM, State Bar No. 121605
    Email: lcunningham@wsgr.com
3   COLLEEN BAL, State Bar No. 167637
    Email: cbal@wsgr.com
4   MICHAEL A. BERTA, State Bar No. 194650
    Email: mberta@wsgr.com
5   TRACY TOSH LANE, State Bar No. 184666
    Email: ttosh@wsgr.com
6   WILSON SONSINI GOODRICH & ROSATI
    Professional Corporation
7   One Market Street
    Spear Tower, Suite 3300
8   San Francisco, CA 94105

9   Attorneys for Plaintiffs and
    Counterclaim Defendants
10  REALNETWORKS, INC. and
    REALNETWORKS HOME
11  ENTERTAINMENT, INC.

12              UNITED STATES DISTRICT COURT

13            NORTHERN DISTRICT OF CALIFORNIA

14   REALNETWORKS, INC., a Washington          Case Nos. C08 04548 MHP;
     Corporation; and REALNETWORKS HOME                   C08 04719 MHP
15   ENTERTAINMENT, INC., a Delaware
     corporation,
16
                  Plaintiffs,
17
            v.
18
     DVD COPY CONTrOL ASSOCIATION, INC., a     **REALNETWORK'S NOTICE OF**
19   Delaware nonprofit corporation, DISNEY    **APPEAL**
     ENTERPRISES, INC., a Delaware corporation;
20   PARAMOUNT PICTURES CORP., a Delaware
     corporation; SONY PICTURES ENTER., INC., a
21   Delaware corporation; TWENTIETH CENTURY
     FOX FILM CORP., a Delaware corporation; NBC
22   UNIVERSAL, INC., a Delaware corporation;
     WARNER BROS. ENTER. INC., a Delaware       **PRELIMINARY INJUNCTION APPEAL**
23   corporation; and VIACOM, Inc., a Delaware
     Corporation,
24
                  Defendants.
25

26

27   AND RELATED CASES

28

1

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs and counterclaim defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks" or the "Company") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's August 11, 2009 Memorandum and Order Re: Studio Plaintiff's and DVD Copy Control Association's Motion for Preliminary Injunction (the "Order"). The Order is attached as Exhibit A to the Civil Appeals Docketing Statement filed concurrently with this Notice.

Dated: September 10, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: _____/s/_____
          Michael A. Berta

Attorneys for Plaintiffs REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

## Service List

| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>& FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501 | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>LAWRENCE C. BARTH (SBN 123002)<br>Lawrence.Barth@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>**MUNGER TOLLES & OLSON LLP**<br>335 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702 |
| EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>& FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone: (310) 229-1000<br>Fax: (310) 229-1001 | ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>BETSY A. ZEDEK (SBN 241653)<br>baz@msk.com<br>**MITCHELL, SILBERBERG & KNUPP LLP**<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1683<br>Tel: (310) 312-2000<br>Fax: (310) 312-3100 |
| WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br><br>Attorneys for Defendant<br>**DVD COPY CONTROL ASSOCIATION,<br>INC** | Attorneys for Defendants<br>**PARAMOUNT PICTURES CORP., SONY<br>PICTURES ENTERTAINMENT, INC.,<br>TWENTIETH CENTURY FOX FILM<br>CORP., NBC UNIVERSAL, INC., WARNER<br>BROS. ENTERTAINMENT, INC., and<br>VIACOM, INC.**<br><br>JAMES A. DiBOISE (SBN 83296)<br>jdiboise@wsgr.com<br>COLLEEN BAL (SBN 167637)<br>cbal@wsgr.com<br>MICHAEL A. BERTA (SBN 194650)<br>mberta@wsgr.com<br>TRACY TOSH LANE (SBN 184666)<br>ttosh@wsgr.com<br>**WILSON SONSINI GOODRICH &<br>ROSATI PC**<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Tel: (415) 947-2000<br>Fax: (415) 947-2099<br><br>Attorneys for Plaintiffs<br>**REALNETWORKS, INC. and<br>REALNETWORKS HOME<br>ENTERTAINMENT** |