A-11 (rev. 7/00)                                                        Page 1 of 2



| USCA DOCKET # (IF KNOWN) |
| --- |
|  |

# UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
## CIVIL APPEALS DOCKETING STATEMENT

PLEASE ATTACH ADDITIONAL PAGES IF NECESSARY.

| TITLE IN FULL: | DISTRICT: Northern | JUDGE: Patel |
| --- | --- | --- |

| TITLE IN FULL | DISTRICT COURT NUMBER: C08-04548 |
| --- | --- |

**TITLE IN FULL:**

RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.
v.
DVD Copy Association, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Enter., Inc., Twentieth Century Fox Film Corp., NBC Universal, Inc., Warner Bros. Enter. Inc., and Viacom, Inc.

**DISTRICT:** Northern

**JUDGE:** Patel

**DISTRICT COURT NUMBER:** C08-04548

**DATE NOTICE OF APPEAL FILED:**
September 10, 2009

**IS THIS A CROSS APPEAL?**
☐ YES

**IF THIS MATTER HAS BEEN BEFORE THIS COURT PREVIOUSLY, PLEASE PROVIDE THE DOCKET NUMBER AND CITATION (IF ANY):**

**BRIEF DESCRIPTION OF NATURE OF ACTION AND RESULT BELOW:**

Defendants and counterclaim plaintiffs filed a motion for a preliminary injunction, which the district court granted on August 11, 2009. The underlying claims are for breach of contract and violation of the Digital Millennium Copyright Act.

**PRINCIPAL ISSUES PROPOSED TO BE RAISED ON APPEAL:**

Whether the district court erred by entering a preliminary injunction against plaintiffs and counterclaim defendants.

**PLEASE IDENTIFY ANY OTHER LEGAL PROCEEDING THAT MAY HAVE A BEARING ON THIS CASE (INCLUDE PENDING DISTRICT COURT POST-JUDGMENT MOTIONS):**

**DOES THIS APPEAL INVOLVE ANY OF THE FOLLOWING:**

☐ Possibility of Settlement
☐ Likelihood that intervening precedent will control outcome of appeal
☐ Likelihood of a motion to expedite or to stay the appeal, or other procedural matters (Specify)

☐ Any other information relevant to the inclusion of this case in the Mediation Program

☐ Possibility parties would stipulate to binding award by Appellate Commissioner in lieu of submission to judges

## LOWER COURT INFORMATION

| JURISDICTION | | DISTRICT COURT DISPOSITION | |
|---|---|---|---|
| FEDERAL | APPELLATE | TYPE OF JUDGMENT/ORDER APPEALED | RELIEF |

**FEDERAL**

- ☒ FEDERAL QUESTION
- ☐ DIVERSITY
- ☐ OTHER (SPECIFY):

**APPELLATE**

- ☐ FINAL DECISION OF DISTRICT COURT
- ☒ INTERLOCUTORY DECISION APPEALABLE AS OF RIGHT
- ☐ INTERLOCUTORY ORDER CERTIFIED BY DISTRICT JUDGE (SPECIFY):
- ☐ OTHER (SPECIFY):

**TYPE OF JUDGMENT/ORDER APPEALED**

- ☐ DEFAULT JUDGMENT
- ☐ DISMISSAL/JURISDICTION
- ☐ DISMISSAL/MERITS
- ☐ SUMMARY JUDGMENT
- ☐ JUDGMENT/COURT DECISION
- ☐ JUDGMENT/JURY VERDICT
- ☐ DECLARATORY JUDGMENT
- ☐ JUDGMENT AS A MATTER OF LAW
- ☒ OTHER (SPECIFY):

Order granting preliminary injunction

**RELIEF**

- ☐ DAMAGES:
  - SOUGHT $
  - AWARDED $
- ☒ INJUNCTIONS:
  - ☒ PRELIMINARY
  - ☐ PERMANENT
  - ☒ GRANTED
  - ☐ DENIED
- ☐ ATTORNEY FEES:
  - SOUGHT $
  - AWARDED $
- ☐ PENDING
- ☐ COSTS: $

## CERTIFICATION OF COUNSEL

**I CERTIFY THAT:**

1. COPIES OF ORDER/JUDGMENT APPEALED FROM ARE ATTACHED.

2. A CURRENT SERVICE LIST OR REPRESENTATION STATEMENT WITH TELEPHONE AND FAX NUMBERS IS ATTACHED (SEE 9TH CIR. RULE 3-2).

3. A COPY OF THIS CIVIL APPEALS DOCKETING STATEMENT WAS SERVED IN COMPLIANCE WITH FRAP 25.

4. I UNDERSTAND THAT FAILURE TO COMPLY WITH THESE FILING REQUIREMENTS MAY RESULT IN SANCTIONS, INCLUDING DISMISSAL OF THIS APPEAL.

| Michael Berta | September 10, 2009 |
|---|---|
| **Signature** | **Date** |

## COUNSEL WHO COMPLETED THIS FORM

| NAME | Michael Berta | | |
|---|---|---|---|
| FIRM | Wilson Sonsini Goodrich & Rosati, PC | | |
| ADDRESS | One Market Street, Suite 3300 | | |
| CITY | San Francisco | STATE CA | ZIP CODE 94105 |
| E-MAIL | mberta@wsgr.com | TELEPHONE | 415-947-2000 |
| FAX | 415-947-2099 | | |

**\*\*THIS DOCUMENT SHOULD BE FILED IN DISTRICT COURT WITH THE NOTICE OF APPEAL. \*\***
**\*\*IF FILED LATE, IT SHOULD BE FILED DIRECTLY WITH THE U.S. COURT OF APPEALS.\*\***