1  JAMES A. DiBOISE, State Bar No. 83296
   Email: jdiboise@wsgr.com
2  LEO P. CUNNINGHAM, State Bar No. 121605
   Email: lcunningham@wsgr.com
3  COLLEEN BAL, State Bar No. 167637
   Email: cbal@wsgr.com
4  MICHAEL A. BERTA, State Bar No. 194650
   Email: mberta@wsgr.com
5  TRACY TOSH LANE, State Bar No. 184666
   Email: ttosh@wsgr.com
6  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
7  One Market Street
   Spear Tower, Suite 3300
8  San Francisco, CA 94105

9  Attorneys for Plaintiffs and
   Counterclaim Defendants
10 REALNETWORKS, INC. and
   REALNETWORKS HOME
11 ENTERTAINMENT, INC.

12                 UNITED STATES DISTRICT COURT

13                 NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 14  REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation, | Case Nos. C08 04548 MHP; C08 04719 MHP |
| 16 | |
| 17  Plaintiffs, | |
|     v. | |
| 18  DVD COPY CONTrOL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation, | **REALNETWORK'S NOTICE OF APPEAL** |
| | **<u>PRELIMINARY INJUNCTION APPEAL</u>** |
| 24  Defendants. | |
| 26 | |
| 27  AND RELATED CASES | |
| 28 | |

Notice of Appeal
C-08-4548 MHP; C08-4719 MHP

# NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiffs and counterclaim defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks" or the "Company") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's August 11, 2009 Memorandum and Order Re: Studio Plaintiff's and DVD Copy Control Association's Motion for Preliminary Injunction (the "Order"). The Order is attached as Exhibit A to the Civil Appeals Docketing Statement filed concurrently with this Notice.

Dated: September 10, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By: /s/
Michael A. Berta

Attorneys for Plaintiffs REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

## Service List

| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>& FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>& FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone: (310) 229-1000<br>Fax: (310) 229-1001<br><br>WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>MARK WEINSTEIN (SBN 193043)<br>mweinstein@whitecase.com<br>MARK F. LAMBERT (SBN 197410)<br>mlambert@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br><br>Attorneys for Defendant<br>**DVD COPY CONTROL ASSOCIATION, INC** | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>LAWRENCE C. BARTH (SBN 123002)<br>Lawrence.Barth@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>**MUNGER TOLLES & OLSON LLP**<br>335 South Grand Avenue, 35th Floor<br>Los Angeles, CA 90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702<br><br>ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>BETSY A. ZEDEK (SBN 241653)<br>baz@msk.com<br>**MITCHELL, SILBERBERG & KNUPP LLP**<br>11377 West Olympic Boulevard<br>Los Angeles, CA 90064-1683<br>Tel: (310) 312-2000<br>Fax: (310) 312-3100<br><br>Attorneys for Defendants<br>**PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC.,** and **VIACOM, INC.**<br><br>JAMES A. DiBOISE (SBN 83296)<br>jdiboise@wsgr.com<br>COLLEEN BAL (SBN 167637)<br>cbal@wsgr.com<br>MICHAEL A. BERTA (SBN 194650)<br>mberta@wsgr.com<br>TRACY TOSH LANE (SBN 184666)<br>ttosh@wsgr.com<br>**WILSON SONSINI GOODRICH & ROSATI PC**<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA 94105<br>Tel: (415) 947-2000<br>Fax: (415) 947-2099<br><br>Attorneys for Plaintiffs<br>**REALNETWORKS, INC.** and **REALNETWORKS HOME ENTERTAINMENT** |