|   |   |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Telephone:   415-765-9500<br>Facsimile:   415-765-9501 | WILLIAM SLOAN COATS (SBN 94864)<br>Email:  wcoats@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA  94306<br>Telephone: (650) 213-0300<br>Facsimile:  (650) 213-8158 |

STEPHEN MICK (SBN 131569)
smick@akingump.com
MICHAEL SMALL (SBN 222768)
msmall@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3012
Telephone:   310-229-1000
Facsimile:   310-229-1001

Attorneys for Defendant
DVD COPY CONTROL ASSOCIATION, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

|   |   |
|---|---|
| REALNETWORKS, INC., a Washington corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>          Plaintiffs,<br><br>     v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware non-profit corporation;  DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER., INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>          Defendants. | Case No.  C08 04548 MHP<br>Case No.  C08 04719 MHP (related case)<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>**[General Order 45(IV)(C)(3)]** |

1 | TO THE COURT AND ALL ATTORNEYS OF RECORD:

2 |     Mark R. Weinstein and Mark F. Lambert, Attorneys of Record for Defendant DVD Copy Control Association, Inc. are no longer members of White & Case LLP and are no longer assigned to the case. Please remove from your service list for this action.

Dated: September 16, 2009

WILLIAM SLOAN COATS
WHITE & CASE LLP


By:         /s/
    William Sloan Coats
Attorneys for Defendant
DVD COPY CONTROL ASSOCIATION, INC.

-1-

PALOALTO 100468 (2K)

NOTICE OF CHANGE IN COUNSEL
C08 04548 MHP