# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 09-16996          U.S. District Court Case No. 3:08-cv-04548-MHP

Short Case Title   Realnetworks, Inc. et al v. DVD Copy Control Association, et al

Date Notice of Appeal Filed by Clerk of District Court   09/10/09

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
|---|---|---|
| 10/03/08 | Juanita Gonzalez | Temporary Restraining Order Hearing |
| 10/07/08 | Sahar McVickar | Temporary Restraining Order Hearing |
| 12/22/08 | Sahar McVickar | Motion to Srike; Motion to Amend |
| 02/03/09 | Christine Triska | Discovery Hearing |
| 03/23/09 | Margo Garule | Motion Hearing |
| 04/24/09 | K. Sullivan; B. Ball | Preliminary Injunction Hearing, Day 1 |
| 04/28/09 | K. Sullivan; B. Ball | Preliminary Injunction Hearing, Day 2 |
| 04/29/09 | K. Sullivan; B. Ball | Preliminary Injunction Hearing, Day 3 |

(attach additional page for designations if necessary)

See attachment A
☐ I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

See attachment A
☐ As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☐ As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant          Date Transcript Ordered 9/17/09

Tracy Tosh Lane
Wilson Sonsini Goodrich & Rosati
One Market, Spear Tower, Suite 3300
San Francisco, CA  94105
415-947-2000

*Signature Attorney/Pro Per Litigant*

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

Dockets.Justia.com

## Attachment A

Additional Hearing Dates

| Hearing Date | Court Reporter | Hearing Type |
| --- | --- | --- |
| 5/7/09 | K. Sullivan; B. Ball | Preliminary Injunction Hearing, Day 5 |
| 5/21/09 | K. Sullivan; B. Ball | Preliminary Injunction, Closing Arguments |

Appellants believe that it is unnecessary to reorder the preparation of transcripts for this appeal because all transcripts in these proceedings have already been ordered and prepared, as recorded on the docket sheet. However, Appellants designate for the record on appeal each and every transcript listed on the Transcript Designation and Order Form and this attachment. The table below lists the docket number for each transcript prepared during the course of this matter.

| Hearing Date | Docket Number for Transcript |
| --- | --- |
| 10/3/08 | 100 |
| 10/7/08 | 44 |
| 12/22/08 | 466 |
| 2/3/09 | 125 |
| 3/23/09 | 241 |
| 4/24/09 | 302 |
| 4/28/09 | 314 |
| 4/29/09 | 313 |
| 5/7/09 | 320 |
| 5/21/09 | 386 |