JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO P. CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants. | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>CA9 Docket No.: 09-16996<br><br>**REALNETWORKS' AMENDED NOTICE OF APPEAL**<br><br>**PRELIMINARY INJUNCTION APPEAL** |
| AND RELATED CASES | |

AMENDED NOTICE OF APPEAL
C-08-4548 MHP; C08-4719 MHP

Dockets.Justia.com

# AMENDED NOTICE OF APPEAL[1]

NOTICE IS HEREBY GIVEN that Plaintiffs and counterclaim defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. (collectively, "RealNetworks") hereby appeal to the United States Court of Appeals for the Ninth Circuit from the Court's August 11, 2009 Memorandum and Order Re: Studio Plaintiff's and DVD Copy Control Association's Motion for Preliminary Injunction (the "Order").  Further, to the extent the appellate court must consider any other memorandum and/or order issued by the Court to decide the appealed Order, such other memorandum and/or order should be considered appealed.  Such other order and/or memorandum may include, but is not limited to, the Court's May 5, 2009 Memorandum & Order Re: Plaintiffs' Motion to Dismiss DVD CCA's Second Counterclaim; Plaintiffs' Motion to Preclude Claims Based on Non-CSS Technologies; Defendants' Motion for Sanctions for Spoliation of Evidence, attached as Exhibit A hereto.  The Order was attached as Exhibit A to the Civil Appeals Docketing Statement filed with the Notice on September 10, 2009.

Dated: September 23, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

By:  /s/ Michael A. Berta
    Michael A. Berta

Attorneys for Plaintiffs REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

---

[1] This amended notice contains non-substantive changes to the Notice of Appeal filed on September 10, 2009 and is meant to provide clarification to the record as to the possible scope of review necessary to complete the appeal of the Court's grant of a preliminary injunction.  A party may submit an amended notice of appeal to correct non-substantive deficiencies without a formal motion.  See Goelz & Watts, *Rutter Group Practice Guide: Federal Ninth Circuit Civil Appellate Practice*, §3:400-1 (The Rutter Group 2009); *Pope v. Saving Bank of Puget Sound*, 850 F.2d 1345, 1347 (9th Cir. 1988).

## Service List

| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>   & FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER<br>   & FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone: (310) 229-1000<br>Fax: (310) 229-1001<br><br>WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br><br>Attorneys for Defendant<br>**DVD COPY CONTROL ASSOCIATION, INC** | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>LAWRENCE C. BARTH (SBN 123002)<br>Lawrence.Barth@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>**MUNGER TOLLES & OLSON LLP**<br>335 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702<br><br>ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>**MITCHELL, SILBERBERG & KNUPP LLP**<br>11377 West Olympic Boulevard<br>Los Angeles, CA  90064-1683<br>Tel: (310) 312-2000<br>Fax: (310) 312-3100<br><br>Attorneys for Defendants<br>**PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., and VIACOM, INC.**<br><br>JAMES A. DiBOISE (SBN 83296)<br>jdiboise@wsgr.com<br>COLLEEN BAL (SBN 167637)<br>cbal@wsgr.com<br>MICHAEL A. BERTA (SBN 194650)<br>mberta@wsgr.com<br>TRACY TOSH LANE (SBN 184666)<br>ttosh@wsgr.com<br>**WILSON SONSINI GOODRICH &<br>   ROSATI PC**<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Tel: (415) 947-2000; Fax: (415) 947-2099<br><br>Attorneys for Plaintiffs<br>**REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT** |