1  GLENN D. POMERANTZ (SBN 112503)           ROBERT H. ROTSTEIN (SBN 72452)
   Glenn.Pomerantz@mto.com                    rxr@msk.com
2  BART H. WILLIAMS (SBN 134009)              ERIC J. GERMAN (SBN 224557)
   Bart.Williams@mto.com                      ejg@msk.com
3  KELLY M. KLAUS (SBN 161091)                MITCHELL SILBERBERG & KNUPP LLP
   Kelly.Klaus@mto.com                        11377 West Olympic Boulevard
4  MUNGER, TOLLES & OLSON LLP                 Los Angeles, California  90064-1683
   355 South Grand Avenue, 35th Floor         Tel: (310) 312-2000; Fax: (310) 312-3100
5  Los Angeles, CA  90071-1560
   Tel: (213) 683-9100; Fax: (213) 687-3702

7  GREGORY P. GOECKNER (SBN 103693)
   gregory_goeckner@mpaa.org
8  DANIEL E. ROBBINS (SBN 156934)
   dan_robbins@mpaa.org
9  15301 Ventura Boulevard, Building E
   Sherman Oaks, California  91403-3102
10 Tel: (818) 995-6600; Fax: (818) 285-4403

11 Attorneys for Defendants/Counterclaim-Plaintiffs/Plaintiffs
   COLUMBIA PICTURES INDUSTRIES, INC., DISNEY
12 ENTERPRISES, INC., PARAMOUNT PICTURES CORP.,
   SONY PICTURES ENTERTAINMENT, INC., SONY
13 PICTURES TELEVISION INC., TWENTIETH CENTURY
   FOX FILM CORP., NBC UNIVERSAL, INC., WALT
14 DISNEY PICTURES, WARNER BROS.
   ENTERTAINMENT, INC., UNIVERSAL CITY STUDIOS
15 PRODUCTIONS LLLP, UNIVERSAL CITY STUDIOS
   LLLP, AND VIACOM, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al., | CASE NO.  C 08-4548-MHP |
| Plaintiffs, | Consolidated with Case No. C 08-04719-MHP |
| vs. | **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, (2) DECLARATION OF REBECCA GOSE LYNCH IN SUPPORT THEREOF, (3) DECLARATION OF DR. JOHN P.J. KELLY IN SUPPORT THEREOF, AND [PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE** |
| DVD COPY CONTROL ASSOCIATION, INC., et al. | |
| Defendants. | |
| AND CONSOLIDATED ACTIONS. | |

1 **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**

2 Based on the Studios' Application, and good cause appearing for the entry thereof,

3 IT IS HEREBY ORDERED that the following documents be filed under seal: **Only as follows:**

4 (1) ~~Highly Confidential Version of Motion for Sanctions for Spoliation of~~

5 ~~Evidence;~~

6 (2) Highly Confidential Version of the Declaration of Rebecca Gose Lynch in

7 Support of Motion for Sanctions for Spoliation of Evidence;

8 (3) Highly Confidential Version of the Declaration of Dr. John P.J. Kelly in

9 Support of Motion for Sanctions for Spoliation of Evidence; and

10 (4) ~~Highly Confidential Version of [Proposed] Order Granting Motion for~~

11 ~~Sanctions for Spoliation of Evidence.~~

12 It is so ORDERED.

13 9/24/2009

_____
The Honorable Marilyn H. Patel
United States...

*IT IS SO ORDERED*
*Judge Marilyn H. Patel*

15 Submitted by:

16 MUNGER, TOLLES & OLSON LLP

17 MITCHELL SILBERBERG & KNUPP LLP

18 GREGORY P. GOECKNER
DANIEL E. ROBBINS
19

20
By:  _____/s/_____
21         REBECCA GOSE LYNCH

22 Attorneys for Studio Parties

7198510.1                                                   - 1 -                              **[PROPOSED] ORDER GRANTING APPLICATION TO SEAL**