GLENN D. POMERANTZ (SBN 112503)
Glenn.Pomerantz@mto.com
BART H. WILLIAMS (SBN 134009)
Bart.Williams@mto.com
KELLY M. KLAUS (SBN 161091)
Kelly.Klaus@mto.com
ROHIT K. SINGLA (SBN 213057)
Rohit.Singla@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California  90071-1560
Tel: (213) 683-9100; Fax: (213) 687-3702

GREGORY P. GOECKNER (SBN 103693)
Gregory_Goeckner@mpaa.org
DANIEL E. ROBBINS (SBN 156934)
Dan_Robbins@mpaa.org
15301 Ventura Boulevard, Building E
Sherman Oaks, California  91403-3102
Tel: (818) 995-6600; Fax: (818) 285-4403

Attorneys for Motion Picture Studio Parties

[Additional counsel listed on signature page.]

ROBERT H. ROTSTEIN (SBN 72452)
rxr@msk.com
ERIC J. GERMAN (SBN 224557)
ejg@msk.com
MITCHELL SILBERBERG & KNUPP LLP
11377 West Olympic Boulevard
Los Angeles, California  90064-1683
Tel: (310) 312-2000; Fax: (310) 312-3100

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>DVD COPY CONTROL ASSOCIATION, et al.,<br><br>Defendants. | CASE NO.  C 08-4548 MHP<br><br>**MOTION PICTURE STUDIO PARTIES' AND DVD CCA'S SUBMISSION OF CHANGES TO PROPOSED PRELIMINARY INJUNCTION ORDER**<br><br>Judge:  Hon. Marilyn Hall Patel<br>Crtrm:  15 |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>REALNETWORKS, INC, et al.,<br><br>Defendants. | CASE NO.  C-08-4719 MHP |

1        The Court's Preliminary Injunction Order ("Order") states that the "The Studios and DVD

2  CCA may submit a proposed order for injunctive relief if anything further is sought" or invites a

3  stipulated proposed order.  The Studios and the DVD CCA do not seek any further relief than the

4  Court granted in its Order.

5        The Studios and the DVD CCA do request, however, that the summary of the Court's

6  injunction, set forth at pages 56 and 57 of the Order, make explicit that the injunction

7  encompasses not only circumvention or breach of CSS but also circumvention of ARccOS or

8  RipGuard.  The Order found that "the Studios are likely to prevail on their claim that RealDVD

9  circumvents ARccOS or RipGuard in violation of the copy-control section of the DMCA."

10  (Order ¶ 111.)  But the summary of the Order on pages 56 and 57 does not reference ARccOS or

11  RipGuard.  While ARccOS and RipGuard are used on CSS-protected DVD content, adding

12  ARccOS and RipGuard expressly to the summary of the Order will avoid any potential

13  uncertainty.

14        The Studios thus submit the attached proposed order which adds the words "ARccOS-

15  protected or RipGuard-protected" after "CSS-protected" in the summary to avoid any argument

16  that the Court's injunction permits circumvention of ARccOS or RipGuard.  Given that Real has

17  already submitted the report and supporting declaration regarding compliance with the injunction

18  required by the Order, the attached proposed order does not require another such report to be

19  filed.

20

21

22

23

24

25

26

27

28

1    DATED: September 24, 2009                Respectfully submitted,

2                                             MUNGER, TOLLES & OLSON LLP

3

4
                                             By:_____
5                                                   GLENN D. POMERANTZ

6                                             Attorneys for Motion Picture Studio Parties

7    DATED: September 24, 2009

8                                             AKIN GUMP STRAUSS HAUER & FELD, LLP

9

10
                                             By:_____
11                                                  REGINALD D. STEER

12                                            Attorneys for DVD Copy Control Association

13

14   .

15

16

17

18

19

20

21

22

23

24

25

26

27

28