Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al Doc. 472
Case3:08-cv-04548-MHP Document472 Filed09/24/09 Page1 of 2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., et al.,<br>Plaintiffs,<br>vs.<br>DVD COPY CONTROL ASSOCIATION, INC., et al.,<br>Defendants. | CASE NO. C 08-4548-MHP<br>**[PROPOSED] PRELIMINARY INJUNCTION ORDER** |
| UNIVERSAL CITY STUDIOS PRODUCTIONS LLLP, et al.,<br>Plaintiffs,<br>vs.<br>REALNETWORKS, INC., et al.,<br>Defendants. | CASE NO. C 08-4719-MHP |

[PROPOSED] PRELIMINARY INJUNCTION
CASE NOS. C 08-4548, 08-4719-MHP

Dockets.Justia.com

For the reasons set forth in the Court's August 11, 2009 Memorandum and Order Re: Studio Plaintiffs' and DVD Copy Control Association's Motions for Preliminary Injunction (Doc. No. 448, Case No. C-08-4548-MHP; Doc. No. 51, Case No. C-08-4719-MHP):

The Court GRANTS the Studio plaintiffs' and DVD CCA's motion for a preliminary injunction against Real. RealNetworks is hereby preliminarily enjoined from engaging in, or facilitating others in, manufacturing, importing, offering to the public, providing or otherwise trafficking in the product known as RealDVD, whether termed Vegas, Facet or another internal name, or any substantially similar software application or other product, service, device, component or part thereof that circumvents or otherwise fails to protect against access to, duplication of, and/or redistribution of CSS-protected, ARccOS-protected or RipGuard-protected and copyrighted DVD content.

The Court hereby converts the Studios' temporary restraining order bond, posted in the sum of $1,000,000.00 on October 6, 2008, to a preliminary injunction bond, to compensate Real for its losses in the event that this injunction is reversed or vacated.

IT IS SO ORDERED.

Dated:

____________________________________
HONORABLE MARILYN HALL PATEL
United States District Judge

Respectfully submitted:

MUNGER, TOLLES & OLSON LLP

By: *\/s/ Glenn D. Pomerantz*
GLENN D. POMERANTZ

Attorneys for Motion Picture Studio Parties

AKIN GUMP STRAUSS HAUER & FELD, LLP

By: *\/s/ Reginald D. Steer*
REGINALD D. STEER

Attorneys for DVD Copy Control Association