JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO P. CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>**REALNETWORK'S OPPOSITION TO MOTION PICTURE STUDIO PARTIES' AND DVD CCA'S SUBMISSION OF CHANGES TO PROPOSED PRELIMINARY INJUNCTION ORDER** |

OPPOSITION TO PROPOSED CHANGES
C-08-4548 MHP; C08-4719 MHP

Dockets.Justia.com

1    On August 11, 2009, the Court entered its Preliminary Injunction Order ("Order") enjoining Real from, among other things, selling its RealDVD Products to the public. The Order required that Real certify its compliance with the Order within 30 days. Real also had 30 days to file a Notice of Appeal of the Order. Real complied with both of these deadlines, filing a compliance statement and a Notice of Appeal on September 10, 2009.

The Order also stated that the Studios and DVD CCA ("Defendants") were permitted to submit a "proposed order for injunctive relief if anything further is sought." Order at p. 56. The Defendants did not do so during the 30 day window. Rather, Defendants have now filed a request for changes to the Court's Order 45 days after it has issued, and after Real has filed both its compliance statement and its notice of appeal of the original Order.

Real requests that the Court deny Defendants' submission as untimely. If the requested changes are non-substantive, as Defendants suggest, then they are unnecessary and should be rejected. Changing the Order now works to Real's prejudice especially where Real has already taken an appeal of the actual, original Order. If, instead, Defendants' suggested changes are somehow taken to be substantive, then Defendants' changes should be rejected as too vague to form the basis for injunctive relief because Defendants do not say what requirements these changes place on Real; whether the Court would require Real to file a new statement of compliance; and what further compliance steps might be required of Real.

The Defendants state that they do not "seek any further relief than the Court granted in its Order." As that is the case, Real requests that the Court allow the appeal of the existing Order to go forward unhindered and without further modification or delay.

Respectfully submitted,

Dated:  September 28, 2009

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation


By:  ‎ /s/ Michael Berta
       Michael A. Berta

Attorneys for Plaintiffs REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT, INC.

## Service List

| | |
|---|---|
| REGINALD D. STEER (SBN 056324)<br>rsteer@akingump.com<br>MARIA ELLINIKOS (SBN 235528)<br>mellinikos@akingump.com<br>**AKIN GUMP STRAUSS HAUER**<br>   **& FELD LLP**<br>580 California, 15th Floor<br>San Francisco, California 94104-1036<br>Tel: (415) 765-9500<br>Fax: (415) 765-9501<br><br>EDWARD P. LAZARUS (SBN 212658)<br>elazarus@akingump.com<br>STEPHEN MICK (SBN 131569)<br>smick@akingump.com<br>MICHAEL SMALL (SBN 222768)<br>msmall@akingump.com<br>**AKIN GUMP STRAUSS HAUER**<br>   **& FELD LLP**<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3012<br>Telephone: (310) 229-1000<br>Fax: (310) 229-1001<br><br>WILLIAM SLOAN COATS (SBN 94864)<br>wcoats@whitecase.com<br>**WHITE & CASE LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, California 94306<br>Tel: (650) 213-0300<br>Fax: (650) 213-8158<br><br>Attorneys for Defendant<br>**DVD COPY CONTROL ASSOCIATION, INC** | GLENN D. POMERANTZ (SBN 112503)<br>Glenn.Pomerantz@mto.com<br>LAWRENCE C. BARTH (SBN 123002)<br>Lawrence.Barth@mto.com<br>BART H. WILLIAMS (SBN 134009)<br>Bart.Williams@mto.com<br>KELLY M. KLAUS (SBN 161091)<br>Kelly.Klaus@mto.com<br>**MUNGER TOLLES & OLSON LLP**<br>335 South Grand Avenue, 35th Floor<br>Los Angeles, CA  90071-1560<br>Tel: (213) 683-9100; Fax: (213) 687-3702<br><br>ROBERT H. ROTSTEIN (SBN 72452)<br>rxr@msk.com<br>ERIC J. GERMAN (SBN 224557)<br>ejg@msk.com<br>**MITCHELL, SILBERBERG & KNUPP LLP**<br>11377 West Olympic Boulevard<br>Los Angeles, CA  90064-1683<br>Tel: (310) 312-2000<br>Fax: (310) 312-3100<br><br>Attorneys for Defendants<br>**PARAMOUNT PICTURES CORP., SONY PICTURES ENTERTAINMENT, INC., TWENTIETH CENTURY FOX FILM CORP., NBC UNIVERSAL, INC., WARNER BROS. ENTERTAINMENT, INC., and VIACOM, INC.**<br><br>JAMES A. DiBOISE (SBN 83296)<br>jdiboise@wsgr.com<br>COLLEEN BAL (SBN 167637)<br>cbal@wsgr.com<br>MICHAEL A. BERTA (SBN 194650)<br>mberta@wsgr.com<br>TRACY TOSH LANE (SBN 184666)<br>ttosh@wsgr.com<br>**WILSON SONSINI GOODRICH &**<br>   **ROSATI PC**<br>One Market Street, Spear Tower, Suite 3300<br>San Francisco, CA  94105<br>Tel: (415) 947-2000<br>Fax: (415) 947-2099<br><br>Attorneys for Plaintiffs<br>**REALNETWORKS, INC. and REALNETWORKS HOME ENTERTAINMENT** |