Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al                                                                        Doc. 478




**Molly C. Dwyer**
**Clerk of Court**

Office of the Clerk
# United States Court of Appeals for the Ninth Circuit
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

September 11, 2009

| | |
|---|---|
| CA9 Docket No.: | 09-16996 |
| Agency Number: | 3:08-cv-04548-MHP |
| Short Title: | Realnetworks, Inc., et al v. DVD Copy Control Association,, et al |

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**BRIEFING DATES WILL BE SET BY A FUTURE COURT ORDER.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**

Dockets.Justia.com