JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

SUSAN CREIGHTON, State Bar No. 135528
Email: screighton@wsgr.com
RENATA B. HESSE, State Bar No. 148425
Email: rhesse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

JONATHAN M. JACOBSON, NY 1350495
Email: jjacobson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>          C08 04719 MHP<br><br>**MOTION OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM**<br><br>**Before: Hon. Marilyn Hall Patel**<br>**Dept: Courtroom 15**<br>**Date: October 26, 2009**<br>**Time: 2:00 p.m.** |

1     RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") respectfully

2   request permission of the Court to bring into the courtroom and use the following equipment and

3   materials during the hearing scheduled for October 26, 2009 in the above-captioned matter:

4          (1)    Laptop computers

5          (2)    Computer cables and other computer-related equipment

6          (3)    Boxes containing the documents for Court and/or witnesses, including deposition

7                 transcripts and hearing exhibits

8          (4)    Books and reference materials

9          (5)    Demonstrative exhibits

10         (6)    Easels

11         (7)    Projector

12         (8)    Screen

13         (9)    Extension cords

14

15   Dated:  October 21, 2009                WILSON, SONSINI, GOODRICH & ROSATI

16

17                                           By: /s/ Renata B. Hesse
                                                    Renata B. Hesse
18
                                             Attorneys for Plaintiffs
19                                           REALNETWORKS, INC. and REALNETWORKS
                                             HOME ENTERTAINMENT, INC.
20

21

22

23

24

25

26

27

28