JAMES A. DiBOISE, State Bar No. 83296
Email: jdiboise@wsgr.com
LEO CUNNINGHAM, State Bar No. 121605
Email: lcunningham@wsgr.com
COLLEEN BAL, State Bar No. 167637
Email: cbal@wsgr.com
MICHAEL A. BERTA, State Bar No. 194650
Email: mberta@wsgr.com
TRACY TOSH LANE, State Bar No. 184666
Email: ttosh@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
One Market Street
Spear Tower, Suite 3300
San Francisco, CA 94105

SUSAN CREIGHTON, State Bar No. 135528
Email: screighton@wsgr.com
RENATA B. HESSE, State Bar No. 148425
Email: rhesse@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1700 K Street, NW, Fifth Floor
Washington, D.C. 20006-3817
Telephone: (202) 973-8800
Facsimile: (202) 973-8899

JONATHAN M. JACOBSON, NY 1350495
Email: jjacobson@wsgr.com
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
1301 Avenue of the Americas, 40th Floor
New York, NY 10019-6022
Telephone: (212) 999-5800
Facsimile: (212) 999-5899

Attorneys for Plaintiffs and
Counterclaim Defendants
REALNETWORKS, INC. and
REALNETWORKS HOME
ENTERTAINMENT, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REALNETWORKS, INC., a Washington Corporation; and REALNETWORKS HOME ENTERTAINMENT, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>DVD COPY CONTROL ASSOCIATION, INC., a Delaware nonprofit corporation, DISNEY ENTERPRISES, INC., a Delaware corporation; PARAMOUNT PICTURES CORP., a Delaware corporation; SONY PICTURES ENTER., INC., a Delaware corporation; TWENTIETH CENTURY FOX FILM CORP., a Delaware corporation; NBC UNIVERSAL, INC., a Delaware corporation; WARNER BROS. ENTER. INC., a Delaware corporation; and VIACOM, Inc., a Delaware Corporation,<br><br>Defendants.<br><br>AND RELATED CASES | Case Nos. C08 04548 MHP;<br>C08 04719 MHP<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM<br><br>Before: Hon. Marilyn Hall Patel<br>Dept: Courtroom 15<br>Date: October 26, 2009<br>Time: 2:00 p.m. |

[~~PROPOSED~~] ORDER RE REALNETWORKS' MOTION
TO BRING CERTAIN EQUIPMENT AND MATERIALS
INTO THE COURTROOM
CASE NO.: C-08-CV-04548-MHP

WHEREAS, on October 21, 2009, RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. ("Real") filed a motion seeking permission of the Court to bring into the courtroom and use the following equipment and materials during the hearing scheduled for October 26, 2009 in the above-captioned matter:

(1)　Laptop computers

(2)　Computer cables and other computer-related equipment

(3)　Boxes containing the documents for Court and/or witnesses, including deposition transcripts and hearing exhibits

(4)　Books and reference materials

(5)　Demonstrative exhibits

(6)　Easels

(7)　Projector

(8)　Screen

(9)　Extension cords

WHEREAS, good cause being shown,

**IT IS SO ORDERED.** RealNetworks may bring into the courtroom and use the above equipment and materials during the hearing scheduled for October 26, 2009.

Dated: October 23, 2009

_____
Hon. Marilyn H. Patel

[PROPOSED] ORDER RE REALNETWORKS' MOTION
TO BRING CERTAIN EQUIPMENT AND MATERIALS
INTO THE COURTROOM
CASE NO.: C-08-CV-04548-MHP