# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL PRETRIAL MINUTES

Date: October 26, 2009

Case No.   C 08-4548  MHP                Judge: MARILYN H. PATEL
           C 08-4719  MHP

Title: REAL NETWORKS INC -v- DVD COPY CONTROL ASSOCIATION et al
       UNIVERSAL CITY STUDIOS PRODUCTIONS -v- REALNETWORKS INC

Attorneys:  Plf:  Colleen Bal, Leo Cunningham, Mark Ouweleen, Jonathan Jacobson, Renata Hesse,
                  Lisa Davis, Bill Way
            Dft: Rohjit Singla, Reginald Steer, Stephen Mick, Kelly Klaus, Glenn Pomerantz,
                 Harrison J Frahn IV, Michael Lizuno

Deputy Clerk:  Anthony Bowser   Court Reporter: Jim Yeomans

## PROCEEDINGS

1)  Defendants' Motions to Dismiss Counterclaims/Anti-Trust Claims

2)

## ORDERED AFTER HEARING:

Counsel submit after further discussion; Court to issue order;