**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking　　　　　　　　　　　　　　　　　　　　　　　　General Court Number
Clerk　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　415.522.2000

November 12, 2009

Clerk
U.S. Court of Appeals
For the Ninth Circuit
P.O. Box 193939
San Francisco, CA 94119-3939

**CASE NUMBER: CV 08-04548 MHP**

**CASE TITLE: Realnetworks, Inc.-v-DVD Copy Control Association, Inc.**

USCA Case Number: 09-16996

Dear Sir/Madam:

　　　　Enclosed is the Certificate of Record in the above captioned case. Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

　　　　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　　　　RICHARD W. WIEKING, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　　*[signature]*

　　　　　　　　　　　　　　　　　　　　　　　　　by:　Gina Agustine-Rivas
　　　　　　　　　　　　　　　　　　　　　　　　　Case Systems Administrator

cc:　Counsel of Record