ADRMOP, AO279, APPEAL, E-Filing

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:08-cv-04548-MHP
## Internal Use Only

| | |
|---|---|
| Realnetworks, Inc. et al v. DVD Copy Control Association, Inc. et al | Date Filed: 09/30/2008 |
| | Jury Demand: Plaintiff |
| Assigned to: Hon. Marilyn H. Patel | Nature of Suit: 820 Copyright |
| Cause: 17:101 Copyright Infringement | Jurisdiction: Federal Question |

**Plaintiff**

| | | |
|---|---|---|
| **Realnetworks, Inc.**<br>*a Washington corporation* | represented by | **Michael A. Berta**<br>Wilson Sonsini Goodrich & Rosati<br>Professional Corporation<br>One Market Street<br>Spear Tower<br>Suite 3300<br>San Francisco, CA 94105<br>415-947-2114<br>Fax: 415-947-2099<br>Email: mberta@wsgr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Tracy Tosh Lane , Esq.**<br>Wilson Sonsini Goodrich &Rosati<br>One Market, Spear Tower<br>Suite 3300<br>San Francisco, CA 94105<br>415-947-2022<br>Fax: 415-947-2099<br>Email: ttosh@wsgr.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Alan E. Littmann**<br>Bartlit Beck Herman Palenchar &<br>Scott<br>54 W. Hubbard Street<br>Suite 300<br>Chicago, IL 60654<br>(312) 494-4400<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED* |
| | | **Colleen Bal** |

Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
415-947-2200
Fax: 415-947-2099
Email: cbal@wsgr.com
*ATTORNEY TO BE NOTICED*

**Donald E. Scott**
Bartlit Beck Herman Palenchar &
Scott LLP
1899 Wynkoop Street
8th Floor
Denver, Co 80202
303-592-3100
Email: donald.scott@bartlit-
beck.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James A. DiBoise**
Wilson Sonsini Goodrich & Rosati
Professional Corporation
One Market Street
Spear Tower
Suite 3300
San Francisco, CA 94105
415-947-2114
Fax: 415-947-2099
Email: jdiboise@wsgr.com
*ATTORNEY TO BE NOTICED*

**Karma Micaela Giulianelli**
Bartlit Beck Herman Palenchar &
Scott
1899 Wynkoop Street
8th Floor
Denver, CO 80202
(303) 592-3100
Fax:
Email: karma.giulianelli@bartlit-
beck.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Leo Patrick Cunningham**
Wilson Sonsini Goodrich & Rosati

650 Page Mill Road
Palo Alto, CA 94304-1050
650-320-4573
Fax: 650-565-5100
Email: lcunningham@wsgr.com
*ATTORNEY TO BE NOTICED*

**Renata Bianca Hesse**
Wilson Sonsini Goodrich & Rosati
1700 K Street NW Fifth Floor
Washington, DC 20006
202-973-8800
Fax: 202-978-8899
Email: rhesse@wsgr.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Realnetworks Home Entertainment, Inc.**<br>*a Delaware corporation* | represented by | **Michael A. Berta**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Tracy Tosh Lane , Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colleen Bal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. DiBoise**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leo Patrick Cunningham**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mark S. Ouweleen**
Attorney at Law
Bartlit Beck Herman Palenchar &
Scott LLP
54 W. Hubbard St.,
Suite 300
Chicago, IL 60610
(312) 494-4400
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Renata Bianca Hesse**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DVD Copy Control Association,**             represented by   **Edward Peter Lazarus**
**Inc.**                                                       Akin Gump Strauss Hauer & Feld
*a Deleware nonprofit corporation*                            LLP
                                                              2029 Century Park East
                                                              Suite 2400
                                                              Los Angeles, CA 90067-3012
                                                              (310) 229-1000
                                                              Fax: (310) 229-1001
                                                              *TERMINATED: 07/02/2009*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Maria Ellinikos**
                                                              Akin Gump Strauss Hauer & Feld
                                                              LLP
                                                              580 California Street
                                                              15th Floor
                                                              San Francisco, CA 94104
                                                              415-765-9560
                                                              Fax: 415-765-9501
                                                              Email: mellinikos@akingump.com
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Mark Frederick Lambert**
                                                              Cooley Godward Kronish LLP
                                                              Five Palo Alto Square
                                                              3000 El Camino Real
                                                              Palo Alto, CA 94306-2155
                                                              650/843-5003
                                                              Fax: 650/857-0663
                                                              Email: mlambert@cooley.com
                                                              *TERMINATED: 09/17/2009*
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Mark R. Weinstein**
                                                              Cooley Godward Kronish LLP
                                                              3000 WI Camino Real
                                                              Five Palo Alto Square, 4th Floor
                                                              Palo Alto, CA 94306
                                                              650-843-5000

Fax: 650-857-0663
Email: mweinstein@cooley.com
*TERMINATED: 09/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Craig Small**
Akin Gump Strauss Hauer & Feld
LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) 229-1001
Fax: (310) 229-1001
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Roy Mick , Esq.**
Akin Gump Strauss Hauer & Feld
LLP
2029 Century Park East
Suite 2400
Los Angeles, CA 90067
(310) 229-1000
Fax: (310) 229-1001
Email: smick@akingump.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Sloan Coats , III**
White & Case LLP
3000 El Camino Real
5 Palo Alto Square
9th Floor
Palo Alto, CA 94306
650-213-0300
Fax: 650-213-8158
Email: wcoats@whitecase.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reginald David Steer**
Akin Gump Strauss Hauer & Feld
LLP
580 California Street
15th Floor
San Francisco, CA 94104
415-765-9500
Fax: 415-765-9501
Email: rsteer@akingump.com

*ATTORNEY TO BE NOTICED*

**Teresa Wen Chia Wang**
Akin Gump Strauss Hauer & Feld
LLP
580 California Street, Suite 1500
San Francisco, CA 94104
415-765-9500
Fax: 415-765-9501
Email: twang@akingump.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Disney Enterprises, Inc.**        represented by  **Bart Harper Williams**
*a Delaware corporation*                             Munger Tolles & Olson
                                                     355 So Grand Ave
                                                     35th Floor
                                                     Los Angeles, CA 90071-1560
                                                     (213) 683-9100
                                                     Fax: 213-687-3702
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Betsy Adelman Zedek**
Mitchell Silberberg Knupp LLP
11377 West Olympic Blvd
Los Angeles, CA 90064-1683
310-312-2000
Fax: 310-312-3100
*TERMINATED: 12/31/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Ernest Robbins**
Motion Picture Association of
America Inc
15503 Ventura Blvd
Encino, CA 91436
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James German**
Mitchell Silberberg et al
11377 W Olympic Blvd
Los Angeles, CA 90064-1683
310-312-2000
Fax: 310-312-3100
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
Munger Tolles & Olson
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, CA 90071-1560

213-683-9132
Fax: 213-687-3702
Email: glenn.pomerantz@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
15301 Ventura Blvd
Building E
Sherman Oaks, CA 91403-3102
818-995-6600
Fax: 818-285-4403
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
213 683-9238
Fax: 213-683-4038
Email: kelly.klaus@mto.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
Mitchell Silberberg & Knupp LLP
11377 West Olympic Boulevard
Los Angeles, CA 90064-1683
(310) 312-3203
Fax: (310) 231-8343
Email: rxr@msk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
Attorney at Law
Munger, Tolles & Olson, LLP
560 Mission Street
27th Floor
San Francisco, CA 94105
415-512-4000 x4011
Email: jonathan.blavin@mto.com

*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
Munger Tolles & Olson LLP
355 South Grand Avenue
35th Floor
Los Angeles, CA 90071
213-683-9100
Fax: 213-687-3702
Email: ashley.aull@mto.com
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
Munger, Tolles & Olson, LLP
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
415-512-4043
Email: Rebecca.Lynch@mto.com
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
Munger Tolles & Olson
560 Mission Street
27th Floor
San Francisco, CA 94105-2907
415/512-4032
Email: singlark@mto.com
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Paramount Pictures Corp.**<br>*a Delaware corporation* | represented by | **Bart Harper Williams**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Betsy Adelman Zedek**
(See above for address)
*TERMINATED: 12/31/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Ernest Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James German**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harrison J. Frahn , IV**
Simpson Thacher & Bartlett
2550 Hanover Street
Palo Alto, CA 94304
650-251-5025
Fax: 650-251-5002
Email: hfrahn@stblaw.com
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth R. Logan**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017-3954
212-455-2000
Fax: 212-455-2502
Email: klogan@stblaw.com
*ATTORNEY TO BE NOTICED*

**Kevin J. Arquit**
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, NY 10017
212-455-2000
Fax: 212-455-2502

Email: karquit@stblaw.com
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

### Defendant

**Sony Pictures Entertainment Inc.**     represented by   **Bart Harper Williams**
*a Delaware corporation*                                  (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Betsy Adelman Zedek**
(See above for address)
*TERMINATED: 12/31/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Ernest Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James German**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
(See above for address)
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel M. Flores**
Gibbson, Dunn Crutcher LLP
333 South Grand Avenue
Los Angeles, CA 90071-3197
(213) 229-7000
Fax: (213) 229-7520
*ATTORNEY TO BE NOTICED*

**Daniel Glen Swanson**
Gibson, Dunn & Crutcher LLP
333 South Grand Avenue
Suite 5028
Los Angeles, CA 90071
(213) 229-7340
Email: dswanson@gibsondunn.com

*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kaiponanea T. Matsumura**
Gibbson, Dunn & Crutcher LLP
555 Mission Street
Suite 3000
San Francisco, CA 94105-2933
(415) 398-8233
Fax: (415) 374-8434
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Twentieth Century Fox Film Corporation** *a Delaware corporation* | represented by | **Bart Harper Williams** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Betsy Adelman Zedek**
(See above for address)
*TERMINATED: 12/31/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Ernest Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James German**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

Rebecca G. Lynch
(See above for address)
*ATTORNEY TO BE NOTICED*

Rohit K. Singla
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**NBC Universal, Inc.**                 represented by    **Kelly Max Klaus**
*a Delaware corporation*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Jonathan Hugh Blavin**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Laura Ashley Aull**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Rebecca G. Lynch**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Robert Henry Rotstein**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Rohit K. Singla**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

**Warner Bros. Entertainment, Inc.**    represented by    **Bart Harper Williams**
*a Delaware corporation*                                 (See above for address)
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Betsy Adelman Zedek**
                                                         (See above for address)
                                                         *TERMINATED: 12/31/2008*
                                                         *LEAD ATTORNEY*
                                                         *ATTORNEY TO BE NOTICED*

                                                         **Daniel Ernest Robbins**
                                                         (See above for address)
                                                         *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Eric James German**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Viacom, Inc.**                    represented by **Kelly Max Klaus**
*a Delaware corporation*                          (See above for address)
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **Harrison J. Frahn , IV**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kenneth R. Logan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kevin J. Arquit**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Counter-claimant**</u>

**Disney Enterprises, Inc.**            represented by  **Bart Harper Williams**
*a Delaware corporation*                               (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Betsy Adelman Zedek**
                                                       (See above for address)
                                                       *TERMINATED: 12/31/2008*
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Daniel Ernest Robbins**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Eric James German**
                                                       (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Paramount Pictures Corp.**          represented by  **Bart Harper Williams**
*a Delaware corporation*                              (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **Betsy Adelman Zedek**
                                                      (See above for address)
                                                      *TERMINATED: 12/31/2008*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Daniel Ernest Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James German**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Harrison J. Frahn , IV**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

| | | |
|---|---|---|
| **Sony Pictures Entertainment Inc.** *a Delaware corporation* | represented by | **Bart Harper Williams** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |

**Betsy Adelman Zedek**
(See above for address)
*TERMINATED: 12/31/2008*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Ernest Robbins**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric James German**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Douglas Pomerantz ,**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory Paul Goeckner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kelly Max Klaus**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Twentieth Century Fox Film**          represented by   **Bart Harper Williams**
**Corporation**                                         (See above for address)
*a Delaware corporation*                                *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Betsy Adelman Zedek**
                                                        (See above for address)
                                                        *TERMINATED: 12/31/2008*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Ernest Robbins**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric James German**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Glenn Douglas Pomerantz ,**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gregory Paul Goeckner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kelly Max Klaus**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Robert Henry Rotstein**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Counter-claimant

**Warner Bros. Entertainment, Inc.**   represented by   **Bart Harper Williams**
*a Delaware corporation*                                (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Betsy Adelman Zedek**
                                                        (See above for address)
                                                        *TERMINATED: 12/31/2008*
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Daniel Ernest Robbins**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Eric James German**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Glenn Douglas Pomerantz ,**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Gregory Paul Goeckner**
                                                        (See above for address)
                                                        *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                        **Kelly Max Klaus**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jonathan Hugh Blavin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Realnetworks, Inc.**          represented by   **James A. DiBoise**
*a Washington corporation*                       Wilson Sonsini Goodrich & Rosati
                                                 Professional Corporation
                                                 One Market, Spear Tower, Suite
                                                 3300
                                                 San Francisco, CA 94105
                                                 415-947-2114
                                                 Fax: 415-947-2099
                                                 Email: jdiboise@wsgr.com
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Leo Patrick Cunningham**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Michael A. Berta**
                                                 Wilson Sonsini Goodrich & Rosati
                                                 One Market Street
                                                 Spear Tower
                                                 Suite 3300
                                                 San Francisco, CA 94105

415-947-2114
Fax: 415-947-2099
Email: mberta@wsgr.com
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Realnetworks Home**         represented by   **James A. DiBoise**
**Entertainment, Inc.**                       (See above for address)
*a Delaware corporation*                      *LEAD ATTORNEY*
                                              *ATTORNEY TO BE NOTICED*

                                              **Colleen Bal**
                                              Wilson Sonsini Goodrich & Rosati
                                              One Market Street
                                              Spear Tower
                                              Suite 3300
                                              San Francisco, CA 94105
                                              415-947-2200
                                              Fax: 415-947-2099
                                              Email: cbal@wsgr.com
                                              *ATTORNEY TO BE NOTICED*

                                              **Leo Patrick Cunningham**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Michael A. Berta**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

                                              **Tracy Tosh Lane , Esq.**
                                              (See above for address)
                                              *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Disney Enterprises, Inc.**   represented by   **Jonathan Hugh Blavin**
*a Delaware corporation*                        (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Laura Ashley Aull**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Rebecca G. Lynch**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

                                                **Robert Henry Rotstein**
                                                (See above for address)
                                                *ATTORNEY TO BE NOTICED*

<table>
<tr><td></td><td></td><td><strong>Rohit K. Singla</strong><br>(See above for address)<br><em>ATTORNEY TO BE NOTICED</em></td></tr>
</table>

**Counter-claimant**

| **Paramount Pictures Corp.**<br>*a Delaware corporation* | represented by | **Harrison J. Frahn , IV**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Jonathan Hugh Blavin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Laura Ashley Aull**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rebecca G. Lynch**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert Henry Rotstein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rohit K. Singla**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| **Sony Pictures Entertainment Inc.**<br>*a Delaware corporation* | represented by | **Jonathan Hugh Blavin**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|
| | | **Laura Ashley Aull**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rebecca G. Lynch**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Robert Henry Rotstein**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Rohit K. Singla**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Counter-claimant**

| | | |
|---|---|---|
| **Twentieth Century Fox Film Corporation** *a Delaware corporation* | represented by | **Jonathan Hugh Blavin** (See above for address) *ATTORNEY TO BE NOTICED* |

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

| | | |
|---|---|---|
| **Warner Bros. Entertainment, Inc.** *a Delaware corporation* | represented by | **Jonathan Hugh Blavin** (See above for address) *ATTORNEY TO BE NOTICED* |

**Laura Ashley Aull**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rebecca G. Lynch**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Henry Rotstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rohit K. Singla**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

| | | |
|---|---|---|
| **Realnetworks, Inc.** *a Washington corporation* | represented by | **Michael A. Berta** (See above for address) *ATTORNEY TO BE NOTICED* |

**Renata Bianca Hesse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Realnetworks Home**               represented by   **Colleen Bal**
**Entertainment, Inc.**                              (See above for address)
*a Delaware corporation*                            *ATTORNEY TO BE NOTICED*

**Michael A. Berta**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Renata Bianca Hesse**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**DVD Copy Control Association,**   represented by   **Maria Ellinikos**
**Inc.**                                             Akin Gump Strauss Hauer & Feld
*a Deleware nonprofit corporation*                   LLP
                                                     580 California Street
                                                     Suite 1500
                                                     San Francisco, CA 94104
                                                     415-765-9560
                                                     Fax: 415-765-9501
                                                     Email: mellinikos@akingump.com
                                                     *ATTORNEY TO BE NOTICED*

**Reginald David Steer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Sloan Coats , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Realnetworks, Inc.**              represented by   **Michael A. Berta**
*a Washington corporation*                           (See above for address)
                                                     *ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Realnetworks Home**               represented by   **Michael A. Berta**
**Entertainment, Inc.**                              (See above for address)
*a Delaware corporation*                            *LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Tracy Tosh Lane , Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Colleen Bal**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James A. DiBoise**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

| | | |
|---|---|---|
| **DVD Copy Control Association, Inc.** | represented by | **Edward Peter Lazarus** |

**DVD Copy Control Association, Inc.**
*a Deleware nonprofit corporation*

represented by     **Edward Peter Lazarus**
(See above for address)
*TERMINATED: 07/02/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maria Ellinikos**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark Frederick Lambert**
(See above for address)
*TERMINATED: 09/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Weinstein**
(See above for address)
*TERMINATED: 09/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Craig Small**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Roy Mick , Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Sloan Coats , III**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reginald David Steer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Teresa Wen Chia Wang**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Realnetworks, Inc.**            represented by   **Michael A. Berta**
*a Washington corporation*                         (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Counter-defendant**

**Realnetworks Home**            represented by   **Michael A. Berta**
**Entertainment, Inc.**                            (See above for address)
*a Delaware corporation*                           *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Realnetworks, Inc.**
*a Washington corporation*

**Counter-claimant**

**Realnetworks Home**
**Entertainment, Inc.**
*a Delaware corporation*

V.

**Counter-defendant**

**DVD Copy Control Association,**  represented by   **Edward Peter Lazarus**
**Inc.**                                            (See above for address)
*a Deleware nonprofit corporation*                  *TERMINATED: 07/02/2009*
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Maria Ellinikos**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Mark Frederick Lambert**

(See above for address)
*TERMINATED: 09/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark R. Weinstein**
(See above for address)
*TERMINATED: 09/17/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Michael Craig Small**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stephen Roy Mick , Esq.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Sloan Coats , III**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reginald David Steer**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 09/30/2008 | 🌐 1 | COMPLAINT for Declaratory Relief (Summons Issued); jury demand; against all defendants ( Filing fee $ 350, receipt number 34611023854). Filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. (Attachments: # 1 Civil Cover Sheet) (bw, COURT STAFF) (Filed on 9/30/2008) (Entered: 10/01/2008) |
| 10/01/2008 | 🌐 2 | EXHIBIT - 1 to the Complaint for Declaratory Relief re 1 Complaint, filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. (bw, COURT STAFF) (Filed on 10/1/2008) (Entered: 10/01/2008) |
| 10/01/2008 | 🌐 3 | ADR SCHEDULING ORDER: Case Management Statement due by 1/20/2009. Case Management Conference set for 1/27/2009 01:30 PM. (bw, COURT STAFF) (Filed on 10/1/2008) (Entered: 10/01/2008) |
| 10/01/2008 | 🌐 4 | Summons Issued as to DVD Copy Control Association, Inc., |

| | | |
|---|---|---|
| | | Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc (bw, COURT STAFF) (Filed on 10/1/2008) (Entered: 10/01/2008) |
| 10/01/2008 | 🌑 | CASE DESIGNATED for Electronic Filing. (bw, COURT STAFF) (Filed on 10/1/2008) (Entered: 10/01/2008) |
| 10/01/2008 | 🌑 5 | REPORT on the filing or determination of an action regarding Copyright Infringement (cc: form mailed to register). (bw, COURT STAFF) (Filed on 10/1/2008) (Entered: 10/01/2008) |
| 10/03/2008 | 🌑 6 | Declination to Proceed Before a U.S. Magistrate Judge and Request for Reassignment to a United States District Judge by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. (Singla, Rohit) (Filed on 10/3/2008) Text modified on 10/3/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌑 7 | *** **FILED IN ERROR. PLEASE SEE DOCKET # 15** . *** COUNTER-Complaint against all plaintiffs by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. (Singla, Rohit) (Filed on 10/3/2008) Modified on 10/6/2008 conforming to posted document caption (bw, COURT STAFF). Modified on 10/6/2008 (ewn, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌑 8 | PUBLIC REDACTED VERSION -- Application and Ex-Parte Application for Restraining Order and Order to Show Cause re; Preliminary Injunction filed by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc.. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit) c(Lynch, Rebecca) (Filed on 10/3/2008) Text modified on 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌑 9 | Certification of Interested Parties filed by Counter-Complaintants by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. (Singla, Rohit) (Filed on 10/3/2008) Text Modified on 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌑 10 | (Proposed) Temporary Retraining Order and Order to Show Cause re Preliminary Injunction by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Singla, Rohit) (Filed on 10/3/2008) Text modified on |

| | | |
|---|---|---|
| | | 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 11 | Proof of Service re ( 10 ) by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. (Lynch, Rebecca) (Filed on 10/3/2008) Modified on 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 12 | Application to Seal (1) Notice of Application and Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction and Memorandum of Points and Authorities and (2) Declaration of Glenn D. Pomerantz in Support of Ex Parte Application filed by Disney Enterprises, Inc. (Singla, Rohit) (Filed on 10/3/2008) Modified on 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 13 | (Proposed) Order Granting Application to Seal (1) Notice of Application and Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction; Memorandum of Points and Authorities; and (2) Declaration of Glenn D. Pomerantz in Support of Ex Parte Application re ( 12 ) by Disney Enterprises, Inc. (Singla, Rohit) (Filed on 10/3/2008) Linkage added on 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 14 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (pmc, COURT STAFF) (Filed on 10/3/2008) (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 | (Court only) ***Deadlines terminated. (pmc, COURT STAFF) (Filed on 10/3/2008) (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 15 | COUNTER-Complaint against Realnetworks, Inc., Realnetworks Home Entertainment, Inc. Filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. (Singla, Rohit) (Filed on 10/3/2008) Text modified on 10/6/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 16 | Application for Temporary Restraning Order and Order to Show Cause re: Preliminary Injunction re 8 filed by Realnetworks Home Entertainment, Inc., (Bal, Colleen) (Filed on 10/3/2008) Text modified on 10/6/2008 conforming to posted document cation (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 17 | NOTICE of Manual Filing by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. (Lynch, Rebecca) (Filed on 10/3/2008) Text modified on 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 🌐 18 | NOTICE OF ERRATA by Disney Enterprises, Inc., Paramount |

| | | |
|---|---|---|
| | | Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. re 11 Certificate of Service (Lynch, Rebecca) (Filed on 10/3/2008) Text modified on 10/6/2008 (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 19 | Amended Proof of Service by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. (Lynch, Rebecca) (Filed on 10/3/2008) Text modified on 10/6/2008 conforming to posted document caption (bw, COURT STAFF). (Entered: 10/03/2008) |
| 10/03/2008 | 31 | ORDER REASSIGNING CASE. Case reassigned to District Judge Marilyn H. Patel for all further proceedings. Magistrate Judge Howard R. Lloyd no longer assigned to the case.Signed by The Executive Committee on 10/03/08. (tsh, COURT STAFF) (Filed on 10/3/2008) (Entered: 10/06/2008) |
| 10/03/2008 | | **ERRONEOUS ENTRY, PLEASE DISREGARD SEALED** Minute Entry: (gba, COURT STAFF) (Date Filed: 10/3/2008) Modified on 10/8/2008 (gba, COURT STAFF). (Entered: 10/08/2008) |
| 10/03/2008 | 43 | Minute Entry: Temporary Restraining Order Hearing (Date Filed: 10/3/2008). **FILED UNDER SEAL** (gba, COURT STAFF) (Date Filed: 10/3/2008) (Entered: 10/08/2008) |
| 10/06/2008 | | (Court only) ***Attorney Glenn Douglas Pomerantz, Bart Harper Williams, Kelly Max Klaus, Rpbert H Rotstein, Eric James German, Betsy Adelman Zedek, Gregory Paul Goeckner, and Daniel Ernest Robbins for Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation and Warner Bros. Entertainment, Inc. added. (bw, COURT STAFF) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 20 | MOTION to File Documents Under Seal filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Proposed Order)(Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 21 | Declaration of Tracy Tosh Lane in Support of 20 MOTION to File Documents Under Seal filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Related document(s) 20 ) (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 22 | Memorandum in Opposition re 8 MOTION for Temporary Restraining Order *NOTICE OF APPLICATION AND EX PARTE APPLICATION OF DEFENDANTS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE:* |

| | | |
|---|---|---|
| | | *PRELIMINARY INJUNCTION* filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 23 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. *Notice of Manual Filing* (Lynch, Rebecca) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 24 | Declaration of Jeffrey Buzzard in Support of 22 Memorandum in Opposition, filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Related document(s) 22 ) (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 25 | Declaration of Timothy F. Bresnahan in Support of 22 Memorandum in Opposition, filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Related document(s) 22 ) (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 26 | Declaration of Gordon L. Klein in Support of 22 Memorandum in Opposition, filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Related document(s) 22 ) (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 27 | Declaration of Tracy Tosh Lane in Support of 22 Memorandum in Opposition, filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit A (Part 1), # 2 Exhibit A (Part II), # 3 Exhibit B)(Related document(s) 22 ) (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 28 | Declaration of Jacqueline Lang in Support of 22 Memorandum in Opposition, *Public Version* filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Related document(s) 22 ) (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 29 | Declaration of Edward W. Felten in Support of 22 Memorandum in Opposition, *Public Version* filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Related document(s) 22 ) (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 30 | NOTICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Manual Filing Notification of Confidential Version of Plaintiffs and Counterclaim Defendants' Opposition Brief* (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |

| 10/06/2008 | 🌐 32 | CERTIFICATE OF SERVICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Service of Confidential Documents Filed Under Seal* (Berta, Michael) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| --- | --- | --- |
| 10/06/2008 | 🌐 33 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. *PROOF OF SERVICE* (Lynch, Rebecca) (Filed on 10/6/2008) (Entered: 10/06/2008) |
| 10/06/2008 | 🌐 42 | NOTICE of Posting Bond by Realnetworks, Inc. (gba, COURT STAFF) (Filed on 10/6/2008) (Entered: 10/08/2008) |
| 10/07/2008 | 🌐 34 | MOTION to Seal Document *APPLICATION TO SEAL DEFENDANT/COUNTER-CLAIMANTS' REPLY IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc.. Motion Hearing set for 10/7/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Exhibit, # 2 Proposed Order) (Lynch, Rebecca) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 🌐 35 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. *NOTICE OF MANUAL FILING* (Lynch, Rebecca) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 🌐 36 | RESPONSE in Support re 8 MOTION for Temporary Restraining Order *NOTICE OF APPLICATION AND EX PARTE APPLICATION OF DEFENDANTS FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION PUBLIC REDACTED VERSION* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc.. (Singla, Rohit) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 🌐 37 | Declaration of Glenn D. Pomerantz in Support of 36 Response in Support, *Ex Parte Application of Plaintiffs for Temporary Restraining Order and Order to Show Cause re: Primelary Injunction Thereof* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 36 ) (Singla, Rohit) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 🌐 38 | Declaration of Dr. John P. Kelly in Support of 36 Response in Support, *Ex Parte Application of Plaintiffs for Temporary Restraining Order and Order to Show Cause re: Preliminary Inunction Thereof* filed byDisney Enterprises, Inc., Paramount |

| | | |
|---|---|---|
| | | Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc.. (Related document(s) 36 ) (Singla, Rohit) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 39 | Declaration of Dr. Alan E. Bell in Support of 36 Response in Support, *Ex Parte Application of Plaintiffs for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc.. (Related document(s) 36 ) (Singla, Rohit) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 40 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc. *re: Defendants and Counterclaim-Plaintiffs' Reply in Support of Motion for Temporary Restraining Order - Confidential Version Filed Under Seal* (Singla, Rohit) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 41 | ORDER by Judge Marilyn Hall Patel granting 20 plaintiffs' Motion to seal declaration of Jacqueline Lang in opposition to defendants' application for TRO (awb, COURT-STAFF) (Filed on 10/7/2008) (Entered: 10/07/2008) |
| 10/07/2008 | 114 | Reply in Support of Motion for Temporary Restraining Order filed by DVD Copy Control Association, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 10/7/2008) (Entered: 01/30/2009) |
| 10/09/2008 | 44 | Transcript of Proceedings held on 10/07/08, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Sahar McVickar, Telephone number (415) 626-6060/sahar_mcvickar@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/5/2009. (McVickar, Sahar) (Filed on 10/9/2008) (Entered: 10/09/2008) |
| 10/09/2008 | 45 | Minute Entry: Motion Hearing held on 10/7/2008 before Hon. Marilyn Hall Patel (Date Filed: 10/9/2008) re 8 MOTION for Temporary Restraining Order < (Court Reporter Sahar |

| | | |
|---|---|---|
| | | McVickar.) (awb, COURT-STAFF) (Date Filed: 10/9/2008) (Entered: 10/09/2008) |
| 10/10/2008 | 🌐 46 | ORDER by Judge Marilyn Hall Patel granting 34 defendants' Motion to Seal reply in support of application for TRO (awb, COURT-STAFF) (Filed on 10/10/2008) (Entered: 10/10/2008) |
| 10/16/2008 | 🌐 47 | NOTICE of Appearance by Reginald David Steer (Steer, Reginald) (Filed on 10/16/2008) (Entered: 10/16/2008) |
| 10/16/2008 | 🌐 48 | AFFIDAVIT re 47 Notice of Appearance *PROOF OF SERVICE* by DVD Copy Control Association, Inc.. (Steer, Reginald) (Filed on 10/16/2008) (Entered: 10/16/2008) |
| 10/17/2008 | 🌐 | (Court only) ***Attorney Maria Ellinikos for DVD Copy Control Association, Inc., Edward Peter Lazarus for DVD Copy Control Association, Inc., Stephen Roy Mick, Esq for DVD Copy Control Association, Inc., Michael Craig Small for DVD Copy Control Association, Inc., William Sloan Coats, III for DVD Copy Control Association, Inc., Mark R. Weinstein for DVD Copy Control Association, Inc., Mark Frederick Lambert for DVD Copy Control Association, Inc. added. (gba, COURT STAFF) (Filed on 10/17/2008) (Entered: 10/17/2008) |
| 10/20/2008 | 🌐 49 | MOTION to Relate Case *ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Proposed Order, # 2 Stipulation)(Lynch, Rebecca) (Filed on 10/20/2008) (Entered: 10/20/2008) |
| 10/21/2008 | 🌐 50 | Letter from Colleen Bal on Behalf of RealNetworks, Inc.. (DiBoise, James) (Filed on 10/21/2008) (Entered: 10/21/2008) |
| 10/21/2008 | 🌐 51 | Letter from Glenn D. Pomerantz *Regarding Preliminary Injunction Hearing and Discovery*. (Singla, Rohit) (Filed on 10/21/2008) (Entered: 10/21/2008) |
| 10/21/2008 | 🌐 52 | ORDER by Judge Marilyn Hall Patel granting 49 Motion to RELATE AND CONSOLIDATE C 08-4719 CRB to this action (awb, COURT-STAFF) (Filed on 10/21/2008) (Entered: 10/21/2008) |
| 10/21/2008 | 🌐 53 | ANSWER to Complaint byDVD Copy Control Association, Inc.. (Steer, Reginald) (Filed on 10/21/2008) (Entered: 10/21/2008) |
| 10/22/2008 | 🌐 54 | STIPULATION *STIPULATION TO EXTEND TIME FOR STUDIO DEFENDANTS' ANSWER TO COMPLAINT AND REAL'S ANSWER TO COUNTERCOMPLAINT* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, |

| | | Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 10/22/2008) (Entered: 10/22/2008) |
|---|---|---|
| 10/22/2008 | 🌐 55 | Letter from Bart H. Williams *Regarding Preliminary Injunction Hearing Date.* (Singla, Rohit) (Filed on 10/22/2008) (Entered: 10/22/2008) |
| 10/22/2008 | 🌐 56 | Letter from Colleen Bal on Behalf of RealNetworks, Inc.. (DiBoise, James) (Filed on 10/22/2008) (Entered: 10/22/2008) |
| 10/31/2008 | 🌐 57 | ANSWER TO COUNTERCLAIM 15 Counterclaim, *Plaintiffs & Counterclaim Defendants RealNetworks, Inc. & Real Networks Home Entertainment, Inc.'s Answer to Counter-Complaint* byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.. (Bal, Colleen) (Filed on 10/31/2008) (Entered: 10/31/2008) |
| 10/31/2008 | 🌐 58 | Certificate of Interested Entities by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. (Bal, Colleen) (Filed on 10/31/2008) (Entered: 10/31/2008) |
| 10/31/2008 | 🌐 59 | ANSWER to Complaint byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Klaus, Kelly) (Filed on 10/31/2008) (Entered: 10/31/2008) |
| 11/10/2008 | 🌐 60 | AMENDED ANSWER to *COMPLAINT AND*, COUNTERCLAIM *OF DEFENDANT AND COUNTERCLAIMANT DVD COPY CONTROL ASSOCIATION, INC.* against Realnetworks, Inc., Realnetworks Home Entertainment, Inc. byDVD Copy Control Association, Inc.. (Steer, Reginald) (Filed on 11/10/2008) (Entered: 11/10/2008) |
| 11/10/2008 | 🌐 61 | MOTION for Preliminary Injunction *and Notice of Motion for Preliminary Injunction* filed by DVD Copy Control Association, Inc.. Motion Hearing set for 1/27/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Ellinikos, Maria) (Filed on 11/10/2008) (Entered: 11/10/2008) |
| 11/11/2008 | 🌐 62 | MOTION to Amend/Correct *Complaint* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 12/16/2008 09:00 AM. (Attachments: # 1 Exhibit A)(Berta, Michael) (Filed on 11/11/2008) (Entered: 11/11/2008) |
| 11/11/2008 | 🌐 63 | Declaration of Colleen Bal *in Support of Plaintiffs and Counterclaim Defendants' Motion for Leave to Amend* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Berta, Michael) (Filed on 11/11/2008) (Entered: 11/11/2008) |
| 11/11/2008 | 🌐 64 | MOTION to Shorten Time *on Motion for Leave to Amend* filed by Realnetworks Home Entertainment, Inc.(a Delaware |

| | | |
|---|---|---|
| | | corporation). Motion Hearing set for 12/16/2008 09:00 AM. (Berta, Michael) (Filed on 11/11/2008) (Entered: 11/11/2008) |
| 11/17/2008 | 65 | MOTION to Strike *DVD Copy Control Association, Inc.'s Motion for Preliminary Injunction Pursuant to Civil Local Rules 65-2 and 7-2 and F.R.C.P. 7(b)(1)* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 12/22/2008 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order)(Berta, Michael) (Filed on 11/17/2008) (Entered: 11/17/2008) |
| 11/20/2008 | 66 | Letter from Colleen Bal *re protective order, discovery and PI briefing.* (Attachments: # 1 Exhibit A)(Bal, Colleen) (Filed on 11/20/2008) (Entered: 11/20/2008) |
| 11/20/2008 | 67 | Letter from Rohit K. Singla *Regarding Discovery Disputes.* (Singla, Rohit) (Filed on 11/20/2008) (Entered: 11/20/2008) |
| 11/20/2008 | 68 | Letter from Reginald Steer *Regarding Discovery Disputes.* (Ellinikos, Maria) (Filed on 11/20/2008) (Entered: 11/20/2008) |
| 11/20/2008 | 69 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Renotice of Hearing on Plaintiffs' Motion for Leave to Amend* (Berta, Michael) (Filed on 11/20/2008) (Entered: 11/20/2008) |
| 11/20/2008 | 70 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *of Withdrawal of Motion to Shorten Time on RealNetwork's Motion for Leave to Amend* (Berta, Michael) (Filed on 11/20/2008) (Entered: 11/20/2008) |
| 11/21/2008 | | (Court only) ***Motions terminated: 64 MOTION to Shorten Time *on Motion for Leave to Amend* filed by Realnetworks Home Entertainment, Inc.. (awb, COURT-STAFF) (Filed on 11/21/2008) (Entered: 11/21/2008) |
| 12/01/2008 | 71 | Memorandum in Opposition re 65 MOTION to Strike *DVD Copy Control Association, Inc.'s Motion for Preliminary Injunction Pursuant to Civil Local Rules 65-2 and 7-2 and F.R.C.P. 7(b)(1)* MOTION to Strike *DVD Copy Control Association, Inc.'s Motion for Preliminary Injunction Pursuant to Civil Local Rules 65-2 and 7-2 and F.R.C.P. 7(b)(1) DVD CCA'S OPPOSITION TO REALNETWORKS AND REAL NETWORKS HOME ENTERTAINMENT'S MOTION TO STRIKE DVD CCA'S MOTION FOR PRELIMINARY INJUNCTION* filed byDVD Copy Control Association, Inc.. (Attachments: # 1 Affidavit DECLARATION OF REGINALD D. STEER IN SUPPORT OF DVD CCA'S OPPOSITION TO REALNETWORKS AND REALNETWORKS HOME ENTERTAINMENT'S MOTION TO STRIKE DVD CCA'S MOTION FOR PRELIMINARY INJUNCTION)(Steer, Reginald) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| | | |

| | | |
|---|---|---|
| 12/01/2008 | 72 | Memorandum in Opposition re 62 MOTION to Amend/Correct *Complaint* filed byDisney Enterprises, Inc.(a Delaware corporation), Paramount Pictures Corp.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Warner Bros. Entertainment, Inc.(a Delaware corporation). (Singla, Rohit) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| 12/01/2008 | 73 | AFFIDAVIT in Opposition re 62 MOTION to Amend/Correct *Complaint of Glenn Pomerantz* filed byDisney Enterprises, Inc.(a Delaware corporation), Paramount Pictures Corp.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Warner Bros. Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit A)(Singla, Rohit) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| 12/01/2008 | 74 | Declaration of Ravi Sekhar in Support of 72 Memorandum in Opposition, *to Motion to Amend Complaint,* filed byDisney Enterprises, Inc.(a Delaware corporation), Paramount Pictures Corp.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Warner Bros. Entertainment, Inc.(a Delaware corporation). (Related document (s) 72 ) (Singla, Rohit) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| 12/01/2008 | 75 | Joinder re 72 Memorandum in Opposition, *JOINDER OF DVD CCA IN MOTION PICTURE STUDIOS' OPPOSITION TO REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO AMEND* by DVD Copy Control Association, Inc.. (Attachments: # 1 Affidavit DECLARATION OF REGINALD D. STEER IN SUPPORT OF JOINDER OF DVD CCA IN MOTION PICTURE STUDIOS' OPPOSITION TO REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC.'S MOTION FOR LEAVE TO AMEND)(Steer, Reginald) (Filed on 12/1/2008) (Entered: 12/01/2008) |
| 12/04/2008 | 76 | MOTION to Dismiss *Second CounterClaim and Strike Affirmative Defenses* filed by Realnetworks, Inc.(a Washington corporation), Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 2/9/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Berta, Michael) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/04/2008 | 77 | Proposed Order re 76 MOTION to Dismiss *Second CounterClaim and Strike Affirmative Defenses of DVD CCA* by Realnetworks, Inc.(a Washington corporation), Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Berta, Michael) (Filed on 12/4/2008) (Entered: 12/04/2008) |
| 12/08/2008 | 78 | RESPONSE in Support *of Motion for Leave to Amend* filed byRealnetworks Home Entertainment, Inc.(a Delaware |

| | | |
|---|---|---|
| | | corporation). (Lane, Tracy) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/08/2008 | 🌐 79 | Declaration *of Tracy Tosh Lane ISO of Motion for Leave to Amend- NOTICE OF MANUAL FILING UNDER SEAL* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Lane, Tracy) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/08/2008 | 🌐 80 | MOTION to Seal Document 79 Declaration in Support *of Motion for Leave to Amend* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 12/22/2008 02:00 PM. (Attachments: # 1 Proposed Order)(Lane, Tracy) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/08/2008 | 🌐 81 | Declaration of Tracy Tosh Lane *ISO Administrative Motion to File Under Seal The Declaration of Tracy Tosh Lane ISO Motion for Leave to Amend* filed byRealnetworks Home Entertainment, Inc. (a Delaware corporation). (Lane, Tracy) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/08/2008 | 🌐 82 | RESPONSE in Support *of Motion to Strike DVD Copy Control Association, Inc.'s Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Berta, Michael) (Filed on 12/8/2008) (Entered: 12/08/2008) |
| 12/09/2008 | 🌐 115 | Declaration of Tracy Tosh in Support of 62 MOTION to Amend/Correct *Complaint* filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 62 ) (gba, COURT STAFF) (Filed on 12/9/2008) (Entered: 01/30/2009) |
| 12/10/2008 | 🌐 83 | ORDER by Judge Marilyn Hall Patel granting 80 plaintiff's Motion to Seal declaration of Tracy Tosh Lane in support of reply (awb, COURT-STAFF) (Filed on 12/10/2008) (Entered: 12/10/2008) |
| 12/17/2008 | 🌐 84 | Certificate of Interested Entities by DVD Copy Control Association, Inc. (Steer, Reginald) (Filed on 12/17/2008) (Entered: 12/17/2008) |
| 12/18/2008 | 🌐 85 | MOTION to Authorize Court Reporter to Provide Copy of Sealed Transcript filed by Disney Enterprises, Inc.(a Delaware corporation), Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Warner Bros. Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Proposed Order)(Singla, Rohit) (Filed on 12/18/2008) (Entered: 12/18/2008) |
| 12/19/2008 | 🌐 86 | Letter from Rohit K. Singla *to Hon. Marilyn Hall Patel Regarding the Deposition of Ms. Nicole Hamilton.* (Attachments: # 1 Affidavit of Rohit K. Singla)(Singla, Rohit) (Filed on 12/19/2008) |

| | | |
|---|---|---|
| | | (Entered: 12/19/2008) |
| 12/19/2008 | 🌐 87 | Memorandum in Opposition *to Studio Defendants' Administrative Motion to Obtain Sealed Transcript of October 3, 2008 Hearing* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (DiBoise, James) (Filed on 12/19/2008) (Entered: 12/19/2008) |
| 12/19/2008 | 🌐 88 | Proposed Order *Denying Studio Defendants' Administrative Motion to Obtain Sealed Transcript of October 3, 2008 Hearing* by Realnetworks Home Entertainment, Inc.(a Delaware corporation). (DiBoise, James) (Filed on 12/19/2008) (Entered: 12/19/2008) |
| 12/21/2008 | 🌐 89 | Letter from Real Networks *Regarding Issues in Advance of Preliminary Injunction Proceeding.* (Berta, Michael) (Filed on 12/21/2008) (Entered: 12/21/2008) |
| 12/22/2008 | 🌐 90 | Letter from James A. DiBoise *on behalf of Plaintiffs in response to 12/19/08 letter from Munger Tolles re deposition of Nicole Hamilton.* (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Lane, Tracy) (Filed on 12/22/2008) (Entered: 12/22/2008) |
| 12/22/2008 | 🌐 91 | ORDER by Judge Marilyn Hall Patel granting 85 defendants' Motion to obtain sealed 10/3/2008 transcript (awb, COURT-STAFF) (Filed on 12/22/2008) (Entered: 12/22/2008) |
| 12/23/2008 | 🌐 92 | Minute Entry: Motion Hearing held on 12/22/2008 before Hon. Marilyn Hall Patel (Date Filed: 12/23/2008) re 65 MOTION to Strike, 62 MOTION to Amend/Correct ; Further Motion Hearing set for 3/3/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Sahar McVickar.) (awb, COURT-STAFF) (Date Filed: 12/23/2008) (Entered: 12/23/2008) |
| 12/23/2008 | 🌐 93 | NOTICE of Change In Counsel by Robert Henry Rotstein *Re: Betsy Zedek* (Rotstein, Robert) (Filed on 12/23/2008) (Entered: 12/23/2008) |
| 12/31/2008 | 🌐 | (Court only) *** Attorney Betsy Adelman Zedek terminated. (gba, COURT STAFF) (Filed on 12/31/2008) (Entered: 12/31/2008) |
| 01/04/2009 | 🌐 94 | *** FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER. *** Transcript of Proceedings held on 10/3/08, before Judge Marilyn H. Patel. Court Reporter/Transcriber Juanita Gonzalez, Telephone number 925) 978-3411. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from |

|  |  | date of this filing. Release of Transcript Restriction set for 4/1/2009. (Gonzalez, Juanita) (Filed on 1/4/2009) Modified on 1/5/2009 (ewn, COURT STAFF). (Entered: 01/04/2009) |
|---|---|---|
| 01/09/2009 | 🌐 95 | **FILED IN ERROR - PLEASE DISREGARD**ADR Clerk's Notice Re: Non-Compliance with Court Order (ls7, COURT STAFF) (Filed on 1/9/2009) Modified on 1/22/2009 (ls7, COURT STAFF). (Entered: 01/09/2009) |
| 01/12/2009 | 🌐 96 | ANSWER to Complaint *ANSWER OF DVD COPY CONTROL ASSOCIATION, INC. TO AMENDED COMPLAINT FOR DECLARATORY RELIEF; COUNTERCLAIMS*, COUNTERCLAIM against Realnetworks, Inc., Realnetworks Home Entertainment, Inc. byDVD Copy Control Association, Inc.. (Steer, Reginald) (Filed on 1/12/2009) (Entered: 01/12/2009) |
| 01/12/2009 | 🌐 97 | Answer to Amended Complaint *of Declaratory Judgment* byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 1/12/2009) (Entered: 01/12/2009) |
| 01/12/2009 | 🌐 100 | Transcript of Proceedings held on 10/3/08, before Judge Marilyn H. Patel. Court Reporter Juanita Gonzalez. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 1/12/2009) (Entered: 01/21/2009) |
| 01/16/2009 | 🌐 98 | MOTION to Dismiss *DVD Copy Control Association, Inc.'s Second Counterclaim* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 2/23/2009 02:00 PM. (Attachments: # 1 Proposed Order Granting Motion to Dismiss DVD CCA's Second Counterclaim) (Bal, Colleen) (Filed on 1/16/2009) (Entered: 01/16/2009) |
| 01/20/2009 | 🌐 99 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Withdrawal of Notice of Motion and Motion to Dismiss DVD Copy Control Association, Inc.'s Second Counterclaim and to Strike Affirmative Defenses Filed on December 4, 2008* (Lane, Tracy) (Filed on 1/20/2009) (Entered: 01/20/2009) |
| 01/21/2009 | 🌐 | (Court only) ***Motions terminated: 76 MOTION to Dismiss *Second CounterClaim and Strike Affirmative Defenses* filed by Realnetworks Home Entertainment, Inc., Realnetworks, Inc.. (gba, COURT STAFF) (Filed on 1/21/2009) (Entered: 01/21/2009) |
| 01/23/2009 | 🌐 101 | Letter from Plaintiffs *RealNetworks to Judge Patel re Preliminary Injunction Hearing Date & Schedule.* (Cunningham, Leo) (Filed on 1/23/2009) (Entered: 01/23/2009) |
| 01/26/2009 | 🌐 102 | MOTION to Seal Document filed by Realnetworks Home |

| | | |
|---|---|---|
| | | Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 3/9/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal)(Berta, Michael) (Filed on 1/26/2009) (Entered: 01/26/2009) |
| 01/26/2009 | 🌐 103 | MOTION to Shorten Time *to Hear Plaintiffs' and Counterclaim Defendants' Motion to Preclude or Continue and for a Discovery Referee* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Proposed Order Granting RealNetworks' Motion to Shorten Time to Hear Plaintiffs' and Counterclaim Defendants' Motion to Preclude or Continue and for a Discovery Referee)(Berta, Michael) (Filed on 1/26/2009) (Entered: 01/26/2009) |
| 01/26/2009 | 🌐 104 | MOTION for Hearing *Motion to Preclude Claims Based on Non-CSS Technologies or Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 3/9/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting RealNetworks' Motion to Preclude Claims Based on Non-CSS Technologies or Alternatively, to Continue the Preliminary Injunction Hearing and for the Appointment of a Discovery Referee)(Berta, Michael) (Filed on 1/26/2009) (Entered: 01/26/2009) |
| 01/26/2009 | 🌐 105 | Declaration of Tracy Tosh Lane *in Support of Plaintiffs' and Counterclaim Defendants' Motion to Shorten Time and Motion to Preclude or Continue* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J)(Berta, Michael) (Filed on 1/26/2009) (Entered: 01/26/2009) |
| 01/26/2009 | 🌑 360 | MOTION to Preclude Claims based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 1/26/2009) (Entered: 05/21/2009) |
| 01/26/2009 | 🌑 361 | EXHIBITS E,F,G and H to the Declaration of Tracy Tosh Lane in support of Motion to Shorten Time and Motion to Preclude or Continue filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 1/26/2009) (Entered: 05/21/2009) |
| 01/27/2009 | 🌐 106 | Proposed Order *[Proposed] Stipulated Protective Order* by Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Berta, Michael) (Filed on 1/27/2009) (Entered: 01/27/2009) |

| 01/29/2009 | 🌐 107 | STIPULATED PROTECTIVE ORDER; Signed by Judge Marilyn Hall Patel on 1/28/2009. (Attachments: # 1 Supplement)(awb, COURT-STAFF) (Filed on 1/29/2009) (Entered: 01/29/2009) |
|---|---|---|
| 01/30/2009 | 🌐 108 | Memorandum in Opposition re 104 MOTION for Hearing *Motion to Preclude Claims Based on Non-CSS Technologies or Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee MOTION PICTURE STUDIO PARTIES' RESPONSE TO REALNETWORKS' MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 1/30/2009) (Entered: 01/30/2009) |
| 01/30/2009 | 🌐 109 | MOTION to Seal Document 108 Memorandum in Opposition,, *APPLICATION TO SEAL (1) MOTION PICTURE STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS, AND (2) DECLARATION OF ROHIT SINGLA IN SUPPORT OF MOTION PICTURE STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Proposed Order)(Lynch, Rebecca) (Filed on 1/30/2009) (Entered: 01/30/2009) |
| 01/30/2009 | 🌐 110 | Declaration of Rohit K. Singla in Support of 108 Memorandum in Opposition,, *to Real's Motion to Extend Time or Exclude Topics From The Preliminary-Injunction Hearing - Public Redacted Version* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Exhibit A, B & C)(Related document(s) 108 ) (Singla, Rohit) (Filed on 1/30/2009) (Entered: 01/30/2009) |
| 01/30/2009 | 🌐 111 | DECLARATION of Rebecca Gose Lynch in Opposition to 104 MOTION for Hearing *Motion to Preclude Claims Based on Non-CSS Technologies or Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee DECLARATION OF REBECCA GOSE LYNCH IN SUPPORT OF STUDIOS' RESPONSE TO REAL'S MOTION TO EXTEND TIME OR EXCLUDE TOPICS FROM THE PRELIMINARY INJUNCTION HEARING* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, |

| | | Inc.. (Attachments: # 1 Exhibit)(Related document(s) 104 ) (Lynch, Rebecca) (Filed on 1/30/2009) (Entered: 01/30/2009) |
|---|---|---|
| 01/30/2009 | 🌐 112 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *PROOF OF SERVICE OF DOCUMENTS FILED UNDER SEAL* (Lynch, Rebecca) (Filed on 1/30/2009) (Entered: 01/30/2009) |
| 01/30/2009 | 🌐 113 | Memorandum in Opposition *RESPONSE OF DVD COPY CONTROL ASSOCIATION, INC. TO REALNETWORKS' MOTION TO EXTEND PRELIMINARY INJUNCTION SCHEDULE OR EXCLUDE TOPICS; DECLARATION OF REGINALD D. STEER* filed byDVD Copy Control Association, Inc.. (Attachments: # 1 Attachment)(Steer, Reginald) (Filed on 1/30/2009) (Entered: 01/30/2009) |
| 01/30/2009 | 🌐 126 | Response to Realnetworks' Motion to Extend Preliminary Injunction Schedule or Exclude Topics by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 1/30/2009) (Entered: 02/12/2009) |
| 01/30/2009 | 🌐 127 | Declaration of Rohit K. Singla in Support of 126 Response filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. **FILED UNDER SEAL** (Related document(s) 126 ) (gba, COURT STAFF) (Filed on 1/30/2009) (Entered: 02/12/2009) |
| 02/02/2009 | 🌐 116 | Memorandum in Opposition re 98 MOTION to Dismiss *DVD Copy Control Association, Inc.'s Second Counterclaim OPPOSITION OF DVD COPY CONTROL ASSOCIATION, INC. TO PLAINTIFFS' MOTION TO DISMISS SECOND COUNTERCLAIM* filed byDVD Copy Control Association, Inc.. (Steer, Reginald) (Filed on 2/2/2009) (Entered: 02/02/2009) |
| 02/02/2009 | 🌐 117 | RESPONSE in Support of *104 Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 2/2/2009) Modified on 2/4/2009 (slh, COURT STAFF). (Entered: 02/02/2009) |
| 02/02/2009 | 🌐 118 | Declaration of Tracy Tosh Lane *in Support of Reply in Support of 104 Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing,* |

| | | |
|---|---|---|
| | | *and for the Appointment of a Discovery Referee* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Cunningham, Leo) (Filed on 2/2/2009) Modified on 2/4/2009 (slh, COURT STAFF). (Entered: 02/02/2009) |
| 02/02/2009 | 🌐119 | MOTION to Seal Document *Reply in Support of Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 2/3/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal)(Cunningham, Leo) (Filed on 2/2/2009) (Entered: 02/02/2009) |
| 02/03/2009 | ⚫ | (Court only) ***Deadlines terminated. (gba, COURT STAFF) (Filed on 2/3/2009) (Entered: 02/03/2009) |
| 02/03/2009 | 🌐120 | Minute Entry: Discovery Hearing held on 2/3/2009 before Hon. Marilyn Hall Patel (Date Filed: 2/3/2009);Preliminary Injunction Motion Hearing set for 4/1/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Christine Triska.) (awb, COURT-STAFF) (Date Filed: 2/3/2009) (Entered: 02/04/2009) |
| 02/03/2009 | ⚫ 362 | Reply Memorandum re 360 MOTION to Preclude Claims based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 2/3/2009) (Entered: 05/21/2009) |
| 02/03/2009 | ⚫ 363 | EXHIBITS A,B and C to the Declaration of Tracy Tosh Lane in Support of Reply in support of Motion to Preclude Claims based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 2/3/2009) (Entered: 05/21/2009) |
| 02/05/2009 | 🌐121 | ORDER by Judge Marilyn Hall Patel granting 109 defendants' Motion to Seal response to motion for preliminary injunction (awb, COURT-STAFF) (Filed on 2/5/2009) (Entered: 02/05/2009) |
| 02/05/2009 | 🌐122 | MOTION to Seal Document *Administrative Motion for Filing Under Seal (1) Unredacted Version of RealNetworks Reply ISO Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing and for the Appointment of a Discovery Referee; and (2) Exhibits A-C, inclusive to the Supplemental Declaration of Tracy Tosh Lane* |

| | | |
|---|---|---|
| | | *ISO Plaintiffs' and Counterclaim Defendants Motion to Preclude or Continue* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 2/3/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal)(Lane, Tracy) (Filed on 2/5/2009) (Entered: 02/05/2009) |
| 02/05/2009 | 🌐 123 | MOTION to Seal Document *Administrative Motion for Filing Under seal (1) Unredacted Version of RealNetworks' Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing and for the Appointment of a Discovery Referee; and (2) Exhibits E-H, Inclusive to the Declaration of Tracy Tosh Lane ISO Plaintiffs' and Counterclaim Defendants Motion to Shorten Time and Motion to Preclude or Continue* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Proposed Order Granting Motion for Filing Under Seal)(Lane, Tracy) (Filed on 2/5/2009) (Entered: 02/05/2009) |
| 02/09/2009 | 🌐 124 | RESPONSE in Support *Reply in Support of Motion to Dismiss DVD Copy Control Association, Inc.'s Second Counterclaim* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Bal, Colleen) (Filed on 2/9/2009) (Entered: 02/09/2009) |
| 02/10/2009 | 🌐 125 | Transcript of Proceedings held on February 3, 2009, before Judge Marilyn H. Patel. Court Reporter/Transcriber Christine Triska, Telephone number (650) 743-8425. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 5/8/2009. (cat, COURT STAFF) (Filed on 2/10/2009) (Entered: 02/10/2009) |
| 02/20/2009 | 🌐 128 | STIPULATION *and [Proposed] Order to Continue Hearing on Plaintiffs' Motion to Dismiss DVD CCA's Second Counterclaim* by Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Lane, Tracy) (Filed on 2/20/2009) (Entered: 02/20/2009) |
| 02/25/2009 | 🌐 129 | MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. Motion Hearing set for |

| | | |
|---|---|---|
| | | 3/16/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Singla, Rohit) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 130 | Declaration of Rebecca Gose Lynch in Support of 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version Public Redacted Version with Public Exhibits* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Related document(s) 129 ) (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 131 | Declaration of Dr. John P.J. Kelly in Support of 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version Public Redacted Version* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Related document(s) 129 ) (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 132 | Proposed Order re 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version Public Redacted Version* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 133 | MOTION to Seal Document *Application to Seal Highly Confidential Versions of (1) Motion for Sanctions for Spoliation of Evidence, (2) Declaration of Rebecca Gose Lynch in Support thereof, (3) Declaration of Dr. John P.J. Kelly in Support Thereof, and (4) Proposed Order Granting Motion for Sanctions for Spoliation of Evidence* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 134 | Proposed Order re 133 MOTION to Seal Document *Application to Seal Highly Confidential Versions of (1) Motion for Sanctions for Spoliation of Evidence, (2) Declaration of Rebecca Gose Lynch in Support thereof, (3) Declaration of Dr. John P.J. Kelly in Support Thereof, an MOTION to Seal Document Application to Seal Highly Confidential Versions of (1) Motion for Sanctions for Spoliation of Evidence, (2) Declaration of Rebecca Gose Lynch in Support thereof, (3) Declaration of Dr. John P.J. Kelly in* |

| | | |
|---|---|---|
| | | *Support Thereof, an MOTION to Seal Document Application to Seal Highly Confidential Versions of (1) Motion for Sanctions for Spoliation of Evidence, (2) Declaration of Rebecca Gose Lynch in Support thereof, (3) Declaration of Dr. John P.J. Kelly in Support Thereof, an by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009)* |
| 02/25/2009 | 🌐 135 | MOTION to Shorten Time *for Hearing of Studios' Motion for Sanctions for Spoliation of Evidence* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 136 | Declaration of Rebecca Gose Lynch in Support of 135 MOTION to Shorten Time *for Hearing of Studios' Motion for Sanctions for Spoliation of Evidence* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Exhibit A)(Related document(s) 135 ) (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/25/2009 | 🌐 137 | Proposed Order re 135 MOTION to Shorten Time *for Hearing of Studios' Motion for Sanctions for Spoliation of Evidence* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 2/25/2009) (Entered: 02/25/2009) |
| 02/27/2009 | 🌐 138 | STIPULATION AND ORDER RESETTING Hearing on Motions 98 MOTION to Dismiss, 129 MOTION for Sanctions, 104 MOTION for to Preclude Claims Based on Non-CSS Technologies or Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee to 3/16/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco; Signed by Judge Marilyn Hall Patel on 2/27/2009. (awb, COURT-STAFF) (Filed on 2/27/2009) (Entered: 02/27/2009) |
| 03/02/2009 | 🌐 139 | Joinder re 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version NOTICE OF JOINDER AND JOINDER OF DVD COPY CONTROL ASSOCIATION, INC. IN MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - PUBLIC REDACTED VERSION* by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 3/2/2009) (Entered: 03/02/2009) |
| | | |

| 03/02/2009 | 140 | Proposed Order re 139 Joinder, *[PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE - PUBLIC REDACTED VERSION* by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 3/2/2009) (Entered: 03/02/2009) |
|---|---|---|
| 03/02/2009 | 141 | MOTION to Seal *DVD COPY CONTROL ASSOCIATION, INC.'S APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) JOINDER IN MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, AND (2) [PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE* filed by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 3/2/2009) (Entered: 03/02/2009) |
| 03/02/2009 | 142 | Proposed Order re 141 MOTION to Seal *DVD COPY CONTROL ASSOCIATION, INC.'S APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) JOINDER IN MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, AND (2) [PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EV MOTION to Seal DVD COPY CONTROL ASSOCIATION, INC.'S APPLICATION TO SEAL HIGHLY CONFIDENTIAL VERSIONS OF (1) JOINDER IN MOTION FOR SANCTIONS FOR SPOLIATION OF EVIDENCE, AND (2) [PROPOSED] ORDER GRANTING MOTION FOR SANCTIONS FOR SPOLIATION OF EV* by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 3/2/2009) (Entered: 03/02/2009) |
| 03/02/2009 | 143 | CERTIFICATE OF SERVICE by DVD Copy Control Association, Inc. *(1) Notice of Joinder and Joinder of DVD Copy Control Association, Inc. in Motion for Sanctions for Spoliation of Evidence (Highly Confidential - Filed Under Seal) and (2) [Proposed] Order Granting Motion for Sanctions for Spoliation of Evidence (Highly Confidential - Filed Under Seal)* (Ellinikos, Maria) (Filed on 3/2/2009) (Entered: 03/02/2009) |
| 03/02/2009 | 144 | Memorandum in Opposition re 135 MOTION to Shorten Time *for Hearing of Studios' Motion for Sanctions for Spoliation of Evidence* filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/2/2009) (Entered: 03/02/2009) |
| 03/02/2009 | 350 | NOTICE of Joinder and Joinder in Motion for Sanctions for Spoliation of Evidence by DVD Copy Control Association, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/2/2009) (Entered: 05/21/2009) |
| 03/04/2009 | 145 | ORDER by Judge Marilyn Hall Patel granting 141 Motion to Seal versions of Joinder in Motion for Sanctions AS AMENDED BY COURT (awb, COURT-STAFF) (Filed on 3/4/2009) (Entered: 03/04/2009) |
|  |  |  |

| 03/04/2009 | 148 | MOTION for Admission of Attorney Alan E. Littmann Pro Hac Vice (Filing fee $ 210.00, receipt number 34611029590) filed by Realnetworks, Inc.. (gba, COURT STAFF) (Filed on 3/4/2009) (Entered: 03/11/2009) |
| 03/04/2009 | 149 | Proposed Order re 148 MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611029590) by Realnetworks, Inc.. (gba, COURT STAFF) (Filed on 3/4/2009) (Entered: 03/11/2009) |
| 03/05/2009 | 150 | MOTION for Admission of Attorney Donald E. Scott Pro Hac Vice (Filing fee $ 210.00, receipt number 34611029649) filed by Realnetworks, Inc.. (gba, COURT STAFF) (Filed on 3/5/2009) (Entered: 03/11/2009) |
| 03/05/2009 | 151 | Proposed Order re 150 MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611029649) by Realnetworks, Inc.. (gba, COURT STAFF) (Filed on 3/5/2009) (Entered: 03/11/2009) |
| 03/06/2009 |  | (Court only) ***Motions terminated: 119 MOTION to Seal Document *Reply in Support of Motion to Preclude Claims Based on Non-CSS Technologies or, Alternatively, to Continue the Preliminary Injunction Hearing, and for the Appointment of a Discovery Referee* filed by Realnetworks Home Entertainment, Inc.. (awb, COURT-STAFF) (Filed on 3/6/2009) (Entered: 03/06/2009) |
| 03/06/2009 | 146 | MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.) filed by Realnetworks Home Entertainment, Inc.. (fj, COURT STAFF) (Filed on 3/6/2009) (Entered: 03/11/2009) |
| 03/09/2009 | 152 | MOTION for Admission of Attorney Karma M. Giulianelli Pro Hac Vice (Filing fee $ 210.00, receipt number 34611029778) filed by Realnetworks, Inc.. (gba, COURT STAFF) (Filed on 3/9/2009) (Entered: 03/11/2009) |
| 03/09/2009 | 153 | Proposed Order re 152 MOTION for leave to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611029778) by Realnetworks, Inc.. (gba, COURT STAFF) (Filed on 3/9/2009) (Entered: 03/11/2009) |
| 03/11/2009 | 147 | ORDER by Judge Marilyn Hall Patel granting 146 Motion for Pro Hac Vice of Mark S. Ouweleen (fj, COURT STAFF) (Filed on 3/11/2009) (Entered: 03/11/2009) |
| 03/11/2009 | 154 | *** FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER. *** Memorandum in Opposition *to Defendants' Motion for Sanctions for Spoliation of Evidence* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |

| 03/11/2009 | 🌐 155 | Declaration of Jeff Albertson *in Support of Plaintiffs RealNetworks, Inc. and realNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| --- | --- | --- |
| 03/11/2009 | 🌐 156 | Declaration of Todd Basche *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 157 | Declaration of James Bielman *in Support of Plaintiffs RealNetworks, Inc. and realNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 158 | Declaration of James Brennan *in Support of Plaintiffs RealNetworks, Inc. and realNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 159 | Declaration of Jeff Chasen *in Support of Plaintiffs RealNetworks, Inc. and realNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 160 | Declaration of Lindsey Godfrey *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 161 | Declaration of Dave Watson *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 162 | Declaration of Jeff Leitner *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home |

|  |  |  |
|---|---|---|
|  |  | Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐163 | Declaration of Richard Wolpert *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐164 | Declaration of Brent Wood *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐165 | Declaration of Dale DeWhitt *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐166 | Declaration of John Moore *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐167 | Declaration of Rishi Mathew *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐168 | Declaration of Phil Barrett *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐169 | *** **FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER.** *** Declaration of William Way *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to* |

| | | |
|---|---|---|
| | | *Motion for Sanctions and Spoliation [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐170 | **\*\*\* FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER. \*\*\*** Declaration of Tracy Tosh Lane *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐171 | MOTION to Seal Document filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 3/16/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order [Proposed] Order Granting Administrative Motion for Filing Under Seal (1) The Unredacted Version of RealNetworks' Opposition to Defs' Motion for Sanction for Spoliation of Evidence; (2) The Unredacted Version of the Declarations of Tracy Tosh Lane, William) (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐172 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing Opposition to Motion for Sanctions and Spoliation [Confidential Version]* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐173 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing [Confidential Version] Declaration of Dale DeWhitt in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐174 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing [Confidential Version] Declaration of John Moore in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐175 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware |

| | | |
|---|---|---|
| | | corporation) *Notice of Manual Filing [Confidential Version] Declaration of William Way in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 176 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing [Cofidential Version] Declaration of Phil Barrett in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 177 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing [Confidential Version] Declaration of Rishi Mathew in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 178 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing Exhibit G to the Declaration of Tracy Tosh Lane in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/11/2009 | 🌐 179 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing [Confidential Version] Exhibit H to the Declaration of Tracy Tosh Lane in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* (Cunningham, Leo) (Filed on 3/11/2009) Modified on 3/12/2009 (feriab, COURT STAFF). (Entered: 03/11/2009) |
| 03/12/2009 | 🌐 180 | Reply Memorandum *in Opposition to Defendants' Motion for Sanctions for Spoliation of Evidence* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/12/2009) (Entered: 03/12/2009) |
| 03/12/2009 | 🌐 181 | Declaration of Tracy Tosh Lane *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I) (Cunningham, Leo) (Filed on 3/12/2009) (Entered: 03/12/2009) |

| 03/12/2009 | 182 | Declaration of William Way *in Support of Plaintiffs and Counter-Claim defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/12/2009) (Entered: 03/12/2009) |
|---|---|---|
| 03/12/2009 | 183 | Declaration of Jeff Buzzard *in Support of RealNetworks and RealNetworks Home Entertainment's Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/12/2009) (Entered: 03/12/2009) |
| 03/12/2009 | 184 | Declaration of Elizabeth Coppinger *in Support of Plaintiffs and Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Sanctions and Spoliation* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/12/2009) (Entered: 03/12/2009) |
| 03/12/2009 | 185 | ORDER by Judge Marilyn Hall Patel granting 152 plaintiff's Motion for attorney Karma M Giulianelli to appear Pro Hac Vice (awb, COURT-STAFF) (Filed on 3/12/2009) (Entered: 03/12/2009) |
| 03/12/2009 | 186 | CLERKS NOTICE: Motion Hearing previously set for 3/16/2009 are reset for 3/23/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (awb, COURT-STAFF) (Filed on 3/12/2009) (Entered: 03/12/2009) |
| 03/12/2009 | 351 | MEMORANDUM in Opposition to Defendants' Motion for Sanctions for Spoliation of Evidence filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/12/2009) (Entered: 05/21/2009) |
| 03/12/2009 | 352 | Declaration of Dale DeWhitt in Support of 351 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 351 ) (gba, COURT STAFF) (Filed on 3/12/2009) (Entered: 05/21/2009) |
| 03/12/2009 | 353 | Declaration of William Way in Support of 351 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. **FILED UNDER SEAL** (Related document(s) 351 ) (gba, COURT STAFF) (Filed on 3/12/2009) (Entered: 05/21/2009) |
| 03/12/2009 | 354 | Declaration of John Moore in Support of 351 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. **FILED UNDER SEAL** (Related document(s) |

| | | |
|---|---|---|
| | | 351 ) (gba, COURT STAFF) (Filed on 3/12/2009) (Entered: 05/21/2009) |
| 03/12/2009 | 355 | Declaration of Rishi Mathew in Support of 351 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 351 ) (gba, COURT STAFF) (Filed on 3/12/2009) (Entered: 05/21/2009) |
| 03/12/2009 | 356 | Declaration of Phil Barrett in Support of 351 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 351 ) (gba, COURT STAFF) (Filed on 3/12/2009) (Entered: 05/21/2009) |
| 03/12/2009 | 357 | Declaration of Tracy Tosh Lane in Support of 351 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 351 ) (gba, COURT STAFF) (Filed on 3/12/2009) (Entered: 05/21/2009) |
| 03/13/2009 | 187 | ORDER by Judge Marilyn Hall Patel granting 171 Administrative Motion to Seal Document (I) The Unredacted Version of Realnetworks's Opposition To Defendants' Motion For Sanctions For Spoliation of Evidence; (II) the Unredated Versions of the Declaration of Tracy Tosh Lane, William Way, John Moore, Dale Dewhitt, Phil Barrett, And Rishi Mathew; and (III) the Exhibits G and H to Tracy Tosh Lane's Declaration In Support of The Opposition. (fj, COURT STAFF) (Filed on 3/13/2009) (Entered: 03/13/2009) |
| 03/16/2009 | 188 | ORDER by Judge Marilyn Hall Patel granting 148 Motion for Pro Hac Vice of Alan E. Littmann (fj, COURT STAFF) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/16/2009 | 189 | ORDER by Judge Marilyn Hall Patel granting 150 Motion for Pro Hac Vice of Donald E. Scott (fj, COURT STAFF) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/16/2009 | 190 | ORDER Granting re 152 MOTION for leave to appear in Pro Hac Vice of Karma M. Giulianelli( Filing fee $ 210.00, receipt number 34611029778.) filed by Realnetworks, Inc.. Signed by Judge Marilyn Hall Patel on 3/12/09. (fj, COURT STAFF) (Filed on 3/16/2009) (Entered: 03/16/2009) |
| 03/18/2009 | 191 | *** **FILED IN ERROR. DOCUMENT LOCKED. DOCUMENT TO BE REFILED LATER.** *** Reply Memorandum re 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version Public Redacted Version: Studio Defendants' Reply In Support Of Motion For Sanctions For Spoliation of Evidence* filed byDisney Enterprises, Inc., |

| | | |
|---|---|---|
| | | Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 3/18/2009) Modified on 3/19/2009 (ewn, COURT STAFF). (Entered: 03/18/2009) |
| 03/18/2009 | 192 | Declaration of Zachary Katz in Support of 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version Public Redacted Version: Declaration of Zachary Katz In Support Of Motion For Sanctions For Spoliation Of Evidence* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Related document(s) 129 ) (Lynch, Rebecca) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/18/2009 | 193 | Declaration of Dr. John P.J. Kelly in Support of 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version Supplemental Declaration Of Dr. John P.J. Kelly In Support Of Studios' Motion For Sanctions For Spoliation Of Evidence* filed bySony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc., Viacom, Inc.. (Related document(s) 129 ) (Lynch, Rebecca) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/18/2009 | 194 | MOTION to Seal Document *Application to Seal Highly Confidential Versions of (1) Studios' Reply In Support Of Motion For Sanctions For Spoliation Of Evidence, And (2) Declaration Of Zachary Katz In Support Of Same* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Proposed Order)(Lynch, Rebecca) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/18/2009 | 195 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc *Notice Of Manual Filing* (Lynch, Rebecca) (Filed on 3/18/2009) (Entered: 03/18/2009) |
| 03/18/2009 | 358 | Reply Memorandum in Support of Motion for Sanctions for Spoliation of Evidence filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/18/2009) (Entered: 05/21/2009) |
| 03/18/2009 | 359 | Declaration of Zachary Katz in support of Motion for Sanctions for Spoliation of Evidence filed by Disney Enterprises, Inc., |

| | | |
|---|---|---|
| | | Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/18/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 196 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *Proof of Service of Documents Filed Under Seal* (Lynch, Rebecca) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 197 | Reply Memorandum re 129 MOTION for Sanctions *for Spoliation of Evidence; Memorandum of Points and Authorities in Support Thereof - Public Redacted Version* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 198 | MOTION to Seal Document *APPLICATION OF DVD COPY CONTROL ASSOCIATION, INC. TO SEAL (1) HIGHLY CONFIDENTIAL VERSION OF MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION; (2) DECLARATION OF JOHN P.J. KELLY; (3) SELECTED EXHIBITS TO DECLARATION OF JACOB PAK; AND (4) SELECTED EXHIBITS TO DECLARATION OF MARIA ELLINIKOS* filed by DVD Copy Control Association, Inc.. (Attachments: # 1 Proposed Order) (Steer, Reginald) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 199 | Brief re 61 MOTION for Preliminary Injunction *and Notice of Motion for Preliminary Injunction MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION OF DVD COPY CONTROL ASSOCIATION, INC. FOR PRELIMINARY INJUNCTION* filed byDVD Copy Control Association, Inc.. (Attachments: # 1 Ellinikos Declaration, # 2 Exhibit A-X to Ellinikos Declaration, # 3 Exhibit Y part 1 to Ellinikos Declaration, # 4 Exhibit Y part 2 to Ellinikos Declaration, # 5 Pak Declaration, # 6 Exhibit to Pak Declaration, # 7 Parsons Declaration, # 8 Proposed Order)(Related document(s) 61 ) (Steer, Reginald) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 200 | MOTION to Seal Document *Application to Seal Highly Confidential Versions of (1) Notice of Motion and Motion of Studio Plaintiffs' for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; (2) Declaration of Mark Hollar; (3) Declaration of Robert Schuman (4) Declaration of Jeffrey S. Miller; and (5) Declaration of Jonathan H. Blavin* filed by Disney Enterprises, Inc., Paramount Pictures Corp., |

| | | |
|---|---|---|
| | | Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 🌐 201 | Proposed Order re 200 MOTION to Seal Document *Application to Seal Highly Confidential Versions of (1) Notice of Motion and Motion of Studio Plaintiffs' for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; (2) Declaration of Mark Holl MOTION to Seal Document Application to Seal Highly Confidential Versions of (1) Notice of Motion and Motion of Studio Plaintiffs' for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; (2) Declaration of Mark Holl MOTION to Seal Document Application to Seal Highly Confidential Versions of (1) Notice of Motion and Motion of Studio Plaintiffs' for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof; (2) Declaration of Mark Holl* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 🌐 202 | MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. Motion Hearing set for 4/1/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Appendix)(Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 🌐 203 | Declaration of Mark Hollar in Support of 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof* filed bySony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc., Viacom, Inc. (Related document(s) 202 ) (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 🌐 204 | Declaration of Robert Schumann in Support of 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof* filed bySony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, Warner Bros. Entertainment, Inc., Viacom, Inc. (Related document(s) 202 ) (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 🌐 205 | Declaration of Jeffrey S. Miller in Support of 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. |

| | | |
|---|---|---|
| | | Entertainment, Inc., Viacom, Inc.. (Related document(s) 202 ) (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 206 | Declaration of Jonathan H. Blavin in Support of 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Exhibit 65-70)(Related document(s) 202 ) (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 207 | Proposed Order re 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 208 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. re 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof Service of Documents Filed Under Seal* (Singla, Rohit) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 209 | Declaration of Matthew A. Bishop *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 210 | Declaration of James Brennan *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction [PUBLIC VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 211 | Declaration of Jeff Chasen *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction [PUBLIC VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 212 | Declaration of Douglas Dixon *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) |

| | | (Filed on 3/19/2009) (Entered: 03/19/2009) |
|---|---|---|
| 03/19/2009 | 213 | Declaration of Jeffrey Buzzard *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction [PUBLIC VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 214 | Declaration of Phil Barrett *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction [PUBLIC VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 215 | Declaration of Timothy F. Bresnahan *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Appendix A)(Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 216 | Declaration of Gordon L. Klein *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 217 | Declaration of Christopher F. Nelson *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 218 | Declaration of Larry Gerbrandt *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction [PUBLIC VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 219 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing Highly Confidential Documents* (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 220 | MOTION to Seal Document *RealNetworks, Inc.'s Opposition to Motion for Preliminary Injunction, Decls. of Barrett, Brennan,* |

| | | |
|---|---|---|
| | | *Buzzard and Chasen* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 4/1/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Administrative Motion Filing Under Seal RealNetworks, Inc. Opposition to Motion for Preliminary Injunction, Decls. of Barrett, Brennan, Buzzard and Chasen)(Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 221 | Memorandum in Opposition *to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/19/2009) (Entered: 03/19/2009) |
| 03/19/2009 | 364 | MEMORANDUM of Points and Authorities in Support of 61 MOTION for Preliminary Injunction filed by DVD Copy Control Association, Inc..**FILED UNDER SEAL** (Related document(s) 61 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 365 | Declaration of John P.J. Kelly, PH.D in Support of 61 MOTION for Preliminary Injunction filed by DVD Copy Control Association, Inc.. **FILED UNDER SEAL** (Related document(s) 61 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 366 | Declaration of Jacob Pak with Exhibits I through O in Support of 61 MOTION for Preliminary Injunction filed by DVD Copy Control Association, Inc.. **FILED UNDER SEAL** (Related document(s) 61 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 367 | Declaration of Maria Ellinikos with Exhibits A through W in Support of 61 MOTION for Preliminary Injunction filed by DVD Copy Control Association, Inc..**FILED UNDER SEAL** (Related document(s) 61 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 368 | MOTION for Preliminary Injunction; Memorandum of Points and Authorities in support filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 369 | Declaration of Jeffrey S. Miller in Support of 368 MOTION for Preliminary Injunction filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 368 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| | | |

| 03/19/2009 | 370 | Declaration of Mark Hollar in Support of 368 MOTION for Preliminary Injunction filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 368 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 371 | Declaration of Robert Schumann in Support of 368 MOTION for Preliminary Injunction filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 368 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/19/2009 | 372 | Declaration of Jonathan H. Blavin in Support of 368 MOTION for Preliminary Injunction filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 368 ) (gba, COURT STAFF) (Filed on 3/19/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 222 | ORDER by Judge Marilyn Hall Patel granting 194 defendants' Motion to Seal Studio's reply in support of motion for sanctions AS MODIFIED BY COURT (awb, COURT-STAFF) (Filed on 3/20/2009) (Entered: 03/20/2009) |
| 03/20/2009 | 223 | ORDER by Judge Marilyn Hall Patel DENYING 102 plaintiffs' Motion to Seal Document (awb, COURT-STAFF) (Filed on 3/20/2009) (Entered: 03/20/2009) |
| 03/20/2009 | 224 | ORDER by Judge Marilyn Hall Patel granting 122 plaintiffs' Motion to Seal unredacted version of reply to motion to preclude (awb, COURT-STAFF) (Filed on 3/20/2009) (Entered: 03/20/2009) |
| 03/20/2009 | 225 | CERTIFICATE OF SERVICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. (Berta, Michael) (Filed on 3/20/2009) (Entered: 03/20/2009) |
| 03/20/2009 | 226 | ORDER by Judge Marilyn Hall Patel granting 123 plaintiffs' Motion to seal unredacted version of motion to preclude (awb, COURT-STAFF) (Filed on 3/20/2009) (Entered: 03/20/2009) |
| 03/20/2009 | 227 | NOTICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. re 98 MOTION to Dismiss *DVD Copy Control Association, Inc.'s Second Counterclaim Notice of Withdrawal of Motion to Dismiss DVD Copy Control Association, Inc.'s Second Counterclaim* (Bal, Colleen) (Filed on 3/20/2009) (Entered: 03/20/2009) |

| 03/20/2009 | 🌐 373 | MEMORANDUM in Opposition to Motion for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
|---|---|---|
| 03/20/2009 | 🌐 374 | Declaration of Phil Barrett in Support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 373 ) (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 🌐 376 | Declaration of Jeff Chasen in Support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 373 ) (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 🌐 377 | Declaration of Jeffrey Buzzard in Support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 373 ) (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 🌐 378 | EXHIBIT A to the Declaration of Douglas Dixon in support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 🌐 379 | EXHIBIT B to the Declaration of Douglas Dixon in support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 🌐 380 | EXHIBIT A to the Declaration of Edward W. Felten in support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 🌐 381 | EXHIBIT B to the Declaration of Edward W. Felten in support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/21/2009) |
| 03/20/2009 | 🌐 382 | EXHIBIT A to the Declaration of Matthew A. Bishop, PH.D in support of Opposition to Motion for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/22/2009) |

| | | |
|---|---|---|
| 03/20/2009 | 🌐 383 | EXHIBIT B to the Declaration of Matthew A. Bishop, PH.D. in support of Opposition to Motion for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/22/2009) |
| 03/20/2009 | 🌐 384 | EXHIBIT 5 to the Declaration of Larry Gerbrandt in support of Opposition to Motion for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/22/2009) |
| 03/20/2009 | 🌐 385 | Declaration of Christopher F. Nelson in Support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 373 ) (gba, COURT STAFF) (Filed on 3/20/2009) (Entered: 05/22/2009) |
| 03/23/2009 | 🌐 228 | Memorandum in Opposition *to Motion for Preliminary Injunction [Revised Public Redacted Version]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 3/23/2009) (Entered: 03/23/2009) |
| 03/23/2009 | 🌐 229 | Minute Entry: Motion Hearing held on 3/23/2009 before Hon. Marilyn Hall Patel (Date Filed: 3/23/2009); Preliminary Injunction hearings date reserved for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Margo Garule.) (awb, COURT-STAFF) (Date Filed: 3/23/2009) (Entered: 03/23/2009) |
| 03/25/2009 | 🌐 230 | ORDER by Judge Marilyn Hall Patel granting 220 plaintiffs' Motion to plaintiffs' opposition, and declarations of Phil Barrett, James Brennan, Jeffrey Buzzard, and Jeffrey Chasen in support thereof (awb, COURT-STAFF) (Filed on 3/25/2009) (Entered: 03/25/2009) |
| 03/25/2009 | 🌐 231 | ORDER by Judge Marilyn Hall Patel granting 198 defendant DVD Copy Control's Motion to Seal memorandum, declaration of John PJ Kelly, selected exhs. (awb, COURT-STAFF) (Filed on 3/25/2009) (Entered: 03/25/2009) |
| 03/25/2009 | 🌐 232 | ORDER by Judge Marilyn Hall Patel granting 200 Picture Studio's Motion to unredacted version of preliminary injunction AS AMENDED BY COURT (awb, COURT-STAFF) (Filed on 3/25/2009) (Entered: 03/25/2009) |
| 03/25/2009 | 🌐 233 | NOTICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. *of Manual Filing* (Berta, Michael) (Filed on 3/25/2009) (Entered: 03/25/2009) |
| 03/25/2009 | 🖼🌐 234 | MOTION to Seal Document *(Corrected Exhibits 3 and 4 to the Declaration of Christopher F. Nelson in Support of Plaintiffs' Opposition to Motion for Preliminary Injunction* filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. |

|  |  | (Berta, Michael) (Filed on 3/25/2009) (Entered: 03/25/2009) |
|---|---|---|
| 03/25/2009 | 🌐 235 | Proposed Order *Granting Administrative Motion Filing Under Seal Corrected Exhibits 3 and 4 to the Declaration of Christopher F. Nelson in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. (Berta, Michael) (Filed on 3/25/2009) (Entered: 03/25/2009) |
| 03/25/2009 | 🌐 236 | CERTIFICATE OF SERVICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. (Berta, Michael) (Filed on 3/25/2009) (Entered: 03/25/2009) |
| 03/26/2009 | 🌐 237 | Witness List by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 3/26/2009) (Entered: 03/26/2009) |
| 03/26/2009 | 🌐 238 | Witness List by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Aull, Laura Ashley) (Filed on 3/26/2009) (Entered: 03/26/2009) |
| 03/31/2009 | 🌐 239 | STIPULATION *and [Proposed] Order Extending Time for Plaintiffs and Counterclaim Defendants RealNetworks, Inc. and RealNetworks Home Entertainment, Inc. to Answer the Counterclaims of Defendant and Counterclaim Plaintiff DVD Copy Control Association, Inc.* by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. (Berta, Michael) (Filed on 3/31/2009) (Entered: 03/31/2009) |
| 03/31/2009 | 🌐 240 | Witness List by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. *for Preliminary Injunction Proceeding.* (Berta, Michael) (Filed on 3/31/2009) (Entered: 03/31/2009) |
| 04/02/2009 | 🌐 241 | Transcript of Proceedings held on 03/23/09, before Judge MARILYN H. PATEL. Court Reporter/Transcriber MARGARET "MARGO" GURULE, Telephone number 415-504-4204 or margolargo@gmail.com. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/29/2009. (mng, COURT STAFF) (Filed on 4/2/2009) (Entered: 04/02/2009) |
| 04/06/2009 | 🌐 242 | Witness List by DVD Copy Control Association, Inc., Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, |

| | | |
|---|---|---|
| | | Inc. *DEFENDANTS JOINT WITNESS DISCLOSURE FOR PRELIMINARY INJUNCTION PROCEEDING.* (Steer, Reginald) (Filed on 4/6/2009) (Entered: 04/06/2009) |
| 04/06/2009 | 243 | STIPULATION AND ORDER EXTENDING TIME FOR PLAINTIFFS AND COUNTERCLAIM DEFENDANTS REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. TO ANSWER THE COUNTERCLAIMS OF DEFENDANT AND COUNTERCLAIM PLAINTIFF DVD COPY CONTROL ASSOCIATION, INC. Signed by Judge Marilyn Hall Patel on 4/6/2009. (ls, COURT STAFF) (Filed on 4/6/2009) (Entered: 04/07/2009) |
| 04/08/2009 | 244 | Witness List by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation) *for Preliminary Injunction Proceeding (Supplemental).* (Berta, Michael) (Filed on 4/8/2009) (Entered: 04/08/2009) |
| 04/10/2009 | 245 | RESPONSE in Support re 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof Public Redacted Version: Response Memorandum of Studio Plaintiffs in Support of Motion for Preliminary Injunction* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Lynch, Rebecca) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 246 | Declaration of Jonathan H. Blavin in Support of 202 MOTION for Preliminary Injunction *; Memorandum of Points and Authorities in Support Thereof Public Redacted Version: Supplemental Declaration of Jonathan H. Blavin In Support of Studio Plaintiffs' Motion for Preliminary Injunction* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Related document(s) 202 ) (Lynch, Rebecca) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 247 | MOTION to Seal Document *Application to Seal Highly Confidential Versions of (1) Response Memorandum of Studio Plaintiffs in Support of Motion for Preliminary Injunction; (2) Supplemental Declaration of Jonathan H. Blavin* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Proposed Order)(Lynch, Rebecca) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 248 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., |

| | | |
|---|---|---|
| | | Warner Bros. Entertainment, Inc., Viacom, Inc. *Proof of Service of Documents Filed Under Seal* (Lynch, Rebecca) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 249 | RESPONSE in Support re 61 MOTION for Preliminary Injunction *and Notice of Motion for Preliminary Injunction* filed byDVD Copy Control Association, Inc.. (Attachments: # 1 Affidavit Declaration of Maria Ellinikos ISO Response Brief of DVD CCA, # 2 Affidavit Declaration of Jacob Pak ISO Response Brief of DVD CCA) (Ellinikos, Maria) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 250 | MOTION to Seal *Highly Confidential Versions of Response Memorandum and Supporting Documents* filed by DVD Copy Control Association, Inc.. (Attachments: # 1 Proposed Order Granting Application to Seal)(Ellinikos, Maria) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 251 | Declaration of Christopher F. Nelson *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Response to Studios and DVD CCA Motions for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 252 | Declaration of Anthony J. DeNatale *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Response to Studios and DVD CCA's Motions for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 253 | Declaration of Edward W. Felten *in Support of RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 254 | MOTION to Seal Document filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 4/24/2009 09:00 AM. (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal (1) the Unredactd Version of RealNetworks, Inc.'s Response to Studios and DVD CCA's Motion for Preliminary Injunction; (2) Exhibits to the Declaration of Christopher F. Nelson in Support of) (Cunningham, Leo) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 255 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing* (Cunningham, Leo) (Filed on 4/10/2009) (Entered: 04/10/2009) |
| 04/10/2009 | 🌐 256 | Reply Memorandum *RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Response to Studios and DVD* |

|  |  | CCA's Motions for Preliminary Injunction [Public Redacted Version] filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 4/10/2009) (Entered: 04/10/2009) |
|---|---|---|
| 04/10/2009 | 390 | RESPONSE Memorandum of Studio Plaintiffs in support of Motion for Preliminary Injunction filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc.. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/10/2009) (Entered: 06/03/2009) |
| 04/10/2009 | 391 | SUPPLEMENTAL Declaration of Jonathan H. Blavin in support of Studio Plaintiffs' Motion for Preliminary Injunction filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/10/2009) (Entered: 06/03/2009) |
| 04/10/2009 | 392 | RESPONSE Memorandum in support of 61 MOTION for Preliminary Injunction filed by DVD Copy Control Association, Inc.. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/10/2009) (Entered: 06/03/2009) |
| 04/10/2009 | 393 | Declaration of John J. Kelly, PH.D in Support of 392 Response Memorandum filed by DVD Copy Control Association, Inc..**FILED UNDER SEAL** (Related document(s) 392 ) (gba, COURT STAFF) (Filed on 4/10/2009) (Entered: 06/03/2009) |
| 04/10/2009 | 394 | Declaration of Jacob Pak in Support of 392 Response Memorandum filed by DVD Copy Control Association, Inc..**FILED UNDER SEAL** (Related document(s) 392 ) (gba, COURT STAFF) (Filed on 4/10/2009) (Entered: 06/03/2009) |
| 04/10/2009 | 395 | Declaration of Maria Ellinikos in Support of 392 Response Memorandum filed by DVD Copy Control Association, Inc..**FILED UNDER SEAL** (Related document(s) 392 ) (gba, COURT STAFF) (Filed on 4/10/2009) (Entered: 06/03/2009) |
| 04/13/2009 | 257 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *Notice of Manual Filing* (Lynch, Rebecca) (Filed on 4/13/2009) (Entered: 04/13/2009) |
| 04/13/2009 | 396 | RESPONSE to Studios and DVD CCA's 202 MOTION for Preliminary Injunction; Memorandum of Points and Authorities in Support Thereof 61 MOTION for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on |

| | | 4/13/2009) (Entered: 06/03/2009) |
|---|---|---|
| 04/13/2009 | 397 | EXHIBIT A to Declaration of Edward W. Felten in support of 396 Opposition to Motion for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/13/2009) (Entered: 06/03/2009) |
| 04/13/2009 | 398 | EXHIBIT B to Declaration of Edward W. Felten in support of 396 Opposition to Motion for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/13/2009) (Entered: 06/03/2009) |
| 04/13/2009 | 399 | EXHIBITS 84-113 to Declaration of Christopher F. Nelson in support of 396 Response to Studios and DVD CCA Motions for Preliminary Injunction filed byRealnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/13/2009) (Entered: 06/03/2009) |
| 04/13/2009 | 400 | EXHIBITS 63-83 to Declaration of Christopher F. Nelson in support of 396 Response to Studios and DVD CCA Motion for Preliminary Injunction filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/13/2009) (Entered: 06/03/2009) |
| 04/14/2009 | 258 | ORDER by Judge Marilyn Hall Patel granting 254 Motion to Seal unredacted version of Realnetworks' response to studios' and DVD CCA's Motions for Preliminary Injunction (awb, COURT STAFF) (Filed on 4/14/2009) (Entered: 04/14/2009) |
| 04/14/2009 | 259 | ORDER by Judge Marilyn Hall Patel granting 250 defendant DVD COPY CONTROL's Motion to Seal response memorandum in support of preliminary injunction AS AMENDED BY COURT (awb, COURT STAFF) (Filed on 4/14/2009) (Entered: 04/14/2009) |
| 04/14/2009 | 260 | ORDER by Judge Marilyn Hall Patel granting 247 Motion Picture Studios' Motion to Seal response memorandum in support of motion for preliminary injunction, supplemental declaration of Jonathan Blavin AS AMENDED BY COURT (awb, COURT STAFF) (Filed on 4/14/2009) (Entered: 04/14/2009) |
| 04/15/2009 | 261 | MOTION of Studio Plaintiffs to Bring Certain Equipment and Materials into the Courtroom filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. Motion Hearing set for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Blavin, Jonathan) (Filed on 4/15/2009) (Entered: 04/15/2009) |
| 04/15/2009 | 262 | Proposed Order re 261 MOTION of Studio Plaintiffs to Bring |

| | | |
|---|---|---|
| | | Certain Equipment and Materials into the Courtroom by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Blavin, Jonathan) (Filed on 4/15/2009) (Entered: 04/15/2009) |
| 04/16/2009 | 263 | MOTION to Seal Document *Notice of Errata Regargind Exhibit Number 21 to the Declaration of Jonathan H. Blavin in Support of Studio Plaintiffs' Motion for Preliminary Injunction* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Proposed Order)(Blavin, Jonathan) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 264 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *of Errata Regarding Exhibit Number 21 to the Declaration of Jonathan H. Blavin in Support of Studio Plaintiffs' Motion for Preliminary Injunction* (Blavin, Jonathan) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 265 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *re Confidential Version of Errata to Blavin Declaration* (Blavin, Jonathan) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 266 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *of Manual Filing re Notice of Errata Regarding Exhibit 21 to the Declaration of Jonathan H. Blavin in Support of Studio Plaintiffs' Motion for Preliminary Injunction* (Blavin, Jonathan) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 267 | EQUIPMENT ORDER; Signed by Judge Marilyn Hall Patel on 4/16/2009. (awb, COURT STAFF) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | | (Court only) ***Motions terminated: 261 MOTION of Studio Plaintiffs to Bring Certain Equipment and Materials into the Courtroom filed by NBC Universal, Inc., Disney Enterprises, Inc., Warner Bros. Entertainment, Inc., Paramount Pictures Corp., Viacom, Inc., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation. (awb, COURT STAFF) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 268 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware |

| | | |
|---|---|---|
| | | corporation) *Deposition Designations for Preliminary Injunction Proceeding* (Berta, Michael) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 269 | MOTION to Seal Document *Administrative Motion for Filing Under Seal the Exhibits to RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Proceeding* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Motion for Filing Under Seal the Exhibits to RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Proceeding)(Berta, Michael) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/16/2009 | 270 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing The Exhibits to RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Proceeding* (Berta, Michael) (Filed on 4/16/2009) (Entered: 04/16/2009) |
| 04/17/2009 | 271 | NOTICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Deposition Designations for Andrew Parsons for the Preliminary Injunction Proceeding* (Berta, Michael) (Filed on 4/17/2009) (Entered: 04/17/2009) |
| 04/17/2009 | 272 | MOTION to Seal Document *Exhibits to Deposition Designations for Andrew Parsons for the Preliminary Injunction Proceeding* filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Proposed Order) (Berta, Michael) (Filed on 4/17/2009) (Entered: 04/17/2009) |
| 04/17/2009 | 273 | CERTIFICATE OF SERVICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.(a Delaware corporation) (Berta, Michael) (Filed on 4/17/2009) (Entered: 04/17/2009) |
| 04/20/2009 | 401 | EXHIBITS to Deposition Designations for Andrew Parsons for the Preliminary Injunction Proceeding filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/20/2009) (Entered: 06/03/2009) |
| 04/21/2009 | 274 | ORDER by Judge Marilyn Hall Patel granting 272 plaintiffs' Motion to to exhs to deposition designations for Andrew Parsons (awb, COURT STAFF) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 275 | MOTION to Seal Document *Application to Seal Highly Confidential Versions of Motion Picture Studios' Motion in Limine* |

| | | |
|---|---|---|
| | | *to Exclude Evidence and Testimony and Declaration of Bart H. Williams in Support of Motion Picture Studios' Motion in Limine* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. Motion Hearing set for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Blavin, Jonathan) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🌐 276 | Proposed Order re 275 MOTION to Seal Document *Application to Seal Highly Confidential Versions of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony and Declaration of Bart H. Williams in Support of Motion Picture Studios' Motion in Lim* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Blavin, Jonathan) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🌐 277 | MOTION in Limine *Public Redacted Version of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. Motion Hearing set for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Blavin, Jonathan) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🌐 278 | Declaration of Bart H. Williams in Support of 277 MOTION in Limine *Public Redacted Version of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Attachments: # 1 Exhibit Public Version of Exhibits A-J)(Related document(s) 277 ) (Blavin, Jonathan) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🌐 279 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *re Documents Filed Under Seal* (Blavin, Jonathan) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🌐 280 | MOTION in Limine *to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 602, FRE 403 and Rule 30(E) [PUBLIC REDACTED VERSION]* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Cunningham, Leo) |

| | | |
|---|---|---|
| | | (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🔵 281 | MOTION To Bring Certain Equipment and Materials Into The Courtroom filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. (Berta, Michael) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🔵 282 | Declaration of Tracy Tosh Lane *in Support of Motion in Limine to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 403 and Rule 30 (E) [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🔵 283 | Proposed Order re 281 MOTION To Bring Certain Equipment and Materials Into The Courtroom by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. (Berta, Michael) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🔵 284 | MOTION to Seal Document *Administrative Motion for Filing Under Seal (1) The Unredacted Version of RealNetworks' Motio in Limine to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Re AMX Corporation Pursuant to FRE 403 and Rule 30(E); (2) The Unredacted Version of the Declaration of Tracy Tosh Lane in Support of Motion in Limine and (3) Exhibits to Tracy Tosh Lane in Support of Motion in Limine* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal)(Cunningham, Leo) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🔵 285 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing (1) The Unredacted Version of RealNetworks' Motion in Limine to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Re AMX Corporation Pursuant to FRE 403 and Rule 30(E); (2) The Unredacted Versions of the Declaration of Tracy Tosh Lane in Support of Motion in Limine (3) Exhibits to Declaration of Tracy Tosh Lane in Support of Motion in Limine* (Cunningham, Leo) (Filed on 4/21/2009) (Entered: 04/21/2009) |
| 04/21/2009 | 🔵 402 | MOTION Picture Studios' Motion in Limine to Exclude Evidence and Testimony re Settlement Communications filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/21/2009) (Entered: 06/03/2009) |
| 04/21/2009 | 🔵 403 | Declaration of Bart H. Williams in Support of 402 MOTION in Limine filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox |

|            |       |                                                                                                                                                                                                                                     |
| ---------- | ----- | ----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
|            |       | Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 402 ) (gba, COURT STAFF) (Filed on 4/21/2009) (Entered: 06/03/2009)                                              |
| 04/22/2009 | 286   | CERTIFICATE OF SERVICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) (Cunningham, Leo) (Filed on 4/22/2009) (Entered: 04/22/2009)                                                                              |
| 04/22/2009 | 287   | PLAINTIFF'S EQIUPMENT ORDER by Judge Marilyn Hall Patel (awb, COURT STAFF) (Filed on 4/22/2009) (Entered: 04/22/2009)                                                                                                            |
| 04/22/2009 | 288   | ORDER by Judge Marilyn Hall Patel granting 284 plaintiff's Motion to seal motion in limine to exclude/strike Jacob Park's 4/10/2009 testimony (awb, COURT STAFF) (Filed on 4/22/2009) (Entered: 04/22/2009)                       |
| 04/22/2009 | 289   | ORDER by Judge Marilyn Hall Patel granting 275 Motion Picture Studios' Motion to Seal motion in limine to exclude evidence and testimony (awb, COURT STAFF) (Filed on 4/22/2009) (Entered: 04/22/2009)                            |
| 04/22/2009 | 404   | MOTION in Limine to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 602, FRE 403 and Rule 30(E) filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/22/2009) (Entered: 06/03/2009) |
| 04/22/2009 | 405   | Declaration of Tracy Tosh Lane in Support of 404 MOTION in Limine filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 404 ) (gba, COURT STAFF) (Filed on 4/22/2009) (Entered: 06/03/2009) |
| 04/23/2009 | 290   | Memorandum in Opposition *to Studios' Motion in Limine to Exclude Evidence and Testimony Re Settlement Communications* filed byRealnetworks Home Entertainment, Inc. (a Delaware corporation). (Cunningham, Leo) (Filed on 4/23/2009) (Entered: 04/23/2009) |
| 04/23/2009 | 291   | Declaration of Tracy Tosh Lane *in Support of RealNetworks' Opposition to Studios Motion in Limine to Exclude Evidence and Testimony Re Settlement Communications [PUBLIC REDACTED VERSION]* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Cunningham, Leo) (Filed on 4/23/2009) (Entered: 04/23/2009) |
| 04/23/2009 | 292   | MOTION to Seal Document *Administrative Motion for Filing Under Seal (1) The Unredacted Version of RealNetworks' Opposition to Studios' Motion in Limine to Exclude Evidence and Testimony Re Settlement Communications (2) Declaration of* |

| | | |
|---|---|---|
| | | *Tracy Tosh Lane (3) Exhibits to Tracy Tosh Lane Declaration* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal (1) The Unredacted Version of RealNetworks' Opposition to Studios' Motion in Limine to Exclude Evidence and Testimony Re Settlement Communications (2) Declaration of Tracy Tosh Lane (3) Exhs To Tosh Dec)(Cunningham, Leo) (Filed on 4/23/2009) (Entered: 04/23/2009) |
| 04/23/2009 | 🌐 293 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *Notice of Manual Filing* (Cunningham, Leo) (Filed on 4/23/2009) (Entered: 04/23/2009) |
| 04/23/2009 | 🌐 294 | MEMORANDUM in Opposition re 280 MOTION in Limine *to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 602, FRE 403 and Rule 30(E) [PUBLIC REDACTED VERSION]* MOTION in Limine *to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 602, FRE 403 and Rule 30(E) [PUBLIC REDACTED VERSION] Opposition of DVD CCA to RealNetworks' Motion in Limine to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation* filed byDVD Copy Control Association, Inc.. (Attachments: # 1 Declaration of Maria Ellinikos In Support of Opposition of DVD Copy Control Association, Inc. to RealNetworks' Motion in Limine to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation)(Related document(s) 280 ) (Steer, Reginald) (Filed on 4/23/2009) (Entered: 04/23/2009) |
| 04/23/2009 | 🌐 295 | MOTION to Seal Document 294 Memorandum in Opposition,,, *Application of DVD Copy Control Association, Inc. to Seal Highly Confidential Documents* filed by DVD Copy Control Association, Inc.. (Attachments: # 1 Proposed Order [Proposed] Order Granting Applicationof DVD Copy Control Association, Inc. to Seal Highly Confidential Documents)(Steer, Reginald) (Filed on 4/23/2009) (Entered: 04/23/2009) |
| 04/23/2009 | 🌐 406 | Memorandum in Opposition re 404 MOTION in Limine filed by DVD Copy Control Association, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/23/2009) (Entered: 06/03/2009) |
| 04/23/2009 | 🌐 407 | Declaration of Maria Ellinikos in Support of 406 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 406 ) (gba, COURT STAFF) (Filed on 4/23/2009) (Entered: 06/03/2009) |
| 04/23/2009 | 🌐 408 | Memorandum in Opposition re 402 MOTION in Limine filed by Realnetworks, Inc., Realnetworks Home Entertainment, |

| | | |
|---|---|---|
| | | Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/23/2009) (Entered: 06/03/2009) |
| 04/23/2009 | 🌐 409 | Declaration of Tracy Tosh Lane in Support of 408 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 408 ) (gba, COURT STAFF) (Filed on 4/23/2009) (Entered: 06/03/2009) |
| 04/24/2009 | 🌐 296 | MOTION to Seal Document *Application to Seal Highly Confidential Versions of Reply in Support of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony and Declaration of Kelly M. Klaus in Support of Motion Picture Studios' Motion in Limine* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. Motion Hearing set for 4/24/2009 09:00 AM in Courtroom 15, 18th Floor, San Francisco. (Blavin, Jonathan) (Filed on 4/24/2009) (Entered: 04/24/2009) |
| 04/24/2009 | 🌐 297 | Proposed Order re 296 MOTION to Seal Document *Application to Seal Highly Confidential Versions of Reply in Support of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony and Declaration of Kelly M. Klaus in Support of Motion Picture Studios&## by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. (Blavin, Jonathan) (Filed on 4/24/2009) (Entered: 04/24/2009)* |
| 04/24/2009 | 🌐 298 | *** **FILED IN ERROR. DOCUMENT LOCKED. PLEASE SEE DOCKET # 301 . ***** <br> Reply Memorandum re 277 MOTION in Limine *Public Redacted Version of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony Public Redacted Version* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Blavin, Jonathan) (Filed on 4/24/2009) Modified on 4/24/2009 (feriab, COURT STAFF). Modified on 4/24/2009 (ewn, COURT STAFF). (Entered: 04/24/2009) |
| 04/24/2009 | 🌐 299 | Declaration of Kelly M. Klaus in Support of 298 Reply Memorandum, *Public Redacted Version, Exhibits A-C filed under seal* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Related document(s) 298 ) (Blavin, Jonathan) (Filed on 4/24/2009) (Entered: 04/24/2009) |
| 04/24/2009 | 🌐 300 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., |

| | | |
|---|---|---|
| | | Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *re Documents Filed Under Seal* (Blavin, Jonathan) (Filed on 4/24/2009) (Entered: 04/24/2009) |
| 04/24/2009 | 🌐 301 | Reply Memorandum re 277 MOTION in Limine *Public Redacted Version of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony CORRECTION OF DOCKET # 298* filed byDisney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Blavin, Jonathan) (Filed on 4/24/2009) (Entered: 04/24/2009) |
| 04/24/2009 | 🌐 305 | Minute Entry: Preliminary Injunction Hearing, Day One held on 4/24/2009 before Hon. Marilyn Hall Patel (Date Filed: 4/24/2009). (Court Reporter Katherine Sullivan, Belle Ball.) (awb, COURT STAFF) (Date Filed: 4/24/2009) (Entered: 04/28/2009) |
| 04/24/2009 | 🌐 410 | Reply Memorandum in support of re 402 MOTION in Limine filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/24/2009) (Entered: 06/03/2009) |
| 04/24/2009 | 🌐 411 | Declaration of Kelly M. Klaus in Support of 410 Reply Memorandum, filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc..**FILED UNDER SEAL** (Related document(s) 410 ) (gba, COURT STAFF) (Filed on 4/24/2009) (Entered: 06/03/2009) |
| 04/27/2009 | 🌐 302 | Transcript of Proceedings held on April 24, 2009, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Katherine Powell and Belle Ball, Official Reporters, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 7/23/2009. (Sullivan, Katherine) (Filed on 4/27/2009) (Entered: 04/27/2009) |
| 04/27/2009 | 🌐 303 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Deposition Designations for Preliminary Injunction Hearing; DVD CCA and Studios' Joint Counter-* |

| | | |
|---|---|---|
| | | *Designations; and Plaintiff Studios' Counter-Designation for Andrew Parsons* (Berta, Michael) (Filed on 4/27/2009) (Entered: 04/27/2009) |
| 04/27/2009 | 311 | Transcript of Proceedings held on 4/24/09, before Judge Marilyn H. Patel. Court Reporter/Transcriber Katherine Sullivan. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 4/27/2009) (Entered: 04/29/2009) |
| 04/28/2009 | 304 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *DVD CCA and Studios Deposition Designations; Real Counter-Designations* (Blavin, Jonathan) (Filed on 4/28/2009) (Entered: 04/28/2009) |
| 04/28/2009 | 306 | ORDER by Judge Marilyn Hall Patel granting 295 Motion to Seal Document AS AMENDED BY COURT (awb, COURT STAFF) (Filed on 4/28/2009) (Entered: 04/28/2009) |
| 04/28/2009 | 307 | ORDER by Judge Marilyn Hall Patel granting 292 Motion to Seal Document (awb, COURT STAFF) (Filed on 4/28/2009) (Entered: 04/28/2009) |
| 04/28/2009 | 308 | ORDER by Judge Marilyn Hall Patel granting 296 Motion to Seal Document AS AMENDED BY COURT (awb, COURT STAFF) (Filed on 4/28/2009) (Entered: 04/28/2009) |
| 04/28/2009 | 309 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. re 304 Notice (Other), Notice (Other) / *AMENDED DVD CCA AND STUDIOS DEPOSITION DESIGNATIONS; REAL COUNTER-DESIGNATIONS* (Blavin, Jonathan) (Filed on 4/28/2009) (Entered: 04/28/2009) |
| 04/28/2009 | 310 | Minute Entry: Preliminary Injunction Hearing, Day Two held on 4/28/2009 before Hon. Mariliyn Hall Patel (Date Filed: 4/28/2009). (Court Reporter Katherine Sullivan, Belle Ball.) (awb, COURT STAFF) (Date Filed: 4/28/2009) (Entered: 04/29/2009) |
| 04/29/2009 | 312 | Minute Entry: Preliminary Injunction Hearing held on 4/29/2009 before Hon. Marilyn Hall Patel (Date Filed: 4/29/2009); Further hearing re Preliminary Injunction set for 5/7/2009 09:30 AM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Katherine Sullivan, Belle Ball.) (awb, COURT STAFF) (Date Filed: 4/29/2009) (Entered: 04/30/2009) |
| 05/01/2009 | 313 | Transcript of Proceedings held on April 29, 2009, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Katherine Sullivan and Belle Ball, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be |

| | | |
|---|---|---|
| | | purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 7/27/2009. (Sullivan, Katherine) (Filed on 5/1/2009) (Entered: 05/01/2009) |
| 05/01/2009 | 🌐 314 | Transcript of Proceedings held on April 28, 2009, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Katherine Sullivan and Belle Ball, Official Reporters, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 7/27/2009. (Sullivan, Katherine) (Filed on 5/1/2009) (Entered: 05/01/2009) |
| 05/01/2009 | 🌐 315 | Transcript of Proceedings held on 4/29/09, before Judge Marilyn H. Patel. Court Reporter/Transcriber Katherine Sullivan. **FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 5/1/2009) (Entered: 05/03/2009) |
| 05/05/2009 | 🌐 316 | MEMORANDUM AND ORDER by Judge Marilyn Hall Patel: Real's motions to dismiss DVD CCA's second counterclaim has been withdrawn. Real's motion to preclude claims based on non-CSS technologies is DENIED. Defendants' motion for sanctions for spoliation of evidence is GRANTED IN PART and DENIED IN PART. Defendants' motions are granted insofar as: (1) the court instructs the parties to negotiate and file a stipulated proposed Preservation Order for all existing and future documents relating to all products at issue in this litigation, including RealDVD, or Vegas, and Facet; (2) the court imposes monetary sanctions for Real's failure to preserve Hamilton's notebooks; (3) the court awards reasonable attorneys' fees and related costs for pursuing the evidence of spoliation of Hamilton's notebooks and for bringing this part of the sanctions motion; (4) the court will draw an adverse inference as to Real's knowledge of ARccOS and Ripguard. Defendants' remaining motions for sanctions are denied. Defendants are granted leave to file an application and declaration(s) for a monetary award (and a proposed order) including attorneys' fees and costs in accordance with the preceding paragraph within thirty (30) days of the filing of this order. Real may respond as to reasonableness of the fees only and shall do so within thirty (30) days of the filing of the application. (awb, COURT STAFF) (Filed on 5/5/2009) (Entered: 05/05/2009) |
| | | |

| 05/06/2009 | 🌐 317 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *DVD CCA AND STUDIOS NOTICE OF LODGING OF DESIGNATED DEPOSITION TESTIMONY AND VIDEOS* (Blavin, Jonathan) (Filed on 5/6/2009) (Entered: 05/06/2009) |
| --- | --- | --- |
| 05/06/2009 | 🌐 318 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *PROOF OF SERVICE BY PERSONAL DELIVERY* (Blavin, Jonathan) (Filed on 5/6/2009) (Entered: 05/06/2009) |
| 05/07/2009 | 🌐 319 | Minute Entry: Preliminary Injunction Hearing, Day Four held on 5/7/2009 before Hon. Marilyn Hall Patel (Date Filed: 5/7/2009); Closing arguments set for 5/21/2009 09:30 AM in Courtroom 15, 18th Floor, San Francisco. (Court Reporter Katherine Sullivan, Belle Ball.) (awb, COURT STAFF) (Date Filed: 5/7/2009) (Entered: 05/11/2009) |
| 05/12/2009 | 🌐 320 | Transcript of Proceedings held on 5/7/09, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Katherine Sullivan and Belle Ball, Official Reporters, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/7/2009. (Sullivan, Katherine) (Filed on 5/12/2009) (Entered: 05/12/2009) |
| 05/12/2009 | 🌐 321 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *Studios' Notice of Lodging of Designated Deposition Testimony of Mark Hollar and Video* (Blavin, Jonathan) (Filed on 5/12/2009) (Entered: 05/12/2009) |
| 05/12/2009 | 🌐 322 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. re 321 Notice (Other), Notice (Other) *Studios' Notice of Lodging of Designated Deposition Testimony of Mark Hollar and Video* (Blavin, Jonathan) (Filed on 5/12/2009) (Entered: 05/12/2009) |
| 05/12/2009 | 🌐 326 | Transcript of Proceedings held on 5/7/09, before Judge Marilyn H. Patel. Court Reporter/Transcriber Katherine Sullivan. **FILED** |

| | | |
|---|---|---|
| | | **UNDER SEAL** (gba, COURT STAFF) (Filed on 5/12/2009) (Entered: 05/14/2009) |
| 05/13/2009 | 🌐 323 | ANSWER TO COUNTERCLAIM 96 Answer to Complaint, Counterclaim,, *REALNETWORKS' ANSWER AND COUNTERCLAIMS TO THE COUNTERCLAIMS OF DVD COPY CONTROL ASSOCIATION, INC.*, COUNTERCLAIM against DVD Copy Control Association, Inc. byRealnetworks, Inc., Realnetworks Home Entertainment, Inc.. (Cunningham, Leo) (Filed on 5/13/2009) (Entered: 05/13/2009) |
| 05/13/2009 | 🌐 324 | MOTION for Leave to File *SECOND AMENDED COMPLAINT* filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc.. Motion Hearing set for 6/22/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Cunningham, Leo) (Filed on 5/13/2009) (Entered: 05/13/2009) |
| 05/14/2009 | 🌐 325 | NOTICE by Realnetworks, Inc., Realnetworks Home Entertainment, Inc. re 324 MOTION for Leave to File *SECOND AMENDED COMPLAINT OF ERRATA REGARDING EXHIBIT A TO PLAINTIFFS' MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT FOR DECLARATORY RELIEF AND VIOLATION OF SHERMAN ACT AND STATE LAW* (Attachments: # 1 Exhibit 1)(Cunningham, Leo) (Filed on 5/14/2009) (Entered: 05/14/2009) |
| 05/15/2009 | 🌐 327 | AMENDED DOCUMENT by DVD Copy Control Association, Inc.. *SECOND AMENDED DVD CCA AND STUDIOS' DEPOSITION DESIGNATIONS; REAL'S COUNTER-DESIGNATIONS.* (Attachments: # 1 Notice of Lodging of Additional Designations) (Steer, Reginald) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 🌐 328 | MOTION to Seal Document *Application to Seal Highly Confidential Version of [Proposed] Findings of Fact and Conclusions of Law Submitted by Motion Picture Studio Plaintiffs* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Blavin, Jonathan) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 🌐 329 | Proposed Order re 328 MOTION to Seal Document *Application to Seal Highly Confidential Version of [Proposed] Findings of Fact and Conclusions of Law Submitted by Motion Picture Studio Plaintiffs* MOTION to Seal Document *Application to Seal Highly Confidential Version of [Proposed] Findings of Fact and Conclusions of Law Submitted by Motion Picture Studio Plaintiffs* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Blavin, Jonathan) (Filed on 5/15/2009) |

| | | (Entered: 05/15/2009) |
|---|---|---|
| 05/15/2009 | 330 | Proposed Findings of Fact by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *And Conclusions of Law Submitted by Motion Picture Studio Plaintiffs.* (Blavin, Jonathan) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 331 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *re Documents Filed Under Seal (Proposed Findings of Fact and Conclusions of Law Submitted by Motion Picture Studio Plaintiffs)* (Blavin, Jonathan) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 332 | MOTION to Seal *Highly Confidential Version of Proposed Findings of Fact and Conclusions of Law* filed by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 333 | Proposed Order re 332 MOTION to Seal *Highly Confidential Version of Proposed Findings of Fact and Conclusions of Law filed by DVD CCA* by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 334 | Proposed Findings of Fact by DVD Copy Control Association, Inc. *Proposed Findings of Fact and Conclusions of Law (Public Redacted Version).* (Ellinikos, Maria) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 335 | MOTION to Seal Document *RealNetworks' Proposed Findings of Fact and Conclusions of Law* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 5/21/2009 09:30 AM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal the Redacted Version of RealNetworks' Proposed Findings of Fact and Conclusions of Law)(Cunningham, Leo) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 336 | Proposed Findings of Fact by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *RealNetworks' Proposed Finding of Fact and Conclusions of Law- Part 1.* (Cunningham, Leo) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 337 | Proposed Findings of Fact by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *RealNetworks' Proposed Findings of Fact and Conclusions of Law - Part 2.* (Cunningham, Leo) (Filed on 5/15/2009) (Entered: 05/15/2009) |
| 05/15/2009 | 412 | Proposed Findings of Fact by Disney Enterprises, Inc., |

| | | |
|---|---|---|
| | | Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 5/15/2009) (Entered: 06/03/2009) |
| 05/18/2009 | ◉ 413 | Proposed Findings of Fact by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (gba, COURT STAFF) (Filed on 5/18/2009) (Entered: 06/03/2009) |
| 05/19/2009 | ◉ 338 | ORDER by Judge Marilyn Hall Patel granting 335 plaintiffs' Motion to Seal proposed findings of fact (awb, COURT STAFF) (Filed on 5/19/2009) (Entered: 05/19/2009) |
| 05/19/2009 | ◉ 339 | ORDER by Judge Marilyn Hall Patel granting 332 defendant DVD Copy Control's Motion to Seal proposed findings of fact. (awb, COURT STAFF) (Filed on 5/19/2009) (Entered: 05/19/2009) |
| 05/20/2009 | ◉ 340 | ORDER by Judge Marilyn Hall Patel granting 328 defendant Motion Picture Studio's Motion to Seal proposed findings of fact (awb, COURT STAFF) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | ◉ 341 | MOTION to Seal Document *Administrative Motion for Filing Under Seal the Redacted Version of RealNetworks' Amended Proposed Findings of Fact and Conclusions of Law* filed by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Motion Hearing set for 5/21/2009 09:30 AM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order Granting Administrative Motion for Filing Under Seal the Redacted Version of RealNetworks' Amended Proposed Findings of Fact and Conclusions of Law) (Cunningham, Leo) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | ◉ 342 | Proposed Findings of Fact by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *RealNetworks' Amended Proposed Findings of Fact and Conclusions of Law Part 1 [Public Redacted Version]*. (Cunningham, Leo) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | ◉ 343 | Proposed Findings of Fact by Realnetworks Home Entertainment, Inc.(a Delaware corporation) *RealNetworks' Amended Proposed Findings of Fact and Conclusions of Law Part 2 [Public Redacted Version]*. (Cunningham, Leo) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | ◉ 344 | NOTICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. *DVD CCA and Studios' Notice of Lodging of Hearing and Deposition Designation Exhibits* (Blavin, Jonathan) |

|  |  | (Filed on 5/20/2009) (Entered: 05/20/2009) |
|---|---|---|
| 05/20/2009 | 🌐 345 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc. re 344 Notice (Other), Notice (Other) *DVD CCA and Studios' Notice of Lodging of Hearing and Deposition Designation Exhibits* (Blavin, Jonathan) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | 🌐 346 | Declaration of Peter Biddle *in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Berta, Michael) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | 🌐 347 | Letter from RealNetworks, Inc. *to Judge Patel.* (Attachments: # 1 Exhibit Declaration of Peter Biddle in Support of Plaintiffs RealNetworks, Inc. and RealNetworks Home Entertainment Inc.'s Opposition to Motion for Preliminary Injunction)(Berta, Michael) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/20/2009 | 🌐 348 | STIPULATION *Stipulated Findings of Fact and Conclusions of Law of DVD Copy Control Association, Inc., Studio Plaintiffs and RealNetworks, Inc.* by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 5/20/2009) (Entered: 05/20/2009) |
| 05/21/2009 | 🌐 349 | Minute Entry: Preliminary Injunction Hearing, Closing Arguments held on 5/21/2009 before Hon. Marilyn Hall Patel (Date Filed: 5/21/2009). (Court Reporter Katherine Sullivan, Belle Ball.) (awb, COURT STAFF) (Date Filed: 5/21/2009) (Entered: 05/21/2009) |
| 05/21/2009 | 🌐 375 | Declaration of James Brennan in Support of 373 Memorandum in Opposition filed by Realnetworks, Inc., Realnetworks Home Entertainment, Inc..**FILED UNDER SEAL** (Related document(s) 373 ) (gba, COURT STAFF) (Filed on 5/21/2009) (Entered: 05/21/2009) |
| 05/22/2009 | 🌐 | (Court only) ***Deadlines terminated. (gba, COURT STAFF) (Filed on 5/22/2009) (Entered: 05/22/2009) |
| 05/22/2009 | 🌐 386 | Transcript of Proceedings held on 5/21/09, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Katherine Powell Sullivan and Belle Ball, Official Reporters, Telephone number 415-794-6659. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/17/2009. (Sullivan, |

| | | |
|---|---|---|
| | | Katherine) (Filed on 5/22/2009) (Entered: 05/22/2009) |
| 05/26/2009 | 🌐 387 | Declaration of Peter Biddle *in Support of Plaintiffs RealNetworks, Inc. and realNetworks Home Entertainment, Inc.'s Opposition to Motion for Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation). (Berta, Michael) (Filed on 5/26/2009) (Entered: 05/26/2009) |
| 05/29/2009 | 🌐 388 | STIPULATION *STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR STUDIO PLAINTIFFS TO RESPOND TO THE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT OF REALNETWORKS, INC. AND FOR DVD COPY CONTROL ASSOCIATION, INC. TO ANSWER THE COUNTERCLAIMS OF REALNETWORKS, INC.* by DVD Copy Control Association, Inc.. (Ellinikos, Maria) (Filed on 5/29/2009) (Entered: 05/29/2009) |
| 06/02/2009 | 🌐 389 | STIPULATION *and Proposed Order Extending Time for Defendants to File Application for Monetary Sanctions for Spoliation of Evidence* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Aull, Laura Ashley) (Filed on 6/2/2009) (Entered: 06/02/2009) |
| 06/04/2009 | 🌐 414 | STIPULATION AND ORDER extending time to 7/14/09 for DVD CCA to file response to Real's counterclaims; Studios' response to Real's motion for leave shall be due by 6/29/09; Replies to be filed by 7/6/09; Motion to be heard 7/20/2009; Signed by Judge Marilyn Hall Patel on 6/3/2009. (awb, COURT STAFF) (Filed on 6/4/2009) (Entered: 06/04/2009) |
| 06/04/2009 | 🌐 415 | STIPULATION AND ORDER extending time for defendants to file applications for monetary sanctions/spoliation of evidence; Signed by Judge Marilyn Hall Patel on 6/3/2009. (awb, COURT STAFF) (Filed on 6/4/2009) (Entered: 06/04/2009) |
| 06/05/2009 | 🌐 416 | Exhibit List *(Joint) of Exhibits Admitted During Preliminary Injunction Hearing* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc... (Aull, Laura Ashley) (Filed on 6/5/2009) (Entered: 06/05/2009) |
| 06/05/2009 | 🌐 417 | MOTION to Seal *(Joint) Confidential Exhibits Admitted During Preliminary Injunction Hearing* filed by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Aull, Laura Ashley) (Filed on 6/5/2009) (Entered: 06/05/2009) |
| 06/05/2009 | 🌐 418 | Proposed Order re 417 MOTION to Seal *(Joint) Confidential* |

| | | Exhibits Admitted During Preliminary Injunction Hearing MOTION to Seal *(Joint) Confidential Exhibits Admitted During Preliminary Injunction Hearing* by Disney Enterprises, Inc., Paramount Pictures Corp., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, NBC Universal, Inc., Warner Bros. Entertainment, Inc., Viacom, Inc.. (Aull, Laura Ashley) (Filed on 6/5/2009) (Entered: 06/05/2009) |
|---|---|---|
| 06/09/2009 | 🌐 419 | NOTICE of Appearance by Daniel Glenn Swanson *, Daniel M. Flores, and Kaiponanea T. Matsumura* (Attachments: # 1 Certificate of Service)(Swanson, Daniel) (Filed on 6/9/2009) (Entered: 06/09/2009) |
| 06/10/2009 | 🌐 420 | STIPULATION *(Second) and [Proposed] Order Extending Time for Filing of Application for Monetary Sanctions* by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Aull, Laura Ashley) (Filed on 6/10/2009) (Entered: 06/10/2009) |
| 06/11/2009 | 🌐 421 | ORDER by Judge Marilyn Hall Patel granting 417 joint Motion to Seal exhibits admitted during preliminary injunction hearing (awb, COURT STAFF) (Filed on 6/11/2009) (Entered: 06/11/2009) |
| 06/15/2009 | 🌐 422 | STIPULATION AND ORDER extending time to 6/15/09 for defendants to make application for a monetary sanction; response to be filed by 7/15/09; Signed by Judge Marilyn Hall Patel on 6/12/2009. (awb, COURT STAFF) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/15/2009 | 🌐 | (Court only) ***Attorney Daniel M. Flores for Sony Pictures Entertainment Inc. added. (gba, COURT STAFF) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/15/2009 | 🌐 | (Court only) ***Attorney Kaiponanea T. Matsumura for Sony Pictures Entertainment Inc. added. (gba, COURT STAFF) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/15/2009 | 🌐 423 | STIPULATION *and [Proposed] Order Awarding Studios Fees for Spoliation of Evidence* by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation (a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Aull, Laura Ashley) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/15/2009 | 🌐 424 | NOTICE by DVD Copy Control Association, Inc.(a Deleware nonprofit corporation) *Application of DVD CCA for Attorneys'* |

| | | |
|---|---|---|
| | | *Fees and Costs Pursuant to May 5, 2009 Order of the Court* (Attachments: # 1 Affidavit, # 2 Proposed Order)(Steer, Reginald) (Filed on 6/15/2009) (Entered: 06/15/2009) |
| 06/17/2009 | 🌐 425 | Opposition to 424 Application of DVD CCA for Attorneys' Fees and Costs Pursuant to May 5, 2009 Order of the Court by Realnetworks Home Entertainment, Inc., Realnetworks, Inc.. (Attachments: # 1 Proposed Order [Proposed] Order [Denying] [Granting in Part] the Application of DVD CCA for Attorneys' Fees and Costs Pursuant to May 5, 2009 Order of the Court) (Cunningham, Leo) (Filed on 6/17/2009) Modified on 6/18/2009 (gba, COURT STAFF). (Entered: 06/17/2009) |
| 06/17/2009 | 🌐 426 | STIPULATION *[Proposed] Stipulated Preservation Order* by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Aull, Laura Ashley) (Filed on 6/17/2009) (Entered: 06/17/2009) |
| 06/18/2009 | 🌐 427 | STIPULATED PRESERVATION ORDER. Signed by Judge Marilyn Hall Patel on 6/18/09. (tdm, COURT STAFF) (Filed on 6/18/2009) (Entered: 06/18/2009) |
| 06/24/2009 | 🌐 428 | Request for Judicial Notice *Administrative Motion For Judicial Notice of RealNetworks' Patent Applications* filed byDisney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Attachments: # 1 Exhibit Exhibits A-F to Administrative Motion for Judicial Notice of RealNetworks' Patent Applications, # 2 Proposed Order Proposed Order Granting Administrative Motion for Judicial Notice of RealNetworks' Patent Applications)(Singla, Rohit) (Filed on 6/24/2009) (Entered: 06/24/2009) |
| 06/24/2009 | 🌐 429 | Declaration of Rohit K. Singla in Support of 428 Request for Judicial Notice,, filed byDisney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation (a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Attachments: # 1 Exhibit Exhibits 1-3 to Singla Declaration ISO Administrative Motion for Judicial Notice of RealNetworks' Patent Applications)(Related document(s) 428 ) (Singla, Rohit) (Filed on 6/24/2009) (Entered: 06/24/2009) |
| 06/25/2009 | 🌐 430 | Joint MOTION to Seal Document *Parties' Joint Application to File Under Seal Deposition Designations, Counter-Designations, and* |

| | | |
|---|---|---|
| | | *Exhibits* filed by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation (a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Attachments: # 1 Proposed Order)(Blavin, Jonathan) (Filed on 6/25/2009) (Entered: 06/25/2009) |
| 06/26/2009 | 🌐 431 | ORDER by Judge Marilyn Hall Patel granting 430 joint Motion to Seal deposition designations, counter-designations, and exhibits (awb, COURT STAFF) (Filed on 6/26/2009) (Entered: 06/26/2009) |
| 06/29/2009 | 🌐 432 | NOTICE by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc. *Studios' Notice of Non-Opposition to RealNetworks'* 324 *Motion to Amend Its Complaint* (Aull, Laura Ashley) (Filed on 6/29/2009) Modified on 6/30/2009 (slh, COURT STAFF). (Entered: 06/29/2009) |
| 06/29/2009 | 🌐 433 | MOTION for Extension of Time to File Answer *Studios Motion Pursuant to Civ. L.R. 6-3 to Extend Time to Respond to RealNetworks' Second Amended Complaint* filed by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Attachments: # 1 Proposed Order Proposed Order Re: Studios' Motion for Extension of Time)(Aull, Laura Ashley) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 06/29/2009 | 🌐 434 | Declaration of Rohit K. Singla in Support of 433 MOTION for Extension of Time to File Answer *Studios Motion Pursuant to Civ. L.R. 6-3 to Extend Time to Respond to RealNetworks' Second Amended Complaint --- Public Redacted Version* filed byDisney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Attachments: # 1 Application to Seal Confidential Version of Declaration of Rohit K. Singla, # 2 Proposed Order Proposed Order Re: Application to Seal Confidential Declaration of Rohit K. Singla, # 3 Notice of Manual Filing of Confidential Version of Declaration of Rohit K. Singla) (Related document(s) 433 ) (Aull, Laura Ashley) (Filed on 6/29/2009) (Entered: 06/29/2009) |

| | | |
|---|---|---|
| 06/29/2009 | 🌐 435 | Response *RESPONSE OF DVD COPY CONTROL ASSOCIATION, INC. TO PLAINTIFFS' 324 MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT* by DVD Copy Control Association, Inc.. (Steer, Reginald) (Filed on 6/29/2009) Modified on 6/30/2009 (slh, COURT STAFF). (Entered: 06/29/2009) |
| 06/29/2009 | 🌐 436 | MOTION for Extension of Time to File Response/Reply *MOTION OF DVD COPY CONTROL ASSOCIATION, INC. FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS* filed by DVD Copy Control Association, Inc.. (Attachments: # 1 Supporting STEER Declaration, # 2 Proposed Order)(Steer, Reginald) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 06/29/2009 | 🌐 437 | Memorandum in Opposition *RealNetworks' Opposition to Studio Defendants' Administrative Motion for Judicial Notice of RealNetworks' Patent Applications* filed byRealnetworks Home Entertainment, Inc., Realnetworks, Inc.. (Berta, Michael) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 06/29/2009 | 🌐 438 | DECLARATION of Jason Putnam Gordon *in Support of RealNetworks' Opposition to Studio Defendants' Administrative Motion for Judicial Notice of RealNetworks' Patent Applications* filed byRealnetworks Home Entertainment, Inc., Realnetworks, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Berta, Michael) (Filed on 6/29/2009) (Entered: 06/29/2009) |
| 06/30/2009 | 🌐 439 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc. (a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc. *PROOF OF SERVICE OF DOCUMENT FILED UNDER SEAL* (Aull, Laura Ashley) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 06/30/2009 | 🌐 440 | CERTIFICATE OF SERVICE by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc. (a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc. *PROOF OF SERVICE BY PERSONAL DELIVERY* (Aull, Laura Ashley) (Filed on 6/30/2009) (Entered: 06/30/2009) |
| 07/01/2009 | 🌐 441 | NOTICE of Change In Counsel by Teresa Wen Chia Wang (Wang, Teresa) (Filed on 7/1/2009) (Entered: 07/01/2009) |
| 07/02/2009 | 🌐 | (Court only) *** Attorney Edward Peter Lazarus terminated. (awb, COURT STAFF) (Filed on 7/2/2009) (Entered: 07/02/2009) |
| 07/02/2009 | 🌐 442 | Memorandum in Opposition re 433 MOTION for Extension of |

| | | |
|---|---|---|
| | | Time to File Answer *Studios Motion Pursuant to Civ. L.R. 6-3 to Extend Time to Respond to RealNetworks' Second Amended Complaint RealNetworks' Opposition to Defendants' Administrative Motion for an Extension of Time to Respond to RealNetworks' Second Amended Complaint* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation), Realnetworks, Inc.. (Bal, Colleen) (Filed on 7/2/2009) (Entered: 07/02/2009) |
| 07/07/2009 | 🌐 443 | Statement *of Compliance with June 18, 2009 Stipulated Protective Order* by Realnetworks Home Entertainment, Inc., Realnetworks, Inc.. (Berta, Michael) (Filed on 7/7/2009) (Entered: 07/07/2009) |
| 07/14/2009 | 📎🌐 444 | MOTION to Dismiss *NOTICE OF MOTION AND MOTION OF DVD COPY CONTROL ASSOCIATION, INC. TO DISMISS COUNTERCLAIMS* filed by DVD Copy Control Association, Inc.. Motion Hearing set for 9/14/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Attachments: # 1 Proposed Order) (Steer, Reginald) (Filed on 7/14/2009) (Entered: 07/14/2009) |
| 07/15/2009 | 🌐 445 | CLERKS NOTICE; 7/20/2009 Motion Hearing reset for 8/10/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (awb, COURT STAFF) (Filed on 7/15/2009) (Entered: 07/15/2009) |
| 08/04/2009 | 🌐 446 | CLERKS NOTICE submitting plaintiffs' motion for leave to file 2nd amdended complaint as unopposed. (awb, COURT STAFF) (Filed on 8/4/2009) (Entered: 08/04/2009) |
| 08/11/2009 | 🌐 447 | ORDER by Judge Marilyn Hall Patel granting 324 plaintiffs' Motion for Leave to File 2nd amended complaint. (awb, COURT STAFF) (Filed on 8/11/2009) (Entered: 08/11/2009) |
| 08/11/2009 | 🌐 448 | MEMORANDUM AND ORDER by Judge Marilyn Hall Patel: the court GRANTS the Studio plaintiffs' and DVD CCA's motion for a preliminary injunction against Real. RealNetworks is hereby preliminarily enjoined from engaging in, or facilitating others in, manufacturing, importing, offering to the public, providing or otherwise trafficking in the product known as RealDVD, whether termed Vegas, Facet or another internal name, or any substantially similar software application or other product, service, device, component or part thereof that circumvents or otherwise fails to protect against access to, duplication of, and/or redistribution of CSS-protected and copyrighted DVD content. The Studios and DVD CCA may submit a proposed order for injunctive relief if anything further is sought, or if the parties can reach a stipulated proposed order for injunctive relief, they may submit it, without waiving any rights to appeal the injunction. RealDVD makes a permanent copy of copyrighted DVD content and by doing so breaches its CSS License Agreement with DVD CCA and circumvents a technological measure that effectively controls access to or copying of the Studios' copyrighted content |

| | | |
|---|---|---|
| | | on DVDs. Had Real's products been manufactured differently, i.e., if what happened in Vegas really did stay in Vegas, this might have been a different case. But, it is what it is. Once the distributive nature of the copying process takes hold, like the spread of gossip after a weekend in Vegas, whats done cannot be undone. The court hereby converts the Studios' temporary restraining order bond, posted in the sum of $1,000,000.00 on October 6, 2008, to a preliminary injunction bond, to compensate Real for its losses in the event that this injunction is reversed or vacated. Real will be ordered to file a report in writing and under oath setting forth in detail the manner and form in which Real has complied with the injunction, within thirty (30) days after the entry of the order that confirms the bounds of this injunction. Until such time the injunction remains in full force and effect as described (awb, COURT STAFF) (Filed on 8/11/2009) (Entered: 08/11/2009) |
| 08/24/2009 | 449 | Memorandum in Opposition re 444 MOTION to Dismiss *NOTICE OF MOTION AND MOTION OF DVD COPY CONTROL ASSOCIATION, INC. TO DISMISS COUNTERCLAIMS* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation), Realnetworks, Inc.. (Hesse, Renata) (Filed on 8/24/2009) (Entered: 08/24/2009) |
| 08/31/2009 | 450 | STIPULATION *AND PROPOSED ORDER TO SET HEARING ON MOTION OF DVD CCA TO DISMISS COUNTERCLAIMS FOR OCTOBER 26, 2009 AND EXTEND DEADLINE FOR DVD CCA'S REPLY TO OPPOSITION OF REALNETWORKS TO MOTION TO DISMISS TO SEPTEMBER 4, 2009* by DVD Copy Control Association, Inc.(a Deleware nonprofit corporation). (Attachments: # 1 Affidavit)(Steer, Reginald) (Filed on 8/31/2009) (Entered: 08/31/2009) |
| 09/01/2009 | 451 | STIPULATION AND ORDER RESETTING Hearing on Motion 444 MOTION TO DISMISS COUNTERCLAIMS TO 10/26/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco; Replies to be filed by 9/4/2009; Signed by Judge Marilyn Hall Patel on 9/1/2009. (awb, COURT STAFF) (Filed on 9/1/2009) (Entered: 09/01/2009) |
| 09/04/2009 | 452 | NOTICE of Appearance by Harrison J. Frahn, IV *Kenneth R. Logan, and Kevin Arquit* (Attachments: # 1 Certificate of Service)(Frahn, Harrison) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 09/04/2009 | 453 | Reply Memorandum re 444 MOTION to Dismiss *NOTICE OF MOTION AND MOTION OF DVD COPY CONTROL ASSOCIATION, INC. TO DISMISS COUNTERCLAIMS* filed byDVD Copy Control Association, Inc.. (Steer, Reginald) (Filed on 9/4/2009) (Entered: 09/04/2009) |
| 09/08/2009 | 454 | MOTION to Dismiss *Motion Picture Studio Parties' Notice of Motion and Motion to Dismiss Real's Antitrust Claims;* |

| | | |
|---|---|---|
| | | *Memorandum of Points and Authorities* filed by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. Motion Hearing set for 10/26/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco. (Blavin, Jonathan) (Filed on 9/8/2009) (Entered: 09/08/2009) |
| 09/08/2009 | 🌐 455 | Proposed Order re 454 MOTION to Dismiss *Motion Picture Studio Parties' Notice of Motion and Motion to Dismiss Real's Antitrust Claims; Memorandum of Points and Authorities* by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Blavin, Jonathan) (Filed on 9/8/2009) (Entered: 09/08/2009) |
| 09/08/2009 | 🌐 456 | MOTION for Admission of Attorney Kenneth R. Logan to appear in Pro Hac Vice (Filing fee $ 210.00, receipt number 34611036410) filed by Paramount Pictures Corp., Viacom, Inc.. (Attachments: # 1 Proposed Order) (gba, COURT STAFF) (Filed on 9/8/2009) (Entered: 09/09/2009) |
| 09/09/2009 | 🌐 457 | STIPULATION re 454 MOTION to Dismiss *Motion Picture Studio Parties' Notice of Motion and Motion to Dismiss Real's Antitrust Claims; Memorandum of Points and Authorities Stipulation and [Proposed] Order Regarding Hearing Date and Briefing Schedule for Motion Picture Studio Parties' Motion to Dismiss Real's Antitrust Claims* by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation (a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Blavin, Jonathan) (Filed on 9/9/2009) (Entered: 09/09/2009) |
| 09/10/2009 | 🌐 458 | ORDER by Judge Marilyn Hall Patel granting 456 defendants Viacom and Paramount's Motion for attorney Kenneth R Logan to appear Pro Hac Vice (awb, COURT STAFF) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 459 | STIPULATION AND ORDER resetting Hearing on Motions 444 454 MOTION to Dismiss for 10/26/2009 02:00 PM in Courtroom 15, 18th Floor, San Francisco; Signed by Judge Marilyn Hall Patel on 9/10/2009. (awb, COURT STAFF) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐 | (Court only) ***Motions terminated: 280 MOTION in Limine *to* |

| | | |
|---|---|---|
| | | *Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 602, FRE 403 and Rule 30(E) [PUBLIC REDACTED VERSION]* MOTION in Limine *to Exclude or Strike Jacob Pak's April 10, 2009 Testimony Regarding AMX Corporation Pursuant to FRE 602, FRE 403 and Rule 30(E) [PUBLIC REDACTED VERSION]* filed by Realnetworks Home Entertainment, Inc., [277](#) MOTION in Limine *Public Redacted Version of Motion Picture Studios' Motion in Limine to Exclude Evidence and Testimony* filed by NBC Universal, Inc., Disney Enterprises, Inc., Warner Bros. Entertainment, Inc., Paramount Pictures Corp., Viacom, Inc., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, [433](#) MOTION for Extension of Time to File Answer *Studios Motion Pursuant to Civ. L.R. 6-3 to Extend Time to Respond to RealNetworks' Second Amended Complaint* filed by NBC Universal, Inc., Disney Enterprises, Inc., Warner Bros. Entertainment, Inc., Paramount Pictures Corp., Viacom, Inc., Sony Pictures Entertainment Inc., Twentieth Century Fox Film Corporation, [436](#) MOTION for Extension of Time to File Response/Reply *MOTION OF DVD COPY CONTROL ASSOCIATION, INC. FOR EXTENSION OF TIME TO RESPOND TO COUNTERCLAIMS* filed by DVD Copy Control Association, Inc.. (awb, COURT STAFF) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐[460](#) | CERTIFICATE OF SERVICE by Paramount Pictures Corp.(a Delaware corporation), Viacom, Inc. re [458](#) Order on Motion for Pro Hac Vice (Frahn, Harrison) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐[461](#) | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation), Realnetworks, Inc. *Statement of Compliance with August 11, 2009 Memorandum and Order Granting Preliminary Injunction* (Berta, Michael) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐[462](#) | Declaration of William Way *Re: Compliance with August 11, 2009 Memorandum and Order Granting Preliminary Injunction* filed byRealnetworks Home Entertainment, Inc.(a Delaware corporation), Realnetworks, Inc.. (Berta, Michael) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/10/2009 | 🌐[463](#) | NOTICE of APPEAL by Realnetworks Home Entertainment, Inc., Realnetworks, Inc. re [448](#) Order on Motion for Preliminary Injunction, Order on Motion for TRO. Fee Paid $455.00, Receipt Number 34611036529. (Berta, Michael) (Filed on 9/10/2009). (Additional attachment(s) added on 10/18/2009: # [1](#) Civil Appeal Docketing Statement) (gba, COURT STAFF). (Additional attachment(s) added on 10/18/2009: # [2](#) Memorandum and Order) **09-16996** (gba, COURT STAFF). (Entered: 09/10/2009) |
| | | |

| | | |
|---|---|---|
| 09/10/2009 | 🌐 464 | RECEIVED: Civil Appeals Docketing Statement forwarded to 9th Circuit US Court of Appeals by Realnetworks Home Entertainment, Inc., Realnetworks, Inc. (Attachments: # 1 Exhibit Order, # 2 Exhibit Notice of Appeal)(Berta, Michael) (Filed on 9/10/2009) (Entered: 09/10/2009) |
| 09/16/2009 | 🌐 465 | NOTICE of Change In Counsel by William Sloan Coats, III (Coats, William) (Filed on 9/16/2009) (Entered: 09/16/2009) |
| 09/16/2009 | 🌐 466 | Transcript of Proceedings held on 12/22/08, before Judge Marilyn Hall Patel. Court Reporter/Transcriber Sahar McVickar, Telephone number (415) 626-6060/sahar_mcvickar@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 12/14/2009. (McVickar, Sahar) (Filed on 9/16/2009) (Entered: 09/16/2009) |
| 09/16/2009 | 🌐 | (Court only) ***Attorney Kevin J. Arquit for Paramount Pictures Corp.,Kevin J. Arquit for Viacom, Inc. added. (gba, COURT STAFF) (Filed on 9/16/2009) (Entered: 09/16/2009) |
| 09/17/2009 | 🌐 467 | Transcript Designation and Ordering Form for proceedings held on 10/03/2008; 10/07/2008; 12/22/2008; 02/03/2009; 03/23/2009; 04/24/2009; 04/28/2009; 04/29/2009; 05/07/2009; 05/21/2009 before Judge Marilyn H. Patel, re 464 Civil Appeals Docketing Statement to USCA, Transcript due by 9/18/2009. (Lane, Tracy) (Filed on 9/17/2009) (Entered: 09/17/2009) |
| 09/17/2009 | 🌐 | (Court only) *** Attorney Mark Frederick Lambert and Mark R. Weinstein terminated. (gba, COURT STAFF) (Filed on 9/17/2009) (Entered: 09/17/2009) |
| 09/23/2009 | 🌐 468 | AMENDED NOTICE OF APPEAL by Realnetworks Home Entertainment, Inc.(a Delaware corporation). Filing fee $ 455. (Attachments: # 1 Exhibit A)(Berta, Michael) (Filed on 9/23/2009) (Entered: 09/23/2009) |
| 09/24/2009 | 🌐 469 | ORDER by Judge Marilyn Hall Patel granting 12 defendants' Ex Parte Application to seal AS AMENDED BY COURT (awb, COURT STAFF) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 🌐 470 | ORDER by Judge Marilyn Hall Patel granting in part 133 defendants' Motion to Seal Document (awb, COURT STAFF) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/24/2009 | 🌐 471 | *** FILED IN ERROR. PLEASE SEE DOCKET # 473 . *** NOTICE by Disney Enterprises, Inc.(a Delaware corporation), |

| | | |
|---|---|---|
| | | NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc. *MOTION PICTURE STUDIO PARTIES' AND DVD CCA'S SUBMISSION OF CHANGES TO PROPOSED PRELIMINARY INJUNCTION ORDER* (Singla, Rohit) (Filed on 9/24/2009) Modified on 9/25/2009 (ewn, COURT STAFF). (Entered: 09/24/2009) |
| 09/24/2009 | 🌐 472 | Proposed Order re 471 Notice (Other), Notice (Other) by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Singla, Rohit) (Filed on 9/24/2009) (Entered: 09/24/2009) |
| 09/25/2009 | 🌐 473 | NOTICE by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc. *MOTION PICTURE STUDIO PARTIES' AND DVD CCA'S SUBMISSION OF CHANGES TO PROPOSED PRELIMINARY INJUNCTION ORDER - CORRECTION OF DOCKET # 471* (Singla, Rohit) (Filed on 9/25/2009) (Entered: 09/25/2009) |
| 09/28/2009 | 🌐 474 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation), Realnetworks, Inc. *RealNetworks' Opposition to Motion Picture Studio Parties' and DVD CCA's Submission of Changes to Proposed Preliminary Injunction Order* (Berta, Michael) (Filed on 9/28/2009) (Entered: 09/28/2009) |
| 10/01/2009 | 🌐 475 | RESPONSE to re 474 Notice (Other), Notice (Other) *MOTION PICTURE STUDIO PARTIES' AND DVD CCA'S RESPONSE TO REAL'S OPPOSITION TO CHANGES TO PROPOSED PRELIMINARY INJUNCTION ORDER* by Disney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Singla, Rohit) (Filed on 10/1/2009) (Entered: 10/01/2009) |
| 10/02/2009 | 🌐 476 | Memorandum in Opposition re 454 MOTION to Dismiss *Motion Picture Studio Parties' Notice of Motion and Motion to Dismiss Real's Antitrust Claims; Memorandum of Points and Authorities* filed byRealnetworks Home Entertainment, Inc., Realnetworks, Inc.. (Hesse, Renata) (Filed on 10/2/2009) (Entered: 10/02/2009) |
| | | |

| 10/12/2009 | 🌐 477 | RESPONSE in Support re 454 MOTION to Dismiss *Motion Picture Studio Parties' Notice of Motion and Motion to Dismiss Real's Antitrust Claims; Memorandum of Points and Authorities* filed byDisney Enterprises, Inc.(a Delaware corporation), NBC Universal, Inc., Paramount Pictures Corp.(a Delaware corporation), Sony Pictures Entertainment Inc.(a Delaware corporation), Twentieth Century Fox Film Corporation(a Delaware corporation), Viacom, Inc., Warner Bros. Entertainment, Inc.. (Singla, Rohit) (Filed on 10/12/2009) (Entered: 10/12/2009) |
| --- | --- | --- |
| 10/16/2009 | 🌐 478 | USCA Case Number 09-16996 re 463 Notice of Appeal filed by Realnetworks, Inc., et al (gba, COURT STAFF) (Filed on 10/16/2009) (Entered: 10/19/2009) |
| 10/21/2009 | 🌐 479 | NOTICE by Realnetworks Home Entertainment, Inc.(a Delaware corporation), Realnetworks, Inc. *MOTION To Bring Certain Equipment and Materials Into The Courtroom* (Attachments: # 1 Proposed Order)(Hesse, Renata) (Filed on 10/21/2009) (Entered: 10/21/2009) |
| 10/23/2009 | 🌐 480 | ORDER GRANTING MOTION OF REALNETWORKS, INC. AND REALNETWORKS HOME ENTERTAINMENT, INC. TO BRING CERTAIN EQUIPMENT AND MATERIALS INTO THE COURTROOM; re 479 Notice (Other) filed by Realnetworks Home Entertainment, Inc., Realnetworks, Inc. Signed by Judge Marilyn Hall Patel on 10/23/2009. (ls, COURT STAFF) (Filed on 10/23/2009) (Entered: 10/23/2009) |
| 10/26/2009 | 🌐 481 | Minute Entry: Motion Hearing held on 10/26/2009 before Hon. Marilyn Hall Patel (Date Filed: 10/26/2009) re 454 444 MOTIONS to Dismiss (Court Reporter Jim Yeomans.) (awb, COURT STAFF) (Date Filed: 10/26/2009) (Entered: 10/27/2009) |
| 10/28/2009 | 🌐 482 | Transcript of Proceedings held on 10/26/09, before Judge Marilyn Hall Patel. Court Reporter/Transcriber James Yeomans, Telephone number (415) 863-5179. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/25/2010. (jjy, COURT STAFF) (Filed on 10/28/2009) (Entered: 10/28/2009) |
| 11/12/2009 | 🌐 483 | Certificate of Record forwarded to USCA re 463 Notice of Appeal filed by Realnetworks, Inc., et al (Attachments: # 1 certificate of record) (gba, COURT STAFF) (Filed on 11/12/2009) (Entered: 11/12/2009) |